## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAXALTA INC., BAXALTA US INC., and NEKTAR THERAPEUTICS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. 17-1316-RGA ) (CONSOLIDATED) |
| BAYER HEALTHCARE LLC, | ) **REDACTED** ) **PUBLIC VERSION** |
| Defendant. | ) |

## JOINT APPENDIX FOR CLAIM CONSTRUCTION

## VOLUME 1 OF 11

RICHARDS, LAYTON & FINGER, P.A.
Frederick L. Cottrell, III (#2555)
Kelly E. Farnan (#4395)
Nicole K. Pedi (#6236)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
Cottrell@rlf.com
Farnan@rlf.com
Pedi@rlf.com

*Attorneys for Plaintiffs Baxalta Incorporated, Baxalta US Inc., and Nektar Therapeutics*

OF COUNSEL:
Edgar H. Haug
Angus Chen
Richard F. Kurz
Erika V. Selli
HAUG PARTNERS LLP
745 Fifth Avenue
New York, New York 10151
(212) 588-0800

Dated: December 21, 2018

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Rodger D. Smith II (#3778)
Michael J. Flynn (#5333)
1201 North Market Street
Wilmington, DE  19801
(302) 658-9200
rsmith@mnat.com
mflynn@mnat.com

*Attorneys for Defendant Bayer Healthcare LLC*

OF COUNSEL:
Bradford J. Badke
Sona De
Ching-Lee Fukuda
Caroline Bercier
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY  10019
(212) 839-5300

Gwen Hochman Stewart
Grace L.W. St. Vincent
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
(312) 853-9459

Kevin O'Brien
Sue Wang
Saurabh Prabhakar
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA  94104
(415) 772 1200

Lauren Cranford Katzeff
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC  20005
(202) 736-8711

## TABLE OF CONTENTS

| Tab | Description | Volume |
|---|---|---|
| 1 | Declaration of Loren D. Walensky, M.D./Ph.D. in Support of Plaintiffs' Opening Claim Construction Brief | Volumes 1 - 10 (of 11) |
| 2 | Expert Declaration of Jeffrey V. Ravetch, M.D., Ph.D. in Support of Bayer's Answering Claim Construction Brief | Volume 10 (of 11) |
| 3 | Declaration of Lauren Cranford Katzeff in Support of Bayer Healthcare LLC's Answering Claim Construction Brief | Volume 10 (of 11) |
| 4 | Declaration of Loren D. Walensky, M.D./Ph.D. in Support of Plaintiffs' Reply Claim Construction Brief | Volume 10 (of 11) |
| 5 | Declaration of Angus Chen in Support of Plaintiffs' Reply Claim Construction Brief | Volume 11 (of 11) |
| 6 | Expert Declaration of Jeffrey V. Ravetch, M.D., Ph.D. in Support of Bayer's Sur-Reply Claim Construction Brief | Volume 11 (of 11) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 21, 2018, I caused true and correct copies of

the foregoing to be served upon the following counsel via electronic mail:

Bradford J. Badke
Sona De
Ching-Lee Fukuda
Caroline Bercier
Julie L. Hsia
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
(212) 839-5300

Gwen Hochman Stewart
Grace L.W. St. Vincent
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
(312) 853-9459

Kevin O'Brien
Sue Wang
Saurabh Prabhakar
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
(415) 772 1200

Lauren Cranford Katzeff
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
(202) 736-8711

Rodger D. Smith II
Michael J. Flynn
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
farnan@rlf.com

# TAB 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BAXALTA INC., BAXALTA US INC., and NEKTAR THERAPEUTICS, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. 17-1316-RGA (CONSOLIDATED) |
| v. | ) ) | |
| BAYER HEALTHCARE LLC, | ) ) | |
| Defendant. | ) | |

**DECLARATION OF LOREN D. WALENSKY, M.D./PH.D. IN SUPPORT OF
PLAINTIFFS' OPENING CLAIM CONSTRUCTION BRIEF**

**Table of Contents**

I.     INTRODUCTION ................................................................................................2

II.    EDUCATION AND PROFESSIONAL BACKGROUND ..................................................4

III.   MATERIALS CONSIDERED ................................................................................8

IV.    LEGAL PRINCIPLES ..........................................................................................9

V.     PERSON OF ORDINARY SKILL IN THE ART.....................................................10

VI.    SUMMARY OF OPINIONS ................................................................................10

VII.   RELEVANT TECHNOLOGY BACKGROUND ..........................................................13

       A.     HEMOPHILIA A ...................................................................................14

       B.     PROTEINS AND RECOMBINANT TECHNOLOGY ..................................15

       C.     FACTOR VIII ......................................................................................18

       D.     Mutagenesis and Muteins ..............................................................23

VIII.  CLAIM CONSTRUCTION ..................................................................................28

       A.     "Factor VIII moiety" ......................................................................28

       B.     "Factor VIII polypeptide" and "Factor VIII Moiety Polypeptide"......................32

       C.     "Selected from the group consisting of . . ."......................................36

       D.     "wherein the Factor VIII polypeptide has been modified to add a
              cysteine residue" ............................................................................40

       E.     "cysteine residue that has been added to or substituted in the Factor
              VIII polypeptide"............................................................................43

       F.     "the composition is bioactive, comprising an in-vitro activity of at
              least 15% compared to that of a Factor VIII polypeptide" ......................47

       G.     "wherein the conjugate comprises an in-vitro activity that is at least
              15% of the in-vitro activity of the unconjugated Factor VIII
              polypeptide"....................................................................................49

IX.    CONCLUSION....................................................................................................51

## I.     INTRODUCTION

1.     My full name is Loren David Walensky.  I have been retained by Baxalta Inc.,

Baxalta US Inc., and Nektar Therapeutics (the "Plaintiffs") to provide certain technical and

scientific opinions in support of Plaintiffs' Opening Claim Construction Brief regarding the

proper construction of disputed claim terms among U.S. Patent Nos. 7,199,223 ("the '223

patent"); 7,863,421 ("the '421 patent"); 8,143,378 ("the '378 patent"); 8,247,536 ("the '536

patent"); 8,519,102 ("the '102 patent"); 8,618,259 ("the '259 patent"); 8,889,831 ("the '831

patent"); and 9,999,657 ("the '657 patent") (collectively, the "Bossard Patents").

2.     I have been asked by Plaintiffs to provide testimony regarding the background

technology relevant to the Bossard Patents, including subjects relating to, for example, proteins,

Factor VIII, molecular biology, protein synthesis and PEGylation/modification, and protein-

based therapeutics.  I have also been asked by Plaintiffs to provide opinions regarding the level

of ordinary skill in the art concerning the Bossard Patents and how a person of ordinary skill in

the art in February 2003 would have understood the meaning of certain claim terms used among

the Bossard Patents that Defendant Bayer HealthCare LLC ("Bayer") has represented require

construction.  These claim terms include:

- "Factor VIII moiety" (independent claim 1 of the '223 patent);

- "Factor VIII polypeptide" (independent claims 1, 12, 17, and 18 of the '421
  patent; independent claim 1 of the '378 patent; independent claim 1 of the '536
  patent; independent claim 1 of the '102 patent; independent clam 1 of the '259
  patent; independent claim 1 of the '831 patent; and independent claim 1 of the
  '657 patent);

- "Factor VIII moiety polypeptide" (independent claim 1 of the '378 patent);

- "selected from the group consisting of Factor VIII, Factor VIIIa, Factor VIII:C,
  Factor VIII:vWF and B-domain deleted Factor VIII" (independent claims 1, 12,
  17, and 18 of the '421 patent; independent claim 1 of the '378 patent; independent
  claim 1 of the '536 patent; and independent claim 1 of the '657 patent);

- "wherein the Factor VIII polypeptide has been modified to add a cysteine residue" (independent claim 12 of the '421 patent);

- "cysteine residue that has been added to or substituted in the Factor VIII polypeptide" (independent claim 1 of the '102 patent; independent claim 1 of the '259 patent; and independent claim 1 of the '831 patent);

- "the composition is bioactive, comprising an in-vitro activity of at least 15% compared to that of a Factor VIII polypeptide" (independent claim 1 of the '378 patent); and

- "wherein the conjugate comprises an in-vitro activity that is at least 15% of the in-vitro activity of the unconjugated Factor VIII polypeptide" (independent claim 1 of the '102 patent).

3.      I understand that the parties have agreed upon the construction of the following claim term "wherein the composition is free from positional isomers of the conjugate" (claim 12 of the '421 patent) to mean "wherein the composition is free from conjugate species having different polymer attachment sites."  Joint Claim Construction Chart, D.I. 82 at 2.  At this time I have not been asked to provide testimony or opinions on the meaning of this claim term but reserve the right to do so.

4.      I also understand that discovery in this case began recently.  I further understand that Bayer has not yet provided any claim construction briefing or expert opinions on the technology in the Bossard Patents or the meaning of the claim terms identified above.  I may supplement or modify this declaration and any expected testimony as necessary or appropriate in view of Bayer's claim construction positions, including that of any expert.

## II.      EDUCATION AND PROFESSIONAL BACKGROUND

5.       The most current version of my curriculum vitae is attached (Ex. 1).

6.       I am a Professor of Pediatrics in the Department of Pediatric Oncology at the Dana-Farber Cancer Institute ("Dana-Farber"), Boston Children's Hospital, and Harvard Medical School, which are all located in Boston, Massachusetts.  Currently, I am a Principal Investigator in the Department of Pediatric Oncology and the Linde Program in Cancer Chemical Biology at Dana-Farber, and Attending Physician in the Department of Pediatric Hematology/Oncology at Dana-Farber and Boston Children's Hospital.  I also serve as the Director of the Harvard/Massachusetts Institute of Technology M.D./Ph.D. Program.  I am also a board-certified pediatric hematologist and oncologist.

7.       I have served in various academic capacities at Dana-Farber, Boston Children's Hospital, and Harvard Medical School since 2003 including: Instructor of Pediatrics in the Department of Pediatric Hematology/Oncology (2003-2006); Assistant Professor of Pediatrics in the Department of Pediatric Hematology/Oncology (2006-2011); Associate Professor of Pediatrics in the Department of Pediatric Hematology/Oncology (2011-2016); and now Professor of Pediatrics in the Department of Pediatric Hematology/Oncology (2016-present).

8.       Prior to my professorial positions, I was a clinical fellow in Hematology/Oncology at Dana-Farber and Boston Children's Hospital (2000-2003) and a research fellow in Molecular Oncology at Dana-Farber (2001-2006).  Before beginning my fellowships, I was a resident in Pediatrics at the Boston Combined Residency Program, which unites the training programs of Boston Medical Center and Boston Children's Hospital.

9.      In 1990, I graduated as Valedictorian from Princeton University with a Bachelor of Arts in Chemistry and Certificate in Science Policy from the Woodrow Wilson School of Public and International Affairs.  I went on to receive my M.D. and Ph.D. in Pharmacology and Molecular Sciences from the Johns Hopkins University School of Medicine ("Johns Hopkins") in 1997 and completed a year of postdoctoral study in Neuroscience at Johns Hopkins the following year, before beginning my pediatric residency training.

10.      During my molecular oncology fellowship at Dana-Farber, I advanced the design, synthesis, and application of chemically-stabilized α-helical peptides, also known as "stapled peptides," to investigate biological mechanisms of action and target proteins in vivo for potential therapeutic benefits.  Stapled peptides are natural peptides in which two or more native amino acids are replaced with non-natural amino acids that bear "olefin tethers," or alkenyl chains, which when appropriately positioned, can be crosslinked by a ruthenium-based olefin metathesis reaction to form an all-hydrocarbon chemical constraint or "staple" to restore or reinforce the natural biological structure of the peptide, and thereby create a bioactive and proteolytically-stable compound.  The enhanced biophysical, biological, and pharmacological properties of stapled peptides have since resulted in their advancement to clinical testing and broad applications in basic and translational research.  In the first application of peptide stapling to develop peptides for intracellular targeting in vitro and in vivo, I demonstrated the capacity of stapled peptides modeled after a key death-inducing motif of BCL-2 family proteins to chemically reinforce native α-helical structure, optimize target protein interaction, gain entry into cancer cells, and reactivate cancer cell death in mouse models of human leukemia, resulting in a survival benefit.

11.     Building on the research I conducted during my fellowship, I established my independent laboratory in 2006.  The research in my laboratory focuses on the design, synthesis, characterization, and application of designer peptides as probes for biological discovery and as next-generation therapies.  For example, I created double-stapled peptides to remedy the breakdown of lengthy therapeutic peptides, enhance their half-lives in vitro and in vivo, and have continued to study and enhance stapled peptides using biophysical, biochemical, and structure-function analyses, yielding optimized constructs for basic science and therapeutic purposes.  My research laboratory has developed and applied stapled peptides to discover and characterize new biochemical pathways, regulatory binding sites, and opportunities for therapeutic modulation.  We have advanced stapled peptides for a multitude of cancer, infectious disease, and endocrinologic targets.  To accomplish these goals, we harness our multidisciplinary expertise that spans peptide synthesis, derivatization, purification, and quantitation, as well as biophysical, biochemical, cellular, pharmacokinetic/pharmacodynamic, and in vivo efficacy studies.  We further employ structural biology methods, including nuclear magnetic resonance spectroscopy and X-ray crystallography, and proteomic analyses in this translational work.

12.     The first stapled-peptide drug based on the prototype compound and mechanism of action we reported in 2010 has been successfully advanced to Phase I and Phase II clinical testing in human cancer by Aileron Therapeutics, which has licensed our technology and our patents directed to methods of using stapled peptides.

13.     In developing chemical probes and prototype therapeutics, my laboratory generates peptides derivatized by a variety of means, including the installation of PEG, non-natural amino acids, all-hydrocarbon "staples," and benzophenone, acrylamide, fluorescent, biotin, lipid, and other moieties.  We also generate and purify a host of recombinant proteins and

mutant derivatives for our biochemical and structural analyses, including site-specific covalent modification of recombinant proteins.

14.     My research has been recognized with a number of national and international awards and grants including a $1,000,000 Hyundai Hope on Wheels Quantum Award (2016), the Alex's Lemonade Stand REACH Award (2016), the National Cancer Institute ("NCI") Outstanding Investigator R35 Award (2015), the National Institutes of Health ("NIH") Director's Transformative R01 Award (2009), the Stand Up to Cancer Innovative Research Grant Award (2009), and the Burroughs Wellcome Fund Career Award in Biomedical Sciences (2005), among others.  I have been continually funded by the NIH as a Principal Investigator since 2003.

15.     I recently completed my term as Chair of the Cancer Molecular Pathobiology Study Section at the NIH and am a current member of the American Pediatric Society, the American Society for Clinical Investigation, and the Association of American Physicians.

16.     Since 1993, I have published over 80 peer-reviewed manuscripts, including articles related to the fields of peptide chemistry, biochemistry, cancer biology, and clinical translation of peptide therapeutics in cancer, infectious disease, and endocrinology, in renowned journals such as Science, Nature, Molecular Cell, Nature Chemical Biology, Nature Structural and Molecular Biology, Proceedings of the National Academy of Sciences, Journal of Clinical Investigation, Cell Chemical Biology, Journal of Medicinal Chemistry, Journal of the American Chemical Society, and ACS Chemical Biology, among others.

17.     I am also an inventor on over 30 United States patents/patent applications, the majority of which relate to therapeutic peptide design and the methods of making and using said peptides.

18.     As a professor and physician, I have had the opportunity to mentor many medical students, graduate students, residents, fellows, and staff scientists in various aspects of science and medicine.  As an attending physician in pediatric oncology, I provide care for patients with a range of pediatric malignancies, and mentor medical students, residents, and clinical fellows in pediatric oncology care.  As Principal Investigator of a Chemical Biology research laboratory since 2006, I have served as thesis mentor for ten graduate students in Biological and Biomedical Sciences (Harvard Medical School), Chemistry and Chemical Biology (Harvard University), and Chemical Biology (Harvard Medical School), and postdoctoral research mentor for ten research fellows.  I am currently mentoring eight Ph.D. students, one M.D. student, one Masters student, two postdoctoral fellows, and three research scientists.  As Director of the Harvard/MIT M.D./Ph.D. program, I serve as a mentor and faculty administrator for over 180 students pursuing both M.D. and Ph.D. degrees at Harvard Medical School and the Massachusetts Institute of Technology.  In recognition of my passion and commitment to mentorship, I was honored to receive the Harvard Medical School Young Mentor Award in 2007, and the Health Sciences & Technology Thomas A. McMahon Mentoring Award and the Harvard Medical School Graduate Program in the Biological and Biomedical Sciences Mentoring Award, both in 2017.

## III.   MATERIALS CONSIDERED

19.     In forming my opinions herein, I have relied on my education, research career and experience in peptide/protein biochemistry, and have reviewed the Bossard Patents and corresponding prosecution histories (including the references identified and cited within), the parties' proposed claim constructions, and my knowledge and experience concerning the relevant art.

8

## IV.    LEGAL PRINCIPLES

20.    Counsel has informed me of key legal principles for use in my analysis of the claim constructions of the Bossard Patents.

21.    I understand that the meaning of a claim term is a legal determination made by the Court.  I also understand that claim terms should be construed in accordance with their plain and ordinary meaning, except for when the patentee has acted as the lexicographer by clearly providing a different meaning or has clearly and unmistakably disclaimed subject matter from the scope of the claim.  I further understand that statements and arguments made during the prosecution of a patent may also bear on the meaning of a claim term.

22.    I understand that when construing claim terms, the intrinsic evidence, the specification (including the claims) and prosecution history, are the best sources to understand the meaning of the terms.   I also understand that a Court can consider extrinsic evidence (in addition to intrinsic evidence), for example, dictionaries, learned treatises, and expert opinions in determining the meaning of a patent claim.

23.    I also understand that statements made by an applicant during the prosecution of a parent patent application can later apply to the same claim term used in later-filed, related patent applications.

24.    I have also been informed that for purposes of claim construction, I should focus my opinions on how a Person of Ordinary Skill ("POSA") would understand the claim terms at the time of the earliest effective filing date of the Bossard Patents.  I have been informed by Counsel that February 26, 2003 is the effective priority date for the Bossard Patents, and I, therefore, provide the opinion below from the perspective of a POSA as of February 26, 2003. I further understand that a POSA would be armed with knowledge of the relevant prior art in determining the meaning of a proposed claim term.

## V.  PERSON OF ORDINARY SKILL IN THE ART

25.     Counsel has also informed me that the following factors are relevant when assessing the education and expertise of a POSA: the educational level of the inventors; the type of problems encountered in the art and the prior art-solutions to those problems; the rapidity with which innovations are made; the sophistication of the technology; and the educational level of workers in the field.  I understand that not all of these factors may be present in every case and that one or more of them may predominate.  I also understand that a POSA is a hypothetical person who is presumed to be aware of all pertinent publicly-available art.  I have been informed that at least one of the inventors of the Bossard Patents has a Master's Degree with some industry experience.

26.     It is my opinion that a POSA for the patent in suit would have at least a Master's Degree in biology, chemistry, or a field related to pharmaceuticals, and several years of experience with the preparation, characterization, and application of therapeutic proteins and their conjugates.

## VI.  SUMMARY OF OPINIONS

27.     The claim terms of the Bossard Patents have well understood meanings to a POSA as of the time of the invention.  I understand that Bayer has identified eight terms for construction from the Bossard Patents.  I have reviewed Plaintiffs' proposed constructions and Bayer's proposed constructions for these claim terms.  Based on the plain and ordinary meaning of the claim terms, the specifications of the Bossard Patents, and the prosecution histories of the Bossard Patents, it is my opinion that a POSA would have understood the plain and ordinary meanings of the disputed claim terms (in the context of the intrinsic evidence and relevant extrinsic evidence) consistent with Plaintiffs' proposed constructions as follows:

i.  **"Factor VIII moiety"**: A POSA would understand this claim term to mean "a moiety having Factor VIII activity" based on the intrinsic record's express definition.  A POSA would also understand that this claim term includes native and mutated Factor VIII moieties based on the prior art contained in the intrinsic record, the patentee's characterization of the disclosure of the common specification, and the experience and understanding of a POSA concerning known mutagenesis techniques in the art;

ii.  **"Factor VIII polypeptide" and "Factor VIII moiety polypeptide"**: A POSA would understand these claim terms mean "a Factor VIII protein, such as that described in column 9 line 38 to column 11 line 27" based on the intrinsic record's explicit reference to this portion of the patent specification.  A POSA would also understand that this claim term includes native and mutated Factor VIII polypeptides based on the prior art contained in the intrinsic record, the patentee's characterization of the disclosure of the common specification, and the experience and understanding of a POSA concerning known mutagenesis techniques in the art;

iii.  **"selected from the group consisting of Factor VIII, Factor VIIIa, Factor VIII:C, Factor VIII:vWF and B-domain deleted Factor VIII"**:  A POSA would understand this claim term to mean "selected from the group consisting of Factor VIII, Factor VIIIa (the activated form of Factor VIII), Factor VIII:C (a Factor VIII blood plasma protein which affects clotting activity), Factor VIII:vWF (Factor VIII bound to von Willebrand Factor), and B-domain deleted Factor VIII."  The intrinsic record contains clear definitions of the meaning of

11

each of the recited elements.  I understand that Bayer only disputes the meaning of "B-domain deleted Factor VIII."  With respect to that element, a POSA would understand—based on references in the intrinsic record and knowledge and experience—that the B-domain of Factor VIII is well-known and would not include the amino acid deletion proposed by Bayer, as it would improperly limit claim scope to an example;

iv.   **"wherein the Factor VIII polypeptide has been modified to add a cysteine residue"**: A POSA would understand this claim term in accordance with its plain and ordinary meaning.  It is well understood—based on the intrinsic record (including prior art contained within) and the understanding and knowledge of a POSA—that a polypeptide, such as Factor VIII, can be modified by exemplary methods in the art to add a cysteine residue.  Further, a POSA would not limit these methods to "after expression" as Bayer proposes;

v.   **"cysteine residue that has been added to or substituted in the Factor VIII polypeptide"**:  A POSA would understand this claim term in accordance with its plain and ordinary meaning.  It is well understood—based on the intrinsic record (including prior art contained within) and the understanding and knowledge of a POSA—that a polypeptide, such as Factor VIII, can be modified by exemplary methods in the art to add or substitute a cysteine residue.  Further, a POSA would not limit these methods to "after expression" as Bayer proposes;

vi.  **"the composition is bioactive, comprising an in-vitro activity of at least 15% compared to that of a Factor VIII polypeptide"**:  A POSA would understand that this claim term means "the composition is bioactive, as measured by the retention of an in-vitro activity that is at least 15% relative to that of the unmodified parent Factor VIII polypeptide."  The intrinsic record discloses that the bioactivity, as measured by in-vitro activity, should be assessed "relative to that of the unmodified parent moiety" and does not require that the polypeptide be the "same"; and

vii.  **"wherein the conjugate comprises an in-vitro activity that is at least 15% of the in-vitro activity of the unconjugated Factor VIII polypeptide"**:  A POSA would understand that this claim term means "wherein the conjugate retains an in-vitro activity that is at least 15% relative to that of the unmodified parent Factor VIII polypeptide."  The intrinsic record that the *in-vitro* activity of the Factor VIII polypeptide should be assessed "relative to that of the unmodified parent" and does not require that the polypeptide be the "same."

## VII.   RELEVANT TECHNOLOGY BACKGROUND

28.   The Bossard Patents claim priority to Provisional Application No. 60/450,578, which was filed on February 26, 2003, and share a common specification.[1]

29.   The Bossard Patents are generally directed to Factor VIII conjugates comprising a native or mutated Factor VIII modified with one, two, or three biocompatible polymers, such as PEG.  The Bossard Patents also provide compositions comprising the conjugates, methods of

---

[1] Citations are made to the '223 patent specification, which I understand is common to the Bossard Patents.

making those conjugates, methods for synthesizing the conjugates, and methods of administering compositions comprising the conjugates to a patient (for the treatment of hemophilia A).  '223 patent, Abstract, col.1 lines 11-36, col.2 lines 34-52 (Ex. 2).

### A.    HEMOPHILIA A

30.    Hemophilia A is a systemic and debilitating bleeding disorder caused by a deficiency in the Factor VIII protein.  '223 patent, col.1 lines 53-63 (Ex. 2).  The deficiency is attributed to a mutation of the genes that encode Factor VIII.  '223 patent, col.2 lines 34-37 (Ex. 2).

31.    According to the '223 patent, hemophilia A affects roughly one or two males out of 10,000.  '223 patent, col.2 lines 34-35 (Ex. 2).  The '223 patent further describes hemophilia A as manifesting itself as severe, moderate or mild, as "[i]ndividuals suffering from the severest forms of hemophilia A entirely lack the ability to express active forms of Factor VIII.  Clinically, individuals affected with hemophilia A suffer from muscle hemorrhage, joint hemorrhage, easy bruising, and prolonged bleeding from wounds."  '223 patent, col.2 lines 39-43 (Ex. 2).

32.    Current treatments for hemophilia A involve the injection of recombinantly derived or plasma-derived human Factor VIII, which may be administered in response to a bleeding episode or prophylactically.  '223 patent, col.2 lines 46-52 (Ex. 2).  Prophylactic treatment requires maintaining a minimum level of Factor VIII to prevent bleeding episodes in a patient.  Frequent injections are, however, often necessary for many patients due to the relatively short half-life of Factor VIII and thus may reduce patient compliance.  *See, e.g.*, U.S. Patent No. 4,970,300, col.2 lines 16-20 (reporting in-vivo half-life of Factor VIII of about 8-12 hours) (Ex. 3); '223 patent, col.40 lines 26-36 (Ex. 2).

33.     PEGylation, or the attachment of poly(ethylene glycol) derivative to a protein, has been described as a means of extending the half-life as well as reducing the immunogenicity of proteins.  '223 patent, col.3, lines 13-16 (Ex. 2); Roberts et al., *Chemistry for peptide and protein PEGylation,* 54 ADV. DRUG DELIVERY REVIEWS 459, Abstract (2002) ("Roberts") (Ex. 4); Harris & Chess, *Effect of Pegylation on Pharmaceuticals*, 2(3) NATIONAL REV. DRUG DISCOV.  214, 216 (2003) ("Harris") (Ex. 5).

### B.     PROTEINS AND RECOMBINANT TECHNOLOGY

34.     Proteins are critical building blocks and functional components in the cell that provide a cell with structure and execute many of the cell's functions.  Alberts et al., NATIONAL ESSENTIAL CELL BIOLOGY (2d ed. 2004) ("Alberts") at 119 (Ex. 6).

35.     A protein is first formed based on a cell's DNA, which provides the code for the body to create proteins.  Alberts at 169 (Ex. 6).  DNA is a polymer that is comprised of strung-together nucleotides.  Alberts at 171 (Ex. 6).  The cell "transcribes" (i.e., copies) DNA to an intermediary (known as RNA), which is also made up of nucleotides.  Alberts at 230 (Ex. 6). From there, RNA is translated (expressed) into a protein. Alberts at 244 (Ex. 6).  This process is set forth in the Figure below:



**Figure 7–1 Genetic information directs the synthesis of protein.** The flow of genetic information from DNA to RNA (transcription) and from RNA to protein (translation) occurs in all living cells.

Alberts, Fig. 7-1 (Ex. 6).

36.     The structure of a protein is based on its amino acid sequence.  The DNA sequence of a gene that produces a particular protein encodes that protein's amino acid sequence (i.e., 3 nucleotide sequences encode 1 amino acid).  U.S. Patent No. 4,757,006, col.2 lines 55-58 (Ex. 7).  There are twenty amino acids that may be used to assemble a naturally-occurring protein.  Alberts at 121, Inside Front Cover (Ex. 6); *see also* U.S. Patent No. 4,757,006, col.2 lines 21-53, Table 1 (Ex. 7).

37.     A protein's amino acid sequence will largely dictate how the protein functions. Alberts at 121 (Ex. 6).  All twenty amino acids have the same core structure (a carboxylic acid group and an amino group attached to an α-carbon center).  Alberts at 55-56 (Ex. 6).  The chemical variety among the twenty amino acids is derived from the amino acid's side chain. Alberts at 55-56 (Ex. 6).

38.     Proteins possess four levels of organizational structure: (i) primary (linear sequence of amino acids in the protein), (ii) secondary (the short peptide sequences that create small folding elements in the protein), (iii) tertiary (the spatial relationships the secondary structural elements make with one another), and (iv) quaternary (the spatial arrangement of multiple structures or domains in the protein).  Alberts at 137, Fig. 4-19 (Ex. 6).

39.     Complex proteins are formed from several polypeptide chains—each of which is called a protein "domain."  Alberts at 136 (Ex. 6).  Domains are distinct or stable portions of the protein, which can fold into its own shape independently from the rest of the protein.  Alberts at 137 (Ex. 6).  Generally, small proteins will contain a single domain, whereas larger proteins may contain many domains.  Alberts at 136 (Ex. 6).

40.     Proteins can be produced in mass quantity outside of the human body through the use of recombinant DNA technology.  Alberts at 353 (Ex. 6).  Recombinant methods generally involve constructing a DNA fragment to encode the desired protein, inserting the DNA fragment into a plasmid vector, placing the plasmid vector in a host cell, and expressing the DNA.  Alberts at 343-44 (Ex. 6).   The figure below demonstrates the process by which a DNA fragment is inserted into a plasmid vector:



Figure 10–21 A DNA fragment is inserted into a bacterial plasmid using the enzyme DNA ligase. The plasmid is cut open with a restriction nuclease (in this case one that produces staggered ends) and is mixed with the DNA fragment to be cloned (which has been prepared using the same restriction nuclease), DNA ligase, and ATP. The staggered ends base-pair, and the nicks in the DNA backbone are sealed by the DNA ligase to produce a complete recombinant DNA molecule. (Micrographs courtesy of Huntington Potter and David Dressler.)

Alberts, Fig. 10-21 (Ex. 6).

## C.    FACTOR VIII

41.    Factor VIII is a blood-clotting protein that is critical to one of several cascade reactions that form blood clots.  Factor VIII's participation in the blood-clotting cascade is summarized below:



'223 patent, col.1-2 (Ex. 2).

42.     Factor VIII is comprised of the following structural domains: A1-A2-B-A3-C1-C2.  *See* '421 patent file history, Response dated June 1, 2010 at 10-11 (Ex. 8) (citing G. Vehar et al., *Structure of Human Factor VIII*, 312 NATURE 337-42 at 339-40 (1984) (Ex. 9); J.J. Toole et al., *Molecular Cloning of a cDNA Encoding Human Antihaemophlic Factor*, 312 NATURE 342-47 at 345-46 (1984) (Ex. 10).  Factor VIII as synthesized by the cell as a 2,351 amino acid, single chain glycoprotein, which contains a 19-amino acid leading signal sequence.  Vehar at 337 (Ex. 9); '223 patent, col.9 lines 38-47 (Ex. 2).  When the synthesized polypeptide is translocated into the lumen of the endoplasmic reticulum, the leading 19-amino acid signal sequence is cleaved, which produces a second sequence without the leader sequence and is conventionally used by researchers to assign a numeric location (e.g., $Lys^{1804}$) to a given amino acid residue of Factor VIII (referred to herein as "full-length").  '223 patent, col.9 lines 38-47 (Ex. 2)

43.     Full-length Factor VIII has 2,332 amino acids and circulates in plasma as a heterodimer, consisting of a light-chain and various heavy-chain derivatives.  Vehar at 339-40 (Ex. 9); Mertens et al., *Biological Activity of Recombinant Factor VIII Variants Lacking the Central B-domain and the Heavy-Chain Sequence Lys – Arg: Discordant in vitro and in vivo Activity*, B. JOURNAL OF HAEM., Vol. 85, pp 133-142 at 133 (1993) ("Mertens") (Ex. 11)).  The two-chain structure of full-length Factor VIII is due to the proteolytic processing of the precursor protein, which results in heavy and light chain domains comprising the domains A1-A2-B and A3-C1-C2, respectively.  Mertens at 133-34 (Ex. 11).  The heterogeneity of the heavy chain is due to proteolysis of the B-domain.  Mertens at 133-34 (Ex. 11).

44.     The B-domain of full-length Factor VIII consists of 908 amino acids (4 of which are cysteines) and contains approximately up to 50% of the mass of Factor VIII.  U.S. Patent Application No. 2003/0077752, at [0004-0005], [0011] (Ex. 12); '223 patent, col.49-71 (Ex. 2); Vehar at 340 (Ex. 9).  The B-domain is not required for Factor VIII's procoagulant activity.  U.S. Patent Application No. 2003/0077752, at [0004-0005], [0011] (Ex. 12); Mertens at Abstract (Ex. 11).

45.     Circulating Factor VIII is activated by thrombin, which cleaves the full-length Factor VIII molecule at amino acids 740 and 1649 to remove the B-domain and create fragments A1, A2, and A3-C1-C2.  *See, e.g.*, '421 patent file history, BAXJIVI0002054-2062 (Ex. 8) (containing P. Lind, et al., *Novel forms of B-domain-deleted Recombinant Factor VIII Molecules*, 232 EUR. J. BIOCHEM. 19-27 at 19 (1995) ("The smallest active form of Factor VIII . . . lacks the entire B domain residing between amino acids Arg740 and Glu1649.") (Ex. 13)); Vehar at 341, Fig. 6 (Ex. 9).  The boundaries of the B-domain are set forth in the Figures below as spanning amino acid positions 741 to 1648 of the 2,332 amino acid sequence of full-length Factor VIII (lacking the leading 19-amino acid sequence):



Fig 1. Structure of the factor VIII deletion mutants employed in this study. The factor VIII domain structure and the borders of the A- and C-domains are according to Wood *et al* (1984) except for the central B-domain, which is defined as the sequence 741–1648 (Eaton *et al*, 1986a). The arrows indicate the cleavage sites of various enzymes, including factor Xa (Xa), thrombin (Th) and activated protein C (APC) (Eaton *et al*, 1986a). The solid bars refer to the sequences conserved in the mutants with deletions comprising residues 868–1562, 741–1668 and 713–1637. The sequence Lys$^{713}$–Arg$^{740}$ represents the epitope of the monoclonal antibody CLB-CAg 9 that inhibits procoagulant but not factor VIII cofactor activity (Leyte *et al*, 1989a).

Mertens, Fig. 1 (Ex. 11).



J. Rostin et al., *B-domain Deleted Recombinant Coagulation Factor VIII Modified with Monomethoxypolyethylene Glycol*, 11 BIOCONJUGATE CHEM. 387-396 (2000), at 388, Fig. 1 (Ex. 14); *see also* '223 patent, Cover (Ex. 2); '223 patent file history, BAXJIVI0000686-695 (Ex. 15).

46.     Forms of recombinant B-domain deleted Factor VIII have been made and are available commercially.  For example, BDD FVIII SQ sold by Wyeth/Genetics Instituted under the trade name REFACTO® has been genetically engineered to replace the 908 amino acids of the B-domain with a 14-amino acid linker sequence.  U.S. Patent Application No. 2003/0077752, [0012, 0044-00059, Sequence Listing] (Ex. 12); Lind at Abstract, 20 ("In recombinant Factor VIII SQ (r-FVIII SQ), Ser743 was fused to Gln1638, creating a link of 14 amino acids between the C-terminus of the 90-kDa chain (Arg740) and the N-terminus of the 80-kDa chain, . . . .") (Ex. 13); *see also* '223 patent, col. 2 lines 53-67 ("Several commercial forms of Factor VIII concentrates are available to provide replacement therapy for patients suffering from hemophilia. . . . With respect to recombinantly prepared Factor VIII concentrates, commercial products are provided under REFACTO® (Wyeth/Genetics Institute, Cambridge, Mass.) brand[].") (Ex. 2); Berthold G.D. Boedecker, *Production Processes of Licensed Recombinant Factor VIII Preparations*, 27 SEMINARS IN THROMBOSIS AND HEMOSTASIS 385-394 (2001) at 391 ("REFACTO® differs from the other rFVIII preparations because it does not comprise the natural full length FVIII molecule but lacks the central part of the B-domain (see Fig. 1)).  Both the N- and C-terminal portions of the B-domain are retained and fused at Ser743-Glu1638 with a peptide linker.  The molecular weight of the expressed protein r-VIII SQ is 170 kD, which contains both of the active 90 kD and 80 kD chains bound covalently by a short 14-amino acid peptide linker.") (Ex. 16).

47.     The activity of a given Factor VIII molecule can be assessed by *in-vivo* and *in-vitro* assays.  Examples of *in-vitro* assays used by those skilled in the art include one-stage clotting assays and chromogenic assays.  '223 patent, col. 10 lines 7-10 (Ex. 2); Mertens at 134-136) (Ex. 11).

### D.     Mutagenesis and Muteins

48.     Proteins may be modified by genetic (DNA) mutation (which is before a protein is expressed), or chemical modification after a protein is expressed.  Mutagenesis is a technique whereby the natural amino acid sequence of a peptide or protein (otherwise known as a native sequence) can be altered by methods before the protein is expressed.  Alberts at 355-356 (Ex. 6); WO 2004/099231 at 233:13-17 ("[T]he nucleic acid sequence encoding the primary sequence of the peptide is altered so that native codons encoding native amino acid residues are mutated to generate a codon encoding another amino acid residue.") (Ex. 17).  In other words, mutating a protein's DNA occurs before protein expression (translation of the protein).  Mutagenesis allows for the addition or substitution of one or more amino acids into the amino acid sequence of a protein.  Alberts at 356, Fig. 10-36 ("With an oligonucleotide of the appropriate sequence, more than one amino acid substitution can be made at a time, or one or more amino acids can be added or deleted.") (Ex. 6); *see also* WO 00/42175 at col.3 lines 10-24 ("Through in vitro mutagenesis using recombinant DNA techniques, additional cysteine residues can be introduced anywhere into the protein. The newly added "free" cysteines can serve as sites for the specific attachment of a PEG molecule using cysteine-reactive PEGs. ***The added cysteine residue can be a substitution for an existing amino acid in a protein***, added preceding the amino-terminus of the protein or after the carboxy-tcrminus of the protein, or inserted between two amino acids in the protein.") (emphasis added) (Ex. 18).  An illustrative example of the steps used for a site-directed mutagenesis technique is set forth in the Figure below:



Figure 10–36 A synthetic oligonucleotide can be used to modify the protein-coding region of a gene by site-directed mutagenesis. (A) A recombinant plasmid containing a gene insert is separated into its two DNA strands. A synthetic oligonucleotide primer corresponding to part of the gene sequence but containing a single altered nucleotide at a predetermined point is added to the single-stranded DNA under conditions that permit less than perfect DNA hybridization. (B) The primer hybridizes to the DNA, forming a single mismatched nucleotide pair. (C) The recombinant plasmid is made double-stranded by *in vitro* DNA synthesis starting from the primer and sealing by DNA ligase. (D) The double-stranded DNA is introduced into a cell, where it is replicated. Replication of one strand produces a normal DNA molecule, but replication of the other (the strand that contains the primer) produces a DNA molecule carrying the desired mutation. Only half of the progeny cells will end up with a plasmid that contains the desired mutant gene; however, a progeny cell that contains the mutated gene can be identified, separated from other cells, and cultured to produce a pure population of cells, all of which carry the mutated gene. Only one of the many changes that can be engineered in this way is shown here. With an oligonucleotide of the appropriate sequence, more than one amino acid substitution can be made at a time, or one or more amino acids can be added or deleted.

Alberts at 356, Fig. 10-36 (Ex. 6).  I understand that WO 04/0091499 and WO 2004/0099231 are prior art cited on the face of the '223 patent (Ex. 2), and that WO 00/42175 was cited on the face of the '831 patent.  (Ex. 30).

49.     One particular mutagenesis method is called site-directed mutagenesis, which allows for the manipulation of a protein's DNA sequence by altering the genetic code for a particular amino acid.  Alberts at 355-356 (Ex. 6).  Site-directed mutagenesis techniques have been applied to peptides or proteins.  *See, e.g.*, WO 2004/099231 ("WO 231") at 119:1-5 ("Peptides can be natural peptides or mutated peptides. Mutations in a protein can be achieved by site-directed mutagenesis or other means of inducing mutations known to those of skill in the art.") (Ex. 17); WO 2004/091499 at [307] ("Peptides may be modified (e.g. mutated) by methods known in the art, such as site-directed mutagenesis)."), [316] (disclosing basic elements of how

24

to create and mutate an expression plasmid) (Ex. 19); U.S. Patent No. 5,618,788, col.13-14

(citing Maniatis et al., *Molecular Cloning, A Laboratory Manual*, (Cold Spring Harbor

Laboratory (1982)) (Ex. 20).  I understand that  U.S. Patent No. 5,618,788 is prior art cited on

the face of the '223 patent.  (Ex. 2).  WO 2004/099231 ("WO '231") provides another example

of site-directed mutagenesis used to create a mutant peptide:

> In general, ***site-directed mutagenesis*** is performed by first
> obtaining a single-stranded vector or melting the two strands of a
> double stranded vector which includes within its sequence a DNA
> sequence which encodes the desired peptide. An oligonucleotide
> primer bearing the desired mutated sequence is prepared generally
> synthetically. This primer is then annealed with the single-stranded
> vector, and subjected to DNA polymerizing enzymes such as E.
> coli polymerase I Klenow fragment, in order to complete the
> synthesis of the mutation bearing strand. Thus, a heteroduplex is
> formed wherein one strand encodes the original nonmutated
> sequence and the second strand bears the desired mutation. This
> heteroduplex vector is then used to transform or transfect
> appropriate cells, such as E. coli cells, and clones are selected
> which include recombinant vectors bearing the mutated sequence
> arrangement. A genetic selection scheme was devised by Kunkel et
> al. (1987, Kunkel et al., Methods Enzymol. 154:367-382) to enrich
> for clones incorporating the mutagenic oligonucleotide.
> Alternatively, the use of PCR[TM] with commercially available
> thermostable enzymes such as Taq polymerase may be used to
> incorporate a mutagenic oligonucleotide primer into an amplified
> DNA fragment that can then be cloned into an appropriate cloning
> or expression vector. The PCR[TM]-mediated mutagenesis
> procedures of Tomic et al. (1990, Nucl. Acids Res., 12:1656) and
> Upender et al. (1995, Biotechniques, 18:29-31) provide two
> examples of such protocols. A PCR™ employing a thermostable
> ligase in addition to a thermostable polymerase may also be used
> to incorporate a phosphorylated mutagenic oligonucleotide into an
> amplified DNA fragment that may then be cloned into an
> appropriate cloning or expression vector. The mutagenesis
> procedure described by Michael (1994, Biotechniques 16:410-412)
> provides an example of one such protocol.  (234:3-31 (emphasis
> added)); *see also* 242:1-9 (Ex. 17).

50.     Altering the amino acid sequence of a protein by mutagenesis produces what is known in the art as a "mutant protein," otherwise known as a "mutein."  *See, e.g.*, WO 00/42175 at col.9 line 13-col.10 line 3 ("If desired, muteins of natural proteins can be generally constructed using site-directed PCR-based mutagenesis as described in general in Methods in Molecular Biology, Vol. 15: PCR Protocols: Current Methods and Applications edited by White, B. A. (1993) Humana Press, Inc., Totowa, NJ and PCR Protocols: A Guide to Methods and Applications edited by Innis, M. A. et al. (1990) Academic 35 Press, Inc. San Diego, CA.") (emphasis added) (Ex. 18); Zalipsky 1995 at 167 (disclosing that "[s]everal attempts have been made to genetically reengineer proteins positioning reactive amino acid residues in the desired locations along the polypeptide sequence, followed by modification of these residues by reactive PEG derivative") (Ex. 21).

51.     Site-directed mutagenesis methods enable the addition or substitution of a pre-existing amino acid with a cysteine amino acid before protein expression, which facilitates site-directed PEGylation of the protein at the introduced amino acid site.  *See, e.g.*, F. Veronese, *Peptide and Protein PEGylation: A Review of Problems and Solutions*, 22 BIOMATERIALS 405-17 (2001) ("Veronese") at 410 ("Few proteins possess thiols suitable for PEG binding. However, this rare residue may be introduced at the desired position of the sequence by genetic engineering, a strategy that offers the conditions for site-directed PEGylation. This sequence-specific modification may take advantage of the few thiol reactive PEGs.") (Ex. 22); WO 2004/084948 at col.4 lines 3-11 ("US Patent No. 5,766,897 describes conjugation of macromolecules and mutant forms thereof at their cysteine residues to activated PEG molecules. Because of disulfide bond most protein molecules have either one free or no spare cysteine. Thus, ***an amino acid which is not related to the active site can be changed to a cysteine residue***

*by mutagenesis to conjugate the new cysteine residue with polymers*.") (emphasis added) (Ex. 23); U.S. Patent No. 5,766,897, col.10 lines 38-45 ("Generation of cysteine-containing mutants can be accomplished by for example site-directed mutagenesis using methods well known in the art (Kunkel. T. A. (1988) in *Nucleic Acids and Molecular Biology,* Eckstein. F. Lilley. D. M. J., eds. Springer-Verlag. Berling and Heidelberg. vol. 2. p. 124).") (Ex. 24); WO 00/42175 at col.9 line 31-col.10 line 3 ("Typically, PCR primer oligonucleotides are designed to incorporate nucleotide changes to the coding sequence of proteins that result in substitution of a cysteine residue for an amino acid at a specific position within the protein.") (Ex. 18).  I understand that WO 04/084948, U.S. Patent No. 5,766,897, and Vereonese are prior art cited on the face of the '223 patent.  (Ex. 2.)  I also understand that Zalipsky 1995 is prior art cited in the specification of the '223 patent.  (Ex. 2, col.12 lines 21-22.)

52.     Mutagenesis sites are often preselected based on residues that are not involved in the functional activity of the protein.  *See, e.g.*, U.S. Patent No. 5,766,897, col. 14 lines 52-61, *see also* col.32 lines 26-42 (Example D), col. 38 lines 57-64 (Example G) ("The sites selected for modification and/or substitution with cysteine are selected on the basis of the structure of the protein. i.e. the selected sites are solvent accessible residues which are not involved in the active site.") (Ex. 24).  Often times, the mutated cysteine is introduced at a naturally occurring lysine amino acid.  *See, e.g.*, U.S. Patent No. 5,766,897, col.3 lines 10-15 ("More recent developments in protein PEGylation methods employ activated PEG reagents which react with thiol groups of the protein, resulting in covalent attachment of PEG to a cysteine residue, which residue was inserted in place of a naturally-occurring lysine residue of the protein.") (Ex. 24).

## VIII.   CLAIM CONSTRUCTION

### A.      "Factor VIII moiety"

| Patent/Claim | Plaintiffs' Proposed Construction | Bayer's Proposed Construction |
|---|---|---|
| '223 patent, claim 1 | "a moiety having Factor VIII activity" | "a factor VIII corresponding to a native sequence and having factor VIII activity" |

53.     A POSA would understand that a "Factor VIII moiety" means "a moiety having Factor VIII activity" in accordance with Plaintiffs' proposed construction.   The '223 patent specification expressly defines "Factor VIII moiety" as "a moiety having Factor VIII activity." '223 patent, col.9 lines 4-5 (Ex. 2).  The '223 patent specification explains that a "Factor VIII moiety" "encompasses both the Factor VIII moiety prior to conjugation as well as the Factor VIII moiety residue following conjugation."  '223 patent, col.9 lines 8-11 (Ex. 2).  The '223 patent further explains how a POSA could determine whether "any given moiety has Factor VIII activity."  '223 patent, col.9 line 60 to col. 10 line 15 (Ex. 2) (citing Mertens (Ex. 11)).

54.     The '223 patent provides that the "Factor VIII moiety" includes the Factor VIII protein.  '223 patent, col.9 lines 7-8  (Ex. 2).  The '223 patent provides illustrative examples of the proteins that can form the Factor VIII moiety:

> Nonlimiting examples of Factor VIII moieties include the following: Factor VIII; Factor VIIIa; Factor VIII:C; Factor VIII:vWF; B-domain deleted Factor VIII (and other truncated versions of Factor VIII); hybrid proteins, such as those described in U.S. Pat. No. 6,158,888; glycosylated proteins having Factor VIII activity, such as those described in U.S. Patent Application Publication No. US 2003/0077752; and peptide mimetics having Factor VIII activity.

'223 patent, col.10 lines 16-23 (Ex. 2).  The '223 patent also discloses "hybrid proteins" (otherwise referred to as "fusion proteins") that contain additional nucleic acid sequences derived from a different protein:

> To facilitate identification and purification of the recombinant
> polypeptide, nucleic acid sequences that encode for an epitope tag
> or other affinity binding sequence can be inserted or added in-
> frame with the coding sequence, thereby producing a fusion
> protein comprised of the desired polypeptide and a polypeptide
> suited for binding. Fusion proteins can be identified and purified
> by first running a mixture containing the fusion protein through an
> affinity column bearing binding moieties (e.g., antibodies) directed
> against the epitope tag or other binding sequence in the fusion
> proteins, thereby binding the fusion protein within the column.
> Thereafter, the fusion protein can be recovered by washing the
> column with the appropriate solution (e.g., acid) to release the
> bound fusion protein. The recombinant polypeptide can also be
> identified and purified by lysing the host cells, separating the
> polypeptide, e.g., by size exclusion chromatography, and collecting
> the polypeptide. These and other methods for identifying and
> purifying recombinant polypeptides are known to those of ordinary
> skill in the art.

'223 patent, col.10 l.63-col.11 line 14 (Ex. 2).

55.    A POSA would understand that "Factor VIII moiety" includes both native and mutated forms of Factor VIII.  The '223 patent refers to the "Factor VIII moiety" as including "active" and "'precursor' forms" ('223 patent, col.9 lines 54-59 (Ex. 2)), as well as active fragments, addition, deletion, and substitution variants.  '223 patent, col.10 lines 31-34 ("Biologically active fragments, deletion variants, substitution variants or addition variants of any of the foregoing that maintain at least some degree of Factor VIII activity can also serve as a Factor VIII moiety.") (Ex. 2).  The '223 patent further explains that the "Factor VIII moiety" can be derived from recombinant methods, and expressly explains that "[t]he moiety having Factor VIII activity can advantageously be modified to include one or more amino acid residues such as, for example, lysine, cysteine and/or arginine, in order to provide facile attachment of the polymer to an atom within the side chain of the amino acid."  '223 patent, col.10 lines 35-38 (Ex. 2).  A POSA would understand that the '223 patent specification's reference to "substitution variants," "addition variants," and "modified" concern Factor VIII muteins.

56.     References cited contained in the intrinsic record disclose that the amino acid sequence of a protein, such as a Factor VIII moiety, can be modified to create a mutein according to known methods.   *See* Paragraphs 48-52, above (discussing references in the intrinsic record of the Bossard Patents).   For example, the Zalipsky 1995 reference that is cited in the specification of the '223 patent discloses that proteins can be mutated by site-directed mutagenesis.   *See* '223 patent, col.12 lines 9-22 (Ex. 2) (citing Zalipsky 1995 (Ex. 21)).   Zalipsky 1995 discloses that "[s]everal attempts have been made to genetically reengineer proteins positioning reactive amino acid residues in the desired locations along the polypeptide sequence, followed by modification of these residues by reactive PEG derivatives."   Zalipsky 1995 at 167 (Ex. 21).   Further, Veronese—a reference that I understand is part of the intrinsic record because it is listed on the face of the '223 patent and included in the file history of the '223 patent—discloses that a cysteine residue can be introduced at a desired position in the amino acid sequence of a protein by site-directed mutagenesis.   Veronese at 410 (Ex. 22); *see also* '223 patent file history at BAXJIVI000540-552 (Ex. 15).   I also understand that one of Bayer's experts in a related litigation concerning PEGylated factor VIII technology explained that this portion of Veronese disclosed that "one could theoretically take a protein and change the sequence of the protein, change the order of the amino acids in order to provide for a theoretical PEGylation at cysteine residues."   *See* Deposition Tr. of Dr. Alan Russell (dated Sept. 28, 2018) ("Russell Dep.") at 39:25-44:3 (Ex. 25).   Dr. Russell testified that "there are a variety of ways one could introduce more thiols into the protein.   Those include genetic routes as well as chemical routes," including "a variety of mutagenesis techniques."   Russell Dep. at 41:25-42:18 (Ex. 25).

57.     The applicants' statements during prosecution of the '421 patent application support that a "Factor VIII moiety" covers muteins.   I understand that the '421 patent and the

'223 patent share a common specification. The applicants explained that the specification described Factor VIII muteins and identified site-directed mutagenesis as a particular technique to create muteins:

> Moreover, site directed mutagenesis is a well-known process for introducing one or more cysteines into a Factor VIII polypeptide. '421 patent file history, Response dated June 1, 2010 at 11 (Ex. 8)

> Based upon the high level of skill and knowledge in the art regarding Factor VIII polypeptides, their known structures, functional characteristics, binding domains, properties, correlation between structure and function, and cysteine muteins thereof, as well as methods of making the subject polypeptides and their cysteine muteins, all of which are described in the Applicants' specification, there can be no result other than the Applicants' specification providing sufficient evidence of possession of the invention as presently claimed.  '421 patent file history, Response dated June 1, 2010 at 11-12 (Ex. 8)

58.     A POSA would not understand this claim term according to Bayer's proposed construction.  Bayer's proposed construction attempts to narrow the scope of this claim term to "a native sequence."  There is nothing in the claims, specification, or file history to support such narrowing.  The intrinsic record does not require that the amino acid sequence of the "Factor VIII moiety" be limited to a "native" sequence of Factor VIII.  As set forth above, the intrinsic record discloses to a POSA that a "Factor VIII moiety" includes muteins.

59.     Accordingly, a POSA would understand the claim term "Factor VIII moiety" to mean "a moiety having Factor VIII activity" in accordance with Plaintiffs' proposed construction.

### B.    "Factor VIII polypeptide" and "Factor VIII Moiety Polypeptide"

| Patent/Claim | Plaintiffs' Proposed Construction | Bayer's Proposed Construction |
|---|---|---|
| '421 patent, claims 1, 12, 17, and 18<br>'378 patent, claim 1<br>'536 patent, claim 1<br>'102 patent, claim 1<br>'259 patent, claim 1<br>'831 patent, claim 1<br>'657 patent, claim 1 | "a Factor VIII protein, such as that described in column 9 line 38 to column 11 line 27" | "a factor VIII corresponding to a native sequence and having factor VIII activity" |

60.     A POSA would understand that "Factor VIII polypeptide" and "Factor VIII moiety polypeptide" refer to a protein such as that described by column 9 line 27 through column 11 line 38 in accordance with Plaintiffs' proposed construction.  The '223 patent specification states that the Factor VIII moiety can be "a protein."  '223 patent, col.9 lines 7-9 (Ex. 2).  A POSA would, therefore, understand that the '223 patent's reference to a Factor VIII "protein" includes a polypeptide.

61.     The prosecution history also supports Plaintiffs' proposed constructions.  During prosecution of the application that ultimately issued as the '421 patent, the applicants amended the claims to recite a "Factor VIII polypeptide," which they stated was a particular type of Factor VIII moiety: "In consideration of the Examiner's remarks, the independent claims have been amended to recite a conjugate comprising a Factor VIII *polypeptide*, thereby further clarifying the particular type of moiety to which the water soluble polymer is attached."  '421 patent file history, Response dated June 1, 2010 at 9 (emphasis in original) (Ex. 8).

62.     Moreover, a POSA would understand that the description set forth in column 9 line 38 to column 11 line 27 of the '223 patent specification supports Plaintiffs' proposed constructions.  '223 patent, col.9 line 38-col.11 line 27 (Ex. 2).  During prosecution of the '421

patent, the applicants identified paragraphs 66 to 74 of the original specification as exemplary

support:

> In consideration of the Examiner's remarks, the independent claims have been amended to recite a conjugate comprising a Factor VIII *polypeptide*, thereby further clarifying the particular type of moiety to which the water soluble polymer is attached. Moreover, the Applicants have further amended the claims to recite particular *well-known* Factor VIII polypeptides, each of which is described in the specification and well-established in the art: Factor VIII, Factor VIIIa, Factor VIII:C, Factor VIII:vWF and B-domain deleted Factor VIII.  See, e.g., the specification at page 14, paragraph [0066] to [0074], as well as the references provided therein."

'421 patent file history, Response dated June 1, 2010 at 9 (Ex. 8).  These paragraphs correspond

to column 9 line 38 to column 11 line 27 of the patent specification as issued.  *Compare* '223

patent, col.9 line 38-col. 11 line 27 (Ex. 2), *with* Original '421 Patent Specification, [0066]-

[0074] (Ex. 8).  This portion of the specification describes examples of Factor VIII polypeptides,

such as Factor VIII, Factor VIII:a, Factor VIII:C, B-domain deleted Factor VIII, and fusion

proteins, among others.  '223 patent, col. 9 ll.38-59, col.10 ll.16-23, col.10 l.63-col.11 l.13.  This

portion of the specification provides that the Factor VIII polypeptide can be obtained from

recombinant or plasma-derived sources (*id.* at col.10 lines 43-62) and describes how the activity

of the Factor VIII polypeptide can be measured.  *Id.*  at col.9 l.60-col.10 l.15 (citing Mertens).

63.     A POSA would understand that "Factor VIII polypeptide" and "Factor VIII

moiety polypeptide" include both native and mutated forms.  The '223 patent refers to the

"Factor VIII moiety," which includes a polypeptide, as including "active" and "'precursor'

forms" ('223 patent, col.9 lines 54-59 (Ex. 2)), as well as addition, deletion, and substitution

variants.  '223 patent, col.10 lines 31-34 ("Biologically active fragments, deletion variants,

substitution variants or addition variants of any of the foregoing that maintain at least some

degree of Factor VIII activity can also serve as a Factor VIII moiety.") (Ex. 2).  The '223 patent

further explains that the "Factor VIII polypeptide" can be derived from recombinant methods, and expressly explains that "[t]he moiety having Factor VIII activity can advantageously be modified to include one or more amino acid residues such as, for example, lysine, cysteine and/or arginine, in order to provide facile attachment of the polymer to an atom within the side chain of the amino acid. '223 patent, col.10 lines 35-38 (Ex. 2). A POSA would understand that the '223 patent specification's reference to "substitution variants," "addition variants," and "modified" concern Factor VIII muteins.

64. References cited contained in the intrinsic record disclose that the amino acid sequence of a protein, such as a Factor VIII polypeptide, can be modified to create a mutein according to known methods. *See* Paragraphs 48-52, above (discussing references in the intrinsic record of the Bossard Patents). For example, the Zalipsky 1995 reference that is cited in the specification of the '223 patent discloses that proteins can be mutated by site-directed mutagenesis. *See* '223 patent, col.12 lines 9-22 (Ex. 2) (citing Zalipsky 1995 (Ex. 21)). Zalipsky 1995 discloses that "[s]everal attempts have been made to genetically reengineer proteins positioning reactive amino acid residues in the desired locations along the polypeptide sequence, followed by modification of these residues by reactive PEG derivatives." Zalipsky 1995 at 167 (Ex. 21). Further, Veronese—a reference that I understand is part of the intrinsic record because it is listed on the face of the '223 patent and included in the file history of the '223 patent—discloses that a cysteine residue can be introduced at a desired position in the amino acid sequence of a protein by site-directed mutagenesis. Veronese at 410 (Ex. 22); *see also* '223 patent file history at BAXJIVI000540-552 (Ex. 15). I also understand that one of Bayer's experts in a related litigation concerning PEGylated factor VIII technology explained that this portion of Veronese disclosed that "one could theoretically take a protein and change the

34

sequence of the protein, change the order of the amino acids in order to provide for a theoretical PEGylation at cysteine residues." *See* Deposition Tr. of Dr. Alan Russell (dated Sept. 28, 2018) ("Russell Dep.") at 39:25-44:3 (Ex. 25). Dr. Russell testified that "there are a variety of ways one could introduce more thiols into the protein. Those include genetic routes as well as chemical routes," including "a variety of mutagenesis techniques." Russell Dep. at 41:25-42:18 (Ex. 25).

65.     The applicants' statements during prosecution of the '421 patent application support that "Factor VIII polypeptide" and "Factor VIII moiety polypeptide" cover muteins. The applicants explained that the specification described Factor VIII muteins and identified site-directed mutagenesis as a particular technique to create muteins:

> Moreover, site directed mutagenesis is a well-known process for introducing one or more cysteines into a Factor VIII polypeptide. '421 patent file history, Response dated June 1, 2010 at 11 (Ex. 8)

> Based upon the high level of skill and knowledge in the art regarding Factor VIII polypeptides, their known structures, functional characteristics, binding domains, properties, correlation between structure and function, and cysteine muteins thereof, as well as methods of making the subject polypeptides and their cysteine muteins, all of which are described in the Applicants' specification, there can be no result other than the Applicants' specification providing sufficient evidence of possession of the invention as presently claimed. '421 patent file history, Response dated June 1, 2010 at 11-12 (Ex. 8)

66.     A POSA would not understand these claim terms in accordance with Bayer's proposed construction, i.e., "a factor VIII corresponding to a native sequence and having factor VIII activity." Bayer's proposed construction attempts to narrow the scope of these claim terms to "a native sequence." There is nothing in the claims, specification, or file history to support such narrowing. The intrinsic record does not require that the amino acid sequence of the "Factor VIII polypeptide" or "Factor VIII moiety polypeptide" be limited to a "native" sequence

of Factor VIII.  Bayer's proposed construction also ignores the portion of the specification that

the applicants identified as supporting the "Factor VIII polypeptide" claim term.  For the reasons

set forth above, a POSA would not understand "Factor VIII polypeptide" or "Factor VIII moiety

polypeptide" as limited to a "native" sequence of Factor VIII.

      67.    Accordingly, a POSA would understand the claim terms "Factor VIII

polypeptide" and "Factor VIII moiety polypeptide" to mean "a Factor VIII protein, such as that

described in column 9 line 38 to column 11 line 27" in accordance with Plaintiffs' proposed

constructions.

      C.    **"Selected from the group consisting of . . ."**

| Patent/Claim | Plaintiffs' Proposed Construction | Bayer's Proposed Construction |
|---|---|---|
| '421 patent, claims 1, 12, 17, and 18<br><br>'378 patent, claim 1<br><br>'536 patent, claim 1<br><br>'657 patent, claim 1 | "selected from the group consisting of Factor VIII, Factor VIIIa (the activated form of Factor VIII), Factor VIII:C (a Factor VIII blood plasma protein which affects clotting activity), Factor VIII:vWF (Factor VIII bound to von Willebrand Factor), and B-domain deleted Factor VIII." | "factor VIII protein having SEQ ID NO: 1 with a deletion corresponding to at least 581 amino acids within the region between $Arg^{759}$ and $Ser^{1709}$ and has factor VIII activity" |

      68.    A POSA would understand the recited elements of the "selected from the group

consisting of . . ." claim term in accordance with Plaintiffs' proposed construction.  I understand

that this claim term recites the particular type of "Factor VIII polypeptide" that is claimed.

      69.    Plaintiffs' proposed constructions of "Factor VIII," "Factor VIIIa," "Factor

VIII:C," "Factor VIII:vWF," and "B-domain deleted Factor VIII" are supported by the intrinsic

record as well-known types of "Factor VIII polypeptides."  The '223 patent identifies

nonlimiting examples of these polypeptides, such as "Factor VIII; Factor VIIIa; Factor VIII:C;

Factor VIII:vWF; B-domain deleted Factor VIII (and other truncated versions of Factor VIII); hybrid proteins, such as those described in U.S. Pat. No. 6,158,888; glycosylated proteins having Factor VIII activity, such as those described in U.S. Patent Application Publication No. US 2003/0077752; and peptide mimetics having Factor VIII activity."  '223 patent, col.10 lines 16-23 (Ex. 2).

70.     The '223 patent specification further describes the recited elements of this claim term.  First, the '223 patent specification describes "Factor VIII" with respect to the amino acid sequence of full-length Factor VIII (which may or may not include the leading 19 amino acids). '223 patent, col.4 lines 29-30, col. 9 lines 38-49, col.50 lines 59  (Ex. 2).  The '223 patent specification also refers to commercially available forms of full-length, recombinant Factor VIII, such as KOGNEATE FS® and ADVATE®.  '223 patent, col 2 lines 54-55, 61-67 (Ex. 2). Second, the '223 patent specification refers to "Factor VIIIa" as the activated form of Factor VIII produced when Factor VIII is contacted with relatively small amounts of thrombin.  '223 patent, col.1 line 65-col. 2 line 5, col.4 lines 30-32, col.50 line 59 (Ex. 2).  Third, the '223 patent specification refers to "Factor VIII:vWF" as "i.e., Factor VIII bound to von Willebrand Factor." '223 patent, col.4 lines 32-33 (Ex. 2).

71.     Plaintiffs' proposed constructions are further supported by the prosecution history, which identified these Factor VIII polypeptides as well-known in the art:

> In consideration of the Examiner's remarks, the independent claims have been amended to recite a conjugate comprising a Factor VIII *polypeptide*, thereby further clarifying the particular type of moiety to which the water soluble polymer is attached. Moreover, the Applicants have further amended the claims to recite particular *well-known* Factor VIII polypeptides, each of which is described in the specification and well-established in the art: Factor VIII, Factor VIIIa, Factor VIII:C, Factor VIII:vWF and B-domain deleted Factor VIII.  See, e.g., the specification at page

14, paragraph [0066] to [0074], as well as the references provided therein.

'421 patent file history, Response dated June 1, 2010 at 9 (Ex. 8).

72.     A POSA would understand that "B-domain deleted Factor VIII" means that part or all of the B-domain is deleted.  The '223 patent specification explains that the invention encompasses "B-domain domain deleted Factor VIII (and other truncated versions of Factor VIII)."  '223 patent, col.10 lines 16-19 (Ex. 2).  A POSA would also understand that the bounds of the B-domain are based on the 2,332 amino acid sequence of full-length Factor VIII (which lacks the leading 19 amino acid sequence).  The bounds of the B-domain are well-known in the art—spanning amino acid positions 741 to 1648 of the 2,332 full-length Factor VIII molecule— and are found in references contained within the intrinsic record, such as Mertens (a reference cited in the patent specification), Rostin (a reference cited on the face of the patent specification and found within the file history of the '223 patent), and Vehar (cited during prosecution of the '421 patent).  *See* Paragraphs 42-45, above.  I understand that in a related litigation between the parties concerning PEGylated Factor VIII technology, a Bayer expert opined that the prior art supports the boundary of the B-domain as Plaintiffs propose here.  *See* Decl. of Jeffrey Ravetch in Support of Bayer's Opening Claim Construction Br. ¶¶ 41-43, 108 (Ex. 28); Decl. of Jeffrey Ravetch In Support of Bayer's Reply Claim Construction Br., ¶ 16 (Ex. 29).

73.     A POSA would not understand "B-domain deleted Factor VIII" to mean "factor VIII protein having SEQ ID NO: 1 with a deletion corresponding to at least 581 amino acids within the region between $Arg^{759}$ and $Ser^{1709}$ and has factor VIII activity" in accordance with Bayer's proposed construction.  Bayer relies on the following example from the patent specification: "Preferred truncated Factor VIII versions (encompassed by the term "B-domain deleted Factor VIII) corresponds to a protein having the amino acid sequence of human Factor

VIII (SEQ. ID. NO. 1) having a deletion corresponding to at least 581 amino acids within the

region between $Arg^{759}$ and $Ser^{1709}$." '223 patent, col.10 lines 23-27 (Ex. 2).  Bayer's proposed

construction of "B-domain deleted Factor VIII" is improper because it attempts to narrow the

term to an example.  I have been informed by Counsel that it is improper to limit a term to an

example.  Instead, a POSA would understand that "B-domain deleted Factor VIII" refers to part

or all of the B-domain is deleted based on the intrinsic record.  For instance, the '223 patent

specification describes an example of "B-domain deleted Factor VIII" with respect to

REFACTO®, which corresponds to a rVIII SQ variant that replaces the B-domain with a 14-

amino acid linker sequence.  '223 patent, col 2 lines 53-55, 61-67 (Ex. 2).  Additionally, the '223

patent specification describes nonlimiting examples of Factor VIII moieties to include patent

application US 2003/0077752.  '223 patent, col. 10 lines 16-22 (citing US2003/0077752 (Ex.

12)) (Ex. 2).  US 2003/0077752 states:

> [0012] Variants of B-domain deleted recombinant Factor VIII have
> been made. For example, one variant, referred to herein as BDD
> FVIII SQ (SEQ ID NO: 1), has been genetically engineered to
> replace the 908 amino acids of the B domain with a short 14 amino
> acid linker that is derived from the N- and C-terminal ends of the B
> domain. BDD FVIII SQ is sold by Wyeth/Genetics Institute under
> the trade name ReFacto®. It is produced in Chinese hamster
> ovary(CHO) cells and secreted as a heterodimer. (Sandberg, H. et
> al., 2001, Seminars in Hematology, Vol. 38, No. 2, Suppl. 4, pp. 4-
> 12).

74.     Accordingly, a POSA would understand the "selected from the group consisting

of . . ." claim term to mean "selected from the group consisting of Factor VIII, Factor VIIIa,

Factor VIII:C, Factor VIII:vWF and B-domain deleted Factor VIII" should be construed as

"selected from the group consisting of Factor VIII, Factor VIIIa (the activated form of Factor

VIII), Factor VIII:C (a Factor VIII blood plasma protein which affects clotting activity), Factor

VIII:vWF (Factor VIII bound to von Willebrand Factor), and B-domain deleted Factor VIII"

in accordance with Plaintiffs' proposed construction.

**D.     "wherein the Factor VIII polypeptide has been modified to add a cysteine residue"**

| Patent/Claim | Plaintiffs' Proposed Construction | Bayer's Proposed Construction |
|---|---|---|
| '421 patent, claim 12 | Plain and Ordinary Meaning:<br><br>"wherein the Factor VIII polypeptide has been modified to add a cysteine residue by exemplary methods known in the art" | "addition of a cysteine after the factor VIII polypeptide is expressed" |

75.     A POSA would understand this claim term based on its plain and ordinary meaning in accordance with Plaintiffs' proposed construction.  Specifically, a POSA would understand this claim term to mean that the amino acid sequence of a Factor VIII polypeptide can been modified to add a cysteine residue by exemplary methods known in the art, such as mutagenesis (a genetic engineering technique that is conducted before the protein is expressed). A POSA would not impose a temporal requirement that the addition or modification must only occur after the protein is expressed, which would limit the type of amino acid modification technique(s).

76.     The intrinsic record supports Plaintiffs' construction.  A POSA would understand that "Factor VIII polypeptide" can be modified to add a cysteine residue.  '223 patent, col.9 lines 55-59 (referring to the "active" or "'precursor' forms"), col.10 lines 31-34 ("Biologically active fragments, deletion variants, substitution variants or addition variants of any of the foregoing that maintain at least some degree of Factor VIII activity can also serve as a Factor VIII moiety.") (Ex. 2).  The '223 patent further explains that "modif[ications] to include one or more amino acid residues such as, for example, lysine, cysteine and/or arginine, in order to provide facile attachment of the polymer to an atom within the side chain of the amino acid" can be made.

40

'223 patent, col.10 lines 35-38 (Ex. 2).  The '223 patent further identifies lysine amino acids and

cysteine amino acids that can serve as sites for polymer attachment.  '223 patent, col. 27 lines

21-34 (identifying $Lys^{493}$, $Lys^{496}$, $Lys^{499}$, $Lys^{1808}$, $Lys^{1813}$, $Lys^{1818}$, $Lys^{2183}$, $Lys^{2207}$, $Lys^{2227}$,

$Lys^{2236}$, with $Lys^{496}$, $Lys^{1804}$, and $Lys^{1808}$ particularly preferred), col. 35 lines 57-62 (identifying

$Cys^{248}$, $Cys^{310}$, $Cys^{329}$, $Cys^{630}$, $Cys^{692}$, $Cys^{711}$, $Cys^{1899}$, $Cys^{1903}$, and $Cys^{2000}$, with $Cys^{630}$, $Cys^{711}$,

and $Cys^{1903}$ particularly preferred), *see also* col.28 lines 42-50 (Ex. 2).  A POSA would

understand that the '223 patent's reference to "substitution variants," "addition variants," and

"modified" refer to Factor VIII muteins.  A POSA would also understand the amino acid sites

identified by the patent specification—particularly the identified lysine amino acids—as

potential amino acids to modify to a cysteine based on known methods of site-directed

mutagenesis.  A POSA would not understand these passages to impose a temporal requirement

concerning when the amino acid modifications must be made.  This claim term would, therefore,

include mutagenesis techniques to add the amino acid before the polypeptide is expressed.

77.     Prior art contained in the intrinsic record disclose to a POSA that a protein, such

as a Factor VIII polypeptide, can be modified to create a cysteine mutein according to known

methods.  *See* Paragraphs 48-52, above (discussing references in the intrinsic record of the

Bossard Patents).  For example, the Zalipsky 1995 reference that is cited in the specification of

the '223 patent discloses that proteins can be mutated by site-directed mutagenesis.  *See* '223

patent, col.12 lines 9-22 (Ex. 2) (citing Zalipsky 1995 (Ex. 21)).  Zalipsky 1995 discloses that

"[s]everal attempts have been made to genetically reengineer proteins positioning reactive amino

acid residues in the desired locations along the polypeptide sequence, followed by modification

of these residues by reactive PEG derivatives."  Zalipsky 1995 at 167 (Ex. 21).  Further,

Veronese—a reference that I understand is part of the intrinsic record because it is listed on the

face of the '223 patent and included in the file history of the '223 patent—discloses that a

cysteine residue can be introduced at a desired position in the amino acid sequence of a protein

by site-directed mutagenesis.  Veronese at 410 (Ex. 22); *see also* '223 patent file history at

BAXJIVI000540-552 (Ex. 15).  I also understand that one of Bayer's experts in a related

litigation concerning PEGylated factor VIII technology explained that this portion of Veronese

disclosed that "one could theoretically take a protein and change the sequence of the protein,

change the order of the amino acids in order to provide for a theoretical PEGylation at cysteine

residues."  *See* Deposition Tr. of Dr. Alan Russell (dated Sept. 28, 2018) ("Russell Dep.") at

39:25-44:3 (Ex. 25).  Dr. Russell testified that "there are a variety of ways one could introduce

more thiols into the protein.  Those include genetic routes as well as chemical routes," including

"a variety of mutagenesis techniques."  Russell Dep. at 41:25-42:18 (Ex. 25).

78.     This is also supported by the applicants' statements during the prosecution of the

'421 patent application.  The applicants explained that the specification described Factor VIII

muteins and identified site-directed mutagenesis (a technique that produces a mutant protein

before protein expression) as a technique by which a POSA could use to add a cysteine residue:

> Moreover, site directed mutagenesis is a well-known process for
> introducing one or more cysteines into a Factor VIII polypeptide.
> '421 patent file history, Response dated June 1, 2010 at 11 (Ex. 8)

> Based upon the high level of skill and knowledge in the art
> regarding Factor VIII polypeptides, their known structures,
> functional characteristics, binding domains, properties, correlation
> between structure and function, and cysteine muteins thereof, as
> well as methods of making the subject polypeptides and their
> cysteine muteins, all of which are described in the Applicants'
> specification, there can be no result other than the Applicants'
> specification providing sufficient evidence of possession of the
> invention as presently claimed. '421 patent file history, Response
> dated June 1, 2010 at 11-12 (Ex. 8).

79.    A POSA would not understand this claim term in accordance with Bayer's proposed construction, i.e., "addition of a cysteine after the factor VIII polypeptide is expressed." Bayer's proposed construction improperly attempts to narrow the scope of this claim term to "after the factor VIII polypeptide is expressed."  There is nothing in the claims, specification, or file history to support such narrowing.  As described above, the intrinsic record discloses various methods of genetic engineering (mutagenesis) available to a POSA to add a cysteine residue in place of a naturally occurring amino acid residue before protein expression.

80.    Accordingly, a POSA would understand the claim term "wherein the Factor VIII polypeptide has been modified to add a cysteine residue" based on its plain and ordinary meaning in accordance with Plaintiffs' proposed construction.

**E.    "cysteine residue that has been added to or substituted in the Factor VIII polypeptide"**

| Patent/Claim | Plaintiffs' Proposed Construction | Bayer's Proposed Construction |
|---|---|---|
| '102 patent, claim 1<br><br>'259 patent, claim 1<br><br>'831 patent, claim 1 | Plain and ordinary meaning:<br><br>"a cysteine residue that has been added or substituted in the Factor VIII polypeptide by exemplary methods known in the art" | "addition or substitution of a cysteine after the factor VIII polypeptide is expressed" |

81.    A POSA would understand this claim term based on its plain and ordinary meaning in accordance with Plaintiffs' proposed construction.  Specifically, a POSA would understand this claim term to mean that a cysteine residue has been added or substituted in the Factor VIII polypeptide by exemplary methods known in the art, such as mutagenesis (a genetic engineering technique that is conducted before the protein is expressed).  A POSA would not

impose a temporal requirement that the addition or substitution must only occur after the protein is expressed, which would limit the type of amino acid modification technique(s).

82.     The intrinsic record supports Plaintiffs' construction. A POSA would understand that a cysteine residue can be added or substituted into the amino acid sequence of a "Factor VIII polypeptide." '223 patent, col.9 lines 55-59 (referring to the "active" or "'precursor' forms"), col.10 lines 31-34 ("Biologically active fragments, deletion variants, substitution variants or addition variants of any of the foregoing that maintain at least some degree of Factor VIII activity can also serve as a Factor VIII moiety.") (Ex. 2).  The '223 patent further explains that "modif[ications] to include one or more amino acid residues such as, for example, lysine, cysteine and/or arginine, in order to provide facile attachment of the polymer to an atom within the side chain of the amino acid" can be made.  '223 patent, col.10 lines 35-38 (Ex. 2).  The '223 patent further identifies lysine amino acids and cysteine amino acids that can serve as sites for polymer attachment.  '223 patent, col. 27 lines 21-34 (identifying $Lys^{493}$, $Lys^{496}$, $Lys^{499}$, $Lys^{1808}$, $Lys^{1813}$, $Lys^{1818}$, $Lys^{2183}$, $Lys^{2207}$, $Lys^{2227}$, $Lys^{2236}$, with $Lys^{496}$, $Lys^{1804}$, and $Lys^{1808}$ particularly preferred), col. 35 lines 57-62 (identifying $Cys^{248}$, $Cys^{310}$, $Cys^{329}$, $Cys^{630}$, $Cys^{692}$, $Cys^{711}$, $Cys^{1899}$, $Cys^{1903}$, and $Cys^{2000}$, with $Cys^{630}$, $Cys^{711}$, and $Cys^{1903}$ particularly preferred), *see also* col.28 lines 42-50 (Ex. 2).  A POSA would understand that the '223 patent's reference to "substitution variants," "addition variants," and "modified" refer to Factor VIII muteins.  A POSA would also understand the amino acid sites identified by the patent specification—particularly the identified lysine amino acids—as potential amino acids to modify to a cysteine based on known methods of site-directed mutagenesis.  A POSA would not understand these passages to impose a temporal requirement concerning when the amino acid must be added or substituted.  This claim term

would, therefore, include mutagenesis techniques to add or substitute the amino acid before the polypeptide is expressed.

83.     Prior art contained in the intrinsic record disclose to a POSA that a protein, such as a Factor VIII moiety, can be modified to create a cysteine mutein according to known methods.  *See* Paragraphs 48-52, above (discussing references in the intrinsic record of the Bossard Patents).  For example, the Zalipsky 1995 reference that is cited in the specification of the '223 patent discloses that proteins can be mutated by site-directed mutagenesis.  *See* '223 patent, col.12 lines 9-22 (Ex. 2) (citing Zalipsky 1995 (Ex. 21)).  Zalipsky 1995 discloses that "[s]everal attempts have been made to genetically reengineer proteins positioning reactive amino acid residues in the desired locations along the polypeptide sequence, followed by modification of these residues by reactive PEG derivatives."  Zalipsky 1995 at 167 (Ex. 21).  Further, Veronese—a reference that I understand is part of the intrinsic record because it is listed on the face of the '223 patent and included in the file history of the '223 patent—discloses that a cysteine residue can be introduced at a desired position in the amino acid sequence of a protein by site-directed mutagenesis.  Veronese at 410 (Ex. 22); *see also* '223 patent file history at BAXJIVI000540-552 (Ex. 15).  I also understand that one of Bayer's experts in a related litigation concerning PEGylated factor VIII technology explained that this portion of Veronese disclosed that "one could theoretically take a protein and change the sequence of the protein, change the order of the amino acids in order to provide for a theoretical PEGylation at cysteine residues."  *See* Deposition Tr. of Dr. Alan Russell (dated Sept. 28, 2018) ("Russell Dep.") at 39:25-44:3 (Ex. 25).  Dr. Russell testified that "there are a variety of ways one could introduce more thiols into the protein.  Those include genetic routes as well as chemical routes," including "a variety of mutagenesis techniques."  Russell Dep. at 41:25-42:18 (Ex. 25).

84.     This is also supported by the applicants' statements during the prosecution of the '421 patent application.  The applicants explained that the specification described Factor VIII muteins and identified site-directed mutagenesis (a technique that produces a mutant protein before protein expression) as a technique by which a POSA could use to add or substitute a cysteine residue:

> Moreover, site directed mutagenesis is a well-known process for introducing one or more cysteines into a Factor VIII polypeptide. '421 patent file history, Response dated June 1, 2010 at 11 (Ex. 8)
>
> Based upon the high level of skill and knowledge in the art regarding Factor VIII polypeptides, their known structures, functional characteristics, binding domains, properties, correlation between structure and function, and cysteine muteins, as well as methods of making the subject polypeptides and their cysteine muteins, all of which are described in the Applicants' specification, there can be no result other than the Applicants' specification providing sufficient evidence of possession of the invention as presently claimed. '421 patent file history, Response dated June 1, 2010 at 11-12 (Ex. 8)

85.     A POSA would not understand this claim term in accordance with Bayer's proposed construction, i.e., "addition or substitution of a cysteine after the factor VIII polypeptide is expressed."  Bayer's proposed construction improperly attempts to narrow the scope of this claim term to "after the factor VIII polypeptide is expressed."  There is nothing in the claims, specification, or file history to support such narrowing.  As described above, the intrinsic record discloses various methods of genetic engineering (mutagenesis) available to a POSA to add or substitute a cysteine residue in place of a naturally occurring amino acid residue before protein expression.

86.     Accordingly, a POSA would understand the claim term "cysteine residue that has been added to or substituted in the Factor VIII polypeptide" based on its plain and ordinary meaning in accordance with Plaintiffs' proposed construction.

46

F.    **"the composition is bioactive, comprising an in-vitro activity of at least 15% compared to that of a Factor VIII polypeptide"**

| Patent/Claim | Plaintiffs' Proposed Construction | Bayer's Proposed Construction |
|---|---|---|
| '378 patent, claim 1 | "the composition is bioactive, as measured by the retention of an in-vitro activity that is at least 15% relative to that of the unmodified parent Factor VIII polypeptide" | "the composition is bioactive, as measured by the retention of an in-vitro activity that is at least 15% relative to that of the unpegylated form of the same polypeptide" |

87.    A POSA would understand this claim term in accordance with Plaintiffs' proposed construction.  Plaintiffs' proposed construction is supported by the intrinsic record. For example, the '223 patent specification discloses that the bioactivity, as measured by *in-vitro* activity, should be assessed "relative to that of the unmodified parent moiety." '223 patent, col.16 lines 7-21, *see also* col.15 lines 58-62 (Ex. 2).  The '223 patent states that "[s]uch activity may be determined using a suitable in-vivo or in-vitro model, depending upon the known activity of the particular moiety having Factor VIII activity employed." '223 patent, col.16 lines 1-5 (Ex. 2).  The '223 patent specification further discloses how to assess the *in-vitro* activity of the composition. '223 patent, col.9 line 60-col.10 line 15 (Ex. 2) (citing Mertens (Ex. 11)).

88.    A POSA would not understand this claim term to mean "the composition is bioactive, as measured by the retention of an in-vitro activity that is at least 15% relative to that of the unpegylated form of the same polypeptide" according to Bayer's proposed construction. Bayer's proposed construction appears to align with Plaintiffs' proposed construction but for the inclusion of the phrase "the unpegylated form of the same polypeptide."  I disagree, however, with Bayer's limiting the comparator for assessing in-vitro activity as the "same polypeptide." There is nothing in the claims, specification, or file history to support such narrowing.  I have not seen a requirement in the intrinsic record that in-vitro activity be measured relative to the "same

polypeptide."  Moreover, Bayer ignores that the phrase "same polypeptide" was removed from the claims.  Plaintiffs amended claim 1 of the '378 patent during prosecution to eliminate this phrase "same polypeptide."  Claim 1 previously stated "(iii) the composition is bioactive, as characterized by an *in-vitro* activity of at least about 15% relative to that of the ***same*** Factor VIII polypeptide composition in unconjugated form, when evaluated under the same conditions and at an equivalent dosage amount as the unconjugated Factor VIII polypeptide composition using the same *in-vitro* model."  ('378 patent file history, Response dated at Aug. 31, 2011 at 9, 13 (emphasis added) (Ex. 26).  The phrase "the same" was later deleted.  ('378 patent file history, Notice of Allowability, dated Response dated at Nov. 23, 2011 at 2-3 (emphasis added) (Ex. 26).

89.     Rather, the patent refers to the "unmodified parent" with respect to in-vitro activity.  A POSA would understand the phrase "unmodified parent" to mean "an unconjugated 'active parent molecule (or a derivative thereof).'"  '223 patent, col.15 line 55 to col.16 line 5 (Ex. 2).  The intrinsic record does not limit the "parent" to a particular precursor Factor VIII polypeptide or derivative.  A POSA would understand that the "unmodified parent" may refer to the unconjugated (otherwise referred to in this context as unPEGylated) native, or mutated forms of the Factor VIII polypeptides that are recited in the specification (e.g., Factor VIII, Factor VIIIa, Factor VIII:C, Factor VIII:vWF, and B-domain deleted Factor VIII).  A POSA would also understand that, for example, a "parent" may refer to the unconjugated (otherwise referred to in this context as unPEGylated) or unconjugated B-domain deleted Factor VIII.  This is because these proteins are an active parent molecule to Factor VIII derivative proteins, such as full-length Factor VIII truncations or B-domain deleted Factor VIII truncations (in native or mutated form).

90.     Accordingly, a POSA would understand the claim term "the composition is bioactive, comprising an in-vitro activity of at least 15% compared to that of a Factor VIII polypeptide" to  mean "the composition is bioactive, as measured by the retention of an in-vitro activity that is at least 15% relative to that of the unmodified parent Factor VIII polypeptide" based on its plain and ordinary meaning in accordance with Plaintiffs' proposed construction.

**G.     "wherein the conjugate comprises an in-vitro activity that is at least 15% of the in-vitro activity of the unconjugated Factor VIII polypeptide"**

| Patent/ Claim | Plaintiffs' Proposed Construction | Bayer's Proposed Construction |
|---|---|---|
| '102 patent, claim 1 | "wherein the conjugate retains an in-vitro activity that is at least 15% relative to that of the unmodified parent Factor VIII polypeptide" | "wherein the conjugate retains an in-vitro activity that is at least 15% relative to that of the unpegylated form of the same polypeptide" |

91.     A POSA would understand this claim term in accordance with Plaintiffs' proposed construction.  Plaintiffs' proposed construction is supported by the intrinsic record. For example, the '223 patent specification discloses that the *in-vitro* activity of the conjugate should be assessed "relative to that of the unmodified parent moiety."  '223 patent, col.16 lines 7-21, *see also* col.15 lines 58-62 (Ex. 2).  The '223 patent states that "[s]uch activity may be determined using a suitable in-vivo or in-vitro model, depending upon the known activity of the particular moiety having Factor VIII activity employed."  '223 patent, col.16 lines 1-5 (Ex. 2). The '223 patent specification further discloses how to assess the *in-vitro* activity of the composition.  '223 patent, col.9 line 60-col.10 line 15 (Ex. 2) (citing Mertens (Ex. 11)).

92.     The applicants' statements during prosecution of the '102 patent application support that the in-vitro activity should be compared to "the unmodified parent."  During prosecution, the applicants stated that:

the claims have been amended to more clearly recite a certain degree of *retention of bioactivity* for the conjugate when compared to the bioactivity of the **unmodified parent Factor VIII polypeptide** rather than imply a necessary enhancement.  Thus, in no way would this claim be unclear to a person skilled in the art, since one skilled in the art would understand, based upon the amended claim language, that a conjugate as currently claimed retains at least about 15% of the in-vitro bioactivity of the **unmodified parent Factor VIII polypeptide**.

'102 patent file history, Response dated Jan. 30, 2013 at 11 (emphasis added) (Ex. 27).

93.    A POSA would not understand this claim term to mean wherein the conjugate retains an in-vitro activity that is at least 15% relative to that of the unpegylated form of the "***same*** polypeptide" in accordance with Bayer's proposed construction. (emphasis added). Bayer's proposed construction appears to align with Plaintiffs' proposed construction but for the inclusion of the phrase "the unpegylated form of the same polypeptide."  I disagree, however, with Bayer's inclusion of this phrase because it attempts to narrow in-vitro activity to "the same polypeptide."  There is nothing in the specification or file history to support such narrowing. This phrase is not recited in the patent claims or the specification, and there is no requirement that in-vitro activity be measured relative to the "same polypeptide."  Bayer also ignores that the claims of the '102 patent did not contain the phrase "same polypeptide" during prosecution.

94.    Rather, the patent refers to the "unmodified parent" with respect to in-vitro activity.  A POSA would understand the phrase "unmodified parent" to mean "an unconjugated 'active parent molecule (or a derivative thereof).'"  '223 patent, col.15 line 55 to col.16 line 5, col.16 lines 7-21 (Ex. 2).  The intrinsic record does not limit the "parent" to a particular precursor Factor VIII polypeptide or derivative.  A POSA would understand that the "unmodified parent" may refer to the unconjugated (otherwise referred to in this context as unPEGylated) native, or mutated forms of the Factor VIII polypeptides that are recited in the specification (e.g., Factor VIII, Factor VIIIa, Factor VIII:C, Factor VIII:vWF, and B-domain

deleted Factor VIII).  A POSA would also understand that, for example, a "parent" may refer to the unconjugated (otherwise referred to in this context as unPEGylated) or unconjugated B-domain deleted Factor VIII.  This is because these proteins are an active parent molecule to Factor VIII derivative proteins, such as full-length Factor VIII truncations or B-domain deleted Factor VIII truncations (in native or mutated form).

95.     Accordingly, a POSA would understand the claim term "wherein the conjugate comprises an in-vitro activity that is at least 15% of the in-vitro activity of the unconjugated Factor VIII polypeptide" to mean "wherein the conjugate retains an in-vitro activity that is at least 15% relative to that of the unmodified parent Factor VIII polypeptide" in accordance with Plaintiffs' proposed construction.

## IX.   CONCLUSION

96.     For at least the reasons set forth above, it is my opinion that Plaintiffs' proposed constructions for the disputed claim terms of the Bossard Patents should be adopted in their entirety.

97.     I reserve the right to supplement this Declaration based on any additional information I become aware of, including Bayer's claim construction briefing and/or any declarations from their expert(s).  If called to testify, I may use graphics or other assisting tools.

Dated 10 /12 /18

Loren D. Walensky, M.D./Ph.D.

**EXHIBIT 1**

**CurriculumVitae**

| | |
|---|---|
| **Date Prepared:** | August 2018 |
| **Name:** | Loren David Walensky, M.D., Ph.D. |
| **Office Address:** | Dana-Farber Cancer Institute<br>Pediatric Oncology LC3216<br>450 Brookline Avenue<br>Boston, MA 02215 |
| **Work Phone:** | (617) 632-6307 |
| **Work Email:** | Loren_Walensky@dfci.harvard.edu |
| **Work FAX:** | (617) 582-8240 |

## Education

| | | | |
|---|---|---|---|
| 1990 | B.A. | Chemistry | Princeton University |
| 1990 | Certificate | Science Policy | Woodrow Wilson School of Public International Affairs, Princeton University |
| 1997 | M.D. | Medicine | Johns Hopkins University School of Medicine |
| 1997 | Ph.D. | Pharmacology and Molecular Sciences | Johns Hopkins University School of Medicine |

## Postdoctoral Training

| | | | |
|---|---|---|---|
| 1997-1998 | Postdoctoral Research Fellow | Neuroscience, Advisor: Solomon H. Snyder, M.D. | Johns Hopkins University School of Medicine |
| Spring1998 | Visiting Research Fellow | Life Sciences Division, Collaborator/Advisor: Mohandas Narla, Ph.D. | Lawrence Berkeley National Laboratory |
| 1998-2003 | Clinical Fellow | Pediatrics | Harvard Medical School |
| 2001-2005 | Postdoctoral Research Fellow | Molecular Oncology, Advisor: Stanley J. Korsmeyer, M.D.; Collaborator/Co-Advisor: Gregory L. Verdine, Ph.D | Dana-Farber Cancer Institute |

## Faculty Academic Appointments

| | | | |
|---|---|---|---|
| 2003-2006 | Instructor | Pediatrics | Harvard Medical School |
| 2006-2011 | Assistant Professor | Pediatrics | Harvard Medical School |

| | | | |
|---|---|---|---|
| 2006- | Adjunct Faculty | Cancer Biology | Dana-Farber Cancer Institute |
| 2006- | Affiliated Faculty | BCMP | Harvard Medical School |
| 2007- | Affiliated Faculty | Chemical Biology Program | Harvard Medical School/ Harvard University |
| 2011-2016 | Associate Professor | Pediatrics | Harvard Medical School |
| 2016- | Full Professor | Pediatrics | Harvard Medical School |

## Appointments at Hospitals/Affiliated Institutions

| | | | |
|---|---|---|---|
| 1998-1999 | Intern | Pediatrics | Boston Combined Residency Program in Pediatrics |
| 1999-2000 | Junior Resident | Pediatrics | Boston Combined Residency Program in Pediatrics |
| 2000-2003 | Clinical Fellow | Pediatric Hematology/ Oncology | Boston Children's Hospital Dana-Farber Cancer Institute, Harvard Medical School |
| 2003- | Attending Physician | Pediatric Hematology/ Oncology | Boston Children's Hospital Dana-Farber Cancer Institute, Harvard Medical School |

## Other Professional Positions

| | | |
|---|---|---|
| 2003- | Scientific Advisory Board Member | Alex's Team Leukemia Foundation |
| 2006- | Consultant and Scientific Advisory Board Member | Aileron Therapeutics |
| 2008- | Member, DF/HCC Lymphoma and Myeloma Program | Dana-Farber Cancer Institute |
| 2008- | Member, Translational Pharmacology and Early Therapeutic Trials Program | Dana-Farber Cancer Institute |
| 2014- | Ad Hoc Scientific Consultant | Gehrson Lehrman Group Council |
| 2016- | Scientific Advisory Council Member | CureSearch |

## Major Administrative Leadership Positions

**Local**

| | | |
|---|---|---|
| 2005- | Medical Director, Program in Cancer Chemical Biology | Dana-Farber Cancer Institute |
| 2013- | Director, Harvard/MIT MD-PhD Program | Harvard Medical School/MIT |

## Committee Service

**Local**

| | | |
|---|---|---|
| 2003- | Member of the Harvard Medical Student Selection Committee | Alex's Team Leukemia Foundation |
| 2007-2013 | Chair of the Andrew H. Weinberg Memorial Lecture Committee | Dana-Farber Cancer Institute |
| 2008- | Member of the Longwood Research Center Chemical Biology Planning Group | Dana-Farber Cancer Institute |
| 2009- | Member of the Office for Postdoctoral Training & Career Development (OPTCD) Oversight Committee | Dana-Farber Cancer Institute |
| 2011-2014 | Member of the Faculty Mentor Award Selection Committee | Harvard Medical School |
| 2011- | Ad Hoc Interviewer, Residency Selection Committee | Boston Children's Hospital |
| 2013- | Committee on MD-PhD Admissions (Chair) | Harvard Medical School |
| 2013- | MD-PhD Leadership Council Member and Chair | Harvard Medical School |
| 2013- | Member of the Harvard Integrated Life Sciences Coordinating Committee | Harvard University/Harvard Medical School |
| 2013- | Member of the Post-Graduate Education (PGE) Committee | Harvard Medical School |
| 2016 | Member of the Harvard Medical School Search Committee for HST Director | Harvard Medical School |
| 2017 | Subcommittee Chair for Dean's Review of Graduate Education | Harvard Medical School |

**National and International**

| | | |
|---|---|---|
| 2009-2010 | Member of the Annual Meeting Scientific Abstracts Selection Committee | American Society of Hematology |
| 2010-2011 | Member of the Annual Meeting Scientific Abstracts Selection Committee | American Association for Cancer Research |
| 2013-2014 | Member of the Annual Meeting Scientific Program Committee | American Association for Cancer Research |
| 2016- | Member of the Selection Committee Chair (2018) | Society for Pediatrics, E. Mead Johnson Award for Research in Pediatrics |

## Professional Societies

| | | |
|---|---|---|
| 1990- | Phi Beta Kappa | Member |
| 1994-1998 | American Society for Cell Biology | Member |
| 1995-1998 | Society for Neuroscience | Member |

3

| 1997- | Alpha Omega Alpha | Member |
|---|---|---|
| 1998- | American Academy of Pediatrics | Member |
| 2002- | American Society of Hematology | Member* |
| 2002- | American Association for Cancer Research | Member* |
| 2002- | American Chemical Society | Member |
| 2002- | American Board of Pediatrics | Diplomate |
| 2004- | American Board of Pediatrics Subspecialty for Pediatrics Research | Diplomate |
| 2009- | Society for Pediatrics Research | Member |
| 2010- | American Society for Clinical Investigation | Member |
| 2016- | American Pediatric Society | Member |
| 2018- | Association of American Physicians | Member |

*see also Committee Service, National and International, above.

## Grant Review Activities

| 2009-2011 | Ad Hoc Member, Cancer Molecular Pathobiology (CAMP) Study Section | National Cancer Institute |
|---|---|---|
| 2011-2017 | Full Member, Cancer Molecular Pathobiology (CAMP) Study Section | National Cancer Institute |
| 2016-2017 | Chair, Cancer Molecular Pathobiology (CAMP) Study Section | National Cancer Institute |

## Editorial Activities

Ad Hoc Reviewer: *Science, Nature, Cell, Nature Chemical Biology, Nature Structural and Molecular Biology, Molecular Cell, Nature Communications, Nature Chemistry, Journal of the American Chemical Society, Proceedings of the National Academy of Sciences, Journal of Medicinal Chemistry, Oncogene, Journal of Cell Biology, Journal of Clinical Investigation, Current Protocols in Chemical Biology, Molecular Cancer Research, Cancer Research, Chemistry and Biology, Chemical Biology and Drug Design, Blood, ACS Chemical Biology.*

## Honors and Prizes

| 1989 | Barry M. Goldwater Scholarship for Excellence in Science |
|---|---|
| 1989 | William T. Foster Memorial Prize in Chemistry, Princeton University |
| 1989 | Class of 1939 Princeton Scholar Award, Princeton University |
| 1990 | Everett S. Wallis Prize, Organic Chemistry, Princeton University |
| 1990 | Elected to Phi Beta Kappa Society |
| 1990 | Phi Beta Kappa Prize |
| 1990 | Lauri Strauss Leukemia Foundation Fellowship |

1990   Princeton University M. Taylor Pyne, Honor Prize

1990   Princeton University Summa Cum Laude

1990   Princeton University Class of 1990 Valedictorian

1990   National Institute of Health, Medical Scientist Training Program Award

1996   Finalist, Publication of the Year, *Molecular Medicine*

1997   Certificate of Merit, Johns Hopkins School of Medicine Young Investigator's Day

1997   New Investigator Award, American Society for Andrology

1997   Serono In-Training Award, Pacific Coast Fertility Society

1997   Louis Sudler Prize in the Arts for Classical Piano Performance, Johns Hopkins University

1997   Elected to Alpha Omega Alpha

1997   The Helen and Harold Harrison Award for Clinical Pediatrics, Johns Hopkins Hospital

2003   "Alex's Team" Foundation Oncology Research Award

2003   Lauri Strauss Leukemia Foundation Fellow Research Award

2003   American Society of Hematology Scholar Award

2003   American Society of Hematology Postdoctoral Fellow Merit Award

2003   Lymphoma Research Foundation Fellowship

2003   National Institutes of Health Mentored Clinical Scientist Award (K08)

2004   Children's Hospital Boston Research Day Award

2004   Dana-Farber Cancer Institute Department of Cancer Biology Research Day Award

2004   V Foundation Scholar Award

2005   Charles E. Culpeper Scholarship in Medical Science

2005   Burroughs Wellcome Career Award Biomedical Sciences

2007   Harvard Medical School Young Mentor Award

2008   American Society of Hematology Faculty Scholar Award Basic Sciences

2009   Society for Pediatrics Young Investigator Award

2009   Bill and Melinda Gates Foundation Grand Challenges Exploration Phase I Award

2009   National Cancer Institute RO1 Award

2009   Ad Hoc Member, Cancer Molecular Pathobiology (CAMP) Study Section, NCI

2009   NIH Director's Transformative RO1 Award

2009   NIAID Highly Innovative Tactics to Interrupt Transmission of HIV (HIT-IT) RO1 Award

2009   Stand Up to Cancer Innovative Research Grant Award

2010   Member, American Society for Clinical Investigation

2010   Ad Hoc Member, Cancer Molecular Pathobiology (CAMP) Study Section, NCI

| | | |
|---|---|---|
| 2011 | Member, Cancer Molecular Pathobiology (CAMP) Study Section, NCI | |
| 2012 | Clair W. and Richard P. Morse Research Award, Dana-Farber Cancer Institute | |
| 2014 | Samuel Rosenthal Prize for Excellence in Academic Pediatrics | |
| 2014 | Leukemia and Lymphoma Society Scholar Award | |
| 2015 | E. Mead Johnson Award for Research in Pediatrics | |
| 2015 | National Cancer Institute R35 Outstanding Investigator Award | |
| 2016 | Hyundai Hope on Wheels Quantum Award | |
| 2016 | Alex's Lemonade Stand Reach Award | |
| 2016 | Member, American Pediatric Society | |
| 2016 | Chair, Cancer Molecular Pathobiology (CAMP) Study Section, NCI | |
| 2017 | Harvard Medical School Health Sciences & Technology Thomas A. McMahon Mentoring Award | |
| 2017 | Faculty Mentor Award, Harvard Graduate Program in Biological and Biomedical Sciences | |
| 2018 | Member, Association of American Physicians | |
| 2018 | Alex's Lemonade Stand Innovation Award | |

## Report of Local Teaching and Training

### Teaching of Students in Courses

| | | |
|---|---|---|
| 1997-1998 | Histology, Course Instructor | Department of Cell Biology and Anatomy, The Johns Hopkins University School of Medicine, Baltimore, MD. Full semester |
| 2005 | Chemistry 285: Human Disease: Molecular Etiology and Mechanistic Pharmacology Undergraduate and Graduate students | Harvard University |
| 2005- | Cell Biology 211a: Biology of the Cancer Cell Graduate students | Harvard Medical School |
| 2006- | Chemical Biology 2100: Introduction to Chemical Biology Graduate students | Harvard Medical School |
| 2013- | HST030 Human Pathology MD and MD-PhD students | Harvard Medical School |
| 2013- | MD-PhD Summer Course MSTP students | Harvard Medical School |

### Formal Teaching of Residents, Clinical Fellows and Research Fellows (post-docs)

| | | |
|---|---|---|
| 2003- | Fellowship Course in Pediatric Hematology/Oncology Pediatric Hematology/Oncology Fellows | Boston Children's Hospital/Dana-Farber Cancer Institute |

**Clinical Supervisory and Training Responsibilities**

2003-        Attending Physician on the Inpatient
             Oncology Service, Boston Children's
             Hospital

2003-        Attending Physician at the Jimmy Fund
             Clinic, Dana-Farber Cancer Institute

**Laboratory and Other Research Supervisory and Training Responsibilities**

2006-        Graduate Degree Mentor, Harvard Medical
             School Program in Biological and
             Biomedical Sciences; supervision and
             laboratory mentorship of graduate students
             and rotating students.

2006-        Postdoctoral Fellow Research Mentor,
             Dana-Farber Cancer Institute, Department
             of Pediatric Oncology and Program in
             Cancer Chemical Biology; supervision and
             laboratory mentorship of postdoctoral
             trainees.

2008-        Graduate Degree Mentor, Harvard
             University Department of Chemistry
             and Chemical Biology; supervision and
             laboratory mentorship of graduate students.

2013-        Graduate Degree Mentor, Harvard/MIT
             Health Science and Technology graduate
             program, supervision and laboratory
             mentorship of graduate students.

**Formally Supervised Trainees**

**Past Trainees:**

2003-2005    Scott Barbuto, B.S./**Research Technician**, DFCI; Co-author, *Science*
             MD/PhD student (MSTP Program), Cornell University School of Medicine, New York

2005-2006    Joel A. Morash, B.S./**Research Technician**, DFCI; Co-author, *Mol Cell, JBC*
             MD student, Dalhousie University Medical School, Nova Scotia

2005-2007    Kenneth L. Pitter, B.S./**Research Technician**, DFCI; Co-author, *Mol Cell, JBC*, First
             author, *Methods Enzymol*
             MD/PhD student (MSTP Program), Cornell University School of Medicine

2006-2012    Gregory H. Bird, Ph.D./**Postdoctoral Fellow, F32 Award** (NIAID); First author, *PNAS,
             Methods Enzymol*; Co-author, *Nature, Mol Cell, PNAS*
             Senior Scientist, Walensky Lab, Dana-Farber Cancer Institute.

2007-2009    Marguerite L. Davis, B.S./**Research Technician**, DFCI; Co-author, *Nature, Mol Cell*
             MD student, University of Massachusetts Medical School, Worcester

2007-2009    Alisa F. Perry, B.S./**Research Technician**, DFCI; Co-author, *PNAS*
             NP student, Yale University School of Nursing

2007-2009   Chelsea E. Lawrence, B.S./**Research Technician**, DFCI; Co-author, *JCI*
PA student, Physician Assistant Training Program, Mass College of Pharmacy

2007-2010   Federico Bernal, Ph.D./**Postdoctoral Fellow, K22 Award**; First author, *JACS, Cancer Cell*
Investigator, National Cancer Institute, Cancer Metabolism Branch

2007-2011   Evripidis Gavathiotis, Ph.D./**Postdoctoral Fellow, K99 Award**; First author, *Nature, Mol Cell, Nat Chem Biol*; Co-author, *Chem Biol*
Associate Professor, Department of Biochemistry, Albert Einstein College of Medicine.

2007-2011   Michelle L. Stewart, Ph.D./**Graduate Student, F31 Award** (NCI); First author, *Nat Chem Biol*; Co-author, *Chem Biol*
Postdoctoral Fellow, Laboratory of Stuart Schreiber, Broad Institute of Harvard/MIT

2007-2012   Craig R. Braun, Ph.D./**Graduate Student**; NSERC Fellowship; First author, *Chem Biol*; Co-author, *PNAS*
Postdoctoral Fellow, Laboratory of Steven Gygi, PhD, Harvard Medical School

2007-2012   Samuel G. Katz, M.D., Ph.D./**Postdoctoral Fellow, K08 Award** (NHLBI); Co-author, *Nature*; First author, *Oncogene*
Assistant Professor of Pathology, Yale University School of Medicine

2007-2012   James L. LaBelle, M.D., Ph.D./**Postdoctoral Fellow, K08 Award** (NCI); Co-author, *Methods Enzymol*; First author, *JCI*
Assistant Professor of Pediatrics and Pediatric Oncology, University of Chicago Pritzker School of Medicine

2008-2013   Elizaveta S. Leshchiner, B.A./Harvard University CCB **Graduate Student, Dana-Farber Lander Pre-doctoral Fellowship in Cancer Chemical Biology**; First author, *PNAS*; Co-author, *Nat Chem Biol*
Postdoctoral Fellowship, Laboratory of Stuart Schreiber, Broad Institute of Harvard and MIT

2009-2012   Nicole A. Cohen, Ph.D./**Graduate Student; F31 Award**; First author, *Chem Biol*; Co-author, *Nat Struct Mol Biol*
Teach for America

2009-2013   Amanda Lee, BBS **Graduate Student, NSF Pre-doctoral Fellowship Award**; First author, *Chem Biol, ACS Chem Biol.*
Postdoctoral Fellowship, Laboratory of Wilhelm Haas, Massachusetts General Hospital

2009-2011   Christian Crannel, B.S./**Research Technician**, DFCI; Co-author, *Curr Protoc Chem Biol*
MD student, University of Vermont School of Medicine

2009-2011   Denis Reyna-Ruiz, B.S./**Research Technician**, DFCI; Co-author, *Mol Cell, Nat Chem Biol*
Sr. Research Technician, Albert Einstein College of Medicine

2010-2012   Jared Tepper, B.A./**Research Technician**; Co-author, *Chem Biol*
MD student, Thomas Jefferson University School of Medicine

2010-2014   Lauren Barclay, B.S., BBS **Graduate Student, NSF Pre-doctoral Fellowship Award**; First author, *Mol Cell*
Postdoctoral Fellowship, Warp Drive Bio.

2011-2013   Joseph Bellairs, B.S./**Research Technician**; Co-author, *Nat Chem Biol, PNAS*

Medical Student, University of Chicago School of Medicine.

2011-2013   Kwadwo Opoku-Nsiah, B.S./**Research Technician**; Co-author, *J Clin Invest, Chem Biol, PNAS, Nat Chem Biol*
Chemistry Graduate Student, University of California San Francisco

2012-2014   Catherine Gallagher, B.S./**Research Technician**; Co-author, *Nat Struct Mol Biol*
Physician Assistant Training Program

2013-2015   Margaret A. Lammert, B.S./**Research Technician**; Co-author, *ACS Chem Biol*, *Nat Chem Biol*

2012-2016   Annissa Huhn, Ph.D./**Postdoctoral Fellow**; First author, *Cell Chem Biol*; Co-author, *ACS Chem Biol, Nat Struct Mol Biol*
Scientist, Constellation Pharmaceuticals

2013-2016   Rebecca Goldstein, Ph.D./**Postdoctoral Fellow**, **NIA F32 Award**;
Scientist, Anokion, Cambridge, MA

2017   Daniel Yin, D.Phil./**Postdoctoral Fellow**;
Patent Assistant, Mewburn Ellis LLP

2013-2017   Jonathan Pritz, B.S./**Graduate Student**, **NCI F31 Award**, BBS Program of Harvard Medical School
Associate, RA Capital Management, Boston, MA.

2014-2015   James Luccarelli, D.Phil., **HST Thesis Fellow, MSTP Award and David G. Nathan Summer Fellowship Award**
Resident, Pediatric Psychiatry, Massachusetts General Hospital

2011-2017   Silvia Escudero, B.A./**Graduate Student, NSF Predoctoral Fellowship Award**, BBS Program of Harvard Medical School; Postdoctoral Fellow (2017-2018), Walensky Lab

2013-2018   Rida Mourtada, B.S./**Graduate Student**, **Canadian Institutes of Health Research Predoctoral Fellowship Award**, HST Program of Harvard/MIT
Senior Scientist, Aileron Therapeutics

2014-2018   Rachel Guerra, B.A./**Graduate Student**, **NSF Predoctoral Fellowship Award**, BBS Program of Harvard Medical School
Postdoctoral Fellow, Laboratory of David Pagliarini, PhD, University of Wisconsin, Madison

2014-2018   Franziska Wachter, M.D., **Postdoctoral Fellow, Alexander von Humboldt Foundation Feodor Lynen** Fellowship Award
Resident in Pediatrics, Boston Combined Program in Pediatrics

**Current Trainees:**

2012-   Gregory H. Bird, Ph.D., **Senior Scientist, R50 NCI Research Specialist Award**

2012-   Susan Lee, Ph.D., **Senior Scientist**

2014-   Daniel Cohen, B.A./**Graduate Student**, **Landry Predoctoral Fellowship Award**, Chemical Biology Program of Harvard Medical School

2015-   Edward Harvey, B.A./**Graduate Student**, **NCI F31 Award**, Chemical Biology Program of Harvard Medical School

9

2015-    Zachary Hauseman, B.A./**Graduate Student**, **NCI F31 Award**, Chemical Biology Program of Harvard Medical School

2015-    Ann Morgan, B.A./**Graduate Student**, **NIH MSTP Award and NCI F30 Award**, Harvard/MIT MD-PhD Program and Graduate Program in Biophysics, Harvard Medical School

2016-    Tito Adhikary, B.S./**Graduate Student**, **Landry Predoctoral Fellowship Award**, BBS Program of Harvard Medical School

2017-    Yael Ben-Nun, Ph.D./**Postdoctoral Fellow, Leukemia and Lymphoma Society Special Fellow Award**

2017-    Henry Herce, PhD/**Staff Scientist**

2017-    Michelle Prew, B.A./**Graduate Student**, **NSF and Landry Predoctoral Fellowship Awards**, BBS Program of Harvard Medical School

2017-    Noah Bloch, B.A./**Graduate Student, NSF Predoctoral Fellowship Award**, BBS Program of Harvard Medical School

2018-    Baturay Aydemir, B.A./**Medical Student - HST Thesis Fellow, Alex's Team Foundation Fellow,** Harvard Medical School

2018-    Vivien Vogt, B.A./**Visiting Master's Student**, Eberhard-Karls University Tübingen

2018-    Matthew McHenry, B.S/**Graduate Student**, Department of Chemistry and Chemical Biology, Harvard University


**Local Invited Presentations** (No presentations below were sponsored by outside entities)

2003-2007    "Introduction to Pediatric Oncology," School Liaison Program, Dana-Farber Cancer Institute

2006    "Drugging the Undruggable Targets of Refractory Cancers with Stapled Peptide Therapeutics," Jimmy Fund Visiting Committee, Dana-Farber Cancer Institute, Boston, MA

2007    "Chemical Dissection of the BCL-2 Gamily Signaling Network," Department of Cancer Biology Retreat, Dana-Farber Cancer Institute, Boston, MA

2008    "Dissecting and Targeting Apoptotic Pathways with Stapled Peptides of the BCL-2 Family," Dana-Farber/Harvard Cancer Center Translational Pharmacology and Early Therapeutic Trials Program Symposium, Boston, MA

2009    "Putting Chemistry to Work in Blood Cancers," Chief Scientific Officer Forum, Dana-Farber Cancer Institute, Boston, MA

2010    "Chemical and Structural Dissection of BCL-2 Family Protein Interactions: Mechanistic Insights and Pharmacologic Opportunities," Dana-Farber/Harvard Cancer Center Lymphoma and Myeloma Program Symposium, Boston, MA

2011    "Dissecting and Targeting Pathologic Protein Interactions with Stapled Peptides," Dana-Farber Biostatistics and Computational Biology Seminar, Boston, MA

2011    "Targeting Deregulated Apoptotic and Transcriptional Pathways in Cancer with Hydrocarbon-Stapled Peptides," R.B. Woodward Lectures in Chemical Sciences, Harvard University, Cambridge, MA

| 2012 | "Ten Years of Stapling Peptides for Biomedical Application: Where we've Been and Where We're Going," Broad Therapeutics Seminar, Cambridge, MA |
| --- | --- |
| 2012 | "Toward a New Generation of Therapies for Refractory Lymphoma," Chief Scientific Officer Forum, Dana-Farber Cancer Institute, Boston, MA |
| 2012 | "Toward a New Generation of Therapies for Pediatric Cancers," Pediatric Visiting Committee, Dana-Farber Cancer Institute, Boston, MA |
| 2012 | "Death's Other Face: Biochemical and Structural Dissection of the BAX Activation Pathway," Therapeutics, Targets and Discovery Symposium, Harvard Medical School, Boston, MA |
| 2013 | "Novel Agents for Targeting MCL-1 in Adult AML/ALL," DFCI/MIT Bridge Project Presentation, Cambridge, MA |
| 2013 | "Training Physician Scientist Leaders," ACE Council Meeting, Harvard Club, Boston, MA |
| 2014 | "Training the Next-Generation of Physician Scientist Leaders," Harvard Medical School Curriculum Committee Meeting, Harvard Medical School, Boston, MA |
| 2014 | "Training the Next-Generation of Physician-Scientist Leaders," Harvard Medical School Faculty Council Meeting, Harvard Medical School, Boston, MA |
| 2014 | "Targeting Apoptosis by Chemical Design," Keynote Address, Health, Sciences and Technology Alumni Dinner, Harvard Medical School, Boston, MA. |
| 2014 | "BCL-2 Inhibits BAX by a Noncanonical Interaction Mechanism: Biochemical Implications and Pharmacologic Opportunities," DFCI/Boston Children's Hospital Pediatric Hematology/Oncology Annual Retreat, Endicott House, Dedham, MA |
| 2014 | "To Infinity and Beyond," Plenary Speaker, 40th Anniversary of the Harvard/MIT MD-PhD Training Program Celebration and Symposium, Harvard Medical School, Boston, MA |
| 2015 | "My Journey to Becoming a DFCI/HMS Faculty Member," Keynote Address, Cancer Biology Concentration Annual Symposium, Harvard Medical School, MA. |
| 2015 | "Targeting Chemoresistance in Cancer: A Matter of Life and Death," Pediatric Oncology Nursing Rounds, Boston Children's Hospital, MA. |
| 2015 | "Dissecting and Targeting the Apoptotic Pathway in Cancer: A Matter of BAX-Regulated Life and Death," Landry Cancer Biology Symposium, Harvard University, Cambridge, MA. |
| 2015 | "State of the MD-PhD Program," Harvard/MIT MD-PhD Program Annual Retreat, South Yarmouth, MA. |
| 2016 | "Mining the Interface of Chemistry, Biology, and Pediatric Cancer Care," Academy of Basic and Translational Investigation, Boston Children's Hospital, Boston, MA. |
| 2016 | "Dissecting and Targeting the Apoptotic Pathway in Cancer," Brigham and Women's Hospital Pathology Conference, Boston, MA. |
| 2016 | "Targeting HDM2/HDMX in Leukemia," Salan ALL Investigators' Meeting, Boston, MA |
| 2016 | "Noncanonical Strategies for Reactivating Apoptosis in Cancer," Dana-Farber/Boston Children's Cancer and Blood Disorders Center Seminar Series, Boston, MA. |

2016        "Noncanonical Strategies for Therapeutic Targeting of Apoptotic Regulators in Cancer," DF/HCC Leukemia and Lymphoma Research Conference, Boston, MA.

2017        "Dissecting and Targeting Mechanisms of Apoptotic Deregulation in Cancer," Cell Biology/BCMP Seminar Series, Harvard Medical School, Boston, MA.

2017        "Targeting HDM2 and HMDX to Reactivate p53 in Cancer," DF/HCC Kidney Cancer Program Seminar, Boston, MA.

2017        "Stapled Peptides to Dissect and Target Pathologic Protein Interactions," BCRP Academy of Basic Translational Research Data Blitz, Boston Children's Hospital, Boston, MA.

2017        "Regulation of Fatty Acid Oxidation by the Mitochondrial Matrix Isoform of MCL-1," Pediatric Hematology/Oncology Departmental Retreat, Dedham, MA.

# Report of Regional, National and International Invited Teaching and Presentations (No presentations below were sponsored by outside entities unless indicated by *)

**National**

1995        "Novel Chemoreceptors and Sperm IP3Rs in Mammalian Fertilization," American Society for Cell Biology Meeting, Washington, D.C.

1996        "A Role for the Immunophilin FKBP-12 in Sperm Maturation," Pacific Coast Fertility Society Meeting, Palm Springs, CA

1997        "Neuronal Homologues of the Red Cell Cytoskeletal Protein 4.1," Society for Neuroscience Meeting, San Diego, CA

1999        "From Red Cells to Neurons: Exploring New Roles for the Expanding Family of 4.1 Proteins," Red Cell Gordon Conference, Tilton, NH

2003        "Novel Chemically-Stabilized Helices of the BCL-2 Family Induce Apoptosis of Leukemia Cells," American Society of Hematology Meeting, Plenary Session, San Diego, CA

2004        "Targeting Apoptosis in Cancer Using Hydrocarbon-Stapled Helices of the BCL-2 Family," Gordon Research Conference, Cancer Models and Mechanisms, Newport, RI

2004        "Targeting Apoptosis in Cancer Using Chemically-Stabilized Helices of the BCL-2 Family," Pediatric Grand Rounds, Memorial Sloan Kettering Cancer Center, New York, NY

2005        "Targeting Protein Interactions in Vivo Using Chemically-Reinforced Helical Peptides," Molecular Pharmacology & Chemistry Research Seminar Series, Memorial Sloan Kettering Cancer Center, New York, NY

2005        "Targeting Apoptosis in Vivo Using Chemically-Stabilized Helices of the BCl-2 Family," Keystone Symposium, Cellular Senescence and Cell Death, Keystone, CO

2005        "Molecular Staples Shape a Cancer Killer," Cancer Progress 2005, New York, NY

2005        "Chemically-Reinforced Activator BH3 Helices Bind Directly to BAX and Trigger its Activation," Cold Spring Harbor Laboratory Meeting on Apoptosis, Cold Spring Harbor, NY

12

| 2005 | "The BCL-2 Family as a Rational Therapeutic Target in Germinal Center Lymphomas," Committee on Lymphocyte Biology, American Society of Hematology Meeting, Atlanta, GA |
|------|------|
| 2006 | "Targeting Protein Interactions *in Vivo* Using Hydrocarbon-Stapled Peptide Helices," New York Academy of Sciences Chemical Biology Discussion Group, New York |
| 2006 | "Selective Targeting of Deregulated Apoptotic Pathways Using 'Stapled' Peptide Helices of the BCL-2 Family," 97th American Association for Cancer Research meeting, Washington, D.C. |
| 2006 | "Chemical Dissection of the BCL-2 Family Signaling Network Using Murine Models of Deregulated Apoptosis," Mouse Models of Human Cancer Consortium Meeting, National Cancer Institute, Washington, D.C. |
| 2006 | "Anti-Leukemic Potency of Stapled BH3 Helices Correlates with their Capacity for Bifunctional Activation of Apoptotic Pathways," American Society for Hematology meeting, Orlando, FL |
| 2007 | "Reactivating Apoptosis in Cancer Using Stapled BH3 Helices of the BCL-2 Family," The Stanley J. Korsmeyer Symposium on Cell Death and Cancer: Opportunities for Therapeutic Intervention, American Association for Cancer Research, Boston, MA |
| 2007 | "Multimodal Targeting of the BCL-2 Family in Lymphoma," American Society for Clinical Oncology (ASCO) Novel Therapeutics Development in Lymphoma Workshop, Aspen, CO. |
| 2007 | "Structural Analysis of a BAX-BIM SAHB Complex Reveals a Novel BAX Activation Site," Cold Spring Harbor Laboratory Meeting on Cell Death, Cold Spring Harbor, NY |
| 2007 | "Targeting Apoptosis by Chemical Design," Meet the Experts Session, American Society of Hematology, Atlanta, GA |
| 2008 | "Multimodal Targeting of the BCL-2 Family in Cancer," Cell Death and Autophagy Education Session, American Association for Cancer Research, San Diego, CA |
| 2008 | "Induction of Apoptosis by Direct Activation of BAX at a Novel Interaction Site," Cell Death Plenary, American Association for Cancer Research, San Diego, CA |
| 2008 | "Dissecting and Drugging Pathologic Protein Interactions with 'Stapled' Alpha-Helical Peptides," New York Blood Center, NY |
| 2008 | "Multimodal Targeting of the BCL-2 Family in Cancer," Lawrence Berkeley National Laboratory, Berkeley, CA |
| 2008 | "Structural Analysis of a BAX-BIM SAHB Complex Reveals a Novel BH3 Interaction Site on BAX for Therapeutic Activation of Apoptosis," American Society of Hematology Annual Meeting, San Francisco, CA |
| 2008 | "Multimodal Targeting of the BCL-2 Family in Cancer," Pharmacology Seminar, Boston University School of Medicine, Boston, MA |
| 2009 | "Dissecting and Drugging Pathologic Protein Interactions with 'Stapled' Peptides," Pediatric Academic Societies Annual Meeting, APS/SPR Joint Presidential Plenary Session, Baltimore, MD |
| 2009 | "Death's Other Face: Unmasking the Trigger Site of Pro-apoptotic BAX," Children's Hospital of Philadelphia, Philadelphia, PA |

2009    "Therapeutic Targeting of the BCL-2 Family in Refractory Leukemia and Lymphoma," Cell LabLinks: Molecular Pathogenesis of Leukemia and Lymphoma, Boston, MA

2009    "Therapeutic Targeting of the BCL-2 Family in Refractory Hematologic Malignancies," FASEB Summer Conference on Hematologic Malignancy, Saxtons River, VT

2009    "Structural and Chemical Dissection of the BAX Activation Pathway," St. Jude Children's Research Hospital Biomedical Research Symposium, Memphis, TN

2009    "BH3-Triggered BAX Undergoes a Series of Conformational Changes Required for Activation of Mitochondrial Apoptosis," Cold Spring Harbor Laboratory Meeting on Cell Death, Cold Spring Harbor, NY

2009    "Dissecting and Drugging Pathologic Protein Interactions with Hydrocarbon-Stapled Peptides," The 19th Beckman Symposium: New Frontiers in Molecular Medicine, Duarte, CA

2009    "Dissecting the Activation Pathway of Pro-Apoptotic BAX: Mechanistic Insights and Pharmacologic Opportunities," American Society of Hematology 51st Annual Meeting, New Orleans, LA

2010    "Death's Other Face: Dissecting and Targeting the BAX Activation Pathway," AACR Special Conference on Cell Death Mechanisms and Cancer Therapy, San Diego, CA

2010    "Dissecting the Activation Pathway of Pro-Apoptotic BAX: Mechanistic Insights and Pharmacologic Opportunities," Sanford Burnham Institute Cancer Center Seminar Series, La Jolla, CA

2010    "Dissecting the Activation Pathway of Pro-Apoptotic BAX: Mechanistic Insights and Pharmacologic Opportunities," Mount Sinai School of Medicine Cancer Center Seminar Series, New York, NY

2010    "Dissecting and Drugging Apoptotic Pathways with Stapled Peptides of the BCL-2 Family," 32nd National Medicinal Chemistry Symposium, Minneapolis, MN

2011    "Dissecting and Drugging Pathologic Protein Interactions with Hydrocarbon-Stapled Peptides," Colby College Chemistry and Biology Seminar, Waterville, ME

2011    "Dissecting and Drugging Pathologic Protein Interactions with Hydrocarbon-Stapled Peptides," Special Seminar, Duke Cancer Institute, Durham, NC

2011    "Structural and Biochemical Dissection of the BCL-2 Family Interaction Network: Mechanistic Insights and Pharmacologic Opportunities," Friday Seminar Series, Rockefeller University, New York, NY

2011    "Dissecting the BCL-2 Family Interaction Network with Stapled Peptides: Mechanistic Insights and Pharmacologic Opportunities," Cancer Biology Research Seminar, Cancer Institute of New Jersey, New Brunswick, NJ

2011    "Dissecting and Drugging the BCL-2 Family Interaction Network in Refractory Cancer," Metabolism Branch Research Seminar, National Cancer Institute, Bethesda, MD

2011    "Dissecting and Drugging Pathologic Protein Interactions with Hydrocarbon-Stapled Peptides," Plenary Talk, Graduate Student Biomedical Symposium, Vanderbilt Institute of Chemical Biology, Vanderbilt University School of Medicine, Nashville, TN

2011    "Induction of Apoptosis by a Selective Small Molecule Activator of BAX," Cold Spring Harbor Meeting on Cell Death, Cold Spring Harbor, NY

| 2011 | "Reactivating p53 in Cancer with Hydrocarbon-Stapled Peptides," International MDM2 Workshop, New York, NY |
|---|---|
| 2011 | "Dissecting and Drugging the BCL-2 Family Interaction Network in Refractory Cancer," *Nature Chemical Biology* Cancer Chemical Biology Symposium, Cambridge, MA |
| 2012 | "Dissecting and Drugging Pathologic Protein Interactions with Hydrocarbon-Stapled peptides," Memorial Sloan Kettering Cancer Center Pharmacology and Molecular Sciences Seminar, New York, NY |
| 2012 | "Direct Activation of Pro-Apoptotic BAX as a Novel Anti-Cancer Strategy," American Association for Cancer Research, Chicago, IL |
| 2012 | "Dissecting the BCL-2 Family Interaction Network with Stapled Peptides: Mechanistic Insights and Pharmacologic Opportunities," Experimental Biology 2012, San Diego, CA |
| 2012 | "Mining the Reportoire of BCL-2 Family Interaction Sites for Next-Generation Pro-Apoptotic Therapies," Inception Sciences Seminar, San Diego, CA |
| 2012 | "Mining the Reportoire of BCL-2 Family Interaction Sites for Next-Generation Pro-Apoptotic Therapies," Pediatric Malignancies Symposium, University of California, San Francisco, CA |
| 2012* | "Molecular Targeting of MCL-2 and BAX to Reactivate Apoptosis in Refractory Cancer," AstraZeneca Seminar, Waltham, MA<br>*Sponsored by AstraZeneca |
| 2012 | "Multimodal Drug Discovery to Reactivate Apoptosis in Refractory ALL," William Lawrence and Blanche Hughes Foundation Pediatric Leukemia Meeting, Westlake Village, CA |
| 2013 | "Expanding the Druggable Cancer Interactome," Stand Up to Cancer Research Summit, Phoenix, AZ |
| 2013 | "Stapled Helical Peptides to Dissect and Target Oncogenic Protein Interactions," Expanding the Druggable Genome Major Symposium, American Association for Cancer Research Annual Meeting, Washington, DC |
| 2013 | "Dissecting and Targeting the BCL-2 Family Interaction Network in Refractory Cancer," Pediatric ALL Consortium Meeting, Boston, MA |
| 2013 | "Dissecting the Binding Interfaces of Cellular Life and Death with Hydrocarbon-Stapled Peptides," Cold Spring Harbor Meeting on Cell Death, Cold Spring Harbor, New York |
| 2013 | "Targeting the BAX and BAK Executioner Proteins to Reactivate Cell Death in Refractory ALL," William Lawrence and Blanche Hughes Pediatric Leukemia Meeting, Westlake Village, CA |
| 2013 | "Pathogenic Mechanisms and Therapeutic Targets in B-Cell Lymphoma," Leukemia and Lymphoma Society SCOR Progress Meeting, New York, NY |
| 2014 | "Dissecting the Canonical and Noncanonical Interactions of the BCL-2 Family for Therapeutic Benefit," Stanley J. Korsmeyer Symposium, American Association for Cancer Research Annual Meeting, San Diego, CA |
| 2014 | "Dissecting and Targeting Cancer-Causing Protein Interactions with Hydrocarbon-Stapled Peptides," Ivy Symposium, Cambridge, MA |

| 2014 | "A Noncanonical Mechanism for BCL-2 Inhibition of BAX: Oncogenic Implications and Therapeutic Opportunities," Pediatric ALL Consortium Meeting, Boston, MA |
|---|---|
| 2014 | "Dissecting the Canonical and Noncanonical Interaction Mechanisms of the BCL-2 Family Signaling Network," University of Chicago Pritzker School of Medicine Cancer Center Symposium, Chicago, IL |
| 2014 | "Targeting the BAX and BAK Executioner Proteins to Reactivate Cell Death in Refractory ALL," William Lawrence and Blanche Hughes Foundation Leukemia Meeting, Lexington, KY |
| 2015 | "Pathogenic Mechanisms and Therapeutic Targets in B-Cell Lymphoma," Leukemia and Lymphoma Society SCOR Progress Meeting, New York, NY |
| 2015 | "The Chemical Biology of Apoptosis: A Matter of Life and Death," Plenary Session Speaker, E. Mead Johnson Award Lecture, Pediatric Academic Society Meeting 2015, San Diego, CA |
| 2015 | "Hunting for the On/Off Switches of Pro-Apoptotic BAX: A Matter of Life and Death," Cold Spring Harbor Laboratory Defeating Cancer Seminar, Cold Spring Harbor Laboratory, Cold Spring Harbor, NY |
| 2015 | "Locating the On and Off Switches of Pro-Apoptotic BAX: A Matter of Life and Death," NCI Workshop on Cell Death, Washington, DC |
| 2016 | "Biophysical Determinants for Cellular Uptake of Hydrocarbon-Stapled Peptides," Gordon Research Conference on the Chemistry and Biology of Peptides, Ventura, CA. |
| 2016 | "Stapled p53 Peptides: A New Therapeutic Modality to Combat Relapsed and Refractory Pediatric Myeloid Leukemias," Hyundai Thought Leaders Conference, Washington, DC |
| 2016 | "Noncanonical Strategies for Therapeutic Targeting of Apoptotic Regulators in Cancer," Cancer Seminar, NCI Frederick National Laboratory for Cancer Research, Washington, DC. |
| 2016 | "Noncanonical Strategies for Therapeutic Reactivation of Apoptosis in Cancer," Oncology Grand Rounds, Georgetown University-Lombardi Comprehensive Cancer Center, Washington, DC. |
| 2016 | "Noncanonical Strategies for Therapeutic Targeting of Apoptotic Regulators in Cancer," Molecular Pharmacology and Experimental Therapeutics Faculty Seminar Series, Mayo Clinic, Rochester, MN |
| 2016* | "Development and Clinical Translation of Hydrocarbon-Stapled Peptides," Developmental Therapeutics Seminar, IPSEN, Cambridge, MA *Sponsored by ISPEN |
| 2017 | "Dissecting and Targeting Mechanisms of Apoptotic Deregulation in Cancer," Memorial Sloan Kettering Cancer Center Cell Biology Seminar, New York, NY |
| 2017 | "Noncanonical Strategies for Targeting Apoptotic Regulators in Cancer," Albert Einstein Cancer Center Distinguished Lecture Series, Bronx, NY |

| 2017 | "Noncanonical Strategies for Therapeutic Reactivation of Apoptosis in Cancer," The Four Diamonds Pediatric Cancer Research Series, Penn State Health Children's Hospital, Hershey, PA. |
|---|---|
| 2017 | "Noncanonical Strategies for Modulating the BCL-2 Family Regulators of Apoptosis," Cold Spring Harbor Meeting on Cell Death, Cold Spring Harbor, NY. |
| 2018 | "Development and Clinical Translation of Stapled Peptides," Bio-Discovery Panel, Colby College Board of Trustees Meeting, Boston, MA. |
| 2018 | "The Development of Stapled Peptide Therapeutics," Oligonucleotide and Peptide Therapeutics: Peptide Discovery and Delivery Conference, Cambridge, MA. |
| 2018 | "Reactivating p53 in Pediatric Cancers by Targeting HDM2 and HDMX," CureSearch Catapult Summit, Boston, MA. |
| 2018 | "Regulation of Fatty Acid Oxidation by the Mitochondrial Matrix Isoform of MCL-1," Cell Symposia: Multifaceted Mitochondria, San Diego, CA. |

**International**

| 2004 | "Activations of Apoptosis *In Vivo* by Hydrocarbon-Stapled BH3 Helices," Royal Society of Chemistry Conference, Frontiers in Chemical Biology: The Chemical Biology of Cancer, London, England |
|---|---|
| 2004 | "Regulation of Apoptosis by Synthetic Helices of the BCL-2 Family," EORTC-NCI-AACR Symposium on Molecular Targets and Cancer Therapeutics, Plenary Session, Geneva, Switzerland |
| 2006 | "Targeting Apoptosis in Leukemia Using 'Stapled' Peptide Helices of the BCL-2 Family," ESH/AACR Conference on Molecular Basis for Targeted Therapy for Leukemia, Cascais, Portugal |
| 2007 | "Reactivating Apoptosis in Cancer Using Stapled BH3 Helices of the BCL-2 Family," Centro Nacional de Investigaciones (CNIO) Molecular Mechanisms in Lymphoid Neoplasms, Madrid, Spain |
| 2007 | "Piloting 'BH3 Replacement' Therapy in Mouse Models of Deregulated Apoptosis," Keystone Symposium, Mouse Models at the Frontier of Cancer Discovery, Whistler, BC |
| 2010 | "Dissecting the Activation Pathway of Pro-Apoptotic BAX: Mechanistic Insights and Pharmacologic Opportunities," Keystone Symposia on Cell Death Pathways, Vancouver, BC |
| 2012 | "Mining the Reportoire of BH3 Interaction Sites for Next Generation Pro-Apoptotic Therapies," Keystone Symposium on Cell Death Pathways: Beyond Apoptosis, Banff, Alberta, Canada |
| 2012 | "Dissecting and Targeting the Activation Pathway of Pro-Apoptotic BAX," Gordon Research Conference on Cell Death, Lucca, Italy |
| 2013 | "Dissecting the BCL-2 Family Interaction Network with Stapled Peptides: Mechanistic Insights and Pharmacologic Opportunities," Academic Medical Center, Amsterdam, Netherlands |

| 2016 | "Translating Pro-Apoptotic Peptide Helices to the Clinic," Gordon Research Conference on New Concepts in Cell Death Research: From Basic Mechanisms to Clinical Opportunities, Girona, Spain. |

## Report of Clinical Activities and Innovations

### Current Licensure and Certification

| 1998 | Diplomate, National Board of Medical Examiners |
| 1998 | Licensure, Massachusetts Board of Registration in Medicine |
| 2002 | Diplomate, American Board of Pediatrics |
| 2004, 2014 | Diplomate, American Board of Pediatrics, Subspecialty of Hematology Oncology |

### Practice Activities

| 2000-2003 | Physician, After-Hours Urgent Care Service | MIT Medical, Cambridge, MA |
| 2003-2005 | Attending Physician, Hematology Clinic – Outpatient | Children's Hospital Boston, Boston, MA |
| 2003- | Attending Physician, Pediatric Oncology Service – Inpatient | Children's Hospital Boston, Boston, MA |
| 2003- | Attending Physician, Jimmy Fund Clinic – Outpatient | Dana-Farber Cancer Institute, Boston, MA |

## Report of Technological and Other Scientific Innovations

| L- Glumatic Acid Derivatives | U.S. Patent Application, 5,013,738, filed May 7, 1991 |
| Novel Sperm Receptors | U.S. Patent Application, 6,159,707, filed November 9, 1995 |
| Stabilized Alpha Helical Peptides and Uses Thereof | PCT/US2004/038403, filed November 5, 2004 |
| Stabilized p53 Peptides and Uses Thereof | PCT/US2008/052580, filed January 31, 2008 |
| Methods of Modulating Cellular Homoeostatic Pathways and Cellular Survival | PCT/US2008/062345, filed May 2, 2008 |
| Methods and Compositions for Modulating BCL-2 Family Polypeptides | PCT/US2008/011500, filed September 26, 2008 |
| Compositions and Methods for the Treatment of Viral Infections | PCT/US2009/000438, filed January 23, 2009 |
| Chemical Modulators of Pro-Apoptotic BAX and BCL-2 Polypeptides | PCT/US2009/005568, filed October 9, 2009 |
| Methods and Compositions for Specific Modulation of MCL-1 | PCT/US2009/067363, filed December 9, 2009 |

| | |
|---|---|
| Structured Viral Peptide Compositions and Methods of Use | PCT/US2010/039223, filed June 18, 2010 |
| Small Molecules for the Modulation of MCL-1 and Methods of Modulating Cell Death, Cell Division, Cell Differentiation and Methods of Treating Disorders | PCT/US2011/023220, filed January 2010 |
| Stabilized Insulinotropic Peptides and Methods of Use | PCT/US2011/043465, filed July 2010 |
| Cancer Therapies and Diagnostics | PCT/US2011/06047, filed November 2010 |
| Targeting Deregulated WNT Signaling in Cancer using Stabilized Alpha-Helices of BCL-9 | PCT/US2012/33822, filed April 2011 |
| Stabilized Antiviral Fusion Helices | PCT/2012/72315, filed December 2011 |
| Pyrazol-3-ones that Activate Pro-apoptotic BAX | PCT/US2012/59799, filed October 2012 |
| Inhibition of MCL-1 and/or BFL-1/A1 | PCT/US2013/031705, filed March 2013 |
| Targeted Inhibition of BAX | US 61/581,436, filed March 2013 |
| Stabilized SOS1 Peptides | US 61/798254, filed March 2013 |
| Stabilized EZH2 Peptides | US 61/790,023, filed March 2013 |
| Selective MCL-1 Binding Peptides | US 62/134,904, filed March 2015 |
| Reagents for Quantitative Mass Spectrometry | US 62/170,657, filed June 2015 |
| Stabilized Antimicrobial Peptides | US 62/188,448, filed July 2015 |
| Peptides Binding to BFL-1 | US 62/211,680, filed August 2015 |
| Stabilized Peptides for Covalent Binding to Target Protein | US 62/211,681, filed August 2015 |
| Method for Generating Cell-Penetrating Stapled Peptides that Lack Nonspecific Membrane-Lytic Properties for Therapeutic Targeting | US 62/298,931, filed February 2016 |

| | |
|---|---|
| Stapled Intracellular-Targeting Anti-Microbial Peptides to Treat Infection | US 62/301,426, filed February 2016 |
| Compositions, Assays, and Methods for Targeting HDM2 and HDMX to Reverse the Inhibition of p53 in Pediatric Cancers | US 62/312,354, filed March 2016 |
| Compositions, Assays, and Methods for Direct Modulation of Fatty Acid Metabolism | US 62/357,866, filed July 2016 |
| Compositions and Methods for Inhibition of FOXP3 | PCT/US2017/065147, filed March 2017 |
| Small Molecule Sensitization of BAX Activation for Induction of Cell Death | US 62/471,174, filed March 2017 |
| Stabilized Anti-Microbial Peptides for the Treatment of Antibiotic-Resistant Bacterial Infections | US 62/534,464 and 644,114, filed July 2017 |

## Report of Scholarship

### Research Investigations

1. **Walensky LD**, Schrader TH, Taylor EC. Synthesis of 10-Substituted "Open Chain" Analogs of 5,10-Dideaza-5,6,7,8-tetrahydrofolic Acid (DDATHF, Lometrexol). Tetrahedron, 1992; 48(1): 19.

2. **Walensky LD**, Coffey DS, Chen T, Wu TC, Pasternack GR. A Novel Mr 32,000 Nuclear Phosphoprotein is Selectively Expressed in Cells Competent for Self-Renewal. Cancer Research. 1993; 53:4720.

3. **Walensky LD**, Roskams AJ, Lefkowitz RJ, Snyder SH, Ronnett GV. Odorant Receptors and Desensitization Proteins Colocalize in Mammalian Sperm. Mol Med, 1995 Jan; 1(2): 130-41.

4. Cameron AM, Steiner JP, Sabatini DM, Kaplin AI, **Walensky LD**, Snyder SH. Immunophilin FK506 Binding Protein Associated with Inositol 1,4,5-Trisphosphate Receptor Modulates Calcium Flux. Proc Natl Acad Sci USA. 1995 Feb 28; 92(5): 1784-8.

5. **Walensky LD**, Snyder SH. Inositol 1,4,5-Trisphosphate Receptors Selectively Localized to the Acrosomes of Mammalian Sperm. J Cell Biol. 1995 Aug; 130(4): 857-69. (Cover Article)

6. **Walensky LD**, Ruat M, Bakin R, Ronnett GV, Snyder SH. Two Novel Odorant Receptor Families Expressed in Spermatids Undergo 5'-Splicing. J Biol Chem. 1998 Apr 17; 272(16): 9378-87.

7. **Walensky LD**, Gascard P, Fields ME, Conboy JG, Mohands N, Snyder SH. The 13 kDA FK506 binding protein, FKBP13, interacts with a novel homologue of the erythrocyte membrane cytoskeletal protein 4.1. J Cell Biol. 1998 Apr 6; 141(1): 143-53.

8. Para M, Gascard P, **Walensky LD**, Snyder SH, Mohandas N, Conboy JG. Cloning and characterization of 4.1G (EPB41L2), a new member of the skeletal protein 4.1 (EPB41) gene family. Genomics. 1998 Apr 15; 49(2): 298-306.

9. **Walensky LD**, Dawson TM, Steiner JP, Sabatini DM, Suarez JD, Klinefelter GR, Snyder SH. The 12 kD FK506 binding protein FKBP12 is released in the male reproductive tract that stimulates sperm mobility. Mol Med. 1998 Aug; 4(8): 502-14.

10. **Walensky LD**, Shi Z-T, Blackshaw S. DeVries AC, Demas GE, Gascard P, Nelson RJ, Conboy JG, Rubin EM, Snyder SH, Mohandas N. Neurobehavioral deficits in mice lacking the erythrocyte membrane cytoskeletal protein 4.1. Curr Biol, 1998 Nov 19; 8(23): 1269-72.

11. Peters LL, Weier HU, **Walensky LD**, Snyder SH, Parra M, Mohandas M, Conboy JG. Four paralogous protein 4.1 genes map to distinct chromosomes in mouse and human. Genomics. 1998 Dec 1; 54(2): 348-50.

12. Shi Z-T, Afzal V, Coller B, Chasis JA, Parra M, Paszty C, Stevens M, **Walensky LD**, Mohandas N, Rubin E, Conboy JG. Protein 4.1R-deficient mice are viable but have erythroid membrane skeleton abnormalities, J Clin Invest. 1999 Feb; 103(3): 331-40.

13. Gascard P, Nunomura W, Lee G, **Walensky LD**, Chasis JA, Mohandas N, Conboy JG. Deciphering the nuclear import pathway for cytoskeletal protein 4.1R. Mol Biol Cell. 1999 Jun; 10(6): 1783-98.

14. **Walensky LD**, Blackshaw S, Liao D, Watkins CC, Weier H-U, Parra M, Huganir RL, Conboy JG, Mohandas N, Snyder SH. A novel neuron-enriched homologue of the erythrocyte membrane cytoskeletal protein 4.1. J Neurosci. 1999 Aug 1; 19(15) 6457-67.

15. Ye K, Compton DA, Lai MM, **Walensky LD**, Snyder SH. Protein 4.1N binding to nuclear mitotic apparatus protein in PC12 cells mediates the antiproliferative action of nerve growth factor. J Neurosci. 1999 Dec 15; 19(24): 10747-56.

16. Para M, Gascard P, **Walensky LD**, Gimm JA, Balckshaw S, Chan N, Takakuwa Y, Berger T, Lee G, Chasis JA, Snyder SH, Mohandas N, Conboy JG. Molecular and functional characterization of protein 4.1B, a novel member of the protein 4.1 family with high level, focal expression in brain. J Biol Chem. 2000 Feb 4; 275(5): 3247-55.

17. Shen L, Liang F, **Walensky LD**, Huganir Rl. Ruglation of AMPA receptor GluR1 subunit surface expression by a 4.1N-linked actin cytoskeletal association. J Neurosci. 2000 Nov 1; 20(21): 7932-40.

18. Letai A, Bassik MC, **Walensky LD**, Sorcinelli M, Weiller S, Korsmeyer SJ. Distinct BH3 domains either sensitize or activate mitochondrial apoptosis, serving as prototype cancer therapeutics. Cancer Cell. 2002 Sept; 2(3): 183-92.

19. Ramez M, Blot-Chabaud M, Cluzeaud F, Chanan S, Patterson M, **Walensky LD**, Marfatia S, Baines AJ, Chasis JA, Conboy JG, Mohandas N, Gascard P. Distinct distribution of specific members of protein 4.1 gene family in the mouse nephron. Kidney Int. 2003 Apr; 63(4): 1321-37.

20. MacGinnitie AJ, **Walensky LD**, Turvey SE, Orange JS, Bonilla FA, Silverman LB, Oettegen H. Management of an anaphylactoid reaction to methotrexate with a stepwise graded challenge. Pediatric Allergy Immunol. 2003 Oct: 14(5): 409-11.

21. **Walensky LD**, Kung AL, Escher I, Malia RJ, Barbutto S, Wright R, Wagner G, Verdine GL, Korsmeyer SJ. Activation of apoptosis in vivo by a hydrocarbon-stapled BH3 helix. Science. 2004 Sept 3; 305(5689): 1466-70.

22. **Walensky LD**, Pitter K, Barbuto S. Morash JG, Oh KJ, Verdine GL, Korsmeyer SJ. A stapled BID BH3 helix directly binds and activates BAX. Mol Cell. 2006 Oct 20; 24(2): 199-210.

23. Oh KJ, Barbuto S. Pitter K, Morash JG, **Walensky LD**, Korsmeyer SJ. A membrane-targeted BID BH3 peptide is sufficient for high potency activation of BAX in vitro. J Biol Chem. 2006 Dec 1; 281(48): 36999-7008.

24. Bernal F, Tyler AF, Korsmeyer SJ, **Walensky LD***, Verdine GL*. Reactivation of the p53 Tumor Suppressor Pathway by a Stapled p53 Peptide. J Am Chem Soc. 2007 Mar 7; 129(9): 2456-7. *Co-corresponding Authors

25. Verdine GL, **Walensky LD**. The challenge of drugging undruggable targets in cancer: lessons learned from targeting BCL-2 family members. Clin Cancer Res. 2007 Dec 15; 13(24): 7264-70.

26. Danial NN, **Walensky LD**, Zhang CY, Choi CS, Fisher JK, Molina AJ, Datta SR, Pitter KL, Bird GH, Wikstrom JD, Deeney JT, Roberston K, Morash J, Kulkarni A, Neschen S, Kim S, Greenberg ME, Corkey BE, Shirihai OS, Shulman GI, Lowell BB, Korsmeyer SJ. Dual role of proapoptotic BAD in insulin secretion and beta cell survival. Nat Med. 2008 Feb; 14(2): 144-53.

27. Gavathiotis E, Suzuki M, Davis ML, Pitter K, Bird GH, Katz SG, Tu HC, Kim H, Cheng EH, Tjandra N, **Walensky LD**. BAX activation is initiated at a novel interaction site. Nature. 2008 Oct 23; 455(7216): 1076-81.

28. Stewart ML, Fire E, Keating AE, **Walensky LD**. The MCL-1 BH3 Helix is an Exclusive MCL-1 inhibitor and Apoptosis Sensitizer. Nat Chem Biol. 2010 Aug; 6(8): 595-601. *Cover Article; **Featured in "Greatest Hits," Nature Chemical Biology 10th Anniversary Issue.

29. Bird GH, Madani N, Perry AF, Princiotto AM, Supko JG, He X, Gavathiotis E, Sodroski JF, **Walensky LD**. Hydrocarbon Double-Stapling Remedies the Proteolytic Instability of a Lengthy peptide Therapeutic. Proc Natl Acad Sci USA. 2010 Aug 10; 107(32): 14093-8.

30. Gavathiotis E, Reyna D, Davis ML, Bird GH, **Walensky LD**. BH3-Triggered Structural Reorganization Drives the Activation of Pro-apoptotic BAX. Mol Cell. 2010 Nov 12: 40: 481-92.

31. Bernal F, Wade M, Godes M, Davis TN, Kung AL, Wahl GM, **Walensky LD**. A Stapled p53 Helix Overcomes HDMX-Mediated Suppression of p53. Cancer Cell. 2010 Nov 15; 18: 411-22.

32. Braun C, Mintseris J, Gavathiotis E, Bird GH, Gygi SP, **Walensky LD**. Photoreactive Stapled BH3 Peptides to Dissect the BCL-2 Family Interactome. Chem Biol. 2010 Dec 22; 17(12): 1325-33. *Cover Article

33. LaBelle JL, Katz SG, Bird GH, Gavathiotis E, Stewart ML, Lawrence C. Fisher JK, Godes M, Pitter K, Kung AL, **Walensky LD**. A stapled BIM peptide overcomes apoptotic resistance in hematologic cancers. J Clin Invest. 2012 Jun 1; 122(6): 2018-31.

34. Gavathiotis E, Reyna DE Bellairs JA, Leshchiner ES, **Walensky LD**. Direct and selective small-molecule activation of proapoptic BAX. Nat Chem Biol. 2012 July; 8(7): 639-45.

35. Takada K, Zhu D, Bird GH, Sukhdeo K, Zhao JJ, Mani M, Lemieux M, Carrasco De, Ryan J, Horst D, Fulciniti M, Munshi NC, Xu W, Kung AL, Shivdasani RA, **Walensky LD***, Carrasco DR*. Target Disruption of the BCL9/ β-Catenin Complex Inhibits Oncogenic Wnt Signaling. *Sci Transl Med*. 2012 Aug 22; 4(148) *Co-corresponding Authors

36. Cohen NA, Stewart ML, Gavathiotis E, Tepper JL, Bruekner SR, Koss B, Opferman JT, **Walensky LD**. A Competitive Stapled Peptide Screen Identifies a Selective Small Molecule that Overcomes MCL-1 Dependent Leukemia Cell Survival. Chem Biol. 2012 Sept 21; 19(9): 1175-86.

37. Leshchiner ES, Braun CR, Bird GH, **Walensky LD**. Direct Activation of full-length pro-apoptotic BAK. Proc Natl Acad Sci USA. 2013 Mar 12; 110(11): E986. PMID: 23404709

22

38. Hilgendorf KI, Leshchiner ES, Nedelcu S, Maynard MA, Calo E, Ianari A, **Walensky LD**, Lees JA. The retinoblastoma protein induces apoptosis directly at the mitochondria. Genes Dev. 2013 May 1; 27(9): 1003-15.

39. Katz SG, Fisher JK, Correll M, Bronson RT, Ligon KL, **Walensky LD**. Brain and testicular tumors in mice with progenitor cells lacking BAX and BAK. Oncogene. 2013 Aug 29; 32(35): 4078-85

40. Varadarajan S, Vogler M, Butterworth M, Dinsdale D, **Walensky LD**, Cohen GM. Evaluation and critical assessment of putative MCL-1 inhibitors. Cell Death Differ. 2013 Nov; 20(11): 1475-84.

41. Edwards AL, Gavathiotis E, LaBelle JL, Braun CR, Opoku-Nsiah KA, Bird GH, **Walensky LD**. Multimodal Interaction with BCL-2 Family Proteins Underlies the Proapoptotic Activity of PUMA BH3. Chem Biol. 2013 July 25; 20(7): 88-902.

42. Kim W, Bird GH, Neff T, Guo G, Kerenyi MA, **Walensky LD**, Orkin SH. Targeted Disruption of the EZH2-EED Complex Inhibits EZH2-dependent Cancer. Nat Chem Biol. 2013 Oct; 9(10): 643-50.

43. Szlyk B, Braun CR, Ljubicic S, Patton E, Bird GH, Osundiji MA, Matschinsky FM, **Walensky LD***, Danial DD*. A phospho-BAD BH3 helix directly activates glucokinase through a mechanism distinct from small molecule allosteric activators. Nat Struct Mol Biol. 2014 Jan; 21(1): 36-42. *Co-corresponding Authors

44. Katz SG, LaBelle JL, Meng H, Valeriano RP, Fisher JK, Sun H, Rodig SJ, Kleinstein SH, **Walensky LD**. Mantle cell lymphoma in cyclin D1 transgenic mice with Bim-deficient B cells. Blood. 2014 Feb 6; 123(6): 884-93.

45. Bird GH, Gavathiotis E, LaBelle JL, Katz SG, **Walensky LD**. Distinct BimBH3 (BimSAHB) stapled for structural and cellular studies. ACS Chem Biol. 2014 Mar 21; 9(3); 831-7.

46. Reynolds C, Roderick JE, LaBelle JL, Bird GH, Mathieu R, Bodaar K, Colon D, Pyati U, Stevenson KE, Qi J, Harris M, Silverman LB, Sallan SE, Bradner JE, Neuberg DS, Look AT, **Walensky LD**, Kelliher MA, Gutierrez A. A Repression of BIM mediates survival signaling by MYC and AKT in high risk T-cell acute lymphoblastic leukemia. Leukemia. 2014 Sept; 28(9): 1819-27.

47. Bird GH, Boyapalle S, Wong T, Opoku-Nsiah K, Bedi R, Crannell WC, Perry Af, Nguyen H, Sampayo V, Devareddy A, Mohapatra S, Mohapatra SS, **Walensky LD**. Mucosal delivery of a double stapled RSV peptide prevents nasopulmonary infection. J Clin Invest. 2014 May 1; 124(5): 2113-24.

48. Bird GH, Irimia A, Ofek G, Kwong PD, Wilson IA, **Walensky LD**. Stapled HIV-1 peptides recapitulate antigenic structures and engage broadly neutralizing antibodies. Nat Struct Mol Biol. 2014 Dec; 21(12): 1058-67. *Cover Article

49. Perry JA, Kiezun A, Tonzi P, Van Allen EM, Carter SL, Baca SC, Cowley GS, Bhatt AS, Rheinbay E, Sougnex C, Sivachenko A, **Walensky LD**, Wagle N, Mora J, de Torres C, Lavarino C, Dos Santos Aguiar S, Yunes JA, Brandalise SR, Mercado-Celis GE, Melendez-Zajgla J, Cárdenas-Cardós R, Velasco-Hidalgo L, Roberts CW, Garraway LA, Rodriguez-Galindo C, Gabriel SB, Lander ES, Colub TR, Orkin SH, Getz G, Janeway KA. Complementary genomic approaches highlight the PI3K/mTOR pathway as a common vulnerability in osteosarcoma. Proc Natl Acad Sci USA. 2014 Dec 23; 11(51): E5564-73.

50. Leshchiner ES, Parkhitko A, Bird GH, Luccarelli J, Bellairs JA, Escudero S, Opoku-Nsiah K, Godes M, Perrimon N, **Walensky LD**. Direct inhibition of oncogenic KRAS by hydrocarbon-stapled SOS1 helices. Proc Natl Acad Sci USA. 2015 Feb 10;112(6): 1761-6.

51. Ljubicic S, Polak F, Fu A, Wiwczar J, Szlyk B, Chang Y, Alvarez-Perez JC, Bird GH, **Walensky LD**, Garcia-Ocaña A, Danial NN. Phospho-BAD BH3 mimicry protects β cells and restores functional β cell mass in diabetes. Cell Rep. 2015 Feb 3; 10(4): 497-504.

52. Barclay LA, Wales TE, Garner TP, Wachter F, Lee S, Guerra RM, Stewart ML, Braun CR, Bird GH, Gavathiotis E, Engen JR, **Walensky LD**. Inhibition of pro-apoptoic BAX by a nonconorical interaction mechanism. Mol Cell. 2015 Mar 5; 57(5): 873-86.

53. Zhang T, **Walensky LD**, Saghatelian A. A Nonapoptotic Role for BAX and BAK in Eiconsanoid Metabolism. ACS Chem Biol. 2015 Jun 19; 10(6): 1398-403.

54. Carpio MA, Michaud M, Zhou W, Fisher JK, **Walensky LD**, Katz SG. BCL-2 family member BOK promotes apoptosis in response to endoplasmic reticulum stress. Proc Natl Acad Sci USA. 2015 Jun 9; 112(23): 7201-6.

55. Zhang T, Barclay L, **Walensky LD**, Saghatelian A. Regulation of mitochondrial ceramide distribution by members of the BCL-2 family. J Lipid Res. 2015 Aug;56(8):1501-10.

56. Edwards AL, Wachter F, Lammert M, Huhn AJ, Lucarelli J, Bird GH, **Walensky LD**. Cellular uptake and ultrastrucural localization underlie the pro-apoptotic activity of a hydrocarbon-stapled BIM BH3 peptide. ACS Chem Biol. 2015 Sep 18;10(9):2149-57.

57. Braun CR, Bird GH, Wühr M, Erickson BK, Rad R, **Walensky LD**, Gygi SP, Haas W. Generation of multiple reporter ions from a single isobaric reagent increases multiplexing capacity for quantitative proteomics. Anal Chem. 2015 Oct 6;87(19):9855-63.

58. Kim KH, Kim W, Howard TP, Vazquez F, Tsherniak A, Wu JN, Wang W, Haswell JR, **Walensky LD**, Hahn WC, Orkin SH, Roberts CW.  SWI/SNF-mutant cancers depend on catalytic and non-catalytic activity of EZH2. Nat Med. 2015 Dec;21(12):1491-6.

59. Carpio MA, Michaud M, Zhou W, Fisher JK, **Walensky LD**, Katz SG. Role of BOK at the intersection of endoplasmic reticulum stress and apoptosis regulation. Proc Natl Acad Sci U S A. 2016 Feb 2;113(5):E494-5.

60. Lee S, Wales TE, Escudero S, Cohen DT, Luccarelli J, Gallagher C, Cohen NA, Huhn AJ, Bird GH, Engen JR, **Walensky LD**. Allosteric inhibition of anti-apoptotic MCL-1. Nat Struct Mol Biol. 2016 Jun;23(6):600-7.

61. Bird GH, Mazzola E, Opoku-Nsiah K, Lammert MA, Godes M, Neuberg DS, **Walensky LD**. Biophysical determinants for cellular uptake of hydrocarbon-stapled peptide helices. Nat Chem Biol. 2016 Oct;12(10):845-52.

62. Huhn AJ, Guerra RM, Harvey EP, Bird GH, **Walensky LD**. Selective targeting of anti-apoptotic BFL-1 by a covalent stapled peptide inhibitor. Cell Chem Biol. 2016 Sep 22;23(9):1123-34.

63. Edwards AL, Meijer DH, Guerra RM, Molenaar RJ, Alberta JA, Bernal F, Bird GH, Stiles CD, **Walensky LD**. Challenges in Targeting a Basic Helix-Loop-Helix Transcription Factor with Hydrocarbon Stapled Peptides. ACS Chem Biol. 2016 Nov 18; 11(11):3146-3153.

64. Wachter F, Morgan AM, Godes M, Mourtada R, Bird GH, **Walensky LD**. Mechanistic validation of a clinical lead stapled peptide that reactivates p53 by dual HDM2 and HDMX targeting. Oncogene. 2017 Apr; 36(15):2184-2190.

65. Cerqueira DM, Bodnar AJ, Phua YL, Freer R, Hemker SL, **Walensky LD**, Hukriede NA, Ho J. Bim gene dosage is critical in modulating nephron progenitor survival in the absence of microRNAs during kidney development. FASEB J. 2017 Aug; 31 (8):3540-3554.

66. Pritz JR, Wachter F, Lee S, Luccarelli J, Wales TE, Cohen DT, Heffron GJ, Engen JR, Massefski W, **Walensky LD**. Allosteric sensitization of pro-apoptotic BAX. Nat Chem Biol. 2017 Sep; 13(9):961-967.

67. Reyna DE, Garner TP, Lopez A, Kopp f, Choudhary GS, Sridharan A, Narayanagari SR, Mitchell K, Dong B, Bartholdy BA, **Walensky LD**, Verma A, Steidl U, Gavathiotis E. Direct Activation of BAX by BTSA1 Overcomes Apoptosis Resistance in Acute Myeloid Leukemia. Cancer Cell. 2017 Oct 9; 32(4):490-505.

68. Wu X, Zhang LS, Toombs J, Kuo YC, Piazza JT, Tuladhar R, Barrett Q, Fan CW, Zhang X, **Walensky LD**, Kool M, Cheng SY, Brekken R, Opferman JT, Green DR, Moldoveanu T, Lum L. Extra-mitochondrial prosurvival BCL-2 proteins regulate gene transcription by inhibiting the SUFU tumor suppressor. Nat Cell Biol. 2017 Oct; 19(10):1226-1236.

69. Pease-Raissi SE, Pazyra-Murphy MF, Li Y, Wachter F, Fukuda Y, Fenstermacher SJ, Barclay LA, Bird GH, **Walensky LD**, Segal RA. Paclitaxel Reduces Axonal Bclw to Initiate IP$_3$R1-Dependent Axon Degeneration. Neuron. 2017 Oct 11; 96(2):373-386.

70. Harvey EP, Sep HS, Guerra RM, Bird GH, Dhe-Paganon S, **Walensky LD**. Crystal Structures of Anti-apoptotic BFL-1 and Its Complex with a Covalent Stapled Peptide Inhibitor. Structure. 2018 Jan 2; 26(1):153-160.

71. Rezaei Araghi R, Bird GH, Ryan JA, Jenson JM, Godes M, Pritz JR, Grant RA, Letai A, **Walensky LD**, Keating AE. Iterative optimization yields Mcl-1 targeting stapled peptides with selective cytotoxicity to Mcl-1-dependent cancer cells. Proc Natl Acad Sci U S A. 2018 Jan 30; 115(5):E886-E895.

72. Escudero S, Zaganjor E, Lee S, Mill CP, Morgan AM, Crawford EB, Chen J, Wales TE, Mourtada R, Luccarelli J, Bird GH, Steidl U, Engen JR, Haigis MC, Opferman JT, **Walensky LD**. Dynamic Regulation of Long-Chain Fatty Acid Oxidation by a Noncanonical Interaction between the MCL-1 BH3 Helix and VLCAD. Mol Cell. 2018 Mar 1; 69(5):729-743.

73. Stolte B, Iniguez AB, Dharia NV, Robichaud AL, Conway AS, Morgan AM, Alexe G, Schauer NJ, Liu X, Bird GH, Tsherniak A, Vazquez F, Buhrlage SJ, **Walensky LD**, Stegmaier K. Genome-scale CRISPR-Cas9 screen identifies druggable dependencies in *TP53* wild-type Ewing sarcoma. J Exp Med. 2018 Aug 6;215(8):2137-2155.

**Other Peer-Reviewed Scholarship**

1. **Walensky LD**. BCL-2 in the crosshairs: tipping the balance of life and death. Cell Death Differ. 2006 Aug; 13(8): 1339-50.

2. Bird GH, Bernal F, Pitter K, **Walensky LD**. Synthesis and biophysical characterization of stabilized alpha-helices of BCL-2 domains. Methods Enzymol. 2008; 446: 369-86.

3. Pitter K, Bernal F, LaBelle JL, **Walensky LD**, Dissection of the BCL-2 family signaling network using stabilized alpha-helices of BCL-2 domains. Methods Enzymol. 2008; 446: 387-408.

4. Bird GH, Crannell WC, **Walensky LD**. Chemical synthesis of hydrocarbon-stapled peptides for protein interaction research and therapeutic targeting. Cur Protoc Chem Biol. 2011 Sept 1; 3(3): 99-117.

5. **Walensky LD**, Gavathiotis E. Bax unleashed: the biochemical transformation of an inactive cytosolic monomer into a toxic mitochondrial pore. Trends Biochem Sci. 2011 Dec; 36(12): 642-52. *Cover Article

6. Gavathiotis E, **Walensky LD**. Tracking BAX once its trigger is pulled. Cell Cycle. 2011 Mar 15; 10(6): 868-70.

7. **Walensky LD**. From mitochondrial biology to magic bullet: navitoclax disarms BCL-2 in chronic lymphocytic leukemia. J Clin Onol. 2012 Feb 10; 30(5): 554-7.

8. **Walensky LD**. Stemming Danger with Golgified BAX. Mol Cell. 2012 Jun 8; 46(5): 554-6.

9. **Walensky, LD.** Interview with Loren D. Walensky.  Future Med Chem. 2012 Aug; 4(12):1537-9.

10. **Walensky LD**. Protein-protein interactions: A PUMA Mechanism Unfolds. Nat Chem Biol. 2013 Mar; 9(3): 141-43.

11. **Walensky LD**. Playing fullBAK. Cell Cycle. 2013 May 1; 12(9). 133304.

12. **Walensky LD**. Direct BAKtivation. Nat Struct Mol Biol. 2013 May; 20(5): 536-8.

13. **Walensky LD**, Bird GH. Hydrocarbon-Stapled Peptides: Principles, Practice, and Progress. J Med Chem, 2014 Aug 14; 57(15): 6275-88.

14. Lee S, Braun CR, Bird GH, **Walensky LD**. Photoreactive stapled peptides to identify and characterize BCL-2 family interaction sites by mass spectrometry. Methods Enzymol. 2014; 544: 25-48.

## Non-peer reviewed scientific or medical publications/materials in print or other media

1. **Walensky LD**. Rapid Access Pediatrics: Companion Guid to Oski's Pediatrics. Philadelphia: Lippincott Williams and Wilkins; 1999.

2. **Walensky LD**, Narla M, and Lux SE. Disorders of the Red Cell Membrane. In: Handin RI, Stossel TP, Lux SE, editors. Blood: Principles and Practice of Hematology. Philadelphia: Lippincott Williams and Wilkins, 2002. pp. 1709-1858.

**EXHIBIT 2**



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

**United States Patent and Trademark Office**

**October 05, 2017**

**THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:**

**U.S. PATENT:** *7,199,223*
**ISSUE DATE:** *April 03, 2007*

By Authority of the

**Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office**

**P. SWAIN**

**Certifying Officer**

BAXJIVI0005985



US007199223B2

(12) **United States Patent** (10) Patent No.: **US 7,199,223 B2**
Bossard et al. (45) Date of Patent: **Apr. 3, 2007**

(54) **POLYMER-FACTOR VIII MOIETY CONJUGATES**

(75) Inventors: **Mary J. Bossard**, Madison, AL (US); **Michael D. Bentley**, Huntsville, AL (US)

(73) Assignee: **Nektar Therapeutics AL, Corporation**, Huntsville, AL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/789,956**

(22) Filed: **Feb. 26, 2004**

(65) **Prior Publication Data**
US 2004/0235734 A1 Nov. 25, 2004

**Related U.S. Application Data**

(60) Provisional application No. 60/450,578, filed on Feb. 26, 2003.

(51) Int. Cl.
*A61K 35/14* (2006.01)
*C07K 1/00* (2006.01)
*A61K 38/00* (2006.01)

(52) U.S. Cl. .......................... 530/383; 530/350; 514/12

(58) Field of Classification Search .................... 558/6; 435/181, 180; 260/112.5; 424/94, 177, 424/178; 514/12; 530/350, 383
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,179,337 A | 12/1979 | Davis et al. | |
| 4,650,858 A | 3/1987 | Rasmussen et al. | |
| 4,757,006 A | 7/1988 | Toole, Jr. et al. | |
| 4,831,119 A | 5/1989 | Nordfang et al. | |
| 4,868,122 A | 9/1989 | Kominck et al. | |
| 4,970,300 A | 11/1990 | Fulton et al. | |
| 4,994,439 A | * 2/1991 | Longenecker et al. | ......... 514/3 |
| 5,259,951 A | 11/1993 | Arrighi et al. | |
| 5,298,643 A | 3/1994 | Greenwald | |
| 5,397,771 A | 3/1995 | Bechgaard et al. | |
| 5,565,427 A | 10/1996 | Freudenberg | |
| 5,567,422 A | 10/1996 | Greenwald | |
| 5,618,788 A | 4/1997 | Capon et al. | |
| 5,618,789 A | 4/1997 | Capon et al. | |
| 5,621,039 A | 4/1997 | Hallahan et al. | |
| 5,637,749 A | 6/1997 | Greenwald | |
| 5,766,897 A | 6/1998 | Braxton | |
| 5,804,420 A | 9/1998 | Chan et al. | |
| 5,972,885 A | 10/1999 | Spira et al. | |
| 6,037,452 A | 3/2000 | Minamino et al. | |
| 6,048,720 A | 4/2000 | Dalborg et al. | |
| 2003/0077752 A1 | 4/2003 | Cho et al. | |
| 2003/0118510 A1 | * 6/2003 | Patton et al. | ................. 424/45 |
| 2003/0161791 A1 | * 8/2003 | Bentley et al. | ............... 424/46 |
| 2003/0166536 A1 | 9/2003 | Lollar | |
| 2004/0116649 A1 | 6/2004 | Kozlowski | |

FOREIGN PATENT DOCUMENTS

EP 0 871 649 11/2002

(Continued)

OTHER PUBLICATIONS

Rostin et al., B-domian deleted recombinant coagulation factor VII modified with monomethoxypolyethylene glycol, 2000 Bioconugate chem., vol. 11, pp. 387-396.*

(Continued)

*Primary Examiner*—Robert A. Wax
*Assistant Examiner*—Robert B. Mondesi
(74) *Attorney, Agent, or Firm*—Mark A. Wilson

(57) **ABSTRACT**

Conjugates of a Factor VIII moiety and one or more water-soluble polymers are provided. Typically, the water-soluble polymer is poly(ethylene glycol) or a derivative thereof. Also provided are compositions comprising the conjugates, methods of making the conjugates, and methods of administering compositions comprising the conjugates to a patient.

**31 Claims, 5 Drawing Sheets**



Copy provided by USPTO from the PIRS Image Database on 10-04-2017

**US 7,199,223 B2**

Page 2

| | FOREIGN PATENT DOCUMENTS | |
|---|---|---|
| JP | 59172425 | 9/1984 |
| WO | 92/16555 | 10/1992 |
| WO | 94/04193 | 3/1994 |
| WO | 94/15625 | 7/1994 |
| WO | 97/11957 | 4/1997 |
| WO | 98/51341 | 11/1998 |
| WO | 00/78302 | 12/2000 |
| WO | 02/09766 | 2/2002 |
| WO | 2004/022629 | 3/2004 |

| | | |
|---|---|---|
| WO | 2004/060406 | 7/2004 |
| WO | 04/084948 | 10/2004 |
| WO | 04/091499 | 10/2004 |
| WO | 04/099231 | 11/2004 |
| WO | 05/000360 | 1/2005 |

OTHER PUBLICATIONS

Veronese, "Peptide and protein PEGylation: a review of problem and solutions", Biomaterials (2001), vol. 22, pp. 405-417.

* cited by examiner

Copy provided by USPTO from the PIRS Image Database on 10-04-2017

BAXJIVI0005987



FIG. 1

BAXJIVI0005988



Copy provided by USPTO from the PIRS Image Database on 10-04-2017

BAXJIVI0005989



FIG. 3

Copy provided by USPTO from the PIRS Image Database on 10-04-2017

BAXJIVI0005990

U.S. Patent          Apr. 3, 2007          Sheet 4 of 5          US 7,199,223 B2



FIG. 4

Copy provided by USPTO from the PIRS Image Database on 10-04-2017

BAXJIVI0005991



FIG. 5

Copy provided by USPTO from the PIRS Image Database on 10-04-2017

US 7,199,223 B2

1

# POLYMER-FACTOR VIII MOIETY CONJUGATES

## CROSS REFERENCE TO RELATED APPLICATION

This application claims the benefit of priority to U.S. Provisional Patent Application Ser. No. 60/450,578, filed Feb. 26, 2003, which is incorporated herein by reference.

## FIELD OF THE INVENTION

The present invention relates generally to conjugates comprising a Factor VIII moiety (i.e., a moiety having

2

thrombin (released, for example, by the cells of ruptured tissues), Factor VIII is converted into its activated form known as Factor VIIIa. Factor VIIIa (along with other substances), in turn, activates another factor, Factor X into Factor Xa. Thereafter, Factor Xa (along with other substances) converts prothrombin into thrombin, with the result that a relatively large amount of thrombin is produced over time. Relatively large amounts of thrombin effectively convert fibrinogen into fibrin. Fibrin, in turn, forms the matrix or lattice responsible for the formation of blood clots. Factor VIII's role in the intrinsic pathway of blood clotting is shown schematically below.



Factor VIII activity) and a polymer. In addition, the invention relates to compositions comprising the conjugates, methods for synthesizing the conjugates, and methods for treating patients.

## BACKGROUND OF THE INVENTION

Hemostasis is the process of arresting the outflow of blood from an injured blood vessel. For mammals, as well as many other organisms, the hemostatic process is critically important for continued survival. Defects in the hemostatic process can result in, for example, the inability to effectively form blood clots that serve to stop the loss of blood following vascular injury. In humans, individuals who suffer from an inability to form blood clots are called hemophiliacs. Of particular concern for hemophiliacs is the life-threatening risk that once started, bleeding will never cease.

Generally, hemophiliacs lack the ability to produce effective amounts of one or more substances required to form blood clots. For example, hemophiliacs who suffer from hemophilia A (also called "classic hemophilia") have an inability to produce effective levels of Factor VIII (also known as "antihemophilia factor A," "antihemophilic globulin," and "AHG"). Factor VIII is a key component of one of several "cascades" of reactions that result in the formation of blood clots. Critical for the cascade of reactions referred to as the "intrinsic pathway," Factor VIII ultimately influences the conversion of fibrinogen into the major component of blood clots, fibrin.

Although the intrinsic pathway of blood clot formation is relatively complex, the role of Factor VIII can be described briefly. In the presence of relatively small amounts of

Affecting one or two males for every 10,000 live births in all populations, hemophilia A can result from any one of a variety of mutations of the Factor VIII gene, which is located on the X-chromosome. Depending on the particular mutation, hemophilia A can manifest itself as severe, moderate or mild. Individuals suffering from the severest forms of hemophilia A entirely lack the ability to express active forms of Factor VIII. Clinically, individuals affected with hemophilia A suffer from muscle hemorrhage, joint hemorrhage, easy bruising, and prolonged bleeding from wounds. The mean age of individuals suffering from hemophilia A without treatment is twenty. Current treatment of hemophilia A involves the infusion of exogenous Factor VIII concentrate collected from human plasma or prepared via recombinant DNA techniques. Because these treatments serve only to supplement the lack of effective levels of Factor VIII, individuals suffering from Factor VIII require regular injections of Factor VIII concentrate throughout their lives.

Several commercial forms of Factor VIII concentrates are available to provide replacement therapy for patients suffering from hemophilia A. For example, blood-derived Factor VIII concentrate products sold under the HEMOFIL® M (Baxter, Deerfield, Ill.), KOATE®-DVI (Bayer, Research Triangle Park, N.C.), MONARC-M™ (American Red Cross, Washington, D.C.), and MONOCLATE-P® (Aventis, Bridgewater, N.J.) brands. With respect to recombinantly prepared Factor VIII concentrates, commercial products are provided under the HELIXATE® FS (Aventis, Bridgewater, N.J.), KOGENATE FS® (Bayer, Research Triangle Park, N.C.), RECOMBINATE® (Baxter, Deerfield, Ill.), ADVATE® (Baxter, Deerfield, Ill.), and REFACTO® (Wyeth/Genetics Institute, Cambridge, Mass.) brands.

Copy provided by USPTO from the PIRS Image Database on 10-04-2017

BAXJIVI0005993

US 7,199,223 B2

3

Generally, recombinant sources of Factor VIII concentrates are favored over blood-derived sources since the latter involves the risk of transmitting viruses and/or other diseases associated with blood donation. While recombinant-based formulations avoid these drawbacks, the processing of recombinant-based products often requires the presence of certain proteins such as albumin, which are inevitably present in the final formulation administered to the patient. Often, patients who receive such formulations develop allergic reactions to these foreign proteins. In any event, both blood-derived and recombinant-based products suffer from the disadvantage of repeated administration.

PEGylation, or the attachment of a poly(ethylene glycol) derivative to a protein, has been described as a means to reduce immunogenicity as well as a means to prolong a protein's in vivo half-life. With respect to Factor VIII, however, previous experiences with forming protein-polymer conjugates has proven to be of little predictive value vis-à-vis polymer coupling to Factor VIII. See U.S. Pat. No. 4,970,300.

Notwithstanding these difficulties, attempts of preparing satisfactory compositions of conjugates of certain polymers to Factor VIII have been described. For example, previously referenced U.S. Pat. No. 4,970,300 describes the PEGylation of Factor VIII using a specific poly(ethylene glycol) derivative having a molecular weight within the range of about 500 to 5,000. In addition, U.S. Pat. No. 6,048,720 describes efficient protection against degradation in an in vitro environment when four to five monomethoxy poly(ethylene glycol) strands are conjugated to Factor VIII.

None of these described conjugates, however, has proven to satisfactorily address the problems associated with current Factor VIII-based therapies. For example, conjugates comprised of relatively small polymers (e.g., of about 5,000 Daltons or less) may not suitably provide extended in vivo half-life and/or sufficiently reduced immune response. In addition, conjugates having many individual polymers attached to Factor VIII are more likely to have reduced activity as a result of the polymer(s) blocking sites necessary for activity.

Thus, there remains a need in the art to provide additional conjugates between water-soluble polymers and moieties having Factor VIII activity. The present invention is therefore directed to such conjugates as well as compositions comprising the conjugates and related methods as described herein, which are believed to be new and completely unsuggested by the art.

SUMMARY OF THE INVENTION

Accordingly, it is a primary object of this invention to provide a composition comprising a plurality of conjugates, preferably although not necessarily, each having one to three water-soluble polymers covalently attached to a Factor VIII moiety, wherein each water-soluble polymer preferably has a nominal average molecular weight in the range of greater than 5,000 Daltons to about 100,000 Daltons.

It is another object of the invention to provide such a conjugate wherein each of the water-soluble polymers is a poly(alkylene oxide).

It is an additional object of the invention to provide such a conjugate wherein each of the water-soluble polymers is a poly(ethylene glycol).

It is a further object of the invention to provide a conjugate comprising a plurality of monoPEGylated Factor VIII moiety conjugates.

It is still a further object of the invention to provide a method for preparing polymer conjugates comprising the steps of contacting one or more activated, water-soluble polymers to a Factor VIII moiety under conditions sufficient

4

to result in a plurality of conjugates, preferably although not necessarily, each having one to three water-soluble polymers covalently attached to a Factor VIII moiety, wherein the water-soluble polymer preferably has a nominal average molecular weight in the range of greater than 5,000 Daltons to about 150,000 Daltons.

It is an additional object of the invention to provide a method for treating a patient in need of Factor VIII therapy, comprising the step of administering to the patient a composition as described herein, wherein the composition contains a therapeutically effective amount of one or more of the conjugates.

It is still yet an additional object of the invention to provide a method for preparing a water-soluble polymer-Factor VIII moiety conjugate comprising the step of contacting, under conjugation conditions, a Factor VIII moiety with a polymeric reagent.

Additional objects, advantages and novel features of the invention will be set forth in the description that follows, and in part, will become apparent to those skilled in the art upon reading the following, or may be learned by practice of the invention.

In one embodiment then, a composition is provided comprising a plurality of conjugates, preferably although not necessarily, each having one to three water soluble polymers covalently attached to a Factor VIII moiety, wherein each water-soluble polymer preferably has a nominal average molecular weight in the range of greater than 5,000 Daltons to about 150,000 Daltons. Although any Factor VIII moiety can be used, it is preferred that the compositions comprise Factor VIII per se (as described in, for example, U.S. Pat. No. 4,757,006), Factor VIIIa (i.e., the activated form of Factor VIII produced when Factor VIII is placed in contact with relatively small amounts of thrombin), Factor VIII:vWF (i.e., Factor VIII bound to von Willebrand Factor), and/or truncated versions of Factor VIII such as B-domain deleted Factor VIII (as described in, for example, U.S. Pat. No. 4,868,112).

The polymer(s) can be any water-soluble polymer and the invention is not limited in this regard. It is preferred, however, that each polymer present in the conjugate is selected from the group consisting of poly(alkylene oxide), poly(vinyl pyrrolidone), poly(vinyl alcohol), polyoxazoline, poly(acryloylmorpholine), and combinations thereof. It is particularly, preferred, however, that a poly(alkylene oxide) such as a poly(ethylene glycol) derivative is used as the polymer in the present invention.

The conjugates described herein advantageously reduce immunogenicity, a problem encountered by many hemophiliacs treated with exogenous sources of Factor VIII. In addition, the present conjugates require decreased frequency of dosing compared to Factor VIII compositions lacking conjugates. By reducing the frequency of dosing, the conjugates advantageously decrease the number of painful injections hemophiliacs must endure in order to provide sustained levels of an agent having Factor VIII activity.

In another embodiment, a method for preparing a conjugate is provided. The method comprises the step of contacting one or more activated, water-soluble polymers (i.e., a polymeric reagent) preferably having a nominal average molecular weight in the range of greater than 5,000 Daltons to about 150,000 Daltons to a Factor VIII moiety. Activation of the water-soluble polymer can be accomplished under any art-known method so long as the resulting polymer, under the proper conditions of pH, temperature, and so forth, will form a covalent bond such that the Factor VIII moiety is covalently attached to the polymer. Contacting of the one or more activated, water-soluble polymers to the Factor VIII moiety is carried out under those conditions required for the activated, water-soluble polymer to form a covalent attachment at the desired site in the moiety. The method results in

Copy provided by USPTO from the PIRS Image Database on 10-04-2017

BAXJIVI0005994

US 7,199,223 B2

<table>
<tr><td>5</td><td>6</td></tr>
</table>

a plurality of conjugates, preferably although not necessarily, each having one to three water-soluble polymers covalently attached to the Factor VIII moiety. In some instances, the conjugate can comprise a single polymer attached to two, three, four, five, six, seven, eight, or more Factor VIII moieties. Optionally, the resulting composition can be further processed in order remove undesired species such as, for example, conjugates having an undesired number of polymers. In order to remove such undesired species, purification techniques such as size-exclusion chromatography can be used.

In still another embodiment of the invention, compositions are provided comprising a conjugate of the invention in combination with a pharmaceutically acceptable excipient. The compositions encompass all types of formulations and in particular those that are suited for injection such as powders that can be reconstituted, as well as liquids (e.g., suspensions and solutions).

In an additional embodiment of the invention, a method of administering the conjugate is provided. The method of administering comprises the step of administering to the patient a composition as described herein, wherein the composition contains a therapeutically effective amount of the conjugate. Typically, the step of administering the conjugate-containing composition is effected by injection (e.g., intramuscular injection, intravenous injection, subcutaneous injection, and so forth).

BRIEF DESCRIPTION OF THE FIGURES

FIG. 1 is a SEC plot corresponding to the reaction mixture formed upon pegylation of B-Domain deleted Factor VIII with mPEG-SPA, 30K, as described in Example 6.

FIG. 2 is a SEC plot corresponding to purified B-Domain Deleted Factor VIII-PEG conjugate prepared by conjugating the protein to mPEG-SPA, 30K, as described in Example 6.

FIG. 3 is SEC plot corresponding to the reaction mixture formed upon PEGylation of B-Domain deleted Factor VIII with mPEG-MAL, 20K, as described in Example 7. As can be seen, the yield of monoPEGylated product was approximately 33%.

FIG. 4 is a SEC plot corresponding to purified B-Domain Deleted Factor VIII-PEG conjugate prepared by conjugating the protein to mPEG-MAL, 20K, as described in Example 7. The purified conjugate was ~94% PEG monomer.

FIG. 5 is a SEC plot corresponding to the reaction mixture formed upon PEGylation of B-Domain Deleted Factor VIII with mPEG-SMB, 30K, as described in Example 8. The yield of monoPEGylated protein (1-mer) is approximately 41%.

DETAILED DESCRIPTION OF THE INVENTION

Before describing the present invention in detail, it is to be understood that this invention is not limited to the particular polymers, synthetic techniques, Factor VIII moieties, and the like, as such may vary.

It must be noted that, as used in this specification and the intended claims, the singular forms "a," "an," and "the" include plural referents unless the context clearly dictates otherwise. Thus, for example, reference to "a polymer" includes a single polymer as well as two or more of the same or different polymers, reference to "an optional excipient" refers to a single optional excipient as well as two or more of the same or different optional excipients, and the like.

In describing and claiming the present invention, the following terminology will be used in accordance with the definitions described below.

"PEG," "polyethylene glycol" and "poly(ethylene glycol)" as used herein, are interchangeable and meant to

encompass any water-soluble poly(ethylene oxide). Typically, PEGs for use in accordance with the invention comprise the following structure "—(OCH$_2$CH$_2$)$_n$—" where (n) is 2 to 4000. As used herein, PEG also includes "—CH$_2$CH$_2$—O(CH$_2$CH$_2$O)$_n$—CH$_2$CH$_2$—" and "—(OCH$_2$CH$_2$)$_n$O—," depending upon whether or not the terminal oxygens have been displaced. Throughout the specification and claims, it should be remembered that the term "PEG" includes structures having various terminal or "end capping" groups and so forth. The term "PEG" also means a polymer that contains a majority, that is to say, greater than 50%, of —OCH$_2$CH$_2$— repeating subunits. With respect to specific forms, the PEG can take any number of a variety of molecular weights, as well as structures or geometries such as "branched," "linear," "forked," "multifunctional," and the like, to be described in greater detail below.

The terms "end-capped" and "terminally capped" are interchangeably used herein to refer to a terminal or endpoint of a polymer having an end-capping moiety. Typically, although not necessarily, the end-capping moiety comprises a hydroxy or C$_{1-20}$ alkoxy group, more preferably a C$_{1-10}$ alkoxy group, and still more preferably a C$_{1-5}$ alkoxy group. Thus, examples of end-capping moieties include alkoxy (e.g., methoxy, ethoxy and benzyloxy), as well as aryl, heteroaryl, cyclo, heterocyclo, and the like. It must be remembered that the end-capping moiety may include one or more atoms of the terminal monomer in the polymer [e.g., the end-capping moiety "methoxy" in CH$_3$(OCH$_2$CH$_2$)$_n$—]. In addition, saturated, unsaturated, substituted and unsubstituted forms of each of the foregoing are envisioned. Moreover, the end-capping group can also be a silane. The end-capping group can also advantageously comprise a detectable label. When the polymer has an end-capping group comprising a detectable label, the amount or location of the polymer and/or the moiety (e.g., active agent) to which the polymer is coupled can be determined by using a suitable detector. Such labels include, without limitation, fluorescers, chemiluminescers, moieties used in enzyme labeling, colorimetric (e.g., dyes), metal ions, radioactive moieties, and the like. Suitable detectors include photometers, films, spectrometers, and the like. The end-capping group can also advantageously comprise a phospholipid. When the polymer has an end-capping group comprising a phospholipid, unique properties are imparted to the polymer and the resulting conjugate. Exemplary phospholipids include, without limitation, those selected from the class of phospholipids called phosphatidylcholines. Specific phospholipids include, without limitation, those selected from the group consisting of dilauroylphosphatidylcholine, dioleylphosphatidylcholine, dipalmitoylphosphatidylcholine, disteroylphosphatidylcholine, behenoylphosphatidylcholine, arachidoylphosphatidylcholine, and lecithin.

"Non-naturally occurring" with respect to a polymer as described herein, means a polymer that in its entirety is not found in nature. A non-naturally occurring polymer of the invention may, however, contain one or more monomers or segments of monomers that are naturally occurring, so long as the overall polymer structure is not found in nature.

The term "water soluble" as in a "water-soluble polymer" polymer is any polymer that is soluble in water at room temperature. Typically, a water-soluble polymer will transmit at least about 75%, more preferably at least about 95%, of light transmitted by the same solution after filtering. On a weight basis, a water-soluble polymer will preferably be at least about 35% (by weight) soluble in water, more preferably at least about 50% (by weight) soluble in water, still more preferably about 70% (by weight) soluble in water, and still more preferably about 85% (by weight) soluble in water. It is most preferred, however, that the water-soluble polymer is about 95% (by weight) soluble in water or completely soluble in water.

Copy provided by USPTO from the PIRS Image Database on 10-04-2017

BAXJIVI0005995

US 7,199,223 B2

7

"Nominal average molecular weight" in the context of a water-soluble, non-naturally occurring polymer such as PEG, refers to the mass average molecular weight of the polymer, typically determined by size-exclusion chromatography, MALDI (matrix assisted laser desorption/ionization), light scattering techniques, or intrinsic velocity determination in 1,2,4-trichlorobenzene. The polymers are typically polydisperse, possessing low polydispersity values of preferably less than about 1.2, more preferably less than about 1.15, still more preferably less than about 1.10, yet still more preferably less than about 1.05, and most preferably less than about 1.03.

The term "active" or "activated" when used in conjunction with a particular functional group, refers to a reactive functional group that reacts readily with an electrophile or a nucleophile on another molecule. This is in contrast to those groups that require strong catalysts or highly impractical reaction conditions in order to react (i.e., a "non-reactive" or "inert" group).

As used herein, the term "functional group" or any synonym thereof is meant to encompass protected forms thereof as well as unprotected forms.

The terms "linkage" or "linker" are used herein to refer to an atom or a collection of atoms optionally used to link interconnecting moieties such as a terminus of a polymer segment and a Factor VIII moiety or an electrophile or nucleophile of a Factor VIII moiety. The linker of the invention may be hydrolytically stable or may include a physiologically hydrolyzable or enzymatically degradable linkage.

"Alkyl" refers to a hydrocarbon chain, typically ranging from about 1 to 15 atoms in length. Such hydrocarbon chains are preferably but not necessarily saturated and may be branched or straight chain, although typically straight chain is preferred. Exemplary alkyl groups include methyl, ethyl, propyl, butyl, pentyl, 1-methylbutyl, 1-ethylpropyl, 3-methylpentyl, and the like. As used herein, "alkyl" includes cycloalkyl as well as cycloalkylene-containing alkyl.

"Lower alkyl" refers to an alkyl group containing from 1 to 6 carbon atoms, and may be straight chain or branched, as exemplified by methyl, ethyl, n-butyl, i-butyl, and t-butyl.

"Cycloalkyl" refers to a saturated or unsaturated cyclic hydrocarbon chain, including bridged, fused, or spiro cyclic compounds, preferably made up of 3 to about 12 carbon atoms, more preferably 3 to about 8 carbon atoms. "Cycloalkylene" refers to a cycloalkyl group that is inserted into an alkyl chain by bonding of the chain at any two carbons in the cyclic ring system.

"Alkoxy" refers to an —O—R group, wherein R is alkyl or substituted alkyl, preferably $C_{1-6}$ alkyl (e.g., methoxy, ethoxy, propyloxy, and so forth).

The term "substituted" as in, for example, "substituted alkyl," refers to a moiety (e.g., an alkyl group) substituted with one or more noninterfering substituents, such as, but not limited to: alkyl, $C_{3-8}$ cycloalkyl, e.g., cyclopropyl, cyclobutyl, and the like; halo, e.g., fluoro, chloro, bromo, and iodo; cyano; alkoxy, lower phenyl; substituted phenyl; and the like. "Substituted aryl" is aryl having one or more noninterfering groups as a substituent. For substitutions on a phenyl ring, the substituents may be in any orientation (i.e., ortho, meta, or para).

"Noninterfering substituents" are those groups that, when present in a molecule, are typically nonreactive with other functional groups contained within the molecule.

"Aryl" means one or more aromatic rings, each of 5 or 6 core carbon atoms. Aryl includes multiple aryl rings that may be fused, as in naphthyl or unfused, as in biphenyl. Aryl rings may also be fused or unfused with one or more cyclic hydrocarbon, heteroaryl, or heterocyclic rings. As used herein, "aryl" includes heteroaryl.

8

"Heteroaryl" is an aryl group containing from one to four heteroatoms, preferably sulfur, oxygen, or nitrogen, or a combination thereof. Heteroaryl rings may also be fused with one or more cyclic hydrocarbon, heterocyclic, aryl, or heteroaryl rings.

"Heterocycle" or "heterocyclic" means one or more rings of 5–12 atoms, preferably 5–7 atoms, with or without unsaturation or aromatic character and having at least one ring atom that is not a carbon. Preferred heteroatoms include sulfur, oxygen, and nitrogen.

"Substituted heteroaryl" is heteroaryl having one or more noninterfering groups as substituents.

"Substituted heterocycle" is a heterocycle having one or more side chains formed from noninterfering substituents.

"Electrophile" and "electrophilic group" refer to an ion or atom or collection of atoms, that may be ionic, having an electrophilic center, i.e., a center that is electron seeking, capable of reacting with a nucleophile.

"Nucleophile" and "nucelophilic group" refers to an ion or atom or collection of atoms that may be ionic having a nucleophilic center, i.e., a center that is seeking an electrophilic center or with an electrophile.

A "physiologically cleavable" or "hydrolysable" or "degradable" bond is a bond that reacts with water (i.e., is hydrolyzed) under physiological conditions. Preferred are bonds that have a hydrolysis half-life at pH 8, 25° C. of less than about 30 minutes. The tendency of a bond to hydrolyze in water will depend not only on the general type of linkage connecting two central atoms but also on the substituents attached to these central atoms. Appropriate hydrolytically unstable or weak linkages include but are not limited to carboxylate ester, phosphate ester, anhydrides, acetals, ketals, acyloxyalkyl ether, imines, orthoesters, peptides and oligonucleotides.

An "enzymatically degradable linkage" means a linkage that is subject to degradation by one or more enzymes.

A "hydrolytically stable" linkage or bond refers to a chemical bond, typically a covalent bond, that is substantially stable in water, that is to say, does not undergo hydrolysis under physiological conditions to any appreciable extent over an extended period of time. Examples of hydrolytically stable linkages include, but are not limited to, the following: carbon-carbon bonds (e.g., in aliphatic chains), ethers, amides, urethanes, and the like. Generally, a hydrolytically stable linkage is one that exhibits a rate of hydrolysis of less than about 1–2% per day under physiological conditions. Hydrolysis rates of representative chemical bonds can be found in most standard chemistry textbooks.

"Pharmaceutically acceptable excipient or carrier" refers to an excipient that may optionally be included in the compositions of the invention and that causes no significant adverse toxicological effects to the patient. "Pharmacologically effective amount," "physiologically effective amount," and "therapeutically effective amount" are used interchangeably herein to mean the amount of a polymer-Factor VIII moiety conjugate that is needed to provide a desired level of the conjugate (or corresponding unconjugated Factor VIII moiety) in the bloodstream or in the target tissue. The precise amount will depend upon numerous factors, e.g., the particular Factor VIII moiety, the components and physical characteristics of the therapeutic composition, intended patient population, individual patient considerations, and the like, and can readily be determined by one skilled in the art, based upon the information provided herein.

"Multi-functional" means a polymer having 3 or more functional groups contained therein, where the functional groups may be the same or different. Multi-functional polymeric reagents of the invention will typically contain from about 3–100 functional groups, or from 3–50 functional groups, or from 3–25 functional groups, or from 3–15

Copy provided by USPTO from the PIRS Image Database on 10-04-2017

BAXJIVI0005996

US 7,199,223 B2

9

functional groups, or from 3 to 10 functional groups, or will contain 3, 4, 5, 6, 7, 8, 9 or 10 functional groups within the polymer backbone.

The term "Factor VIII moiety," as used herein, refers to a moiety having Factor VIII activity. The Factor VIII moiety will also have at least one electrophilic group or nucleophilic group suitable for reaction with a polymeric reagent. Typically, although not necessarily, the Factor VIII moiety is a protein. In addition, the term "Factor VIII moiety" encompasses both the Factor VIII moiety prior to conjugation as well as the Factor VIII moiety residue following conjugation. As will be explained in further detail below, one of ordinary skill in the art can determine whether any given moiety has Factor VIII activity.

The term "patient," refers to a living organism suffering from or prone to a condition that can be prevented or treated by administration of an active agent (e.g., conjugate), and includes both humans and animals.

"Optional" or "optionally" means that the subsequently described circumstance may or may not occur, so that the description includes instances where the circumstance occurs and instances where it does not.

Amino acid residues in peptides are abbreviated as follows: Phenylalanine is Phe or F; Leucine is Leu or L; Isoleucine is Ile or I; Methionine is Met or M; Valine is Val or V; Serine is Ser or S; Proline is Pro or P; Threonine is Thr or T; Alanine is Ala or A; Tyrosine is Tyr or Y; Histidine is His or H; Glutamine is Gln or Q; Asparagine is Asn or N; Lysine is Lys or K; Aspartic Acid is Asp or D; Glutamic Acid is Glu or E; Cysteine is Cys or C; Tryptophan is Trp or W; Arginine is Arg or R; and Glycine is Gly or G.

Turning to a first embodiment of the invention then, a composition is provided comprising a plurality of conjugates, preferably although not necessarily, each having one to three water-soluble polymers covalently attached to a Factor VIII moiety, wherein each of the water-soluble polymers preferably has a nominal average molecular weight in the range of greater than 5,000 Daltons to about 150,000 Daltons.

Native Factor VIII is a 2,351 amino acid, single chain glycoprotein that is structurally organized as A1-A2-B-A3-C1-C2. The expressed 2,351 amino acid sequence is provided as SEQ. ID. NO: 1. When the expressed polypeptide is translocated into the lumen of the endoplasmic reticulum, however, a 19-amino acid signal sequence is cleaved, resulting in a second sequence. This second sequence, herein provided as SEQ. ID. NO: 2, lacks the leading 19 amino acids is conventionally used by researchers to assign a numeric location (e.g., $Arg^{372}$) to a given amino acid residue of Factor VIII. Thus, unless specifically noted, all assignments of a numeric location of an amino acid residue as provided herein are based on SEQ. ID. NO: 2.

In the presence of relatively small amounts of thrombin, Factor VIII is cleaved by thrombin at $Arg^{372}$, $Arg^{740}$, and Arg to produce Factor VIIIa. Factor VIIIa is a heterotrimer comprised of the A1 subunit bound (via a copper ion) to the thrombin-cleaved light chain A3-C1-C2 and the free A2 subunit bound via ionic interactions to A1. It will be appreciated that a Factor VIII moiety is not limited to merely "active" forms of Factor VIII (e.g., Factor VIIIa) and that the term "Factor VIII moiety" encompasses "precursor" forms as well as other substances that having a similar procoagulant effect.

For any given moiety, it is possible to determine whether that moiety has Factor VIII activity. For example, several animal lines have been intentionally bred with the genetic mutation for hemophilia such that an animal produced from such a line has very low and insufficient levels of Factor VIII. Such lines are available from a variety of sources such as, without limitation, the Division of Laboratories and Research, New York Department of Public Health, Albany,

10

N.Y. and the Department of Pathology, University of North Carolina, Chapel Hill, N.C. Both of these sources, for example, provide canines suffering from canine hemophilia A. In order to test the Factor VIII activity of any given moiety in question, the moiety is injected into the diseased animal, a small cut made and bleeding time compared to a healthy control. Another method useful for determining Factor VIII activity is to determine cofactor and procoagulant activity. See, for example, Mertens et al. (1993) *Brit. J. Haematol.* 85:133–42. Other methods known to those of ordinary skill in the art can also be used to determine whether a given moiety has Factor VIII activity. Such methods are useful for determining the Factor VIII activity of both the moiety itself (and therefore can be used as a "Factor VIII moiety) as well as the corresponding polymer-moiety conjugate.

Nonlimiting examples of Factor VIII moieties include the following: Factor VIII; Factor VIIIa; Factor VIII:C; Factor VIII:vWF; B-domain deleted Factor VIII (and other truncated versions of Factor VIII); hybrid proteins, such as those described in U.S. Pat. No. 6,158,888; glycosylated proteins having Factor VIII activity, such as those described in U.S. Patent Application Publication No. US2003/0077752; and peptide mimetics having Factor VIII activity. Preferred truncated Factor VIII versions (encompassed by the term "B-domain deleted Factor VIII) corresponds to a protein having the amino acid sequence of human Factor VIII (SEQ. ID. NO. 1) having a deletion corresponding to at least 581 amino acids within the region between $Arg^{759}$ and $Ser^{1709}$, more preferably wherein the deletion corresponds to one of the region between $Pro^{1000}$ and $Asp^{1582}$, the region between $Thr^{778}$ and $Pro^{1659}$, and the region between $Thr^{778}$ and $Glu^{1694}$. Biologically active fragments, deletion variants, substitution variants or addition variants of any of the foregoing that maintain at least some degree of Factor VIII activity can also serve as a Factor VIII moiety.

The moiety having Factor VIII activity can advantageously be modified to include one or more amino acid residues such as, for example, lysine, cysteine and/or arginine, in order to provide facile attachment of the polymer to an atom within the side chain of the amino acid. Techniques for adding amino acid residues are well known to those of ordinary skill in the art. Reference is made to J. March, Advanced Organic Chemistry: Reactions Mechanisms and Structure, 4th Ed. (New York: Wiley-Interscience, 1992).

The Factor VIII moiety can be obtained from blood-derived sources. For example, Factor VIII can be fractionated from human plasma using precipitation and centrifugation techniques known to those of ordinary skill in the art. See, for example, Wickerhauser (1976) *Transfusion* 16(4): 345–350 and Slichter et al. (1976) *Transfusion* 16(6):616–626. Factor VIII can also be isolated from human granulocytes. See Szmitkoski et al. (1977) *Haematologia (Budap.)* 11(1–2):177–187.

In addition, the Factor VIII moiety can also be obtained from recombinant methods. Briefly, recombinant methods involve constructing the nucleic acid encoding the desired polypeptide or fragment, cloning the nucleic acid into an expression vector, transforming a host cell (e.g., bacteria, yeast, or mammalian cell such as Chinese hamster ovary cell or baby hamster kidney cell), and expressing the nucleic acid to produce the desired polypeptide or fragment. Methods for producing and expressing recombinant polypeptides in vitro and in prokaryotic and eukaryotic host cells are known to those of ordinary skill in the art. See, for example, U.S. Pat. No. 4,868,122.

To facilitate identification and purification of the recombinant polypeptide, nucleic acid sequences that encode for an epitope tag or other affinity binding sequence can be inserted or added in-frame with the coding sequence, thereby producing a fusion protein comprised of the desired

Copy provided by USPTO from the PIRS Image Database on 10-04-2017

BAXJIVI0005997

US 7,199,223 B2

11

polypeptide and a polypeptide suited for binding. Fusion proteins can be identified and purified by first running a mixture containing the fusion protein through an affinity column bearing binding moieties (e.g., antibodies) directed against the epitope tag or other binding sequence in the fusion proteins, thereby binding the fusion protein within the column. Thereafter, the fusion protein can be recovered by washing the column with the appropriate solution (e.g., acid) to release the bound fusion protein. The recombinant polypeptide can also be identified and purified by lysing the host cells, separating the polypeptide, e.g., by size exclusion chromatography, and collecting the polypeptide. These and other methods for identifying and purifying recombinant polypeptides are known to those of ordinary skill in the art.

The compositions of the invention can comprise a plurality of conjugates, each conjugate comprised of the same Factor VIII moiety (i.e., within the entire composition, only one type of Factor VIII moiety is found). In addition, the composition can comprise a plurality of conjugates wherein any given conjugate is comprised of a moiety selected from the group consisting of two or more different Factor VIII moieties (i.e., within the entire composition, two or more different Factor VIII moieties are found). Optimally, however, substantially all of the plurality of conjugates in the composition (e.g., 85% or more of the plurality of conjugates in the composition) are each comprised of the same Factor VIII moiety.

Moreover, it is preferred that the composition containing the conjugates is free or substantially free from albumin. It is also preferred that the composition is free or substantially free proteins that do not have Factor VIII activity. Thus, it is preferred that the composition is 85%, more preferably 95%, and most preferably 99% free from albumin. Additionally, it is preferred that the composition is 85%, more preferably 95%, and most preferably 99% free from any protein that does not have Factor VIII activity.

As previously discussed, each conjugate comprises a Factor VIII moiety attached to a water-soluble polymer. With respect to the water-soluble polymer, the water-soluble polymer is nonpeptidic, nontoxic, non-naturally occurring and biocompatible. With respect to biocompatibility, a substance is considered biocompatible if the beneficial effects associated with use of the substance alone or with another substance (e.g., active agent such a Factor VIII moiety) in connection with living tissues (e.g., administration to a patient) outweighs any deleterious effects as evaluated by a clinician, e.g., a physician. With respect to non-immunogenicity, a substance is considered nonimmunogenic if the intended use of the substance in vivo does not produce an undesired immune response (e.g., the formation of antibodies) or, if an immune response is produced, that such a response is not deemed clinically significant or important as evaluated by a clinician. It is particularly preferred that the water-soluble polymer is biocompatible and nonimmunogenic.

Further the polymer is typically characterized as having from 2 to about 300 termini. Examples of such polymers include, but are not limited to, poly(alkylene glycols) such as polyethylene glycol (PEG), poly(propylene glycol) ("PPG"), copolymers of ethylene glycol and propylene glycol and the like, poly(oxyethylated polyol), poly(olefinic alcohol), poly(vinylpyrrolidone), poly(hydroxyalkylmethacrylamide), poly(hydroxyalkylmethacrylate), poly(saccharides), poly(α-hydroxy acid), poly(vinyl alcohol), polyphosphazene, polyoxazoline, poly(N-acryloylmorpholine), and combinations of any of the foregoing.

The polymer is not limited in a particular structure and can be linear (e.g., alkoxy PEG or bifunctional PEG), branched or multi-armed (e.g., forked PEG or PEG attached to a polyol core), dendritic, or with degradable linkages. Moreover, the internal structure of the polymer can be organized in any of number of different patterns and can be selected from the group consisting of homopolymer, alternating copolymer, random copolymer, block copolymer, alternating tripolymer, random tripolymer, and block tripolymer.

12

Typically, PEG and other water-soluble polymers are activated with a suitable activating group appropriate for coupling to a desired site on the Factor VIII moiety. An activated polymeric reagent will possess a reactive group for reaction with the Factor VIII moiety. Representative polymeric reagents and methods for conjugating these polymers to an active moiety are known in the art and further described in Zalipsky, S., et al., "Use of Functionalized Poly(Ethylene Glycols) for Modification of Polypeptides" in Polyethylene Glycol Chemistry: Biotechnical and Biomedical Applications, J. M. Harris, Plenus Press, New York (1992), and in Zalipsky (1995) Advanced Drug Reviews 16:157–182.

Typically, the nominal average molecular weight of any given polymer in the conjugate is from about 100 Daltons to about 150,000 Daltons. Exemplary ranges, however, include nominal average molecular weights in the range of greater than 5,000 Daltons to about 100,000 Daltons, in the range of from about 6,000 Daltons to about 90,000 Daltons, in the range of from about 10,000 Daltons to about 85,000 Daltons, in the range of from about 20,000 Daltons to about 85,000 Daltons, and in the range of from about 53,000 Daltons to about 85,000 Daltons. For any given water-soluble polymer, PEGs having these molecular weight ranges are preferred.

Exemplary nominal average molecular weights for the water-soluble polymer segment include about 100 Daltons, about 200 Daltons, about 300 Daltons, about 400 Daltons, about 500 Daltons, about 600 Daltons, about 700 Daltons, about 750 Daltons, about 800 Daltons, about 900 Daltons, about 1,000 Daltons, about 2,000 Daltons, about 2,200 Daltons, about 2,500 Daltons, about 3,000 Daltons, about 4,000 Daltons, about 4,400 Daltons, about 5,000 Daltons, about 6,000 Daltons, about 7,000 Daltons, about 7,500 Daltons, about 8,000 Daltons, about 9,000 Daltons, about 10,000 Daltons, about 11,000 Daltons, about 12,000 Daltons, about 13,000 Daltons, about 14,000 Daltons, about 15,000 Daltons, about 20,000 Daltons, about 22,500 Daltons, about 25,000 Daltons, about 30,000 Daltons, about 40,000 Daltons, about 50,000 Daltons, about 60,000 Daltons, and about 75,000 Daltons.

When used as the polymer, PEGs will typically comprise a number of $(OCH_2CH_2)$ monomers. As used throughout the description, the number of repeating units is identified by the subscript "n" in "$(OCH_2CH_2)_n$." Thus, the value of (n) typically falls within one or more of the following ranges: from 2 to about 2,300, from about 100 to about 2,300, from about 135 to about 2,000, from about 230 to about 1,900, from about 450 to about 1,900, and from about 1,200 to about 1,900. For any given polymer in which the molecular weight is known, it is possible to determine the number of repeating units (i.e., "n") by dividing the total molecular weight of the polymer by the molecular weight of the repeating unit.

One particularly preferred polymer for use in the invention is an end-capped polymer, that is, a polymer having at least one terminus capped with a relatively inert group, such as a lower $C_{1-6}$ alkoxy group. When the polymer is PEG, for example, it is preferred to use a methoxy-PEG (commonly

Copy provided by USPTO from the PIRS Image Database on 10-04-2017

BAXJIVI0005998

US 7,199,223 B2

13

referred to as mPEG), which is a linear form of PEG wherein one terminus of the polymer is a methoxy (—OCH₃) group, while the other terminus is a hydroxyl or other functional group that can be optionally chemically modified.

In one form useful in the present invention, free or unbound PEG is a linear polymer terminated at each end with hydroxyl groups:

$$HO-CH_2CH_2O-(CH_2CH_2O)_m-CH_2CH_2-OH,$$

wherein (m') typically ranges from zero to about 4,000.

The above polymer, alpha-, omega-dihydroxylpoly(ethylene glycol), can be represented in brief form as HO-PEG-OH where it is understood that the -PEG-symbol can represent the following structural unit:

$$-CH_2CH_2O-(CH_2CH_2O)_m-CH_2CH_2-,$$

wherein (m') is as defined as above.

Another type of PEG useful in the present invention is methoxy-PEG-OH, or mPEG in brief, in which one terminus is the relatively inert methoxy group, while the other terminus is a hydroxyl group. The structure of mPEG is given below.

$$CH_3O-CH_2CH_2O-(CH_2CH_2O)_m-CH_2CH_2-OH$$

wherein (m') is as described above.

Multi-armed or branched PEG molecules, such as those described in U.S. Pat. No. 5,932,462, can also be used as the PEG polymer. For example, PEG can have the structure:



wherein:

poly$_a$ and poly$_b$ are PEG backbones (either the same or different), such as methoxy poly(ethylene glycol);

R'' is a nonreactive moiety, such as H, methyl or a PEG backbone; and

P and Q are nonreactive linkages. In a preferred embodiment, the branched PEG polymer is methoxy poly(ethylene glycol) disubstituted lysine. Depending on the specific Factor VIII moiety used, the reactive ester functional group of the disubstituted lysine may be further modified to form a functional group suitable for reaction with the target group within the Factor VIII moiety.

These polymers may be linear, or may be in any of the above-described forms.

In addition, the PEG can comprise a forked PEG. An example of a forked PEG is represented by the following structure:



wherein: X is a spacer moiety of one or more atoms and each Z is an activated terminal group linked to CH by a chain of atoms of defined length. International Application No. PCT/US99/05333, discloses various forked PEG structures capable of use in the present invention. The chain of atoms linking the Z functional groups to the branching carbon atom

14

serve as a tethering group and may comprise, for example, alkyl chains, ether chains, ester chains, amide chains and combinations thereof.

The PEG polymer may comprise a pendant PEG molecule having reactive groups, such as carboxyl, covalently attached along the length of the PEG rather than at the end of the PEG chain. The pendant reactive groups can be attached to the PEG directly or through a spacer moiety, such as an alkylene group.

In addition to the above-described forms of PEG, the polymer can also be prepared with one or more weak or degradable linkages in the polymer, including any of the above described polymers. For example, PEG can be prepared with ester linkages in the polymer that are subject to hydrolysis. As shown below, this hydrolysis results in cleavage of the polymer into fragments of lower molecular weight:

$$-PEG-CO_2-PEG-+H_2O \rightarrow -PEG-CO_2H+HO-PEG-$$

Other hydrolytically degradable linkages, useful as a degradable linkage within a polymer backbone, include: carbonate linkages; imine linkages resulting, for example, from reaction of an amine and an aldehyde (see, e.g., Ouchi et al. (1997) *Polymer Preprints* 38(1):582–3); phosphate ester linkages formed, for example, by reacting an alcohol with a phosphate group; hydrazone linkages which are typically formed by reaction of a hydrazide and an aldehyde; acetal linkages that are typically formed by reaction between an aldehyde and an alcohol; orthoester linkages that are, for example, formed by reaction between a formate and an alcohol; amide linkages formed by an amine group, e.g., at an end of a polymer such as PEG, and a carboxyl group of another PEG chain; urethane linkages formed from reaction of, e.g., a PEG with a terminal isocyanate group and a PEG alcohol; peptide linkages formed by an amine group, e.g., at an end of a polymer such as PEG, and a carboxyl group of a peptide; and oligonucleotide linkages formed by, for example, a phosphoramidite group, e.g., at the end of a polymer, and a 5' hydroxyl group of an oligonucleotide.

Such optional features of the polymer conjugate, i.e., the introduction of one or more degradable linkages into the polymer chain, may provide for additional control over the final desired pharmacological properties of the conjugate upon administration. For example, a large and relatively inert conjugate (i.e., having one or more high molecular weight PEG chains attached thereto, for example, one or more PEG chains having a molecular weight greater than about 10,000, wherein the conjugate possesses essentially no bioactivity) may be administered, which is hydrolyzed to generate a bioactive conjugate possessing a portion of the original PEG chain. In this way, the properties of the conjugate can be more effectively tailored to balance the bioactivity of the conjugate over time.

Those of ordinary skill in the art will recognize that the foregoing discussion concerning substantially water-soluble polymer segments is by no means exhaustive and is merely illustrative, and that all polymeric materials having the qualities described above are contemplated. As used herein, the term "polymeric reagent" generally refers to an entire molecule, which can comprise a water-soluble polymer segment and a functional group.

As described above, a conjugate of the invention comprises a water-soluble polymer covalently attached to a Factor VIII moiety. Typically, for any given conjugate, there

Copy provided by USPTO from the PIRS Image Database on 10-04-2017

BAXJIVI0005999

US 7,199,223 B2

**15**

will be one to three water-soluble polymers covalently attached to one or more moieties having Factor VIII activity. In some instances, however, the conjugate may have 1, 2, 3, 4, 5, 6, 7, 8 or more water-soluble polymers individually attached to a Factor VIII moiety.

The particular linkage within the moiety having Factor VIII activity and the polymer depends on a number of factors. Such factors include, for example, the particular linkage chemistry employed, the particular moiety having Factor VIII activity, the available functional groups within the moiety having Factor VIII activity (either for attachment to a polymer or conversion to a suitable attachment site), the possible presence of additional reactive functional groups within the moiety having Factor VIII activity, and the like.

The conjugates of the invention can be, although not necessarily, prodrugs, meaning that the linkage between the polymer and the Factor VIII moiety is hydrolytically degradable to allow release of the parent moiety. Exemplary degradable linkages include carboxylate ester, phosphate ester, thiolester, anhydrides, acetals, ketals, acyloxyalkyl ether, imines, orthoesters, peptides and oligonucleotides. Such linkages can be readily prepared by appropriate modification of either the Factor VIII moiety (e.g., the carboxyl group C terminus of the protein or a side chain hydroxyl group of an amino acid such as serine or threonine contained within the protein) and/or the polymeric reagent using coupling methods commonly employed in the art. Most preferred, however, are hydrolyzable linkages that are readily formed by reaction of a suitably activated polymer with a non-modified functional group contained within the moiety having Factor VIII activity.

Alternatively, a hydrolytically stable linkage, such as an amide, urethane (also known as carbamate), amine, thioether (also known as sulfide), or urea (also known as carbamide) linkage can also be employed as the linkage for coupling the Factor VIII moiety. In some cases, however, it is preferred that the linkage is not a carbamate linkage and not a carbamide linkage, and furthermore, that no linkage is formed based on the reaction of a polymer derivative bearing an isocyanate or isothiocyanate species to a Factor VIII moiety. Again, a preferred hydrolytically stable linkage is an amide. An amide can be readily prepared by reaction of a carboxyl group contained within the Factor VIII moiety (e.g., the terminal carboxyl of a peptidic moiety having Factor VIII activity) with an amino-terminated polymer.

The conjugates (as opposed to an unconjugated Factor VIII moiety) may or may not possess a measurable degree of Factor VIII activity. That is to say, a polymer conjugate in accordance with the invention will possesses anywhere from about 0.1% to about 100% or more of the bioactivity of the unmodified parent Factor VIII moiety. Preferably, compounds possessing little or no Factor VIII activity typically contain a hydrolyzable linkage connecting the polymer to the moiety, so that regardless of the lack of activity in the conjugate, the active parent molecule (or a derivative thereof) is released upon aqueous-induced cleavage of the

**16**

hydrolyzable linkage. Such activity may be determined using a suitable in-vivo or in-vitro model, depending upon the known activity of the particular moiety having Factor VIII activity employed.

For conjugates possessing a hydrolytically stable linkage that couples the moiety having Factor VIII activity to the polymer, the conjugate will typically possess a measurable degree of specific activity. For instance, such polymer conjugates are typically characterized as having an activity of at least about 2%, 5%, 10%, 15%, 25%, 30%, 40%, 50%, 60%, 80%, 85%, 90%, 95% 97%, 100%, or more relative to that of the unmodified parent moiety having Factor VIII activity, when measured in a suitable model, such as those well known in the art. Preferably, compounds having a hydrolytically stable linkage (e.g., an amide linkage) will possess at least some degree of the bioactivity of the unmodified parent moiety having Factor VIII activity.

Exemplary polymer conjugates in accordance with the invention will now be described wherein the moiety having Factor VIII activity is a protein. Typically, such a protein is expected to share (at least in part) a similar amino acid sequence as native Factor VIII. Thus, while reference will be made to specific locations or atoms within the native Factor VIII protein, such a reference is for convenience only and one having ordinary skill in the art will be able to readily determine the corresponding location or atom in other moieties having Factor VIII activity. In particular, the description provided herein for native Factor VIII is applicable to Factor VIIIa, Factor VIII:vWF, and B-domain deleted Factor VIII versions, as well as fragments, deletion variants, substitution variants or addition variants of any of the foregoing.

Amino groups on Factor VIII moieties provide a point of attachment between the Factor VIII moiety and the water-soluble polymer. Native Factor VIII comprises 158 amine-containing lysine residues (6.8 weight percent of the entire protein) and one amino terminus. With respect to Factor VIIIa, there are 78 lysine residues (5.5 weight percent of the entire protein) and two amino termini (resulting from the cleavage of Factor VIII). Consequently, notwithstanding secondary and tertiary structural considerations, both Factor VIII and Factor VIIIa (as well as any peptidic Factor VIII moiety, e.g., B-domain deleted Factor VIII) have several amines available for participation in conjugating reactions.

There are a number of examples of suitable water-soluble polymeric reagents useful for forming covalent linkages with available amines of a Factor VIII moiety. Specific examples, along with the corresponding conjugate, are provided in Table 1, below. In the table, the variable (n) represents the number of repeating monomeric units and "—NH—F8" represents the Factor VIII moiety following conjugation to the water-soluble polymer. While each polymeric portion presented in Table 1 terminates in a "CH₃" group, other groups (such as H and benzyl) can be substituted therefor.

Copy provided by USPTO from the PIRS Image Database on 10-04-2017

BAXJIVI0006000

Case 1:17-cv-01316-RGA-SRF Document 83-1 Filed 09/14/18 Page 103 of 449 PageID #: 20575

US 7,199,223 B2

17                                                                18

TABLE 1

Amine-Specific Polymeric Reagents and the Factor VIII Moiety Conjugate Formed Therefrom



Copy provided by USPTO from the PIRS Image Database on 10-04-2017

BAXJIVI0006001

US 7,199,223 B2

19  20

TABLE 1-continued

Aniline-Specific Polymeric Reagents and the Factor VIII Moiety Conjugate Formed Therefrom

| Polymeric Reagent | Corresponding Conjugate |
|---|---|



Copy provided by USPTO from the PIRS Image Database on 10-04-2017

BAXJIVI0006002

US 7,199,223 B2



TABLE I-continued

Copy provided by USPTO from the PIRS Image Database on 10-04-2017

BAXJIVI0006003

US 7,199,223 B2



TABLE 1-continued

Amine-Specific Polymeric Reagents and the Factor VIII Moiety Conjugate Formed Therefrom

Copy provided by USPTO from the PIRS Image Database on 10-04-2017

BAXJIVI0006004

US 7,199,223 B2

25                                                                          26



TABLE 1-continued

Aniline-Specific Polymeric Reagents and the Factor VIII Moiety Conjugate Formed Therefrom

Copy provided by USPTO from the PIRS Image Database on 10-04-2017

BAXJIVI0006005

US 7,199,223 B2

27

Conjugation of a polymeric reagent to an amino group of a Factor VIII moiety can be accomplished by one of ordinary skill in the art without undue experimentation. Typical of one approach is a reductive amination reaction used, for example, to conjugate a primary amine of a Factor VIII moiety with a polymer functionalized with a ketone, aldehyde or hydrated forms thereof (e.g., ketone hydrate, aldehyde hydrate). In this approach, the primary amine from the Factor VIII moiety reacts with the carbonyl group of the aldehyde or ketone (or the corresponding hydroxy-containing group of a hydrated aldehyde or ketone), thereby forming a Schiff base. The Schiff base, in turn, can then be reductively converted to a stable conjugate through use of a reducing agent such as sodium borohydride. Selective reactions (e.g., at the N-terminus are possible) are possible, particularly with a polymer functionalized with a ketone or an alpha-methyl branched aldehyde and/or under specific reaction conditions (e.g., reduced pH).

Preferred amine groups in Factor VIII that can serve as a site for attaching a polymer include those amine groups found within the following lysine residues: $Lys^{493}$, $Lys^{496}$, $LYS^{499}$, $Lys^{1804}$, $Lys^{1808}$, $LYS^{1813}$, $Lys^{1818}$, $Lys^{2183}$, $Lys^{2207}$, $Lys^{2227}$, $Lys^{2239}$, with $Lys^{496}$, $Lys^{1804}$, and $Lys^{1808}$ being particularly preferred. Numbering corresponds to the sequence provided in SEQ. ID. NO. 2. As stated above, the amine group corresponding to each of these lysine residues in a protein other than human Factor VIII can serve as a useful site for conjugation. In addition, the N-terminus of any Factor VIII moiety that is a protein can serve as a polymeric attachment site.

Carboxyl groups represent another functional group that can serve as a point of attachment on the Factor VIII moiety. Structurally, the conjugate will comprise the following:

$$F8—\overset{\overset{\displaystyle O}{\|}}{C}—X—POLY$$

where F8 and the adjacent carbonyl group corresponds to the carboxyl-containing Factor VIII moiety, X is a linkage, preferably a heteroatom selected from O, N(H), and S, and POLY is a water-soluble polymer such as PEG, optionally terminating in an end-capping moiety.

The C(O)—X linkage results from the reaction between a polymeric derivative bearing a terminal functional group and a carboxyl-containing Factor VIII moiety. As discussed above, the specific linkage will depend on the type of functional group utilized. If the polymer is end-functionalized or "activated" with a hydroxyl group, the resulting linkage will be a carboxylic acid ester and X will be O. If the

28

polymer backbone is functionalized with a thiol group, the resulting linkage will be a thioester and X will be S. When certain multi-arm, branched or forked polymers are employed, the C(O)X moiety, and in particular the X moiety, may be relatively more complex and may include a longer linkage structure.

Water-soluble derivatives containing a hydrazide moiety are also useful for conjugation at carboxyl groups. An example of such a derivative includes a polymer having the following structure:

$$POLY—\overset{\overset{\displaystyle O}{\|}}{C}—\overset{\overset{\displaystyle H}{|}}{N}—\overset{H}{N}—NH_2$$

which, upon conjugation with a Factor VIII moiety, has the following structure:

$$POLY—\overset{\overset{\displaystyle O}{\|}}{C}—\overset{\overset{\displaystyle H}{|}}{N}—\overset{H}{N}—\overset{\overset{\displaystyle O}{\|}}{C}—F8$$

where F8 is the Factor VIII moiety following conjugation and POLY is a water-soluble polymer such as PEG, optionally terminating in an end-capping moiety.

Thiol groups contained within the Factor VIII moiety can serve as effective sites of attachment for the water-soluble polymer. In particular, cysteine residues provide thiol groups when the Factor VIII moiety is a protein. The thiol groups in such cysteine residues can then be reacted with an activated PEG that is specific for reaction with thiol groups, e.g., an N-maleimidyl polymer or other derivative, as described in U.S. Pat. No. 5,739,208 and in International Patent Publication No. WO 01/62827.

Specific examples, along with the corresponding conjugate, are provided in Table 2, below. In the table, the variable (n) represents the number of repeating monomeric units and "—S—F8" represents the Factor VIII moiety following conjugation to the water-soluble polymer. While each polymeric portion presented in Table 1 terminates in a "CH₃" group, other groups (such as H and benzyl) can be substituted therefor.

Copy provided by USPTO from the PIRS Image Database on 10-04-2017

BAXJIVI0006006

Case 1:17-cv-01316-RGA-SRF Document 83-1 149 Filed 09/14/18 Page 24 of 48 PageID #: 3037
20581

US 7,199,223 B2



TABLE 2

Thiol-Specific Polymeric Reagents and the Factor VIII Moiety-Conjugate Formed Therefrom

BAXJIVI0006007

US 7,199,223 B2

**31**

**32**



TABLE 2-continued

Copy provided by USPTO from the PIRS Image Database on 10-04-2017

BAXJIVI0006008

US 7,199,223 B2

TABLE 2-continued

Thiol-Specific Polymeric Reagents and the Factor VIII Moiety Conjugate Formed Therefrom.

| Polymeric Reagent: | Corresponding Conjugate |



Copy provided by USPTO from the PIRS Image Database on 10-04-2017

BAXJIVI0006009

US 7,199,223 B2

35

With respect to conjugates formed from water-soluble polymers bearing one or more maleimide functional groups (regardless of whether the maleimide reacts with an amine or thiol group on the Factor VIII moiety), the corresponding maleamic acid form(s) of the water-soluble polymer can also react with the Factor VIII moiety. Under certain conditions (e.g., a pH of about 7–9 and in the presence of water), the maleimide ring will "open" to form the corresponding maleamic acid. The maleamic acid, in turn, can react with an amine or thiol group of a Factor VIII moiety. Exemplary maleamic acid-based reactions are schematically shown below. POLY represents the water-soluble polymer, and F8 represents the Factor VIII moiety.

36

Typically, although not necessarily, the linkage between the Factor VIII moiety and the polymeric reagent includes one or more atoms such as one or more of carbon, nitrogen, sulfur, and combinations thereof. Preferably, the linkage comprises an amide, secondary amine, carbamate, thioether, or disulfide group. Optionally, additional atoms can connect the linkage to the chain of repeating monomers within the polymeric reagent. Nonlimiting examples of specific series of atoms connecting the Factor VIII moiety to the chain of repeating monomers include those selected from the group consisting of —O—, —S—, —S—S—, —C(O)—, —O—C(O)—, —C(O)—O—, —C(O)—NH—, —NH—C(O)—NH—, —O—C(O)—NH—, —C(S)—, —CH₂—, —CH₂



Polymer Maleimide     Polymer Maleamic Acid

A representative conjugate in accordance with the invention can have the following structure:

POLY-L₀₋₁-C(O)Z-Y—S—S—F8

wherein POLY is a water-soluble polymer, L is an optional linker, Z is a heteroatom selected from the group consisting of O, NH, and S, and Y is selected from the group consisting of C₂₋₁₀ alkyl, C₂₋₁₀ substituted alkyl, aryl, and substituted aryl. Polymeric reagents that can be reacted with a Factor VIII moiety and result in this type of conjugate are described in copending application filed on Jan. 6, 2004, entitled "Thiol Selective Water Soluble Polymer Derivatives," and assigned U.S. Ser. No. 10/753,047.

Preferred thiol groups in Factor VIII that can serve as a site for attaching a polymeric reagent include those thiol groups found within the following cysteine residues: Cys²⁴⁸, Cys³¹⁰, Cys³²⁹, Cys⁵³⁰, Cys⁶⁹², Cys⁷¹¹, Cys¹⁸⁹⁹, Cys¹⁹⁰³, and Cys²⁰⁰¹, with Cys⁵³⁰, Cys⁷¹¹, and Cys¹⁹⁰³, being particularly preferred. Numbering corresponds to the sequence provided in SEQ. ID. NO. 2.

With respect to polymeric reagents, those described here and elsewhere can be purchased from commercial sources (e.g., Nektar Therapeutics, Huntsville Ala.). In addition, methods for preparing the polymeric reagents are described in the literature.

CH₂—, —CH₂—CH₂—CH₂—, —CH₂—CH₂—CH₂—
CH₂—C(O)—, —CH₂—, —CH₂—O—, —O—CH₂—CH₂—
—CH₂—O—CH₂—, —CH₂—CH₂—O—, —O—CH₂—
CH₂—, —CH₂—CH₂—CH₂—, —CH₂—CH₂—
CH₂—O—CH₂—, —CH₂—CH₂—O—, —CH₂—
CH₂—O—CH₂—, —, —CH₂—CH₂—CH₂—O—,
—CH₂—CH₂—, —CH₂—CH₂—O—, —CH₂—CH₂—
CH₂—CH₂—, —CH₂—CH₂—O—, —CH₂—CH₂—, —CH₂—
O—, —C(O)—NH—CH₂—, —C(O)—NH—CH₂—
C(O)—NH—, —C(O)—NH—CH₂—CH₂—, —CH₂—C
(O)—NH—, —C(O)—NH—CH₂—CH₂—, —CH₂—
—CH₂—C(O)—NH—CH₂—CH₂—, —CH₂—CH₂—C
(O)—NH—CH₂—, —CH₂—CH₂—C(O)—NH—,
—C(O)—NH—CH₂—CH₂—CH₂—, —CH₂—C
(O)—NH—CH₂—CH₂—CH₂—, —CH₂—CH₂—
NH—CH₂—CH₂—, —CH₂—CH₂—CH₂—C(O)—NH—
CH₂—, —CH₂—CH₂—CH₂—C(O)—NH—CH₂—CH₂—,
—CH₂—CH₂—CH₂ CH₂ C(O)—NH—, C(O) O
CH₂—CH₂—C(O)—O—CH₂—, —CH₂—CH₂—C
(O)—O—CH₂—, —C(O)—O—CH₂—CH₂—, —NH—C
(O)—CH₂—, —C(O)—NH—CH₂—, —CH₂—
C(O)—CH₂—, —NH—C(O)—NH—C(O)—CH₂—,
—CH₂—NH—C(O)—CH₂—, —CH₂—CH₂—
—C(O)—NH—CH₂—, —O—C(O)—NH—CH₂—
—O—C(O)—NH—CH₂—CH₂—, —O—C(O)—NH
CH₂—CH₂—CH₂—, —NH—CH₂—, —NH—CH₂—

Copy provided by USPTO from the PIRS Image Database on 10-04-2017

BAXJIVI0006010

US 7,199,223 B2

37

$CH_2$—, —$CH_2$—NH—$CH_2$—, —$CH_2$—$CH_2$—NH—
$CH_2$—, —$C(O)$—$CH_2$—, —$C(O)$—$CH_2$—$CH_2$—,
—$CH_2$—$C(O)$—$CH_2$—, —$CH_2$—$CH_2$—$C(O)$—,
—$CH_2$—$CH_2$—$C(O)$—$CH_2$—, —$CH_2$—$CH_2$—C
$(O)$—, —$CH_2$—$CH_2$—$CH_2$—$C(O)$—NH—$CH_2$—
NH—, —$CH_2$—$CH_2$—$CH_2$—$C(O)$—NH—$CH_2$—$CH_2$—
NH—$C(O)$—, —$CH_2$—$CH_2$—$CH_2$—$C(O)$—NH—$CH_2$—
$CH_2$—NH—$C(O)$—$CH_2$—, —$CH_2$—$CH_2$—$C(O)$—
NH—$CH_2$—$CH_2$—NH—$C(O)$—$CH_2$—$CH_2$—, —O—C
$(O)$—NH—$[CH_2]_{0.2}$—$(OCH_2CH_2)_{0.2}$—, —$C(O)$—NH—
$(CH_2)_{1-6}$—NH—$C(O)$—, —NH—$C(O)$—NH—$(CH_2)_{1-6}$—
—NH—$C(O)$—, —O—$C(O)$—$CH_2$—, —O—$C(O)$—
$CH_2$—$CH_2$—, and —O—$C(O)$—$CH_2$—$CH_2$—$CH_2$—.

The conjugates are typically part of a composition. Generally, the composition comprises a plurality of conjugates, preferably although not necessarily, each having one to three water-soluble polymers covalently attached to one Factor VIII moiety. The compositions, however, can also comprise other conjugates having four, five, six, seven, eight or more polymers attached to any given moiety having Factor VIII activity. In addition, the invention includes instances wherein the composition comprises a plurality of conjugates, each conjugate comprising one water-soluble polymer covalently attached to one Factor VIII moiety, as well as compositions comprising two, three, four, five, six, seven, eight, or more water-soluble polymers covalently attached to one Factor VIII moiety.

Control of the desired number of polymers for any given moiety can be achieved by selecting the proper polymeric reagent, the ratio of polymeric reagent to the Factor VIII moiety, temperature, pH conditions, and other aspects of the conjugation reaction. In addition, reduction or elimination of the undesired conjugates (e.g., those conjugates having four or more attached polymers) can be achieved through purification means.

For example, the polymer-Factor VIII moiety conjugates can be purified to obtain/isolate different conjugated species. Specifically, the product mixture can be purified to obtain an average of anywhere from one, two, three, four, five or more PEGs per Factor VIII moiety, typically one, two or three PEGs per Factor VIII moiety. The strategy for purification of the final conjugate reaction mixture will depend upon a number of factors, including, for example, the molecular weight of the polymeric reagent employed, the particular Factor VIII moiety, the desired dosing regimen, and the residual activity and in vivo properties of the individual conjugate(s).

If desired, conjugates having different molecular weights can be isolated using gel filtration chromatography and/or ion exchange chromatography. That is to say, gel filtration chromatography is used to fractionate differently numbered polymer-to-Factor VIII moiety ratios (e.g., 1-mer, 2-mer, 3-mer, and so forth, wherein "1-mer" indicates 1 polymer to Factor VIII moiety, "2-mer" indicates two polymers to Factor VIII moiety, and so on) on the basis of their differing molecular weights (where the difference corresponds essentially to the average molecular weight of the water-soluble polymer portion). For example, in an exemplary reaction where a 100,000 Dalton protein is randomly conjugated to a polymeric reagent having a molecular weight of about 20,000 Daltons, the resulting reaction mixture may contain unmodified protein (having a molecular weight of about 100,000 Daltons), monoPEGylated protein (having a molecular weight of about 120,000 Daltons), diPEGylated protein (having a molecular weight of about 140,000 Daltons), and so forth.

While this approach can be used to separate PEG and other polymer-Factor VIII moiety conjugates having different molecular weights, this approach is generally ineffective for separating positional isomers having different polymer attachment sites within the Factor VIII moiety. For example,

38

gel filtration chromatography can be used to separate from each other mixtures of PEG 1-mers, 2-mers, 3-mers, and so forth, although each of the recovered PEG-mer compositions may contain PEGs attached to different reactive amino groups (e.g., lysine residues) within Factor VIII moiety.

Gel filtration columns suitable for carrying out this type of separation include Superdex™ and Sephadex™ columns available from Amersham Biosciences (Piscataway, N.J.). Selection of a particular column will depend upon the desired fractionation range desired. Elution is generally carried out using a suitable buffer, such as phosphate, acetate, or the like. The collected fractions may be analyzed by a number of different methods, for example, (i) optical density (OD) at 280 nm for protein content, (ii) bovine serum albumin (BSA) protein analysis, (iii) iodine testing for PEG content (Sims et al. (1980) Anal. Biochem, 107: 60–63), and (iv) sodium dodecyl sulfate polyacrylamide gel electrophoresis (SDS PAGE), followed by staining with barium iodide.

Separation of positional isomers is carried out by reverse phase chromatography using a reverse phase-high performance liquid chromatography (RP-HPLC) C18 column (Amersham Biosciences or Vydac) or by ion exchange chromatography using an ion exchange column, e.g., a Sepharose™ ion exchange column available from Amersham Biosciences. Either approach can be used to separate polymer-active agent isomers having the same molecular weight (positional isomers).

The compositions are preferably substantially free of proteins that do not have Factor VIII activity. In addition, the compositions preferably are substantially free of all other noncovalently attached water-soluble polymers. Moreover, at least one species of conjugate in the composition has at least one water-soluble polymer attached to a moiety that transforms Factor X to Factor Xa. In some circumstances, however, the composition can contain a mixture of polymer-Factor VIII moiety conjugates and unconjugated Factor VIII.

Optionally, the composition of the invention further comprises a pharmaceutically acceptable excipient. If desired, the pharmaceutically acceptable excipient can be added to a conjugate to form a composition.

Exemplary excipients include, without limitation, those selected from the group consisting of carbohydrates, inorganic salts, antimicrobial agents, antioxidants, surfactants, buffers, acids, bases, and combinations thereof.

A carbohydrate such as a sugar, a derivatized sugar such as an alditol, aldonic acid, an esterified sugar, and/or a sugar polymer may be present as an excipient. Specific carbohydrate excipients include, for example: monosaccharides, such as fructose, maltose, galactose, glucose, D-mannose, sorbose, and the like; disaccharides, such as lactose, sucrose, trehalose, cellobiose, and the like; polysaccharides, such as raffinose, melezitose, maltodextrins, dextrans, starches, and the like; and alditols, such as mannitol, xylitol, maltitol, lactitol, xylitol, sorbitol (glucitol), pyranosyl sorbitol, myo-inositol, and the like.

The excipient can also include an inorganic salt or buffer such as citric acid, sodium chloride, potassium chloride, sodium sulfate, potassium nitrate, sodium phosphate monobasic, sodium phosphate dibasic, and combinations thereof.

The composition can also include an antimicrobial agent for preventing or deterring microbial growth. Nonlimiting examples of antimicrobial agents suitable for the present invention include benzalkonium chloride, benzethonium chloride, benzyl alcohol, cetylpyridinium chloride, chlorobutanol, phenol, phenylethyl alcohol, phenylmercuric nitrate, thimersol, and combinations thereof.

Copy provided by USPTO from the PIRS Image Database on 10-04-2017

BAXJIVI0006011

An antioxidant can be present in the composition as well. Antioxidants are used to prevent oxidation, thereby preventing the deterioration of the conjugate or other components of the preparation. Suitable antioxidants for use in the present invention include, for example, ascorbyl palmitate, butylated hydroxyanisole, butylated hydroxytoluene, hypophosphorous acid, monothioglycerol, propyl gallate, sodium bisulfite, sodium formaldehyde sulfoxylate, sodium metabisulfite, and combinations thereof.

A surfactant can be present as an excipient. Exemplary surfactants include: polysorbates, such as "Tween 20" and "Tween 80, " and pluronics such as F68 and F88 (both of which are available from BASF, Mount Olive, N.J.); sorbitan esters; lipids, such as phospholipids such as lecithin and other phosphatidylcholines, phosphatidylethanolamines (although preferably not in liposomal form), fatty acids and fatty esters; steroids, such as cholesterol; and chelating agents, such as EDTA, zinc and other such suitable cations.

Acids or bases can be present as an excipient in the composition. Nonlimiting examples of acids that can be used include those acids selected from the group consisting of hydrochloric acid, acetic acid, phosphoric acid, citric acid, malic acid, lactic acid, formic acid, trichloroacetic acid, nitric acid, perchloric acid, phosphoric acid, sulfuric acid, fumaric acid, and combinations thereof. Examples of suitable bases include, without limitation, bases selected from the group consisting of sodium hydroxide, sodium acetate, ammonium hydroxide, potassium hydroxide, ammonium acetate, potassium acetate, sodium phosphate, potassium phosphate, sodium citrate, sodium formate, sodium sulfate, potassium sulfate, potassium fumarate, and combinations thereof.

The amount of the conjugate (i.e., the conjugate formed between the active agent and the polymeric reagent) in the composition will vary depending on a number of actors, but will optimally be a therapeutically effective dose when the composition is stored in a unit dose container (e.g., a vial). In addition, the pharmaceutical preparation can be housed in a syringe. A therapeutically effective dose can be determined experimentally by repeated administration of increasing amounts of the conjugate in order to determine which amount produces a clinically desired endpoint.

The amount of any individual excipient in the composition will vary depending on the activity of the excipient and particular needs of the composition. Typically, the optimal amount of any individual excipient is determined through routine experimentation, i.e., by preparing compositions containing varying amounts of the excipient (ranging from low to high), examining the stability and other parameters, and then determining the range at which optimal performance is attained with no significant adverse effects.

Generally, however, the excipient will be present in the composition in an amount of about 1% to about 99% by weight, preferably from about 5% to about 98% by weight, more preferably from about 15 to about 95% by weight of the excipient, with concentrations less than 30% by weight most preferred.

These foregoing pharmaceutical excipients along with other excipients are described in "Remington: The Science & Practice of Pharmacy", 19th ed., Williams & Williams, (1995), the "Physician's Desk Reference", 52nd ed., Medical Economics, Montvale, N.J. (1998), and Kibbe, A. H., Handbook of Pharmaceutical Excipients, 3rd Edition, American Pharmaceutical Association, Washington, D.C., 2000.

The compositions encompass all types of formulations and in particular those that are suited for injection, e.g., powders or lyophilates that can be reconstituted as well as liquids. Examples of suitable diluents for reconstituting solid compositions prior to injection include bacteriostatic water for injection, dextrose 5% in water, phosphate-buffered saline, Ringer's solution, saline, sterile water, deionized

water, and combinations thereof. With respect to liquid pharmaceutical compositions, solutions and suspensions are envisioned.

The compositions of the present invention are typically, although not necessarily, administered via injection and are therefore generally liquid solutions or suspensions immediately prior to administration. The pharmaceutical preparation can also take other forms such as syrups, creams, ointments, tablets, powders, and the like. Other modes of administration are also included, such as pulmonary, rectal, transdermal, transmucosal, oral, intrathecal, subcutaneous, intra-arterial, and so forth.

The invention also provides a method for administering a conjugate as provided herein to a patient suffering from a condition that is responsive to treatment with conjugate. The method comprises administering, generally via injection, a therapeutically effective amount of the conjugate (preferably provided as part of a pharmaceutical composition). As previously described, the conjugates can be administered injected parenterally by intravenous injection, or less preferably by intramuscular or by subcutaneous injection. Suitable formulation types for parenteral administration include ready-for-injection solutions, dry powders for combination with a solvent prior to use, suspensions ready for injection, dry insoluble compositions for combination with a vehicle prior to use, and emulsions and liquid concentrates for dilution prior to administration, among others.

The method of administering may be used to treat any condition that can be remedied or prevented by administration of the conjugate. Those of ordinary skill in the art appreciate which conditions a specific conjugate can effectively treat. For example, the conjugates can be used to treat individuals suffering from hemophilia A. In addition, the conjugates are suited for use as a prophylactic against uncontrolled bleeding, optionally in patients not suffering from hemophilia. Thus, for example, the conjugate can be administered to a patient at risk for uncontrolled bleeding prior to surgery.

The actual dose to be administered will vary depend upon the age, weight, and general condition of the subject as well as the severity of the condition being treated, the judgment of the health care professional, and conjugate being administered. Therapeutically effective amounts are known to those skilled in the art and/or are described in the pertinent reference texts and literature. Generally, a therapeutically effective amount will range from about 0.001 mg to 100 mg, preferably in doses from 0.01 mg/day to 75 mg/day, and more preferably in doses from 0.10 mg/day to 50 mg/day.

The unit dosage of any given conjugate (again, preferably provided as part of a pharmaceutical preparation) can be administered in a variety of dosing schedules depending on the judgment of the clinician, needs of the patient, and so forth. The specific dosing schedule will be known by those of ordinary skill in the art or can be determined experimentally using routine methods. Exemplary dosing schedules include, without limitation, administration five times a day, four times a day, three times a day, twice daily, once daily, three times weekly, twice weekly, once weekly, twice monthly, once monthly, and any combination thereof. Once the clinical endpoint has been achieved, dosing of the composition is halted.

One advantage of administering certain conjugates of the present invention is that individual water-soluble polymer portions can be cleaved off. Such a result is advantageous when clearance from the body is potentially a problem because of the polymer size. Optimally, cleavage of each water-soluble polymer portion is facilitated through the use of physiologically cleavable and/or enzymatically degradable linkages such as urethane, amide, carbonate or ester-containing linkages. In this way, clearance of the conjugate (via cleavage of individual water-soluble polymer portions)

BAXJIVI0006012

US 7,199,223 B2

**41**

can be modulated by selecting the polymer molecular size and the type functional group that would provide the desired clearance properties. One of ordinary skill in the art can determine the proper molecular size of the polymer as well as the cleavable functional group. For example, one of ordinary skill in the art, using routine experimentation, can determine a proper molecular size and cleavable functional group by first preparing a variety of polymer derivatives with different polymer weights and cleavable functional groups, and then obtaining the clearance profile (e.g., through periodic blood or urine sampling) by administering the polymer derivative to a patient and taking periodic blood and/or urine sampling. Once a series of clearance profiles have been obtained for each tested conjugate, a suitable conjugate can be identified.

It is to be understood that while the invention has been described in conjunction with the preferred specific embodiments thereof, that the foregoing description as well as the examples that follow are intended to illustrate and not limit the scope of the invention. Other aspects, advantages and modifications within the scope of the invention will be apparent to those skilled in the art to which the invention pertains.

All articles, books, patents and other publications referenced herein are hereby incorporated by reference in their entireties.

### Experimental

The practice of the invention will employ, unless otherwise indicated, conventional techniques of organic synthesis and the like, which are within the skill of the art. Such techniques are fully explained in the literature. See, for example, J. March, Advanced Organic Chemistry: Reactions Mechanisms and Structure, 4th Ed. (New York: Wiley-Interscience, 1992), supra.

In the following examples, efforts have been made to ensure accuracy with respect to numbers used (e.g., amounts, temperatures, etc.) but some experimental error and deviation should be accounted for. Unless indicated otherwise, temperature is in degrees C. and pressure is at or near atmospheric pressure at sea level.

Abbreviations:

DCM dichloromethane
mPEG-SPA mPEG-succinimidyl propionate
mPEG-SBA mPEG-succinimidyl butanoate
mPEG-OPSS mPEG-orthopyridyl-disulfide
mPEG-MAL mPEG-maleimide, $CH_3O—(CH_2CH_2O)_n—CH_2CH_2-MAL$
mPEG-SMB mPEG-succinimidyl α-methylbutanoate, $CH_3O—(CH_2CH_2O)_n—CH_2CH_2—CH(CH_3)—C(O)—O$-succinimide
mPEG-ButyrALD $CH_3O—(CH_2CH_2O)_n—CH_2CH_2—O—C(O)—NH—(CH_2CH_2O)_nCH_2CH_2CH_2C(O)H$
mPEG-PIP $CH_3O—(CH_2CH_2O)_n—CH_2CH_2—C(O)$-piperidin-4-one
SUC succinimide or succinimidyl
NaCNBH$_3$ sodium cyanoborohydride
HCl hydrochloric acid
HEPES 4-(2-hydroxyethyl)-1-piperazineethanesulfonic acid
NMR nuclear magnetic resonance
DCC 1,3-dicyclohexylcarbodiimide
DI deionized
MW molecular weight
r.t. room temperature
K or kDa kilodaltons
SEC Size exclusion chromatography
HPLC high performance liquid chromatography
FPLC fast protein liquid chromatography

**42**

SDS-PAGE sodium dodecyl sulfate-polyacrylamide gel electrophoresis
MALDI-TOF Matrix Assisted Laser Desorption Ionization Time-of-Flight

Materials:

All PEG reagents referred to in the appended examples are commercially available unless otherwise indicated.

mPEG-succinimidyl propionate, mPEG-SPA, molecular weight, 30K ($M_n$=31.3 kDa, Nektar Therapeutics)
mPEG-orthopyridyl-disulfide, mPEG-OPSS, molecular weight, 10K ($M_n$=10.3 kDa, Nektar Therapeutics)
mPEG-maleimide, mPEG-MAL, molecular weight, 20K ($M_n$=21.8 kDa, Nektar Therapeutics)
mPEG-maleimide, mPEG-MAL, molecular weight, 30K ($M_n$=31.4 kDa, Nektar Therapeutics)
mPEG-succinimidyl α-methylbutanoate, mPEG-SMB, molecular weight, 30K ($M_n$=30.5 kDa, Nektar Therapeutics)
mPEG-butyraldehyde, mPEG-ButyrALD, molecular weight, 30K ($M_n$=31.5 kDa, Nektar Therapeutics)
L-Histidine, biotechnology performance certified (Sigma)
HEPES, biotechnology performance certified, 99.5+% (Sigma)
Calcium chloride, dihydrate, for molecular biology, 99% (Sigma)
Sodium chloride, for molecular biology (Sigma)
Tween 80, Sigma Ultra, (Sigma)
Ethyl alcohol,USP, Absolute-200 Proof (AAPER)
Polyethylene glycol, MW 3,350, SigmaUltra (Sigma)
Slide-A-Lyzer Dialysis Cassette, 0.5–3ml, or 3–12ml capacity (Pierce)
Acetic acid, A.C.S. reagent, 99.7+% (Aldrich)
IN Acetic acid, volumetric standard (VWR)
IN Sodium hydroxide, volumetric standard (J. T.Baker)
Sodium cyanoborohydride, 95% (Aldrich)
Tris/glycine/SDS, 10×, protein electrophoresis buffer (Bio-Rad)
Laemmli sample buffer (Bio-Rad)
SigmaMarker, low range (M.W.6,500–66,000) (Sigma)
SigmaMarker, high range (M.W. 36,000–205,000) (Sigma)
7.5% Tris-HCl ready gel (10-well, 30 ul,Bio-Rad)
GelCode blue stain reagent (Pierce)
Methods (Analytical)
SEC-HPLC Analysis

Size exclusion chromatography (SEC) was performed on an Agilent 1100 HPLC system (Agilent). Samples were analyzed using a BIOSEP-SEC-S 4000 column (Phenomenex) and a mobile phase of 45 mM histidine, 4.5 mM calcium chloride, 0.36 M sodium chloride, 0.009%(v/v) Tween 80 and 10% ethyl alcohol, pH 6.7. The flow rate for the column was 0.3 ml/min. Eluted protein and PEG-protein conjugates were detected by UV at a wavelength of 280 nm.

SDS-PAGE Analysis

Samples were analyzed by sodium dodecyl sulfate-polyacrylamide gel electrophoresis (SDS-PAGE) using Mini-PROTEAN 3 Precast Gel Electrophoresis System (Bio-Rad). Samples were mixed with 2× Laemmli sample buffer, and were placed in a 95° C. water bath for ~5 minutes. Then, the prepared samples were loaded onto a 7.5% Tris-HCl ready gel and run for approximately 30 minutes at 200 V using Tris/glycine/SDS electrophoresis buffer.

Other Methods

Purification of PEG-Factor VIII Conjugates

A Superose 6 HR 10/30, 24 ml gel filtration column (Amersham) was used with an FPLC system and AKTA prime system (Amersham) to purify the PEG-Factor VIII conjugates in Examples 6–11. The flow rate was 0.3 ml/min

Copy provided by USPTO from the PIRS Image Database on 10-04-2017

BAXJIVI0006013

US 7,199,223 B2

43

and the elution buffer was 50 mM Histidine, 0.5 M NaCl, 4.0 mM $CaCl_2$, and 0.01% (w/v) Tween 80, pH 6.7.

Buffer Exchange of Factor VIII Stock Solution

A Slide-A-Lyzer Dialysis Cassette (3–12 ml, 10,000 MWCO, Pierce) was removed from the protective pouch, and was soaked in MiliQ $H_2O$ for 15 minutes (water was changed every 5 minutes). The Factor VIII stock solution [0.398 mg/ml in 50 mM Histidine, 0.5 M NaCl, 4.0 mM $CaCl_2$, 0.1% (w/v) PEG 3,350, 0.01% (w/v) Tween 80, pH 6.7] was then transferred into the cassette cavity through one of the guide ports on the top of the gasket. The cassette was placed in a 1 L beaker of HEPES buffer [50 mM HEPES, 0.5 M NaCl, 5 mM $CaCl_2$, 0.1% (w/v) PEG 3,350, 0.01% (w/v) Tween 80, pH 7.0] with a flotation buoy attached to the top of the cassette. The beaker was then placed on the stir plate to start the dialysis at 4° C. The HEPES buffer was changed for four times at intervals of 2–3 hrs, and was then left in a cold room (4° C.) for overnight dialysis. After dialysis, the cassette chamber was injected with air and the dialyzed sample was withdrawn from the cassette. The concentration of Factor VIII in HEPES buffer was measured at UV 280 nm from a SPECTRA max PLUS Spectrophotometer (Molecular Devices).

EXAMPLE 1

PEGylation of B-domain Deleted Factor VIII with mPEG-SPA, 20K

mPEG-Succinimidyl propionate having a molecular weight of 20,000 Daltons is obtained from Nektar Therapeutics, (Huntsville, Ala.). The basic structure of the polymer reagent is provided below:



B-domain deleted Factor VIII is dissolved in deionized water, to which is added triethylamine to raise the pH to 7.2–9. To the above solution is added a 1.5 to 10-fold molar excess of the PEG reagent, mPEG-SPA. The resulting mixture is stirred at room temperature for several hours.

The reaction mixture is analyzed by SDS-PAGE to determine the degree of PEGylation of the protein. The degree of PEGylation, 1-mer, 2 mers, etc., can also be determined by any of a number of analytical techniques appropriate for proteins of this size, such as light angle scattering. The displayed peaks for native and mono-PEGylated species differ by approximately 20,000 Da. Increasing the ratio of PEG reagent to protein increases the degree of polyPEGylation, that is to say, the formation of 2-mers, 3-mers, etc.

EXAMPLE 2

PEGylation of B-Domain Deleted Factor VIII with mPEG-SBA

mPEG-Succinimidyl butanoate having a molecular weight of 10,000 daltons is obtained from Nektar Therapeutics, (Huntsville, Ala.). The basic structure of the polymer reagent is provided below:

44



B-domain deleted Factor VIII is dissolved in deionized water, to which is added triethylamine to raise the pH to 7.2–9. To this solution is then added a 1.5 to 10-fold molar excess of mPEG-SBA. The resulting mixture is stirred at room temperature for several hours.

The reaction mixture is analyzed by SDS-PAGE to determine the degree of PEGylation of the protein.

EXAMPLE 3

PEGylation of B-Domain Deleted Factor VIII with mPEG-MAL, 20K

mPEG-Maleimide having a molecular weight of 20,000 daltons is obtained from Nektar Therapeutics, (Huntsville, Ala.). The basic structure of the polymer reagent is provided below:



B-domain deleted Factor VIII is dissolved in buffer. To this protein solution is added a 3–5 fold molar excess of mPEG-MAL. The mixture is stirred at room temperature under an inert atmosphere for several hours. The reaction mixture is analyzed and purified by HPLC to provide a mixture of conjugated species.

EXAMPLE 4

PEGylation of B-Domain Deleted Factor VIII with mPEG-OPSS, 20K



The sulfhydryl-selective polymer reagent, mPEG-ortho-pyridyl-disulfide (structure shown above), having a molecular weight of 20,000, is obtained from Nektar Therapeutics (Huntsville, Ala.). A five-fold molar excess of mPEG-OPSS is added to B-domain deleted Factor VIII in a buffered solution. The reaction mixture is stirred for several hours at room temperature under an inert atmosphere to form the desired conjugate having a disulfide linkage connecting the polymer to the protein.

Copy provided by USPTO from the PIRS Image Database on 10-04-2017

BAXJIVI0006014

US 7,199,223 B2

**45**

EXAMPLE 5

PEGylation of B-Domain Deleted Factor VIII with mPEG-PIP, 5K



The above polymeric reagent, shown as both the ketone and corresponding ketal, is prepared as described in Nektar Therapeutics+ Provisional Patent Application No. 60/437, 325, entitled "Polymer Derivatives and Conjugates Thereof."

To prepare the above polymeric reagent, to a solution of methoxy-polyethylene glycol-succinimidyl propionate having a weight average molecular weight of 5,000 Daltons (1.0 g, 0.002 moles) in methylene chloride (20 ml), triethyl amine (0.084 ml, 0.006 moles) and 4-piperidone monohydrate hydrochloride (0.077 g, 0.005 moles) are added. The reaction mixture is stirred at room temperature under a nitrogen atmosphere overnight and then purified prior to conjugation. Alternatively, the polymer reagent may be purchased from Nektar Therapeutics.

To effect conjugation, to a solution of B-domain deleted Factor VIII in aqueous buffer is added a 20-fold molar excess of mPEG-PIP, 5K. The resulting solution is placed on a Roto Mix™ orbital shaker (Thermolyne Corp., Dubuque, Iowa) set at slow speed to facilitate reaction at room temperature. After 15 minutes, aqueous NaCNBH₃ is added in an amount equal to a 50 fold-molar excess relative to the B-domain deleted Factor VIII. Aliquots are withdrawn at timed intervals from the reaction mixture and are analyzed by SDS-PAGE (using gels available from Bio-Rad Laboratories, Hercules, Calif.).

SDS-PAGE analysis indicates the presence of PEG derivatives of B-domain deleted Factor VIII having 1, 2, and 3 PEG moieties attached.

EXAMPLE 6

Conjugation of B-Domain Deleted Factor VIII with mPEG-SPA, 30K

Prior to conjugation, a buffer exchange for B-domain deleted Factor VIII (Factor VIII) was performed to replace histidine with HEPES.

mPEG-SPA, 30K, stored at −20° C. under argon, was warmed to ambient temperature. The warmed mPEG-SPA (2.2 mg) was dissolved in 0.022 ml of 2 mM HCl to provide a 10% solution of polymer reagent. The mPEG-SPA solution was quickly added to 3 ml of Factor VIII solution [0.432 mg/ml in 50 mM HEPES, 0.5 M NaCl, 4.0 mM CaCl₂, 0.1% (w/v) PEG 3,350, 0.01% (w/v) Tween 80, pH 7.0] and mixed well. After 30 minutes of reaction at room temperature, the reaction vial was transferred to a cold room (4° C.), and another 0.022 ml of mPEG-SPA solution was added to the reaction mixture, and mixed well. The pH was determined (pH 7.0±0.2). The molar ratio of mPEG-SPA to protein was 20:1. The final mPEG-SPA concentration was 1.445 mg/ml, and the final Factor VIII concentration was 0.406 mg/ml. The reaction was allowed to proceed overnight at 4° C. on Rotomix (slow speed, Thermolyne). The resulting conjugate was assigned identifier "pz041701."

**46**

The conjugate mixture was purified using gel filtration chromatography. A size exclusion chromatography method was developed for analyzing the reaction mixtures, and the final products. SDS-PAGE analysis was also used for the characterization of the samples.

CONJUGATE CHARACTERIZATION. The resulting conjugate mixture, prior to purification, was a mixture of Factor VIII PEG-monomer (or 1-mer), dimer (or 2-mer) and trimer (or 3-mer), corresponding to the identifiers "pz041701 (low)," "pz041701 (medium)," and "pz041701 (high)" respectively, as determined by SEC. That is to say: "pz041701 (low)" corresponds to mostly Factor VIII mono-PEGylated species or Factor VIII having one PEG moiety attached thereto; "pz041701 (medium)" corresponds to primarily Factor VIII di-PEGylated species, that is to say, Factor VIII having two PEG moieties attached thereto; and "pz041701 (high)" corresponds mostly to Factor VIII having three PEG moieties attached thereto. The corresponding SEC plots are shown in FIGS. 1 and 2. FIG. 1 shows the SEC plot corresponding to fractions collected upon SEC of the Factor VIII reaction mixture. According to the size exclusion chromatography (SEC) results, the PEGylation yield of mPEG-SPA-30K-FVIII (pz041701 low) was ~39%. The PEGylation yield of mPEG30-SPA-30K-FVIII (pz041701 medium) was ~32%, and the PEGylation yield of mPEG-SPA-30K-FVIII (pz041701 high) was ~11%, with percentages based upon relative amounts compared to all species present in the resulting reaction mixture. The conjugate mixture was further purified by FPLC and analyzed by SDS-PAGE.

EXAMPLE 7

Conjugation of B-Domain Deleted Factor VIII with mPEG-MAL, 20K

Prior to the conjugation, a buffer exchange for B-domain deleted Factor VIII (Factor VIII) was performed to replace histidine with HEPES.

mPEG-MAL, 20K, stored at −20° C. under argon, was warmed to ambient temperature. The warmed mPEG-MAL reagent (4.4 mg) was dissolved in 0.044 ml of HEPES buffer [50 mM HEPES, 0.15 M NaCl, 4.0 mM CaCl₂, 0.01% (w/v) Tween 80, pH 7.0] to make a 10% mPEG-MAL solution. The mPEG-MAL solution was quickly added to 4 ml of Factor VIII solution [0.4324 mg/ml in 50 mM HEPES, 0.5 M NaCl, 4 mM CaCl₂, 0.1% (w/v) PEG 3,350, 0.01% (w/v) Tween 80, pH 7.0] and mixed well. After 30 minutes of reaction at room temperature, the reaction vial was transferred to the cold room (4° C.), and another 0.044 ml of mPEG-MAL solution was added to the reaction mixture, followed by the addition of three more aliquots of 0.044 ml of mPEG-MAL solution over the course of two hours. The pH was determined (pH 7.0±0.2). The molar ratio of mPEG-MAL to protein was 100:1. The final mPEG-MAL concentration was 5.213 mg/ml, and the final Factor VIII concentration was 0.410 mg/ml. The reaction was allowed to proceed overnight at 4° C. on Rotomix (slow speed, Thermolyne). The conjugate was assigned identifier "pz061201."

The conjugate mixture was purified using gel filtration chromatography. A size exclusion chromatography method was developed for analyzing the reaction mixtures, and the final products. SDS-PAGE analysis was also used for the characterization of the samples.

CONJUGATE CHARACTERIZATION (Mono-PEGylated product). According to the size exclusion chromatography (SEC) results, the PEGylation yield of monoPEGylated conjugate (1mer) was ~33% (FIG. 3). The Factor VIII conjugate mixture fractions were combined and purified by FPLC, and then further purified by gel filtration chromatography. The pz061201 final product was analyzed by both SDS-PAGE and SEC, and the purity of the "pz061201" product was

Copy provided by USPTO from the PIRS Image Database on 10-04-2017

US 7,199,223 B2

<table>
<tr><td>47</td><td>48</td></tr>
</table>

determined to be approximately 94% Factor VIII PEG monomer (i.e., monopegylated Factor VIII), with ~6% Factor VIII PEG high-mers (FIG. 4).

### EXAMPLE 8

Conjugation of B-Domain Deleted Factor VIII with mPEG-SMB, 30K

$$CH_3O-(CH_2CH_2O)_nCH_2CH_2CH-C-O-N$$
$$| $$
$$CH_3$$

Prior to conjugation, a buffer exchange for B-domain deleted Factor VIII (Factor VIII) was performed to replace histidine with HEPES.

mPEG-SMB, 30K, stored at −20° C. under argon, was warmed to ambient temperature. The warmed mPEG-SMB (6.5 mg) was dissolved in 0.065 ml of 2mM HCl to form a 10% mPEG-SMB solution. The mPEG-SMB solution was quickly added to 4 ml of Factor VIII solution [0.435 mg/ml in 50 mM HEPES, 0.5 M NaCl, 5.0 mM CaCl₂, 0.1% (w/v) PEG 3,350, 0.01% (v/v) Tween 80, pH 7.0] and mixed well. After 30 minutes of reaction at room temperature, the reaction vial was transferred to a cold room (4° C.). The pH was determined (pH 7.0±0.2). The molar ratio of mPEG-SMB to protein was 20:1. The final mPEG-SMB concentration was 1.599 mg/ml, and the final Factor VIII concentration was 0.428 mg/ml. The reaction was allowed to proceed for approximately 48 hrs at 4° C. on Rotomix (slow speed, Thermolyne), and was then quenched by the addition of acetic acid (99.7+%) to lower the pH to 6.0±0.3. The conjugate was assigned identifier "pz082501."

The conjugate mixture was purified using gel filtration chromatography. A size exclusion chromatography method was developed for analyzing the reaction mixtures, and the final products. SDS-PAGE analysis was also used for the characterization of the samples.

CONJUGATE CHARACTERIZATION: The mixture designated "pz082501 " resulted from the PEGylation of Factor VIII with mPEG-SMB30K at pH 7.0±0.2. The conjugate mixture was purified and analyzed by SEC. Based upon the size exclusion chromatography (SEC) results, the PEGylation yield of pz082501, monoPEGylated conjugate (Factor VIII 1-mer) was ~41% (FIG. 5). The product mixture was further purified by FPLC and analyzed by SDS-PAGE and SEC. Characterization of the purified Factor VIII PEG conjugate product, pz082501, was ~95% mono-conjugated PEG Factor VIII with ~5% higher-mers.

### EXAMPLE 9

Conjugation of B-Domain Deleted Factor VIII with mPEG-OPSS, 10K

Prior to conjugation, a buffer exchange for B-domain deleted Factor VIII (Factor VIII) was performed to replace histidine with HEPES.

mPEG-OPSS, 10K, stored at −20° C. under argon, was warmed to ambient temperature. mPEG-OPSS (1.2 mg) was dissolved in 0.012 ml of H₂O to make a 10% mPEG-OPSS solution. The mPEG-OPSS solution was quickly added to

0.5 ml of Factor VIII solution [0.398 mg/ml in 50 mM Histidine, 0.5 M NaCl, 4.0 mM CaCl₂, 0.1% (w/v) PEG 3,350, 0.01% (w/v) Tween 80, pH 6.7] and mixed well. After 30 minutes of reaction at room temperature, the reaction vial was transferred to a cold room (4° C.). The pH was determined (pH 6.7±0.2). The molar ratio of mPEG-OPSS-10K to protein was 100:1. The final mPEG-OPSS concentration was 2.344 mg/ml, and the final Factor VIII concentration was 0.389 mg/ml. The reaction was allowed to proceed overnight at 4° C. on Rotomix (slow speed, Thermolyne).

The conjugate mixture was purified using gel filtration chromatography. A size exclusion chromatography method was developed for analyzing the reaction mixtures, and the final products. SDS-PAGE analysis was also used for the characterization of the samples. The pegylation results and yields using the mPEG-OPSS reagent were similar to those in Example 7, which employed the mPEG-MAL reagent having a molecular weight of 20K.

### EXAMPLE 10

Conjugation of B-Domain Deleted Factor VIII with mPEG-MAL, 30K

Prior to conjugation, a buffer exchange for B-domain deleted Factor VIII (Factor VIII) was performed to replace histidine with HEPES.

mPEG-MAL, 30K, stored at −20K ° C. under argon, was warmed to ambient temperature. The warmed mPEG-MAL (1.0 mg) was dissolved in 0.010 ml of HEPES buffer [50 mM HEPES, 0.15 M NaCl, 4.0 mM CaCl₂, 0.01% (w/v) Tween 80, pH 7.0] to make a 10% mPEG-MAL solution. The mPEG-MAL solution was quickly added to 0.5 ml of Factor VIII solution [0.447 mg/ml in 50 mM HEPES, 0.5 M NaCl, 4 mM CaCl₂, 0.1% (w/v) PEG 3,350, 0.01% (w/v) Tween 80, pH 7.0] and mixed well. After 30 minutes of reaction at room temperature, the reaction vial was transferred to a cold room (4° C.), and another 0.010 ml of mPEG-MAL solution was added to the reaction mixture, followed by the addition of three more aliquots of 0.010 ml of mPEG-MAL solution over the course of two hours. The pH was determined (pH 7.0±0.2). The molar ratio of mPEG-MAL to protein was 100:1. The final mPEG-MAL concentration was 9.091 mg/ml, and the final Factor VIII concentration was 0.406 mg/ml. The reaction was allowed to proceed overnight at 4° C. on Rotomix (slow speed, Thermolyne).

The conjugate mixture was purified using gel filtration chromatography. A size exclusion chromatography method was developed for analyzing the reaction mixtures, and the final products. SDS-PAGE analysis was also used for the characterization of the samples. The PEGylation results and yields using the mPEG-MAL reagent having a molecular weight of 30K were similar to those in Example 7, which employed the mPEG-MAL reagent having a molecular weight of 20K.

### EXAMPLE 11

Conjugation of B-Domain Deleted Factor VIII with mPEG-Butyr-ALD, 30K

Prior to conjugation, a buffer exchange for B-domain deleted Factor VIII (Factor VIII) was performed to replace histidine with HEPES.

Copy provided by USPTO from the PIRS Image Database on 10-04-2017

BAXJIVI0006016

US 7,199,223 B2

49                                                                              50

$$CH_3O-(CH_2CH_2O)_kCH_2CH_2-O-\overset{\overset{\textstyle O}{\|}}{C}-NH-(CH_2CH_2O)_4-CH_2CH_2C-\overset{\overset{\textstyle O}{\|}}{}H$$

mPEG-Butyr-ALD, 30K (shown above), stored at −20° C. under argon, was warmed to ambient temperature. The warmed mPEG-Butyr-ALD (3.8 mg) was dissolved in 0.038 ml of H$_2$O to make a 10% mPEG-Butyr-ALD solution. The mPEG-Butyr-ALD solution was quickly added to 0.5 ml of Factor VIII solution [0.400 mg/ml in 50 mM HEPES, 0.5 M NaCl, 5 mM CaCl$_2$, 0.1% (w/v) PEG 3,350, 0.01% (v/v) Tween 80, pH 7.0] and mixed well. After 15 minutes, 0.060 ml of 10 mM sodium cyanoborohydride solution was added. The pH was determined (pH 7.0±0.2). The molar ratio of mPEG-Butyr-ALD to protein was 100:1. The final mPEG-Butyr-ALD concentration was 6.355 mg/ml. The final Factor VIII concentration was 0.334 mg/ml, and the final concentration of NaCNBH$_3$ was 1.003 mM. The reaction was allowed to proceed for 5 hours at room temperature, and then, overnight at 4° C. on Rotomix (slow speed, Thermolyne).

The conjugate mixture was purified using gel filtration chromatography. A size exclusion chromatography method was developed for analyzing the reaction mixtures, and the final products. SDS-PAGE analysis was also used for the characterization of the samples. The yield of Factor VIII mono-PEG conjugate was approximately 20%.

EXAMPLE 12

In-vitro Activity of Exemplary Factor VIII-PEG Conjugates

The in-vitro activities of the Factor VIII-PEG conjugates described in Examples 6, 7, and 8 were determined. All of the Factor VIII conjugates tested were bioactive.

SEQUENCE LISTING

<160> NUMBER OF SEQ ID NOS: 2

<210> SEQ ID NO 1
<211> LENGTH: 2351
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 1

Met Gln Ile Glu Leu Ser Thr Cys Phe Phe Leu Cys Leu Leu Arg Phe
1               5                   10                  15

Cys Phe Ser Ala Thr Arg Arg Tyr Tyr Leu Gly Ala Val Glu Leu Ser
            20                  25                  30

Trp Asp Tyr Met Gln Ser Asp Leu Gly Glu Leu Pro Val Asp Ala Arg
        35                  40                  45

Phe Pro Pro Arg Val Pro Lys Ser Phe Pro Phe Asn Thr Ser Val Val
    50                  55                  60

Tyr Lys Lys Thr Leu Phe Val Glu Phe Thr Asp His Leu Phe Asn Ile
65                  70                  75                  80

Ala Lys Pro Arg Pro Pro Trp Met Gly Leu Leu Gly Pro Thr Ile Gln
            85                  90                  95

Ala Glu Val Tyr Asp Thr Val Val Ile Thr Leu Lys Asn Met Ala Ser
            100                 105                 110

His Pro Val Ser Leu His Ala Val Gly Val Ser Tyr Trp Lys Ala Ser
        115                 120                 125

Glu Gly Ala Glu Tyr Asp Asp Gln Thr Ser Gln Arg Glu Lys Glu Asp
    130                 135                 140

Asp Lys Val Phe Pro Gly Gly Ser His Thr Tyr Val Trp Gln Val Leu
145                 150                 155                 160

Lys Glu Asn Gly Pro Met Ala Ser Asp Pro Leu Cys Leu Thr Tyr Ser
            165                 170                 175

Tyr Leu Ser His Val Asp Leu Val Lys Asp Leu Asn Ser Gly Leu Ile
        180                 185                 190

Gly Ala Leu Leu Val Cys Arg Glu Gly Ser Leu Ala Lys Glu Lys Thr

Copy provided by USPTO from the PIRS Image Database on 10-04-2017

US 7,199,223 B2

51　　　　　　　　　　　　　　　　　　　　　　52

-continued

```
          195              200              205
Gln Thr Leu His Lys Phe Ile Leu Leu Phe Ala Val Phe Asp Glu Gly
    210              215              220

Lys Ser Trp His Ser Glu Thr Lys Asn Ser Leu Met Gln Asp Arg Asp
    225              230              235              240

Ala Ala Ser Ala Arg Ala Trp Pro Lys Met His Thr Val Asn Gly Tyr
                245              250              255

Val Asn Arg Ser Leu Pro Gly Leu Ile Gly Cys His Arg Lys Ser Val
            260              265              270

Tyr Trp His Val Ile Gly Met Gly Thr Thr Pro Glu Val His Ser Ile
    275              280              285

Phe Leu Glu Gly His Thr Phe Leu Val Arg Asn His Arg Gln Ala Ser
    290              295              300

Leu Glu Ile Ser Pro Ile Thr Phe Leu Thr Ala Gln Thr Leu Leu Met
305              310              315              320

Asp Leu Gly Gln Phe Leu Leu Phe Cys His Ile Ser Ser His Gln His
            325              330              335

Asp Gly Met Glu Ala Tyr Val Lys Val Asp Ser Cys Pro Glu Glu Pro
            340              345              350

Gln Leu Arg Met Lys Asn Asn Glu Glu Ala Glu Asp Tyr Asp Asp Asp
    355              360              365

Leu Thr Asp Ser Glu Met Asp Val Val Arg Phe Asp Asp Asp Asn Ser
    370              375              380

Pro Ser Phe Ile Gln Ile Arg Ser Val Ala Lys Lys His Pro Lys Thr
385              390              395              400

Trp Val His Tyr Ile Ala Ala Glu Glu Glu Asp Trp Asp Tyr Ala Pro
            405              410              415

Leu Val Leu Ala Pro Asp Asp Arg Ser Tyr Lys Ser Gln Tyr Leu Asn
        420              425              430

Asn Gly Pro Gln Arg Ile Gly Arg Lys Tyr Lys Lys Val Arg Phe Met
    435              440              445

Ala Tyr Thr Asp Glu Thr Phe Lys Thr Arg Glu Ala Ile Gln His Glu
    450              455              460

Ser Gly Ile Leu Gly Pro Leu Leu Tyr Gly Glu Val Gly Asp Thr Leu
465              470              475              480

Leu Ile Ile Phe Lys Asn Gln Ala Ser Arg Pro Tyr Asn Ile Tyr Pro
            485              490              495

His Gly Ile Thr Asp Val Arg Pro Leu Tyr Ser Arg Arg Leu Pro Lys
        500              505              510

Gly Val Lys His Leu Lys Asp Phe Pro Ile Leu Pro Gly Glu Ile Phe
    515              520              525

Lys Tyr Lys Trp Thr Val Thr Val Glu Asp Gly Pro Thr Lys Ser Asp
    530              535              540

Pro Arg Cys Leu Thr Arg Tyr Tyr Ser Ser Phe Val Asn Met Glu Arg
545              550              555              560

Asp Leu Ala Ser Gly Leu Ile Gly Pro Leu Leu Ile Cys Tyr Lys Glu
            565              570              575

Ser Val Asp Gln Arg Gly Asn Gln Ile Met Ser Asp Lys Arg Asn Val
        580              585              590

Ile Leu Phe Ser Val Phe Asp Glu Asn Arg Ser Trp Tyr Leu Thr Glu
    595              600              605

Asn Ile Gln Arg Phe Leu Pro Asn Pro Ala Gly Val Gln Leu Glu Asp
    610              615              620
```

Copy provided by USPTO from the PIRS Image Database on 10-04-2017

BAXJIVI0006018

US 7,199,223 B2

53                                                      54

-continued

```
Pro Glu Phe Gln Ala Ser Asn Ile Met His Ser Ile Asn Gly Tyr Val
625                 630                 635                 640

Phe Asp Ser Leu Gln Leu Ser Val Cys Leu His Glu Val Ala Tyr Trp
                645                 650                 655

Tyr Ile Leu Ser Ile Gly Ala Gln Thr Asp Phe Leu Ser Val Phe Phe
            660                 665                 670

Ser Gly Tyr Thr Phe Lys His Lys Met Val Tyr Glu Asp Thr Leu Thr
        675                 680                 685

Leu Phe Pro Phe Ser Gly Glu Thr Val Phe Met Ser Met Glu Asn Pro
    690                 695                 700

Gly Leu Trp Ile Leu Gly Cys His Asn Ser Asp Phe Arg Asn Arg Gly
705                 710                 715                 720

Met Thr Ala Leu Leu Lys Val Ser Ser Cys Asp Lys Asn Thr Gly Asp
                725                 730                 735

Tyr Tyr Glu Asp Ser Tyr Glu Asp Ile Ser Ala Tyr Leu Leu Ser Lys
            740                 745                 750

Asn Asn Ala Ile Glu Pro Arg Ser Phe Ser Gln Asn Ser Arg His Pro
        755                 760                 765

Ser Thr Arg Gln Lys Gln Phe Asn Ala Thr Thr Ile Pro Glu Asn Asp
    770                 775                 780

Ile Glu Lys Thr Asp Pro Trp Phe Ala His Arg Thr Pro Met Pro Lys
785                 790                 795                 800

Ile Gln Asn Val Ser Ser Ser Asp Leu Leu Met Leu Leu Arg Gln Ser
                805                 810                 815

Pro Thr Pro His Gly Leu Ser Leu Ser Asp Leu Gln Glu Ala Lys Tyr
            820                 825                 830

Glu Thr Phe Ser Asp Asp Pro Ser Pro Gly Ala Ile Asp Ser Asn Asn
        835                 840                 845

Ser Leu Ser Glu Met Thr His Phe Arg Pro Gln Leu His His Ser Gly
    850                 855                 860

Asp Met Val Phe Thr Pro Glu Ser Gly Leu Gln Leu Arg Leu Asn Glu
865                 870                 875                 880

Lys Leu Gly Thr Thr Ala Ala Thr Glu Leu Lys Lys Leu Asp Phe Lys
                885                 890                 895

Val Ser Ser Thr Ser Asn Asn Leu Ile Ser Thr Ile Pro Ser Asp Asn
            900                 905                 910

Leu Ala Ala Gly Thr Asp Asn Thr Ser Ser Leu Gly Pro Pro Ser Met
        915                 920                 925

Pro Val His Tyr Asp Ser Gln Leu Asp Thr Thr Leu Phe Gly Lys Lys
    930                 935                 940

Ser Ser Pro Leu Thr Glu Ser Gly Gly Pro Leu Ser Leu Ser Glu Glu
945                 950                 955                 960

Asn Asn Asp Ser Lys Leu Leu Glu Ser Gly Leu Met Asn Ser Gln Glu
                965                 970                 975

Ser Ser Trp Gly Lys Asn Val Ser Ser Thr Glu Ser Gly Arg Leu Phe
            980                 985                 990

Lys Gly Lys Arg Ala His Gly Pro Ala Leu Leu Thr Lys Asp Asn Ala
        995                 1000                1005

Leu Phe Lys Val Ser Ile Ser Leu Leu Lys Thr Asn Lys Thr Ser Asn
    1010                1015                1020

Asn Ser Ala Thr Asn Arg Lys Thr His Ile Asp Gly Pro Ser Leu Leu
1025                1030                1035                1040
```

Copy provided by USPTO from the PIRS Image Database on 10-04-2017

BAXJIVI0006019

US 7,199,223 B2

55 56

-continued

```
Ile Glu Asn Ser Pro Ser Val Trp Gln Asn Ile Leu Glu Ser Asp Thr
          1045                1050                1055

Glu Phe Lys Lys Val Thr Pro Leu Ile His Asp Arg Met Leu Met Asp
          1060                1065                1070

Lys Asn Ala Thr Ala Leu Arg Leu Asn His Met Ser Asn Lys Thr Thr
          1075                1080                1085

Ser Ser Lys Asn Met Glu Met Val Gln Gln Lys Lys Glu Gly Pro Ile
     1090                1095                1100

Pro Pro Asp Ala Gln Asn Pro Asp Met Ser Phe Phe Lys Met Leu Phe
1105                1110                1115                1120

Leu Pro Glu Ser Ala Arg Trp Ile Gln Arg Thr His Gly Lys Asn Ser
          1125                1130                1135

Leu Asn Ser Gly Gln Gly Pro Ser Pro Lys Gln Leu Val Ser Leu Gly
          1140                1145                1150

Pro Glu Lys Ser Val Glu Gly Gln Asn Phe Leu Ser Glu Lys Asn Lys
     1155                1160                1165

Val Val Val Gly Lys Gly Glu Phe Thr Lys Asp Val Gly Leu Lys Glu
     1170                1175                1180

Met Val Phe Pro Ser Ser Arg Asn Leu Phe Leu Thr Asn Leu Asp Asn
1185                1190                1195                1200

Leu His Glu Asn Asn Thr His Asn Gln Glu Lys Lys Ile Gln Glu Glu
               1205                1210                1215

Ile Glu Lys Lys Glu Thr Leu Ile Gln Glu Asn Val Val Leu Pro Gln
          1220                1225                1230

Ile His Thr Val Thr Gly Thr Lys Asn Phe Met Lys Asn Leu Phe Leu
          1235                1240                1245

Leu Ser Thr Arg Gln Asn Val Glu Gly Ser Tyr Asp Gly Ala Tyr Ala
     1250                1255                1260

Pro Val Leu Gln Asp Phe Arg Ser Leu Asn Asp Ser Thr Asn Arg Thr
1265                1270                1275                1280

Lys Lys His Thr Ala His Phe Ser Lys Lys Gly Glu Glu Asn Leu
               1285                1290                1295

Glu Gly Leu Gly Asn Gln Thr Lys Gln Ile Val Glu Lys Tyr Ala Cys
     1300                1305                1310

Thr Thr Arg Ile Ser Pro Asn Thr Ser Gln Gln Asn Phe Val Thr Gln
     1315                1320                1325

Arg Ser Lys Arg Ala Leu Lys Gln Phe Arg Leu Pro Leu Glu Glu Thr
     1330                1335                1340

Glu Leu Glu Lys Arg Ile Ile Val Asp Asp Thr Ser Thr Gln Trp Ser
1345                1350                1355                1360

Lys Asn Met Lys His Leu Thr Pro Ser Thr Leu Thr Gln Ile Asp Tyr
               1365                1370                1375

Asn Glu Lys Glu Lys Gly Ala Ile Thr Gln Ser Pro Leu Ser Asp Cys
               1380                1385                1390

Leu Thr Arg Ser His Ser Ile Pro Gln Ala Asn Arg Ser Pro Leu Pro
     1395                1400                1405

Ile Ala Lys Val Ser Ser Phe Pro Ser Ile Arg Pro Ile Tyr Leu Thr
     1410                1415                1420

Arg Val Leu Phe Gln Asp Asn Ser Ser His Leu Pro Ala Ala Ser Tyr
1425                1430                1435                1440

Arg Lys Lys Asp Ser Gly Val Gln Glu Ser Ser His Phe Leu Gln Gly
               1445                1450                1455

Ala Lys Lys Asn Asn Leu Ser Leu Ala Ile Leu Thr Leu Glu Met Thr
```

Copy provided by USPTO from the PIRS Image Database on 10-04-2017

US 7,199,223 B2

57                                                                58

-continued

```
          1460            1465            1470
Gly Asp Gln Arg Glu Val Gly Ser Leu Gly Thr Ser Ala Thr Asn Ser
     1475            1480            1485

Val Thr Tyr Lys Lys Val Glu Asn Thr Val Leu Pro Lys Pro Asp Leu
     1490            1495            1500

Pro Lys Thr Ser Gly Lys Val Glu Leu Leu Pro Lys Val His Ile Tyr
1505            1510            1515            1520

Gln Lys Asp Leu Phe Pro Thr Glu Thr Ser Asn Gly Ser Pro Gly His
               1525            1530            1535

Leu Asp Leu Val Glu Gly Ser Leu Leu Gln Gly Thr Glu Gly Ala Ile
          1540            1545            1550

Lys Trp Asn Glu Ala Asn Arg Pro Gly Lys Val Pro Phe Leu Arg Val
     1555            1560            1565

Ala Thr Glu Ser Ser Ala Lys Thr Pro Ser Lys Leu Leu Asp Pro Leu
     1570            1575            1580

Ala Trp Asp Asn His Tyr Gly Thr Gln Ile Pro Lys Glu Glu Trp Lys
1585            1590            1595            1600

Ser Gln Glu Lys Ser Pro Glu Lys Thr Ala Phe Lys Lys Lys Asp Thr
               1605            1610            1615

Ile Leu Ser Leu Asn Ala Cys Glu Ser Asn His Ala Ile Ala Ala Ile
          1620            1625            1630

Asn Glu Gly Gln Asn Lys Pro Glu Ile Glu Val Thr Trp Ala Lys Gln
     1635            1640            1645

Gly Arg Thr Glu Arg Leu Cys Ser Gln Asn Pro Pro Val Leu Lys Arg
     1650            1655            1660

His Gln Arg Gln Ile Thr Arg Thr Thr Leu Gln Ser Asp Gln Glu Glu
1665            1670            1675            1680

Ile Asp Tyr Asp Asp Thr Ile Ser Val Glu Met Lys Lys Glu Asp Phe
               1685            1690            1695

Asp Ile Tyr Asp Glu Asp Glu Asn Gln Ser Pro Arg Ser Phe Gln Lys
          1700            1705            1710

Lys Thr Arg His Tyr Phe Ile Ala Ala Val Glu Arg Leu Trp Asp Tyr
     1715            1720            1725

Gly Met Ser Ser Ser Pro His Val Leu Arg Asn Arg Ala Gln Ser Gly
     1730            1735            1740

Ser Val Pro Gln Phe Lys Lys Val Val Phe Gln Glu Phe Thr Asp Gly
1745            1750            1755            1760

Ser Phe Thr Gln Pro Leu Tyr Arg Gly Glu Leu Asn Glu His Leu Gly
               1765            1770            1775

Leu Leu Gly Pro Tyr Ile Arg Ala Glu Val Glu Asp Asn Ile Met Val
          1780            1785            1790

Thr Phe Arg Asn Gln Ala Ser Arg Pro Tyr Ser Phe Tyr Ser Ser Leu
     1795            1800            1805

Ile Ser Tyr Glu Glu Asp Gln Arg Gln Gly Ala Glu Pro Arg Lys Asn
     1810            1815            1820

Phe Val Lys Pro Asn Glu Thr Lys Thr Tyr Phe Trp Lys Val Gln His
1825            1830            1835            1840

His Met Ala Pro Thr Lys Asp Glu Phe Asp Cys Lys Ala Trp Ala Tyr
               1845            1850            1855

Phe Ser Asp Val Asp Leu Glu Lys Asp Val His Ser Gly Leu Ile Gly
          1860            1865            1870

Pro Leu Leu Val Cys His Thr Asn Thr Leu Asn Pro Ala His Gly Arg
     1875            1880            1885
```

Copy provided by USPTO from the PIRS Image Database on 10-04-2017

BAXJIVI0006021

US 7,199,223 B2

59                                                                    60

—continued

```
Gln Val Thr Val Gln Glu Phe Ala Leu Phe Thr Ile Phe Asp Glu
    1890                1895                1900

Thr Lys Ser Trp Tyr Phe Thr Glu Asn Met Glu Arg Asn Cys Arg Ala
1905                1910                1915                1920

Pro Cys Asn Ile Gln Met Glu Asp Pro Thr Phe Lys Glu Asn Tyr Arg
                1925                1930                1935

Phe His Ala Ile Asn Gly Tyr Ile Met Asp Thr Leu Pro Gly Leu Val
            1940                1945                1950

Met Ala Gln Asp Gln Arg Ile Arg Trp Tyr Leu Leu Ser Met Gly Ser
        1955                1960                1965

Asn Glu Asn Ile His Ser Ile His Phe Ser Gly His Val Phe Thr Val
        1970                1975                1980

Arg Lys Lys Glu Tyr Lys Met Ala Leu Tyr Asn Leu Tyr Pro Gly
1985                1990                1995                2000

Val Phe Glu Thr Val Glu Met Leu Pro Ser Lys Ala Gly Ile Trp Arg
                2005                2010                2015

Val Glu Cys Leu Ile Gly Glu His Leu His Ala Gly Met Ser Thr Leu
        2020                2025                2030

Phe Leu Val Tyr Ser Asn Lys Cys Gln Thr Pro Leu Gly Met Ala Ser
        2035                2040                2045

Gly His Ile Arg Asp Phe Gln Ile Thr Ala Ser Gly Gln Tyr Gly Gln
        2050                2055                2060

Trp Ala Pro Lys Leu Ala Arg Leu His Tyr Ser Gly Ser Ile Asn Ala
2065                2070                2075                2080

Trp Ser Thr Lys Glu Pro Phe Ser Trp Ile Lys Val Asp Leu Leu Ala
                2085                2090                2095

Pro Met Ile Ile His Gly Ile Lys Thr Gln Gly Ala Arg Gln Lys Phe
            2100                2105                2110

Ser Ser Leu Tyr Ile Ser Gln Phe Ile Ile Met Tyr Ser Leu Asp Gly
        2115                2120                2125

Lys Lys Trp Gln Thr Tyr Arg Gly Asn Ser Thr Gly Thr Leu Met Val
    2130                2135                2140

Phe Phe Gly Asn Val Asp Ser Ser Gly Ile Lys His Asn Ile Phe Asn
2145                2150                2155                2160

Pro Pro Ile Ile Ala Arg Tyr Ile Arg Leu His Pro Thr His Tyr Ser
                2165                2170                2175

Ile Arg Ser Thr Leu Arg Met Glu Leu Met Gly Cys Asp Leu Asn Ser
            2180                2185                2190

Cys Ser Met Pro Leu Gly Met Glu Ser Lys Ala Ile Ser Asp Ala Gln
        2195                2200                2205

Ile Thr Ala Ser Ser Tyr Phe Thr Asn Met Phe Ala Thr Trp Ser Pro
    2210                2215                2220

Ser Lys Ala Arg Leu His Leu Gln Gly Arg Ser Asn Ala Trp Arg Pro
2225                2230                2235                2240

Gln Val Asn Asn Pro Lys Glu Trp Leu Gln Val Asp Phe Gln Lys Thr
                2245                2250                2255

Met Lys Val Thr Gly Val Thr Thr Gln Gly Val Lys Ser Leu Leu Thr
            2260                2265                2270

Ser Met Tyr Val Lys Glu Phe Leu Ile Ser Ser Ser Gln Asp Gly His
        2275                2280                2285

Gln Trp Thr Leu Phe Phe Gln Asn Gly Lys Val Lys Val Phe Gln Gly
    2290                2295                2300
```

Copy provided by USPTO from the PIRS Image Database on 10-04-2017

BAXJIVI0006022

US 7,199,223 B2

61
62

—continued

```
Asn Gln Asp Ser Phe Thr Pro Val Val Asn Ser Leu Asp Pro Pro Leu
2305              2310              2315              2320

Leu Thr Arg Tyr Leu Arg Ile His Pro Gln Ser Trp Val His Gln Ile
            2325              2330              2335

Ala Leu Arg Met Glu Val Leu Gly Cys Glu Ala Gln Asp Leu Tyr
            2340              2345              2350


<210> SEQ ID NO 2
<211> LENGTH: 2332
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 2

Ala Thr Arg Arg Tyr Tyr Leu Gly Ala Val Glu Leu Ser Trp Asp Tyr
1               5                  10                 15

Met Gln Ser Asp Leu Gly Glu Leu Pro Val Asp Ala Arg Phe Pro Pro
            20                 25                 30

Arg Val Pro Lys Ser Phe Pro Phe Asn Thr Ser Val Val Tyr Lys Lys
        35                 40                 45

Thr Leu Phe Val Glu Phe Thr Asp His Leu Phe Asn Ile Ala Lys Pro
    50                 55                 60

Arg Pro Pro Trp Met Gly Leu Leu Gly Pro Thr Ile Gln Ala Glu Val
65                 70                 75                 80

Tyr Asp Thr Val Val Ile Thr Leu Lys Asn Met Ala Ser His Pro Val
                85                 90                 95

Ser Leu His Ala Val Gly Val Ser Tyr Trp Lys Ala Ser Glu Gly Ala
            100                105                110

Glu Tyr Asp Asp Gln Thr Ser Gln Arg Glu Lys Glu Asp Asp Lys Val
        115                120                125

Phe Pro Gly Gly Ser His Thr Tyr Val Trp Gln Val Leu Lys Glu Asn
    130                135                140

Gly Pro Met Ala Ser Asp Pro Leu Cys Leu Thr Tyr Ser Tyr Leu Ser
145                150                155                160

His Val Asp Leu Val Lys Asp Leu Asn Ser Gly Leu Ile Gly Ala Leu
                165                170                175

Leu Val Cys Arg Glu Gly Ser Leu Ala Lys Glu Lys Thr Gln Thr Leu
            180                185                190

His Lys Phe Ile Leu Leu Phe Ala Val Phe Asp Glu Gly Lys Ser Trp
        195                200                205

His Ser Glu Thr Lys Asn Ser Leu Met Gln Asp Arg Asp Ala Ala Ser
    210                215                220

Ala Arg Ala Trp Pro Lys Met His Thr Val Asn Gly Tyr Val Asn Arg
225                230                235                240

Ser Leu Pro Gly Leu Ile Gly Cys His Arg Lys Ser Val Tyr Trp His
                245                250                255

Val Ile Gly Met Gly Thr Thr Pro Glu Val His Ser Ile Phe Leu Glu
            260                265                270

Gly His Thr Phe Leu Val Arg Asn His Arg Gln Ala Ser Leu Glu Ile
        275                280                285

Ser Pro Ile Thr Phe Leu Thr Ala Gln Thr Leu Leu Met Asp Leu Gly
    290                295                300

Gln Phe Leu Leu Phe Cys His Ile Ser Ser His Gln His Asp Gly Met
305                310                315                320

Glu Ala Tyr Val Lys Val Asp Ser Cys Pro Glu Glu Pro Gln Leu Arg
                325                330                335
```

Copy provided by USPTO from the PIRS Image Database on 10-04-2017

US 7,199,223 B2

63 64

-continued

```
Met Lys Asn Asn Glu Glu Ala Glu Asp Tyr Asp Asp Leu Thr Asp
                340             345             350

Ser Glu Met Asp Val Val Arg Phe Asp Asp Asn Ser Pro Ser Phe
            355             360             365

Ile Gln Ile Arg Val Ala Lys His Pro Thr Trp Val His
        370             375             380

Tyr Ile Ala Ala Glu Glu Glu Asp Trp Asp Tyr Ala Pro Leu Val Leu
385             390             395             400

Ala Pro Asp Asp Arg Ser Tyr Lys Ser Gln Tyr Leu Asn Asn Gly Pro
                405             410             415

Gln Arg Ile Gly Arg Lys Tyr Lys Lys Val Arg Phe Met Ala Tyr Thr
            420             425             430

Asp Glu Thr Phe Lys Thr Arg Glu Ala Ile Gln His Glu Ser Gly Ile
        435             440             445

Leu Gly Pro Leu Leu Tyr Gly Glu Val Gly Asp Thr Leu Leu Ile Ile
    450             455             460

Phe Lys Asn Gln Ala Ser Arg Pro Tyr Asn Ile Tyr Pro His Gly Ile
465             470             475             480

Thr Asp Val Arg Pro Leu Tyr Ser Arg Arg Leu Pro Lys Gly Val Lys
                485             490             495

His Leu Lys Asp Phe Pro Ile Leu Pro Gly Glu Ile Phe Lys Tyr Lys
            500             505             510

Trp Thr Val Thr Val Glu Asp Gly Pro Thr Lys Ser Asp Pro Arg Cys
        515             520             525

Leu Thr Arg Tyr Tyr Ser Ser Phe Val Asn Met Glu Arg Asp Leu Ala
    530             535             540

Ser Gly Leu Ile Gly Pro Leu Leu Ile Cys Tyr Lys Glu Ser Val Asp
545             550             555             560

Gln Arg Gly Asn Gln Ile Met Ser Asp Lys Arg Asn Val Ile Leu Phe
                565             570             575

Ser Val Phe Asp Glu Asn Arg Ser Trp Tyr Leu Thr Glu Asn Ile Gln
            580             585             590

Arg Phe Leu Pro Asn Pro Ala Gly Val Gln Leu Glu Asp Pro Glu Phe
        595             600             605

Gln Ala Ser Asn Ile Met His Ser Ile Asn Gly Tyr Val Phe Asp Ser
    610             615             620

Leu Gln Leu Ser Val Cys Leu His Glu Val Ala Tyr Trp Tyr Ile Leu
625             630             635             640

Ser Ile Gly Ala Gln Thr Asp Phe Leu Ser Val Phe Phe Ser Gly Tyr
                645             650             655

Thr Phe Lys His Lys Met Val Tyr Glu Asp Thr Leu Thr Leu Phe Pro
            660             665             670

Phe Ser Gly Glu Thr Val Phe Met Ser Met Glu Asn Pro Gly Leu Trp
        675             680             685

Ile Leu Gly Cys His Asn Ser Asp Phe Arg Asn Arg Gly Met Thr Ala
    690             695             700

Leu Leu Lys Val Ser Ser Cys Asp Lys Asn Thr Gly Asp Tyr Tyr Glu
705             710             715             720

Asp Ser Tyr Glu Asp Ile Ser Ala Tyr Leu Leu Ser Lys Asn Asn Ala
                725             730             735

Ile Glu Pro Arg Ser Phe Ser Gln Asn Ser Arg His Pro Ser Thr Arg
            740             745             750
```

Copy provided by USPTO from the PIRS Image Database on 10-04-2017

BAXJIVI0006024

US 7,199,223 B2

65                                                        66

-continued

```
Gln Lys Gln Phe Asn Ala Thr Thr Ile Pro Glu Asn Asp Ile Glu Lys
          755                 760                 765

Thr Asp Pro Trp Phe Ala His Arg Thr Pro Met Pro Lys Ile Gln Asn
      770                 775                 780

Val Ser Ser Ser Asp Leu Leu Met Leu Leu Arg Gln Ser Pro Thr Pro
785                 790                 795                 800

His Gly Leu Ser Leu Ser Asp Leu Gln Glu Ala Lys Tyr Glu Thr Phe
                  805                 810                 815

Ser Asp Asp Pro Ser Pro Gly Ala Ile Asp Ser Asn Asn Ser Leu Ser
              820                 825                 830

Glu Met Thr His Phe Arg Pro Gln Leu His His Ser Gly Asp Met Val
          835                 840                 845

Phe Thr Pro Glu Ser Gly Leu Gln Leu Arg Leu Asn Glu Lys Leu Gly
      850                 855                 860

Thr Thr Ala Ala Thr Glu Leu Lys Lys Leu Asp Phe Lys Val Ser Ser
865                 870                 875                 880

Thr Ser Asn Asn Leu Ile Ser Thr Ile Pro Ser Asp Asn Leu Ala Ala
                  885                 890                 895

Gly Thr Asp Asn Thr Ser Ser Leu Gly Pro Pro Ser Met Pro Val His
              900                 905                 910

Tyr Asp Ser Gln Leu Asp Thr Thr Leu Phe Gly Lys Lys Ser Ser Pro
          915                 920                 925

Leu Thr Glu Ser Gly Gly Pro Leu Ser Leu Ser Glu Glu Asn Asn Asp
      930                 935                 940

Ser Lys Leu Leu Glu Ser Gly Leu Met Asn Ser Gln Glu Ser Ser Trp
945                 950                 955                 960

Gly Lys Asn Val Ser Ser Thr Glu Ser Gly Arg Leu Phe Lys Gly Lys
                  965                 970                 975

Arg Ala His Gly Pro Ala Leu Leu Thr Lys Asp Asn Ala Leu Phe Lys
              980                 985                 990

Val Ser Ile Ser Leu Leu Lys Thr Asn Lys Thr Ser Asn Asn Ser Ala
          995                 1000                1005

Thr Asn Arg Lys Thr His Ile Asp Gly Pro Ser Leu Leu Ile Glu Asn
    1010                1015                1020

Ser Pro Ser Val Trp Gln Asn Ile Leu Glu Ser Asp Thr Glu Phe Lys
1025                1030                1035                1040

Lys Val Thr Pro Leu Ile His Asp Arg Met Leu Met Asp Lys Asn Ala
                  1045                1050                1055

Thr Ala Leu Arg Leu Asn His Met Ser Asn Lys Thr Thr Ser Ser Lys
              1060                1065                1070

Asn Met Glu Met Val Gln Gln Lys Lys Glu Gly Pro Ile Pro Pro Asp
          1075                1080                1085

Ala Gln Asn Pro Asp Met Ser Phe Phe Lys Met Leu Phe Leu Pro Glu
    1090                1095                1100

Ser Ala Arg Trp Ile Gln Arg Thr His Gly Lys Asn Ser Leu Asn Ser
1105                1110                1115                1120

Gly Gln Gly Pro Ser Pro Lys Gln Leu Val Ser Leu Gly Pro Glu Lys
                  1125                1130                1135

Ser Val Glu Gly Gln Asn Phe Leu Ser Glu Lys Asn Lys Val Val Val
              1140                1145                1150

Gly Lys Gly Glu Phe Thr Lys Asp Val Gly Leu Lys Glu Met Val Phe
          1155                1160                1165

Pro Ser Ser Arg Asn Leu Phe Leu Thr Asn Leu Asp Asn Leu His Glu
```

Copy provided by USPTO from the PIRS Image Database on 10-04-2017

BAXJIVI0006025

US 7,199,223 B2

67                                                                                          68

-continued

```
          1170            1175            1180

Asn Asn Thr His Asn Gln Glu Lys Lys Ile Gln Glu Glu Ile Glu Lys
1185            1190            1195            1200

Lys Glu Thr Leu Ile Gln Glu Asn Val Val Leu Pro Gln Ile His Thr
          1205            1210            1215

Val Thr Gly Thr Lys Asn Phe Met Lys Asn Leu Phe Leu Leu Ser Thr
          1220            1225            1230

Arg Gln Asn Val Glu Gly Ser Tyr Asp Gly Ala Tyr Ala Pro Val Leu
          1235            1240            1245

Gln Asp Phe Arg Ser Leu Asn Asp Ser Thr Asn Arg Thr Lys Lys His
     1250            1255            1260

Thr Ala His Phe Ser Lys Lys Gly Glu Glu Gln Asn Leu Glu Gly Leu
1265            1270            1275            1280

Gly Asn Gln Thr Lys Gln Ile Val Glu Lys Tyr Ala Cys Thr Thr Arg
          1285            1290            1295

Ile Ser Pro Asn Thr Ser Gln Gln Asn Phe Val Thr Gln Arg Ser Lys
          1300            1305            1310

Arg Ala Leu Lys Gln Phe Arg Leu Pro Leu Glu Glu Thr Glu Leu Glu
     1315            1320            1325

Lys Arg Ile Ile Val Asp Asp Thr Ser Thr Gln Trp Ser Lys Asn Met
     1330            1335            1340

Lys His Leu Thr Pro Ser Thr Leu Thr Gln Ile Asp Tyr Asn Glu Lys
1345            1350            1355            1360

Glu Lys Gly Ala Ile Thr Gln Ser Pro Leu Ser Asp Cys Leu Thr Arg
          1365            1370            1375

Ser His Ser Ile Pro Gln Ala Asn Arg Ser Pro Leu Pro Ile Ala Lys
          1380            1385            1390

Val Ser Ser Phe Pro Ser Ile Arg Pro Ile Tyr Leu Thr Arg Val Leu
     1395            1400            1405

Phe Gln Asp Asn Ser Ser His Leu Pro Ala Ala Ser Tyr Arg Lys Lys
     1410            1415            1420

Asp Ser Gly Val Gln Glu Ser Ser His Phe Leu Gln Gly Ala Lys Lys
1425            1430            1435            1440

Asn Asn Leu Ser Leu Ala Ile Leu Thr Leu Glu Met Thr Gly Asp Gln
          1445            1450            1455

Arg Glu Val Gly Ser Leu Gly Thr Ser Ala Thr Asn Ser Val Thr Tyr
     1460            1465            1470

Lys Lys Val Glu Asn Thr Val Leu Pro Lys Pro Asp Leu Pro Lys Thr
     1475            1480            1485

Ser Gly Lys Val Glu Leu Leu Pro Lys Val His Ile Tyr Gln Lys Asp
     1490            1495            1500

Leu Phe Pro Thr Glu Thr Ser Asn Gly Ser Pro Gly His Leu Asp Leu
1505            1510            1515            1520

Val Glu Gly Ser Leu Leu Gln Gly Thr Glu Gly Ala Ile Lys Trp Asn
          1525            1530            1535

Glu Ala Asn Arg Pro Gly Lys Val Pro Phe Leu Arg Val Ala Thr Glu
          1540            1545            1550

Ser Ser Ala Lys Thr Pro Ser Lys Leu Leu Asp Pro Leu Ala Trp Asp
     1555            1560            1565

Asn His Tyr Gly Thr Gln Ile Pro Lys Glu Glu Trp Lys Ser Gln Glu
1570            1575            1580

Lys Ser Pro Glu Lys Thr Ala Phe Lys Lys Lys Asp Thr Ile Leu Ser
1585            1590            1595            1600
```

BAXJIVI0006026

US 7,199,223 B2

69 70

---

-continued

```
Leu Asn Ala Cys Glu Ser Asn His Ala Ile Ala Ile Asn Glu Gly
        1605                1610                1615

Gln Asn Lys Pro Glu Ile Glu Val Thr Trp Ala Lys Gln Gly Arg Thr
        1620                1625                1630

Glu Arg Leu Cys Ser Gln Asn Pro Pro Val Leu Lys Arg His Gln Arg
        1635                1640                1645

Glu Ile Thr Arg Thr Thr Leu Gln Ser Asp Gln Glu Glu Ile Asp Tyr
        1650                1655                1660

Asp Asp Thr Ile Ser Val Glu Met Lys Lys Glu Asp Phe Asp Ile Tyr
        1665                1670                1675                1680

Asp Glu Asp Glu Asn Gln Ser Pro Arg Ser Phe Gln Lys Lys Thr Arg
        1685                1690                1695

His Tyr Phe Ile Ala Ala Val Glu Arg Leu Trp Asp Tyr Gly Met Ser
        1700                1705                1710

Ser Ser Pro His Val Leu Arg Asn Arg Ala Gln Ser Gly Ser Val Pro
        1715                1720                1725

Gln Phe Lys Lys Val Val Phe Gln Glu Phe Thr Asp Gly Ser Phe Thr
        1730                1735                1740

Gln Pro Leu Tyr Arg Gly Glu Leu Asn Glu His Leu Gly Leu Leu Gly
        1745                1750                1755                1760

Pro Tyr Ile Arg Ala Glu Val Glu Asp Asn Ile Met Val Thr Phe Arg
        1765                1770                1775

Asn Gln Ala Ser Arg Pro Tyr Ser Phe Tyr Ser Ser Leu Ile Ser Tyr
        1780                1785                1790

Glu Glu Asp Gln Arg Gln Gly Ala Glu Pro Arg Lys Asn Phe Val Lys
        1795                1800                1805

Pro Asn Glu Thr Lys Thr Tyr Phe Trp Lys Val Gln His His Met Ala
        1810                1815                1820

Pro Thr Lys Asp Glu Phe Asp Cys Lys Ala Trp Ala Tyr Phe Ser Asp
        1825                1830                1835                1840

Val Asp Leu Glu Lys Asp Val His Ser Gly Leu Ile Gly Pro Leu Leu
        1845                1850                1855

Val Cys His Thr Asn Thr Leu Asn Pro Ala His Gly Arg Gln Val Thr
        1860                1865                1870

Val Gln Glu Phe Ala Leu Phe Phe Thr Ile Phe Asp Glu Thr Lys Ser
        1875                1880                1885

Trp Tyr Phe Thr Glu Asn Met Glu Arg Asn Cys Arg Ala Pro Cys Asn
        1890                1895                1900

Ile Gln Met Glu Asp Pro Thr Phe Lys Glu Asn Tyr Arg Phe His Ala
1905                1910                1915                1920

Ile Asn Gly Tyr Ile Met Asp Thr Leu Pro Gly Leu Val Met Ala Gln
        1925                1930                1935

Asp Gln Arg Ile Arg Trp Tyr Leu Leu Ser Met Gly Ser Asn Glu Asn
        1940                1945                1950

Ile His Ser Ile His Phe Ser Gly His Val Phe Thr Val Arg Lys Lys
        1955                1960                1965

Glu Glu Tyr Lys Met Ala Leu Tyr Asn Leu Tyr Pro Gly Val Phe Glu
        1970                1975                1980

Thr Val Glu Met Leu Pro Ser Lys Ala Gly Ile Trp Arg Val Glu Cys
1985                1990                1995                2000

Leu Ile Gly Glu His Leu His Ala Gly Met Ser Thr Leu Phe Leu Val
        2005                2010                2015
```

Copy provided by USPTO from the PIRS Image Database on 10-04-2017

BAXJIVI0006027

US 7,199,223 B2

71                                                                                                72

-continued

```
Tyr Ser Asn Lys Cys Gln Thr Pro Leu Gly Met Ala Ser Gly His Ile
          2020            2025              2030

Arg Asp Phe Gln Ile Thr Ala Ser Gly Tyr Gly Gln Trp Ala Pro
      2035            2040              2045

Lys Leu Ala Arg Leu His Tyr Ser Gly Ser Ile Asn Ala Trp Ser Thr
      2050            2055              2060

Lys Glu Pro Phe Ser Trp Ile Lys Val Asp Leu Leu Ala Pro Met Ile
2065            2070            2075            2080

Ile His Gly Ile Lys Thr Gln Gly Ala Arg Gln Lys Phe Ser Ser Leu
          2085            2090            2095

Tyr Ile Ser Gln Phe Ile Ile Met Tyr Ser Leu Asp Gly Lys Lys Trp
          2100            2105            2110

Gln Thr Tyr Arg Gly Asn Ser Thr Gly Thr Leu Met Val Phe Phe Gly
      2115            2120            2125

Asn Val Asp Ser Ser Gly Ile Lys His Asn Ile Phe Asn Pro Pro Ile
      2130            2135            2140

Ile Ala Arg Tyr Ile Arg Leu His Pro Thr His Tyr Ser Ile Arg Ser
2145            2150            2155            2160

Thr Leu Arg Met Glu Leu Met Gly Cys Asp Leu Asn Ser Cys Ser Met
          2165            2170            2175

Pro Leu Gly Met Glu Ser Lys Ala Ile Ser Asp Ala Gln Ile Thr Ala
          2180            2185            2190

Ser Ser Tyr Phe Thr Asn Met Phe Ala Thr Trp Ser Pro Ser Lys Ala
      2195            2200            2205

Arg Leu His Leu Gln Gly Arg Ser Asn Ala Trp Arg Pro Gln Val Asn
      2210            2215            2220

Asn Pro Lys Glu Trp Leu Gln Val Asp Phe Gln Lys Thr Met Lys Val
2225            2230            2235            2240

Thr Gly Val Thr Thr Gln Gly Val Lys Ser Leu Leu Thr Ser Met Tyr
          2245            2250            2255

Val Lys Glu Phe Leu Ile Ser Ser Ser Gln Asp Gly His Gln Trp Thr
      2260            2265            2270

Leu Phe Phe Gln Asn Gly Lys Val Lys Val Phe Gln Gly Asn Gln Asp
      2275            2280            2285

Ser Phe Thr Pro Val Val Asn Ser Leu Asp Pro Pro Leu Leu Thr Arg
      2290            2295            2300

Tyr Leu Arg Ile His Pro Gln Ser Trp Val His Gln Ile Ala Leu Arg
2305            2310            2315            2320

Met Glu Val Leu Gly Cys Glu Ala Gln Asp Leu Tyr
          2325            2330
```

What is claimed is:

1. A conjugate comprising one, two or three water-soluble polymers covalently attached to a Factor VIII moiety, wherein each water-soluble polymer has a nominal average molecular weight in the range of from 6,000 Daltons to 150,000 Daltons and further wherein the cojugate is a 1-mer, 2-mer or 3-mer.

2. The conjugate of claim 1, wherein each water-soluble polymer in each conjugate is selected from the group consisting of a poly(alkylene oxide), poly(vinyl pyrrolidone), poly(vinyl alcohol), polyoxazoline, and poly(acryloylmorpholine).

3. The conjugate of claim 2, wherein each water-soluble polymer is a poly(alkylene oxide).

4. The conjugate of claim 3, wherein each poly(alkylene oxide) is a poly(ethylene glycol).

5. The conjugate of claim 4, wherein the poly(ethylene glycol) is terminally capped with an end-capping moiety selected from the group consisting hydroxy, alkoxy, substituted alkoxy, alkenoxy, substituted alkenoxy, alkynoxy, substituted alkynoxy, aryloxy and substituted aryloxy.

6. The conjugate of claim 4, wherein the poly(ethylene glycol) is terminally capped with methoxy.

7. The conjugate of claim 4, wherein the poly(ethylene glycol) is terminally capped with hydroxy.

8. The conjugate of claim 4, wherein the poly(ethylene glycol) has a nominal average molecular weight in the range of from 6,000 Daltons to 100,000 Daltons.

Copy provided by USPTO from the PIRS Image Database on 10-04-2017

BAXJIVI0006028

US 7,199,223 B2

73

**9.** The conjugate of claim **8**, wherein the poly(ethylene glycol) has a nominal average molecular weight in the range of from 10,000 Daltons to 85,000 Daltons.

**10.** The conjugate of claim **9**, wherein the poly(ethylene glycol) has a nominal average molecular weight in the range of from 20,000 Daltons to 85,000 Daltons.

**11.** The conjugate of claim **10**, wherein the poly(ethylene glycol) has a nominal average molecular weight in the range of from 53,000 Daltons to 75,000 Daltons.

**12.** The conjugate of claim **3**, wherein each water-soluble polymer is linear.

**13.** The conjugate of claim **3**, wherein each water-soluble polymer is branched.

**14.** The conjugate of claim **3**, wherein the Factor VIII moiety is selected from the group consisting of Factor VIII, Factor VIIIa, Factor VIII:C, Factor VIII:vWF, and B-domain deleted Factor VIII.

**15.** The conjugate of claim **14**, wherein the Factor VIII moiety is selected from the group consisting of Factor VIII, Factor VIIIa, Factor VIII:C, and Factor VIII:vWF.

**16.** The conjugate of claim **14**, wherein the Factor VIII moiety is B-domain deleted Factor VIII.

**17.** The conjugate of claim **3**, wherein the Factor VIII moiety is recombinantly derived.

**18.** The conjugate of claim **3**, wherein the Factor VIII moiety is blood-derived.

**19.** The conjugate of claim **1**, wherein the one, two or three water-soluble polymers are covalently attached by an amide linkage.

74

**20.** The conjugate of claim **1**, wherein the one, two or three water-soluble polymers are covalently attached by a secondary amine linkage.

**21.** The conjugate of claim **1**, wherein the one, two or three water-soluble polymers are covalently attached by a carbamate linkage.

**22.** The conjugate of claim **1**, wherein the one, two or three water-soluble polymers are covalently attached by a thioether linkage.

**23.** The conjugate of claim **1**, wherein the one, two or three water-soluble polymers are covalently attached by a disulfide linkage.

**24.** A composition comprising the conjugate of claim **3**.

**25.** The composition of claim **24**, wherein the composition is substantially free of albumin.

**26.** The composition of claim **24**, wherein the composition is substantially free of proteins that do not have Factor VIII activity.

**27.** The composition of claim **24**, wherein the composition is substantially free of noncovalently attached water-soluble polymers.

**28.** The composition of claim **24**, wherein at least one water-soluble polymer is covalently attached to a site in the active form of the moiety having Factor VIII activity.

**29.** The composition of claim **24**, in lyophilized form.

**30.** The composition of claim **24**, in the form of a liquid.

**31.** The composition of claim **24**, further comprising a pharmaceutically acceptable excipient.

\* \* \* \* \*

Copy provided by USPTO from the PIRS Image Database on 10-04-2017

BAXJIVI0006029

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.   : 7,199,223 B2                                Page 1 of 1
APPLICATION NO. : 10/789956
DATED               : April 3, 2007
INVENTOR(S)      : Mary J. Bossard et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On TITLE Page, At Item (75) Inventors,
AFTER "Michael D. Bentley, Huntsville, AL (US)"
ADD --Ping Zhang, Madison, AL (US)--

Signed and Sealed this

Twenty-ninth Day of April, 2008

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

Copy provided by USPTO from the PIRS Image Database on 10-04-2017

BAXJIVI0006030

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

| | | |
|---|---|---|
| PATENT NO. | : 7,199,223 B2 | Page 1 of 1 |
| APPLICATION NO. | : 10/789956 | |
| DATED | : April 3, 2007 | |
| INVENTOR(S) | : Bossard et al. | |

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In the Claims

Column 71, Claim 1: change "A conjugate comprising one, two or three water-soluble polymers covalently attached to a Factor VIII moiety, wherein each water-soluble polymer has a nominal average molecular weight in the range of from 6,000 Daltons to 150,000 Daltons and further wherein the cojugate is a 1-mer, 2-mer or 3-mer." to --A conjugate comprising one, two or three water-soluble polymers covalently attached to a Factor VIII moiety, wherein each water-soluble polymer has a nominal average molecular weight in the range of from 6,000 Daltons to 150,000 Daltons and further wherein the conjugate is a 1-mer, 2-mer or 3-mer.--

Column 72, Claim 7: change "The conjugate of claim 4, wherein the poly(ethylene glycol) is terminally capped wit hydroxy." to --The conjugate of claim 4, wherein the poly(ethylene glycol) is terminally capped with hydroxy.--

Signed and Sealed this
Second Day of December, 2014

*Michelle K. Lee*

Michelle K. Lee
*Deputy Director of the United States Patent and Trademark Office*

Copy provided by USPTO from the PIRS Image Database on 10-04-2017

BAXJIVI0006031

# EXHIBIT 3

# United States Patent [19]

**Fulton et al.**

[11] **Patent Number:** 4,970,300

[45] **Date of Patent:** Nov. 13, 1990

[54] **MODIFIED FACTOR VIII**

[75] Inventors: **Anne J. Fulton; Alan J. Johnson,** both of New York, N.Y.

[73] Assignee: **New York University,** New York, N.Y.

[21] Appl. No.: **298,413**

[22] Filed: **Jan. 18, 1989**

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 122,372, Nov. 19, 1987, Pat. No. 4,847,362, which is a continuation of Ser. No. 697,267, Feb. 1, 1985, Pat. No. 4,743,680.

[51] Int. Cl.$^5$ .............................. **A61K 35/14; C08H 1/00; C08L 89/00; C08B 37/02**

[52] U.S. Cl. .............................. **530/383; 536/112; 525/54.1; 530/322; 530/362; 530/363; 530/395**

[58] Field of Search ...................... 536/112; 525/54.1; 530/383, 322, 362, 363, 395; 514/8

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,229,537 | 10/1980 | Hodgins et al. | 435/177 |
| 4,446,316 | 5/1984 | Chazov et al. | 536/112 |
| 4,496,689 | 1/1985 | Mitra | 525/54.1 |
| 4,698,387 | 10/1987 | Schmidt et al. | 525/54.1 |

### OTHER PUBLICATIONS

Finlay, T. H. et al., Anal. Biochem., 87:77, 1978.
Beauchamp, C. O. et al., Anal. Biochem., 131:25–33, 1983.
Bonneaux, F. et al., Experimentia, 37:884–886, 1981.
Hoyer, L. W., Blood, 58:1–13, 1981.
Over et al., J. Clin. Invest., 62:223–234, 1978.
Strauss, H. S. , N. Engl. J. Med., 281:866, 1969.
Abuchowski, A. et al., J. Biol. Chem., 252:3578–3581, 1977.
Wood, W. I. et al., Nature, 312:330–337, 1984.
Vehar, G. A. et al., Nature, 312:337–342.
Toole, J. J. et al., Nature, 312:342–347, 1984.
Rotblatt, T. et al., Thromb. Haemost., 50:108, 1983.
Weiss, H. J. et al., Science, 182:1149–1151, 1973.
Fulcher, C. A. et al., J. Clin. Invest., 76:117–124, 1985.
Eaton et al., Biochemistry, 25:505–512, 1986.
Gitschier, J. et al., Nature, 312:326–330, 1984.

*Primary Examiner*—John Kight, III
*Assistant Examiner*—G. S. Kishore
*Attorney, Agent, or Firm*—Darby & Darby

[57] **ABSTRACT**

Disclosed are conjugates of a protein having antihemophilic factor (Factor VIII) activity linked to nonantigenic ligands. The conjugates have longer half life than the unconjugated protein but maintain substantial Factor VIII activity.

**10 Claims, 3 Drawing Sheets**



BAXJIVI0005625

Case 1:17-cv-01316-RGA-SRF Document 149 Filed 12/28/18 Page 136 of 449 PageID #: 20608
Case 1:17-cv-01316-RGA Document 91-1 Filed 09/14/18 Page 89 of 361 PageID #: 8758



FIG. 1

DISAPPEARANCE TIME FOR FACTOR VIII FOLLOWING
I.V. INFUSION IN A HEMOPHILIAC DOG
(PER CENT RECOVERED OF FACTOR VIII GIVEN-TWO STAGE ASSAY)

MODIFIED FACTOR VIII
RECOVERY--100% OF AMOUNT INJECTED

CONTROL FACTOR VIII
RECOVERY--100% OF AMOUNT INJECTED

HOURS POST INFUSION

PER CENT RECOVERED

BAXJIVI0005626

Case 1:17-cv-01316-RGA-SRF Document 149 Filed 12/28/18 Page 137 of 449 PageID #:
Case 1:17-cv-01316-RGA Document 91-1 Filed 09/14/18 Page 84 of 361 PageID #:8759
20609



BAXJIVI0005627

Case 1:17-cv-01316-RGA-SRF   Document 149   Filed 12/28/18   Page 138 of 449 PageID #:
Case 1:17-cv-01316-RGA   Document 91-1   Filed 09/14/18   Page 89 of 361 PageID #:8760
20610



BAXJIVI0005628

4,970,300

**1**

## MODIFIED FACTOR VIII

This application is a continuation-in-part of application S.N. 122,372 filed on Nov. 19, 1987, now U.S. Pat. No. 4,847,362 illued on July 11, 1989, in turn a continuation of S.N. 697,267 filed on Feb. 1, 1985, now U.S. Pat. No. 4,743,680 issued on May 10, 1988.

### FIELD OF THE INVENTION

This invention relates to conjugates of a protein having antihemophilic activity (Factor VIII) covalently linked to a nonantigenic ligand. This invention also relates to a method for using such conjugates.

Because of historical difficulties in ascertaining the nature and function of Factor VIII, a clarification of what is meant by this term is desirable. Therefore, as used herein, the term "Factor VIII" will denote a procoagulant glycoprotein, the antihemophilic factor, which is further identified as:

A. Factor VIII Activity (VIII:C), i.e. the functional property of normal plasma, absent in the plasma of patients with severe classic hemophilia, that is measured in standard coagulation assays; and

B. Factor VIII Antigen (VIII:Ag). i.e. antigenic determinants on Factor VIII measured by immunoassays carried out with human antibodies.

The above definition corresponds to the standard definition for Factor VIII recommended by the International Committee on Thrombosis and Haemostasis (Marder, V.J., et al, *Thromb. Haemost.*, 54:871–872, 1985).

As used herein, the term "protein having Factor VIII activity" will denote individually or collectively native human, porcine or other mammalian Factor VIII and-/or fragments of these proteins displaying Factor VIII activity and/or such proteins and/or active fragments thereof produced by recombinant techniques.

### BACKGROUND OF THE INVENTION

The process of blood clotting begins with injury to a blood vessel. The damaged vessel wall initiates hemostasis by causing adherence and accumulation of platelets at the point of a vascular injury and by activating the plasma proteins which initiate the coagulation process. Sequential activation via specific proteolytic cleavages and conformational changes of a series of proteins (including Factor VIII) that comprise the coagulation cascade eventually leads to deposition of insoluble fibrin which, together with aggregated platelets, curtails the escape of blood through the point of injury in the damaged vessel wall. Specifically, Factor VIII is activated by thrombin which effects a proteolytic modification (cleavage) on the structure of Factor VIII (Weiss, H.J., et al, *Science*, 182:1149–51, 1973; Hoyer, L., Ch. 4, *Hemostasis and Thrombosis*, 2d Ed., Colman, R.W., Ed., J. B. Lipincott & Co., Philadelphia, USA, 1987; Fulcher et al, *J. Clin. Invest.*, 6:117–24, 1985; and Eaton, et al, *Biochemistry*, 25:505–512, 1986).

Following the initial increase in activity after exposure of Factor VIII to thrombin, there is a decay in activity to below baseline levels. This decay in activity is attributed to further proteolytic cleavage of activated FVIII by thrombin; (and during pathological states) inactivation by thrombin-activated protein C. The activation and inactivation of Factor VIII by thrombin and protein C allows a fine measure of control over coagulant activity in vivo. Unfortunately, it may also cause

**2**

premature denaturation of Factor VIII prior to administration to mammalian hosts in need of such treatment.

The primary source of native Factor VIII is plasma. In addition, recombinant Factor VIII has recently become available through the cloning of the Factor VIII gene (Gitschier, J., et al, *Nature*, 312:326–330, 1984; Wood, W.I., et al, *Nature*, 312:330–337, 1984; and Vehar, G.A., et al, *Nature*, 312:337–342, 1984 and Toole, J.J., et al, *Nature* 312:342, 1984).

Recently, several groups of investigators have purified Factor VIII with specific activities as high as 3000 units per milligram (Rotblatt, F., et al, *Thromb. Haemost.*, 50:108, 1983; Fulcher, C.A., et al, *J. Clin. Invest.*, 76:117–124, 1985; Johnson, A.J., et al, *Scripps Clinic and Research Foundation and the NHLBI*, 1982).

The Factor VIII in all of the concentrates available to date (regardless of their purity) has an in vivo half-life of about 8–12 hours (Hoyer, L.W., *Blood*, 58:1–13, 1981) necessitating multiple infusions of concentrate for the maintenance of hemostasis. The level of Factor VIII antigen in plasma falls off at the same rate as the clotting activity, which suggests that Factor VIII is rapidly removed from the circulation and that the decline in Factor VIII activity is not simply or even primarily due to its inactivation.

The lower curve in FIG. 1 (which is a plot of the log of Factor VIII activity vs. time) shows a typical pattern of Factor VIII elimination from the bloodstream of a hemophilic dog. This pattern is similar to the one occurring in man. Phase 1 of the disappearance time curve is shown by the sharp nonlinear decrease in FVIII activity (to about 55% of the initial value) which follows its administration in vivo. This has been attributed to diffusion into the extravascular space or a more rapid removal of the higher molecular weight forms (Over et al., *J. Clin. Invest.* 62:223–234, 1978). Phase 2 of the disappearance time curve in FIG. 1, from which the half-life is determined, is demonstrated by the subsequent substantially linear decrease in activity. This second gradual decrease in activity has been attributed to clearance by the reticuloendothelial system and possibly protein C inactivation.

In this application, the term "disappearance time" or "clearance time" will be used to denote the time taken for FVIII activity to decrease to 50% of its maximum level. The maximum occurs in Phase 1 and the decrease to 50% may occur in Phase 1 or Phase 2.

Another problem incurred with infusion of Factor VIII stems from the fact that many recipients develop inhibitors (antibodies) which neutralize the activity of the infused Factor VIII. As many as 14% of the patients receiving Factor VIII infusions develop such inhibitors (Strauss, H.S., *N. Engl. J. Med.* 281:866, 1969). The presence and activity of these inhibitors are sometimes sufficient to eliminate the beneficial effect of Factor VIII infusion.

Attempts to bypass the effects of these inhibitors which include infusion of inhibitor-bypassing agents (e.g., Feiba made by Immuno, Austria and concentrates of Factors II, VII, IX and X) have been only partially successful. The bypassing agents themselves cause undesirable side effects and their mechanism of action is unknown. Immunosuppressive techniques have also been only partially successful usually in patients who have spontaneous anti-FVIII antibodies. However, administration of immunosuppressants raises the risk that the patient will b vulnerable to AIDS and opportunistic infections.

BAXJIVI0005629

4,970,300

3

It would therefore be desirable to modify Factor VIII prior to i.v. infusion and thus: (a) prevent or lessen the initial, sharp decrease in Factor VIII activity in Phase 1 (ref. FIG. 1, lower curve) following the infusion of Factor VIII; (b) slow down the rate of the subsequent gradual decrease in Factor VIII activity in Phase 2 (and thereby prolong the Factor VIII half-life); (c) protect the infused Factor VIII from antibody inhibition by decreasing the ability of Factor VIII to bind to existing antibodies; (d) decrease the ability of the infused Factor VIII to generate further antibodies; and (e) modify the Factor VIII under conditions that would not substantially affect its overall sustained ability to participate in the coagulation cascade. The present invention meets one or more of these objectives in whole or in part as further described below.

## DESCRIPTION OF THE PRIOR ART

Various proteins, especially enzymes, unrelated to Factor VIII, have been previously coupled to carbohydrates, polyols, other proteins and amino acids for the purpose of increasing their stability, their resistance to proteolysis and heat, and/or decreasing their immunogenicity. For example, alpha- and beta-amylase have each been coupled to dextran (*Arch. Bioch. Bioph.* 167:777–779, 1975). The resulting conjugates displayed increased stability to denaturing conditions and markedly decreased immunogenicity when injected in heterologous hosts.

Abuchowski, A., et al, *J. Biol. Chem.*, 252:3582–3586, 1977 attached methoxypolyethylene glycols (hereafter polyethylene glycols will be abbreviated "PEG" and methoxy polyethylene glycols will be abbreviated "M-PEG") of 1900 and 5000 m.w. to bovine serum albumin and bovine liver catalase (using trichloro-s-triazine as the coupling agent) to decrease the immunogenicity of these proteins. These PEG polymers are nonimmunogenic linear uncharged polyhydric alcohols. The resulting conjugates had markedly decreased immunogenicity, prolonged half-life in vivo, and increased stability in vitro against proteases.

Several general methods have been developed for the covalent attachment of polypeptide ligands to carbohydrate supports notably in conjunction with the development of specific affinity chromatography media. (Cuatrecasas, P., *Advan. Enzymol.*, 36:29, 1972; Finlay, T.H., et al, *Anal. Biochem.*, 87:77, 1978; Hearn, N.W., et al, *J. Chromatogr.*, 185:463, 1979). Some of these methods have also been adapted for activating PEG or carbohydrates in solution, thus making the coupled polymer-protein adducts suitable for intravenous (i.v.) infusion.

For example, cyanogen bromide has been used for coupling dextran to proteins (Marshall, J.J., et al, *Arch. Biochm. Biophys.*. 167:777–779, 1975); Trichloro-s-triazine (TST) has been used to activate agarose (for affinity chromatography) (Hodgins, et al, *J. Chromatogr.*, 202:381, 1980) and polyethylene glycols for soluble polymer-protein adducts, (Abuchowski, et al, 1977, supra); 1,1'carboaryldiimidazole (CDI) has been used to activate both agarose (Hearn, supra 1979) and soluble PEG (Beauchamp, C.0., et al, *Anal. Biochem.*, 131:25, 1983); and sodium periodate has been used to create aldehyde groups in dextran molecules which are then coupled to proteins including hemoglobin (Bonneaux, F., et al, *Experientia*, 37:884–886, 1981).

Conjugates constructed using the above methods have been shown to increase the in vivo half-life of specific proteins and/or decrease their antigenicity.

4

Heterologous enzymes (such as asparaginase) have been conjugated in this manner and thus made more suitable for therapeutic use. The half-life of several enzymes was thus increased two- to ten-fold in mice and as much as 30-fold in man. Several of the conjugated enzymes have been shown to display therapeutic activity in vivo. However, neither these enzymes nor albumin are in any way related to Factor VIII in terms of either structure of function. Indeed, Factor VIII is a unique, variable, high-m.w. protein consisting of more than one polypeptide chain; it is only relatively stable and only over a very narrow pH range (about 5.8–7.8); it is easily inactivated by conditions and reagents benign to other proteins; it adsorbs readily to glass and most plastic surfaces; and it is present in plasma in only nanogram amounts. Therefore the previous success in polymer-protein adduct formation is of little predictive value vis-a-vis coupling of Factor VIII and the use of such coupling to accomplish desirable modifications in Factor VIII properties.

## SUMMARY OF THE INVENTION

One aspect of the invention relates to an infusible conjugate of a protein having Factor VIII (antihemophilic Factor) activity covalently linked to a nonantigenic ligand, said conjugate retaining at least a substantial portion of the initial Factor VIII activity of said protein, said conjugate being activatable by thrombin and said conjugate having substantially prolonged in vivo disappearance time and substantially decreased immunogenicity and immunoreactivity compared to said protein in the unconjugated state.

A conjugate of Factor VIII and dextran is preferred.

Other aspects of the invention relate to methods for making such conjugates and for treating hemophilia, the latter comprising infusing a mammal in need of such treatment with a procoagulant-activity-restorative effective amount of a conjugate of a protein having antihemophilic factor activity and a nonantigenic ligand, said conjugate being activatable by thrombin and having a substantially decreased antigenicity and immunoreactivity and a substantially increased in vivo disappearance time in the bloodstream of said mammal compared to said protein in the unconjugated state.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a semilog plot of Factor VIII activity in the blood of a hemophilic dog as a function of post-infusion time. The curve connecting the circles corresponds to dextranconjugated Factor VIII whereas the curve connecting the triangles corresponds to unconjugated Factor VIII (control).

FIG. 2 (A–H) are plots of antibody inhibition of Factor VIII activity versus antibody concentration.

## DETAILED DESCRIPTION OF THE INVENTION

### (A) Purification of Factor VIII

In accordance with the present invention, Factor VIII from a suitable source is first preferably purified. The minimum specific activity that will permit conjugation is about 0.2 units/mg such as cryoprecipitate, but activities greater than 5 units/mg are preferred with further purification possible after conjugation. Activities greater than 25 units/mg are particularly preferred. It is of course desirable to use as pure Factor VIII as possible.

BAXJIVI0005630

4,970,300

| 5 | 6 |

Purification preferably takes place in the presence of protease inhibitors (e.g., heparin, Trasylol, Benzamidine, APMSF and Inhibitor 805) but only because the results can be analyzed with greater accuracy. Use of protease inhibitors is not an essential feature of the present invention. If plasma is used, cryoprecipitate is usually first prepared according to well-known techniques.

One preferred technique for the preparation of cryoprecipitate involves use of fresh-frozen plasma softened at room temperature, crushed and quick-thawed in an inert (e.g. stainless-steel) container placed in a water bath (37° C.) with constant stirring. Plasma temperature is kept below 2° C. during thawing. The plasma is then centrifuged at 3000xg for 30 minutes at 4° C. The supernatant is discarded and the cryoprecipitate is reconstituted into 0.02 M Tris, 0.02 M trisodium citrate, 0.06 M NaCl, pH 7.2 to 1/10 of its original volume. Of course, other well-known methods for obtaining cryoprecipitate may also be used.

If cryoprecipitate or commercial Factor VIII concentrate are used as the source of Factor VIII, a suitable subsequent purification procedure may be selected among those well-known in the art. Various combinations of cryoprecipitation, polyethylene glycol precipitation, and chromatographic techniques (including but not limited to hydrophobic affinity chromatography, immunoaffinity chromatography, ion-exchange chromatography, etc.) may be used according to the starting material (plasma, cryoprecipitate, Factor VIII concentrate, etc.) and according to the purity and yield desired.

The techniques disclosed in Zimmerman, U.S. Pat. No. 4,361,509 and especially in Mathews, U.S. Pat. No. 4,743,680 represent preferred chromatographic purification methods. Another preferred purification protocol is the following:

Cryoprecipitate (or commercial concentrate) is subjected to a first chromatographic purification using a polyelectrolyte E-5 (PE-E5) column (PE-E5 is a copolymer of ethylene and maleic anhydride substituted with 5 mole % dimethylamino propylimide functional groups, Johnson, A.J., et al, *J. Lab. Clin. Med.*, 92:194–210, 1978). Prior to use, PE-E5 is preferably protonated, e.g.: by suspending the resin in 0.15 M NaCl (at a PE/saline ratio of 1/10) and maintaining the pH at 4.0 for 20 minutes by dropwise addition of 0.5 M citric acid. The pH is then adjusted to 6.0 with 0.5N NaOH and packed in an appropriate size column depending on the amount of material to be processed (as is well-known in the art). The PE-E5 resin is then washed with four column volumes of 0.15 M NaCl, 0.02 M citrate, pH 6.6. In the experiments described below, for most preparations, a 300 ml column was used with 3g protein for the first PE chromatography step and a 10 ml column was used with 10 mg protein (excluding albumin) for the second PE chromatography step.

The sample is loaded onto the first PE column at a protein content of 5 mg/ml in 0.15 M NaCl, 0.02 M trisodium citrate, 0.02 M Tris, pH 6.6. A preferred sample size is 40 mg protein/gram of PE-E5. The column is then washed, e.g., with 2 column volumes of 0.15 M NaCl, 0.02 M trisodium citrate (pH 6.6), followed by 10 volumes of 0.35 M NaCl, 0.02 M MES (2-(M-morpholino)ethane sulfonic acid) pH 6 (0.02 M sodium acetate could be used instead of MES). Factor VIII is eluted, e.g., with two volumes of 0.25 M CaCl2, 0.02 M MES (or 0.05 M sodium acetate), 10% glycerol, pH 6.0.

The eluate ("the first eluate") purified according to this procedure had a specific activity of 70–140 units/mg.

When particularly high purity FVIII is desired, the eluate from the first PE-E5 column is subjected to a series of affinity chromatography steps sequentially: a gelatin/agarose column followed by an anti-fibrinogen agarose column, in turn followed by an anti-von Willebrand factor agarose column. All three columns can be equilibrated with the PE-E5 elution buffer containing 0.2% human serum albumin. A suitable flow rate through each column is 25 ml/h. Factor VIII is thus excluded in the effluent from each of these three columns.

The gelatin/agarose column may be prepared as follows: Swine skin gelatin is dissolved in 0.1 M MOPS (3-(N-morpholino) propane sulfonic acid) buffer pH 7.5 at 40° C. to a concentration of 10 mg/ml. Affi-Gel 10, an activated polysaccharide support from Bio-Rad Laboratories, Richmond, Calif. is quickly washed in ice-cold distilled water and equilibrated in the MOPS buffer at room temperature. Affi-Gel is mixed with the gelatin (1:3 v/v) and the coupling reaction is allowed to proceed at 40° C. for several (e.g. 4) hours. The unreacted groups on the gel are then blocked e.g. with 0.1 M ethanolamine for 1 hour prior to extensive washing with coupling buffer. The gel is stored at 4° C. in the same buffer as that used for the PE-E5 elution to which 0.02% sodium azide may be added.

As indicated above, the second and third affinity columns are designed to remove fibrinogen and von Willebrand factor, respectively. Antifibrinogen antibodies may be obtained from Sigma Chemical Co., St. Louis, Mo. or Miles Laboratories, Naperville, Ill.

IgG to von Willebrand factor for the experiments described here was prepared as follows: vW factor was purified by the method of Johnson, A.J., et al, *J. Lab. Clin. Med.*, 92:194–210, 1978 using batch adsorption and elution on PE-E5 and PE-E100, followed by precipitation with PEG. This material was used to immunize three rabbits over a six-week period. All three rabbits produced antibodies to vW factor and the IgG fraction from the rabbit plasma was purified by chromatography on diethylaminoethyl Affi-Gel blue (from Bio-Rad) in accordance with the manufacturer's instructions. Samples were first dialyzed overnight against low ionic strength buffer (0.02 M K2HPO4, pH 8.0) and then processed through an Affi-Gel blue column (5 ml of column/ml of sample) equilibrated in the same buffer. The IgG was collected in the effluent. The peak fractions were pooled and concentrated by dialysis against CARBOWAX 20000 (a polyethylene glycol, m.w. 20,000) followed by equilibrium dialysis in 0.1 M NaCl, 0.05 M MOPS, pH 7.5. IgG was stored frozen at −70° C. IgG containing antibodies to each of these contaminants (fibrinogen and vWf) were bound to Affi-Gel (25mg of protein per ml of Affi-Gel) by mixing in accordance with the manufacturer's instructions.

The final effluent containing Factor VIII from the three affinity columns was then diluted with deionized water to lower the calcium concentration to 0.05 M and subjected to an additional chromatography step on a second PE-E5 column. The Factor VIII was applied to the column and the column was washed with 20 column volumes of 0.35 M NaCl, 0.02 M MES pH 6.0. The factor was eluted with 0.25 M CaCl2, 0.02 M MES, 10% glycerol, pH 6.0. This second PE-E5 eluate had a specific activity of 3000–4000 units/mg (this and all activity measurements were made by two-stage FVIII assay

4,970,300

7

according to Newman, J., et al, *Brit. J. Haematol.*, 21:1–20, 1971). Alternatively, only the first PE-E5 column may be used or the first and second PE-E5 columns may be used and one or all of the intermediate affinity chromatography steps may be omitted.

Another preferred procedure is one according to Mathews U.S. Pat. No. 4,743,680 a modification as described below:

Cryoprecipitate or Factor VIII concentrate is first washed in ice-cold tris buffer (0.02 M tris, pH 7.2). It is then extracted in 4 volumes (w/v) of deionized water containing 0.02 M tris buffer, 0.02 M citrate and 0.06 M NaCl, pH 7.2. It is then absorbed for 20 minutes with 5% aluminum hydroxide $Al_2(OH)_3$ (Superfos) and centrifuged. The following are added under stirring: 5 units/ml heparin; PEG to 1% (or between 0.5 and 5%); 0.1 M acetic acid or HCl to bring the pH to 6.6 (or within the range between 6.2 and 6.7). This is followed by stirring for about 15 minutes. The mixture is centrifuged and sorbitol is added to 1 M. A small "guard" column and a larger chromatography column are prepared in series as follows:

The volume ratio of guard column to main column is 1:20. The purpose of the guard column is to remove traces of procoagulant Factors II, VII, IX and X that might become activated, or traces of activated coagulation factors such as thrombin that might (a) cause premature activation of Factor VIII and (b) decrease the Factor VIII yield obtained by the purification procedure and (c) cause instability of the Factor VIII. The guard column is packed loosely with 1/40th the amount of the same chromatographic support as the main column to absorb the procoagulant factors, preferably quaternary amino methyl Sepharose ("QMA") and an equal amount of carboxymethyl Sepharose to adsorb the thrombin. Both packed columns are soaked with 1 M NaCl in 0.02 M Tris, pH 7.4 and equilibrated with 0.02 M Tris, pH 7.4, 0.165 M NaCl, 1 M sorbitol until the ionic strength of the effluent is equal to that of the equilibrating solution.

The cryoprecipitate is diluted to 4 mg/ml protein content with the equilibration buffer and 0.01 M citrate is added.

The cryoprecipitate is run through the guard column and loaded on the main column. When the total volume of the sample has been run through the guard column, the guard column is disconnected from the main column and the main column is washed with 5 volumes of the equilibrating buffer followed by 2–2.5 column volumes of 0.05 M Tris-acetate, pH 6.8, 10% glycerol, 2% ethanol.

The Factor VIII is eluted with 0.5 M Tris-acetate, pH 6.8, 10% glycerol, 2% ethanol and 0.35 M $CaCl_2$. Other suitable washing and elution conditions may also be used as will be apparent to those of ordinary skill in the art. The advantage of using the guard column is demonstrated by prolonged stability of Factor VIII activity on storage.

The purification processes described above were used to obtain sufficiently pure Factor VIII to permit a high conjugation reaction yield and to permit analysis by polyacrylamide gel electrophoresis such that scientifically unassailable conclusions would be drawn regarding the preparation and therapeutic viability of the conjugate in the experiments described below. These purification processes were also used to obtain a pure preparation of Factor VIII suitable for administration to human or other mammalian subjects in need of such

8

treatment, i.e., as free as possible of contaminants and as concentrated and active as possible. However, as stated above, Factor VIII preparations of relatively modest purity (such as 2–5 units/mg) can be used in accordance with the present invention.

It will be understood that the foregoing methods for the purification of Factor VIII are simply preferred procedures and that many other known procedures may be used, including immunoaffinity columns with anti-vWF antibody or anti-Factor VIII antibody, as will be readily appreciated by those of ordinary skill in the art. Instead of quaternary aminomethyl sepharose (which is preferred) another positively charged ionic group (such as aminoethyl, diethylaminoethyl, triethylaminoethyl, poly(ethyleneimine), epichlorohydrin triethanolamine, etc.) can be coupled to a solid support (e.g. sepharose, silica, cellulose or acrylamide) and used as the absorbent in the ion-exchange chromatography step.

The purified Factor VIII is then coupled to a non-antigenic ligand. Conjugation of Factor VIII is intended to produce a Factor VIII preparation having one or more of the following properties: decreased-antigenicity, decreased-immunorecognition, prolonged disappearance-time in vivo and a preparation that continues to be active as a blood coagulant protein and is suitable for administration to mammals in need of treatment.

Acceptable conjugates should have such a combination of procoagulant activity, increased in vivo disappearance time and reduced immunochemical reactivity and immunogenicity properties to provide advantageous alternatives to unconjugated Factor VIII. For example, if a conjugate has 50% of the activity of unconjugated Factor VIII but has a disappearance time that is sufficiently prolonged to compensate for this loss this is already an advantage because it may allow for wider spacing of consecutive infusions with Factor VIII and/or a smaller total number of infusions. It will also be an advantage if the conjugated preparation, due to its decreased antigenicity, will generate substantially fewer inhibitors (e.g. would generate about half the antibodies that neutralize Factor VIII activity when administered intravenously in the course of treatment in the vast majority of hosts compared to unconjugated factor). If, in addition to decreased antigenicity, the conjugate displays a substantially longer clearance time (such that it takes for example at least 50% longer to clear from the host than unconjugated factor), such that after the lapse of time substantially more conjugate is left in the bloodstream of the host than would remain of unconjugated factor, this constitutes an additional advantage permitting less frequent administration of Factor VIII or administration of smaller doses. Even if the conjugate has only about 35% of the activity of the unconjugated factor, use of such a conjugate would still be advantageous, as described above.

Thus, a "substantial portion of the activity" of the unconjugated protein shall mean at least about 35% of the activity of the protein in the unconjugated state.

A "substantially longer" infusion interval shall mean at least about 24 hours under acute bleeding conditions when the norm is 8–12 hours. Under these circumstances, a repeat infusion might not be necessary for most bleeds.

Accordingly, the conjugate should have such initial activity, antigenicity, immunoreactivity and useful life (low disappearance rate and/or prolonged half-life) in the blood stream such that, 12 or more hours after infu-

BAXJIVI0005632

Case 1:17-cv-01316-RGA-SRF Document 91-1 Filed 09/14/18 Page 90 of 361 PageID #: 8765
Case 1:17-cv-01316-RGA-SRF Document 149 Filed 12/28/18 Page 143 of 449 PageID #:
20615

4,970,300

9                                                              10

sion, the bloodstream of the host will still contain a greater amount of the administered Factor VIII activity than it would if unconjugated Factor VIII had been administered.

## Chemical Modification Procedures

Dextran (MW of 10, 40 and 70 kD) was oxidized by reaction with sodium periodate according to a modification of the procedure of Jeanes, A., et al, *J. Am. Chem. Soc.* 72:2655, 1950 as follows: a 10% ice-cold dextran solution was mixed with solid sodium periodate to a final concentration of 0.18 M. The reaction mixture was incubated overnight at 4° C. in the dark (to limit the extent of reaction) under constant mixing. Excess periodate was removed by chromatography of the reacted mixture on Sephadex G-25 or by dialysis against several changes of distilled water. The thus oxidized dextran can then be frozen or lyophilized for storage.

Factor VIII (specific activity in excess of 400 u/mg) was then chemically modified by coupling to sodium periodate-oxidized dextrans. (It should be noted that use of highly purified Factor VIII is not necessary.)

The coupling reaction was performed in 0.25 M CaCl$_2$ (or 1.0 M NaCl), 0.02 M MES (or 0.05 M sodium acetate) pH 6.0. Protein concentration was preferably about 0.5 mg/ml. Lyophilized dextran was then added to a final concentration of 10 mg/ml. The reaction was allowed to proceed for 6 hours at room temperature or until Factor VIII activity was reduced to 50–60% of the initial activity as measured by the two-stage assay method of Newman, et al., *Brit. J. Haematol.* 21:1–20, 1971. The reaction was stopped by the addition of 1 M sodium borohydride to a final concentration of 30 mM. A lower concentration is preferred if the protein concentration is also lower. Glucosamine or other neutral amine is added after 30 min incubation with the borohydride to neutralize unreduced aldehyde groups. Samples were stored at −70° C.

The conjugated Factor VIII can be dialyzed or subjected to concentration and diafiltration with a Minitan apparatus (Millipore, Bedford, Mass.) to exchange the high-calcium, sodium borohydride-containing buffer for a physiologic buffer, preferably in the presence of 0.5% human serum albumin.

The coupling of Factor VIII and dextran (of various molecular weights) was verified by several methods such as sodium dodecyl sulfate and borate polyacrylamide gel electrophoresis; Western blotting (using homologous polyclonal anti-Factor VIII antibodies obtained from George King Biomedical Inc., Overland Park, KA); periodic acid silver staining (Dubray, G., et al, *Anal. Biochem.*, 119:325–329, 1982); and sucrose density gradient ultracentrifugation.

The coupling of dextran to Factor VIII does not impair the functional capacity of thrombin-activated Factor VIII to act as a cofactor in the activation of Factor X. Use of dextran with a molecular weight higher than 200,000 should be avoided as it is antigenic and ;may act as an anticoagulant. Other ligands that may be coupled to Factor VIII include polyhydric alcohols and alcohol polymers such as PEG or M-PEG (MW 500–5000) poly (N-vinylpyrrolidone), sialic acid (or glycopeptides containing exposed sialic acid such as fibrinogen degradation products or gamma-globulin degradation products) von Willebrand factor, human serum albumin, poly D+ alanine, or poly D+ glutamic acid or poly D+ lysine and others. These ligands may be linked to FVIII .with cyanogen bromide, CDI, DST

(dichloro-s-triazine), TST (trichloro-s-triazine) or MST (monochloro-s-triazine), bifunctional crosslinking reagents, n-hydroxysuccinimide gluataraldehyde or other reagents. However, the reaction conditions should be optimized for each ligand and each linking agent. For example, when cyanogen bromide was used under the following conditions, coupling FVIII to dextran was not uniform or consistent.

Two-percent ice-cold Dextran (MW 10, 40 and 70 KD) in 0.05M sodium carbonate buffer was brought to pH 10.0 with NaOH. The reaction mixture was stirred on ice in a fume hood. Solid CNBr was added to a final concentration of 0.5% w/v. The reaction was allowed to proceed for 1 hour with constant addition of NaOH to maintain the pH at about 10 (9.5–10.2). The dextran was dialyzed against several changes of distilled water. It was then brought into contact with Factor VIII as described above at a pH of 7.4 over night at 4° C. The Factor VIII activity showed evidence of coupling to the dextran with a similar (50%) recovery of the activity but the reproducibility of this method was so poor that only about 25% of the Factor VIII samples showed clear evidence of coupling. However, with a higher coupling reaction pH, [such as about 7.8 to about 9.0) reproducibility would be expected to improve, but the Factor VIII would be unstable (stability may be improved by subsequently lowering the pH; nevertheless, some of the activity would be lost during the high pH exposure). However, in light of the present description, optimization of each procedure is within the skill of the art.

It is to be noted further that PEG activated with TsT according to the method of Abuchowski, 1977, failed to couple to Factor VIII under the following conditions: Monomethoxypolyethylene glycol (MW 1900 and 5000) was activated by dissolving in benzene to a 5% concentration; 2% anhydrous sodium carbonate was added as a base; TsT was added to a concentration of 75 mM and reaction mixture was stirred overnight at room temperature. The solution was filtered to remove the carbonate and PEG was precipitated by the slow addition of petroleum ether to a final concentration of 60%. The precipitate was collected, resuspended in benzene and reprecipitated three times to remove all residual TsT. Optimum conditions for coupling TsT-PEG to Factor VIII were determined by using coupling to human serum albumin as a model (albeit human serum albumin is a poor model for Factor VIII). This test however, enabled the investigators to determine whether any coupling would occur within reaction conditions that might be suitable for FVIII and would not inactivate Factor VIII. Even under optimum coupling conditions for FVIII, 10–20% of the amino groups on HSA reacted with TsT-PEG. These conditions (pH 7.5, 2.0 hours at 4° C.) were applied to several preparations of Factor VIII concentrate (specific activity about 0.5 units/mg). The concentrates were diluted to 1.0 mg/ml in 0.3 M NaCl, 0.05 M hepes, pH 7.5 to prevent protein precipitation by the PEG. DsT-PEG was added at 10%. No measurable coupling occurred under these conditions. Additional experiments were performed with a partially purified Factor VIII preparation that had a specific activity of about 50 U/mg (e.g. eluate of the first PE-E5 chromatography described above). The DsT-PEG had to be reduced to 1% to prevent Factor VIII precipitation. Attempts to keep the Factor VIII in suspension with detergents such as Tween 80 and Triton X-100 did not improve coupling

BAXJIVI0005633

4,970,300

| 11 | | 12 |

ability even at 2% DsT-PEG (higher DsT-PEG concentrations still caused precipitation). A lower molecular weight PEG may be expected to yield some coupling, but would probably be less effective in prolonging the disappearance-time and preventing an immune response. However, variations in the coupling procedure are expected to improve results.

Another preferred procedure employs activating PEG with trichloro-s-triazine; substituting another chloro group in the resulting dichloro-s-triazine (DsT-PEG) with aniline to form monochloro-s-triazine (MsT-PEG) and then coupling the protein essentially according to the procedure disclosed in U.S. Pat. No. 4,229,537. MsT is stable in aqueous solution, therefore, MsT may be used to couple Factor VIII to M-PEG or PEG in aqueous phase and the reaction may be allowed to proceed to equilibrium under very mild controlled conditions.

For example, 40 g of M-PEG (MW 2000) or PEG (MW 1450) may be dissolved in 100 ml of dioxane and the mixture brought to $50° \pm 2°$ C. with stirring in an oil bath. N,N-diisopropylethylamine in dioxane will be added (20 ml, 2 M). After 30 minutes, 20 ml of 1 M recrystallized TsT in dioxane will be added. After 60 minutes at 50° C., the reaction mixture will be brought to room temperature or below by dilution in cold (5–10° C.) anhydrous heptane (or petroleum ether) and precipitated. The dilution/precipitation procedure will be repeated three times; the final precipitate (1 volume) will be dissolved in 100 ml of chloroform (or 200 ml benzene-dioxane or benzene-acetone, reacted with two volumes of aniline in dioxane at room temperature for 30 minutes and reprecipitated three times with heptane or petroleum ether as above. The thus activated M-PEG or PEG can be dried in vacuo and stored at −80° C.

When used to modify Factor VIII, a 1–2% aqueous solution of the activated aniline-treated PEG will be incubated for 6–24 hours with partially purified or purified Factor VIII (activity higher than 0.2 units/mg) in 0.25 M CaCl$_2$ and 0.02 M MES or 0.05 M acetate buffer pH 6.0. The protein concentrations of the Factor VIII preparation should be at least 0.5 mg/ml. The reaction can be stopped by the addition of any suitable primary amine such as lysine (or another compound with an amino group such as ethanolamine or ammonium chloride or ammonium sulfate) and the conjugated Factor VIII may be separated from the reaction mixture by concentration and diafiltration using a Minitan apparatus, preferably in the presence of 0.5% albumin.

In general, the range of reaction conditions that do not cause Factor VIII inactivation (by precipitation or otherwise) are the following:

| | |
|---|---|
| pH | 5.8–7.8 |
| temperature | 30° C. and lower |
| ionic strength | 0.01 - preferably about 2.0 M (but can be higher) |
| PEG concentration | less than 5% |

In addition, the total protein concentration should be monitored to ensure that Factor VIII will couple preferentially and substantial amounts of contaminating protein will not form insoluble species.

Therefore, the coupling procedure must be operative under these conditions.

If PEG or M-PEG is to be used as a ligand, its molecular weight should be within the range of about 500–5000.

Albumin or possibly von Willebrand factor can be coupled to Factor VIII with glutaraldehyde, as has been done when albumin was coupled to Factor VIII (Remy, M., and Pasnamsky, M.; Lancet 2:68–70, 1978); M-maleimidobenzoyl sulfosuccinamide ester (sulfo-MBS) or other cross-linking reagents may also be used. Similarly, sialic acid containing glycopeptides can be coupled to FVIII with glutaraldehyde or other reagents as has been the case with glutamine-asparaginase (Holcenberg, J.S. et al., *J. Biol. Chem.* 250:4165–4170, 1975; or poly (vinylpyrrolidone) can be activated by partial hydrolysis, the N-hydroxy succinimide ester formed and this could be coupled to FVIII as it was to human hexaminidase A (Geiger, B.W., et al., *Eur. J. Biochem.* 43:141–144, 1977). Alternatively, n-carboxy-DL-alanine anhydride might be used as it was with trypsin (Annon, R. and Neurath, H., *Immunochemistry,* 7:241–250, 1970).

The foregoing representative coupling procedures are applicable to all proteins having mammalian Factor VIII activity (such as human, porcine and bovine Factor VIII and fragments of these proteins whether such proteins and fragments are isolated from natural sources or synthesized, such as by recombinant techniques).

## In vivo Disappearance Time of Factor VIII Conjugate

The in vivo disappearance time of native and modified Factor VIII was tested in a hemophilic dog (12.72 kg, estimated blood volume: 966 ml and plasma volume: 638 ml). Factor VIII for this experiment was purified to a specific activity of 980 units/mg under pyrogen-free conditions at an endotoxin level of less than 6 ng per 1000 units. The high purity FVIII was employed to insure performance of a well-controlled experiment with minimal contaminating protein, including von Willebrand factor, and does not imply that the purity needs to be high. The Factor VIII was purified in accordance with the complete (PE-E5/affinity/PE-E5) chromatographic procedure outlined above and all buffers were prepared with sterile, pyrogen-free, distilled water. Half of the Factor VIII preparation was coupled to dextran T70 at a concentration of 1000 U/ml with a 52% loss in activity. Both samples were dialyzed against 0.1 M CaCl$_2$, 0.05 M sodium acetate, pH 6.2 and 10% HSA was added prior to dialysis to prevent non-specific adsorption of Factor VIII protein on the dialysis membrane. The dog was injected with 0.7 ml of acepromazine (tranquilizer) and 0.3 ml of Dimethane-10 (an antihistamine) 15 minutes prior to intravenous infusion of the Factor VIII. One ml of dextran-Factor VIII conjugate (activity 235 units) was diluted to 8 ml with sterile saline and infused intravenously at 1 ml/min. Three-ml blood samples were each drawn into 0.3 ml of 3.8% trisodium citrate anticoagulant both pre-infusion and post-infusion (after 0.25, 0.5, 1, 1.5, 3, 6, 12 and 24 hours).

One week later, the experiment was repeated with 438 units of unmodified Factor VIII as a control.

No adverse effects were observed with infusion of either Factor VIII or conjugate.

The hemoglobin, total protein and platelet count remained stable throughout the experiment. The white blood cell count fluctuated for the first three hours post-infusion but returned to pre-infusion levels by six hours. The Factor VIII coagulant activity was moni-

BAXJIVI0005634

4,970,300

13

tored for 24 hours post-infusion by both the two-stage and the one-stage assay. The results are shown in the Table below:

TABLE

FACTOR VIII ACTIVITY IN THE CIRCULATING BLOOD OF A HEMOPHILIC DOG AFTER INFUSION OF HUMAN UNMODIFIED OR DEXTRAN-COUPLED FACTOR VIII

| Time Post Infusion | Factor VIII[1,3] | | T 70 (ox)-Factor VIII[2,3] | |
|---|---|---|---|---|
| | O/S | T/S | O/S | T/S |
| 0 mins | 0.08 | 0.079 | 0.075 | 0.078 |
| 15 mins | 0.75 | 0.8 | 0.39 | 0.32 |
| 60 mins | 0.71 | 0.72 | 0.37 | 0.32 |
| 90 mins | 0.65 | 0.43 | 0.36 | 0.37 |
| 3 hours | 0.45 | 0.37 | 0.38 | 0.37 |
| 6 hours | 0.35 | 0.29 | 0.25 | 0.34 |
| 9 hours | 0.30 | ND | 0.28 | 0.27 |
| 12 hours | 0.23 | 0.19 | 0.27 | 0.24 |
| 24 hours | 0 | 0.10 | 0.16 | 0.16 |
| 48 hours | ND | ND | 0.05 | 0.04 |

[1]Human unmodified Factor VIII.
[2]Dextran-coupled Factor VIII.
[3]Factor VIII activity was assayed by the one-stage (O/S) and two-stage (T/S) methods against a human Factor VIII standard (WHO 3rd International Standard). It is set fourth in this table as units/ml. THe pre-infusion level of Factor VIII (0.08 u/ml) was subtracted from all post infusion samples.

The rate of clearance of conjugated and native Factor VIII is shown in FIG. 1. As indicated in Table I, the Factor VIII measurements with each of the one-stage and two-stage assay were comparable.

The data in FIG. 1 show that all of the infused (both conjugated and unconjugated) Factor VIII was recovered in the bloodstream. However, after five hours, only half of the infused unmodified factor remained in the bloodstream compared with 90% of the conjugate. In addition, the level of the conjugate did not decrease to 50% of its peak activity until 21 hours post-infusion. After 24 hours, more than 85% of the unmodified factor had been eliminated from the bloodstream whereas 43% of the infused conjugate remained. After 48 hours (data not shown) more than 10% of the conjugate remained in the circulating blood.

The period of rapid fall in the first three and one-half hours post-infusion accounted for about 50% of the FVIII injected in this and in other control experiments. This is significant because the absence of any fall in the level of the modified FVIII during this time compensated for losses in FVIII activity due to the modification procedure. Furthermore, the prolongation of the half-life in Phase II due to the infusion of the modified FVIII resulted in a major net increase in the effective disappearance time of the modified FVIII in vivo compared to the control. This, in turn, makes it possible to space FVIII infusions further apart or decrease the amount of the initial infusion. For example, since the conjugate has a longer disappearance time (as in FIG. 1) it would be possible to space consecutive infusions of Factor VIII at least 24 hours apart and maintain a continuous hemostatic blood level of 40% of the injected dose of the conjugate as opposed to 30% of the activity of unconjugated factor remaining after only 12 hours. This would result in a substantial saving of the Factor VIII that would otherwise be needed.

In addition, the conjugate had decreased antigenicity in vivo and decreased recognition of Factor VIII inhibition, as will be described below.

The activity of the conjugated Factor VIII was confirmed by conducting thrombin activation experiments with various dextran/Factor VIII conjugates in vitro. The conjugates showed comparable or higher activa-

14

tion rates (e.g. about 8-fold activation at 2–3 minutes from exposure to dextran compared to thrombin activation at 18–20 minutes for the unconjugated factor). In any event, the data show that the conjugates are thrombinactivatable and that conjugation does not impair and possibly enhances the ability of Factor VIII to act as a cofactor in Factor X activation.

Antigenicity of Conjugated Factor VIII

Antigenicity of Factor VIII was decreased by dextran conjugation of the Factor VIII.

Six female New Zealand white rabbits were immunized. Three were immunized with Factor VIII conjugates (coupled to dextran T 70) and three with non-conjugated Factor VIII by twice-weekly weekly intramuscular injections with 100 micrograms of the Factor VIII preparation in Freund's adjuvant (complete for the first injection and incomplete for the seven subsequent injections). Blood samples were taken after 2.5 weeks and after 4.5 weeks following the first injection. (One of the conjugate-immunized rabbits was excluded from the experiment because it did not complete the immunization protocol.) IgG from the samples was isolated by chromatography on DEAE-Affi-gel blue in accordance with the manufacturer's instructions and tested for Factor VIII inhibitor activity according to the method of Kasper, C., Throm. Diath. Haemorrh.. 33:640, 1975. Doubling dilutions were made in Hepes (n-2-hydroxyethylpiperazine-N'-2-ethanesulfonic acid) buffer, pH 7.35. A 0.1-ml antibody dilution aliquot was incubated at 4° C. overnight with 0.1 ml of normal plasma (buffer with normal plasma served as the control). Factor VIII assays were performed by the two-stage method and the inhibitor titer was expressed in Bethesda units/ml.

The results of the antibody titration for the five rabbits are shown in the Table, below.

TABLE

Formation of Human Antibodies to Factor VIII and to T 70 (ox)-Factor VIII Following Their Injection Into Rabbits

| ANIMAL | ANTIGEN | FACTOR VIII INHIBITOR TITER (Bethesda units/ml) |
|---|---|---|
| 018 | Factor VIII | 80 |
| 022 | Factor VIII | 48 |
| 025 | Factor VIII | 50 |
| 021 | T 70 (ox)-Factor VIII | 15 |
| 024 | T 70 (ox)-Factor VIII | 30 |

The above data show that all preparations caused the production of antibodies with the ability to inhibit Factor VIII activity. The conjugate-immunized rabbits had lower antibody titers. In an immunoprecipitation test, no antibodies to dextran were detected in any of the animals.

Interaction of Factor VIII Inhibitors With the Conjugate

Inhibitory activity of certain antibodies to Factor VIII was decreased by dextran-conjugated Factor VIII which indicates that the conjugate has decreased immunoreactivity (binding to antibody).

A total of 15 antibodies to Factor VIII were tested for their ability to neutralize the coagulant activity of unmodified Factor VIII and dextran-conjugated Factor VIII. Seven of these antibodies were monoclonal, seven were human polyclonal from Factor VIII inhibitor patients and one was a rabbit polyclonal antibody raised against high-purity Factor VIII. Monoclonal antibodies

BAXJIVI0005635

4,970,300

15

to Factor VIII can be purchased from Hybritech, Inc., San Diego, Calif., or Chemicon International, Los Angeles, Calif. or can be raised in accordance with techniques well-known in the art.

For polyclonal antibody titrations, IgG was purified from plasma by DEAE chromatography (dimethylaminoethyl Affi-Gel blue on Affi-Gel]as described above. For monoclonal antibodies, culture supernatants were titered without additional purification. For each antibody sample, doubling dilutions were made in 0.1 M NaCl, 0.05 Hepes, 0.1% HSA, pH 7.3. A 0.1-ml aliquot of each dilution was incubated with 0.1 ml of Factor VIII (activity: 1.0 units/ml) or conjugate (activity: 0.5 units/ml) for two hours at 37° C.

The amount of protein in both the unmodified and conjugated Factor VIII preparation was the same. Samples were assayed by the two-stage assay method. The amount of inhibition was determined as a percentage of the control (Factor VIII or conjugate incubated with buffer). The inhibitor titer was determined in Bethesda units/ml, i.e. the reciprocal of antibody dilution at which 50% inhibition is achieved in this assay system. The results are shown in Table III, below.

TABLE III

| INHIBITOR TITERS FOR FACTOR VIII ANTIBODIES | | | |
|---|---|---|---|
| Antibody Source | Chain Specificity | Factor VIII Inhibitor Titer | T 70 (ox)-Factor VIII Inhibitor Titer |
| Monoclonals | | | |
| SNBTS 23.1 (G) | Heavy Chain | $10^4$ | 0 |
| SNBTS 98.1 | Not Detected | 2 | 2 |
| SNBTS 42.3 | Light Chain | 2 | 2 |
| SNBTS 83.1 (H) | Light Chain | 6 | 1 |
| SNBTS 78.1 | Light Chain | 4 | 4 |
| Chemicon | Light Chain | 4 | 4 |
| Hybritech (F) | Light Chain | 208 | 34 |
| Polyclonals | | | |
| NLS (A) | Light Chain | 133 | $33^4$ |
| TDH (B) | Light Chain | 250 | 100 |
| SLT | Light Chain | 700 | 710 |
| MRN (C) | Heavy Chain | 29 | 110 |
| GK 1824 | ND | 28 | 28 |
| GK 1825 (D) | ND | 90 | 40 |
| GK 1826 | ND | 75 | 75 |
| Rabbit (E) | ND | 100 | 55 |

[4]Maximum inhibition is less than 50% even with undiluted antibody so titer is taken as the lowest dilution giving maximum inhibition.

The above data show that of the 15 antibodies tested, 7 show decreased reactivity towards the conjugate as compared with unmodified Factor VIII. One antibody showed increased reactivity and seven antibodies showed no significant difference in reactivity. The results for antibodies designated A–H are depicted in graph form in FIG. 2.

One of the antibodies (known to be specific for the heavy chain of FActor VIII, i.e. the 90–210 kd peptide from the $A_1$-$A_2$-B region of the molecule) showed almost no inhibitory activity towards the conjugate (FIG. 2C) whereas another antibody (a spontaneously occurring antibody from a Factor VIII-inhibitor patient with specificity towards the same region of the Factor VIII molecule) showed increased reactivity towards the conjugate. This suggests that dextran coupling may alter the conformation of the heavy chain.

Of the remaining 13 antibodies, 8 were known to be specific for the light chain ($A_3$-$C_1$-$C_2$) region of Factor VIII and 5 were unclassified.

Six of these antibodies (two monoclonals, three polyclonals from inhibitor patients and one heterologous polyclonal from a rabbit) also showed decreased reac-

16

tivity to the conjugate. Three of these light-chain-specific antibodies (from inhibitor patients) exhibit a plateau of maximum inhibition of the conjugate which is below the inhibition of unmodified Factor VIII (FIG. 2A, 2B, 2F). The implication of this finding is that patients with this type of inhibitor would benefit from treatment with conjugate. (Natural inhibitors to the heavy chain of Factor VIII are rarely found in patients treated with Factor VIII concentrates.)

The remaining seven antibodies tested did not show a change in inhibition ability towards the conjugate.

Treatment of Hemophilia

The standard treatment for hemophilia is infusion of Factor VIII (preferably in the form of Factor VIII concentrate) calculated on the basis that, in humans, half of the Factor VIII activity infused remains after 8-12 hours so that repeated infusions are usually required until the bleeding has stopped for 24-48 hours. Thus, infusions are usually given every 8 to 12 hours. The amount of Factor VIII to be infused in a patient every 8-12 hours depends on the extent of the deficiency of Factor VIII activity in that patient and on the severity of the bleeding episode or injury (Levine, P.H., in Haemostasis and Thrombosis, pp. 97–111; R.W. Colman et al., Editors, J.B. Lippincott, Philadelphia, U.S.A., 1987).

Thus, a 50 kg man: (a) with a spontaneous bleed would be treated with about 15 U/kg (750 U) to reach a maximum blood level of 30%, $2 \times$ daily for 1–2 days; (b) with minor surgery or severe trauma would receive about 25 U/kg (1250 U) to reach a maximum blood level of 50%, $2 \times$ daily for several days or longer; and (c) with major trauma or surgery about 40–50 U/kg (2000-2500 U) to reach a maximum level of 80–100%, $2$–$3 \times$ daily for several days or weeks.

The amount of Factor VIII may be calculated from the fact that 1 unit of Factor VIII per kilogram of body weight elevates the bloodstream level about 2% (0.02 units) of the patient's usual Factor VIII level.

In the present invention, the amounts of infused Factor VIII required and the infusion frequency may be decreased by a factor calculated on the basis of: (a) the activity of the conjugate; (b) the absence (or decreased duration) of Phase 1, i.e. the absence of a period of rapid decrease in the blood level of Factor VIII after infusion; and the virtual doubling (or other prolongation) of the half-life in Phase 2.

Appendix of Materials Sources

Dextran T-10, T 40 and Sephadex G 25 were from Pharmacia Fine Chemicals, Division of Pharmacia, Inc., Piscataway, NJ. Affi-Gel-10, DEAE Affi Gel Blue, Coomassie Brilliant Blue G-250 and R-250 and gelatin were products of Bio Rad Laboratories, Richmond, Calif. Alkaline phosphatase conjugated goat anti-human IgG for Western Blots was obtained from Northeast Biomedical Laboratories, So. Windham, Me.

Monomethoxy polyethylene glycol, polyethylene glycol, heparin, Trasylol, sucrose and biuret reagent were purchased from Sigma Chemical Company, St. Louis, Mo. Cyanogen bromide, trichloro-s-triazine (TsT) dichloro-s-triazine (DsT), 1,1'carbonyl-diimidazole and benzamidine hydrochloride were from Aldrich Chemical Co., Milwaukee, Wisc. Sodium periodate, sodium borohydride, were products of Fisher

BAXJIVI0005636

4,970,300

## 17

Scientific, Springfield, N.J. Aluminum hydroxide was from Superfos Biosector a/s, Copenhagen, Denmark; 2,4,6 Trinitrobenzene sulphonic acid was from Eastman Kodak Co., Rochester, N.Y. (pAmidinophenyl)-methanesulphonyl fluoride was obtained from California Medicinal Fine Chemical Corp., San Francisco, Calif.; and inhibitor 805 (Mitsubishi Chemical Co., New York, N.Y.).

Polyelectrolytes PE-E5 and PE-E100 were supplied by Monsanto Company, St. Louis, Mo.

Hemophilic plasma was purchased from George King Biomedical Co., Inc., Overland Park, Kans. Monoclonal antibodies to Factor VIII were purchased from Hybritech, Inc., San Diego, Calif.; and Chemicon International, Los Angeles, Calif.

All other buffers and inorganic salts were of the highest quality grade available. All buffers were prepared in water subjected to reverse osmosis and deionization. Where appropriate, sterile, pyrogen-free water was used.

All cited literature, patent applications, and patents are incorporated by reference in their entirety.

The present invention has been described in detail by reference to preferred embodiments. It will be obvious to those of ordinary skill in the art, however, that many variations (omissions, additions and modifications) are possible without departure from the scope of the claims.

We claim:

1. An infusible conjugate comprising a protein having Factor VIII activity covalently linked to a nonantigenic ligand, said conjugate:

being activatable by thrombin;

retaining at least a substantial portion of the activity of said protein prior to conjugation; and

having a sufficiently prolonged in vivo disappearance time compared to said protein in the unconjugated state to at least compensate for any loss of activity of said conjugate compared to said unconjugated protein.

## 18

2. The conjugate of claim 1 wherein said ligand is selected from the group consisting of polysaccharides, sialic acid, albumin, von Willebrand factor, glycopeptides containing sialic acid available for coupling, polyethylene glycols wherein said ethylene is substituted or unsubstituted, poly(vinylpyrrolidone), poly D+ alanine, poly D+ glutamine and poly D+lysine.

3. The conjugate of claim 1 wherein said ligand is a polysaccharide.

4. The conjugate of claim 3 wherein said ligand is dextran.

5. The conjugate of claim 1 wherein said protein is selected from the group consisting of native and recombinant mammalian Factor VIII.

6. The conjugate of claim 1 wherein said ligand is a substituted or unsubstituted polyethylene glycol.

7. The conjugate of claim 1 wherein said conjugate is formed using a member selected from the group consisting of trichloro-s-triazine, dichloro-s-triazine, monochloro-s-triazine, 1,1'carboaryldiimidazole, hydroxysuccinimide, monofunctional or bi-functional cross-linking agents, cyanogen bromide and sodium periodate, as the linking agent between said protein and said ligand.

8. The conjugate of claim 7 wherein said linking agent is sodium periodate and said ligand is nonantigenic, nonanticoagulant dextran.

9. The conjugate of claim 8 wherein said protein is selected from the group of mammalian native and recombinant human antihemophilic factor and fragments thereof having antihemophilic factor activity.

10. The conjugate of claim 1 wherein said protein has been purified from a partially purified preparation of said protein by column chromatography using a positively charged ionic group on a solid-phase support as the adsorbent and a loading and washing buffer containing 0.05–2.0 M of a carbohydrate selected from the group consisting of glucose, sorbitol and lactose.

* * * * *

BAXJIVI0005637

# EXHIBIT 4



ELSEVIER

Advanced Drug Delivery Reviews 54 (2002) 459–476

Advanced
DRUG DELIVERY
Reviews

www.elsevier.com/locate/drugdeliv

# Chemistry for peptide and protein PEGylation

M.J. Roberts*, M.D. Bentley, J.M. Harris

Shearwater Corporation, 490 Discovery Drive, Huntsville, AL 35806, USA

Received 17 December 2001; accepted 22 January 2002

## Abstract

Poly(ethylene glycol) (PEG) is a highly investigated polymer for the covalent modification of biological macromolecules and surfaces for many pharmaceutical and biotechnical applications. In the modification of biological macromolecules, peptides and proteins are of extreme importance. Reasons for PEGylation (i.e. the covalent attachment of PEG) of peptides and proteins are numerous and include shielding of antigenic and immunogenic epitopes, shielding receptor-mediated uptake by the reticuloendothelial system (RES), and preventing recognition and degradation by proteolytic enzymes. PEG conjugation also increases the apparent size of the polypeptide, thus reducing the renal filtration and altering biodistribution. An important aspect of PEGylation is the incorporation of various PEG functional groups that are used to attach the PEG to the peptide or protein. In this paper, we review PEG chemistry and methods of preparation with a particular focus on new (second-generation) PEG derivatives, reversible conjugation and PEG structures.   © 2002 Elsevier Science B.V. All rights reserved.

Keywords: PEGylation; PEG-protein; PEG conjugation; PEG chemistry

## Contents

1. Introduction .......... 460
2. Properties of PEG .......... 460
3. Chemistry of pegylation .......... 461
  3.1. First-generation PEG chemistry .......... 462
    3.1.1. PEG chemistry for amine conjugation .......... 462
  3.2. Second-generation PEGylation chemistry .......... 464
    3.2.1. PEG chemistry for amine conjugation .......... 464
    3.2.2. PEG chemistry for cysteine modification .......... 466
    3.2.3. PEG chemistry for oxidized carbohydrates or N-terminus .......... 467
    3.2.4. PEG chemistry for reversible PEGylation .......... 467
    3.2.5. Heterobifunctional PEG chemistry .......... 469
  3.3. PEG structures .......... 473
4. Conclusions .......... 474
References .......... 474

*Corresponding author. Tel.: +1-256-704-7524; fax: +1-256-533-4201.
E-mail address: mroberts@shearwatercorp.com (M.J. Roberts).

0169-409X/02/$ – see front matter   © 2002 Elsevier Science B.V. All rights reserved.
PII: S0169-409X(02)00022-4

460                M.J. Roberts et al. / Advanced Drug Delivery Reviews 54 (2002) 459–476

## 1. Introduction

The use of proteins and peptides as human therapeutics has expanded in recent years due to: (1) discovery of novel peptides and proteins, (2) a better understanding of the mechanism of action in vivo, (3) improvements in expression or synthesis of proteins and peptides that closely resemble fully human proteins and peptides, and (4) improvements in formulation or molecule-altering technologies that have the ability to deliver polypeptides in vivo with improved pharmacokinetic and pharmacodynamic properties. It was estimated that in the year 2000, as many as 500 biopharmaceutical products were undergoing clinical trials, and the estimated annual growth rates of protein products (glycoproteins, unglycosylated proteins and antibodies) will range from 10 to 35% [1].

Although more biopharmaceuticals are in development than ever before, many of these have problems that are typical of polypeptide therapeutics, including short circulating half-life, immunogenicity, proteolytic degradation, and low solubility. Several strategies have emerged as ways to improve the pharmacokinetic and pharmacodynamic properties of biopharmaceuticals, including: (1) manipulation of amino acid sequence to decrease immunogenicity and proteolytic cleavage, (2) fusion or conjugation to immunoglobulins and serum proteins, such as albumin, (3) incorporation into drug delivery vehicles for protection and slow release, and (4) conjugating to natural or synthetic polymers [2–6].

Those in the biomedical, biotechnical and pharmaceutical communities have become quite familiar with the improved pharmacological and biological properties that are associated with the covalent attachment of poly(ethylene glycol) or PEG to therapeutically useful polypeptides. For instance, PEG conjugation can shield antigenic epitopes of the polypeptide, thus reducing reticuloendothelial (RES) clearance and recognition by the immune system and also reducing degradation by proteolytic enzymes. PEG conjugation also increases the apparent size of the polypeptide, thus reducing renal filtration and altering biodistribution. Contributing factors that affect the foregoing properties are: (1) the number of PEG chains attached to the polypeptide, (2) the molecular weight and structure of PEG chains attached to the polypeptide, (3) the location of the PEG sites on the polypeptide and (4) the chemistry used to attach the PEG to the polypeptide.

The importance of chemistry and quality of PEG reagents for peptide and protein modification has only been realized in the last several years as more and more PEG-conjugates have reached late phase clinical trials. The first few PEG-protein products, now on the market (Adagen®, Oncospar®, and PEG-Intron®), were developed using first generation PEG chemistry. One characteristic of first generation PEG chemistry is the use of low molecular weight linear PEGs ( ≤ 12 kDa) with chemistry that may result in side reactions or weak linkages upon conjugation with polypeptides.

The next generation of PEG-protein therapeutics, which will come to market in the next several years, uses second-generation PEG chemistries. Second-generation PEGylation was designed to avoid the problems of first generation chemistry, notably diactivated PEG impurities, restriction to low molecular weight mPEG, unstable linkages and lack of selectivity in modification. Readers are referred to several detailed reviews on different aspects of PEGylation [7–11]. In this paper, we review chemistries of both first- and second-generation, with an emphasis on newer PEGylation technologies, in order to provide an introduction to those chemistries that will be used in the following reviews.

## 2. Properties of PEG

In its most common form poly(ethylene glycol), PEG, is a linear or branched polyether terminated with hydroxyl groups and having the general structure:

$$HO-(CH_2CH_2O)_n-CH_2CH_2-OH$$

PEG is synthesized by anionic ring opening polymerization of ethylene oxide initiated by nucleophilic attack of a hydroxide ion on the epoxide ring. Most useful for polypeptide modification is monomethoxy PEG, mPEG, having the general structure:

$$CH_3O-(CH_2CH_2O)_n-CH_2CH_2-OH$$

BAXJIVI0010259

M.J. Roberts et al. / Advanced Drug Delivery Reviews 54 (2002) 459–476

Monomethoxy PEG is synthesized by anionic ring opening polymerization initiated with methoxide ions. Commercially available mPEG contains a considerable amount of diol PEG due to the presence of trace amounts of water during polymerization. This diol PEG is also of relatively high molecular weight due to polymerization at both ends of the polymer. The amount of diol PEG can exceed 15% of the composition of mPEG. A solution to the problem of diol contamination has been developed in our laboratories [12]. In this work, a crude benzyloxy-PEG, containing diol impurity, is methylated and then hydrogenated to remove the benzyl group. Thus diol is converted to the inert dimethyl ether, which can be subsequently removed after activation and polypeptide attachment.

$$BzO–PEG–OH + HO–PEG–OH \rightarrow \rightarrow HO–PEG–OCH_3 + CH_3O–PEG–OCH_3$$

Another common route to remove diol is to convert the PEGs to PEG-carboxylic acids that can then be purified by ion-exchange chromatography [13]. PEG with various end groups can be prepared by use of suitable initiator and/or termination reagents. Numerous functionalities can be introduced as end groups on PEG in this manner, including heterobifunctional products. For instance, Kataoka et al. synthesized a heterobifunctional PEG derivative containing aldehyde and thiol end groups [14]. Polymerization was initiated with 3,3-diethoxy-1-propanol, which forms a propionaldehyde after acid hydrolysis, and the polymerization was terminated with methansulfonyl chloride with successive conversion to ethyldithiocarbonate and a free thiol.

Compared with other polymers, PEG has a relatively narrow polydispersity ($M_w/M_n$) in the range of 1.01 for low molecular weight PEGs (<5 kDa) to 1.1 for high molecular weight PEGs (>50 kDa).

The unique ability of PEG to be soluble in both aqueous solutions and organic solvents makes it suitable for end group derivatization and chemical conjugation to biological molecules under mild physiological conditions. Studies of PEG in solution have shown that PEG typically binds 2–3 water molecules per ethylene oxide unit. Due to both the high flexibility of the backbone chain and the binding of water molecules, the PEG molecule acts as if it were five to 10 times as large as a soluble protein of comparable molecular weight. These factors have been suggested as the reason that PEG exhibits the ability to precipitate proteins [15], exclude proteins and cells from surfaces [16], reduce immunogenicity and antigenicity [17] and prevent degradation by mammalian cells and enzymes [18].

Low molecular weight oligomers of PEG (<400 Da) have been shown to be degraded in vivo by alcohol dehydrogenase to toxic metabolites, however the lack of toxicity of PEGs with a molecular weight above 1000 Da has been revealed over many years of use in foods, cosmetics and pharmaceuticals [18].

PEG is rapidly cleared in vivo without structural change and clearance is dependent on molecular weight. Below a molecular weight of about 20 kDa the molecule is cleared in the urine, and higher molecular weight PEGs are cleared more slowly in the urine and feces. PEG is only weakly immunogenic even at high molecular weights. Antibodies to PEG have been generated when attached to a highly immunogenic molecule under an immunization protocol with Freund's adjuvant [19–21]. There are no known situations in which anti-PEG antibodies have been generated under 'normal' clinical administration of a PEG-modified protein.

## 3. Chemistry of pegylation

To couple PEG to a molecule (i.e. polypeptides, polysaccharides, polynucleotides and small organic molecules) it is necessary to activate the PEG by preparing a derivative of the PEG having a functional group at one or both termini. The functional group is chosen based on the type of available reactive group on the molecule that will be coupled to the PEG. For proteins, typical reactive amino acids include lysine, cysteine, histidine, arginine, aspartic acid, glutamic acid, serine, threonine, tyrosine, N-terminal amino group and the C-terminal carboxylic acid. In the case of glycoproteins, vicinal hydroxyl groups can be oxidized with periodate to form two reactive formyl moieties.

The most common route for PEG conjugation of proteins has been to activate the PEG with functional groups suitable for reaction with lysine and N-terminal amino acid groups. Lysine is one of the most

BAXJIVI0010260

prevalent amino acids in proteins and can be upwards of 10% of the overall amino acid sequence. In reactions between electrophilically activated PEG and nucleophilic amino acids, it is typical that several amines are substituted. When multiple lysines have been modified, a heterogeneous mixture is produced that is composed of a population of several polyethylene glycol molecules attached per protein molecule ('PEGmers') ranging from zero to the number of $\varepsilon$- and $\alpha$-amine groups in the protein. For a protein molecule that has a single PEG attached by this nonspecific modification method, the polyethylene glycol moiety may be attached at a number of different amine sites. Therefore there is the potential for a large number of positional isomers ($P$) as the degree of modification increases:

$$P = \frac{N!}{(N-k)! \times k!}$$

where $N$ is the number of possible sites and $k$ is the number of sites modified. The extent of modification is important in determining the pharmacological properties of the bioconjugate. Typically, a higher degree of modification will extend the circulation half-life and reduce the likelihood of antigenicity [22]. Each positional isomer of the heterogeneous mixture is likely to have an influence on whether the conjugate is active or whether an antibody will bind an antigenic epitope. The heterogeneity in lysine substitution and in PEG molecular weights is of some concern for PEG-protein pharmaceuticals, and it is generally necessary to demonstrate that the pattern for a particular pharmaceutical can be measured and is reproducible. Many of the important benefits of PEGylation can be controlled by proper conjugation of various molecular weight PEGs to the protein at specific locations on the protein's surface.

The monofunctionality of methoxyPEG makes it particularly suitable for protein and peptide modification because it yields reactive PEGs that do not produce crosslinked polypeptides, as long as diol PEG has been removed. As we will see in the discussion of second generation PEGylation, it is also possible in some instances to reduce or eliminate heterogeneity in the position of substitution.

### 3.1. First-generation PEG chemistry

#### 3.1.1. PEG chemistry for amine conjugation

Since most applications of PEG conjugation involve labile molecules, the coupling reactions require mild chemical conditions. In the case of polypeptides, the most common reactive groups involved in coupling are the alpha or epsilon amino groups of lysine. In Fig. 1 is listed a wide range of first generation PEG derivatives used for protein PEGylation of either the alpha or epsilon amino groups. First-generation chemistries are generally plagued by PEG impurities, restriction to low molecular weights, unstable linkages, and lack of selectivity in modification. Examples of first-generation PEG derivatives include: (a) PEG dichlorotriazine, (b) PEG tresylate, (c) PEG succinimidyl carbonate, (d) PEG benzotriazole carbonate, (e) PEG p-nitrophenyl carbonate, (f) PEG trichlorophenyl carbonate, (g) PEG carbonylimidazole and (h) PEG succinimidyl succinate.

The initial work of Davis et al. used cyanuric chloride to prepare activated PEG for attachment to proteins [6,17]. The PEG dichlorotriazine (Fig. 1a) derivative can react with multiple nucleophilic functional groups such as lysine, serine, tyrosine, cysteine, and histidine, which results in displacement of one of the chlorides and produces a conjugate with retained charge in the form of a secondary amine linkage [23]. The remaining chloride is less susceptible to reactions with nucleophilic residues. Unfortunately, the reactivity is sufficient to allow crosslinking of protein molecules containing additional nucleophilic residues. To solve this problem, Inada et al. synthesized 2,4-bis(methoxypolyethylene glycol)-6-chloro-s-triazine (mPEG$_2$-chlorotriazine) as shown in Fig. 2 [24]. The lower reactivity of the remaining chlorine translates into a more selective modification of lysine and cysteine residues without further side reactions.

Another alkylating reagent used to nonspecifically modify multiple amino groups to form secondary amine linkages to proteins, viruses and liposomes is PEG tresylate (Fig. 1b) [25]. Although more specific to amino groups than PEG dichlorotriazine, the chemistry of conjugation and the conjugation products are not unique and well defined. For example,

BAXJIVI0010261

Fig. 1. First-generation amine reactive PEG derivatives.



Fig. 2. Branched PEG (PEG2) based on PEG-triazine.

Gais et al. have shown that PEG-tresylate conjugation to small molecule amines can produce a product that contains a degradable sulfamate linkage [26]. Therefore, a heterogeneous mixture that results from attaching PEG-tresylate to proteins may contain a population of conjugates with degradable linkages.

Most first-generation PEG chemistries are those that produce conjugates through acylation. Two widely used first-generation activated mPEGs are succinimidyl carbonate (SC-PEG in Fig. 1c) [27,28] and benzotriazole carbonate (BTC-PEG in Fig. 1d) [29]. SC-PEG and BTC-PEG react preferentially with lysine residues to form a carbamate linkage, but are also known to react with histidine and tyrosine residues. SC-PEG is slightly more stable to hy-

BAXJIVI0010262

drolysis than BTC-PEG with a half-life of 20.4 min at pH 8 and 25 °C compared to the 13.5 min hydrolysis half-life of BTC-PEG under the same conditions [30]. It has recently been observed that SC-PEG and BTC-PEG couple to histidine residues of α-interferon at slightly acidic conditions to form a hydrolytically unstable imidazolecarbamate linkage [31]. The weak linkage could be used to advantage in preparation of controlled-release formulation, or it could be a disadvantage if conjugate instability were not desired.

Other PEG acylating reagents which produce urethane linked proteins include p-nitrophenyl carbonate (pNPC-PEG in Fig. 1e), trichorophenyl carbonate (TCP-PEG in Fig. 1f) and carbonylimidazole (CDI-PEG in Fig. 1g) [32,33]. These reagents are prepared by reacting chloroformates or carbonylimidazole with the terminal hydroxyl group on mPEG, and these have much lower reactivity than either the SC-PEG or BTC-PEG. Generally, the slower the reaction the more specific the reagent is to certain amino acid groups of the protein. In this way, some selectivity is achieved. The extent and rate of modification can easily be followed in the case of pNPC-PEG and TCP-PEG by monitoring the phenolate-ion leaving-group by colorimetric analysis.

The remaining first-generation PEG reagent is succinimidyl succinate (SS-PEG in Fig. 1h) [34]. SS-PEG is prepared by reaction of mPEG with succinic anhydride, followed by activation of the carboxylic acid to the succinimidyl ester. The polymer backbone contains a second ester linkage that remains after the conjugation reaction with a protein. This linkage is highly susceptible to hydrolysis after the polymer has been attached to the protein. Not only does this hydrolysis lead to loss of the benefits of PEG attachment, but the succinate tag that remains on the protein after hydrolysis can act as a hapten and lead to immunogenicity of the remaining protein [35].

Techniques used to form first generation PEG derivatives are generally straightforward and involve reacting the PEG polymer with a group that is reactive with hydroxyl groups, typically anhydrides, chlorides, chloroformates and carbonates. With the exception of the work by Bentley et al., these techniques lack the ability to produce pure monofunctional PEG derivatives of high molecular weight

[12]. Since the diol content of high molecular weight PEGs can reach 15%, high-molecular-weight, first-generation PEG chemistry is inefficient for protein conjugation. The ability to generate an intermediate that can be purified from diactivated species renders second-generation chemistry a valuable tool for protein modification.

### 3.2. Second-generation PEGylation chemistry

#### 3.2.1. PEG chemistry for amine conjugation

Second-generation PEGylation chemistry has been designed to avoid the above noted problems of diol contamination, restriction to low molecular weight mPEG, unstable linkages, side reactions and lack of selectivity in substitution. One of the first examples of second-generation chemistry is mPEG-propionaldehyde [36]. mPEG-propionaldehyde is easier to prepare and use than PEG-acetaldehyde because the acetaldehyde is very susceptible to dimerization via aldol condensation. A key property of mPEG-priopionaldehyde, as disclosed by Kinstler et al. in work on PEGylation of G-CSF, sTNF-RI, and consensus IFN, is that under acidic conditions (approximately pH 5), aldehyde is largely selective for the N-terminal α-amine because of the lower $pK_a$ of the α-amine compared to other nucleophiles [37–39]. The conjugation of electrophilic PEGs to amino acid residues on proteins is highly dependent on the nucleophilicity of each amino acid residue. Nucleophilic attack will only take place when the pH of the protein solution is near or above the residue's $pK_a$. Therefore the reactivity of each residue also depends on neighboring amino acid residues. Although complete selectivity is not observed, the extensive heterogeneity frequently seen with lysine chemistry is greatly reduced. Coupling of aldehydes to primary amines proceeds through a Schiff base, which is reduced in situ to give a stable secondary amine linkage as shown in Fig. 3.

An alternative approach to using PEG-aldehyde is to use the acetal derivative of PEG-propionaldehyde or PEG-acetaldehyde [40]. The aldehyde hydrate of the acetal derivatives can be generated in situ by acid hydrolysis (Fig. 4). The pH of the solution can then be adjusted to values sufficient for protein modification with the same mechanism as the free aldehyde derivative in Fig. 3. The benefit of using the

BAXJIVI0010263



Fig. 3. Reductive amination using PEG-propionaldehyde.

Fig. 4. In situ generation of PEG-aldehyde hydrate for use in reductive amination.

acetal derivative over the free propionaldehyde or acetaldehyde is longer storage stability and higher purity.

Active esters of PEG carboxylic acids are the most used acylating agents for protein modification. Active esters react with primary amines near physiological conditions to form stable amides as shown in Fig. 5. Generating the carboxylic acid intermediate allows the PEG to be purified from unsubstituted or disubstituted impurities by ion-exchange chromatography [41]. Purities of greater than 97% are routinely obtainable by this method. Activation of PEG-carboxylic acids to the succinimidyl active esters is accomplished by reacting the PEG-carboxylic acid with N-hydroxysuccinimide (NHS or HOSu) and a carbodiimide.

The first carboxylic acid derivative of PEG not containing a degradable linkage to the PEG backbone, as in SS-PEG, was carboxymethylated PEG (CM-PEG) [42]. The succinimidyl ester of this compound (SCM-PEG) is extremely reactive (hydrolysis $t_{1/2}$ of 0.75 min at pH 8 and 25 °C) and is therefore difficult to use. To take advantage of the intermediate purification step and have an active ester that had more favorable kinetics for protein modification, Harris et al. prepared propionic acid (PEG–O–CH$_2$CH$_2$–COOH) and butanoic acid (PEG–O–CH$_2$CH$_2$CH$_2$–COOH) derivatives of PEG (Fig. 5(1)) [13]. Changing the distance between the active ester and the PEG backbone by the addition of methylene units had a profound influence on the reactivity towards amines and water. For example, SBA-PEG, which has two additional methylene groups, has a longer hydrolysis half-life of 23 min at pH 8 and 25 °C. SPA-PEG, which has one additional methylene group, has a hydrolysis half-life of 16.5 min at pH 8 and 25 °C.

Reactivity of PEG active esters towards amines

Fig. 5. PEG NHS esters. (1) PEG NHS esters based on propionic and butanoic acids and (2) α-branched PEG NHS esters based on propionic and butanoic acids.

and water can be further decreased by introducing an α-branching moiety to the carboxylic acid as shown in Fig. 5(2). An α-methyl branched PA-PEG derivative has a hydrolysis half-life of 33 min at pH 8 and 25 °C.

### 3.2.2. PEG chemistry for cysteine modification

PEGylation of free cysteine residues in proteins is the main approach for site-specific modification because reagents that specifically react with cysteines have been synthesized, and the number of free cysteines on the surface of a protein is much less than that of lysine residues. In the absence of a free cysteine in a native protein, one or more free cysteines can be added by genetic engineering [43]. The advantage of this approach is that it makes possible site-specific PEGylation at areas on the protein that will minimize a loss in biological activity but decrease immunogenicity. This strategy is not without its shortcomings. The addition of free cysteines by genetic engineering increases the possibility of incorrect disulfide formation and protein dimerization.

PEG derivatives such as PEG-maleimide (Fig. 6(1)), vinylsulfone (Fig. 6(2)), iodoacetamide (Fig. 6(3)), and orthopyridyl disulfide (Fig. 6(4)) have been developed for PEGylation of cysteine residues, with each derivative having its own advantages and disadvantages [43–46]. PEG-vinylsulfone (PEG-VS) reacts slowly with thiols to form a stable thioether linkage to the protein at slightly basic conditions (pH 7–8) but will proceed faster if the pH is increased.

Although PEG-VS is stable in aqueous solutions, it may react with lysine residues at elevated pH. Unlike PEG-VS, PEG-maleimide (PEG-MAL) is more reactive to thiols even under acidic conditions (pH 6–7), but it is not stable in water and can undergo ring opening or addition of water across the double bond. PEG-iodoacetamide (PEG-IA) reacts slowly with free thiols by nucleophilic substitution, creating a stable thioether linkage. The reaction should be done in slight molar excess of PEG-IA in a dark container to limit the generation of free iodine that may react with other amino acids. The thioether linkage between the PEG-MAL and protein is stable, but slow cleavage of one of the amide linkages can occur by hydrolysis. Orthopyridyl disulfide-PEG (PEG-OPSS) reacts specifically with sulfhydryl groups under both acidic and basic conditions (pH 3–10) to form a disulfide bond with the protein. Disulfide linkages are also stable, except in a reducing environment when the linkage is converted to thiols.

Scientists in our laboratories recently prepared a highly active, long circulating and stable conjugate of IFN-β using a two-step method with PEG-OPSS [47]. The tertiary structure of IFN-β was determined by Karpusas et al. who showed that the free cysteine residue at position 17 was proximal to the surface but hidden [48]. In this case, the available thiol was not accessible to high molecular weight PEG that would be needed for improved pharmacokinetics. The approach that was ultimately adopted was to couple a low molecular weight di-OPSS PEG ($M_w$ 2000) to the interferon and then couple a PEG thiol

M.J. Roberts et al. / Advanced Drug Delivery Reviews 54 (2002) 459–476

Fig. 6. Thiol reactive PEGs. (1) PEG maleimide, (2) PEG vinyl sulfone, (3) PEG iodoacetamide, and (4) PEG orthopyridyl disulfide.

to the remaining terminal OPSS group. The disulfide linkage between PEG and the protein was found to be stable in plasma circulation (unpublished data).

### 3.2.3. PEG chemistry for oxidized carbohydrates or N-terminus

Oxidation of carbohydrate residues or N-terminal serine or threonine is an alternative method for site-directed PEGylation of proteins. Carbohydrates can be oxidized with enzymes, such as glucose oxidase, or chemically with sodium periodate. Oxidation of the carbohydrate residues generates multiple reactive aldehyde groups, which can be reacted with either PEG-hydrazide to produce a hydrazone linkage or with PEG-amine to produce a reversible Schiff base (Fig. 7) [49]. The hydrazone linkage may be reduced with sodium cyanoborohydride to a more stable alkyl hydrazide and the Schiff's base may be reduced to form a secondary amine. Reductive alkylation with PEG-amine is problematic because the amino groups of a protein possess similar reactivity to PEG-amines and thus may form cross-

linked aggregates. PEG-hydrazides are more useful in these situations. Under acidic conditions (approx. pH 5), amino groups of the protein are predominantly protonated, but because the PEG-hydrazide is a weaker base ($pK_a$ approx. 3) than primary amines ($pK_a$ approx. 10), the reaction is selective to the PEG-hydrazone formation. Multiple attachment sites are generated using this method, but the modification site is specific to the carbohydrate.

Another approach to site-specific conjugation is to take advantage of the presence of a N-terminal serine or threonine, which can be converted by periodate oxidation to a glyoxylyl derivative. Gaertner et al. oxidized the N-terminal serine of IL-8 to form a glyoxylyl derivative, which they conjugated to aminooxy and hydrazide PEG derivatives [50].

### 3.2.4. PEG chemistry for reversible PEGylation

Most PEGylation chemistry is designed to create a conjugate that contains a stable linkage to the protein. In most cases having a stable linkage to the protein is beneficial because of the suitability for

BAXJIVI0010266

M.J. Roberts et al. / Advanced Drug Delivery Reviews 54 (2002) 459–476



Fig. 7. Attachment of poly(ethylene glycol) to oxidized carbohydrates of glycoproteins.

long-term storage, easier purification and availability of prefilled syringes. It is also generally observed that stable linkages to a protein can reduce the activity, possibly due to the presence of the PEG chain at the active or binding site of the protein or steric crowding at the active or binding site. Also the PEG molecular weight has a direct impact on the activity; higher molecular weight PEG conjugates tend to have lower in vitro activity but have higher in vivo activity due to the improved pharmacokinetic profile [51]. The objective of most PEG conjugation techniques is to increase the circulation half-life without altering activity. In the development of PEG-Intron[®], Enzon used a degradable linkage between the PEG and protein to improve the pharmacokinetic half-life but minimize loss of activity by releasing native interferon alpha-2b [52]. PEG-Intron is formed by conjugation of PEG-SC to interferon alpha-2b at low pH (around pH 5). The conjugation leads to a population of PEG conjugates coupled to His[34] (Fig. 8). In this case, the PEG is coupled to the N[δ1] position of the imidazole ring in histidine to form a carbamate linkage and the PEG was found to be released from the protein over time. Note should be taken when comparing PEG-Intron to the branched PEG$_{40\ kDa}$-interferon alpha-2a conjugate (Pegasys[®]) that the PEG-Intron product has a higher in vitro activity compared to Pegasys, but the in vivo

Fig. 8. Attachment of PEG-benzotriazole or PEG-succinimidyl carbonate to histidine residues on proteins.

BAXJIVI0010267

activity of the Pegasys product is higher due to the superior pharmacokinetic profile [53,54].

An approach to regaining protein activity lost by PEGylation is the use of PEG chemistry that releases the native protein over time through enzymatic degradation, hydrolytic cleavage or reduction. The first such PEG reagent was PEG-succinimidyl succinate, described above. Other 'double ester' PEG reagents have been investigated by Roberts et al. to help control the release rates of the protein and regain activity over a period of time [55]. In this case, hydroxy acids are attached to carboxylic acids of PEG (carboxymethyl, propionic, or butanoic) to create a PEG acid that has an ester linkage between the hydroxy acid and PEG acid (Fig. 9). The terminal acid of the PEG derivative can then be activated and attached to $\alpha$- and $\varepsilon$-amino groups of proteins. Regeneration of at least 60% of the native activity of lysozyme was recovered at physiological conditions of completely inactivated protein after release of the PEG from the protein. The problem with the double ester PEG reagents is that they release a protein that contains a 'tag' that could lead to immunogenicity of the protein.



Fig. 9. Attachment and release of PEG-double esters from proteins (Y is an aliphatic or aromatic moiety).

To circumvent the loss of activity associated with some PEG modifications and the potential immunogenic nature of proteins released from PEG with a 'tag' as described above, reagents that release the native protein without 'tags' seem to be a better choice for protein modification. The first such reagent was PEG maleic anhydride used by Garman et al. to attach PEG to tissue plasminogen activator and urokinase (Fig. 10) [56]. Both of the conjugates regenerated the native protein under physiological conditions and had a 5–10× slower clearance rate than the native protein in the guinea pig.

Another example of a releasable PEG reagent was prepared by Bentley et al. [57]. In this work, mPEG phenyl ether succinimidyl carbonates and mPEG benzamide succinimidyl carbonates (Fig. 11) are used to conjugate to amino groups on lysozyme. Both conjugates regenerated the native protein under physiological conditions and the rate of release was controlled by the substitution position on the phenyl.

Greenwald et al. also synthesized a releasable PEG reagent that released native protein by a 1,6 elimination mechanism (Fig. 12) [58]. Again, the native protein was regenerated with nearly 100% of its bioactivity.

A further example of a releasable PEG was proposed by Zalipsky et al., which released the native protein by a mechanism other than hydrolysis [59]. The linkage as shown in Fig. 13 employs a p- or o-disulfide of a benzyl urethane. When subjected to mild reducing environments, such as that present in endosomal compartments of a cell, the original amine component is regenerated.

### 3.2.5. Heterobifunctional PEG chemistry

As applications of PEG chemistry have become more sophisticated, there has been an increasing need for heterobifunctional PEGs, which are PEGs bearing dissimilar terminal groups. Such heterobifunctional PEGs bearing appropriate functional groups may be used to link two entities where a hydrophilic, flexible, and biocompatible spacer is needed. Heterobifunctional PEG can be used in a variety of ways that includes linking macromolecules to surfaces (for immunoassays, biosensors or various probe applications), targeting of drugs, liposomes and viruses to specific tissues, liquid phase peptide synthesis and many others.

BAXJIVI0010268

Fig. 10. Attachment and release of PEG-methylmaleic anhydride from amine containing drugs.



Fig. 11. Attachment and release of PEG-phenyl NHS carbonates from amine containing drugs (hydrolysis mechanism) [X is O or –CONH–].

Several methods have been developed to synthesize heterobifunctional PEGs, each having its own advantages and disadvantages. Preferred end groups for heterobifunctional PEGs are NHS esters, maleimide, vinyl sulfone, pyridyl disulfide, amine, and carboxylic acids. The first such synthetic method

BAXJIVI0010269

Fig. 12. Attachment and release of PEG-phenyl NHS carbonates from amine containing drugs (1,6-elimination mechanism).

is to simply limit molar equivalents of each reagent. However, a distribution of substitution will result as shown below.

HO–PEG–OH

HO–PEG–COOH

HOOC–PEG–COOH

A chromatographic approach was used by Zalipsky et al. to purify a PEG acid that was synthesized by reacting glycine with a PEG succinimidyl carbonate derivative [40]. Ion exchange chromatography was shown to be a very effective purification method to separate monoacid from diacid and unsubstituted PEG.

Bentley et al. prepared heterobifunctional PEGs by first initiating PEG polymerization with benzyl alcohol to produce benzyl PEG (Bz–PEG–OH) [60]. The hydroxyl group of the intermediate polymer is

Fig. 13. Attachment and release of PEG phenyl NHS carbonates from amine containing drugs (reduction mechanism).

converted to a first reactive functional group. The benzyl group can then be removed by hydrogenolysis or hydrolysis, without chemically affecting the first functional group, thus making available a new terminal hydroxyl group for the addition of a second functional group.

A promising strategy for generating heterobifunctional PEGs is the polymerization approach. Initiating polymerization of ethylene oxide with an anion that ultimately becomes the end-group of PEG is the most direct route for heterobifunctional synthesis. Terminating the reaction with water generates a

hydroxyl group at the second terminal end that can undergo activation by chemical methods. For example, this method has been used by Yokoyama et al. to prepare a PEG with a hydroxyl group at one terminus and an amino group at the other [61]. Cammas et al. have also used this method to prepare PEGs with an amino group on one terminus and a hydroxyl or methoxy group on the other [62]. It has also been used by Nagasaki et al. to prepare a PEG having a formyl group at one terminus and a hydroxyl group at the other [63]. This strategy also has its limits. Only those anions that are desirable as

end groups and suitable for initiating polymerization are useful for synthesis of heterobifunctional PEG by this route. This method is also limited by the fact that rigorous exclusion of water is necessary to prevent the formation of diol. This problem becomes more severe as PEG molecular weight increases. If these limits are resolved, generating heterobifunctional PEG reagents by anionic polymerization may be the most efficient and cost effective method.

### 3.3. PEG structures

In addition to the linear structure of the PEG molecule shown above, branched structures have proven useful for protein and peptide modification. The first branched PEG structure, 2,4-bis(methoxypolyethylene glycol)-6-chloro-s-triazine (mPEG$_2$-chlorotriazine), was based on a triazine core and synthesized by Inada et al. as shown in Fig. 2 [24].

Yamasaki et al. first synthesized a more useful branched PEG structure, based on a lysine core [64]. A highly purified branched PEG or PEG2 (Fig. 14A) was constructed by Veronese et al. using two linear PEG-BTC (or the related PEG-SC) chains linked to



Fig. 14. Various PEG structures. (1) Branched PEG (PEG2), (2) linear forked PEG, and (3) branched forked PEG [Y is a group having a carbon branching moiety and X is a molecule, linker and/or a functional group].

the α- and ε-amino groups of lysine [65]. This construct allows for a large molecular weight (upward of 60 kDa) and highly pure PEG to be synthesized with a single reactive end group. The standard preparation of PEG2 intermediate acid contains impurities. These impurities consist of unreacted PEG-BTC, a lysine residue that has only one PEG chain attached to one of the amino groups ('PEG1'), and 'PEG3', which is a linear PEG having a lysine at each end of a diactivated PEG impurity and two mPEG-BTC molecules coupled to the remaining two amino groups (thus PEG3 is a diacid). During aqueous work-up, the unreacted mPEG-BTC is converted back to mPEG-OH. Thus the reaction mixture contains a diacid, a zwitterion, a neutral mPEG, and the desired monoacid, which can be purified by careful ion-exchange chromatography. The acid of the lysine linker can be converted into a range of other derivatives including NHS esters, aldehydes, thiols and maleimide.

PEG2 turns out to be a very exciting protein PEGylation reagent because of its unique characteristics when compared to linear PEGs. For example, PEG2 attached to proteins 'acts' much larger than a corresponding linear mPEG of the same $M_w$ [64]. This structure of PEG also has the advantage of adding two PEG chains per attachment site on the protein, therefore reducing the chance of protein inactivation. Furthermore, the PEG2 structure is more effective in protecting proteins from proteolysis, reducing antigenicity and reducing immunogenicity [66].

Another branched PEG is the forked PEG. Instead of having a single functional group at the end of two PEG chains, as with PEG2, forked PEG has two reactive groups at one end of a single PEG chain or branched PEG (Fig. 14B,C). Harris et al. first synthesized a forked PEG by attaching to the terminus of a polymer backbone a single functional group of a trifunctional linker, such as serinol or β-glutamic acid [67]. The remaining proximal functional groups, which are linked to a central carbon atom, are able to react with two other molecules, which can be the same or different, to produce a PEG molecule that contains two molecules at a single terminus of the PEG chain.

Arnold et al. synthesized PEG compounds having terminal metal chelating groups, which consisted of

two free carboxylic acid or amino groups linked to a central nitrogen atom [68]. The PEG compounds were used to extract and precipitate proteins from solutions with the carboxylic acid or amino groups together with the nitrogen atom capable of forming ionic complexes with metal ions. Similar PEG compounds were synthesized by Martinez et al. to link hydroxyl containing moieties to the two terminal carboxylic acid groups to create a PEG-linked prodrug [69].

Forked PEG is useful for conjugating molecules where the benefit would be to bring two moieties in close proximity to one another, for example, dimerization of cell surface receptors to activate cellular mechanisms. Also, of interest is conjugating a F(ab)′ fragment of an antibody to the proximal reactive groups to produce a conjugate that closely resembles the structure of the full-length antibody. Another useful attribute of forked PEG is the increased loading capacity of small molecule pharmaceuticals.

# 4. Conclusions

The array of PEG chemistries reviewed here are among dozens being used for clinical development of PEGylated peptides and proteins. The transition from first-generation chemistries to second-generation chemistries is taking place at a rapid pace and future demands for PEG reagents will lead to new reagents for novel applications in the biopharmaceutical industry. Novel PEG chemistry for site-specific modification, as well as control of PK/PD parameters, will be synthesized when the needs arise. The importance of chemistry and quality of PEG reagents for peptide and protein modification has only been realized in the last several years as more and more PEG-conjugates make it to late phase clinical trials. Clearly, the scientific community is eagerly awaiting the results of the ongoing clinical trials to determine future product candidates. We expect that the approval of PEG-Intron for Hepatitis C and the FDA filing of Pegasys (PEG-IFN-alpha 2a), PEG-Neupogen® (PEG-G-CSF) and PEGVisomant (PEG-hGHra) will bring new life to a seasoned technology. What was thought to be a failing technology is now fulfilling its long recognized potential.

# References

[1] G. Walsh, Biopharmaceutical benchmarks, Nat. Biotechnol. 18 (2000) 831–833.

[2] C. Mateo, J. Lombardero, E. Moreno, A. Morales, G. Bombino, J. Coloma, L. Wims, S.L. Morrison, R. Perez, Removal of amphipathic epitopes from genetically engineered antibodies: production of modified immunoglobulins with reduced immunogenicity, Hybridoma 19 (2000) 463–471.

[3] J.B. Lyczak, S.L. Morrison, Biological and pharmacokinetic properties of a novel immunoglobulin-CD4 fusion protein, Arch. Virol. 139 (1994) 189–196.

[4] S. Syed, P.D. Schuyler, M. Kulczycky, W.P. Sheffield, Potent antithrombin activity and delayed clearance from the circulation characterize recombinant hirudin genetically fused to albumin, Blood 89 (1997) 3243–3252.

[5] S. Cohen, T. Yoshioka, M. Lucarelli, L.H. Hwang, R. Langer, Controlled delivery systems for proteins based on poly(lactic/glycolic acid) microspheres, Pharm. Res. 8 (1991) 713–720.

[6] A. Abuchowski, J.R. McCoy, N.C. Palczuk, T. van Es, F.F. Davis, Effect of covalent attachment of polyethylene glycol on immunogenicity and circulating life of bovine liver catalase, J. Biol. Chem. 252 (1977) 3582–3586.

[7] J.M. Harris (Ed.), Polyethylene Glycol Chemistry, Biotechnical and Biomedical Applications, Plenum, New York, 1992.

[8] J.M. Harris, Synthesis of polyethylene glycol derivatives, J. Macromol. Sci. Rev. Macromol. Chem. Phys. C25 (1985) 325–373.

[9] S. Zalipsky, Chemistry of polyethylene glycol conjugates with biologically active molecules, Adv. Drug Deliv. Rev. 16 (1995) 157–182.

[10] F.M. Veronese, Peptide and protein PEGylation: a review of problems and solutions, Biomaterials 22 (2001) 405–417.

[11] G. Hooftman, S. Herman, E. Schacht, Review: Poly(ethylene glycol)s with reactive endgroups. II. Practical consideration for the preparation of protein–PEG conjugates, J. Bioact. Compat. Polym. 11 (1996) 135–159.

[12] M.D. Bentley, J.M. Harris, A. Kozlowski, Heterobifunctional poly(ethylene glycol) derivatives and methods for their preparation, P.C.T. US99/23536 (1999).

[13] J.M. Harris, A. Kozlowski, Polyethylene glycol and related polymers monosubstituted with propionic or butanoic acids and functional derivatives thereof for biotechnical applications, US Patent 5,672,662 (1997).

[14] Y. Akiyama, H. Otsuka, Y. Nagasaki, M. Kato, K. Kataoka, Selective synthesis of heterobifunctional poly(ethylene glycol) derivatives containing both mercapto and acetal terminals, Bioconjug. Chem. 11 (2000) 947–950.

[15] A. Polson, A theory for the displacement of proteins and viruses with polyethylene glycol, Prep. Biochem. 7 (1977) 129–154.

[16] W.R. Gombotz, W. Guanghui, T.A. Horbett, A.S. Hoffman, Protein adsorption to and elution from polyether surfaces, in: J.M. Harris, S. Zalipsky (Eds.), Polyethylene Glycol Chemis-

BAXJIVI0010273

M.J. Roberts et al. / Advanced Drug Delivery Reviews 54 (2002) 459–476                                475

try, Biotechnical and Biomedical Applications, Plenum, New York, 1992, pp. 247–261.

[17] A. Abuchowski, T. van Es, N.C. Palczuk, F. F Davis, Alteration of immunological properties of bovine serum albumin by covalent attachment of polyethylene glycol, J. Biol. Chem. 252 (1977) 3578–3581.

[18] P.K. Working, M.S. Newman, J. Johnson et al., Safety of poly(ethylene glycol) and poly(ethylene glycol) derivatives, in: J.M. Harris, S. Zalipsky (Eds.), Poly(ethylene glycol) Chemistry and Biological Applications, ACS Books, Washington, DC, 1997, pp. 45–57.

[19] A.W. Richter, E. Akerblom, Antibodies against polyethylene glycol produced in animals by immunization with mono-methoxy polyethylene glycol modified proteins, Int. Arch. Allergy Appl. Immunol. 70 (1983) 124–131.

[20] A.W. Richter, E. Akerblom, Polyethylene glycol reactive antibodies in man: titer distribution in allergic patients treated with monomethoxy polyethylene glycol modified allergens or placebo, and in healthy blood donors, Int. Arch. Allergy Appl. Immunol. 74 (1984) 36–39.

[21] T.L. Cheng, P.Y. Wu, M.F. Wu, J.W. Chern, S.R. Roffler, Accelerated clearance of polyethylene glycol-modified proteins by anti-polyethylene glycol IgM, Bioconjug. Chem. 10 (1999) 520–528.

[22] R. Clark, K. Olson, G. Fuh, M. Marian, D. Mortensen, G. Teshima, S. Chang, H. Chu, V. Mukku, E. Canova-Davis, T. Somers, M. Cronin, M. Winkler, J.A. Wells, Long-acting growth hormones produced by conjugation with polyethylene glycol, J. Biol. Chem. 271 (1996) 21969–21977.

[23] S. Zalipsky, C. Lee, Use of functionalized poly(ethylene glycol)s for modification of polypeptides, in: J.M. Harris, S. Zalipsky (Eds.), Polyethylene Glycol Chemistry, Biotechnical and Biomedical Applications, Plenum, New York, 1992, pp. 347–370.

[24] A. Matsushima, H. Nishimura, Y. Ashihara, Y. Yakata, Y. Inada, Modification of E. Coli asparaginase with 2,4-bis(o-methoxypolyethylene glycol)-6-chloro-s-triazine (activated PEG2); disappearance of binding ability towards anti-serum and retention of enzymatic activity, Chem. Lett. (1980) 773–776.

[25] G.E. Francis, D. Fisher, C. Delgado, F. Malik, A. Gardiner, D. Neale, PEGylation of cytokines and other therapeutic proteins and peptides: the importance of biological optimization of coupling techniques, Int. J. Hematol. 68 (1998) 1–18.

[26] H.J. Gais, S. Ruppert, Modification and immobilization of proteins with polyethylene glycol tresylates and polysaccharide tresylates: evidence suggesting a revision of the coupling mechanism and the structure of the polymer–polymer linkage, Tetrahedron Lett. 36 (1995) 3837–3838.

[27] S. Zalipsky, R. Seltzer, S. Menon-Rudolph, Evaluation of a new reagent for covalent attachment of polyethylene glycol to proteins, Biotechnol. Appl. Biochem. 15 (1992) 100–114.

[28] T. Miron, M. Wilchek, A simplified method for the preparation of succinimidyl carbonate polyethylene glycol for coupling to proteins, Bioconjug. Chem. 4 (1993) 568–569.

[29] E.K. Dolence, C. Hu, R. Tsang, C.G. Sanders, S. Osaki, Electrophilic polyethylene oxides for the modification of polysaccharides, polypeptides (proteins) and surfaces, US Patent 5,650,234 (1997).

[30] Shearwater Corporation Catolog, 2001.

[31] S. Lee, C. McNemar, Substantially pure histidine-linked protein polymer conjugates, US Patent 5,985,263 (1999).

[32] F.M. Veronese, R. Largajolli, E. Boccu, C.A. Benasssi, O. Schiavon, Activation of monomethoxy poly(ethylene glycol) by phenylchloroformate and modification of ribonuclease and superoxide dismutase, Appl. Biochem. Biotechnol. 11 (1985) 141–152.

[33] C.O. Beauchamp, S.L. Gonias, D.P. Menapace, S.V. Pizzo, A new procedure for the synthesis of polyethylene glycol-protein adducts, effects on function, receptor recognition and clearance of superoxide dismutase, lactoferrin and α2-macroglobulin, Anal. Biochem. 131 (1983) 25–33.

[34] A. Abuchowski, G.M. Kazo, C.R. Verhoest et al., Cancer therapy with chemically modified enzymes. I. Antitumor properties of polyethylene glycol-asparaginase conjugates, Cancer Biochem. Biophys. 7 (1984) 175–186.

[35] M.C. Carter, M.E. Meyerhoff, Instability of succinyl ester linkages in O2′-monosuccinyl cyclic AMP-protein conjugates at neutral pH, J. Immunol. Methods 81 (1985) 245–257.

[36] J.M. Harris, R.M. Herati, Preparation and use of polyethylene glycol propionaldehyde, US Patent 5,252,714 (1993).

[37] O.B. Kinstler, D.N. Brems, S.L. Lauren, Characterization and stability of N-terminally PEGylated rhG-CSF, Pharm. Res. 13 (1996) 996–1002.

[38] O.B. Kinstler, N.E. Gabriel, C.E. Farrar, R.B. DePrince, N-terminally chemically modified protein compositions and methods, US Patent 5,985,265 (1999).

[39] C.K. Edwards, PEGylated recombinant human soluble tumor necrosis factor receptor type I (rHu-sTNF-RI): A novel high-affinity TNF receptor designed for chronic inflammatory diseases, Ann. Rheum. Dis. 58 (1999) 173–181.

[40] M.D. Bentley, J.M. Harris, Poly(ethylene glycol) aldehyde hydrates and related polymers and applications in modifying, US Patent 5,990,237 (1999).

[41] S. Zalipsky, G. Barany, Preparation of polyethylene glycol derivatives with two different functional groups at the termini, Polym. Preprints 27 (1986) 1–2.

[42] S. Zalipsky, G. Barany, Facile synthesis of α-hydroxy-ω-carboxymethylpolyethylene oxide, J. Bioact. Compat. Polym. 5 (1990) 227–231.

[43] R.J. Goodson, N.V. Katre, Site-directed pegylation of recombinant interleukin-2 at its glycosylation site, Biotechnology 8 (1990) 343–346.

[44] T.P. Kogan, The synthesis of substituted methoxy-poly(ethylene glycol) derivatives suitable for selective protein modification, Synth. Commun. 22 (1992) 2417–2424.

[45] M. Morpurgo, F.M. Veronese, D. Kachensky, J.M. Harris, Preparation and characterization of poly(ethylene glycol) vinyl sulfone, Bioconjug. Chem. 7 (1996) 363–368.

[46] C. Woghiren, B. Sharma, S. Stein, Protected thiol-polyethylene glycol: a new activated polymer for reversible protein modification, Bioconjug. Chem. 4 (1993) 314–318.

BAXJIVI0010274

[47] N. El Tayar, M.J. Roberts, J.M. Harris, W. Sawlivich, Polyol-IFN-β conjugates, WO99/55377 (1999).

[48] M. Karpusas, M. Nolte, C.B. Benton, W. Meier, W.N. Lipscomb, S. Goelz, The crystal structure of human interferon beta at 2.2-A resolution, Proc. Natl. Acad. Sci. USA 94 (1997) 11813–11818.

[49] S. Zalipsky, S. Menon-Rudolph, Hydrazide derivatives of poly(ethylene glycol) and their bioconjugates, in: J.M. Harris, S. Zalipsky (Eds.), Poly(ethylene glycol) Chemistry and Biological Applications, ACS Books, Washington, DC, 1997, pp. 318–340.

[50] H.F. Gaertner, R.E. Offord, Site-specific attachment of functionalized poly(ethylene glycol) to the amino terminus of proteins, Bioconjug. Chem. 7 (1996) 38–44.

[51] P. Bailon, A. Palleroni, C.A. Schaffer, C.L. Spence, W.J. Fung, J.E. Porter, G.K. Erlich, W. Pen, Z.X. Xu, M.W. Modi, A. Farid, W. Berthold, M. Graves, Rational design of a potent, long-lasting form of interferon: A 40 kDa branched polyethylene glycol-conjugated interferon α-2a for the treatment of hepatitis C, Bioconjug. Chem. 12 (2001) 195–202.

[52] J.M. Harris, A. Kozlowski, Improvements in protein PEGylation: pegylated interferons for treatment of hepatitis C, J. Controlled Release 72 (2001) 217–224.

[53] P. Glue, R. Rouzier-Panis, C. Raffanel et al., PEG-interferon-α2b: pharmacokinetics, pharmacodynamics, safety and preliminary efficacy data, Hepatology 30 (1999) 189AA.

[54] N.E. Algranati, S. Sy, M. Modi, A branched methoxy 40 kDa polyethyleneglycol (PEG) moiety optimizes the pharmacokinetics (PK) of PEG-interferon α2a (PEG-IFN) and may explain its enhanced efficacy in chronic hepatitis C (CHC), Hepatology 40 (Suppl.) (1999) 190A.

[55] M.J. Roberts, J.M. Harris, Attachment of degradable poly(ethylene glycol) to proteins has the potential to increase therapeutic efficacy, J. Pharm. Sci. 87 (1998) 1440–1445.

[56] A.J. Garman, S.B. Kalindjian, The preparation and properties of novel reversible polymer–protein conjugates, FEBS Lett. 223 (1987) 361–365.

[57] X. Zhao, M.D. Bentley, A hydrolyzable linkage for PEG-proteins, in: Ninth International Symposium on Recent Advances in Drug Delivery System, 1999, pp. 144–146.

[58] S. Lee, R.B. Greenwald, J. McGuire, K. Yang, C. Shi, Drug delivery systems employing 1,6-elimination: Releasable poly(ethylene glycol) conjugates of proteins, Bioconjug. Chem. 12 (2001) 163–169.

[59] S. Zalipsky, M. Qazen, J.A. Walker II, N. Mullah, Y.P. Quinn, S.K. Huang, New detachable poly(ethylene glycol) conjugates: Cysteine-cleavable lipopolymers regenerating natural phospholipid, diacyl phosphatidylethanolamine, Bioconjug. Chem. 10 (1999) 703–707.

[60] M.D. Bentley, J.M. Harris, A. Kozlowski, Heterobifunctional poly(ethylene glycol) derivatives and methods for their preparation, WO 126692A1 (2001).

[61] M. Yokoyama, T. Okano, Y. Sakurai, A. Kikuchi, N. Ohsako, Y. Nagasaki, K. Kataoka, Synthesis of poly(ethylene oxide) with heterobifunctional reactive groups at its terminals by an anionic initiator, Bioconjug. Chem. 3 (1992) 275–276.

[62] S. Cammas, Y. Nagasaki, K. Kataoka, Heterobifunctional poly(ethylene oxide): synthesis of alpha-methoxy-omega-amino and alpha-hydroxy-omega-amino PEOs with the same molecular weights, Bioconjug. Chem. 6 (1995) 226–230.

[63] Y. Nagasaki, T. Kutsuna, M. Iijima, M. Kato, K. Kataoka, S. Kitano, Y. Kadoma, Formyl-ended heterobifunctional poly(ethylene oxide): synthesis of poly(ethylene oxide) with a formyl group at one end and a hydroxyl group at the other end, Bioconjug. Chem. 6 (1995) 231–233.

[64] N. Yamasaki, A. Matsuo, H. Isobe, Novel polyethylene glycol derivatives for modification of proteins, Agric. Biol. Chem. 52 (1988) 2125–2127.

[65] C. Monfardini, O. Schiavon, P. Caliceti, M. Morpurgo, J.M. Harris, F.M. Veronese, A branched monomethoxypoly(ethylene glycol) for protein modification, Bioconjug. Chem. 6 (1995) 62–69.

[66] F.M. Veronese, P. Caliceti, O. Schiavon, Branched and linear poly(ethylene glycol): influence of the polymer structure on enzymological, pharmacokinetic and immunological properties of protein conjugates, J. Bioact. Compat. Polym. 12 (1997) 196–207.

[67] J.M. Harris, A. Kozlowski, Poly(ethylene glycol) derivatives with proximal reactive groups, WO 99/45964 (1999).

[68] F.H. Arnold, G.E. Wuenschell, Immobilized metal aqueous two-phase extraction and precipitation, US Patent 5,283,339 (1994).

[69] A.J. Martinez, A. Pendri, R.B. Greenwald, Y.H. Choe, Terminally-branched polymeric linkers and polymeric conjugates containing the same, US Patent 6,153,655 (2000).

BAXJIVI0010275

# EXHIBIT 5

REVIEWS

# EFFECT OF PEGYLATION ON PHARMACEUTICALS

*J. Milton Harris* & Robert B. Chess[§]*

Protein and peptide drugs hold great promise as therapeutic agents. However, many are degraded by proteolytic enzymes, can be rapidly cleared by the kidneys, generate neutralizing antibodies and have a short circulating half-life. Pegylation, the process by which polyethylene glycol chains are attached to protein and peptide drugs, can overcome these and other shortcomings. By increasing the molecular mass of proteins and peptides and shielding them from proteolytic enzymes, pegylation improves pharmacokinetics. This article will review how PEGylation can result in drugs that are often more effective and safer, and which show improved patient convenience and compliance.

HALF-LIFE
The amount of time it takes for one-half of a drug dose to be lost through biological processes.

SHELF LIFE
The amount of time a stored drug retains its activity.

*Nektar Therapeutics, 490 Discovery Drive, Huntsville, Alabama 35806, USA. §Nektar Therapeutics, 150 Industrial Road, San Carlos, California 94070, USA. e-mails: jmharris@al.nektar.com; robert_chess/inhale@inhale.com
doi:10.1038/nrd1033

The biotechnology revolution has produced novel peptides and proteins (henceforth referred to as polypeptides) that have become important new drugs. More than 80 polypeptide drugs are marketed in the United States, and 350 more are undergoing clinical trials. About a third of drug candidates in clinical trials today are polypeptides. In 2000, sales of polypeptide drugs were estimated at US \$15 billion worldwide[1].

Recombinant DNA techniques using *Escherichia coli* and other organisms also allow polypeptide drugs to be produced in large quantities. Despite these tremendous advances, polypeptide drugs possess several shortcomings that limit their usefulness. These disadvantages include their susceptibility to destruction by proteolytic enzymes, short circulating HALF-LIFE, short SHELF LIFE, low solubility, rapid kidney clearance and their propensity to generate neutralizing antibodies[2]. In addition, most polypeptide drugs must be delivered by injection, either subcutaneously or intravenously[2].

Scientists have searched for years for ways to overcome the problems associated with polypeptides as drugs. Various researchers have attempted to improve the clinical properties of polypeptides by altering amino-acid sequences to reduce degradation by enzymes and antigenic side effects, by fusing them to immunoglobulins or albumin to improve half-life, and by incorporating them into drug-delivery vehicles such

as LIPOSOMES[3–5]. Although sometimes successful, these methods have limitations, as illustrated by studies of liposomes. Liposomes not only deliver drugs to diseased tissues, such as tumours, but also rapidly enter the liver, spleen, kidneys and RETICULOENDOTHELIAL SYSTEMS, and leak drugs while in circulation[6]. In addition, liposomes activate COMPLEMENT, which causes pseudoallergic reactions that damage heart and liver cells[7]. Pegylation is an alternative method that overcomes these deficiencies[8,9] by attaching polyethylene glycol (PEG) chains to polypeptides or other candidate molecules. In fact, liposomes are now pegylated to improve the delivery of encapsulated drugs, such as the anticancer agent doxorubicin[10] (BOX 1).

The FDA has approved PEG for use as a vehicle or base in foods, cosmetics and pharmaceuticals, including injectable, topical, rectal and nasal formulations. PEG shows little toxicity, and is eliminated from the body intact by either the kidneys (for PEGs < 30 kDa) or in the faeces (for PEGs > 20 kDa)[11]. PEG lacks immunogenicity[12], and antibodies to PEG are generated in rabbits only if PEG is combined with highly immunogenic proteins[13]. No one has ever reported the generation of antibodies to PEG under routine clinical administration of pegylated proteins. However, under extreme experimental conditions, antibodies to PEG have been generated in animals as a result of the injection of PEG–protein conjugates[14].

© 2003 Nature Publishing Group

BAXJIVI0009638

Box 1 | **Pegylated liposomes**

Liposomes are pegylated to prolong their blood circulation time. Compared with classical liposomes, pegylated counterparts show increased half-life, decreased plasma clearance, and a shift in distribution in favour of diseased tissues. PEG is incorporated into the lipid bilayer of the liposome, forming a hydrated shell that protects it from destruction by proteins. For the antitumour drug doxorubicin, pegylation of the liposome brings an eightfold increase in plasma half-life of the liposome compared to an unmodified liposome[18]. Pegylated liposomes are also less extensively taken up by the reticuloendothelial system and are less likely to leak drug while in circulation[19].

## First-generation pegylation processes

In the late 1970s, Frank Davis and his colleagues at Rutgers University pioneered the first chemical steps of pegylation that enabled the protection of proteins from destruction during drug delivery[15]. Their studies generated the unexpected finding that pegylation also improves the PHARMACOKINETIC and PHARMACODYNAMIC properties of polypeptide drugs by increasing water solubility, reducing renal clearance and limiting toxicity[16,17]. Pegylation reduces kidney clearance simply by making the molecules larger, and, as the kidneys filter substances basically according to size, larger molecules clear more slowly. The PEG is not degraded prior to elimination[18].

PEG is formed by a process of linking repeating units of ethylene glycol to form polymers with linear or branched shapes of different molecular masses (FIG. 1). These PEG structures are then chemically attached to the drug of choice in a process called pegylation. Studies of PEG in solution reveal that each ethylene glycol subunit is tightly associated with two or three water molecules. This binding of water molecules makes pegylated compounds function as though they are five to ten times larger than a corresponding soluble protein of similar molecular mass, as confirmed by size-exclusion chromatography and gel electrophoresis[19]. The PEG polymer, along with the associated water molecules, acts like a shield to protect the attached drug from enzyme degradation, rapid renal clearance and interactions with cell surface proteins, thereby limiting adverse immunological effects. Pegylated drugs are also more stable over a range of pH and temperature changes[20] compared with their unpegylated counterparts. Consequently, pegylation confers on drugs a number of properties that are likely to result in a

number of clinical benefits, such as sustained blood levels that enhance effectiveness, fewer adverse reactions, longer shelf life and improved patient convenience[21]. However, pegylation can produce a decrease in the *in vitro* activity of proteins, but generally this negative effect is offset in biological systems by an increased half-life. Pegylation can influence the binding affinity of therapeutic proteins to cellular receptors, which results in changes in the bioactivity of polypeptides[18].

To maximize the pharmacological benefits of pegylation, a stable bond is formed between the PEG polymer and polypeptide drug of choice. In general, a PEG polymer is first chemically activated in order to react with a polypeptide drug[22]. A variety of chemical modifications are used to prepare an active PEG derivative with a functional group — such as active carbonate, active ester, aldehyde, or tresylate, as illustrated in FIG. 2 — suitable for coupling to a given target molecule. The activated PEG derivative is then covalently linked to a reactive group on the polypeptide drug. The most common reactive sites on polypeptides for attaching PEG polymers are the α or ε amino groups of lysine or the N-terminal amino-acid groups of other amino acids[23]. Changes in the size, structure and molecular mass of PEG polymers can affect the biological activity of the attached drug. In general, pegylation of a polypeptide lowers its renal clearance, increases its half-life and improves its biological activity[18]. The careful selection of pegylation chemistries and reaction conditions yield pegylated polypeptides with different therapeutic properties. For example, pegylation of granulocyte colony-stimulating factor (G-CSF) through an amine linkage increases the liquid-phase stability of G-CSF five times compared with pegylation through an amide bond[24].

The first-generation pegylation methods were fraught with difficulties. With first-generation pegylation, the PEG polymer was generally attached to the ε amino groups of lysines. This resulted in the modification of multiple lysines, and gave mixtures of PEG isomers with different molecular masses[25]. The existence of these isomers makes it difficult to reproduce drug batches, and can contribute to the antigenicity of the drug and poor clinical outcomes. In addition, first-generation methods mainly used linear PEG polymers with molecular masses of 12 kDa or less. Unstable bonds between the drug and PEG were also sometimes used, which leads to degradation of the PEG–drug conjugate during manufacturing and injection[26]. An additional problem was that early pegylation was performed with methoxy–PEG (m–PEG), which was contaminated with PEG DIOL and which resulted in the crosslinking of proteins to form inactive aggregates. Diol contamination can reach up to 10–15% (REF 27).

Despite these limitations, several first-generation pegylated drugs received regulatory approval. Still in use today are pegademase (Adagen), a pegylated form of the enzyme adenosine deaminase for the treatment of severe combined immunodeficiency disease (SCID), and pegaspargase (Oncaspar), a pegylated form of the enzyme asparaginase for the treatment of leukaemia.

LIPOSOME
Phospholipid capsules that protect enclosed drugs from degradation.

RETICULOENDOTHELIAL SYSTEM
A community of phagocytic cells of the body, located primarily in the spleen, liver and lymph nodes, that protect against infection.

COMPLEMENT
A complex series of blood proteins whose actions augment the work of antibodies to destroy bacteria, produce inflammation and regulate immune reactions.

PHARMACOKINETICS
The movement of drugs throughout the body, including their absorption, distribution, metabolism and excretion, and the mathematical models that describe these actions.

PHARMACODYNAMICS
Changes in measurable clinical parameters related to a drug, such as increase in antitumour activity, decrease in nausea, or decrease in viral load.

| Linear PEG-OH | $H-(OCH_2CH_2)_n-OH$ |
| Linear m-PEG-OH | $CH_3-(OCH_2CH_2)_n-OH$ |
| Branched m-PEG$_2$ | $m\text{-PEG-O-C-N}$ ... $m\text{-PEG-O-C-N-(CH_2)_4}$ ... OH |

Figure 1 | **Structural formulae of polyethylene glycol (PEG) molecules.** m-PEG, monomethoxy–PEG.

© 2003 Nature Publishing Group

BAXJIVI0009639

BAXJIVI0009640

## REVIEWS



Figure 2 | **Method for the activation of PEG molecules. A** | Cyanuric chloride method. **B** | A variation on the cyanuric chloride method. **Ca** | Polyethylene glycol (PEG)–succinimidyl succinate method. **Cb** | Substitution of the succinate residue by glutarate. **Cc** | Substitution of the aliphatic ester in **Ca** by an amide bond. **D** | Imidazolyl formate method. **E** and **F** | Variations using phenylcarbonates of PEG. **G** | Succinimidyl carbonates of PEG. **H** | Succinimidyl active ester of PEG.

### Second-generation pegylation processes

Second-generation pegylation chemistry strives to avoid the pitfalls associated with mixtures of isomers, diol contamination, unstable bonds and low-molecular mass m–PEG. Researchers have created an array of chemistries to improve PEG derivatives and their linkages to drugs. For example, using PEG–propionaldehyde instead of PEG–acetaldehyde prevents the formation of impurities in the PEG (by aldol condensation in this case)[28] (FIG. 3). Generating carboxylic acid intermediates of PEG permits up to 97% of diol impurities to be removed by ion-exchange chromatography before PEG attachment to polypeptide drugs[20]. An overall goal of second-generation pegylation methods is to create larger PEG polymers to improve the pharmacokinetic and pharmacodynamic effects seen with lower molecular mass PEGs. In some cases, the changes are dramatic, such as the pegylation of interleukin-6 (IL-6), which increases the half-life of IL-6 100-fold, which in turn results in a 500-fold rise in its thrombopoietic potency[18]. TABLE 1 summarizes the influence of pegylation on the pharmacokinetic and pharmacodynamic properties of several therapeutic polypeptides.

Pegylating site-specifically can minimize the loss of biological activity and reduce immunogenicity. For instance, as there are far fewer cysteine residues than lysine groups on polypeptides, the THIOL groups of cysteine are ideal for specific modifications. Moreover, cysteines can be added to polypeptides precisely where they are desired by genetic engineering[29]. The preparation of a highly active, long-circulating and stable conjugate of interferon-β (IFN-β) illustrates how such structural manipulation can lead to the development

of a pegylated drug. In this case, a two-step method with m–PEG orthopyridyl disulfide (OPSS) was used[30]. In the folded structure of native IFN-β, the free cysteine residue at position 17 is proximal to the surface, but is hidden[31]. Consequently, a PEG derivative of high molecular mass cannot be directly attached to this residue. Instead, one active group of the smaller, low-molecular-mass (2 kDa) difunctional reagent di-OPSS–PEG is first attached to the hidden cysteine of IFNβ, followed by coupling of a high-molecular-mass m–PEG thiol to the other active group of OPSS–PEG. Although many proteins might not benefit from site-specific pegylation, in others, such as antibody fragments, it is crucial that the PEG is attached at a site distant from the binding site.

Other advances in the chemistries for manipulating PEG derivatives include the incorporation of degradable linkages to release drugs at targeted sites as well as the synthesis and use of HETEROBIFUNCTIONAL PEGs. One method (of the many under investigation) for releasing drugs from PEG employs a para- or ortho-disulfide of benzyl urethane[32]. When subjected to mild reducing conditions, such as inside the endosomes of cells, the drug breaks free. Heterobifunctional PEGs contain dissimilar terminal groups, which are advantageous for applications in immunoassays, biosensors and probes to link macromolecules to surfaces, as well as for the targeting of drugs, liposomes or viruses to specific tissues[33].

Another improvement in second-generation PEG polymers is the use of branched structures, in contrast to the solely linear structures found in first-generation PEGs[20]. Branched PEGs of greatly increased molecular masses — up to 60 kDa or more, compared with the 12 kDa or less found in first-generation PEGs — have been prepared. A branched PEG 'acts' as if it were much larger than a corresponding linear PEG of the same molecular mass[34]. Branched PEGs are also better at cloaking the attached polypeptide drug from the immune system and proteolytic enzymes, thereby reducing its antigenicity and likelihood of destruction[35]. The transition from first-generation to second-generation chemistries is taking place at a rapid pace, and the examples mentioned in this section are just a few of the novel chemistries reported (BOX 2). Further details are reviewed elsewhere[2,18].

### Early clinical PEG conjugates

The FDA has approved several pegylated polypeptides as therapeutics and more are undergoing clinical investigation. In 1990, pegademase (Adagen) received approval for the treatment of severe combined immunodeficiency (SCID), a disease associated with an inherited deficiency of adenosine deaminase[36]. Before the availability of pegademase, SCID patients were transfused with red blood cells containing adenosine deaminase. However, blood transfusions raised the risks of iron overload and transfusion-associated viral infections[37,38]. Because pegademase carries about 1,800 times more adenosine deaminase activity per millilitre than red blood cells, the drug achieves higher blood levels of the missing enzyme[39].

DIOL
PEG with two terminal hydroxyl groups that lead to crosslinking and loss of activity.

THIOL
An –SH group.

HETEROBIFUNCTIONAL
PEGs with two different terminal groups, making them capable of performing different functions.

© 2003 Nature Publishing Group



Figure 3 | **Reductive amination using PEG–propionaldehyde.** In the first reaction, a methoxy–polyethylene glycol (m-PEG) aldehyde is covalently linked to an amino group on the protein. This occurs predominantly on the N terminus of the protein. The linkage formed in the first step, a so-called Schiffs-base linkage, can be reversed by hydrolysis. This linkage, however, is rapidly stabilized to a stable, non-hydrolyzable amine linkage in the second step by sodium borohydride reduction.

Pegaspargase (Oncaspar), contains the pegylated enzyme L-asparaginase, used clinically in combination with chemotherapy for the treatment of acute lymphocytic leukaemia, acute lymphoblastic leukaemia and chronic myelogenous leukaemia. Leukaemic cells cannot synthesize asparagine, and depend on outside sources of this amino acid; asparaginase, therefore, kills leukaemic cells by rapidly depleting them of asparagine[40]. Unpegylated asparaginase causes allergic reactions and generates neutralizing antibodies that shorten its half-life[41]; pegylation, however, extends the half-life from the 20 hours observed for unpegylated asparaginase to 357 hours for pegaspargase. In addition, pegaspargase reduces adverse immune responses[43].

In 2001, peginterferon α2b (PegIntron) became available as a once-a-week treatment for hepatitis C. Chronic hepatitis C virus (HCV) infection is the leading cause of liver cirrhosis and liver cancer[43], and the principal reason for liver transplants in the United States. An estimated 2.7 million Americans are chronically ill with the virus, and about 35,000 new infections arise each year. Hepatitis C causes 8,000–10,000 deaths yearly, and the number of deaths is estimated to increase to 38,000 by 2010 (REF. 19). The molecular mass of IFN-α2b is 19 kDa, whereas the molecular mass of PegIntron is 31 kDa. Structural and biological characterization of pegylated recombinant IFN-α2b

indicates that the principal pegylation site (about 50% of pegylation) is His34, although pegylation also occurs at lysines and the N terminus[44].

Clinical studies show PegIntron to be superior to unpegylated IFN-α2b (Intron-A). PegIntron gives significantly higher virological responses, and allows the reduction of dosages from three times a week to once weekly. PegIntron has a sevenfold lower clearance rate and a fivefold greater *in vivo* half-life than Intron A. A standard three-times-weekly administration of Intron-A causes peaks and troughs in blood levels of interferon. In comparison, once-weekly administration of PegIntron produces more constant and longer-lasting blood levels of interferon, which results in the better suppression of viral replication[45].

In a pivotal Phase III monotherapy trial of 1,219 chronic hepatitis C adult patients, subjects received PegIntron once weekly at doses of 0.5, 1.0 or 1.5 μg per kilogram body weight, or a standard dose of Intron A given three times a week. All patients had chronic hepatitis C with compensated liver disease and were positive for hepatitis C viral RNA. The treatments lasted 48 weeks, and the efficacy endpoint was the sustained elimination of detectable hepatitis C viral RNA. At the end of therapy, 33, 41 and 49% of the respective PegIntron treatment groups showed detectable loss of viral RNA, compared with 24% of Intron A recipients. The investigators concluded that all three PegIntron doses were as safe as, but superior to, Intron-A[46].

**Second-generation clinical PEG conjugates**
Using the new chemistries described above, second-generation clinical PEG conjugates started to appear in the early 1990s. A competing treatment for chronic hepatitis C utilizes IFN-α2a coupled to PEG. The first formulation in 1999 used a first-generation linear PEG of 5 kDa. In the first clinical trials, this pegylated drug was administered to patients with chronic hepatitis C once weekly and compared with its unpegylated counterpart administered three times a week. The pegylated IFN-α2a produced no clinical advantages[47]. A second-generation, branched PEG of 40 kDa was then coupled to IFN-α2a[48]. This version (Pegasys) was subjected to

Table 1 | **Influence of pegylation on pharmacokinetics and pharmacodynamics***

| Pharmacokinetic effect | Pharmacodynamic effect |
|---|---|
| *Interferon-α2a* | |
| Sustained absorption | *in vivo* antiviral activity increased 12- to 135-times |
| Increased half-life (from 3–8 h to 65 h) | Antitumour activity increased 18-fold |
| Decreased volume of distribution (from 31–73 l to 8–12 l) | improved sustained response to chronic hepatitis C |
| Decreased systemic clearance (from 6.6–29.2 to 0.06–0.10 l/h) | |
| *Interleukin-6* | |
| Increased half-life (from 2.1–206 min) | Thrombopoietic potency increased 500-times |
| *Tumour necrosis factor* | |
| Increased half-life (from 3 to 45–136 min) | Antitumour potency increased 4- to 100-times |

*Influence of pegylation on pharmacokinetics and pharmacodynamics of some therapeutic proteins, compared with corresponding native proteins (adapted from REF. 18).

© 2003 Nature Publishing Group

BAXJIVI0009641

Case 1:17-cv-02316-RGA-SRF Document 49 Filed 12/28/18 Page 172 of 449 PageID #: 12521

# REVIEWS

---

### Box 2 | Special chemistries for pegylation

In most cases, a stable bond is desired between the polyethylene glycol (PEG) polymer and polypeptide drug. However, in some cases, it might be desirable for a drug to be released from its PEG polymer when it reaches a target site to improve its action. Zalipsky and co-workers[71] fashioned a releasable PEG that uses a para- or ortho-disulfide of benzyl urethane, as shown in the figure (part a). Inside the endosomal compartment of a cell, the mild reducing conditions release the original polypeptide.

Branched PEGs stabilize polypeptides and can be made in different ways. Two linear PEGs can be linked to α or ε amino groups of lysine, as shown in the figure (part b, top panel). This type of PEG acts much larger than a linear PEG of the same molecular mass. Branched PEGs can also have a forked structure, carrying two proximal reactive groups at one end of a single PEG chain (part b, middle panel) or at the end of the branched PEG of part b, top panel (part b, bottom panel). m–PEG, methoxy–PEG.



---

clinical investigation by Hoffmann–La Roche. Once-weekly injections of Pegasys produce nearly constant blood concentrations of IFN-α2a (FIG. 4), and renal clearance is reduced 100-fold relative to unpegylated IFN-α2a. Pegylation increases the half-life of IFN-α2a from 9 to 77 hours[49].

A Phase III trial of 531 patients with hepatitis C compared Pegasys administered once weekly with unpegylated IFN-α2a administered three times a week for 48 weeks. Undetectable levels of hepatitis C viral RNA occurred more in the Pegasys group (68%) than in the other group (28%). Compliance was also better in the Pegasys group, with 84% of patients completing the study, compared with 60% of patients receiving the unpegylated drug. The reduction of dosing injections for Pegasys can result in improved patient compliance. The investigators concluded that "a regimen of peginterferon α2a given once weekly is more effective than a regimen of interferon α2a given three times weekly"[50].

Another randomized study compared Pegasys with unpegylated IFN-α2a in 271 patients with chronic hepatitis C and liver cirrhosis. Two doses of Pegasys (90 or 180 μg injected once weekly) were compared with unpegylated IFN-α2a injected three times a week. At the end of 72 weeks, hepatitis C viral RNA was undetectable in 8, 15 and 30% of the patients treated with unpegylated IFN-α2a, 90 μg of Pegasys and 180 μg of Pegasys, respectively. In addition, liver biopsy samples showed histological improvements of 31, 44 and 54% for the same respective drugs and doses[51].

Before the development of pegylated interferons, the optimal treatment for chronic hepatitis C combined interferon and the antiviral agent ribavirin, which results in enhanced clinical outcomes over interferon alone[52–54]. Studies were undertaken to assess whether combining pegylated interferons with ribavirin also offers clinical advantages. A small pilot study of Pegasys plus ribavirin in twenty patients with chronic hepatitis C found that sustained virological and biochemical responses occur in nine out of twenty patients. The genotype of hepatitis C appears to affect the outcome: just five of sixteen patients infected with genotype 1 achieved sustained responses, whereas all four patients infected with other genotypes responded[55].

A Phase III study investigated the response of 1,530 patients with hepatitis C, who received PEG-Intron plus ribavirin or Intron A plus ribavirin for 48 weeks. A 54% sustained virological response was observed in those receiving PegIntron plus ribavirin, compared with 47% in those receiving Intron A plus ribavirin. This response rate can be improved when the HCV genotype is taken into account. The response rate for patients with HCV genotypes 2 and 3 reached 80% on both treatments, but only 42% for HCV genotype 1 (REF. 56). Another trial compared Pegasys plus ribavirin with IFN-α2b plus ribavirin in 1,121 patients with chronic hepatitis C. A significantly higher proportion of patients who received Pegasys plus ribavirin showed sustained elimination of detectable virus than patients who received IFN-α2b plus ribavirin (56 versus 44%,

© 2003 Nature Publishing Group

BAXJIVI0009642

ACROMEGALY
A disease characterized by abnormal enlargement of the skull, jaw, hands and feet, which is caused by excessive secretion of growth hormone by the pituitary gland.




Figure 4 | **Pharmacokinetic profiles for interferon (IFN)-α2a and 40 kDa polyethylene glycol (PEG)–IFN-α2a.** These graphs represent blood levels in humans resulting from subcutaneous injection of **a** | IFN-α2a and **b** | branched PEG 40 (kDa) IFN-α2a. IFN-α2a is injected every other day and its short lifetime in circulation leads to pulsed blood concentrations levels which cycle below efficacious levels. The branched PEG 40 (kDa) IFN-α2a has a long circulating lifetime due to the presence of the PEG, and the once-weekly injection leads to near constant blood concentrations above the therapeutic level over the one-week period.

respectively). However, the proportions of patients with HCV genotype 1 who sustained virologic response were only 46 and 35%, respectively[57].

The competing pegylated forms of IFN-α (PegIntron and Pegasys) show superior efficacy compared with their unpegylated counterparts. Our knowledge of pegylation chemistry predicts that the higher-molecular-mass branched formulation of Pegasys should show a superior pharmacokinetic profile. However, only head-to-head clinical trials can confirm whether one drug is superior to the other under different clinical circumstances. In the treatment of a chronic illness such as hepatitis C, clinical efficacy will be determined by the therapy that induces the highest, sustained blood levels of the drug with the fewest injections. Pegasys was approved by the FDA for the treatment of chronic hepatitis C in October 2002, and the combination Pegasys and ribavirin therapy was approved in December 2002.

Several other pegylated polypeptides are undergoing clinical trials. A pegylated form of human growth hormone antagonist called pegvisomant (Somavert) is being developed for the treatment of ACROMEGALY. Patients with acromegaly experience extremely high serum levels of insulin-like growth factor-1 (IGF1) that contributes to soft-tissue enlargement. A Phase III trial of pegvisomant showed that daily treatment normalized levels of IGF1 and improved soft-tissue enlargement in 131 patients[58,59]. Pegvisomant has been approved in Europe, and is awaiting FDA approval in the US.

The cytokine tumour necrosis factor-α (TNF-α) plays a key role in mediating inflammation. A cloned soluble recombinant form of a natural inhibitor of TNF-α — sTNF receptor type I (TNF-RI) — has been attached to a high-molecular-mass PEG to improve its pharmacokinetics, and preclinical studies in rodent models of rheumatoid arthritis (RA) and Crohn's disease demonstrate its potential efficacy[60]. A 12-week trial of 194 patients with RA compared two doses of PEG-TNF-RI with a placebo. Patients receiving the drug reported improvement in physical function, pain, general health, vitality, social function and mental health in a dose-dependent manner[61]. A competing pegylated anti-TNF-α antibody fragment (CDP870) also has encouraging clinical results[62].

Other pegylated drugs have received FDA approval for the treatment of different types of tumours or related clinical problems. Pegfilgrastim (Neulasta), which was approved in 2002, is a pegylated form of the earlier drug filgrastim (Neupogen). Both contain recombinant methionyl human G-CSF, which is known as filgrastim. The drugs stimulate the production of the infection-fighting white blood cells (neutrophils) that are depleted by cancer chemotherapy. Whereas filgrastim requires daily injections for about 14 days, pegfilgrastim requires one injection per chemotherapy cycle. Data from two pivotal Phase III trials in breast-cancer patients indicated that a single dose of pegfilgrastim provides as much protection from infection as 11 daily injections of filgrastim[63,64].

Doxil — a pegylated liposomal formulation of doxorubicin — was approved in 1995 for the treatment of Kaposi's sarcoma. Doxil is also proving successful in treating metastatic ovarian cancer. When compared with topotecan, ovarian-cancer patients survived longer on Doxil and suffered fewer complications of neutropenia and anaemia. Doxil requires a single infusion once monthly, whereas topotecan requires daily 30-minute infusions for five days every three weeks[65]. Doxil is also proving effective against breast cancer[66].

### PEG-based hydrogels
PEG can be chemically crosslinked to form polymer networks that swell and form gels. These swollen, jelly-like materials are called hydrogels, and are well

---

**Box 3 | Pegylated nanoparticles for brain delivery**

The blood–brain barrier (BBB) is formed by special endothelial cells sealed with tight junctions. This unique membrane blocks many compounds that might be of therapeutic value in the treatment of neurological or psychiatric disorders. Injecting drugs directly into the brain or disrupting the BBB carries high risks for patients.

Polymer nanoparticles, such as n-hexadecylcyanoacrylate (PHDCA), show promise as a way to transport drugs across the BBB. Animal studies show that PEG–PHDCA penetrates into the brain to a significantly greater extent than PHDCA alone. PEG–PHDCA distributes into deep areas of the brain, including the striatum, hippocampus, and hypothalamus. Furthermore, this movement occurs without damage to the BBB or other brain structures. The method seems promising for the development of drug carriers for brain delivery[74].

---

© 2003 Nature Publishing Group

BAXJIVI0009643

## REVIEWS

suited for a range of medical applications. The biocompatibility of hydrogels makes them ideal for wound-healing applications[67].

In 2000, the FDA approved surgical sealant FocalSeal to prevent air leaks in the lungs following the removal of lung tumours and other chest surgeries. FocaSeal uses a PEG that is applied as a liquid, and then transformed into a waterproof hydrogel seal by irradiation. The sealant protects wound sites from leaking during tissue healing, and then naturally degrades and dissolves. Clinical trials show that 93–100% of surgery patients treated with FocalSeal remain free of air leaks, compared with 20–30% in patients who do not receive the treatment[68,69].

SprayGel, another biodegradable hydrogel, prevents post-operative adhesion formation[70]. Following surgery, internal wounds often develop adhesions — a type of scar tissue — that cause severe pain, and which are a leading cause of small-bowel obstructions and infertility in women. SprayGel is sprayed onto the wound site and acts as a protective barrier during healing. This material also degrades and dissolves at a programmed rate. Other PEG-based hydrogels under development deliver encapsulated drugs as implants. Degradable linkages between hydrogels and incorporated drugs allow drugs to be slowly and specifically released in the body[67].

### Novel applications of pegylation
These are just a few of the biomedical applications of pegylation either approved by the FDA or undergoing investigation. Although proteins and peptides have been the main targets for pegylation, other molecules,

including small-molecule drugs, cofactors, oligonucleotides, lipids, saccharides and biomaterials, can be pegylated as well[18]. Other candidates include pegylated insulin with a lengthened circulation time and reduced immunogenicity[71]; pegylated antibody fragments for immunotherapy or tumor targeting[72]; and pegylated superoxide dismutase for the treatment of ischaemia/reperfusion injury or burns[73]. The benefits of pegylated catalase, uricase, honeybee venom, haemoglobin, pyrrolidone and dextran are also under investigation[9]. Other researchers are designing pegylated nanoparticles to cross the blood–brain barrier[74] (BOX 3), or using pegylated DNA-containing liposomes with tethered antibodies to provide targeted gene therapy[75].

### Conclusion
Pegylation has taken 20 years to emerge as a viable pharmaceutical tool. During this time there have been important advances in the chemistry of pegylation, in the generation of biomolecule therapeutics and in understanding PEG–biomolecule conjugates. Pegylation is now established as the method of choice for improving the pharmacokinetics and pharmacodynamics of protein pharmaceuticals. Applications of PEG-based hydrogels and PEG-modified liposomes have become increasingly important. New frontiers for the technology are now emerging, for example, in small-molecule modification, and it is certain that pegylation will play an increasingly important role in pharmaceutical science and technology.

1. Clark, A. Formulation of proteins and peptides for inhalation. *Drug Deliv. Syst. Sci.* (in the press).
2. Roberts, M. J., Bentley, M. D. & Harris, J. M. Chemistry for peptide and protein PEGylation. *Adv. Drug Delivery Rev.* **54**, 459–476 (2002).
   **An excellent review that covers the chemistry and synthesis of first- and second-generation pegylation processes.**
3. Mateo, C. *et al.* Removal of amphipathic epitopes from genetically-engineered antibodies: production of modified immunoglobulins with reduced immunogenicity. *Hybridoma.* **19**, 436–471 (2000).
4. Lyczak, J. B. & Morrison, S. L. Biological and pharmacokinetic properties of a novel immunoglobulin-CD4 fusion protein. *Arch. Virol.* **139**, 189–196 (1994).
5. Syed, S. *et al.* Potent antithrombin activity and delayed clearance from the circulation characterize recombinant hirudin genetically fused to albumin. *Blood.* **89**, 3242–3252 (1997).
6. Allen, T. M. Liposomes: opportunities in drug development. *Drugs* **54** Suppl. 4, 8–14 (1997).
7. Sebeni, J. The interaction of liposomes with the complement system. *Crit. Rev. Ther. Drug Carrier Syst.* **15**, 57–88 (1998).
8. Ballon, P. & Berthold, W. Polyethylene glycol-conjugated pharmaceutical proteins. *Pharm. Sci. Technol. Today* **1**, 352–356 (1998).
9. Zaplipsky, S. Harris, J. M. in *Chemistry and Biological Applications of Polyethylene Glycol* (American Chemical Society Symposium Series **680**, 1–16 (San Francisco, 1997).
10. Gabizon, A. & Martin, F. Polyethylene glycol-coated liposomal doxorubicin. *Drugs* **54** Suppl. 4, 15–21 (1997).
11. Yamaoka, T., Tabata, Y. & Ikada, Y. Distribution and tissue uptake of polyethylene glycol with different molecular weights after intravenous administration to mice. *J. Pharm. Sci.* **83**, 601–606 (1994).
12. Working, P. K. *et al.* In *Chemistry and Biological Applications of Polyethylene Glycol* (American Chemical Society Symposium Series **680**) 45–57 (San Francisco, 1997).

13. Richter, A. W. & Akerblom, E. Antibodies against polyethylene glycol produced in animals by immunization with monomethoxy polyethylene glycol modified proteins. *Int. Arch. Allergy Appl. Immunol.* **70**, 124–131 (1983).
14. Chong, T. *et al.* Accelerated clearance of polyethylene glycol modified proteins by anti-polyethylene glycol IgM. *Bioconjug. Chem.* **10**, 520–528 (1999).
15. Davis, F. F. *et al.* Enzyme polyethylene glycol adducts: modified enzymes with unique properties. *Enzyme Eng.* **4**, 169–173 (1978).
16. Davis, F. F. *et al.* In *Peptide and Protein Drug Delivery* (ed Lee, V. H. L.) 226–231 (Marcel Dekker, New York, 1990).
17. Nucci, M. L., Schorr, R. & Abuchowski, A. The therapeutic value of polyethylene glycol modified protein. *Adv. Drug Deliv. Rev.* **6**, 133–151 (1991).
18. Harris, J. M., Martin, N. E. & Modi, M. Pegylation: a novel process for modifying pharmacokinetics. *Clin. Pharmacokinet.* **40**, 539–551 (2001).
    **This article describes the pharmacodynamic and pharmacokinetic advantages of pegylation for clinical drugs.**
19. Kozlowski, A. & Harris, J. M. Improvements in protein PEGylation: pegylated interferons for treatment of hepatitis C. *J. Control. Release* **72**, 217–224 (2001).
    **A detailed review of the pharmaceutical uses of pegylated proteins as human therapeutics.**
20. Monfardini, C. *et al.* A branched monomethoxypolyethylene glycol for protein modification. *Bioconjug. Chem.* **6**, 62–69 (1995).
21. Kozlowski, A., Charles, S. A. & Harris, J. M. Development of pegylated interferons for the treatment of chronic hepatitis C. *BioDrugs* **15**, 419–429 (2001).
    **A detailed discussion of the clinical development of pegylated interferon for treating hepatitis C.**
22. Katre, N. V. The conjugation of proteins with polyethylene glycol and other polymers: altering properties of proteins to enhance their therapeutic potential. *Adv. Drug Deliv. Rev.* **10**, 91–114 (1993).

23. Zaplipsky, S. & Lee, C. In *Polyethylene Glycol Chemistry: Biotechnical and Biomedical Applications* (ed Harris, J. M.) 347–370 (Plenum Press, New York, 1992).
24. Kinstler, O. B. *et al.* Characterization and stability of N-terminally PEGylated rhG-CSF. *Pharm. Res.* **13**, 996–1002 (1996).
25. Zaplinsky, S. Chemistry of polyethylene glycol conjugates with biologically active molecules. *Adv. Drug Deliv. Rev.* **16**, 157–182 (1995).
26. Harris, J. M. Synthesis of polyethylene glycol derivatives. *J. Macromol. Sci. Rev. C*25, 325–373 (1985).
27. Dust, J. M. Fang, Z. H. & Harris, J. M. Proton NMR characteristics of polyethylene glycol and derivatives. *Macromolecules* **23**, 3742–3746 (1990).
28. Bentley, M. D. & Harris, J. M. Polyethylene glycol aldehyde hydrates and related polymers and applications in modifying. *US Patent* 5,990,237 (1999).
29. Goodson, R. J. & Katre, N. V. Site-directed pegylation of recombinant interleukin-2 at its glycosylation site. *Biotechnology* **8**, 343–346 (1990).
30. El Tayar, N. *et al.* Polyo-IFN-β conjugates. WO 99/53777/1998.
31. Zaplinsky, S. *et al.* New detachable polyethylene glycol conjugates: Cysteine-cleavable lipopolymers regenerating natural phospholipid. *Bioconjug. Chem.* **10**, 703–710 (1999).
32. Yokoyama, M. *et al.* Synthesis of polyethylene oxide with heterobifunctional reactive groups at its terminals by an anionic initiator. *Bioconjug. Chem.* **3**, 275–276 (1992).
33. Bentley, M. D., Harris, J. M. & Kozlowski, A. Heterobifunctional polyethylene glycol derivatives and methods for their preparation. WO 126692A1 (2001).
34. Yamasaki, N., Matano, A. & Isobe, H. Novel polyethylene glycol derivatives for modification of proteins. *Agric. Biol. Chem.* **52**, 2125–2127 (1988).
35. Veronese, F. M. & Caliceti, P. Branched and linear polyethylene glycol influence of the polymer structure on enzymological, pharmacokinetic and immunological properties of protein conjugates. *J. Bioact. Compat. Polym.* **12**, 196–207 (1997).

© 2003 Nature Publishing Group

BAXJIVI0009644

36. Hershfield, M. S. PEG-ADA replacement therapy for adenosine deaminase deficiency. *Clin. Immunol. Immunopathol.* **76**, S228–232 (1995).

37. Burnham N. L. Polymers for delivering peptides and proteins. *Am. J. Hosp. Pharm.* **51**, 210–218 (1994).

38. Hilman, B. C. & Sorensen, R. U. Management options: SCIDS with adenosine deaminase deficiency. *Ann. Allergy* **72**, 395–404 (1994).

39. Hershfield, M. S. In *Polyethylene Glycol Chemistry: Biotechnical and Biomedical Applications* (ed Harris, J. M.) 145–164 (Plenum Press, New York, 1992).

40. Keating, M. J. *et al.* L-asparaginase and PEG asparaginase — past, present, and future. *Leuk. Lymphoma* **10**, 153–157 (1993).

41. Holle, L. M. Pegaspargase: an alternative. *Ann. Pharmacother.* **31**, 616–624 (1997).

42. *Physicians' Desk Reference*, 53 edition 2600–2601 (Thomson PDR, Montvale, New Jersey, 1999).

43. Liang, J. T. *et al.* Pathogenesis, natural history, treatment and prevention of hepatitis C. *Ann. Intern. Med.* **132**, 296–305 (2000).

44. Grace, M. *et al.* Structural and biologic characterization of pegylated recombinant IFN-α2b. *J. Interferon. Cytokine. Res.* **21**, 1103–1115 (2001).

45. Glue, P. *et al.* PEG-interferon-α2b: pharmacokinetics, pharmacodynamics, safety and preliminary efficacy data. *Hepatology* **30**, 189A (1999).

46. Lindsay, K. L. *et al.* A randomized double-blind trial comparing pegylated interferon α-2b to interferon α-2b as initial treatment for chronic hepatitis C. *Hepatology* **34**, 395–403 (2001).

47. O'Brien, C. *et al.* A double-blind, multi-icenter randomized, parallel-dose-comparison study of six regimens of SkD linear peginterferon α-2a compared with Roferon-A in patients with chronic hepatitis C. *Antivir. Ther.* **4**, 15 (1999).

48. Bailon, P. *et al.* Pharmacological properties of five polyethylene glycol conjugates of interferon α-2a. *Antivir. Ther.* **4**, 27 (1999).

49. Algranati, N. E., Sy, S. & Modi, M. A branched metoxy 40 kDa polyethylene glycol moiety optimizes the pharmacokinetics of PEG-IFN. *Hepatology* **30**, 190A (1999).

50. Zeuzem, S. *et al.* Peginterferon α-2a in patients with chronic hepatitis C. *N. Engl. J. Med.* **343**, 1666–1672 (2000).

51. Heathcote, E. J. *et al.* Peginterferon α-2a in patients with chronic hepatitis C and cirrhosis. *N. Engl. J. Med.* **343**, 1673–1680(2000).

52. Liang, J. T. *et al.* Pathogenesis, natural history, treatment, and prevention of hepatitis C. *Ann. Intern. Med.* **132**, 296–305 (2000).

53. Mchutchinson, J. G. *et al.* Interferon α-2b alone or in combination with ribavirin as initial treatment for chronic hepatitis C. *N. Engl. J. Med.* **339**, 1485–1492 (1998).

54. Poynard, T. *et al.* Randomized trial of interferon α-2b plus ribavirin for 48 weeks versus interferon α-2b placebo for treatment of chronic hepatitis C with hepatitis C virus. *Lancet* **352**, 1426–1432 (1998).

55. Sulkowski, M. S. *et al.* Pegylated interferon α-2a and ribavirin combination therapy for chronic hepatitis C. *Gastroenterology* **118**, 950 (2000).

56. Manns, M. P. *et al.* Peginterferon α-2b plus ribavirin compared to interferon α-2b plus ribavirin for the treatment of chronic hepatitis C. *Lancet* **358**, 958–965 (2001).

57. Fried, M. W. *et al.* Peginterferon α-2a plus ribavirin for chronic hepatitis C virus infection. *N. Engl. J. Med.* **347**, 975–982 (2002).

58. Drake W. M. *et al.* Successful treatment of resistant acromegaly with a growth hormone receptor antagonist. *Eur. J. Endocrinol.* **145**, 451–456 (2001).

59. Van der Lely, A. J. *et al.* Long term treatment of acromegaly with pegvisomant, a growth hormone receptor antagonist. *Lancet* **358**, 1754–1759 (2001).

60. Edwards, C. K. PEGylated recombinant human soluble tumor necrosis factor receptor type I. *Ann. Rheum. Dis.* **58**, 173–181 (1999).

61. Moreland, L. W. *et al.* Phase I/II trial of recombinant methionyl human tumor necrosis factor binding protein PEGylated dimer in patients with active refractory rheumatoid arthritis. *J. Rheumatol.* **27**, 601–609 (2000).

62. Choy, E. H. *et al.* Efficacy of a novel pegylated humanized anti-tail fragment (CDP870) in patients with rheumatoid arthritis: a phase II double-blinded randomized dose-escalating trial. *Rheumatology* **41**, 1133–1137 (2002).

63. Crawford, J. Clinical uses of pegylated pharmaceuticals in oncology. *Cancer Treat. Rev.* **28**, 7–11 (2002).

64. Bence, A. K. & Adams, V. R. Pegfilgrastim: a new therapy to prevent neutropenic fever. *J. Am. Pharm. Assoc.* **42**, 806–808 (2002).

65. Gordon, A. N. *et al.* Recurrent epithelial ovarian carcinoma: a randomized phase III study of pegylated liposomal doxorubicin versus topotecan. *J. Clin. Oncol.* **19**, 3312–3322 (2001).

66. Park, J. W. Liposome-based drug delivery in breast cancer treatment. *Breast Cancer Res.* **4**, 96–99 (2002).

67. Zhao, X. & Harris, M. J. Novel degradable polyethylene glycol hydrogels for controlled release of protein. *J. Pharm. Sci.* **87**, 1450–1458 (1998).

68. Gillinov, A. M. & Lytle, B. W. A novel synthetic sealant to treat air leaks at cardiac reoperation. *J. Card. Surg.* **16**, 255–257 (2001).
**An overview of the synthesis, characterization and potential uses of pegylated hydrogels.**

69. Wain, J. C. *et al.* Trial of a novel synthetic sealant in preventing air leaks after lung resection. *Ann. Thorac. Surg.* **71**, 1623–1628 (2001).

70. Ferland, R., Mulani, D. & Campbell, P. K. Evaluation of a sprayable polyethylene glycol adhesion barrier in a porcine efficacy model. *Human Reprod.* **16**, 2718–2723 (2001).

71. Hinds, K. D. & Skim, S. W. Effects of PEG conjugation on insulin properties. *Adv. Drug Deliv. Rev.* **54**, 505–530 (2002).

72. Weir, A. N. *et al.* Formatting antibody fragments to mediate specific therapeutic functions. *Biochem. Soc. Trans.* **30**, 512–516 (2002)

73. Rocca, M. *et al.* Pathophysiological and histomorphological evaluation of polyacryloylmorpholine vs polyethylene glycol modified superoxide dismutase in a rat model of ischemia/reperfusion injury. *Int. J. Artif. Organs.* **19**, 730–734 (1996).

74. Calvo, P. *et al.* Long-circulating pegylated polycyanoacrylate nanoparticles as new drug carrier for brain delivery. *Pharm. Res.* **18**, 1157–1165 (2001).

75. Shi, N. *et al.* Receptor-mediated gene targeting to tissues in vivo following intravenous administration of pegylated immunoliposomes. *Pharm. Res.* **18**, 1091–1095 (2001).

## Online links

**DATABASES**
The following terms in this article are linked online to:
**CancerGov:**
Acute lymphoblastic leukemia | chronic lymphocytic leukemia | chronic mylogenous leukemia
**Online Mendelian Inheritance in Man:**
Crohn's disease | rheumatoid arthritis

**FURTHER INFORMATION**
Blood-brain barrier
Access to this interactive links box is free online.

© 2003 Nature Publishing Group

BAXJIVI0009645

# EXHIBIT 6

# essential cell biology

## second edition

Bruce Alberts • Dennis Bray

Karen Hopkin • Alexander Johnson

Julian Lewis • Martin Raff

Keith Roberts • Peter Walter



Garland Science
Taylor & Francis Group

BAXJIVI0010276

*Garland Science*
Vice President: Denise Schanck
Managing Production Editor: Emma Hunt
Proofreader and Layout: Emma Hunt
Senior Editorial Assistants: Kirsten Jenner, Frances Morgan
Editorial Assistant: Lilith Wood
Text Editors: Elizabeth Zayatz, Eleanor Lawrence
Copy Editors: Richard Mickey, Christine Gregory
Book and Cover Design: Blink Studio, London
Illustrator: Nigel Orme
Cover Illustration: Jose Ortega
Indexer: Merrall-Ross International Ltd.
Manufacturing: Nigel Eyre and Marion Morrow

*Essential Cell Biology 2 Interactive*
Artistic and Scientific Direction: Peter Walter
Narrated by: Julie Theriot
Production Design and Development: Michael Morales

**Bruce Alberts** received his Ph.D. from Harvard University and is President of the National Academy of Sciences and Professor of Biochemistry and Biophysics at the University of California, San Francisco. **Dennis Bray** received his Ph.D. from Massachusetts Institute of Technology and is currently a Medical Research Council Fellow in the Department of Zoology, University of Cambridge. **Karen Hopkin** received her Ph.D. in biochemistry from the Albert Einstein College of Medicine in the Bronx and is a science writer in Cambridge, Massachusetts. **Alexander Johnson** received his Ph.D. from Harvard University and is a Professor of Microbiology and Immunology and Co-Director of the Biochemistry and Molecular Biology Program at the University of California, San Francisco. **Julian Lewis** received his D.Phil. from the University of Oxford and is a Principal Scientist at the London Research Institute of Cancer Research UK. **Martin Raff** received his M.D. from McGill University and is at the Medical Research Council Laboratory for Molecular Cell Biology and Cell Biology Unit and in the Biology Department at University College London. **Keith Roberts** received his Ph.D. from the University of Cambridge and is Associate Research Director at the John Innes Centre, Norwich. **Peter Walter** received his Ph.D. from The Rockefeller University in New York and is Professor and Chairman of the Department of Biochemistry and Biophysics at the University of California, San Francisco, and an Investigator of the Howard Hughes Medical Institute.

© 2004 by Bruce Alberts, Dennis Bray, Karen Hopkin, Alexander Johnson, Julian Lewis, Martin Raff, Keith Roberts, and Peter Walter.
© 1998 by Bruce Alberts, Dennis Bray, Alexander Johnson, Julian Lewis, Martin Raff, Keith Roberts, and Peter Walter.

All rights reserved. No part of this book covered by the copyright hereon may be reproduced or used in any format in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without permission of the publisher.

Published by Garland Science, a member of the Taylor & Francis Group, 29 West 35th Street, New York, NY 10001-2299, USA and 4 Park Square, Milton Park, Abingdon, OX14 4RN, UK.

Printed in Spain.

15  14  13  12  11  10  9  8  7  6  5  4  3  2  1

**Library of Congress Cataloging-in-Publication Data**
Essential cell biology / Bruce Alberts ... [et al.].-- 2nd ed.
    p. cm.
ISBN 0-8153-3480-X.—ISBN 0-8153-3481-8 (pbk.)
1. Cytology. 2. Molecular biology. 3. Biochemistry. I. Alberts, Bruce.
QH581.2.E78 2003
571.6—dc21
                                                  2003011505

BAXJIVI0010277

# Preface

*"The key to every biological problem must finally be sought in the cell, for every living organism is, or at sometime has been, a cell."*

E. B. Wilson, cell biologist (1925)

The eight decades since Wilson wrote these words have seen a transformation in our understanding of how cells work. The key to the central mystery—how cells store, use, and transmit hereditary information—has been found, and it has opened up a new world. This revolution in biology is among the great adventures of human discovery. Through the perspective of cell biology, we can now explain the fundamental machinery of life and begin to map out a unified picture of the astonishing diversity of organisms and phenomena that it gives rise to, from the chemistry of a bacterium or the shaping of a leaf to the processes that allow us to move, think, talk, and experience the world around us. We can trace the ancestry of our own chemical components through the genetic instructions that specify them—instructions that we share with other organisms to an extent that Wilson could never have imagined. In this way, we have learned to see ourselves in a new light, as close cousins to all other living things.

The new knowledge has brought many practical benefits, including improvements in human health and prosperity. At the same time, it has led to ethical debates and controversy over issues such as genetic testing for inherited diseases, the balancing of environmental risks with benefits, genetic modification of crops and animals, the use of DNA fingerprinting in court cases, and the possibility of human reproductive cloning. These are only a few of the biology-based issues that we have to grapple with today. The successful application of the new knowledge will require many difficult decisions for us as citizens. A basic understanding of cell biology is needed if these decisions are to be intelligent ones.

Our original purpose in writing this book was to provide a straightforward explanation of the workings of a living cell. By "workings," we mean principally the way in which the molecules of the cell—especially the protein, DNA, and RNA molecules—cooperate to create a system that feeds, moves, grows, divides, and responds to stimuli—one, in short, that is alive. By "straightforward," we mean an account that can be easily understood by a reader approaching modern biology for the first time. The need for a short, clear account of the essentials of cell biology became apparent to us while we were writing *Molecular Biology of the Cell (MBoC)*, which is now in its fourth edition. *MBoC* is a large book aimed at advanced undergraduates and graduate students specializing in the life sciences or medicine. Many students and educated lay people who require an introductory account of cell biology would find this text too detailed for their needs. *Essential Cell Biology (ECB)*, in contrast, is designed to provide the fundamentals of cell biology that are required by anyone to understand the biomedical, as well as the broader biological issues that affect our lives.

*ECB* is as short and simple as we can make it, and we have reduced technical vocabulary to a minimum. In this second edition, we have brought the book completely up to date, with a new emphasis on genomes, including an overview of the human genome sequence and a new chapter on How Genes and Genomes Evolve. In response to requests from many

v

BAXJIVI0010278

users of the first edition, we have added a chapter on Genetics, Meiosis, and the Molecular Basis of Heredity. There are also new sections on many topics that are frequently in the news, including stem cells, cloning, DNA microarrays, programmed cell death, and cancer. The second edition also features a new series of "How We Know" sections, one for each chapter. Using both classical and current experiments, these sections illustrate how biologists tackle important questions and how their experimental results shape future ideas. As before, the diagrams in *ECB* emphasize central concepts and are stripped of unnecessary details. The key terms introduced in each chapter are highlighted when they first appear and are collected together at the end of the book in a large, illustrated glossary. We have not listed references for further reading: those wishing to explore a subject in greater depth are encouraged to consult the extensive reading lists in *MBoC4* and on the *MBoC4* Web site.

A central feature of the book is the many questions that are presented in the text margins and at the end of each chapter. These are designed to provoke students to think about what they have read and to encourage them to pause and test their understanding. Many questions challenge the student to place the newly acquired information in a broader biological context, and some have more than one valid answer. Others invite speculation. Answers to all the questions are given at the end of the book; in many cases these provide a commentary or an alternative perspective on material presented in the main text.

For those who want to develop their active grasp of cell biology further and to get a deeper understanding of how cell biologists extract conclusions from experiments, we recommend *Molecular Biology of the Cell, Fourth Edition: A Problems Approach*, by John Wilson and Tim Hunt. Though written as a companion to *MBoC*, this contains questions at all levels of difficulty and is a goldmine of thought-provoking problems for teachers and students. We have drawn upon it for some of the questions in *ECB*, and we are very grateful to its authors.

As never before, new imaging and computer technologies have increased our access to the inner workings of living cells. We have tried to capture some of the excitement of these advances in *Essential Cell Biology 2 (ECB2) Interactive*, a CD-ROM disk that is included with each book. It contains over one hundred video clips, animations, molecular structures, and high-resolution micrographs—all designed to complement the material in individual book chapters. One cannot watch cells crawling, dividing, segregating their chromosomes, or rearranging their surface without a sense of wonder at the molecular mechanisms that underlie these processes. We hope that *ECB2 Interactive* will motivate and intrigue students while reinforcing basic concepts covered in the text, and thereby will make the learning of cell biology both easier and more rewarding. Each chapter of the book concludes with a list of multimedia highlights from *ECB2 Interactive*.

The authors of the first edition are pleased to welcome Karen Hopkin to the team. Trained as a biochemist, Karen now writes about science, and her main responsibility has been to make the book clear, accessible, and fun to read. As with *MBoC*, each chapter of *ECB* is the product of communal effort, with individual drafts circulating from one author to another. In addition, many people have helped us, and these are credited in the Acknowledgements that follow. We would be remiss, however, if we did not offer special thanks to Bill Sullivan: as an experienced teacher of genetics, he was instrumental in shaping the new chapter on Genetics, Meiosis, and the Molecular Basis of Heredity.

Despite our best efforts, it is inevitable that there will be errors in the book. We encourage readers who find them to let us know at science@garland.com, so that we can correct these errors in the next printing.

# Acknowledgments

The authors acknowledge the many contributions of professors from around the world in the creation of this Second Edition. In particular, more than 200 faculty members who taught with the first edition guided this revision by suggesting ways in which we might improve it. Their thoughtful comments are most appreciated.

We would especially like to thank Dr. Linda Matsuuchi, whose review of the entire first edition provided especially important insights and helped to create the revision plan.

The "How We Know" sections were reviewed by the following professors:

John Andersland, Western Kentucky University
James D. Berger, University of British Columbia
David Bourgaize, Whittier College
Anand Chandrasekhar, University of Missouri
David L. Gard, University of Utah
Paul Overvoorde, Macalester College
Neil Simister, Brandeis University
Efthimios M.C. Skoulakis, Texas A&M University
Lawrence Wiseman, College of William and Mary

We are also grateful to the following expert reviewers, whose advice in specific areas of research improved this edition:

Scott Hawley, Stowers Institute, Missouri
Maynard Olsen, University of Washington

We received invaluable help from many Garland staff. Nigel Orme took original drawings created by author Keith Roberts and redrew them on a computer, or occasionally by hand, with skill and flair. Emma Hunt was responsible for the layout of the entire book and oversaw its production. Michael Morales produced and edited *Essential Cell Biology 2 Interactive*. Elizabeth Zayatz did the developmental editing of each chapter, and Eleanor Lawrence read the entire book for clarity and consistency. Adam Sendroff and Jane Mackarell provided user feedback and collected opinions and suggestions from many teachers. Denise Schanck, the Vice President of Garland Science, orchestrated all of this with great taste and diplomacy, with the aid of Lilith Wood. Garland editorial assistant. Last but not least, we are grateful to our families and our colleagues for their support and tolerance.

BAXJIVI0010280

# Instructor's Resources

## Art of Essential Cell Biology, Second Edition

This CD-ROM contains all of the images from the book, available in two convenient formats: PowerPoint and JPEG. The images have been pre-loaded into PowerPoint presentations, one presentation for each chapter of the book. The images are also available as individual JPEG files, which are contained in separate folders from the PowerPoint presentations. The individual JPEG files have been optimized for printing and Web display.

The CD also contains "concept building" PowerPoint slides, which are new to this edition. These slides break down individual pieces of art into their component parts, displaying each component, one at a time, as a separate PowerPoint slide, until the figure is completed.

## Cell Biology for Life

Created by Katayoun Chamany, founder of the "Science, Technology and Society Program" at Eugene Lang College of the New School University, *Cell Biology for Life (CBL)* is a Web-accessible curricular supplement that encourages undergraduates to view cell biology as a dynamic field of study whose applications can be seen in everyday life. Inquiry-based assignments and classroom activities highlight the fundamental principles and methods of cell biology through an exploration of three key topics: botulinum toxin use and abuse, the stem cell research debates, and the relationships between the human papilloma virus and cancer. The materials developed for each topic include teaching suggestions and assessment tools, primary and secondary literature, visual media, and detailed references. For additional information and access to the Web site, please visit www.garlandscience.com.

## Testbank

The new testbank has been written by Kirsten R. Benjamin, Research Fellow, Center for Genomic Experimentation and Computation, Molecular Sciences Institute, Berkeley and Linda Huang, Assistant Professor of Biology, University of Massachusetts, Boston.

The Second Edition testbank includes a variety of question formats, from multiple choice and fill-in-the-blank to discussion questions, all keyed to concepts in the textbook. It also includes more challenging "thought" questions. Drawing upon the new "How We Know" sections of the book, a selection of questions are written to test students' understanding of modern approaches in experimental biology. The testbank is based on the philosophy that a good exam should do much more than simply test students' ability to memorize information: it should require them to reflect upon and integrate information as a part of a sound understanding. This testbank provides a comprehensive sampling of questions that can be used either directly or as inspiration for instructors to write their own test questions. For more information about accessing the testbank, contact science@garland.com.

## Classwire™

The Classwire course management system, available at www.classwire.com/garlandscience, allows instructors to build Web sites for their courses easily. It also serves as an online archive for instructor's resources. After registering for Classwire, you will be able to download all the figures from the book, as well as the animations, videos and molecular structures from the CD. Additional instructor's resources for Garland Science textbooks are also available on Classwire. Please contact science@garland.com for additional information on accessing the Classwire system. (Classwire™ is a trademark of Chalkfree, Inc.)

## Instructor's DVD

This DVD contains 90 videos, animations, and molecular models from the *Essential Cell Biology 2 Interactive* CD-ROM. The selected movies from the CD have been rendered in a full-screen, DVD format for optimal display in the classroom or a large teaching theater. The DVD may be played on either a computer with a DVD drive and software, or on a standard DVD player.

## Overhead Transparencies

250 full-color overhead transparencies for classroom projection are available to qualified instructors.

BAXJIVI0010281

# Contents and Special Features

| **Chapter 1** | **Introduction to Cells** | **1** |
|---|---|---|
| Panel 1–1 | Light and electron microscopy | 8 |
| Panel 1–2 | Cells: the principal features of animal, plant, and bacterial cells | 25 |
| How We Know | Life's common mechanisms | 30 |

| **Chapter 2** | **Chemical Components of Cells** | **39** |
|---|---|---|
| How We Know | What are macromolecules? | 60 |
| Panel 2–1 | Chemical bonds and groups | 66 |
| Panel 2–2 | The chemical properties of water | 68 |
| Panel 2–3 | An outline of some of the types of sugars | 70 |
| Panel 2–4 | Fatty acids and other lipids | 72 |
| Panel 2–5 | The 20 amino acids found in proteins | 74 |
| Panel 2–6 | A survey of the nucleotides | 76 |
| Panel 2–7 | The principal types of weak noncovalent bonds | 78 |

| **Chapter 3** | **Energy, Catalysis, and Biosynthesis** | **83** |
|---|---|---|
| Panel 3–1 | Free energy and biological reactions | 96 |
| How We Know | Using kinetics to model and manipulate metabolic pathways | 103 |

| **Chapter 4** | **Protein Structure and Function** | **119** |
|---|---|---|
| Panel 4–1 | A few examples of some general protein functions | 120 |
| How We Know | Probing protein structure | 129 |
| Panel 4–2 | Four different ways of depicting a small protein | 132 |
| Panel 4–3 | Cell breakage and initial fractionation of cell extracts | 160 |
| Panel 4–4 | Protein separation by chromatography | 162 |
| Panel 4–5 | Protein separation by electrophoresis | 163 |
| Panel 4–6 | Making and using antibodies | 164 |

| **Chapter 5** | **DNA and Chromosomes** | **169** |
|---|---|---|
| How We Know | Genes are made of DNA | 172 |

| **Chapter 6** | **DNA Replication, Repair, and Recombination** | **195** |
|---|---|---|
| How We Know | Finding replication origins | 198 |

| **Chapter 7** | **From DNA to Protein: How Cells Read the Genome** | **229** |
|---|---|---|
| How We Know | Cracking the genetic code | 246 |

| **Chapter 8** | **Control of Gene Expression** | **267** |
|---|---|---|
| How We Know | Gene regulation—the story of *eve* | 282 |

| **Chapter 9** | **How Genes and Genomes Evolve** | **293** |
|---|---|---|
| How We Know | Counting genes | 314 |

BAXJIVI0010282

| | | |
|---|---|---|
| Chapter 10 | Manipulating Genes and Cells | 323 |
| How We Know | Sequencing the human genome | 334 |
| Chapter 11 | Membrane Structure | 365 |
| How We Know | Measuring membrane flow | 384 |
| Chapter 12 | Membrane Transport | 389 |
| How We Know | Squid reveal secrets of membrane excitability | 414 |
| Chapter 13 | How Cells Obtain Energy from Food | 427 |
| Panel 13–1 | Details of the 10 steps of glycolysis | 432 |
| How We Know | Unraveling the citric acid cycle | 442 |
| Panel 13–2 | The complete citric acid cycle | 450 |
| Chapter 14 | Energy Generation in Mitochondria and Chloroplasts | 453 |
| How We Know | How chemiosmotic coupling drives ATP synthesis | 460 |
| Panel 14–1 | Redox potentials | 471 |
| Chapter 15 | Intracellular Compartments and Transport | 497 |
| How We Know | Tracking protein and vesicle transport | 520 |
| Chapter 16 | Cell Communication | 533 |
| How We Know | Untangling cell signaling pathways | 561 |
| Chapter 17 | Cytoskeleton | 573 |
| How We Know | Pursuing motor proteins | 586 |
| Chapter 18 | Cell-Cycle Control and Cell Death | 611 |
| How We Know | Discovery of cyclins and Cdks | 618 |
| Chapter 19 | Cell Division | 637 |
| Panel 19–1 | The principal stages of M phase in an animal cell | 642 |
| How We Know | Building the mitotic spindle | 646 |
| Chapter 20 | Genetics, Meiosis, and the Molecular Basis of Heredity | 659 |
| How We Know | Reading genetic linkage maps | 682 |
| Panel 20–1 | Some essentials of classical genetics | 685 |
| Chapter 21 | Tissues and Cancer | 697 |
| Panel 21–1 | The cell types and tissues from which higher plants are constructed | 700 |
| How We Know | Making sense of the genes that are critical for cancer | 734 |
| Answers to Questions | | A:1 |
| Glossary | | G:1 |
| Index | | I:1 |

BAXJIVI0010283

# Detailed Contents

## Chapter 1        Introduction to Cells                                      1

Unity and Diversity of Cells                                                   1
Cells Vary Enormously in Appearance and
  Function                                                                     2
Living Cells All Have a Similar Basic Chemistry                               3
All Present-Day Cells Have Apparently Evolved
  from the Same Ancestor                                                       4
Genes Provide the Instructions for Cellular Form,
  Function, and Complex Behavior                                              5

Cells Under the Microscope                                                    5
The Invention of the Light Microscope Led to
  the Discovery of Cells                                                       6
Cells, Organelles, and Even Molecules Can Be
  Seen Under the Microscope                                                    7

The Procaryotic Cell                                                         11
Procaryotes Are the Most Diverse of Cells                                    14
The World of Procaryotes Is Divided into Two
  Domains: Eubacteria and Archaea                                            15

The Eucaryotic Cell                                                          16
The Nucleus Is the Information Store of the Cell                             16

Mitochondria Generate Energy from Food
  to Power the Cell                                                          17
Chloroplasts Capture Energy from Sunlight                                    18
Internal Membranes Create Intracellular
  Compartments with Different Functions                                      19
The Cytosol Is a Concentrated Aqueous Gel
  of Large and Small Molecules                                               22
The Cytoskeleton Is Responsible for Directed
  Cell Movements                                                             22
The Cytoplasm Is Far from Static                                             23
Eucaryotic Cells May Have Originated as
  Predators                                                                  24

Model Organisms                                                              27
Molecular Biologists Have Focused on E. coli                                 28
Brewer's Yeast Is a Simple Eucaryotic Cell                                   28
Arabidopsis Has Been Chosen Out of 300,000
  Species as a Model Plant                                                   28
The World of Animals Is Represented by a Fly,
  a Worm, a Mouse, and Homo sapiens                                          29
Comparing Genome Sequences Reveals
  Life's Common Heritage                                                     33

## Chapter 2        Chemical Components of Cells                              39

Chemical Bonds                                                               39
Cells Are Made of Relatively Few Types of Atoms                              40
The Outermost Electrons Determine How Atoms
  Interact                                                                   41
Ionic Bonds Form by the Gain and Loss
  of Electrons                                                               43
Covalent Bonds Form by the Sharing of Electrons                             45
Covalent Bonds Vary in Strength                                             46
There Are Different Types of Covalent Bonds                                  47
Water Is Held Together by Hydrogen Bonds                                     48
Some Polar Molecules Form Acids and Bases
  in Water                                                                   49

Molecules in Cells                                                           50
A Cell Is Formed from Carbon Compounds                                       50

Cells Contain Four Major Families of Small
  Organic Molecules                                                          51
Sugars Are Energy Sources for Cells and Subunits
  of Polysaccharides                                                         52
Fatty Acids Are Components of Cell Membranes                                 53
Amino Acids Are the Subunits of Proteins                                     55
Nucleotides Are the Subunits of DNA and RNA                                  56

Macromolecules in Cells                                                      58
Macromolecules Contain a Specific Sequence
  of Subunits                                                                59
Noncovalent Bonds Specify the Precise Shape
  of a Macromolecule                                                         62
Noncovalent Bonds Allow a Macromolecule
  to Bind Other Selected Molecules                                           63

BAXJIVI0010284

# Chapter 3    Energy, Catalysis, and Biosynthesis    83

Catalysis and the Use of Energy
by Cells    84

Biological Order Is Made Possible by the
Release of Heat Energy from Cells    85

Photosynthetic Organisms Use Sunlight to
Synthesize Organic Molecules    88

Cells Obtain Energy by the Oxidation of
Organic Molecules    89

Oxidation and Reduction Involve Electron
Transfers    90

Enzymes Lower the Barriers That Block Chemical
Reactions    91

The Free-Energy Change for a Reaction
Determines Whether It Can Occur    93

The Concentration of Reactants Influences the
Free-Energy Change and a Reaction's
Direction    94

The Equilibrium Constant Indicates the
Strength of Molecular Interactions    95

For Sequential Reactions, the Changes in
Free Energy Are Additive    98

Rapid Diffusion Allows Enzymes to Find Their
Substrates    100

$V_{max}$ and $K_M$ Measure Enzyme Performance    101

Activated Carrier Molecules and
Biosynthesis    106

The Formation of an Activated Carrier Is
Coupled to an Energetically Favorable
Reaction    106

ATP Is the Most Widely Used Activated Carrier
Molecule    107

Energy Stored in ATP Is Often Harnessed to
Join Two Molecules Together    108

NADH and NADPH Are Important Electron
Carriers    109

There Are Many Other Activated Carrier
Molecules in Cells    111

The Synthesis of Biological Polymers Requires
an Energy Input    112

# Chapter 4    Protein Structure and Function    119

The Shape and Structure of Proteins    119

The Shape of a Protein Is Specified by Its
Amino Acid Sequence    121

Proteins Fold into a Conformation of Lowest
Energy    124

Proteins Come in a Wide Variety of Complicated
Shapes    125

The $\alpha$ Helix and the $\beta$ Sheet Are Common
Folding Patterns    126

Helices Form Readily in Biological Structures    134

$\beta$ Sheets Form Rigid Structures at the Core
of Many Proteins    135

Proteins Have Several Levels of Organization    136

Few of the Many Possible Polypeptide Chains
Will Be Useful    137

Proteins Can Be Classified into Families    138

Large Protein Molecules Often Contain More
Than One Polypeptide Chain    139

Proteins Can Assemble into Filaments, Sheets,
or Spheres    140

Some Types of Proteins Have Elongated
Fibrous Shapes    141

Extracellular Proteins Are Often Stabilized by
Covalent Cross-Linkages    142

How Proteins Work    143

All Proteins Bind to Other Molecules    143

The Binding Sites of Antibodies Are Especially
Versatile    144

Enzymes Are Powerful and Highly Specific
Catalysts    145

Lysozyme Illustrates How an Enzyme Works    146

Tightly Bound Small Molecules Add Extra
Functions to Proteins    149

How Proteins Are Controlled    150

The Catalytic Activities of Enzymes Are Often
Regulated by Other Molecules    151

Allosteric Enzymes Have Two Binding Sites That
Influence One Another    151

Phosphorylation Can Control Protein Activity
by Triggering a Conformational Change    153

GTP-Binding Proteins Are Also Regulated by the
Cyclic Gain and Loss of a Phosphate Group    154

Nucleotide Hydrolysis Allows Motor Proteins to
Produce Large Movements in Cells    155

Proteins Often Form Large Complexes That
Function as Protein Machines    156

Large-Scale Studies of Protein Structure and
Function Are Increasing the Pace of Discovery    157

BAXJIVI0010285

# Chapter 5        DNA and Chromosomes        169

The Structure and Function of DNA        170

A DNA Molecule Consists of Two Complementary
   Chains of Nucleotides        171
The Structure of DNA Provides a Mechanism for
   Heredity        176

The Structure of Eucaryotic Chromosomes        177

Eucaryotic DNA Is Packaged into Chromosomes        178
Chromosomes Contain Long Strings of Genes        179
Chromosomes Exist in Different States
   Throughout the Life of a Cell        181

Interphase Chromosomes Are Organized
   Within the Nucleus        183
The DNA in Chromosomes Is Highly Condensed        183
Nucleosomes Are the Basic Units of Chromatin
   Structure        184
Chromosomes Have Several Levels of
   DNA Packing        186
Interphase Chromosomes Contain Both
   Condensed and More Extended Forms of
   Chromatin        187
Changes in Nucleosome Structure Allow
   Access to DNA        189

# Chapter 6        DNA Replication, Repair, and Recombination        195

DNA Replication        196

Base-Pairing Enables DNA Replication        196
DNA Synthesis Begins at Replication Origins        197
New DNA Synthesis Occurs at Replication Forks        201
The Replication Fork Is Asymmetrical        202
DNA Polymerase Is Self-correcting        203
Short Lengths of RNA Act as Primers for
   DNA Synthesis        204
Proteins at a Replication Fork Cooperate to
   Form a Replication Machine        206
Telomerase Replicates the Ends of Eucaryotic
   Chromosomes        207
DNA Replication Is Relatively Well Understood        208

DNA Repair        209

Mutations Can Have Severe Consequences
   for an Organism        209
A DNA Mismatch Repair System Removes
   Replication Errors That Escape the Replication
   Machine        210

DNA Is Continually Suffering Damage in Cells        212
The Stability of Genes Depends on DNA Repair        213
The High Fidelity of DNA Maintenance Allows
   Closely Related Species to Have Proteins
   with Very Similar Sequences        214

DNA Recombination        215

Homologous Recombination Results in
   an Exact Exchange of Genetic Information        215
Recombination Can Also Occur Between
   Nonhomologous DNA Sequences        216
Mobile Genetic Elements Encode the
   Components They Need for Movement        217
A Large Fraction of the Human Genome Is
   Composed of Two Families of Transposable
   Sequences        218
Viruses Are Fully Mobile Genetic Elements
   That Can Escape from Cells        219
Retroviruses Reverse the Normal Flow of
   Genetic Information        221

BAXJIVI0010286

# Chapter 7    From DNA to Protein: How Cells Read the Genome    229

From DNA to RNA    230

Portions of DNA Sequence Are Transcribed
into RNA    230

Transcription Produces RNA Complementary
to One Strand of DNA    231

Several Types of RNA Are Produced in Cells    233

Signals in DNA Tell RNA Polymerase Where
to Start and Finish    234

Eucaryotic RNAs Are Transcribed and Processed
Simultaneously in the Nucleus    236

Eucaryotic Genes Are Interrupted by Noncoding
Sequences    237

Introns Are Removed by RNA Splicing    238

Mature Eucaryotic mRNAs Are Selectively
Exported from the Nucleus    241

mRNA Molecules Are Eventually Degraded
by the Cell    242

The Earliest Cells May Have Had Introns in
Their Genes    242

From RNA to Protein    243

An mRNA Sequence Is Decoded in Sets of
Three Nucleotides    244

tRNA Molecules Match Amino Acids to Codons
in mRNA    245

Specific Enzymes Couple tRNAs to the
Correct Amino Acid    248

The RNA Message Is Decoded on Ribosomes    248

The Ribosome Is a Ribozyme    251

Codons in mRNA Signal Where to Start and
to Stop Protein Synthesis    253

Proteins Are Made on Polyribosomes    254

Inhibitors of Procaryotic Protein Synthesis
Are Used as Antibiotics    255

Carefully Controlled Protein Breakdown Helps
Regulate the Amount of Each Protein in
a Cell    256

There Are Many Steps Between DNA and
Protein    257

RNA and the Origins of Life    258

Life Requires Autocatalysis    259

RNA Can Both Store Information and Catalyze
Chemical Reactions    259

RNA Is Thought to Predate DNA in Evolution    261

# Chapter 8    Control of Gene Expression    267

An Overview of Gene Expression    268

The Different Cell Types of a Multicellular
Organism Contain the Same DNA    268

Different Cell Types Produce Different Sets
of Proteins    268

A Cell Can Change the Expression of Its Genes
in Response to External Signals    270

Gene Expression Can Be Regulated at Many
of the Steps in the Pathway from DNA to RNA
to Protein    270

How Transcriptional Switches Work    271

Transcription Is Controlled by Proteins Binding
to Regulatory DNA Sequences    271

Repressors Turn Genes Off, Activators Turn
Them On    273

An Activator and a Repressor Control the
lac Operon    275

Initiation of Eucaryotic Gene Transcription Is a
Complex Process    275

Eucaryotic RNA Polymerase Requires General
Transcription Factors    276

Eucaryotic Gene Regulatory Proteins Control
Gene Expression from a Distance    278

Packing of Promoter DNA into Nucleosomes
Can Affect Initiation of Transcription    279

The Molecular Mechanisms that Create
Specialized Cell Types    280

Eucaryotic Genes Are Regulated by
Combinations of Proteins    281

The Expression of Different Genes Can Be
Coordinated by a Single Protein    281

Combinatorial Control Can Create Different
Cell Types    285

Stable Patterns of Gene Expression Can Be
Transmitted to Daughter Cells    286

The Formation of an Entire Organ Can Be
Triggered by a Single Gene Regulatory
Protein    288

BAXJIVI0010287

# Chapter 9:    How Genes and Genomes Evolve    293

| Generating Genetic Variation | 293 |
| Five Main Types of Genetic Change Contribute to Evolution | 295 |
| Genome Alterations Are Caused by Failures of the Normal Mechanisms for Copying and Maintaining DNA | 296 |
| DNA Duplications Give Rise to Families of Related Genes Within a Single Cell | 297 |
| The Evolution of the Globin Gene Family Shows How DNA Duplications Contribute to the Evolution of Organisms | 298 |
| Gene Duplication and Divergence Provide a Critical Source of Genetic Novelty for Evolving Organisms | 299 |
| New Genes Can Be Generated by Repeating the Same Exon | 300 |
| Novel Genes Can Also Be Created by Exon Shuffling | 300 |
| The Evolution of Genomes Has Been Accelerated by the Movement of Transposable Elements | 301 |
| Genes Can Be Exchanged Between Organisms by Horizontal Gene Transfer | 302 |

| Reconstructing Life's Family Tree | 304 |
| Genetic Changes That Offer an Organism a Selective Advantage Are the Most Likely to Be Preserved | 304 |
| The Genome Sequences of Two Species Differ in Proportion to the Length of Time That They Have Evolved Separately | 305 |
| Humans and Chimpanzee Genomes Are Similar in Organization as Well as Detailed Sequence | 306 |
| Functionally Important Sequences Show Up as Islands of DNA Sequence Conservation | 307 |
| Genome Comparisons Suggest That "Junk DNA" is Dispensable | 308 |
| Sequence Conservation Allows Us to Trace Even the Most Distant Evolutionary Relationships | 309 |

| Examining the Human Genome | 311 |
| The Nucleotide Sequence of the Human Genome Shows How Our Genes Are Arranged | 311 |
| Genetic Variation Within the Human Genome Contributes to Our Individuality | 313 |
| Comparing Our DNA with That of Related Organisms Helps Us to Interpret the Human Genome | 316 |
| The Human Genome Contains Copious Information Yet to Be Deciphered | 317 |

# Chapter 10    Manipulating Genes and Cells    323

| Isolating Cells and Growing Them in Culture | 324 |
| A Uniform Population of Cells Can Be Obtained from a Tissue | 325 |
| Cells Can Be Grown in a Culture Dish | 325 |
| Maintaining Eucaryotic Cells in Culture Poses Special Challenges | 326 |

| How DNA Molecules Are Analyzed | 327 |
| Restriction Nucleases Cut DNA Molecules at Specific Sites | 328 |
| Gel Electrophoresis Separates DNA Fragments of Different Sizes | 329 |
| The Nucleotide Sequence of DNA Fragments Can Be Determined | 331 |
| Genome Sequences Are Searched to Identify Genes | 333 |

| Nucleic Acid Hybridization | 336 |
| DNA Hybridization Facilitates the Diagnosis of Genetic Diseases | 336 |
| Hybridization on DNA Microarrays Monitors the Expression of Thousands of Genes at Once | 338 |
| In Situ Hybridization Locates Nucleic Acid Sequences in Cells or on Chromosomes | 340 |

| DNA Cloning | 341 |
| DNA Ligase Joins DNA Fragments Together to Produce a Recombinant DNA Molecule | 341 |
| Recombinant DNA Can Be Copied Inside Bacterial Cells | 341 |
| Specialized Plasmid Vectors Are Used to Clone DNA | 342 |
| Human Genes Are Isolated by DNA Cloning | 343 |
| cDNA Libraries Represent the mRNA Produced by a Particular Tissue | 346 |
| The Polymerase Chain Reaction Amplifies Selected DNA Sequences | 347 |

| DNA Engineering | 352 |
| Completely Novel DNA Molecules Can Be Constructed | 352 |
| Rare Cellular Proteins Can Be Made in Large Amounts Using Cloned DNA | 352 |
| Engineered Genes Can Reveal When and Where a Gene Is Expressed | 353 |
| Mutant Organisms Best Reveal the Function of a Gene | 355 |
| Animals Can Be Genetically Altered | 356 |
| Transgenic Plants Are Important for Both Cell Biology and Agriculture | 359 |

BAXJIVI0010288

# Chapter 11    Membrane Structure

365

The Lipid Bilayer                                              366

Membrane Lipids Form Bilayers in Water                         367
The Lipid Bilayer Is a Two-dimensional Fluid                   370
The Fluidity of a Lipid Bilayer Depends on
  Its Composition                                              371
The Lipid Bilayer Is Asymmetrical                             373
Lipid Asymmetry Is Generated Inside the Cell                  373

Membrane Proteins                                              374

Membrane Proteins Associate with the Lipid
  Bilayer in Various Ways                                      375

A Polypeptide Chain Usually Crosses the
  Bilayer as an $\alpha$ Helix                                376
Membrane Proteins Can Be Solubilized
  in Detergents and Purified                                  377
The Complete Structure Is Known for a Few
  Membrane Proteins                                           378
The Plasma Membrane Is Reinforced
  by the Cell Cortex                                          380
The Cell Surface Is Coated with Carbohydrate                 381
Cells Can Restrict the Movement of
  Membrane Proteins                                           383

# Chapter 12    Membrane Transport

389

Principles of Membrane Transport                               389

The Ion Concentrations Inside a Cell Are Very
  Different from Those Outside                                 390
Lipid Bilayers Are Impermeable to Solutes
  and Ions                                                     391
Membrane Transport Proteins Fall into Two
  Classes: Carriers and Channels                              391
Solutes Cross Membranes by Passive or Active
  Transport                                                   392

Carrier Proteins and Their Functions                          393

Concentration Gradients and Electrical
  Forces Drive Passive Transport                              393
Active Transport Moves Solutes Against Their
  Electrochemical Gradients                                   395
Animal Cells Use the Energy of ATP Hydrolysis
  to Pump Out $Na^+$                                           396
The $Na^+$-$K^+$ Pump Is Driven by the Transient
  Addition of a Phosphate Group                               397
Animal Cells Use the $Na^+$ Gradient to Take Up
  Nutrients Actively                                          397
The $Na^+$-$K^+$ Pump Helps Maintain the Osmotic
  Balance of Animal Cells                                     399
Intracellular $Ca^{2+}$ Concentrations Are Kept
  Low by $Ca^{2+}$ Pumps                                      401
$H^+$ Gradients Are Used to Drive Membrane
  Transport in Plants, Fungi, and Bacteria                   402

Ion Channels and the Membrane
  Potential                                                   403

Ion Channels Are Ion-Selective and Gated                     403
Ion Channels Randomly Snap Between Open
  and Closed States                                           405
Different Types of Stimuli Influence the Opening
  and Closing of Ion Channels                                 407
Voltage-gated Ion Channels Respond to the
  Membrane Potential                                          407
Membrane Potential Is Governed by Membrane
  Permeability to Specific Ions                               408

Ion Channels and Signaling in
  Nerve Cells                                                 411

Action Potentials Provide for Rapid Long-Distance
  Communication                                               411
Action Potentials Are Usually Mediated by
  Voltage-gated $Na^+$ Channels                               412
Voltage-gated $Ca^{2+}$ Channels Convert
  Electrical Signals into Chemical Signals at
  Nerve Terminals                                             417
Transmitter-gated Channels in Target Cells Convert
  Chemical Signals Back into Electrical Signals              417
Neurons Receive Both Excitatory and Inhibitory
  Inputs                                                      419
Transmitter-gated Ion Channels Are Major
  Targets for Psychoactive Drugs                             419
Synaptic Connections Enable You to Think,
  Act, and Remember                                          420

BAXJIVI0010289

# Chapter 13    How Cells Obtain Energy from Food    427

**The Breakdown of Sugars and Fats** 428

Food Molecules Are Broken Down in Three Stages 428

Glycolysis Is a Central ATP-producing Pathway 430

Fermentations Allow ATP to Be Produced in the Absence of Oxygen 431

Glycolysis Illustrates How Enzymes Couple Oxidation to Energy Storage 434

Sugars and Fats Are Both Degraded to Acetyl CoA in Mitochondria 435

The Citric Acid Cycle Generates NADH by Oxidizing Acetyl Groups to $CO_2$ 439

Electron Transport Drives the Synthesis of the Majority of the ATP in Most Cells 441

**Storing and Utilizing Food** 444

Organisms Store Food Molecules in Special Reservoirs 444

Chloroplasts and Mitochondria Collaborate in Plant Cells 446

Many Biosynthetic Pathways Begin with Glycolysis or the Citric Acid Cycle 447

Metabolism Is Organized and Regulated 448

# Chapter 14    Energy Generation in Mitochondria and Chloroplasts    453

Cells Obtain Most of Their Energy by a Membrane-based Mechanism 453

**Mitochondria and Oxidative Phosphorylation** 455

A Mitochondrion Contains an Outer Membrane, an Inner Membrane, and Two Internal Compartments 455

High-Energy Electrons Are Generated via the Citric Acid Cycle 457

A Chemiosmotic Process Converts Oxidation Energy into ATP 458

Electrons Are Transferred Along a Chain of Proteins in the Inner Mitochondrial Membrane 459

Electron Transport Generates a Proton Gradient Across the Membrane 462

The Proton Gradient Drives ATP Synthesis 464

Coupled Transport Across the Inner Mitochondrial Membrane Is Driven by the Electrochemical Proton Gradient 466

Proton Gradients Produce Most of the Cell's ATP 466

The Rapid Conversion of ADP to ATP in Mitochondria Maintains a High ATP/ADP Ratio in Cells 468

**Electron-Transport Chains and Proton Pumping** 468

Protons Are Readily Moved by the Transfer of Electrons 468

The Redox Potential Is a Measure of Electron Affinities 469

Electron Transfers Release Large Amounts of Energy 470

Metals Tightly Bound to Proteins Form Versatile Electron Carriers 472

Cytochrome Oxidase Catalyzes Oxygen Reduction 474

The Mechanism of $H^+$ Pumping Will Soon Be Understood in Atomic Detail 475

Respiration Is Amazingly Efficient 476

**Chloroplasts and Photosynthesis** 478

Chloroplasts Resemble Mitochondria but Have an Extra Compartment 478

Chloroplasts Capture Energy from Sunlight and Use It to Fix Carbon 480

Excited Chlorophyll Molecules Funnel Energy into a Reaction Center 481

Light Energy Drives the Synthesis of ATP and NADPH 482

Carbon Fixation Is Catalyzed by Ribulose Bisphosphate Carboxylase 485

Carbon Fixation in Chloroplasts Generates Sucrose and Starch 486

**The Origins of Chloroplasts and Mitochondria** 487

Oxidative Phosphorylation Gave Ancient Bacteria an Evolutionary Advantage 488

Photosynthetic Bacteria Made Even Fewer Demands on Their Environment 489

The Lifestyle of *Methanococcus* Suggests That Chemiosmotic Coupling Is an Ancient Process 490

BAXJIVI0010290

# Chapter 15   Intracellular Compartments and Transport   497

Membrane-enclosed Organelles   498

Eucaryotic Cells Contain a Basic Set of
  Membrane-enclosed Organelles   498
Membrane-enclosed Organelles Evolved
  in Different Ways   500

Protein Sorting   502

Proteins Are Imported into Organelles by Three
  Mechanisms   502
Signal Sequences Direct Proteins to the Correct
  Compartment   503
Proteins Enter the Nucleus Through Nuclear
  Pores   504
Proteins Unfold to Enter Mitochondria and
  Chloroplasts   506
Proteins Enter the Endoplasmic Reticulum
  While Being Synthesized   507
Soluble Proteins Are Released into the
  ER Lumen   509
Start and Stop Signals Determine the
  Arrangement of a Transmembrane Protein
  in the Lipid Bilayer   510

Vesicular Transport   512

Transport Vesicles Carry Soluble Proteins and
  Membrane Between Compartments   512

Vesicle Budding Is Driven by the Assembly
  of a Protein Coat   513
The Specificity of Vesicle Docking Depends
  on SNAREs   515

Secretory Pathways   516

Most Proteins Are Covalently Modified in the ER   516
Exit from the ER Is Controlled to Ensure Protein
  Quality   517
Proteins Are Further Modified and Sorted
  in the Golgi Apparatus   518
Secretory Proteins Are Released from the Cell
  by Exocytosis   519

Endocytic Pathways   523

Specialized Phagocytic Cells Ingest Large
  Particles   523
Fluid and Macromolecules Are Taken Up by
  Pinocytosis   525
Receptor-mediated Endocytosis Provides
  a Specific Route into Animal Cells   525
Endocytosed Macromolecules Are Sorted
  in Endosomes   526
Lysosomes Are the Principal Sites of Intracellular
  Digestion   527

# Chapter 16   Cell Communication   533

General Principles of Cell Signaling   533

Signals Can Act over Long or Short Range   534
Each Cell Responds to a Limited Set of Signals   536
Receptors Relay Signals via Intracellular
  Signaling Pathways   538
Nitric Oxide Crosses the Plasma Membrane and
  Activates Intracellular Enzymes Directly   540
Some Hormones Cross the Plasma Membrane
  and Bind to Intracellular Receptors   541
Cell-Surface Receptors Fall into Three Main
  Classes   542
Ion-channel–linked Receptors Convert Chemical
  Signals into Electrical Ones   544
Many Intracellular Signaling Proteins Act as
  Molecular Switches   545

G-protein–linked Receptors   546

Stimulation of G-protein–linked Receptors
  Activates G-Protein Subunits   546
Some G Proteins Regulate Ion Channels   548
Some G Proteins Activate Membrane-bound
  Enzymes   549

The Cyclic AMP Pathway Can Activate Enzymes
  and Turn On Genes   550
The Inositol Phospholipid Pathway Triggers
  a Rise in Intracellular $Ca^{2+}$   552
A $Ca^{2+}$ Signal Triggers Many Biological
  Processes   554
Intracellular Signaling Cascades Can Achieve
  Astonishing Speed, Sensitivity, and Adaptability:
  A Look at Photoreceptors in the Eye   555

Enzyme-linked Receptors   557

Activated Receptor Tyrosine Kinases Assemble a
  Complex of Intracellular Signaling Proteins   557
Receptor Tyrosine Kinases Activate the
  GTP-binding Protein Ras   559
Some Enzyme-linked Receptors Activate
  a Fast Track to the Nucleus   560
Protein Kinase Networks Integrate Information
  to Control Complex Cell Behaviors   565
Multicellularity and Cell Communication Evolved
  Independently in Plants and Animals   566

BAXJIVI0010291

# Chapter 17    Cytoskeleton

Intermediate Filaments 574
Intermediate Filaments Are Strong and Ropelike 575
Intermediate Filaments Strengthen Cells Against Mechanical Stress 576
The Nuclear Envelope Is Supported by a Meshwork of Intermediate Filaments 578

Microtubules 579
Microtubules Are Hollow Tubes with Structurally Distinct Ends 579
The Centrosome Is the Major Microtubule-organizing Center in Animal Cells 580
Growing Microtubules Show Dynamic Instability 581
Microtubules Are Maintained by a Balance of Assembly and Disassembly 582
Microtubules Organize the Interior of the Cell 583
Motor Proteins Drive Intracellular Transport 584
Organelles Move Along Microtubules 585
Cilia and Flagella Contain Stable Microtubules Moved by Dynein 590

Actin Filaments 592
Actin Filaments Are Thin and Flexible 593

Actin and Tubulin Polymerize by Similar Mechanisms 593
Many Proteins Bind to Actin and Modify Its Properties 594
An Actin-rich Cortex Underlies the Plasma Membrane of Most Eucaryotic Cells 594
Cell Crawling Depends on Actin 595
Actin Associates with Myosin to Form Contractile Structures 598
Extracellular Signals Control the Arrangement of Actin Filaments 599

Muscle Contraction 600
Muscle Contraction Depends on Bundles of Actin and Myosin 600
During Muscle Contraction Actin Filaments Slide Against Myosin Filaments 601
Muscle Contraction Is Triggered by a Sudden Rise in $Ca^{2+}$ 603
Muscle Cells Perform Highly Specialized Functions in the Body 605

# Chapter 18    Cell-Cycle Control and Cell Death

Overview of the Cell Cycle 612
The Eucaryotic Cell Cycle Is Divided into Four Phases 613
A Central Control System Triggers the Major Processes of the Cell Cycle 614

The Cell-Cycle Control System 615
The Cell-Cycle Control System Depends on Cyclically Activated Protein Kinases 616
Cyclin-dependent Protein Kinases Are Regulated by the Accumulation and Destruction of Cyclins 617
The Activity of Cdks Is Also Regulated by Phosphorylation and Dephosphorylation 617
Different Cyclin–Cdk Complexes Trigger Different Steps in the Cell Cycle 620
S-Cdk Initiates DNA Replication and Helps Block Rereplication 621
Cdks Are Inactive Through Most of $G_1$ 622
The Cell-Cycle Control System Can Arrest the Cycle at Specific Checkpoints 622

Cells Can Dismantle Their Control System and Withdraw from the Cell Cycle 624

Programmed Cell Death (Apoptosis) 625
Apoptosis Is Mediated by an Intracellular Proteolytic Cascade 626
The Death Program Is Regulated by the Bcl-2 Family of Intracellular Proteins 627

Extracellular Control of Cell Numbers and Cell Size 628
Animal Cells Require Extracellular Signals to Divide, Grow, and Survive 629
Mitogens Stimulate Cell Division 629
Extracellular Growth Factors Stimulate Cells to Grow 631
Animal Cells Require Survival Factors to Avoid Apoptosis 631
Some Extracellular Signal Proteins Inhibit Cell Growth, Division, or Survival 632

BAXJIVI0010292

# Chapter 19     Cell Division

An Overview of M Phase                                    638
In Preparation for M Phase, DNA-binding
  Proteins Configure Replicated Chromosomes
  for Segregation                                         638
The Cytoskeleton Carries Out Both Mitosis and
  Cytokinesis                                             639
Centrosomes Duplicate To Help Form the
  Two Poles of the Mitotic Spindle                        640
M Phase Is Conventionally Divided into
  Six Stages                                              640

Mitosis                                                   641
Microtubule Instability Facilitates the Formation
  of the Mitotic Spindle                                  641
The Mitotic Spindle Starts to Assemble in
  Prophase                                                644
Chromosomes Attach to the Mitotic Spindle
  at Prometaphase                                         645

Chromosomes Line Up at the Spindle Equator
  at Metaphase                                            648
Daughter Chromosomes Segregate
  at Anaphase                                             649
The Nuclear Envelope Re-forms at Telophase                651
Some Organelles Fragment at Mitosis                       651

Cytokinesis                                               652
The Mitotic Spindle Determines the Plane of
  Cytoplasmic Cleavage                                    652
The Contractile Ring of Animal Cells Is Made
  of Actin and Myosin                                     653
Cytokinesis in Plant Cells Involves New
  Cell-Wall Formation                                     654
Gametes Are Formed by a Specialized Kind
  of Cell Division                                        655

# Chapter 20     Genetics, Meiosis, and the Molecular Basis of Heredity

The Benefits of Sex                                       660
Sexual Reproduction Involves Both Diploid and
  Haploid Cells                                           661
Sexual Reproduction Gives Organisms
  a Competitive Advantage                                 662

Meiosis                                                   663
Haploid Cells Are Produced From Diploid Cells
  Through Meiosis                                         664
Meiosis Involves a Special Process of
  Chromosome Pairing                                      664
Extensive Recombination Occurs Between
  Maternal and Paternal Chromosomes                       665
Chromosome Pairing and Recombination
  Ensure the Proper Segregation of Homologs              667
The Second Meiotic Division Produces Haploid
  Daughter Cells                                          667
The Haploid Cells Contain Extensively
  Reassorted Genetic Information                          668
Meiosis Is Not Flawless                                   670
Fertilization Reconstitutes a Complete Genome            671

Mendel and the Laws of Inheritance                        672
Mendel Chose to Study Traits That Are Inherited
  in a Discrete Fashion                                   673
Mendel Could Disprove the Alternative Theories
  of Inheritance                                          674
Mendel's Experiments Were the First to Reveal
  the Discrete Nature of Heredity                         674

Each Gamete Carries a Single Allele for Each
  Character                                               675
Mendel's Law of Segregation Applies to All
  Sexually Reproducing Organisms                          676
Alleles for Different Traits Segregate
  Independently                                           677
The Behavior of Chromosomes During Meiosis
  Underlies Mendel's Laws of Inheritance                  678
The Frequency of Recombination Can Be
  Used to Order Genes on Chromosomes                      680
The Phenotype of the Heterozygote Reveals
  Whether an Allele is Dominant or Recessive              681
Mutant Alleles Sometimes Confer a Selective
  Advantage                                               684

Genetics as an Experimental Tool                          686
The Classical Approach Begins with Random
  Mutagenesis                                             686
Genetic Screens Identify Mutants Deficient
  in Cellular Processes                                   687
A Complementation Test Reveals Whether Two
  Mutations Are in the Same Gene                          688
Human Genes Are Inherited in Haplotype Blocks,
  Which Can Aid in the Search for Mutations
  That Cause Disease                                      689
Complex Traits Are Influenced by Multiple
  Genes                                                   691
Is Our Fate Encoded in Our DNA?                           692

BAXJIVI0010293

# Chapter 21    Tissues and Cancer

Extracellular Matrix and Connective
Tissues                                                    698

Plant Cells Have Tough External Walls       698

Cellulose Fibers Give the Plant Cell Wall
Its Tensile Strength                                   702

Animal Connective Tissues Consist Largely of
Extracellular Matrix                                  703

Collagen Provides Tensile Strength in Animal
Connective Tissues                                   704

Cells Organize the Collagen That They Secrete   705

Integrins Couple the Matrix Outside a Cell
to the Cytoskeleton Inside It                      706

Gels of Polysaccharide and Protein Fill Spaces
and Resist Compression                           706

Epithelial Sheets and Cell-Cell Junctions    709

Epithelial Sheets Are Polarized and Rest on
a Basal Lamina                                         709

Tight Junctions Make an Epithelium Leak-proof
and Separate Its Apical and Basal Surfaces   711

Cytoskeleton-linked Junctions Bind Epithelial
Cells Robustly to One Another and to the
Basal Lamina                                            712

Gap Junctions Allow Ions and Small Molecules
to Pass from Cell to Cell                          715

Tissue Maintenance and Renewal             717

Tissues Are Organized Mixtures of Many Cell
Types                                                        718

Different Tissues Are Renewed at Different
Rates                                                         720

Stem Cells Generate a Continuous Supply of
Terminally Differentiated Cells                  721

Stem Cells Can Be Used to Repair Damaged
Tissues                                                      722

Nuclear Transplantation Provides a Way to
Generate Personalized ES Cells: the Strategy
of Therapeutic Cloning                            725

Cancer                                                      726

Cancer Cells Proliferate, Invade, and
Metastasize                                             726

Epidemiology Identifies Preventable Causes
of Cancer                                                 727

Cancers Develop by an Accumulation of
Mutations                                                 728

Cancers Evolve Properties That Give Them a
Competitive Advantage                           729

Many Diverse Types of Genes Are Critical
for Cancer                                               731

Colorectal Cancer Illustrates How Loss of a Gene
Can Lead to Growth of a Tumor                732

An Understanding of Cancer Cell Biology
Opens the Way to New Treatments           736

BAXJIVI0010294

# Introduction to Cells



What does it mean to be living? People, petunias, and pond scum are all alive; stones, sand, and summer breezes are not. But what are the fundamental properties that characterize living things and distinguish them from nonliving matter?

The answer begins with a basic fact that is taken for granted by biologists now, but marked a revolution in thinking when first established 170 years ago. All living things are made of **cells**: small, membrane-enclosed units filled with a concentrated aqueous solution of chemicals and endowed with the extraordinary ability to create copies of themselves by growing and dividing in two. The simplest forms of life are solitary cells. Higher organisms, including ourselves, are communities of cells derived by growth and division from a single founder cell: each animal, plant, or fungus is a vast colony of individual cells that perform specialized functions coordinated by intricate systems of communication.

Cells, therefore, are the fundamental units of life, and it is to *cell biology* that we must look for an answer to the question of what life is and how it works. With a deeper understanding of the structure, function, behavior, and evolution of cells, we can begin to tackle the grand historical problems of life on Earth: its mysterious origins, its stunning diversity, its invasion of every conceivable habitat. At the same time, cell biology can provide us with answers to the questions we have about ourselves: Where did we come from? How do we develop from a single fertilized egg cell? How is each of us different from every other person on Earth? Why do we get sick, grow old, and die?

In this chapter we begin by looking at the great variety of forms that cells can show, and we also take a preliminary glimpse at the chemical machinery that all cells have in common. We then consider how cells are made visible under the microscope and what we see when we peer inside them. Finally, we will discuss how we can exploit the similarities of living things to achieve a coherent understanding of all the forms of life on Earth—from the tiniest bacterium to the mightiest oak.

## Unity and Diversity of Cells

Cell biologists often speak of "the cell" without specifying any particular cell. But cells are not all alike; in fact, they can be wildly different. It is estimated that there are at least 10 million—perhaps 100 million—distinct species of living things in the world. Before delving deeper into cell biology, we must take stock: what do the cells of these species have in common—the bacterium and the butterfly, the rose and the dolphin? And in what ways do they differ?

**Unity and Diversity of Cells**
Cells Vary Enormously in Appearance and Function
Living Cells All Have a Similar Basic Chemistry
All Present-Day Cells Have Apparently Evolved from the Same Ancestor
Genes Provide the Instructions for Cellular Form, Function, and Complex Behavior

**Cells Under the Microscope**
The Invention of the Light Microscope Led to the Discovery of Cells
Cells, Organelles, and Even Molecules Can Be Seen Under the Microscope

**The Procaryotic Cell**
Procaryotes Are the Most Diverse of Cells
The World of Procaryotes Is Divided into Two Domains: Eubacteria and Archaea

**The Eucaryotic Cell**
The Nucleus Is the Information Store of the Cell
Mitochondria Generate Energy from Food to Power the Cell
Chloroplasts Capture Energy from Sunlight
Internal Membranes Create Intracellular Compartments with Different Functions
The Cytosol Is a Concentrated Aqueous Gel of Large and Small Molecules
The Cytoskeleton Is Responsible for Directed Cell Movements
The Cytoplasm Is Far from Static
Eucaryotic Cells May Have Originated as Predators

**Model Organisms**
Molecular Biologists Have Focused on *E. coli*
Brewer's Yeast Is a Simple Eucaryotic Cell
*Arabidopsis* Has Been Chosen Out of 300,000 Species as a Model Plant
The World of Animals Is Represented by a Fly, a Worm, a Mouse, and *Homo sapiens*
Comparing Genome Sequences Reveals Life's Common Heritage

BAXJIVI0010295

# Cells Vary Enormously in Appearance and Function

Let us begin with size. A bacterial cell—say a *Lactobacillus* in a piece of cheese—is a few **micrometers**, or μm, in length. A frog's egg—which is also a single cell—has a diameter of about 1 millimeter. If we scaled them up so that the *Lactobacillus* were the size of a person, the frog's egg would be half a mile high.

Cells vary no less widely in their shapes and functions. Consider the gallery of cells displayed in Figure 1–1. A typical nerve cell in your brain is enormously extended; it sends out its electrical signals along a fine protrusion that is 10,000 times longer than it is thick, and it receives signals from other cells through a mass of shorter processes that sprout from its body like the branches of a tree. A *Paramecium* in a drop of pond water is shaped like a submarine and is covered with tens of thousands of *cilia*—hairlike extensions whose sinuous beating sweeps the



**Figure 1–1 Cells come in a variety of shapes and sizes.** (A) A nerve cell from the cerebellum (a part of the brain that controls movement). This cell has a huge branching tree of processes, through which it receives signals from as many as 100,000 other nerve cells.
(B) *Paramecium*. This protozoan—a single giant cell—swims by means of the beating cilia that cover its surface. (C) A section of a young plant stem in which cellulose is stained *red* and another cell wall component, pectin, is stained *orange*. The outermost layer of cells is at the top of the photo. (D) A tiny bacterium, *Bdellovibrio bacteriovorus,* that uses a single terminal flagellum to propel itself. This bacterium attacks, kills, and feeds on other, larger bacteria. (E) A human white blood cell (a neutrophil) approaching and engulfing a red blood cell. (A, courtesy of Constantino Sotelo; B, courtesy of Anne Fleury, Michel Laurent, and André Adoutte; D, courtesy of Murry Stein; E, courtesy of Stephen E. Malawista and Anne de Boisfleury Chevance.)

BAXJIVI0010296

cell forward, rotating as it goes. A cell in the surface layer of a plant is a squat, immobile prism that surrounds itself in a rigid box of cellulose, with an outer waterproof coating of wax. A *Bdellovibrio* bacterium is a sausage-shaped torpedo driven forward by a rotating corkscrew-like *flagellum* that is attached to its stern, where it acts as a propeller. A neutrophil or a macrophage in the body of an animal crawls through tissues, constantly pouring itself into new shapes and engulfing debris, foreign microorganisms, and dead or dying cells.

Some cells are clad only in a flimsy *plasma membrane*; others augment this membranous cover by cloaking themselves in an outer layer of slime, building themselves rigid *cell walls*, or surrounding themselves with a hard, mineralized material, such as that found in bone.

Cells are also enormously diverse in their chemical requirements and activities. Some require oxygen to live; for others it is deadly. Some consume little more than air, sunlight, and water as their raw materials; others need a complex mixture of molecules produced by other cells. Some appear to be specialized factories for the production of particular substances, such as hormones, starch, fat, latex, or pigments. Some are engines, like muscle, burning fuel to do mechanical work; or electricity generators, like the modified muscle cells in the electric eel.

Some modifications specialize a cell so much that they spoil its chances of leaving any descendants. Such specialization would be senseless for a species of cell that lived a solitary life. In a multicellular organism, however, there is a division of labor among cells, allowing some cells to become specialized to an extreme degree for particular tasks and leaving them dependent on their fellow cells for many basic requirements. Even the most basic need of all, that of passing on the genetic instructions to the next generation, is delegated to specialists—the egg and the sperm.

## Living Cells All Have a Similar Basic Chemistry

Despite the extraordinary diversity of plants and animals, people have recognized from time immemorial that these organisms have something in common, something that entitles them all to be called living things. With the invention of the microscope, it became clear that plants and animals are assemblies of cells, that cells can also exist as independent organisms, and that cells individually are living in the sense that they can grow, reproduce, convert energy from one form into another, respond to their environment, and so on. But while it seemed easy enough to recognize life, it was remarkably difficult to say in what sense all living things were alive. Textbooks had to settle for defining life in abstract general terms related to growth and reproduction.

The discoveries of biochemistry and molecular biology have made this problem disappear in a most spectacular way. Although they are infinitely varied when viewed from the outside, all living things are fundamentally similar inside. We now know that cells resemble one another to an astonishing degree in the details of their chemistry, sharing the same machinery for the most basic functions. All cells are composed of the same sorts of molecules that participate in the same types of chemical reactions (discussed in Chapter 2). In all living things, genetic instructions—*genes*—are stored in *DNA* molecules, written in the same chemical code, constructed out of the same chemical building blocks, interpreted by essentially the same chemical machinery, and duplicated in the same way to allow the organism to reproduce. Thus, in every cell, the long DNA polymer chains are made from the same set of four monomers, called *nucleotides*, strung together in different sequences like the letters of an alphabet to convey different information. In every



**Question 1–1**

"Life" is easy to recognize but difficult to define. The dictionary defines life as "The state or quality that distinguishes living beings or organisms from dead ones and from inorganic matter, characterized chiefly by metabolism, growth, and the ability to reproduce and respond to stimuli." Biology textbooks usually elaborate slightly; for example, according to a popular text, living things:

1. Are highly organized compared to natural inanimate objects.
2. Display homeostasis, maintaining a relatively constant internal environment.
3. Reproduce themselves.
4. Grow and develop from simple beginnings.
5. Take energy and matter from the environment and transform it.
6. Respond to stimuli.
7. Show adaptation to their environment.

Score yourself, a vacuum cleaner, and a potato with respect to these characteristics.

BAXJIVI0010297



Figure 1–2 In all living cells, genetic information flows from DNA to RNA (transcription) and from RNA to protein (translation). Together these processes are known as gene expression.

cell, the instructions in the DNA are read out, or *transcribed*, into a chemically related set of molecules, made of *RNA* (Figure 1–2). The messages carried by the RNA molecules are in turn *translated* into yet another chemical form: they are used to direct the synthesis of a huge variety of large *protein* molecules that dominate the behavior of the cell, serving as structural supports, chemical catalysts, molecular motors, and so on. In every living thing, the same set of 20 *amino acids* is used to make proteins. But the amino acids are linked in different sequences, conferring different chemical properties on the protein molecules, just as different sequences of letters spell different words. In this way the same basic biochemical machinery has served to generate the whole gamut of living things (Figure 1–3). A more detailed discussion of the structure and function of proteins, RNA, and DNA is presented in Chapters 4 through 8.

If cells are the fundamental unit of living matter, then nothing less than a cell can truly be called living. Viruses, for example, contain some of the same types of molecules as cells but have no ability to reproduce themselves by their own efforts; they get themselves copied only by parasitizing the reproductive machinery of cells that they invade. Thus, viruses are chemical zombies, inert and inactive outside of their host cells, but exerting a malign control once they gain entry.

## All Present-Day Cells Have Apparently Evolved from the Same Ancestor

A cell reproduces by duplicating its DNA and then dividing in two, passing a copy of the genetic instructions encoded in the DNA to each of its daughter cells. That is why the daughter cells resemble the parent cell. The copying is not always perfect, and the instructions are occasionally



(A)



(B)

Figure 1–3 All living organisms are constructed from cells. A bacterium, a butterfly, a rose, and a dolphin are all made of cells that have a fundamentally similar chemistry and operate according to the same basic principles. (A, courtesy of Tony Brain and Science Photo Library; B, courtesy of J.S. and E.J. Woolmer; © Oxford Scientific Films; C, courtesy of the John Innes Foundation; D, courtesy of Jonathan Gordon, IFAW.)



(C)



(D)

BAXJIVI0010298

corrupted. That is why the daughters do not always match the parent exactly. *Mutations*—changes in the DNA—can create offspring that are changed for the worse (in that they are less able to survive and reproduce); changed for the better (in that they are better able to survive and reproduce); or changed neutrally (in that they are genetically different, but equally viable). The struggle for survival eliminates the first, favors the second, and tolerates the third. The genes of the next generation will be the genes of the survivors. Intermittently, the pattern of descent may be complicated by sexual reproduction, in which two cells of the same species fuse, pooling their DNA; the genetic cards are then shuffled, redealt, and distributed in new combinations to the next generation, to be tested again for their survival value.

These simple principles of change and selection, applied repeatedly over billions of cell generations, are the basis of **evolution**—the process by which living species become gradually modified and adapted to their environment in more and more sophisticated ways. Evolution offers a startling but compelling explanation of why present-day cells are so similar in their fundamentals: they have all inherited their genetic instructions from the same common ancestor. It is estimated that this ancestral cell existed between 3.5 billion and 3.8 billion years ago, and we must suppose that it contained a prototype of the universal machinery of all life on Earth today. Through mutation, its descendants have gradually diverged to fill every habitat on Earth with living things, exploiting the potential of the machinery in an endless variety of ways.

## Genes Provide the Instructions for Cellular Form, Function, and Complex Behavior

A cell's **genome**—that is, the entire library of genetic information in its DNA—provides a genetic program that instructs the cell how to function, and, for plant and animal cells, how to grow into an organism with hundreds of different cell types. Within an individual plant or animal, these cells can be extraordinarily varied, as we shall discuss in Chapter 21. Fat cells, skin cells, bone cells, and nerve cells seem as dissimilar as any cells could be. Yet all these *differentiated cell types* are generated during embryonic development from a single fertilized egg cell, and all contain identical copies of the DNA of the species. Their varied characters stem  from the way that individual cells use their genetic instructions. Different cells *express* different genes—that is, they turn on production of some proteins and not others, depending on the cues that they and their ancestor cells have received from their surroundings.

The DNA, therefore, is not just a shopping list specifying the molecules that every cell must have, and a cell is not just an assembly of all the items on the list. Each cell is capable of carrying out a variety of biological tasks, depending on its environment and its history, using the information encoded in its DNA to guide its activities. Later in this book, we shall see in detail how DNA defines both the parts list of the cell and the rules that decide when and where these parts are to be made.

## Cells Under the Microscope

Today we have the technology to decipher the underlying principles that govern the structure and activity of the cell. But cell biology began without these tools. To appreciate the predicament facing those who first glimpsed cells, imagine the perplexity of a scientist of a bygone era—a Leonardo da Vinci, let us say—trying to grasp the workings of a

### Question 1–2

Mutations are mistakes in the DNA that change the genetic plan from the previous generation. Envision a shoe factory. Would you expect mistakes (i.e., unintentional changes) in copying the shoe design to lead to improvements in the shoes produced? Explain your answer.

BAXJIVI0010299

modern-day laptop computer. He would have no way of knowing that the key to understanding how this machine works lies in identifying and decoding its resident programs. After examining the laptop's external case, lifting the screen, and poking the keys, this learned and curious individual might pry the thing open to see what lay inside: no gears or levers, no tiny imp writing messages on the screen. Instead, he would confront mysterious boards covered with metallic tracks and studded with rectangular black wafers; a heavy, bricklike object that gives off small sparks when poked with a pair of metal tweezers; and various other deeply puzzling bits and pieces. The earliest cell biologists engaged in a similar kind of exploration. They began by simply looking at tissues and cells, then breaking them open or slicing them up and attempting to peer inside. What they saw was to them, as to the Renaissance scholar confronted with the computer, profoundly baffling. Nevertheless, this type of visual investigation was the first step toward understanding, and it remains essential in the study of cell biology.

Cells, in general, are very small—too small to be seen with the naked eye. They were not made visible until the seventeenth century, when the **microscope** was invented. For hundreds of years afterward, all that was known about cells was discovered using this instrument. *Light microscopes*, which use visible light to illuminate specimens, are still vital pieces of equipment in the cell biology laboratory.

Although these instruments now incorporate many sophisticated improvements, the properties of light itself set a limit to the fineness of detail they can reveal. *Electron microscopes*, invented in the 1930s, go beyond this limit by using beams of electrons instead of beams of light as the source of illumination, greatly extending our ability to see the fine details of cells and even making some of the larger molecules visible individually. A survey of the principal types of microscopy used to examine cells is given in Panel 1–1 (pp. 8–9).

### The Invention of the Light Microscope Led to the Discovery of Cells

The development of the light microscope depended on advances in the production of glass lenses. By the seventeenth century, lenses were refined to the point that they could serve to make simple microscopes. Using such an instrument, Robert Hooke examined a piece of cork and in 1665 reported to the Royal Society of London that the cork was composed of a mass of minute chambers, which he called "cells." The name "cell" stuck, even though the structures Hooke described were only the cell walls that remained after the living plant cells inside them had died. Later, Hooke and some of his contemporaries were able to see living cells.

For almost 200 years, the light microscope remained an exotic instrument, available only to a few wealthy individuals. It was not until the nineteenth century that it began to be widely used to look at cells. The emergence of cell biology as a distinct science was a gradual process to which many individuals contributed, but its official birth is generally said to be signaled by two publications: one by the botanist Matthias Schleiden in 1838 and the other by the zoologist Theodor Schwann in 1839. In these papers, Schleiden and Schwann documented the results of a systematic investigation of plant and animal tissues with the light microscope, showing that cells were the universal building blocks of all living tissues. Their work, and that of other nineteenth-century microscopists, slowly led to the realization that all living cells are formed by the division of existing cells—a principle sometimes referred



**Question 1–3**

You have embarked on an ambitious research project: to create life in a test tube. You boil up a rich mixture of yeast extract and amino acids in a flask along with a sprinkling of the inorganic salts known to be essential for life. You seal the flask and allow it to cool. After several months, the liquid is as clear as ever, and there are no signs of life. A friend suggests that excluding the air was a mistake, since most life as we know it requires oxygen. You repeat the experiment, but this time you leave the flask open to the atmosphere. To your great delight, the liquid becomes cloudy after a few days and under the microscope you see beautiful small cells that are clearly growing and dividing. Does this experiment prove that you managed to generate a novel life form? How might you redesign your experiment to allow air into the flask, yet eliminate the possibility that contamination is the explanation for the results? (For a ready-made answer, look up the experiments of Louis Pasteur.)

BAXJIVI0010300



50 μm

to as the *cell theory* (Figure 1–4). The implication that living organisms do not arise spontaneously but can be generated only from existing organisms was hotly contested, but it was finally confirmed by experiments performed in the 1860s by Louis Pasteur.

The principle that cells are generated only from preexisting cells and inherit their characteristics from them underlies all of biology and gives the subject a unique flavor: in biology, questions about the present are inescapably linked to questions about the past. To understand why present-day cells and organisms behave as they do, we need to understand their history, all the way back to the misty origins of the first cells on Earth. Darwin's theory of evolution, published in 1859, provided the key insight that makes this history comprehensible, by showing how random variation and natural selection can drive the production of organisms with novel features, adapted to new ways of life. The theory of evolution explains how diversity has arisen among organisms that share a common ancestry. When combined with the cell theory, it leads us to a view of all life, from its beginnings to the present day, as one vast family tree of individual cells. Although this book is primarily about how cells work today, we shall encounter the theme of evolution again and again.

## Cells, Organelles, and Even Molecules Can Be Seen Under the Microscope

If you cut a very thin slice of a suitable plant or animal tissue and place it under a light microscope, you will see that the tissue is divided into thousands of small cells. These may be either closely packed or separated from one another by an *extracellular matrix*, a dense material often made of protein fibers embedded in a polysaccharide gel (Figure 1–5). Each cell is typically about 5–20 μm in diameter (Figure 1–6). If you have taken care to keep your specimen under the right conditions, you will see that the cells show signs of life: particles move around inside them, and if you watch patiently, you may see a cell slowly change shape

**Figure 1–4 Early microscopes revealed new cells forming by division of existing cells.** (A) In 1880, Eduard Strasburger drew a living plant cell (a hair cell from a *Tradescantia* flower), which he observed dividing into two daughter cells over a period of 2.5 hours. (B) A comparable living cell photographed recently through a modern light microscope. (B, courtesy of Peter Hepler.)

BAXJIVI0010301

## Panel 1-1 Light and electron microscopy

### THE LIGHT MICROSCOPE





eye

eyepiece (ocular)

objective

specimen

condenser

light source

the light path in a light microscope

The light microscope allows us to magnify cells up to a thousand times, and to resolve details as small as 0.2 μm (a limitation imposed by the wavelike nature of light, not by the quality of the lenses). Three things are required for viewing cells in a light microscope. First, a bright light must be focused onto the specimen by lenses in the condenser. Second, the specimen must be carefully prepared to allow light to pass through it. Third, an appropriate set of lenses (objective and eyepiece) must be arranged to focus an image of the specimen in the eye.

### FLUORESCENCE MICROSCOPY



eyepiece

2

LIGHT SOURCE

beam-splitting mirror

1

objective lens

object

Fluorescent dyes used for staining cells are detected with the aid of a *fluorescence microscope*. This is similar to an ordinary light microscope except that the illuminating light is passed through two sets of filters. The first (1) filters the light before it reaches the specimen, passing *only* those wavelengths that excite the particular fluorescent dye. The second (2) blocks out this light and passes only those wavelengths emitted when the dye fluoresces. Dyed objects show up in bright color on a dark background.

### LOOKING AT LIVING CELLS

The same unstained, living animal cell (fibroblast) in culture viewed with (A) straightforward (bright-field) optics; (B) phase-contrast optics; (C) interference-contrast optics. These latter systems exploit differences in the way light travels through regions of the cell with differing refractive indexes. All three images can be obtained on the same microscope simply by interchanging optical components.



(A)



(B)

(C)

50 μm

### FIXED SAMPLES

Most tissues are neither small enough nor transparent enough to examine directly in the microscope. Typically, therefore, they are chemically fixed and cut into very thin slices, or *sections*, that can be mounted on a glass microscope slide and subsequently stained to reveal different components of the cells. A stained section of a plant root tip is shown here (D). (Courtesy of Catherine Kidner)



(D)

50 μm

### FLUORESCENT PROBES

Dividing cells seen with a fluorescence microscope after staining with specific fluorescent dyes.



Fluorescent dyes absorb light at one wavelength and emit it at another, longer wavelength. Some such dyes bind specifically to particular molecules in cells and can reveal their location when examined with a fluorescence microscope. An example is the stain for DNA shown here (green). Other dyes can be coupled to antibody molecules, which then serve as highly specific and versatile staining reagents that bind selectively to particular macromolecules, allowing us to see their distribution in the cell. In the example shown, a microtubule protein in the mitotic spindle is stained *red* with a fluorescent antibody. (Courtesy of William Sullivan.)

BAXJIVI0010302

## CONFOCAL MICROSCOPY

A confocal microscope is a fluorescence microscope with a laser as its source of illumination. This is focused onto a single point at a specific depth in the specimen, and a pinhole aperture in the detector allows only fluorescence emitted from the exact point of focus to be included in the image. Scanning the laser beam across the specimen generates a sharp two-dimensional image of the plane of focus. A series of optical sections at different depths allows a three-dimensional image to be constructed. An intact insect embryo is shown here stained with a fluorescent probe for actin (a type of protein). (A) Conventional fluorescence microscopy generates a blurry image due to the presence of fluorescent structures above and below the plane of focus. (B) Confocal microscopy provides a crisp optical section of the cells in the embryo. (A, courtesy of Richard Warn; B, courtesy of Peter Shaw.)




(A)   (B)

10 µm

## TRANSMISSION ELECTRON MICROSCOPY



electron gun

condenser lens

specimen

objective lens

projector lens

viewing screen or photographic film



The electron micrograph below shows a small region of a cell in a piece of testis. The tissue has been chemically fixed, embedded in plastic, and cut into very thin sections that have then been stained with salts of uranium and lead. (Courtesy of Daniel S. Friend.)



0.5 µm

The transmission electron microscope (TEM) is in principle similar to an inverted light microscope, but it uses a beam of electrons instead of a beam of light, and magnetic coils to focus the beam instead of glass lenses. The specimen, which is placed in a vacuum, must be very thin. Contrast is usually introduced by electron-dense heavy-metal stains that locally absorb or scatter electrons, removing them from the beam as it passes through the specimen. The TEM has a useful magnification of up to a million-fold and with biological specimens can resolve details as small as about 2 nm.

## SCANNING ELECTRON MICROSCOPY



electron gun

condenser lens

beam deflector

objective lens

electrons from specimen

specimen

scan generator

video screen

detector

In the scanning electron microscope (SEM) the specimen, which has been coated with a very thin film of a heavy metal, is scanned by a beam of electrons brought to a focus on the specimen by the electromagnetic coils that, in electron microscopes, act as lenses. The quantity of electrons scattered or emitted as the beam bombards each successive point on the surface of the specimen is measured by the detector, and is used to control the intensity of successive points in an image built up on a video screen. The microscope creates striking images of three-dimensional objects with great depth of focus and can resolve details down to somewhere between 3 nm and 20 nm, depending on the instrument.




5 µm

Scanning electron micrograph of the stereocilia projecting from a hair cell in the inner ear (left). For comparison, the same structure is shown by light microscopy, at the limit of its resolution (above). (Courtesy of Richard Jacobs and James Hudspeth.)

1 µm

BAXJIVI0010303

Figure 1–5 **Cells form tissues in plants and animals.** (A) Cells in the root tip of a fern, with red nuclei and each surrounded by a thin cell wall *(blue)*. (B) Cells in the urine-collecting ducts of the kidney. Each duct is made of closely packed cells (with nuclei stained *red*) that appear as a ring in this cross section. The ring is surrounded by extracellular matrix, stained *purple*. (A, courtesy of James Mauseth, University of Texas; B, from P.R. Wheater et al., *Functional Histology*, 2nd edn. Edinburgh: Churchill Livingstone, 1987.)



(A)  50 μm  (B)  50 μm

and divide into two (see Figure 1–4). (Some speeded-up movies of cell division are included on the CD-ROM that accompanies this book.)

To see the internal structure of a cell is difficult, not only because the parts are small but also because they are transparent and mostly colorless. One approach is to stain cells with dyes that color particular components differently (see Figure 1–5). Alternatively, one can exploit the fact that cell components differ slightly in their ability to bend or *refract* light, just as glass differs in refractive index from water, causing light rays to be deflected as they pass from the one medium into the other. The small differences in refractive index can be made visible by sophisticated optical techniques, and the resulting images can be enhanced further by electronic processing (see Panel 1–1, pp. 8–9).

The cell thus revealed has a distinct anatomy (Figure 1–7). It has a sharply defined boundary, indicating the presence of an enclosing membrane. In the middle, a large, round body, the *nucleus*, is prominent. Around the nucleus and filling the cell's interior lies the **cytoplasm**, a transparent substance crammed with what seems at first to be a jumble of miscellaneous tiny objects. With a good light microscope, one can begin to distinguish and classify specific components in the cytoplasm (Figure 1–7B). However, structures smaller than about 0.2 μm—about half the wavelength of visible light—cannot be resolved (points closer than this are not distinguishable but appear as a single blur).

For higher magnification and better resolution one must turn to an electron microscope, which can reveal details down to a few **nanometers**, or nm (see Figure 1–6). Cell samples for the electron microscope require painstaking preparation. Even for light microscopy, a tissue usually has to be *fixed* (that is, preserved by pickling in a reactive chemical solution), supported by *embedding* in a solid wax or resin, *sectioned* into thin slices, and *stained* before it is viewed. For electron microscopy, similar procedures are required, but the sections have to be much thinner and there is no possibility of looking at living, wet cells.

When the sections are cut, stained, and placed in the electron microscope, much of the jumble of cell components becomes sharply resolved into distinct **organelles**—separate, recognizable substructures that are only hazily defined under the light microscope. A delicate membrane, about 5 nm thick, is visible enclosing the cell, and similar



Figure 1–6 **What can we see?** This schematic shows the sizes of cells and of their component parts, and the units in which they are measured.

$$1 \text{ m} = 10^3 \text{ mm}$$
$$= 10^6 \text{ μm}$$
$$= 10^9 \text{ nm}$$

BAXJIVI0010304

cytoplasm   plasma membrane   nucleus



plasma membrane   organelle   fibers



(A)                                                                              40 μm

(B)                                 5 μm

membranes form the boundary of many of the organelles inside (Figure 1–8A, B). The external membrane is called the *plasma membrane*, while the membranes surrounding organelles are called *internal membranes*. With an electron microscope, even some of the individual large molecules in a cell can be seen (Figure 1–8C).

The type of electron microscope used to look at thin sections of tissue is known as a *transmission electron microscope*. This is in principle similar to a light microscope, only it transmits a beam of electrons rather than a beam of light through the sample. Another type of electron microscope—the *scanning electron microscope*—scatters electrons off the sample and so is used to look at the surface detail of cells and other structures (see Panel 1–1, pp. 8–9). Electron microscopy enables biologists to see the structure of biological membranes, which are only two (large) molecules thick (described in detail in Chapters 11 and 12). Even with the most powerful electron microscopes, however, one cannot see the individual atoms that make up molecules (Figure 1–9).

The microscope is not the only tool that modern biologists use to study the details of cell components. Techniques such as X-ray crystallography, for example, can be used to determine the three-dimensional structure of protein molecules (discussed in Chapter 4). We shall describe other methods for probing the inner workings of cells as they arise throughout the book.

## The Procaryotic Cell

Of all the types of cells revealed by the microscope, **bacteria** have the simplest structure and come closest to showing us life stripped down to its essentials. Indeed, bacteria contain essentially no organelles—not even a nucleus to hold their DNA. This property—the presence or absence of a nucleus—is used as the basis for a simple but fundamental classification of all living things. Organisms whose cells have a nucleus are called **eucaryotes** (from the Greek words *eu*, meaning "well" or "truly," and *karyon*, a "kernel" or "nucleus"). Organisms whose cells do not have a nucleus are called **procaryotes** (from *pro*, meaning "before"). The terms "bacterium" and "procaryote" are often used interchangeably, although we shall see that the category of procaryotes also

**Figure 1–7 The internal structures of a living cell can be seen under a light microscope. (A)** A cell taken from human skin and growing in tissue culture was photographed through a light microscope. Fibers and organelles, particularly the nucleus, can be distinguished. **(B)** Detail of part of a newt cell growing in culture. The video image, at high magnification, has been computer-enhanced, and numerous organelles and fibers can be seen. (A, courtesy of Casey Cunningham; B, courtesy of Lynne Cassimeris.)

BAXJIVI0010305



(A)

2 µm

(B)

2 µm

(C)

50 nm

BAXJIVI0010306

**Figure 1–8** *(opposite page)* The fine structure of a cell can be seen in a transmission electron microscope. (A) Thin section of a liver cell showing the enormous amount of detail that is visible. Some of the components to be discussed later in the chapter are labeled; they are identifiable by their size and shape. (B) A small region of the cytoplasm at somewhat higher magnification. The smallest structures that are clearly visible are the ribosomes, each of which is made of 80–90 or so individual large molecules. (C) Portion of a long, threadlike DNA molecule isolated from a cell and seen by electron microscopy. (A and B, courtesy of Daniel S. Friend; C, courtesy of Mei Lie Wong.)



**Figure 1–9 How big is a cell and how big are its parts?** This diagram conveys a sense of scale between living cells and atoms. Each panel shows an image that is then magnified by a factor of 10 in an imaginary progression from a thumb, through skin cells, to a ribosome, and ultimately to a cluster of atoms forming part of one of the many protein molecules in our bodies. Details of molecular structure, as shown in the last two panels, are beyond the power of the electron microscope.

BAXJIVI0010307



Figure 1–10 Bacteria come in different shapes and sizes. Typical spherical, rodlike, and spiral-shaped bacteria are drawn to scale. The spiral cells shown are the organisms that cause syphilis.

spherical cells,
e.g., *Streptococcus*

rod-shaped cells,
e.g., *Escherichia coli*,
*Salmonella*

spiral cells,
e.g., *Treponema pallidum*

2 μm

## Note on biological names

Species of living organisms are officially identified by a pair of Latin words, usually printed in italics, analogous to a person's given name and surname. The genus (*Escherichia*, corresponding to a surname) is stated first; the second term (*coli*) qualifies this, identifying a particular species belonging to that genus. For short, the genus name may be abbreviated (*E. coli*), or the species label may be dropped (so that we often speak of the fly *Drosophila*, meaning *Drosophila melanogaster*).

includes another class of cells, so remotely related to ordinary bacteria that they are given a separate name.

Bacteria are typically spherical, rodlike, or corkscrew-shaped, and small—just a few micrometers long (Figure 1–10). They often have a tough protective coat, called a cell wall, surrounding the plasma membrane, which encloses a single compartment containing the cytoplasm and the DNA. In the electron microscope this cell interior typically appears as a matrix of varying texture without any obvious organized internal structure (Figure 1–11). The cells reproduce quickly by dividing in two. Under optimum conditions, when food is plentiful, a procaryotic cell can duplicate itself in as little as 20 minutes. In less than 11 hours, by repeated divisions, a single procaryote can give rise to 5 billion progeny (which is approximately equal to the total number of humans presently on earth). Thanks to their large numbers, rapid growth rates, and ability to exchange bits of genetic material by a process akin to sex, populations of procaryotic cells can evolve fast, rapidly acquiring the ability to use a new food source or to resist being killed by a new antibiotic.

## Procaryotes Are the Most Diverse of Cells

Most procaryotes live as single-celled organisms, although some join together to form chains, clusters, or other organized multicellular structures. In shape and structure procaryotes may seem simple and limited, but in terms of chemistry they are the most diverse and inventive class of cells. These creatures exploit an enormous range of habitats, from hot puddles of volcanic mud to the interiors of other living cells, and they vastly outnumber other living organisms on Earth. Some are aerobic, using oxygen to oxidize food molecules; some are strictly anaerobic and are killed by the slightest exposure to oxygen. As we will see later in this chapter, *mitochondria*—the organelles that generate energy for the eucaryotic cell—are thought to have evolved from aerobic bacteria that took to living inside the anaerobic ancestors of today's eucaryotic cells. Thus our own oxygen-based metabolism can be regarded as a product of the activities of bacterial cells.

Virtually any organic material, from wood to petroleum, can be used as food by one sort of bacterium or another. Still more remarkable,

Figure 1–11 The bacterium *Escherichia coli (E. coli)* is understood more thoroughly than any other living organism. An electron micrograph of a longitudinal section is shown here; the cell's DNA is concentrated in the lightly stained region. (Courtesy of E. Kellenberger.)



1 μm

BAXJIVI0010308



(A)

10 μm



(B)

1 μm

Figure 1–12 **Some bacteria are photosynthetic.** (A) *Anabaena cylindrica* forms long, multicellular filaments. This light micrograph shows specialized cells that either fix nitrogen (that is, capture N₂ from the atmosphere and incorporate it into organic compounds; labeled *H*), fix CO₂ (through photosynthesis; *V*), or become resistant spores (*S*). (B) An electron micrograph of *Phormidium laminosum* shows the intracellular membranes where photosynthesis occurs. Note that even some procaryotes can form simple multicellular organisms. (A, courtesy of David Adams; B, courtesy of D.P. Hill and C.J. Howe.)

some procaryotes can live entirely on inorganic substances: they get their carbon from $CO_2$ in the atmosphere, their nitrogen from atmospheric $N_2$, and their oxygen, hydrogen, sulfur, and phosphorus from air, water, and inorganic minerals. Some of these procaryotic cells, like plant cells, perform *photosynthesis,* getting the energy they need for biosynthesis from sunlight (Figure 1–12); others derive energy from the chemical reactivity of inorganic substances in the environment (Figure 1–13). In either case, such procaryotes play a unique and fundamental part in the economy of life on Earth: other living things depend on the organic compounds that these cells generate from inorganic materials.

Plants, too, can capture energy from sunlight and carbon from atmospheric $CO_2$. But plants unaided by bacteria cannot capture $N_2$ from the atmosphere, and in a sense even plants depend on bacteria for photosynthesis. It is almost certain that the organelles in the plant cell that perform photosynthesis—the *chloroplasts*—have evolved from photosynthetic bacteria that found a home inside the plant cell's cytoplasm.

## The World of Procaryotes Is Divided into Two Domains: Eubacteria and Archaea

Traditionally, all procaryotes have been classified together in one large group. But molecular studies reveal that there is a gulf within the class of procaryotes, dividing it into two distinct *domains,* called the *eubacteria* (or simply *bacteria*) and the *archaea.* Remarkably, at a molecular level, the members of these two domains differ as much from one another as either does from the eucaryotes. Most of the procaryotes familiar from everyday life—the species that live in the soil or make us ill—are eubacteria. Archaea are not only found in these habitats, but also in environments hostile to most other cells: there are species that live in concentrated brine, in hot acid volcanic springs, in the airless depths of marine sediments, in the sludge of sewage treatment plants, in pools beneath the frozen surface of Antarctica, and in the acidic, oxygen-free environment of a cow's stomach, where they break down

Figure 1–13 **A sulfur bacterium gets its energy from H₂S.** *Beggiatoa,* a procaryote that lives in sulfurous environments, oxidizes H₂S and can fix carbon even in the dark. In this light micrograph, yellow deposits of sulfur can be seen inside the cells. (Courtesy of Ralph W. Wolfe.)

### Question 1–4

A bacterium weighs about $10^{-12}$ g and can divide every 20 minutes. If a single bacterial cell carried on dividing at this rate, how long would it take before the mass of bacteria would equal that of the Earth (6 × $10^{24}$ kg)? Contrast your result with the fact that bacteria originated at least 3.5 billion years ago and have been dividing ever since. Explain the apparent paradox. (The number of cells $N$ in a culture at time $t$ is described by the equation $N = N_0 \times 2^{t/G}$, where $N_0$ is the number of cells at zero time and $G$ is the population doubling time.)



6 μm

BAXJIVI0010309

cellulose and generate methane gas. Many of these environments resemble the harsh conditions that must have existed on the primitive Earth, where living things first evolved, before the atmosphere became rich in oxygen.

## The Eucaryotic Cell

Eucaryotic cells, in general, are bigger and more elaborate than bacteria and archaea. Some live independent lives as single-celled organisms, such as amoebae and yeasts (Figure 1–14); others live in multicellular assemblies. All of the more complex multicellular organisms—including plants, animals, and fungi—are formed from eucaryotic cells.

By definition, all eucaryotic cells have a nucleus. But possession of a nucleus goes hand-in-hand with possession of a variety of other organelles, most of which are likewise common to all these eucaryotic organisms. We will now take a look at the main organelles found in eucaryotic cells from the point of view of their functions.

### The Nucleus Is the Information Store of the Cell

The **nucleus** is usually the most prominent organelle in a eucaryotic cell (Figure 1–15). It is enclosed within two concentric membranes that

5 μm

Figure 1–14 **Yeasts are simple free-living eucaryotes.** The cell shown in this light micrograph belongs to the same species that makes dough rise and turns malted barley juice into beer. It reproduces by forming a bud and then dividing asymmetrically into a large and a small daughter cell. (Courtesy of Soren Mogelsvang and Natalia Gomez-Ospina.)



(A)                    nuclear envelope

(B)                    nucleus                    2 μm

Figure 1–15 **The nucleus contains most of the DNA in a eucaryotic cell.** (A) In this schematic diagram of a typical animal cell—complete with its extensive system of membrane-enclosed organelles—the nucleus is colored *brown*, the nuclear envelope is *green*, and the cytoplasm (the interior of the cell outside the nucleus) is *white*. (B) The nucleus is the most prominent organelle in this thin section of a mammalian cell examined in the electron microscope. Individual chromosomes are not visible because the DNA is dispersed as fine threads throughout the nucleus at this stage of the cell's growth. (B, courtesy of Daniel S. Friend.)

BAXJIVI0010310

nucleus          nuclear envelope          condensed chromosomes



25 um

Figure 1–16 Chromosomes become visible when a cell is about to divide. As a cell prepares to divide, its DNA condenses into threadlike chromosomes that can be distinguished in the light microscope. The photographs show three successive steps in this process in a cultured cell from a newt's lung. (Courtesy of Conly L. Rieder.)

form the *nuclear envelope*, and it contains molecules of DNA—extremely long polymers that encode the genetic information of the organism. In the light microscope, these giant DNA molecules become visible as individual **chromosomes** when they become more compact as a cell prepares to divide into two daughter cells (Figure 1–16). DNA also stores the genetic information in procaryotic cells; these cells lack a distinct nucleus not because they lack DNA, but because they do not keep it inside a nuclear envelope, segregated from the rest of the cell contents.

## Mitochondria Generate Usable Energy from Food to Power the Cell

Among the most conspicuous organelles in the cytoplasm, **mitochondria** are present in essentially all eucaryotic cells (Figure 1–17). These organelles have a very distinctive structure when seen under the electron microscope: each mitochondrion appears sausage- or worm-shaped, from one to many micrometers long; and each is enclosed in two separate membranes. The inner membrane is formed into folds that project into the interior of the mitochondrion (Figure 1–18). Mitochondria contain their own DNA and reproduce by dividing in two. Because mitochondria resemble bacteria in so many ways, they are thought to derive from bacteria that were engulfed by some ancestor of present-day eucaryotic cells (Figure 1–19). This evidently created a *symbiotic* relationship—one in which the host eucaryote and the engulfed bacterium helped one another to survive and reproduce.

Observation under the microscope by itself gives little indication of what mitochondria do. Their function was discovered by breaking open cells and then spinning the soup of cell fragments in a centrifuge; this separates the organelles according to their size, shape, and density. Purified mitochondria were then tested to see what chemical processes they could perform. This revealed that mitochondria are generators of chemical energy for the cell. They harness the energy from the oxidation of food molecules, such as sugars, to produce *adenosine triphosphate*, or ATP—the basic chemical fuel that powers most of the cell's activities. Because the mitochondrion consumes oxygen and releases carbon dioxide in the course of this activity, the entire process is called *cellular respiration*—essentially, breathing on a cellular level. The process of cellular respiration will be considered in more detail in Chapter 14.

Without mitochondria, animals, fungi, and plants would be unable to use oxygen to extract the maximum amount of energy from the food molecules that nourish them. Oxygen would be a poison for them, rather than an essential requirement. There are, in fact, a few anaerobic eucaryotes that lack mitochondria and live only in environments that are oxygen-free.



10 μm

Figure 1–17 Mitochondria serve as cellular powerhouses. These organelles, seen with a light microscope, are power generators that oxidize food molecules to produce useful chemical energy in almost all eucaryotic cells. Mitochondria are quite variable in shape; in this cultured mammalian cell they are stained *green* with a fluorescent dye and appear wormlike. The nucleus is stained *blue*. (Courtesy of Lan Bo Chen.)

BAXJIVI0010311



100 nm

(A) (B) (C)

**Figure 1–18 The electron microscope reveals the folds in the mitochondrial membrane.** (A) A cross section of a mitochondrion. (B) This three-dimensional representation of the arrangement of the mitochondrial membranes shows the smooth outer membrane and the highly convoluted inner membrane. The inner membrane contains most of the proteins responsible for cellular respiration, and it is highly folded to provide a large surface area for this activity. (C) In this schematic cell, the interior space of the mitochondrion is colored. (A, courtesy of Daniel S. Friend.)

## Chloroplasts Capture Energy from Sunlight

**Chloroplasts** are large green organelles that are found only in the cells of plants and algae, not in the cells of animals or fungi. These organelles have an even more complex structure than mitochondria: in addition to their two surrounding membranes, chloroplasts possess internal stacks of membranes containing the green pigment *chlorophyll* (Figure 1–20). When a plant is kept in the dark, its greenness fades; when put back in the light, its greenness returns. This suggests that the chlorophyll—and the chloroplasts that contain it—are crucial to the special relationship that plants and algae have with light. But what is that relationship?

**Figure 1–19 Mitochondria most likely evolved from engulfed bacteria.** It is virtually certain that mitochondria originate from bacteria that were engulfed by an ancestral eucaryotic cell and survived inside it, living in symbiosis with their host.



BAXJIVI0010312





(A) | 20 μm     (B) | 1 μm     (C)

Animals and plants all need energy to live, grow, and reproduce. Animals can use only the chemical energy they obtain by feeding on the products of other living things. But plants can get their energy directly from sunlight, and chloroplasts are the organelles that enable them to do so. From the standpoint of life on Earth, chloroplasts carry out an even more essential task than mitochondria: they perform photosynthesis – that is, they trap the energy of sunlight in chlorophyll molecules and use this energy to drive the manufacture of energy-rich sugar molecules. In the process they release oxygen as a molecular by-product. Plant cells can then extract this stored chemical energy when they need it, by oxidizing these sugars in their mitochondria, just as animal cells can. Chloroplasts thus generate both the food molecules and the oxygen that all mitochondria use. How they do so will be explained in Chapter 14.

Like mitochondria, chloroplasts contain their own DNA, reproduce by dividing in two, and are thought to have evolved from bacteria—in this case from photosynthetic bacteria that were somehow engulfed by an early eucaryotic cell (Figure 1–21).

## Internal Membranes Create Intracellular Compartments with Different Functions

Nuclei, mitochondria, and chloroplasts are not the only membrane-enclosed organelles inside eucaryotic cells. The cytoplasm contains a profusion of other organelles—most of them enclosed by single membranes—that perform many distinct functions. Most of these structures are involved with the cell's ability to import raw materials and to export manufactured substances and waste products. Some of these membrane-enclosed organelles are enormously enlarged in cells that are specialized for secretion of proteins; others are particularly plentiful in cells specialized for digestion of foreign bodies.

The *endoplasmic reticulum (ER)*—an irregular maze of interconnected spaces enclosed by a folded membrane (Figure 1–22)—is the site at which most cell membrane components, as well as materials destined for export from the cell, are made. Stacks of flattened membrane-enclosed sacs constitute the *Golgi apparatus* (Figure 1–23), which

**Figure 1–20 Chloroplasts capture the energy of sunlight in plant cells.** (A) Leaf cells in a moss, viewed in a light microscope, each contain many green chloroplasts. (B) Electron micrograph of a chloroplast in a grass leaf shows the organelle's extensive system of internal membranes. The flattened sacs of membrane contain chlorophyll and are arranged in stacks. (C) The sketch highlights the features seen in (B). (B, courtesy of Eldon Newcomb.)

### Question 1–5

According to Figure 1–19, why does the mitochondrion have both an outer and an inner membrane? Which of the two mitochondrial membranes should be—in evolutionary terms—derived from the cell membrane of the ancestral eucaryotic cell? In the electron micrograph of a mitochondrion in Figure 1–18A, identify the space that contains the mitochondrial DNA, i.e., the space that corresponds to the cytosol of the bacterium that was internalized by the ancestral eucaryotic cell shown in Figure 1–19.

BAXJIVI0010313

Figure 1–21 Chloroplasts, like mitochondria, have evolved from engulfed bacteria. Chloroplasts are thought to have originated from symbiotic photosynthetic bacteria, which were taken up by early eucaryotic cells that already contained mitochondria.



receives and often modifies chemically the molecules made in the endoplasmic reticulum, and then directs them to the exterior of the cell or to various other locations. *Lysosomes* are small, irregularly shaped organelles in which intracellular digestion occurs, releasing nutrients from food particles and breaking down unwanted molecules for recycling or excretion. And *peroxisomes* are small, membrane-enclosed vesicles that provide a contained environment for reactions in which hydrogen peroxide, a dangerously reactive chemical, is generated and degraded. Membranes also form many different types of small *vesicles* involved in the transport of materials between one membrane-enclosed organelle and another. This whole system of related organelles is sketched in Figure 1–24A.

A continual exchange of materials takes place between the endoplasmic reticulum, the Golgi apparatus, the lysosomes, and the outside of the cell. The exchange is mediated by small membrane-enclosed vesicles that pinch off from the membrane of one organelle and fuse with another, like tiny soap bubbles budding from and rejoining larger bubbles. At the surface of the cell, for example, portions of the plasma membrane tuck inward and pinch off to form vesicles that carry into the cell material captured from the external medium (Figure 1–25). These

Figure 1–22 Many cellular components are produced in the endoplasmic reticulum (ER). (A) Schematic diagram of an animal cell shows the endoplasmic reticulum in *green*. (B) Electron micrograph of a thin section of a mammalian pancreatic cell shows a small part of the endoplasmic reticulum, of which there are vast tracts in this cell type, which is specialized for protein secretion. Note that the ER is continuous with the membrane of the nuclear envelope. The black particles studding the particular region of the ER shown here are ribosomes—the molecular assemblies that perform protein synthesis. Because of its appearance, ribosome-coated ER is often called "rough ER." (B, courtesy of Lelio Orci.)



BAXJIVI0010314



Figure 1–23 **The Golgi apparatus resembles a stack of flattened discs.** This organelle, just visible under the light microscope but often inconspicuous, is involved in the synthesis and packaging of molecules destined to be secreted from the cell, as well as in the routing of newly synthesized proteins to the correct cellular compartment. (A) Schematic diagram of an animal cell with the Golgi apparatus colored *red*. (B) Drawing of the Golgi apparatus reconstructed from electron microscope images. The organelle is composed of flattened sacs of membrane stacked in layers, from which small vesicles pinch off and fuse. Only one stack is shown here, but several can be present in each cell. (C) Electron micrograph of the Golgi apparatus from a typical animal cell. (C, courtesy of Brij J. Gupta.)

generally fuse with lysosomes, where the imported material is digested. Animal cells can engulf very large particles, or even entire foreign cells, by this process of *endocytosis*. The reverse process, *exocytosis*, whereby vesicles from inside the cell fuse with the plasma membrane and release their contents into the external medium, is also a common cellular activity (see Figure 1–25). Hormones, neurotransmitters, and other signaling molecules are secreted from cells by exocytosis. How the membrane-enclosed organelles transport proteins and other molecules from place to place inside the cell will be discussed in more detail in Chapter 15.



Figure 1–24 **Membrane-enclosed organelles are distributed throughout the cytoplasm.** (A) A variety of membrane-enclosed compartments exist within eucaryotic cells, each specialized to perform a different function. (B) The rest of the cell, excluding all these organelles, is called the cytosol (colored *blue*). This region is the site of many vital cellular activities.

BAXJIVI0010315



IMPORT

plasma membrane

EXPORT

**Figure 1–25 Cells engage in endocytosis and exocytosis.** Cells can import materials from the external medium by capturing them in vesicles that pinch off from the plasma membrane. The vesicles ultimately fuse with lysosomes, where intracellular digestion occurs. By a converse process, cells export materials they have synthesized in intracellular compartments: the materials are stored in the intracellular vesicles and released to the exterior when these vesicles fuse with the plasma membrane.



**Question 1–6**

Suggest a reason why it would be advantageous for eucaryotic cells to evolve elaborate internal membrane systems that allow them to import substances from the outside, as shown in Figure 1–25.

## The Cytosol is a Concentrated Aqueous Gel of Large and Small Molecules

If we were to strip the plasma membrane from a eucaryotic cell and then remove all of its membrane-enclosed organelles, including nucleus, ER, Golgi apparatus, mitochondria, and chloroplasts, we would be left with the **cytosol** (Figure 1–24B). In most cells the cytosol fills the largest single compartment, which in bacteria is generally the only intracellular compartment. The cytosol contains a host of large and small molecules, crowded together so closely that it behaves more like a water-based gel than a liquid solution (Figure 1–26). It is the site of many chemical reactions that are fundamental to the cell's existence. The early steps in the breakdown of nutrient molecules take place in the cytosol, for example, and it is here too that the cell performs one of its key synthetic processes—the manufacture of proteins. **Ribosomes,** the tiny molecular machines that make the protein molecules, are visible with the electron microscope as small particles in the cytosol, often attached to the cytosolic face of the ER (see Figures 1–8B and 1–22B).

## The Cytoskeleton Is Responsible for Directed Cell Movements

The cytoplasm is not just a structureless soup of chemicals and organelles. Under the electron microscope one can see that in eucaryotic cells (but not in bacteria), the cytosol is crisscrossed by long, fine filaments of protein. Frequently the filaments can be seen to be anchored at one end to the plasma membrane or to radiate out from a central site adjacent to the nucleus. This system of filaments is called the **cytoskeleton** (Figure 1–27). The thinnest of the filaments are *actin filaments,* which are present in all eucaryotic cells but occur in especially large numbers inside muscle cells, where they serve as part of the machinery that generates contractile forces. The thickest filaments are called *microtubules,* because they have the form of minute hollow tubes. They become reorganized into spectacular arrays in dividing cells, where they help pull the duplicated chromosomes in opposite directions and distribute them equally to the two daughter cells (Figure 1–28). Intermediate in thickness between actin filaments and microtubules are the *intermediate filaments,* which serve to strengthen the cell mechanically. These three types of filaments, together with other proteins that attach to them, form a system of girders, ropes, and motors that gives the cell its mechanical strength, controls its shape, and drives and guides its movements.

**Figure 1–26 The cytoplasm is stuffed with organelles and a host of large and small molecules.** This schematic drawing, based on the known sizes and concentrations of molecules in the cytosol, shows how crowded the cytoplasm is. The panorama begins on the far left at the cell surface; moves through the endoplasmic reticulum, Golgi apparatus, and a mitochondrion; and ends on the far right in the nucleus. Note that some ribosomes *(large pink objects)* are free in the cytosol, while others are attached to the ER. (Courtesy of D. Goodsell.)



BAXJIVI0010316



(A)   50 µm   (B)   (C)

Because the cytoskeleton governs the internal organization of the cell as well as its external features, it is as necessary to a plant cell—boxed in by a tough wall of extracellular matrix—as it is to an animal cell that freely bends, stretches, swims, or crawls. In a plant cell, for example, organelles such as mitochondria are driven in a constant stream around the cell interior along cytoskeletal tracks. And animal cells and plant cells alike depend on the cytoskeleton to separate their internal components into two daughter sets during cell division. We will examine the cytoskeleton in detail in Chapter 17. We will examine its role in cell division in Chapters 18 and 19, and in Chapter 16 see how signals from the environment alter its structure.

### The Cytoplasm Is Far from Static

It is helpful to have a sense of the pace of movements inside a cell. The cytoskeleton itself is constantly changing, a dynamic jungle of ropes and rods that are continually being strung together and taken apart; filaments can assemble and then disappear in a matter of minutes. Along these tracks and cables, organelles and vesicles hurry to and fro, racing across the width of the cell in a fraction of a second. The ER and the molecules that fill every free space are in frantic thermal commotion—with unattached proteins buzzing around so fast that, even though they move at random, they visit every corner of the cell within a few seconds, constantly colliding with an even more tumultuous dust storm of smaller organic molecules.

Of course, neither the bustling nature of the cell's interior nor the details of cell structure were appreciated when scientists first peered into a microscope; our knowledge of cell structure accumulated slowly. A few of the key discoveries are listed in Table 1–1. Panel 1–2 summarizes the differences between animal, plant, and bacterial cells.

Figure 1–27 **The cytoskeleton is a network of filaments that helps define a cell's shape.** Filaments made of protein provide all eucaryotic cells with an internal framework that helps organize the internal activities of the cell and underlies its movements and changes of shape. Different types of filaments can be detected using different fluorescent stains. Shown here are (A) actin filaments, (B) microtubules, and (C) intermediate filaments. (A, courtesy of Simon Barry and Chris D'Lacey; B, courtesy of Nancy Kedersha; C, courtesy of Clive Lloyd.)



BAXJIVI0010317

**Figure 1–28 Microtubules help distribute the chromosomes in a dividing cell.** When a cell divides, its nuclear envelope breaks down and its DNA condenses into pairs of visible chromosomes, which are pulled apart into separate cells by microtubules. The microtubules radiate from foci at opposite ends of the dividing cell. (Photograph courtesy of Conly L. Rieder.)





**Question 1–7**

Discuss the relative advantages and disadvantages of light and electron microscopy. How could you best visualize (a) a living skin cell, (b) a yeast mitochondrion, (c) a bacterium, and (d) a microtubule?

## Eucaryotic Cells May Have Originated as Predators

Eucaryotic cells are typically 10 times the length and 1000 times the volume of procaryotic cells (although there is huge size variation within each category). As we have seen, eucaryotes possess in addition a whole collection of other features—a cytoskeleton, mitochondria, and other organelles—that set them apart from bacteria and archaea.

When and how eucaryotes evolved these systems remains something of a mystery. Although eucaryotes, bacteria, and archaea must have diverged from one another very early in the history of life on Earth (discussed in Chapter 14), the eucaryotes did not acquire all of their distinctive features at the same time (Figure 1–29). According to one theory, the ancestral eucaryotic cell was a predator that fed by capturing

**Table 1–1 Historical Landmarks in Determining Cell Structure**

| | |
|---|---|
| 1665 | Hooke uses a primitive microscope to describe small pores in sections of cork that he calls "cells." |
| 1674 | Leeuwenhoek reports his discovery of **protozoa**. Nine years later, he sees **bacteria** for the first time. |
| 1833 | Brown publishes his microscopic observations of orchids, clearly describing the cell **nucleus**. |
| 1838 | Schleiden and Schwann propose the **cell theory**, stating that the nucleated cell is the universal building block of plant and animal tissues. |
| 1857 | Kölliker describes **mitochondria** in muscle cells. |
| 1879 | Flemming describes with great clarity **chromosome behavior during mitosis** in animal cells. |
| 1881 | Cajal and other histologists develop staining methods that reveal the structure of **nerve cells** and the organization of neural tissue. |
| 1898 | Golgi first sees, and describes, the **Golgi apparatus** by staining cells with silver nitrate. |
| 1902 | Boveri links **chromosomes and heredity** by observing chromosome behavior during sexual reproduction. |
| 1952 | Palade, Porter, and Sjöstrand develop methods of **electron microscopy** that enable many intracellular structures to be seen for the first time. In one of the first applications of these techniques, Huxley shows that muscle contains arrays of protein filaments—the first evidence of a **cytoskeleton**. |
| 1957 | Robertson describes the bilayer structure of the **cell membrane**, seen for the first time in the electron microscope. |
| 1960 | Kendrew describes the first detailed **protein structure** (sperm whale **myoglobin**) to a resolution of 0.2 nm using X-ray **crystallography**. Perutz proposes a lower-resolution structure for **hemoglobin**. |
| 1968 | Petran and collaborators make the first **confocal microscope**. |
| 1974 | Lazarides and Weber develop the use of **fluorescent antibodies** to stain the cytoskeleton. |
| 1994 | Chalfie and collaborators introduce **green fluorescent protein (GFP)** as a marker in microscopy. |

BAXJIVI0010318



ANIMAL CELL

5 µm

microtubule

centrosome with pair of centrioles

chromatin (DNA)

nuclear pore

nuclear envelope

vesicles

extracellular matrix

lysosome

nucleolus

actin filaments

peroxisome

ribosomes in cytosol

Golgi apparatus

intermediate filaments

plasma membrane

nucleus

endoplasmic reticulum

mitochondrion

Golgi apparatus

nucleolus

Three cell types are drawn here in a more realistic manner than in the schematic drawing in Figure 1–24. The same colors are used, however, to distinguish the main components of the cell. The animal cell drawing is based on a fibroblast, a cell that crawls through connective tissue, depositing extracellular matrix. A micrograph of a living fibroblast is shown in Figure 1–7A. The plant cell drawing is typical of a young leaf cell, containing chloroplasts and a large, fluid-filled vacuole. The bacterium is a rod-shaped bacillus with a single flagellum for motility.

flagellum

ribosomes in cytosol

DNA

plasma membrane

cell wall

BACTERIAL CELL

1 µm

chromatin (DNA)

nuclear pore

cell wall

microtubule

vacuole (fluid-filled)

peroxisome

chloroplast

ribosomes in cytosol

actin filaments

PLANT CELL

5 µm

vacuole membrane (tonoplast)

lysosome

BAXJIVI0010319

Figure 1–29 Where did eucaryotes come from? The eucaryotic, eubacterial, and archaean lineages diverged from one another very early in the evolution of life on Earth. Some time later, the eucaryotes acquired mitochondria; later still, a subset of eucaryotes acquired chloroplasts. Mitochondria are essentially the same in plants, animals, and fungi, and therefore are thought to have been acquired before these lines diverged.



other cells. Such a way of life requires a large size, a flexible membrane, and a cytoskeleton to help the cell move and eat. The nuclear compartment may have evolved to protect the fragile DNA from being damaged by the movement of the cytoskeleton.

Such a primitive eucaryote, with a nucleus and cytoskeleton, was most likely the sort that engulfed the free-living, oxygen-metabolizing eubacteria that were the ancestors of the mitochondria. This partnership is thought to have been established 1.5 billion years ago, when the Earth's atmosphere first became rich in oxygen. A subset of these cells later acquired chloroplasts by engulfing photosynthetic bacteria (see Figure 1–29).

That single-celled eucaryotes can prey upon and swallow other cells is borne out by the behavior of many of the free-living actively motile microorganisms called **protozoans**. *Didinium*, for example, is a large, carnivorous protozoan with a diameter of about 150 µm—perhaps 10 times that of an average human cell. It has a globular body encircled by two fringes of cilia, and its front end is flattened except for a single protrusion rather like a snout (Figure 1–30). *Didinium* swims at high speed by means of its beating cilia. When it encounters a suitable prey, usually another type of protozoan, it releases numerous small, paralyzing darts from its snout region. Then *Didinium* attaches to and





Figure 1–30 One protozoan eats another. (A) The micrograph shows *Didinium* on its own, with its circumferential rings of beating cilia and its "snout" at the top. (B) *Didinium* is seen ingesting another ciliated protozoan, *Paramecium*. (Courtesy of D. Barlow.)

100 µm

(A)

(B)

BAXJIVI0010320



devours the other cell, inverting like a hollow ball to engulf its victim, which is almost as large as itself.

Protozoans include some of the most complex cells known. Figure 1–31 conveys something of the variety of forms of protozoans, and their behavior is just as diverse: they can be photosynthetic or carnivorous, motile or sedentary. Their cellular anatomy is often elaborate and includes such structures as sensory bristles, photoreceptors, beating cilia, stalklike appendages, mouthparts, stinging darts, and musclelike contractile bundles. Although they are single cells, protozoans can be as intricate and versatile as many multicellular organisms.

## Model Organisms

Because all cells are descended from a common ancestor and their fundamental properties have been conserved through evolution, knowledge gained from the study of one organism contributes to our understanding of others, including ourselves. But certain organisms are easier than others to study in the laboratory. Some reproduce rapidly and yield readily to genetic manipulations; others are, for example, multicellular but transparent, so that one can directly match the development of all their internal tissues and organs. For these reasons, large communities of biologists have become dedicated to studying different aspects of the biology of a few chosen species, pooling their knowledge so as to gain a deeper understanding than could be achieved if their efforts were spread over many different species. Information obtained from these studies contributes to our understanding of how all cells work. In the following sections, we will examine some of these representative **model organisms**

**Figure 1–31 An assortment of protozoans illustrates the enormous variety within this class of single-celled microorganisms.** These drawings are done to different scales, but in each case the scale bar represents 10 μm. The organisms in (A), (B), (E), (F), and (I) are ciliates; (C) is a euglenoid; (D) is an amoeba; (G) is a dinoflagellate; and (H) is a heliozoan. (From M.A. Sleigh, The Biology of Protozoa. London: Edward Arnold, 1973.)

BAXJIVI0010321

and review the benefits each offers to the study of cell biology and, in many cases, to the promotion of human health.

## Molecular Biologists Have Focused on *E. coli*

In the world of bacteria, the spotlight of molecular biology has fallen chiefly on just one species: *Escherichia coli*, or *E. coli* for short (see Figure 1–11). This small, rod-shaped eubacterial cell normally lives in the gut of humans and other vertebrates, but it can be grown easily in a simple nutrient broth in a culture bottle. *E. coli* copes well with variable chemical conditions in its environment, and it reproduces rapidly. Its genetic instructions are contained in a single, circular, double-stranded molecule of DNA, approximately 4.6 million nucleotide pairs long, and it makes 4300 different kinds of proteins.

In molecular terms, we understand the workings of *E. coli* more thoroughly than those of any other living organism. Most of our knowledge of the fundamental mechanisms of life—including how cells replicate their DNA and how they decode these genetic instructions to make proteins—has come from studies of *E. coli*. Subsequent research has confirmed that these basic processes occur in essentially the same way in our own cells as they do in *E. coli*.

## Brewer's Yeast Is a Simple Eucaryotic Cell



**Question 1–8**

Your next-door neighbor has donated $100 in support of cancer research and is horrified to learn that her money is being spent on studying brewer's yeast. How could you put her mind at ease?

We tend to be preoccupied with eucaryotes because we are eucaryotes ourselves. But human cells are complicated and difficult to work with, and if we want to understand the fundamentals of eucaryotic cell biology, it is often more effective to concentrate on a species that, like *E. coli* among the bacteria, is simple and robust and reproduces rapidly. The popular choice for this role of minimal model eucaryote has been the yeast *Saccharomyces cerevisiae* (Figure 1–32)—the same microorganism that is used for brewing beer and baking bread.

*S. cerevisiae* is a small, single-celled fungus and thus, according to modern views, is at least as closely related to animals as it is to plants. Like other fungi, it has a rigid cell wall, is relatively immobile, and possesses mitochondria but not chloroplasts. When nutrients are plentiful, it reproduces almost as rapidly as a bacterium. As its nucleus contains only about 2.5 times as much DNA as *E. coli*, the yeast is also a good subject for genetic analysis. Even though its genome is small (by eucaryotic standards), the yeast carries out all the basic tasks every eucaryotic cell must perform. Genetic and biochemical studies in yeast have been crucial to understanding many basic mechanisms in eucaryotic cells, including the cell-division cycle—the chain of events by which the nucleus and all the other components of a cell are duplicated and parceled out to create two daughter cells. In fact, the machinery that governs cell division has been so well conserved over the course of evolution that many of its components can function interchangeably in yeast and human cells. If a mutant yeast lacks a gene essential for cell division, providing it with a copy of the corresponding gene from a human will cure the yeast's defect and enable it to divide normally (see How We Know, pp. 30–31).



**Figure 1–32 The yeast *Saccharomyces cerevisiae* is a model eucaryote.** In this scanning electron micrograph a few yeast cells are seen in the process of dividing. Another micrograph of the same species of cells is shown in Figure 1–14. (Courtesy of Ira Herskowitz and Eric Schabatach.)

## *Arabidopsis* Has Been Chosen Out of 300,000 Species as a Model Plant

The large multicellular organisms that we see around us—the flowers and trees and animals—seem fantastically varied, but they are much

BAXJIVI0010322

closer to one another in their evolutionary origins, and more similar in their basic cell biology, than the great host of microscopic single-cell organisms. Whereas bacteria and eucaryotes separated from each other more than 3 billion years ago, plants, animals, and fungi are separated by only about 1.5 billion years, fish and mammals by only about 450 million years, and the different species of flowering plants by less than 200 million years.

The close evolutionary relationship among all flowering plants means that we can get insight into the cell and molecular biology of flowering plants by focusing on just a few convenient species for detailed analysis. Out of the several hundred thousand species of flowering plants on Earth today, molecular biologists have recently focused their efforts on a small weed, the common wall cress *Arabidopsis thaliana* (Figure 1–33), which can be grown indoors in large numbers and produces thousands of offspring per plant within 8 to 10 weeks. *Arabidopsis* has a genome of approximately 110 million nucleotide pairs, about 8 times as many as yeast, and its complete sequence is known. By examining the genetic instructions that *Arabidopsis* carries, we are beginning to learn more about the genetics, molecular biology, and evolution of flowering plants, which dominate nearly every ecosystem on land. Because genes found in *Arabidopsis* have counterparts in agricultural species, studying this simple weed provides insights into the development and physiology of the crop plants upon which our lives depend, as well as all the other plant species that are our companions on Earth.

## The World of Animals Is Represented by a Fly, a Worm, a Mouse, and *Homo sapiens*

Multicellular animals account for the majority of all named species of living organisms, and the majority of animal species are insects. It is fitting, therefore, that an insect, the small fruit fly *Drosophila melanogaster* (Figure 1–34), should occupy a central place in biological research. In fact, the foundations of classical genetics were built to a large extent on studies of this insect. More than 80 years ago, for example, studies of the fruit fly provided definitive proof that genes—the units of heredity—are carried on chromosomes. In more recent times, a concentrated systematic effort has been made to elucidate the genetics



Figure 1–33 *Arabidopsis thaliana*, the common wall cress, is a model plant. This small weed has become the favorite organism of plant molecular and developmental biologists. (Courtesy of Toni Hayden and the John Innes Centre.)



Figure 1–34 *Drosophila melanogaster* is a favorite among developmental biologists and geneticists. Molecular genetic studies on this small fly have provided a key to the understanding of how all animals develop. (Courtesy of E.B. Lewis.)

BAXJIVI0010323

How We Know: Life's Common Mechanisms

All living things are made of cells, and cells—as we have discussed in this chapter—are all fundamentally similar inside: they store their genetic instructions in DNA molecules, which direct the production of proteins, and proteins in turn carry out the cell's chemical reactions, give it its shape, and control its behavior. But how deep do these similarities really run? Are parts from one type of cell interchangeable with parts from another? Would an enzyme that digests glucose in a bacterium be able to break down the same sugar if it were asked to function inside a yeast, a lobster, or a human? What about the molecular machines that copy and interpret genetic information? Are they functionally equivalent from one organism to another? Are their component molecules interchangeable? Answers have come from many sources, but most strikingly from experiments on one of the most fundamental processes of life: cell division.

### Divide or die

All cells come from other cells, and the only way to make a new cell is through division of a preexisting cell. To reproduce, a parent cell must execute an orderly sequence of reactions through which it duplicates its contents and divides in two. This critical process of duplication and division, known as the cell cycle, is complex and carefully controlled. Defects in any of the proteins involved in the cell cycle can be fatal.

Unfortunately, the lethal effects of cell-cycle mutations present a problem if one wants to discover the components of the cell-cycle control machinery and find out how they work. Scientists depend on mutants to identify genes and

proteins on the basis of their functions: if a gene is essential for a given process, a mutation that disrupts the gene will show up as a disturbance of that process. By analyzing the misbehavior of the mutant organism, one can pinpoint the function for which the gene is needed, and by analyzing the DNA of the mutant one can track down the gene itself.

For such an analysis, however, a single mutant cell is not enough: one needs a large colony of cells carrying the mutation. And this is the problem. If the mutation disrupts a process critical to life, such as cell division, how can one ever obtain such a colony? Geneticists have found an ingenious solution. Mutants defective in cell-cycle genes can be maintained and studied if their defect is conditional—that is, if the gene product fails to function only under certain specific conditions. In particular, one can often find mutations that are temperature-sensitive: the mutant protein functions correctly when the organism is kept cool, allowing the cells to reproduce, but fails when the temperature is warmer, allowing the cells to display their interesting defect (Figure 1–35). The study of such conditional mutants in yeast has allowed the discovery of the genes that control the cell-division cycle—the cdc genes—and has led to an understanding of how they work.

The same temperature-sensitive mutants, it turns out, offer an opportunity to see whether proteins from one organism can function interchangeably in another. Can a protein from a different organism cure a cell-cycle defect in a mutant yeast and enable it to reproduce normally? The first experiment was performed using two different species of yeast.

### Next of kin

Yeasts—unicellular fungi—are popular organisms for studies of cell division because they are eucaryotes, like us, yet they are small, simple, rapidly reproducing, and easy to manipulate experimentally. *Saccharomyces cerevisiae*, the most widely studied yeast, divides by forming a small bud that grows steadily until it separates from the mother cell (see Figures 1–14 and 1–32). A second species of yeast, *Schizosaccharomyces pombe*, is also popular for studies of cell growth and division. Named after the African beer from which it was first isolated, *S. pombe* is a rod-shaped



**Figure 1–35 Yeast cells that contain a temperature-sensitive mutation can be generated in the laboratory.** Yeast are incubated with a chemical that generates mutations in their DNA. These cells are spread onto a plate and allowed to grow at a permissive temperature, that is, one at which the cells divide normally. The colonies are transferred to two identical Petri dishes using a technique called replica plating. One of these plates is incubated at the cooler, "permissive" temperature, the other at a higher temperature. Cells containing a temperature-sensitive mutation in a gene essential for proliferation can divide at the permissive temperature but fail to divide at the warmer, nonpermissive temperature.

BAXJIVI0010324

yeast that grows by elongation at its ends and divides by fission of this rod into two, through the formation of a partition in the center of the rod.

Although they differ in their style of cell division, both yeasts must copy their DNA and parcel this material to their progeny. To establish whether the proteins controlling the whole process in *S. cerevisiae* and *S. pombe* are functionally equivalent, Paul Nurse and his colleagues set out to determine whether *S. pombe* cell-cycle mutants could be rescued by a gene from *S. cerevisiae*. The starting point was a colony of temperature-sensitive *S. pombe* mutants that were incapable of proceeding through the cell cycle when grown at a warm 35°C. These mutant cells had a defect in a gene called *cdc2*, which is required to trigger several key events in the cell division cycle. The researchers then introduced into these defective cells a collection of DNA fragments prepared from *S. cerevisiae* (Figure 1–36).

When these cultures were incubated at 35°C, the researchers found that some of the cells had regained the ability to reproduce: spread onto a plate of medium, these cells could divide again and again, forming small colonies containing millions of yeast cells (see Figure 1–35). These



**Figure 1–36 Temperature-sensitive *S. pombe* mutants defective in a cell-cycle gene can be rescued by the equivalent gene from *S. cerevisiae*—or from humans.** DNA is collected from *S. cerevisiae* (or from humans) and broken into large fragments, which are introduced into a culture of temperature-sensitive *S. pombe* mutants. We will learn how DNA can be manipulated and moved into different cell types in Chapter 10. The yeast cells that received foreign DNA are then spread on to a plate and incubated at the non-permissive temperature. The rare cells that survive and grow on these plates contain a gene that allows the cells to divide normally.

**Figure 1–37 The cell-division-cycle proteins from yeasts and human are very similar in their amino acid sequences.** Identities between the amino acid sequences of a region of the human CDC2 protein, the cdc2 protein of *S. pombe*, and cdc28 of *S. cerevisiae* are boxed. Each amino acid is represented by a single letter.

"cured" yeast cells, the researchers discovered, had received a fragment of DNA containing *cdc28*, a gene from *S. cerevisiae* that was already familiar from pioneering cell-division-cycle studies (by Lee Hartwell and colleagues) in the budding yeast. The *cdc28* gene encodes a protein that performs the same function in budding yeast as *cdc2* does in the fission yeast.

Perhaps the result is not all that surprising. How different can one yeast be from another? What about more distant relatives? To find out, the researchers performed the same experiment, this time using human DNA to rescue the yeast cell-cycle mutants. The results were the same. A human gene, which the investigators dubbed *CDC2*, could substitute for its equivalent in yeast, enabling the cells to divide normally.

### Reading genes

Not only are the human and yeast proteins functionally equivalent, they are almost the exact same size and closely similar in the order of the amino acids of which they are made. When the Nurse team examined the amino acid sequences of the proteins, it found that human CDC2 is identical to the *S. pombe* cdc2 protein in 63% of its amino acids and 58% identical to CDC28 from *S. cerevisiae* (Figure 1–37).

These experiments show that proteins from different organisms can be functionally interchangeable. In fact, the molecules that orchestrate cell division in eucaryotes are so fundamentally important that they have been conserved almost unchanged over more than a billion years of eucaryotic evolution.

The same experiment highlights another, even more basic point. The mutant yeast was rescued, not by direct injection of the human protein, but by introduction of a piece of human DNA. The yeast could read and use this information correctly, because the molecular machinery for these fundamental processes is also similar from cell to cell and from organism to organism. A yeast cell has all the equipment it needs to interpret the instructions encoded in a human gene and to use that information to direct the production of a fully functional human protein.

BAXJIVI0010325

of *Drosophila*, and especially the genetic mechanisms underlying its embryonic and larval development. Through this work on *Drosophila*, we are at last beginning to understand in detail how living cells achieve their most spectacular feat: how a single fertilized egg cell (or zygote) develops into a multicellular organism comprising vast numbers of cells of differing types, organized in an exactly predictable way. *Drosophila* mutants with body parts strangely misplaced or oddly patterned have provided the key to identifying and characterizing the genes that are needed to make a properly structured adult body, with gut, wings, legs, eyes, and all of the other bits in their correct places. These genes—which are copied and passed on to every cell in the body—define how each cell will behave in its social interactions with its sisters and cousins, and in that way they control the structures that the cells create. *Drosophila*, more than any other organism, has shown us how to trace the chain of cause and effect from the genetic instructions encoded in the DNA to the structure of the adult multicellular organism. Moreover, the genes of *Drosophila* have turned out to be amazingly similar to those of humans—far more similar than one would suspect from outward appearances. Thus the fly serves as a model for studying human development and disease. The fly genome—185 million nucleotide pairs encoding just over 13,000 genes—contains counterparts for most of the genes known to be critical in human diseases.

Another widely studied organism, smaller and simpler than *Drosophila*, is the nematode worm *Caenorhabditis elegans* (Figure 1–38), a harmless relative of the eelworms that attack the roots of crops. This creature develops with clockwork precision from a fertilized egg cell into an adult with exactly 959 body cells (plus a variable number of egg and sperm cells)—an unusual degree of regularity for an animal. We now have a minutely detailed description of the sequence of events by which this occurs—as the cells divide, move, and become specialized, according to strict and predictable rules. Its genome—some 97 million nucleotide pairs containing about 19,000 genes—has also been sequenced, and a wealth of mutants is available for testing how these genes function. It appears that 70% of human proteins have some counterpart in the worm, and *C. elegans* like *Drosophila* has proven to be a valuable model for many of the processes that occur in our own bodies. Studies of nematode development, for example, have led to an understanding of *programmed cell death*, a process by which surplus cells are disposed of in the body—a topic of importance for cancer research (discussed in Chapters 18 and 21).



Figure 1–38 *Caenorhabditis elegans* was the first multicellular organism whose complete genome was sequenced. This small nematode worm lives in the soil. Its development, from the fertilized egg cell to the 959 cells of the adult body, has been traced in extraordinary detail, and a great deal is known about the underlying genetic mechanisms. Most individuals are hermaphrodites, producing both eggs and sperm. (Courtesy of Ian Hope.)



0.2 mm

BAXJIVI0010326



**Figure 1–39 Different living species share similar genes.** The human baby and the mouse shown here have similar white patches on their foreheads because they both have defects in the same gene (called *Kit*), required for the development and maintenance of pigment cells. (Courtesy of R.A. Fleischman, from *Proc. Natl. Acad. Sci. U.S.A.* 88:10885–10889, 1991. © National Academy of Sciences.)

At the other extreme, mammals are among the most complex of animals, with 2 to 3 times as many genes as *Drosophila*, 25 times as much DNA per cell, and millions of times more cells in their adult bodies. The mouse has long been used as the model organism in which to study mammalian genetics, development, immunology, and cell biology. New techniques have given it even greater importance. It is now possible to breed mice with deliberately engineered mutations in any specific gene, or with artificially constructed genes introduced into them. In this way, one can test what a given gene is required for and how it functions. And almost every human gene has a counterpart in the mouse, with similar DNA sequence and function.

But humans are not mice—or worms or flies or yeast—and so we also study human beings themselves. Research in many areas of cell biology has been largely driven by medical interests, and a great deal of what we know has come from studies of human cells. The medical database on human cells is enormous, and although naturally occurring mutations in any given gene are rare, the consequences of mutations in thousands of different genes are known without resort to genetic engineering. This is because humans demonstrate the unique behavior of reporting on and recording their own genetic defects; in no other species are billions of individuals so intensively examined, described, and investigated.

Nevertheless, the extent of our ignorance is still daunting. The mammalian body is enormously complex, and one might despair of ever understanding how the DNA in a fertilized mouse egg cell makes it generate a mouse, or how the DNA in a human egg cell directs the development of a human. Yet, the revelations of molecular biology have made the task seem possible. As much as anything, this new optimism has come from the realization that the genes of one type of animal have close counterparts in most other types of animals, apparently serving similar functions (Figure 1–39). We all have a common evolutionary origin, and under the surface it seems that we share the same molecular mechanisms. Flies, worms, mice, and humans thus provide a key to understanding how animals in general are made and how their cells operate.

## Comparing Genome Sequences Reveals Life's Common Heritage

At a molecular level, evolutionary change has been remarkably slow. We can see in present-day organisms many features that have been preserved through more than 3 billion years of life on Earth, or about a fifth of the age of the universe. This evolutionary conservatism provides the

BAXJIVI0010327

foundation on which the study of molecular biology is built. To set the scene for the chapters that follow, therefore, we end our introduction by considering a little more closely the family relationships and basic similarities among all living things. This topic has been dramatically clarified in the past few years by analysis of genome sequences—the sequences in which the four universal nucleotides are strung together to form the DNA of a given species (as discussed in more detail in Chapter 9). DNA sequencing has made it easy to detect family resemblances between genes: if two genes from different organisms have closely similar DNA sequences, it is highly probable that both genes are descended from a common ancestral gene. Genes (and gene products) related in this way are said to be **homologous**. Given the complete genome sequences of representative organisms from all three domains of life—archaea, eubacteria, and eucaryotes—one can search systematically for homologies that span this enormous evolutionary divide. In this way, we can begin to take stock of the common inheritance of all living things and to trace life's origins back to the earliest ancestral cells. There are difficulties in this enterprise: some ancestral genes are lost, and some have changed so much that they are not readily recognizable as relatives. Despite these uncertainties, comparing genome sequences from the most widely separated branches of the tree of life can give us a sense of which genes are fundamental necessities for living cells.

A comparison of the complete genomes of five eubacteria, one archaean, and one eucaryote (a yeast) revealed a core set of 239 families of protein-coding genes that have representatives in all three domains. Most of these genes can be assigned a function, with the largest number of shared gene families being involved in amino acid metabolism and transport, and in the production and function of ribosomes. Thus the minimum number of genes needed for a cell to be viable in today's environments is probably not much less than 200–300.

Most organisms possess significantly more than this. Even procaryotes—frugal cells that carry very little superfluous genetic baggage—typically have genomes that contain at least 1 million nucleotide pairs and encode 1000 to 8000 genes (468 genes, in the bacterium *Mycoplasma genitalium*, is the minimum so far recorded for any species). With these few thousand genes, bacteria are able to thrive in even the most hostile environments on Earth.

The compact genomes of typical bacteria are dwarfed by the genomes of typical eucaryotes. The human genome, for example, contains about 700 times more DNA than the *E. coli* genome, and the genome of a fern contains about 100 times more than that of a human (Figure 1–40). In terms of gene numbers, however, the differences are not so great. We have only about seven times as many genes as *E. coli*, if we count a gene as the stretch of DNA that contains the specifications for a protein molecule. Moreover, many of our 30,000 genes and corresponding proteins themselves fall into closely related family groups, such as the family of hemoglobins, which has nine closely related members in humans. The number of fundamentally different proteins in a human is thus not very many times more than in a bacterium, and the number of human genes that have identifiable counterparts in the bacterium is a significant fraction of the total.

The rest of our human DNA—the vast bulk that does not code for protein—is a mixture of sequences that help to regulate the expression of the genes, and sequences that seem to be dispensable junk, retained like a mass of old papers because, if there is no pressure to keep an archive small, it is easier to save everything than to sort out the valuable information and discard the rest. The large quantity of regulatory DNA allows for enormous complexity and sophistication in the way different

BAXJIVI0010328



Figure 1–40 Organisms vary enormously in the sizes of their genomes. Genome size is measured in nucleotide pairs of DNA per haploid genome, that is, per single copy of the genome. (The cells of sexually reproducing organisms such as ourselves are generally diploid; they contain two copies of the genome, one inherited from the mother, the other from the father.) Closely related organisms can vary widely in the quantity of DNA in their genomes, even though they contain similar numbers of functionally distinct genes. (Data from W.-H. Li, Molecular Evolution, pp. 380–383. Sunderland, MA: Sinauer, 1997.)

genes in a eucaryotic multicellular organism are brought into action at different times and places. But the basic list of parts—the set of proteins that our cells can make, as specified by the DNA—is not much longer than the parts list of an automobile, and many of those parts are common not only to all animals, but to the entire living world.

That a length of DNA can program the growth, development, and reproduction of living cells and complex organisms is truly an amazing phenomenon. In the rest of this book, we will try to explain how cells work—in part by examining their component parts, in part by investigating how their genomes direct the manufacture of these components so as to reproduce and run each living thing.

## Essential Concepts

- Cells are the fundamental units of life. All present-day cells are believed to have evolved from an ancestral cell that existed more than 3 billion years ago.
- All cells, and hence all living things, grow, convert energy from one form to another, sense and respond to their environment, and reproduce themselves.
- All cells are enclosed by a plasma membrane that separates the inside of the cell from the environment.
- All cells contain DNA as a store of genetic information and use it to guide the synthesis of proteins.
- Cells in a multicellular organism, though they all contain the same DNA, can be very different. They use their genetic information to direct their biochemical activities according to cues they receive from their environment.
- Cells of animal and plant tissues are typically 5–20 μm in diameter and can be seen with a light microscope, which also reveals some of their internal components, or organelles. The electron microscope permits the smaller organelles and even individual molecules to be seen, but specimens require elaborate preparation and cannot be viewed alive.
- Bacteria, the simplest of present-day living cells, are procaryotes: although they contain DNA, they lack a nucleus and other organelles and probably resemble most closely the ancestral cell.

BAXJIVI0010329

- Different species of procaryotes are diverse in their chemical capabilities and inhabit an amazingly wide range of habitats. Two fundamental evolutionary subdivisions are recognized: eubacteria and archaea.

- Eucaryotic cells possess a nucleus. They probably evolved in a series of stages from cells more similar to bacteria. An important step appears to have been the acquisition of mitochondria, originating as engulfed bacteria living in symbiosis with larger anaerobic cells.

- The nucleus is the most prominent organelle in most plant and animal cells. It contains the genetic information of the organism, stored in DNA molecules. The rest of the cell's contents, apart from the nucleus, constitute the cytoplasm.

- Within the cytoplasm, plant and animal cells contain a variety of internal membrane-enclosed organelles with specialized chemical functions. Mitochondria carry out the oxidation of food molecules. In plant cells, chloroplasts perform photosynthesis. The endoplasmic reticulum, the Golgi apparatus, and lysosomes permit cells to synthesize complex molecules for export from the cell and for insertion in cell membranes, and to import and digest large molecules.

- The remaining intracellular component, excluding the membrane-enclosed organelles, is the cytosol. This contains a concentrated mixture of large and small molecules that carry out many essential biochemical processes.

- A system of protein filaments called the cytoskeleton extends throughout the cytosol. This governs cell shape and movement and enables organelles and molecules to be transported from one location to another in the cytoplasm.

- Free-living single-celled eucaryotic microorganisms include some of the most complex eucaryotic cells known, and they are able to swim, mate, hunt, and devour food. Other types of eucaryotic cells, derived from a fertilized egg, cooperate to form large, complex multicellular organisms composed of thousands of billions of cells.

- Biologists have chosen a small number of organisms as a focus for intense investigation. These include the bacterium *E. coli,* brewer's yeast, a nematode worm, a fly, a small plant, a mouse, and the human species itself.

- Although the minimum number of genes needed for a viable cell is probably less than 400, most cells contain significantly more. Yet even such a complex organism as a human has only about 30,000 genes—twice as many as a fly, seven times as many as *E. coli.*

---

## Key Terms

| | | |
|---|---|---|
| bacterium | eucaryote | model organism |
| cell | evolution | nanometer |
| chloroplast | genome | nucleus |
| chromosome | homologous | organelle |
| cytoplasm | micrometer | procaryote |
| cytoskeleton | microscope | protozoan |
| cytosol | mitochondrion | ribosome |

BAXJIVI0010330

### Question 1–9

By now you should be familiar with the following cellular components. Briefly define what they are and what function they provide for cells.

- A. cytosol
- B. cytoplasm
- C. mitochondria
- D. nucleus
- E. chloroplasts
- F. lysosomes
- G. chromosomes
- H. Golgi apparatus
- I. peroxisomes
- J. plasma membrane
- K. endoplasmic reticulum
- L. cytoskeleton

### Question 1–10

Which of the following statements are correct? Explain your answers.

- A. The hereditary information of a cell is passed on by its proteins.
- B. Bacterial DNA is found in the cytosol.
- C. Plants are composed of procaryotic cells.
- D. All cells of the same organism have the same number of chromosomes (with the exception of egg and sperm cells).
- E. The cytosol contains membrane-enclosed organelles, such as lysosomes.
- F. Nuclei and mitochondria are surrounded by a double membrane.
- G. Protozoans are complex organisms with a set of specialized cells that form tissues, such as flagella, mouthparts, stinging darts, and leglike appendages.
- H. Lysosomes and peroxisomes are the site of degradation of unwanted materials.

### Question 1–11

To get a feeling for the size of cells (and to practice the use of the metric system) consider the following: the human brain weighs about 1 kg and contains about $10^{12}$ cells. Calculate the average size of a brain cell (although we know that their sizes vary widely), assuming that each cell is entirely filled with water (1 $cm^3$ of water weighs 1 g). What would be the length of one side of this average-sized brain cell if it were a simple cube? If the cells were spread out as a thin layer that is only a single cell thick, how many pages of this book would this layer cover?

### Question 1–12

Identify the different organelles indicated with letters in the electron micrograph shown in Figure Q1–12. Estimate the length of the scale bar in the figure.

### Question 1–13

There are three major classes of filaments that make up the cytoskeleton. What are they and what are the differences in their functions? Which cytoskeletal filaments would be most plentiful in a muscle cell or in an epidermal cell making up the outer layer of the skin? Explain your answers.

### Question 1–14

Natural selection is such a powerful force in evolution because cells with even a small growth advantage quickly outgrow their competitors. To illustrate this process, consider a cell culture that contains 1 million bacterial cells that double every 20 minutes. A single cell in this culture acquires a mutation that allows it to divide faster, with a generation time of only 15 minutes. Assuming that there is an unlimited food supply and no cell death, how long would it take before the progeny of the mutated cell became predominant in the culture? (Before you go through the calculation, make a guess: do you think it would take about a day, a week, a month, or a year?) How many cells of either type are present in the culture at this time? (The number of cells $N$ in the culture at time $t$ is described by the equation $N = N_0 \times 2^{t/G}$, where $N_0$ is the number of cells at zero time and $G$ is the generation time.)

### Question 1–15

When bacteria are grown under adverse conditions, i.e., in the presence of a poison such as an antibiotic, most cells grow slowly. But it is not uncommon that the growth rate of a bacterial culture kept in the presence of the poison is restored after a few days to that observed in its absence. Suggest why this may be the case.

### Question 1–16

Apply the principle of exponential growth as described in Question 1–14 to the cells in a multicellular organism, such as yourself. There are about $10^{13}$ cells in your body. Assume that one cell acquires a mutation that allows it to divide in an uncontrolled manner (that is,



**Figure Q1–12**

$?\ \mu m$

BAXJIVI0010331

it becomes a cancer cell). Some cancer cells can grow with a generation time of about 24 hours. If none of the cancer cells died, how long would it take before $10^{13}$ cells in your body would be cancer cells? (Use the equation $N = N_0 \times 2^{t/G}$, with $t$, the time, and $G$, the length of each generation. Hint: $10^{13} \cong 2^{43}$.)

## Question 1–17

Discuss the following statement: "The structure and function of a living cell are dictated by the laws of physics and chemistry."

## Question 1–18

What, if any, are the advantages in being multicellular?

## Question 1–19

Draw to scale the outline of two spherical cells, one a bacterium with a diameter of 1 μm, the other an animal cell with a diameter of 15 μm. Calculate the volume, surface area, and surface-to-volume ratio for each cell. How would this latter value change if you included the internal membranes of the cell in the calculation of surface area (assume internal membranes have 15 times the area of the plasma membrane)? (The volume of a sphere is given by $4\pi R^3/3$ and its surface by $4\pi R^2$, where $R$ is its radius.) Discuss the following hypothesis: "Internal membranes allowed bigger cells to evolve."

## Question 1–20

What are the arguments that all living cells evolved from a common ancestor cell? Imagine the very early days of evolution of life on earth. Would you assume that the primordial ancestor cell was the first and only cell to form?

## Question 1–21

In Figure 1–26, proteins are blue, nucleic acids are orange or red, lipids are yellow, and polysaccharides are green. Identify major organelles and other important cellular structures shown in this slice through a eucaryotic cell.

---

## Highlights from *Essential Cell Biology 2 Interactive* CD-ROM

1.1  Keratocyte Dance
1.2  Crawling Amoeba

BAXJIVI0010332

# Chemical Components of Cells



It is at first sight difficult to accept that living creatures are merely chemical systems. Their incredible diversity of form, their seemingly purposeful behavior, and their ability to grow and reproduce all seem to set them apart from the world of solids, liquids, and gases that chemistry normally describes. Indeed, until the nineteenth century it was widely accepted that animals contained a vital force—an "animus"—that was responsible for their distinctive properties.

We now know that there is nothing in living organisms that disobeys chemical or physical laws. However, the chemistry of life is indeed a special kind. First, it is based overwhelmingly on carbon compounds, the study of which is known as *organic chemistry*. Second, it depends almost exclusively on chemical reactions that take place in a watery, or *aqueous*, solution and in the relatively narrow range of temperatures experienced on Earth. Third, it is enormously complex: even the simplest cell is vastly more complicated in its chemistry than any other chemical system known. Fourth, it is dominated and coordinated by enormous *polymeric molecules*—chains of chemical subunits linked end-to-end—whose unique properties enable cells and organisms to grow and reproduce and to do all the other things that are characteristic of life. Finally, it is tightly regulated: cells deploy a variety of mechanisms to make sure that all their chemical reactions occur at the proper place and time.

Chemistry, in a sense, dictates all of biology. In this chapter, therefore, we briefly survey the chemistry of the living cell. We will meet the molecules from which cells are made and examine their structures, their shapes, and their chemical properties. These molecules determine the size, structure, and function of living cells. By understanding how these molecules interact, we can begin to see how cells exploit the laws of chemistry and physics to stay alive.

## Chemical Bonds

Matter is made of combinations of *elements*—substances such as hydrogen or carbon that cannot be broken down or converted into other substances by chemical means. The smallest particle of an element that still retains its distinctive chemical properties is an *atom*. The characteristics of substances other than pure elements—including the materials from which living cells are made—depend on which atoms they contain, and the way these atoms are linked together in groups to form *molecules*. In order to understand how living organisms are built from inanimate matter, therefore, it is crucial to know how the chemical bonds that hold atoms together in molecules are formed.

Chemical Bonds

Cells Are Made of Relatively Few Types of Atoms

The Outermost Electrons Determine How Atoms Interact

Ionic Bonds Form by the Gain and Loss of Electrons

Covalent Bonds Form by the Sharing of Electrons

Covalent Bonds Vary in Strength

There Are Different Types of Covalent Bonds

Water Is Held Together by Hydrogen Bonds

Some Polar Molecules Form Acids and Bases in Water

Molecules in Cells

A Cell Is Formed from Carbon Compounds

Cells Contain Four Major Families of Small Organic Molecules

Sugars Are Energy Sources for Cells and Subunits of Polysaccharides

Fatty Acids Are Components of Cell Membranes

Amino Acids Are the Subunits of Proteins

Nucleotides Are the Subunits of DNA and RNA

Macromolecules in Cells

Macromolecules Contain a Specific Sequence of Subunits

Noncovalent Bonds Specify the Precise Shape of a Macromolecule

Noncovalent Bonds Allow a Macromolecule to Bind Other Selected Molecules

## Cells Are Made of Relatively Few Types of Atoms



**Figure 2–1 An atom consists of a nucleus surrounded by an electron cloud.** The dense, positively charged nucleus contains most of the atom's mass. The much lighter and negatively charged electrons occupy space around the nucleus, as governed by the laws of quantum mechanics. The electrons are depicted as a continuous cloud, as there is no way of predicting exactly where an electron is at any given instant of time. The density or shading of the cloud is an indication of the probability that electrons will be found there. The diameter of the electron cloud ranges from about 0.1 nm (for hydrogen) to about 0.4 nm (for atoms of high atomic number). The nucleus is very much smaller: about $2 \times 10^{-5}$ nm for carbon, for example.

Each **atom** has at its center a dense, positively charged nucleus, which is surrounded at some distance by a cloud of negatively charged **electrons,** held in orbit by electrostatic attraction to the nucleus (Figure 2–1). The nucleus consists of two kinds of subatomic particles: **protons,** which are positively charged, and **neutrons,** which are electrically neutral. The number of protons present in an atomic nucleus determines its **atomic number.** An atom of hydrogen has a nucleus composed of a single proton; so hydrogen, with an atomic number of 1, is the lightest element. An atom of carbon has six protons in its nucleus and an atomic number of 6 (Figure 2–2). The electric charge carried by each proton is exactly equal and opposite to the charge carried by a single electron. Because the whole atom is electrically neutral, the number of negatively charged electrons surrounding the nucleus is equal to the number of positively charged protons that the nucleus contains; thus the number of electrons in an atom also equals the atomic number. All atoms of a given element have the same atomic number, and we shall shortly see that this number dictates the chemical behavior of the element.

Neutrons are uncharged subatomic particles with essentially the same mass as protons. They contribute to the structural stability of the nucleus—if there are too many or too few, the nucleus may disintegrate by radioactive decay—but they do not alter the chemical properties of the atom. Thus an element can exist in several physically distinguishable but chemically identical forms, called *isotopes*, each isotope having a different number of neutrons but the same number of protons. Multiple isotopes of almost all the elements occur naturally, including some that are unstable. For example, while most carbon on Earth exists as the stable isotope carbon 12, with six protons and six neutrons, there are also small amounts of an unstable isotope, the radioactive carbon 14, whose atoms have six protons and eight neutrons. Carbon 14 undergoes radioactive decay at a slow but steady rate, which is the basis for the technique of carbon 14 dating of organic material in archaeology.

The **atomic weight** of an atom, or the **molecular weight** of a molecule, is its mass relative to that of a hydrogen atom. This is essentially equal to the number of protons plus neutrons that the atom or molecule contains, because the electrons are so light that they contribute almost nothing to the total mass. Thus the major isotope of carbon has an atomic weight of 12 and is symbolized as $^{12}C$. The unstable carbon isotope just mentioned has an atomic weight of 14 and is written as $^{14}C$. The mass of an atom or a molecule is often specified in *daltons*, one dalton being an atomic mass unit approximately equal to the mass of a hydrogen atom.

**Figure 2–2 The number of protons in an atom determines its atomic number.** Schematic representations of an atom of carbon and an atom of hydrogen. The nucleus of every atom except hydrogen consists of both positively charged protons and electrically neutral neutrons. The number of electrons in an atom is equal to the number of protons, so that the atom has no net charge. In contrast to Figure 2–1, the electrons are shown here as individual particles. The concentric *black circles* represent in a highly schematic form the "orbits" (that is, the different distributions) of the electrons. The neutrons, protons, and electrons are in reality minute in relation to the atom as a whole; their size is greatly exaggerated here.

BAXJIVI0010334

Atoms are so small that it is hard to imagine their size. An individual carbon atom is roughly 0.2 nm in diameter, so that it would take about 5 million of them, laid out in a straight line, to span a millimeter. One proton or neutron weighs approximately $1/(6 \times 10^{23})$ gram. Hydrogen has only one proton, with an atomic weight of one, so one gram of hydrogen contains $6 \times 10^{23}$ atoms. For carbon, with an atomic weight of twelve, 12 grams of carbon contain $6 \times 10^{23}$ atoms. This huge number ($6 \times 10^{23}$, called **Avogadro's number**) is the key scale factor describing the relationship between everyday quantities and numbers of individual atoms or molecules. If a substance has a molecular weight of M, a mass of M grams of the substance will contain $6 \times 10^{23}$ molecules. This quantity is called one *mole* of the substance (Figure 2–3). The concept of mole is used widely in chemistry as a way to represent the number of molecules that are available to participate in chemical reactions.

There are 92 naturally occurring elements, each differing from the others in the number of protons and electrons in its atoms. Living organisms, however, are made of only a small selection of these elements, four of which—carbon (C), hydrogen (H), nitrogen (N), and oxygen (O)—make up 96.5% of an organism's weight. This composition differs markedly from that of the nonliving inorganic environment (Figure 2–4) and is evidence of a distinctive type of chemistry.

A **mole** is X grams of a substance, where X is its relative molecular mass (molecular weight). It will contain $6 \times 10^{23}$ molecules of the substance.

1 mole of carbon weighs 12 g
1 mole of glucose weighs 180 g
1 mole of sodium chloride weighs 58 g

**Molar solutions** have a concentration of 1 mole of the substance in 1 liter of solution. A molar solution (1 M) of glucose, for example, has 180 g/l, while a millimolar solution (1 mM) has 180 mg/l.

The standard abbreviation for gram is g; the abbreviation for liter is l.

**Figure 2–3 What's a mole?** Some sample calculations of moles and molar solutions.

## The Outermost Electrons Determine How Atoms Interact

To understand how atoms bond together to form the molecules that make up living organisms, we have to pay special attention to their electrons. Protons and neutrons are welded tightly to one another in the



**Figure 2–4 The elements abundant in the Earth's crust differ radically from those abundant in the tissues of an animal.** The abundance of each element is expressed as a percentage of the total number of atoms present in a sample, including water. Thus, for example, more than 60% of the atoms in a living organism are hydrogen atoms. The relative abundance of elements is similar in all living things.

BAXJIVI0010335

**Figure 2–5 An element's chemical reactivity is based on how its outermost electron shell is filled.** All of the elements commonly found in living organisms have unfilled outermost shells (*red*) and can thus participate in chemical reactions with other atoms. Inert gases (*yellow*), in contrast, have only filled shells and are chemically unreactive.

atomic number

| | element | I | II | III | IV |
|---|---|---|---|---|---|
| 1 | Hydrogen | ● | | | |
| 2 | Helium | ●● | | | |
| 6 | Carbon | ●● | ●●●● | | |
| 7 | Nitrogen | ●● | ●●●●● | | |
| 8 | Oxygen | ●● | ●●●●●● | | |
| 10 | Neon | ●● | ●●●●●●●● | | |
| 11 | Sodium | ●● | ●●●●●●●● | ● | |
| 12 | Magnesium | ●● | ●●●●●●●● | ●● | |
| 15 | Phosphorus | ●● | ●●●●●●●● | ●●●●● | |
| 16 | Sulfur | ●● | ●●●●●●●● | ●●●●●● | |
| 17 | Chlorine | ●● | ●●●●●●●● | ●●●●●●● | |
| 18 | Argon | ●● | ●●●●●●●● | ●●●●●●●● | |
| 19 | Potassium | ●● | ●●●●●●●● | ●●●●●●●● | ● |
| 20 | Calcium | ●● | ●●●●●●●● | ●●●●●●●● | ●● |

— energy level (electron shell) —



### Question 2–1

A cup of water, containing exactly 18 g, or 1 mole, of water, was emptied into the Aegean Sea 3000 years ago. What are the chances that the same quantity of water, scooped today from the Pacific Ocean, would include one of these "Greek" water molecules? Assume perfect mixing and an approximate volume for the world's oceans of 1.5 billion cubic kilometers ($1.5 \times 10^9$ km³).

nucleus and change partners only under extreme conditions—during radioactive decay, for example, or in the interior of the sun or of a nuclear reactor. In living tissues, only the electrons of an atom undergo rearrangements. They form the accessible part of the atom and specify the rules of chemistry by which atoms combine to form molecules.

Electrons are in continuous motion around the nucleus, but motions on this submicroscopic scale obey different laws from those we are familiar with in everyday life. These laws dictate that electrons in an atom can exist only in certain discrete regions of movement—roughly speaking, discrete orbits—and that there is a strict limit to the number of electrons that can be accommodated in an orbit of a given type, a so-called *electron shell*. The electrons closest on average to the positive nucleus are attracted most strongly to it and occupy the inner, most tightly bound shell. This innermost shell can hold a maximum of two electrons. The second shell is farther away from the nucleus, and its electrons are less tightly bound. This second shell can hold up to eight electrons. The third shell contains electrons that are even less tightly bound; it can also hold up to eight electrons. The fourth and fifth shells can hold 18 electrons each. Atoms with more than four shells are very rare in biological molecules.

The arrangement of electrons in an atom is most stable when all the electrons are in the most tightly bound states that are possible for them—that is, when they occupy the innermost shells, closest to the positively charged nucleus. Therefore, with certain exceptions in the larger atoms, the electrons of an atom fill the shells in order—the first before the second, the second before the third, and so on. An atom whose outermost shell is entirely filled with electrons is especially stable and therefore chemically unreactive. Examples are helium with 2 electrons (and an atomic number of 2), neon with 2 + 8 (atomic number 10), and argon with 2 + 8 + 8 (atomic number 18); these are all inert gases. Hydrogen, by contrast, has only one electron, which leaves its outermost shell half-filled, so it is highly reactive. The atoms found in living tissues all have incomplete outer electron shells and are therefore able to react with one another to form molecules (Figure 2–5).

Because an unfilled electron shell is less stable than a filled one, atoms with incomplete outer shells have a strong tendency to interact with other atoms so as to either gain or lose enough electrons to achieve a completed outermost shell. This electron exchange can be achieved either by transferring electrons from one atom to another or by sharing electrons between two atoms. These two strategies generate the two types of **chemical bonds** that bind atoms to one another: an *ionic bond*

BAXJIVI0010336

is formed when electrons are donated by one atom to another, whereas a *covalent bond* is formed when two atoms share a pair of electrons (Figure 2–6). In the case of the covalent bond, the pair of electrons is often shared unequally, with one atom attracting the shared electrons more than the other; this results in a *polar covalent bond*, as we will discuss later.

An H atom, which needs only one more electron to fill its shell, generally acquires it by sharing—forming one covalent bond with another atom; in many cases this bond is polar. The other most common elements in living cells—C, N, and O, which have an incomplete second shell, and P and S, which have an incomplete third shell (see Figure 2–5)—generally share electrons and achieve an outer shell of eight electrons by forming several covalent bonds. The number of electrons an atom must acquire or lose (either by sharing or by transfer) to attain a filled outer shell is known as its *valence*.

Because the state of the outer electron shell determines the chemical properties of an element, when the elements are listed in order of their atomic number we see a periodic recurrence of elements with similar properties: an element with, say, an incomplete second shell containing one electron will behave in much the same way as an element that has filled its second shell and has an incomplete third shell containing one electron. The metals, for example, all have incomplete outer shells with just one or a few electrons, whereas, as we have just seen, the inert gases have full outer shells. This arrangement gives rise to the famous *periodic table* of the elements, which is outlined in Figure 2–7. Elements found in living organisms are highlighted.

## Ionic Bonds Form by the Gain and Loss of Electrons

Ionic bonds are most likely to be formed by atoms that have just one or two electrons in their unfilled outer shell or are just one or two electrons short of acquiring a filled outer shell. These atoms can generally attain a completely filled outer electron shell most easily by giving electrons to—or accepting electrons from—another atom, rather than by sharing them. For example, returning to Figure 2–5, we see that a sodium (Na) atom, with atomic number 11, can strip itself down to a filled shell by giving up the single electron external to its second shell. By contrast, a chlorine (Cl) atom, with atomic number 17, can complete its outer shell by gaining just one electron. Consequently, if a Na atom encounters a Cl atom, an electron can jump from the Na to the Cl, leaving both atoms



### Question 2–2

A carbon atom contains six protons and six neutrons.

A. What are its atomic number and atomic weight?

B. How many electrons does it have?

C. How many additional electrons must it add to fill its outermost shell? How does this affect carbon's chemical behavior?

D. Carbon with an atomic weight of 14 is radioactive. How does it differ in structure from nonradioactive carbon? How does this difference affect its chemical behavior?



molecule
covalent bond

positive ion    negative ion
ionic bond

Figure 2–6 Atoms can attain a more stable arrangement of electrons in their outermost shell by interacting with one another. A covalent bond is formed when electrons are shared between atoms. An ionic bond is formed when electrons are transferred from one atom to the other. The two cases shown represent extremes; often, covalent bonds form with a partial transfer (unequal sharing of electrons), resulting in a polar covalent bond (see, for example, Figure 3–12).

BAXJIVI0010337

BAXJIVI0010338



**Figure 2–7 Elements ordered by their atomic number form the periodic table.** Elements fall into groups that show similar properties based on the number of electrons each element possesses in its outer shell. For example, Mg and Ca tend to give away the two electrons in their outer shells; C, N, and O complete their second shells by sharing electrons. The four elements highlighted in *red* constitute 99% of the total number of atoms present in the human body. An additional seven elements, highlighted in *blue*, together represent about 0.9% of the total. Other elements, shown in *green*, are required in trace amounts by humans. It remains unclear whether those elements shown in *yellow* are essential in humans or not. The chemistry of life, it seems, is therefore predominantly the chemistry of lighter elements.

Atomic weights, given by the sum of the protons and neutrons in the atomic nucleus, can vary with the particular isotope of the element. The atomic weights shown here are those of the most common isotope of each element.

with filled outer shells. The offspring of this marriage between sodium, a soft and intensely reactive metal, and chlorine, a toxic green gas, is table salt (NaCl).

When an electron jumps from Na to Cl, both atoms become electrically charged **ions**. The Na atom that lost an electron now has one less electron than it has protons in its nucleus; it therefore has a net single positive charge ($Na^+$). The Cl atom that gained an electron now has one more electron than it has protons and has a single negative charge ($Cl^-$). Positive ions are called *cations,* and negative ions, *anions.* Ions can be further classified according to how many electrons are lost or gained. Na and potassium (K) have one electron to lose, so they form cations with a single positive charge ($Na^+$ and $K^+$); magnesium and calcium have two electrons to lose and form cations with two positive charges ($Mg^{2+}$ and $Ca^{2+}$).

Because of their opposite charges, $Na^+$ and $Cl^-$ are attracted to each other and are thereby held together in an **ionic bond**. A salt crystal contains astronomical numbers of $Na^+$ and $Cl^-$ packed together in a precise three-dimensional array with their opposite charges exactly balanced— a crystal only 1 mm across contains about $2 \times 10^{19}$ ions of each type (Figure 2–8). Substances such as NaCl, which are held together solely by ionic bonds, are generally called *salts* rather than molecules.

**Figure 2–8 Sodium chloride is held together by ionic bond formation.** (A) An atom of sodium (Na) reacts with an atom of chlorine (Cl). Electrons of each atom are shown in their different energy levels; electrons in the chemically reactive (incompletely filled) shells are shown in *red*. The reaction takes place with transfer of a single electron from sodium to chlorine, forming two electrically charged atoms, or ions, each with complete sets of electrons in their outermost levels. The two ions with opposite charge are held together by electrostatic attraction. (B) The product of the reaction between sodium and chlorine, crystalline sodium chloride, contains sodium and chloride ions packed closely together in a regular array in which the charges are exactly balanced. (C) Color photograph of crystals of sodium chloride.



Ionic bonds are just one of several types of *noncovalent bonds* that can exist between atoms. We will meet another example of a noncovalent bond, the *hydrogen bond*, later in this chapter. Because of a favorable interaction between ions and water molecules (which are polar), many salts (including NaCl) are highly soluble in water. They dissociate into individual ions (such as $Na^+$ and $Cl^-$), each surrounded by a group of water molecules. For the same reason, the strength of a hydrogen bond between two molecules is significantly reduced in water. In contrast, covalent bond strengths are not affected by an interaction with water.

## Covalent Bonds Form by the Sharing of Electrons

All of the characteristics of a cell depend on the molecules it contains. A **molecule** is a cluster of atoms held together by **covalent bonds**, in which electrons are shared rather than transferred between atoms. The shared electrons complete the outer shells of both atoms. In the simplest possible molecule—a molecule of hydrogen ($H_2$)—two H atoms, each with a single electron, share their two electrons, thus filling their outermost shells. The shared electrons form a cloud of negative charge that is densest between the two positively charged nuclei. This electron density helps to hold the nuclei together by opposing the mutual repulsion between the like charges that would otherwise force them apart. The attractive and repulsive forces are in balance when the nuclei are separated by a characteristic distance, called the *bond length* (Figure 2–9).

Whereas an H atom can form only a single covalent bond, the other common atoms that form covalent bonds in cells—O, N, S, and P, as well as the all-important C—can form more than one. The outermost shells of these atoms, as we have seen, can accommodate up to eight electrons, and they form covalent bonds with as many other atoms as necessary to reach this number. Oxygen, with six electrons in its outer shell, is most stable when it acquires two extra electrons by sharing with other atoms and it therefore forms up to two covalent bonds. Nitrogen, with five outer electrons, forms a maximum of three covalent bonds, while carbon, with four outer electrons, forms up to four covalent bonds—thus sharing four pairs of electrons (see Figure 2–5).

When one atom forms covalent bonds with several others, these multiple bonds have definite orientations in space relative to one another, reflecting the orientations of the orbits of the shared electrons. Covalent bonds between multiple atoms are therefore characterized by specific bond angles as well as bond lengths and bond energies (Figure 2–10). The four covalent bonds that can form around a carbon atom, for example, are arranged as if pointing to the four corners of a regular tetrahedron. The precise orientation of the covalent bonds around carbon is the basis for the three-dimensional geometry of organic molecules.



two hydrogen atoms

TOO CLOSE (nuclei repel each other)

TOO FAR (no attraction)

JUST RIGHT (covalent bond)

0.074 nm

hydrogen molecule

**Figure 2–9 The hydrogen molecule is held together by a covalent bond.** Each hydrogen atom in isolation has a single electron, which means that its first (and only) electron shell is incompletely filled. By coming together the two atoms are able to share the two electrons, and each obtains a completely filled first shell, with the shared electrons adopting modified orbits around the two nuclei. The covalent bond between the two atoms has a definite length. If the atoms were closer together, the positive nuclei would repel each other; if they were farther apart than this distance, they would not be able to share electrons as effectively.

BAXJIVI0010339

**Figure 2–10 Covalent bonds are characterized by particular geometries.** (A) The spatial arrangement of the covalent bonds that can be formed by oxygen, nitrogen, and carbon. (B) Molecules formed from these atoms therefore have a precise three-dimensional structure, as shown here for water and propane, defined by the bond angles and bond lengths for each covalent linkage. A water molecule, for example, forms a "V" shape with an angle close to 109°. In these ball-and-stick models, the different *colored balls* are the atoms, and the sticks are the covalent bonds. The colors traditionally used to represent the different atoms—*black* for carbon, *white* for hydrogen, *blue* for nitrogen, and *red* for oxygen—were established by the chemist August Wilhelm Hofmann in 1865 when he used a set of colored croquet balls to build molecular models for a public lecture on the "combining power" of atoms.



— O —
oxygen

(A)

— N —
nitrogen

— C —
carbon

water (H₂O)

(B)

propane (CH₃–CH₂–CH₃)

## Covalent Bonds Vary in Strength

We have already seen that the covalent bond between two atoms has a characteristic length that depends on the atoms involved. A further crucial property of any bond—covalent or noncovalent—is its strength. *Bond strength* is measured by the amount of energy that must be supplied to break a bond, usually expressed today in units of either kilocalories per mole (kcal/mole) or kilojoules (kJ/mole). A kilocalorie is the amount of energy needed to raise the temperature of one liter of water by one degree centigrade. Thus if 1 kilocalorie of energy must be supplied to break $6 \times 10^{23}$ bonds of a specific type (that is, 1 mole of these bonds), then the strength of that bond is 1 kcal/mole. The other unit, kJ/mole, derived from the SI units (Système Internationale d'Unités) universally employed by physical scientists, is increasingly accepted by cell biologists. One kilocalorie is equal to about 4.2 kilojoules. Typical strengths and lengths of the main classes of chemical bonds are given in Table 2–1.

To get an idea of what bond strengths mean, it is helpful to compare them with the average energies of the impacts that molecules continually undergo owing to collisions with other molecules in their

**Table 2–1 Covalent and noncovalent chemical bonds have different lengths and strengths.** Bond strengths are measured by the energy required to break them, in kilocalories or kilojoules per mole (see Glossary for definitions of these units). The length of a hydrogen bond X–H–X is defined as the distance between the two nonhydrogen atoms (X). The bond strengths and lengths listed are approximate, because the exact values will depend on the atoms involved. The different types of noncovalent bonds are described later in the chapter (see Panel 2–7, pp. 78–79).

| BOND TYPE | | LENGTH (nm) | STRENGTH (kcal/mole) | |
|---|---|---|---|---|
| | | | IN VACUUM | IN WATER |
| Covalent | | 0.15 | 90 (377)* | 90 (377) |
| Noncovalent: | ionic | 0.25 | 80 (335) | 3 (12.6) |
| | hydrogen | 0.30 | 4 (16.7) | 1 (4.2) |
| | van der Waals attraction (per atom) | 0.35 | 0.1 (0.4) | 0.1 (0.4) |

*Values in parentheses are kJ/mole. 1 calorie = 4.184 joules.

BAXJIVI0010340

environment—their thermal, or heat, energy. Typical covalent bonds are stronger than these thermal energies by a factor of 100, so they are resistant to being pulled apart by thermal motions—heating—and are normally broken only during specific chemical reactions with other atoms and molecules. The making and breaking of covalent bonds are violent events, and in living cells these events are carefully controlled by highly specific catalysts, called *enzymes*. Noncovalent bonds as a rule are much weaker; we shall see later that they are critically important in the cell in the many situations where molecules have to associate and dissociate readily to carry out their functions.

## There Are Different Types of Covalent Bonds

Most covalent bonds involve the sharing of two electrons, one donated by each participating atom; these are called *single bonds*. Some covalent bonds, however, involve the sharing of more than one pair of electrons. Four electrons can be shared, for example, two coming from each participating atom; such a bond is called a *double bond*. Double bonds are shorter and stronger than single bonds and have a characteristic effect on the three-dimensional geometry of molecules containing them. A single covalent bond between two atoms generally allows the rotation of one part of a molecule relative to the other around the bond axis. A double bond prevents such rotation, producing a more rigid and less flexible arrangement of atoms (Figure 2–11). This restriction has a major influence on the three-dimensional shape of many macromolecules. Panel 2–1 (pp. 66–67) reviews the chemical bonds commonly encountered in biological molecules.

Some molecules contain atoms that share electrons in a way that produces bonds that are intermediate in character between single and double bonds. The highly stable benzene molecule, for example, is made up of a ring of six carbon atoms in which the bonding electrons are evenly distributed (although the arrangement is sometimes depicted as an alternating sequence of single and double bonds, as shown in Panel 2–1).

When the atoms joined by a single covalent bond belong to different elements, the two atoms usually attract the shared electrons to different degrees. Compared with a C atom, for example, O and N atoms attract electrons relatively strongly, whereas an H atom attracts electrons relatively weakly (because of the relative differences in their positive charges). By definition, a **polar** structure (in the electrical sense) is one in which the positive charge is concentrated toward one end of the molecule (the positive pole) and the negative charge is concentrated toward the other end (the negative pole). Covalent bonds in which the electrons are shared unequally in this way are therefore known as polar covalent bonds. For example, the covalent bond between oxygen and hydrogen, –O–H, or between nitrogen and hydrogen, –N–H, is polar, whereas the bond between carbon and hydrogen, –C–H, has the electrons attracted much more equally by both atoms and is relatively nonpolar (Figure 2–12).

Polar covalent bonds are extremely important in biology because they allow molecules to interact through electrical forces. Any large molecule with many polar groups will have a pattern of partial positive



(A) ethane



(B) ethene

**Figure 2–11 Carbon–carbon double bonds are shorter and more rigid than C–C single bonds.** (A) The ethane molecule, with a single covalent bond between the two carbon atoms, shows the tetrahedral arrangement of single covalent bonds formed by carbon. One of the $CH_3$ groups joined by the covalent bond can rotate relative to the other around the bond axis. (B) The double bond between the two carbon atoms in a molecule of ethene (ethylene) alters the bond geometry of the carbon atoms and brings all the atoms into the same plane; the double bond prevents the rotation of one $CH_2$ group relative to the other.



water



oxygen

**Figure 2–12 In polar covalent bonds, the electrons are shared unequally.** Comparison of electron distributions in polar molecules such as water ($H_2O$) and nonpolar molecules such as oxygen ($O_2$). $\delta^+$ indicates partial positive charge; $\delta^-$ indicates partial negative charge.

BAXJIVI0010341

### Question 2–3

Discuss whether the following statement is correct: "An ionic bond can, in principle, be thought of as a very polar covalent bond. Polar covalent bonds, then, fall somewhere between ionic bonds at one end of the spectrum and nonpolar covalent bonds at the other end."

and negative charges on its surface. When such a molecule encounters a second molecule with a complementary set of charges, the two will be attracted to each other by weak noncovalent ionic bonds that resemble (but are weaker than) the ionic bonds that hold together salts such as NaCl. When enough of these weak noncovalent bonds form between two large molecules, their surfaces will stick specifically to each other, as illustrated in Figure 2–13.

## Water Is Held Together by Hydrogen Bonds

Water accounts for about 70% of a cell's weight, and most intracellular reactions occur in an aqueous environment. Life on Earth is thought to have begun in the ocean, and the conditions in that primeval environment put a permanent stamp on the chemistry of living things. Life therefore hinges on the properties of water.

In each molecule of water ($H_2O$) the two H atoms are linked to the O atom by covalent bonds. The two bonds are highly polar because the O is strongly attractive for electrons, whereas the H is only weakly attractive. Consequently, there is an unequal distribution of electrons in a water molecule, with a preponderance of positive charge on the two H atoms and negative charge on the O (see Figure 2–12 and Panel 2–2, pp. 68–69). When a positively charged region of one water molecule (that is, one of its H atoms) comes close to a negatively charged region (that is, the O) of a second water molecule, the electrical attraction between them can establish a weak bond called a **hydrogen bond**. These bonds are much weaker than covalent bonds and are easily broken by the random thermal motions due to the heat energy of the molecules, so each bond lasts only an exceedingly short time. But the combined effect of many weak bonds is far from trivial. Each water molecule can form hydrogen bonds through its two H atoms to two other water molecules, producing a network in which hydrogen bonds are being continually broken and formed. It is because of these interlocking hydrogen bonds that water at room temperature is a liquid—with a high boiling point and high surface tension—and not a gas. Without hydrogen bonds, life as we know it could not exist. The biologically significant properties of water are reviewed in Panel 2–2.

Not all hydrogen atoms form hydrogen bonds. In general, a hydrogen bond can form whenever a positively charged H held in one molecule by a polar covalent linkage comes close to a negatively charged atom—typically an oxygen or a nitrogen—belonging to another molecule. Hydrogen bonds can also occur between different parts of a single large molecule, where they often help create special shapes. But the hydrogen bond is just one member of a family of weak noncovalent bonds that play a crucial role in allowing large molecules to fold up in unique ways and to bind selectively to other molecules, as we will discuss later in this chapter.

Molecules, such as alcohols, that contain polar bonds and that can form hydrogen bonds mix well with water. As mentioned previously, molecules carrying positive or negative charges (ions) likewise dissolve readily in water. Such molecules are termed **hydrophilic**, meaning that they are "water-loving." A large proportion of the molecules in the aqueous environment of a cell necessarily fall into this category, including sugars, DNA, RNA, and a majority of proteins. **Hydrophobic** (water-fearing) molecules, by contrast, are uncharged and form few or no hydrogen bonds, and so do not dissolve in water. Hydrocarbons are an important example of hydrophobic cellular constituents (see Panel 2–1, pp. 66–67). In these molecules the H atoms are covalently linked to C atoms by a largely nonpolar bond. Because the H atoms have almost no



Figure 2–13 Proteins can bind to one another through complementary charges on their surfaces.

BAXJIVI0010342



acetic acid    water              acetate        hydronium
                                  ion            ion
(A)

proton moves
from one
molecule to
the other        hydronium      hydroxyl
                 ion            ion
(B)

**Figure 2–14 Protons are on the move in aqueous solutions.** (A) The reaction that takes place when a molecule of acetic acid dissolves in water. (B) Water molecules are continually exchanging protons with each other to form hydronium and hydroxyl ions. These ions in turn rapidly recombine to form water molecules.

net positive charge, they cannot form effective hydrogen bonds to other molecules. This makes the hydrocarbon as a whole hydrophobic—a property that is exploited by cells, whose membranes are constructed from molecules that have long hydrocarbon tails, as we shall see in Chapter 11. Because they do not dissolve in water, the hydrophobic hydrocarbons can form the thin membrane barriers that keep the aqueous interior of the cell separate from the surrounding, also aqueous, environment.

## Some Polar Molecules Form Acids and Bases in Water

One of the simplest kinds of chemical reaction, and one that has profound significance in cells, takes place when a molecule possessing a highly polar covalent bond between a hydrogen and another atom dissolves in water. The hydrogen atom in such a molecule has given up its electron almost entirely to the companion atom, and so exists as an almost naked positively charged hydrogen nucleus—in other words, a *proton (H⁺)*. When the polar molecule becomes surrounded by water molecules, the proton will be attracted to the partial negative charge on the O atom of an adjacent water molecule; this proton can dissociate from its original partner and associate instead with the oxygen atom of the water molecule, generating a **hydronium ion ($H_3O^+$)** (Figure 2–14A). The reverse reaction also takes place very readily, so one has to imagine an equilibrium state in which billions of protons are constantly flitting to and fro, between one molecule in the aqueous solution and another.

Substances that release protons when they dissolve in water, thus forming $H_3O^+$, are termed **acids**. The higher the concentration of $H_3O^+$, the more acidic the solution. $H_3O^+$ is present even in pure water, at a concentration of $10^{-7}$ M, as a result of the movement of protons from one water molecule to another (Figure 2–14B). By tradition, the $H_3O^+$ concentration is usually referred to as the $H^+$ concentration, even though most protons in an aqueous solution are present as $H_3O^+$.

Acids are characterized as being strong or weak, depending on how readily they give up their protons to water. Strong acids, such as HCl, lose their protons quickly. Acetic acid, on the other hand, is a weak acid because it tends to hold onto its proton when dissolved in water. Many of the acids important in the cell—such as molecules containing a carboxyl (COOH) group—are weak acids (see Panel 2–2, pp 68–69). Their tendency to dissociate with some reluctance is a useful characteristic in the cellular environment.

Because the proton of a hydronium ion can be passed readily to many types of molecules in cells, altering their character, the concentration of $H_3O^+$ inside a cell (the acidity) must be closely regulated. Acids—especially weak acids—will give up their protons more readily if

**Question 2–4**

What, if anything, is wrong with the following statement: "When NaCl is dissolved in water, the water molecules closest to the ions will tend to preferentially orient themselves so that their oxygen atoms face the sodium ions and face away from the chloride ions." Explain your answer.

BAXJIVI0010343

BAXJIVI0010344

## Question 2–5

A. Are there any $H_3O^+$ ions present in pure water at neutral pH (i.e., at pH = 7.0)? If so, how are they formed?

B. If they exist, what is the ratio of $H_3O^+$ ions to $H_2O$ molecules at neutral pH? (Hint: the molecular weight of water is 18, and 1 liter of water weighs 1 kg.)

the concentration of $H_3O^+$ in solution is low and will tend to receive them back if the concentration in solution is high.

The opposite of an acid is a **base**. Any molecule capable of accepting a proton is called a base. Just as the defining property of an acid is that it raises the concentration of $H_3O^+$ ions by donating a proton to a water molecule, so the defining property of a base is that it raises the concentration of hydroxyl (OH⁻) ions by removing a proton from a water molecule. Thus sodium hydroxide (NaOH) is basic (the term *alkaline* is also used) because it dissociates in aqueous solution to form $Na^+$ ions and OH⁻ ions. Because NaOH dissociates readily in water, it is called a strong base. More important in living cells, however, are the weak bases—those that have a weak tendency to reversibly accept a proton from water. Many biologically important weak bases contain an amino ($NH_2$) group. This group can generate OH⁻ by taking a proton from water: $-NH_2 + H_2O \rightarrow -NH_3^+ + OH^-$ (see Panel 2–2, pp. 68–69).

Because an OH⁻ ion combines with a $H_3O^+$ ion to form two water molecules, an increase in the OH⁻ concentration forces a decrease in the concentration of $H_3O^+$, and vice versa. A pure solution of water contains an equally low concentration ($10^{-7}$ M) of both ions; it is neither acidic nor basic and is therefore said to be *neutral*.

To avoid the use of unwieldy numbers, the concentration of $H_3O^+$ is expressed using a logarithmic scale called the **pH scale**, as illustrated in Panel 2–2. Pure water has a pH of 7.0 and the inside of cells is also kept close to neutrality. Acidic solutions have a pH < 7, and basic solutions a pH > 7.

## Molecules in Cells

Having looked at the ways atoms combine into small molecules, and how these molecules behave in an aqueous environment, we now examine the main classes of small molecules found in cells and their biological roles. Amazingly, we will see that a few basic categories of molecules, formed from a handful of different elements, give rise to all the extraordinary richness of form and behavior shown by living things.

### A Cell Is Formed from Carbon Compounds

If we disregard water, nearly all of the molecules in a cell are based on carbon. Carbon is outstanding among all the elements in its ability to form large molecules; silicon—an element with the same electron configuration in its outer shell—is a poor second. Because carbon is small and has four electrons and four vacancies in its outermost shell, a carbon atom can form four covalent bonds with other atoms. Most important, one carbon atom can join to other carbon atoms through highly stable covalent C–C bonds to form chains and rings and hence generate large and complex molecules with no obvious upper limit to their size (see Panel 2–1, pp. 66–67). The small and large carbon compounds made by cells are called *organic molecules*. All other molecules, including water, are said to be *inorganic* by contrast.

Certain combinations of atoms, such as the methyl ($-CH_3$), hydroxyl ($-OH$), carboxyl ($-COOH$), carbonyl ($-C=O$), phosphoryl ($-PO_3^{2-}$), and amino ($-NH_2$) groups, occur repeatedly in organic molecules. Each such group has distinct chemical and physical properties that influence the behavior of the molecule in which the group occurs—whether they tend to gain or lose protons and which molecules they interact with, for example. Becoming familiar with these groups and their chemical properties greatly simplifies one's view of the chemistry

**Table 2–2 The Approximate Chemical Composition of a Bacterial Cell**

|  | PERCENT OF TOTAL CELL WEIGHT | NUMBER OF TYPES OF EACH MOLECULE |
|---|---|---|
| Water | 70 | 1 |
| Inorganic ions | 1 | 20 |
| Sugars and precursors | 1 | 250 |
| Amino acids and precursors | 0.4 | 100 |
| Nucleotides and precursors | 0.4 | 100 |
| Fatty acids and precursors | 1 | 50 |
| Other small molecules | 0.2 | ~300 |
| Macromolecules (proteins, nucleic acids, and polysaccharides) | 26 | ~3000 |

of life. The most common **chemical groups** and some of their properties are summarized in Panel 2–1 (pp. 66–67).

## Cells Contain Four Major Families of Small Organic Molecules

The small organic molecules of the cell are carbon compounds with molecular weights in the range 100 to 1000 that contain up to 30 or so carbon atoms. They are usually found free in solution in the cytoplasm and have many different fates. Some are used as *monomer* subunits to construct the giant polymeric *macromolecules*—the proteins, nucleic acids, and large polysaccharides—of the cell. Others act as energy sources and are broken down and transformed into other small molecules in a maze of intracellular metabolic pathways. Many small molecules have more than one role in the cell—acting, for example, as both a potential subunit for a macromolecule and as an energy source. It is critical to recognize that small organic molecules are much less abundant than the organic macromolecules in living organisms, accounting for only about one-tenth of the total mass of organic matter in a cell (Table 2–2). As a rough guess, there may be a thousand different kinds of these small molecules in a typical cell.

All organic molecules are synthesized from—and are broken down into—the same set of simple compounds. Both their synthesis and their breakdown occur through sequences of simple chemical changes that are limited in variety and follow definite step-by-step rules. As a consequence, the compounds in a cell are chemically related and most can be classified into a small number of distinct families. Broadly speaking, cells contain four major families of small organic molecules: the *sugars*, the *fatty acids*, the *amino acids*, and the *nucleotides* (Figure 2–15). Although many compounds present in cells do not fit into these



Figure 2–15 Sugars, fatty acids, amino acids, and nucleotides constitute the four main families of small organic molecules in cells. They form the monomeric building blocks, or subunits, for most of the macromolecules and other assemblies of the cell. Some, like the sugars and the fatty acids, are also energy sources.

BAXJIVI0010345

Figure 2–16 The structure of glucose, a simple sugar, can be represented in several ways. In the structural formulas shown in (A), the atoms are shown as chemical symbols linked together by solid lines, which represent the covalent bonds. The thickened lines are used to indicate the plane of the sugar ring and to show that the –H and –OH groups are not in the same plane as the ring. (B) Another kind of structural formula that shows the three-dimensional structure of glucose in the so-called "chair configuration." (C) A ball-and-stick model in which the three-dimensional arrangement of the atoms in space is indicated. (D) A space-filling model, which, as well as depicting the three-dimensional arrangement of the atoms, also gives some idea of their relative sizes and of the surface contours of the molecule. The atoms in (C) and (D) are colored as follows: C, black; H, white; O, red. This is the conventional color coding for these atoms (see Figure 2–10) and will be used throughout this book.



categories, these four families of small organic molecules, together with the macromolecules made by linking them into long chains, account for a large fraction of a cell's mass (see Table 2–2).

## Sugars Are Energy Sources for Cells and Subunits of Polysaccharides

The simplest **sugars**—the *monosaccharides*—are compounds with the general formula $(CH_2O)_n$, where $n$ is usually 3, 4, 5, or 6. Sugars, and the molecules made from them, are also called *carbohydrates* because of this simple formula. Glucose, for example, has the formula $C_6H_{12}O_6$ (Figure 2–16). The formula, however, does not fully define the molecule: the same set of carbons, hydrogens, and oxygens can be joined together by covalent bonds in a variety of ways, creating structures with different shapes. Glucose, for example, can be converted into a different sugar—mannose or galactose—simply by switching the orientations of specific OH groups relative to the rest of the molecule (Panel 2–3, pp. 70–71). Each of these sugars, moreover, can exist in either of two forms, called the D-form and the L-form, which are mirror images of each other. Sets of molecules with the same chemical formula but different structures are called *isomers*, and mirror-image pairs of molecules are called *optical isomers*. Isomers are widespread among organic molecules in general, and they play a major part in generating the enormous variety of sugars. A more complete outline of sugar structures and chemistry is presented in Panel 2–3.

Monosaccharides can be linked by covalent bonds to form larger carbohydrates. Two monosaccharides linked together make a disaccharide, such as sucrose, which is composed of a glucose and a fructose unit. Larger sugar polymers range from the *oligosaccharides* (trisaccharides, tetrasaccharides, and so on) up to giant *polysaccharides*, which can contain thousands of monosaccharide units. In most cases, the prefix "oligo-" is used to refer to macromolecules made of a small number of monomers, between 3 and 50 or so. Polymers, in contrast, can contain hundreds or thousands of subunits.

The way that sugars are linked together illustrates some common features of biochemical bond formation. A bond is formed between an –OH group on one sugar and an –OH group on another by a **condensation reaction**, in which a molecule of water is expelled as the bond is formed (Figure 2–17). Subunits in other biological polymers, such as nucleic acids and proteins, are also linked by condensation reactions in

**Question 2–6**

Have a close look at the ball-and-stick and the space-filling representations of the glucose molecule shown in Figure 2–16C and D. Note that in both illustrations there are hydrogen atoms of two different sizes. Do we need to apologize because the artist made a mistake? Explain your answer.

BAXJIVI0010346

which water is expelled. The bonds created by all of these condensation reactions can be broken by the reverse process of *hydrolysis*, in which a molecule of water is consumed (see Figure 2–17).

Because each monosaccharide has several free hydroxyl groups that can form a link to another monosaccharide (or to some other compound), sugar polymers can be branched, and the number of possible polysaccharide structures is extremely large. For this reason it is much more difficult to determine the arrangement of sugars in a polysaccharide than to determine the nucleotide sequence of a DNA molecule, where each unit is joined to the next in exactly the same way.

The monosaccharide *glucose* has a central role as an energy source for cells. It is broken down to smaller molecules in a series of reactions, releasing energy that the cell can harness to do useful work, as we will explain in Chapter 13. Cells use simple polysaccharides composed only of glucose units—principally *glycogen* in animals and *starch* in plants—as long-term stores of glucose, held in reserve for energy production.

Sugars do not function exclusively in the production and storage of energy. They are also used, for example, to make mechanical supports. The most abundant organic molecule on Earth—the *cellulose* that forms plant cell walls—is a polysaccharide of glucose. Another extraordinarily abundant organic substance, the *chitin* of insect exoskeletons and fungal cell walls, is also a polysaccharide—in this case a linear polymer of a sugar derivative called *N*-acetylglucosamine (see Panel 2–3, pp. 70–71). Other polysaccharides, with their tendency to be slippery when wet, are the main components of slime, mucus, and gristle.

Smaller oligosaccharides can be covalently linked to proteins to form *glycoproteins*, or to lipids to form *glycolipids* (Panel 2–4, pp. 72–73), which are both found in cell membranes. The surfaces of most cells are decorated with sugar polymers that belong to glycoproteins and glycolipids in the plasma membrane. These sugar side chains are often recognized selectively by other cells. Differences in the types of cell-surface sugars form the molecular basis for different human blood groups.

## Fatty Acids Are Components of Cell Membranes

A **fatty acid** molecule, such as *palmitic acid* (Figure 2–18), has two chemically distinct regions. One is a long hydrocarbon chain, which is



**Figure 2–17 Two monosaccharides can be linked to form a disaccharide.** This reaction belongs to a general category of reactions termed *condensation reactions*, in which two molecules join together due to the loss of a water molecule. The reverse reaction (in which water is added) is termed *hydrolysis*.



**Figure 2–18 Fatty acids have both hydrophobic and hydrophilic components.** The hydrophobic hydrocarbon chain is attached to a hydrophilic carboxylic acid group. Palmitic acid is shown here. Different fatty acids have different hydrocarbon tails. (A) Structural formula. The carboxylic acid head group is shown in its ionized form. (B) Ball-and-stick model. (C) Space-filling model.

BAXJIVI0010347



saturated          unsaturated
fatty acids        fatty acids
(A)                (B)

**Figure 2–19** The properties of fats depend on the fatty acid side chains they carry. Fatty acids are stored in the cytoplasm of many cells in the form of droplets of *triacylglycerol* compounds made of three fatty acid chains joined to a glycerol molecule. (A) Saturated fats, such as tristearate, are found in meat and dairy products. The lack of double bonds in the fatty acid chains allows these molecules to pack together tightly, which is why butter and lard are solid at room temperature. (B) Plant oils, such as the corn oil, contain unsaturated fatty acids,which may be monounsaturated (contains one double bond) or polyunsaturated (containing multiple double bonds). The double bonds produce kinks in the fatty acid chains that prevents the fats from packing close together; for this reason, plant oils are liquid at room temperature. Although fats are essential in the diet, saturated fats raise the concentrations of cholesterol in the blood and can cause arteries to become clogged with fat, a condition that can lead to heart disease.

hydrophobic and not very reactive chemically. The other is a carboxyl (–COOH) group, which behaves as an acid (carboxylic acid): it is ionized in solution (–COO⁻), extremely hydrophilic, and chemically reactive. Almost all the fatty acid molecules in a cell are covalently linked to other molecules by their carboxylic acid group (see Panel 2–4, pp. 72–73). Molecules such as fatty acids, which possess both hydrophobic and hydrophilic regions, are termed *amphipathic*.

The hydrocarbon tail of palmitic acid is *saturated*: it has no double bonds between its carbon atoms and contains the maximum possible number of hydrogens. Stearic acid, another one of the common fatty acids in animal fat, is also saturated. Some other fatty acids, such as oleic acid, have *unsaturated* tails, with one or more double bonds along their length. The double bonds create kinks in the molecules, interfering with their ability to pack together in a solid mass. How tightly the fatty acids found in cell membranes pack affects the fluidity of the membrane. And it is the absence or presence of these double bonds that accounts for the difference between hard (saturated) and soft (polyunsaturated) margarine. The many different fatty acids found in cells differ only in the length of their hydrocarbon chains and in the number and position of the carbon–carbon double bonds (see Panel 2–4).

Fatty acids serve as a concentrated food reserve in cells: they can be broken down to produce about six times as much usable energy, weight for weight, as glucose. Fatty acids are stored in the cytoplasm of many cells in the form of droplets of *triacylglycerol* molecules—compounds made of three fatty acid chains joined to a glycerol molecule (see Panel 2–4). These molecules are the animal fats found in meat, butter, and cream, and the plant oils such as corn oil and olive oil (Figure 2–19). When a cell needs energy, the fatty acid chains can be released from triacylglycerols and broken down into two-carbon units. These two-carbon units are identical to those derived from the breakdown of glucose, and they enter the same energy-yielding reaction pathways, as will be described in Chapter 13.

Fatty acids and their derivatives, including triacylglycerols, are examples of *lipids*. This class of biological molecules is a loosely defined collection with the common feature that they are insoluble in water and soluble in fat and organic solvents such as benzene. Lipids typically contain long hydrocarbon chains, as in the fatty acids and *isoprenes*—or multiple linked aromatic rings, as in the *steroids* (see Panel 2–4).

The most important function of fatty acids in cells is in the construction of cell membranes. These thin sheets enclose all cells and

BAXJIVI0010348



Figure 2–20 Phospholipids aggregate to form cell membranes. In an aqueous environment, the hydrophobic tails of phospholipids pack together to exclude water, forming a bilayer with the hydrophilic head of each phospholipid facing the aqueous environment.

surround their internal organelles. They are composed largely of *phospholipids*, which are small molecules that, like triacylglycerols, are constructed mainly from fatty acids and glycerol. In phospholipids the glycerol is joined to two fatty acid chains, rather than to three as in triacylglycerols. The "third" site on the glycerol is linked to a hydrophilic phosphate group, which is in turn attached to a small hydrophilic compound such as choline (see Panel 2–4, pp. 72–73). Phospholipids are strongly amphipathic: each phospholipid molecule has a hydrophobic tail, composed of the two fatty acid chains, and a hydrophilic head, where the phosphate is located. This gives them different physical and chemical properties from triacylglycerols, which are predominantly hydrophobic. Other lipids present in the cell membrane contain one or more sugars instead of a phosphate group. Several of these *glycolipids* play an important role in intracellular cell signaling, as we will see in Chapter 16.

The membrane-forming property of phospholipids results from their amphipathic nature. Phospholipids will spread over the surface of water to form a monolayer of phospholipid molecules, with the hydrophobic tails facing the air and the hydrophilic heads in contact with the water. Two such molecular layers can readily combine tail-to-tail in water to make a phospholipid sandwich, or *lipid bilayer*, which forms the structural basis of all cell membranes (Figure 2–20; discussed further in Chapter 11).

## Amino Acids Are the Subunits of Proteins

**Amino acids** are a varied class of molecules with one defining property: they all possess a carboxylic acid group and an amino group, both linked to the same carbon atom called the α-carbon (Figure 2–21). Their chemical variety comes from the side chain that is also attached to the



Figure 2–21 Alanine is one of the simplest amino acids. (A) In the cell, where the pH is close to 7, the free amino acid exists in its ionized form; but when it is incorporated into a polypeptide chain, the charges on the amino and carboxyl groups disappear. (B) A ball-and-stick model and (C) a space-filling model of alanine (C, *black*; H, *white*; O, *red*; N, *blue*).

BAXJIVI0010349

α-carbon. Cells use amino acids to build **proteins**, which are polymers of amino acids joined head-to-tail in a long chain that is then folded into a three-dimensional structure unique to each type of protein.

The covalent linkage between two adjacent amino acids in a protein chain is called a *peptide bond*; the chain of amino acids is also known as a polypeptide (Figure 2–22). Peptide bonds are formed by condensation reactions that link one amino acid to the next. Regardless of the specific amino acids from which it is made, the polypeptide always has an amino ($NH_2$) group at one end (its *N-terminus*) and a carboxyl (COOH) group at its other end (its *C-terminus*). This gives a protein or polypeptide a definite directionality—a structural (as opposed to electrical) polarity.

Twenty types of amino acids are commonly found in proteins, each with a different side chain attached to the α-carbon atom (Panel 2–5, pp. 74–75). The same 20 amino acids occur over and over again in all proteins, whether they hail from bacteria, plants, or animals. How this precise set of 20 amino acids came to be chosen is one of the mysteries surrounding the evolution of life; there is no obvious chemical reason why other amino acids could not have served just as well. But once the selection had been locked into place, it could not be changed; too much chemistry had evolved to exploit it. Switching the types of amino acids used by cells would require every living creature to retool its entire metabolism, and genetic code, to cope with the new building blocks.

Like sugars, all amino acids (except glycine) exist as optical isomers in D- and L-forms (see Panel 2–5). But only L-forms are ever found in proteins (although D-amino acids occur as part of bacterial cell walls and in some antibiotics). The origin of this exclusive use of L-amino acids to make proteins is another evolutionary mystery.

The chemical versatility that the 20 standard amino acids provide is vitally important to the function of proteins. Five of the 20 amino acids have side chains that can form ions in solution and can therefore carry a charge (lysine and glutamic acid, for example, shown in Figure 2–22). The others are uncharged. Some amino acids are polar and hydrophilic, and some are nonpolar and hydrophobic (see Panel 2–5). As we will discuss in Chapter 4, the collective properties of the amino acid side chains underlie all the diverse and sophisticated functions of proteins.

## Nucleotides Are the Subunits of DNA and RNA

A **nucleoside** is a molecule made of a nitrogen-containing ring compound linked to a five-carbon sugar, which can be either ribose or deoxyribose (Panel 2–6, pp. 76–77). A nucleoside sporting one or more phosphate groups attached to its sugar is called a **nucleotide**. Nucleotides containing ribose are known as ribonucleotides, and those containing deoxyribose are deoxyribonucleotides.

The nitrogen-containing rings are generally referred to as *bases* for historical reasons: under acidic conditions they can each bind a $H^+$ (proton) and thereby increase the concentration of $OH^-$ ions in aqueous solution. There is a strong family resemblance between the different nucleotide bases. *Cytosine* (C), *thymine* (T), and *uracil* (U) are called *pyrimidines* because they all derive from a six-membered pyrimidine ring; *guanine* (G) and *adenine* (A) are *purine* compounds, which bear a second, five-membered ring fused to the six-membered ring. Each nucleotide is named after the base it contains (see Panel 2–6).

Nucleotides can act as short-term carriers of chemical energy. Above all others, the ribonucleotide **adenosine triphosphate**, or **ATP** (Figure 2–23), participates in the transfer of energy in hundreds of cellular reactions. ATP is formed through reactions that are driven by the



**Question 2–7**

Why do you suppose only L-amino acids and not a random mixture of the L- and D-forms of each amino acid are used to make proteins?



N-terminus of polypeptide chain

Phe
Ser
Glu
Lys

C-terminus of polypeptide chain

**Figure 2–22 Proteins are held together by peptide bonds.** The four amino acid residues shown are linked together by three peptide bonds, one of which is highlighted in *yellow*. One of the amino acids is shaded in *gray*. The amino acid side chains are shown in *red*. The two ends of a polypeptide chain are chemically distinct. One end, the N-terminus, is capped by an amino group, and the other, the C-terminus, ends in a carboxyl group. The sequence of amino acid residues in a protein or polypeptide is abbreviated using either a three-letter or a one-letter code, and the sequence is always read from the N-terminus (see Panel 2–5). In the example given, the sequence is Phe-Ser-Glu-Lys (or FSEK).

BAXJIVI0010350



Figure 2–23 Adenosine triphosphate (ATP) is a nucleotide whose reactivity resides in its terminal phosphate groups. (A) Structural formula. (B) Space-filling model. In (B) the colors of the atoms are C, *black*; H, *white*; N, *blue*; O, *red*; and P, *green*. The deoxyribonucleotide version of adenosine triphosphate (dATP) differs only in that a hydrogen atom replaces the hydroxyl group shaded in *yellow* in (A).

energy released by the oxidative breakdown of foodstuffs. Its three phosphates are linked in series by two *phosphoanhydride bonds* (see Panel 2–6, pp. 76–77). Rupture of these bonds releases large amounts of useful energy. The terminal phosphate group in particular is frequently split off by hydrolysis (Figure 2–24). In many situations, transfer of this phosphate to other molecules releases energy that drives energy-requiring biosynthetic reactions. Other nucleotide derivatives serve as carriers for the transfer of other chemical groups, as will be described in Chapter 3.

The most fundamental role of nucleotides in the cell is in the storage and retrieval of biological information. Nucleotides serve as building blocks for the construction of *nucleic acids*—long polymers in which nucleotide subunits are covalently linked by the formation of a *phosphodiester bond* between the phosphate group attached to the sugar of one nucleotide and a hydroxyl group on the sugar of the next nucleotide (Figure 2–25). Nucleic acid chains are synthesized from energy-rich nucleoside triphosphates by a condensation reaction that releases inorganic pyrophosphate during phosphodiester bond formation (see Panel 2–6).

There are two main types of nucleic acids, which differ in the type of sugar they use in their sugar-phosphate backbone. Those based on the sugar ribose are known as **ribonucleic acids**, or **RNA**, and contain the bases A, G, C, and U. Those based on deoxyribose (in which the hydroxyl at the 2' position of the ribose carbon ring is replaced by a hydrogen; see Panel 2–6) are known as **deoxyribonucleic acids**, or **DNA**,



phosphoanhydride bonds

ATP

energy from sunlight or from food

energy available for cellular work and for chemical synthesis

inorganic phosphate (Pᵢ)

ADP

Figure 2–24 ATP serves as an energy carrier in cells. The energy-requiring formation of ATP from ADP and inorganic phosphate is coupled to the energy-yielding oxidation of foodstuffs (in animal cells, fungi, and some bacteria) or to the capture of light (in plant cells and some bacteria). The hydrolysis of this ATP back to ADP and inorganic phosphate in turn provides the energy to drive many cellular reactions. Together these reactions form the ATP cycle.

BAXJIVI0010351



Figure 2–25 A short length of one chain of a deoxyribonucleic acid (DNA) molecule shows the bonds linking four consecutive nucleotide residues. One of the phosphates linking adjacent nucleotides by phosphodiester bonds is highlighted in *yellow*, and one of the nucleotides is enclosed in a gray box. Nucleotides are joined by a phosphodiester linkage between specific carbon atoms of the sugar ring, known as the 5' and 3' atoms. For this reason, one end of a polynucleotide chain, the 5' end, will have a free phosphate group and the other, the 3' end, a free hydroxyl group. The linear sequence of nucleotide residues in a polynucleotide chain is commonly abbreviated by a one-letter code, and the sequence is always read from the 5' end. In the example illustrated the sequence is G-A-T-C.

and contain the bases A, G, C, and T (T is chemically similar to the U in RNA) (see Figure 2–25). RNA usually occurs in cells in the form of a single-stranded polynucleotide chain, but DNA is virtually always in the form of a double-stranded molecule, the DNA double helix that is composed of two polynucleotide chains running antiparallel to each other and held together by hydrogen-bonding between the bases of the two chains (Panel 2–7, pp. 78–79).

The linear sequence of nucleotides in a DNA or an RNA encodes genetic information. The two nucleic acids, however, have somewhat different roles in the cell. DNA, with its more stable, hydrogen-bonded helices, acts as a long-term repository for hereditary information, while single-stranded RNA is usually a more transient carrier of molecular instructions. The ability of the bases in different nucleic acid molecules to recognize and pair with each other by hydrogen-bonding (called *base-pairing*)—G with C, and A with either T or U—underlies all of heredity and evolution, as explained in Chapter 5.

## Macromolecules in Cells

On the basis of weight, macromolecules are by far the most abundant of the carbon-containing molecules in a living cell (Figure 2–26). They are the principal building blocks from which a cell is constructed and also the components that confer the most distinctive properties of living things. Intermediate in size and complexity between small molecules and cell organelles, **macromolecules** are polymers that are constructed simply by covalently linking small organic molecules (called **monomers**, or *subunits*) into long chains, or **polymers** (Figure 2–27 and How We Know, pp. 60–61). Yet they have many unexpected properties

### Question 2–8

What is meant by "polarity" of a polypeptide chain and by "polarity" of a chemical bond? How do the meanings differ?



Figure 2–26 Macromolecules are abundant in cells. The approximate composition of a bacterial cell is shown. The composition of an animal cell is similar.

BAXJIVI0010352

that could not have been predicted from their simple constituents. For example, DNA and RNA molecules (the nucleic acids) store and transmit hereditary information.

Proteins are especially versatile and perform thousands of distinct functions in cells. Many proteins serve as enzymes that catalyze the chemical reactions that take place in the cell. All of the reactions whereby cells extract energy from food molecules are catalyzed by proteins serving as enzymes. Enzymes also synthesize important molecules. For example, an enzyme called ribulose bisphosphate carboxylase, found in chloroplasts, converts $CO_2$ to sugars in plants; this protein thereby creates most of the organic matter used by the rest of the living world. Other proteins are used to build structural components: tubulin self-assembles to make the cell's long, stiff microtubules (see Figure 1–27). Histone proteins pack the cell's DNA in chromosomes. Yet other proteins act as molecular motors to produce force and movement, as in the case of myosin in muscle. Proteins also have a wide variety of other functions, and we will examine the molecular basis of many of them later in this book. Here we consider only some general principles of macromolecular chemistry that make such functions possible.

## Macromolecules Contain a Specific Sequence of Subunits

Although the chemical reactions for adding subunits to each polymer are different in detail for proteins, nucleic acids, and polysaccharides, they share important features. Each polymer grows by the addition of a monomer onto the end of a growing polymer chain via a condensation reaction, in which a molecule of water is lost with each subunit added (Figure 2–28; see also Figure 2–17). In all cases the reactions are catalyzed by specific enzymes, which ensure that only monomers of the appropriate type are incorporated.

The stepwise polymerization of monomers into a long chain is a simple way to manufacture a large, complex molecule, because the subunits are added by the same reaction performed over and over again by the same set of enzymes. In a sense, the process resembles the repetitive operation of a machine in a factory—except in one crucial respect. Apart from some of the polysaccharides, most macromolecules are made from a set of monomers that are slightly different from one another, for example, the 20 different amino acids from which proteins are made (see Panel 2–5, pp. 74–75). Most important, the polymer chain is not assembled at random from these subunits; instead the subunits are added in a particular order, or **sequence**.

The mechanisms that specify polymer sequence in the cell are discussed in Chapters 6 and 7. These mechanisms are central to biology because the biological function of proteins, nucleic acids, and many polysaccharides is absolutely dependent on the particular sequence of subunits in the linear chain. The possibility of varying the sequence of subunits creates enormous diversity in the polymeric molecules that can be produced. Thus, for a protein chain 200 amino acids long, there are $20^{200}$ possible combinations ($20 \times 20 \times 20 \times 20 \ldots$ multiplied 200 times), while for a DNA molecule 10,000 nucleotides long (small by DNA



**Figure 2–27 Macromolecules are made from monomeric subunits.** Each macromolecule is a polymer formed from small molecules (called monomers or subunits) linked together by covalent bonds.

### Question 2–9

In principle, there are many different, chemically diverse ways in which small molecules can be linked to form polymers. For example, the small molecule ethene ($CH_2=CH_2$) is used commercially to make the plastic polyethylene ($\ldots$-$CH_2$-$CH_2$-$CH_2$-$CH_2$-$CH_2$-$\ldots$). The individual subunits of the three major classes of biological macromolecules, however, are all linked by similar reaction mechanisms, i.e., by condensation reactions that eliminate water. Can you think of any benefits that this chemistry offers and why it might have been selected in evolution?

**Figure 2–28 Macromolecules are formed by adding subunits to one end.** In a condensation reaction, a molecule of water is lost with the addition of each monomer to one end of the growing chain. The reverse reaction—the breakdown of the polymer—occurs by the simple addition of water (hydrolysis).



BAXJIVI0010353

The idea that proteins, polysaccharides, and nucleic acids are large molecules that are constructed from smaller subunits, linked one after another into long molecular chains, may seem fairly obvious today. But this was not always the case. In the early part of the twentieth century, few scientists believed in the existence of such macromolecules—polymers built from repeating units held together by covalent bonds. The notion that such "frighteningly large" compounds could be assembled from simple building blocks was considered "downright shocking" by chemists of the day. Instead, they thought that proteins and other seemingly large molecules were simply heterogeneous aggregates of small molecules held together by weak "association forces" (Figure 2–29).

The idea that proteins and other polymers were large came from observing their behavior in solution. At the time, scientists were working with a variety of proteins and carbohydrates derived from foodstuffs and natural materials—albumin from egg whites, casein from milk, collagen from gelatin, and cellulose from wood. Their chemical composition seemed simple enough—like other organic molecules they contained carbon, hydrogen, oxygen, and, in the case of proteins, nitrogen. But they behaved oddly in solution, showing, for example, an inability to diffuse through a fine filter.

What was not clear, however, was why these molecules misbehaved in solution. Were they really giant molecules, composed of an unusual number of covalently linked atoms? Or were they more like a colloidal suspension of particles—a big, sticky hodgepodge of simpler molecules that associate only loosely?

One way to distinguish between the two possibilities was to determine the actual size of one of these molecules. If a substance such as serum albumin was made of molecules of uniform size, that would support the existence of true macromolecules. If albumin were instead a miscellaneous conglomeration of peptides, a solution of it should harbor molecules of a variety of sizes.

Unfortunately, the techniques available to scientists in the early 1900s were not ideal for measuring the sizes of such large molecules. Some chemists estimated a protein's size by determining how much it would depress a solution's freezing point; others measured the osmotic pressure of protein solutions. These methods were susceptible to experimental error and gave variable results. Different techniques, for example, suggested that cellulose was anywhere from 6000 to 103,000 daltons in mass. Such variation helped to fuel the hypothesis that proteins and carbohydrates were loose aggregates rather than macromolecules.

Many scientists simply had trouble believing that molecules heavier than about 4000 daltons—the largest compound that had been synthesized by organic chemists—could exist at all. Take hemoglobin, the oxygen-carrying protein in red blood cells. Researchers tried to estimate its size by breaking it down into its chemical components. In addition to carbon, hydrogen, nitrogen, and oxygen, hemoglobin contains a small amount of iron. Working out the percentages, it appeared that hemoglobin had one atom of iron for every 712 atoms of carbon—and a minimum weight of 16,700 daltons. Could a molecule with hundreds of carbon atoms in one long chain remain intact in a cell and perform specific functions? Emil Fischer, the organic chemist who determined that the amino acids in proteins are linked by peptide bonds, thought that a polypeptide chain could grow no longer than about 30 or 40 amino acids. As for hemoglobin with its purported 700 carbon atoms, the existence of molecular chains of such "truly fantastic lengths" was deemed "very improbable" by leading chemists.

Definitive resolution of the debate had to await the development of new techniques. Convincing evidence that proteins are macromolecules came from studies using the ultracentrifuge—a device that uses centrifugal force to separate molecules according to their size (Figure 2–30; see also Panel 4–3, pp. 160–161). Theodor Svedberg, who



**Figure 2–29 What might a macromolecule look like?** Chemists in the early part of the twentieth century debated whether proteins, polysaccharides, and other apparently large molecules were (A) discrete particles made of an unusually large number of covalently linked atoms or (B) a loose aggregation of heterogeneous small molecules held together by weak association forces.

BAXJIVI0010354



**Figure 2–30 The ultracentrifuge helps to settle the macromolecular debate.** In the ultracentrifuge, centrifugal forces exceeding 500,000 times the force of gravity can be used to separate proteins or other large molecules. (A) For example, samples can be loaded in a thin layer on top of a gradient of sucrose solution formed in a tube. The tube can be placed in a metal rotor that is rotated at high speed in an ultracentrifuge. Molecules of different sizes sediment at different rates, and these molecules will therefore move as distinct bands in the sample tube. If hemoglobin were a loose aggregate of heterogeneous peptides, it would show a broad smear of sizes after centrifugation (top). Instead it appears as a sharp band with a molecular weight of 68,000 daltons (bottom).

Although the ultracentrifuge is now a standard, almost mundane, fixture in most biochemistry labs, its construction was a huge technological challenge. The centrifuge rotor must be capable of spinning at high speeds for many hours at constant temperature and with high stability; otherwise convection occurs in the sedimenting solution and ruins the experiment. In 1926 Svedberg won the Nobel Prize in Chemistry for his ultracentrifuge design and its application to chemistry.

(B) In his actual experiment, Svedberg filled a special cell in the centrifuge with a homogeneous solution of hemoglobin; by shining light through the cell, he then carefully monitored the moving boundary between the sedimenting protein molecules and the clear aqueous solution left behind (so-called boundary sedimentation). The more recently developed method shown in (A) is a form of "band sedimentation."

designed the machine in 1925, performed the first studies. If a protein were really an aggregate of smaller molecules, he reasoned, it would appear as a smear of molecules of different size when sedimented in an ultracentrifuge. Using hemoglobin as his test protein, Svedberg found that the centrifuged sample revealed a single, sharp band with a molecular weight of 68,000 daltons. His results strongly supported the theory that proteins are true macromolecules.

Additional evidence continued to accumulate throughout the 1930s, as other researchers began to prepare crystals of pure protein that could be studied by X-ray diffraction. Only molecules with a uniform size and shape can form highly ordered crystals and diffract X-rays in such a way that their three-dimensional structure can be determined,

as we shall see in Chapter 4. A heterogeneous suspension could not be studied in this way.

We now take it for granted that large macromolecules carry out many of the most important activities in living cells. But respected chemists once viewed the existence of such polymers with the same sort of skepticism that a zoologist might show on being told that somewhere in Africa live elephants that are 500 feet long and 100 feet high. It took decades for researchers to master the techniques they needed to convince everyone that molecules 10 times larger than anything they had ever encountered were a cornerstone of biology. As we shall see throughout this book, such a labored pathway to discovery is not unusual, and progress in science is often driven by advances in measurement technologies.

BAXJIVI0010355

standards), with its four different nucleotides there are $4^{10,000}$ different possibilities, an unimaginably large number. Thus the machinery of polymerization must be subject to a sensitive control that allows it to specify exactly which subunit should be added next to the growing polymer.

## Noncovalent Bonds Specify the Precise Shape of a Macromolecule

Most of the single covalent bonds in a macromolecule allow rotation of the atoms they join, so that the polymer chain has great flexibility. In principle, this allows a macromolecule to adopt an almost unlimited number of shapes, or **conformations**, as the polymer chain writhes and rotates under the influence of random thermal energy. However, the shapes of most biological macromolecules are highly constrained because of weaker **noncovalent bonds** that form between different parts of the molecule. If these weaker bonds are formed in sufficient numbers, they will prevent the random movements and the polymer chain may then adopt preferentially one particular conformation, as determined by the linear sequence of monomers in its chain. Virtually all protein molecules and many of the small RNA molecules found in cells fold tightly into one highly preferred conformation in this way (Figure 2–31).

The noncovalent bonds important in biological molecules include two types described earlier in this chapter—ionic bonds and hydrogen bonds (Panel 2–7, pp. 78–79). Ionic bonds, although strong on their own, are quite weak in water. This is because charged groups are shielded by their interactions with water molecules or with other salts present in the aqueous solution. Ionic bonds, however, are very important in biological systems. An enzyme that binds a positively charged substrate will often use a negatively charged amino acid side chain to guide its substrate into the proper position. And we have already mentioned the importance of hydrogen bonds in establishing the unique properties of water. Hydrogen bonds also hold two strands of the DNA double helix together. Because individual hydrogen bonds are weak, enzymes can easily unzip the helix—for example, when a cell needs to copy its genetic material.

A third type of weak bond results from *van der Waals attractions*, which are a form of electrical attraction caused by fluctuating electric charges that arise whenever two atoms come within a very short distance



Figure 2–31 Most proteins and many RNA molecules fold into only one stable conformation. If the weak bonds maintaining this stable conformation are disrupted, the molecule becomes a flexible chain that usually has no biological value.

many unstable conformations

one stable folded conformation

BAXJIVI0010356

of each other. Although van der Waals interactions are weaker than hydrogen bonds, in large numbers they play an important role in the attraction between large molecules with complementary shapes. All of these noncovalent forces are reviewed in Panel 2–7, pp. 78–79.

Another important noncovalent force is created by the three-dimensional structure of water, which forces hydrophobic groups together in order to minimize their disruptive effect on the hydrogen-bonded network of water molecules (see Panel 2–7, and Panel 2–2, pp. 68–69). This expulsion from the aqueous solution generates what is sometimes thought of as a fourth kind of weak noncovalent bond, called a *hydrophobic interaction*. This interaction forces phospholipid molecules together in cell membranes, and it also gives most protein molecules a compact, globular shape.

## Noncovalent Bonds Allow a Macromolecule to Bind Other Selected Molecules

Although noncovalent bonds are individually very weak, they can add up to create a strong attraction between two molecules when these molecules fit together very closely, like a hand in a glove, with many noncovalent bonds between them (see Panel 2–7). This form of molecular interaction provides for great specificity in the binding of macromolecules to other molecules, because the multipoint contacts required for strong binding make it possible for a macromolecule to select—through binding interactions—just one of the many thousands of different molecules present inside a cell. Moreover, because the strength of the binding depends on the number of noncovalent bonds that are formed, interactions of almost any strength are possible.

Binding of this type underlies all biological catalysis, making it possible for proteins to function as enzymes. Noncovalent bonds can also stabilize associations between two different macromolecules if their surfaces match closely (Figure 2–32). These bonds thereby allow macromolecules to be used as building blocks for the formation of much larger structures. For example, proteins often bind together into multiprotein complexes, thereby forming intricate machines with multiple



**Question 2–10**

Why could covalent bonds not be used in place of noncovalent bonds to mediate most of the interactions of macromolecules?



molecule A randomly encounters other molecules (B, C, and D)

the surfaces of molecules A and B, and A and C, are a poor match and are capable of forming only a few weak bonds; thermal motion rapidly breaks them apart

the surfaces of molecules A and D match well and therefore can form enough weak bonds to withstand thermal motion; they therefore stay bound to each other

**Figure 2–32** Noncovalent bonds mediate interactions between macromolecules.

BAXJIVI0010357



Figure 2–33 Small molecules join together to form macromolecules, which can assemble into large macromolecular complexes. Subunits, proteins, and a ribosome are drawn to scale. Ribosomes are part of the machinery the cell uses to make proteins. Each ribosome is composed of about 90 macromolecules (proteins and RNA molecules), and is large enough to see in the electron microscope. The micrograph on the right shows numerous ribosomes attached to membranes in the cell. (Courtesy of Lelio Orci.)

moving parts that perform such complex tasks as DNA replication and protein synthesis (Figure 2–33). Thus noncovalent bonds account for much of the specificity that we associate with living cells.

## Essential Concepts

- Living cells obey the same chemical and physical laws as nonliving things. Like all other forms of matter, they are composed of atoms, which are the smallest units of chemical elements that retain distinctive chemical properties.
- Atoms are made up of smaller particles. The nucleus of an atom contains protons, which are positively charged, and uncharged neutrons. The nucleus is surrounded by a cloud of negatively charged electrons.
- The number of electrons in an atom is equal to the number of protons in its nucleus. The nuclei of different isotopes of the same element contain the same number of protons but different numbers of neutrons.
- Living cells are made up of a limited number of elements, four of which—C,H,N,O—make up 96.5% of their mass.
- The chemical properties of an atom are determined by the number and arrangement of its electrons. An atom is most stable when all of its electrons are at their lowest possible energy level and when each electron shell is completely filled.
- Chemical bonds form between atoms as electrons move to reach a more stable arrangement. Clusters of two or more atoms held together by chemical bonds are known as molecules.
- When an electron jumps from one atom to another, two ions of opposite charge are formed; ionic bonds then arise by the mutual attraction of these charged atoms.
- A covalent bond consists of a pair of electrons shared between adjacent atoms. If two pairs of electrons are shared, a double bond is formed.

BAXJIVI0010358

- Living organisms contain a distinctive and restricted set of small carbon-based molecules that are essentially the same for every living species. The main categories are sugars, fatty acids, amino acids, and nucleotides.
- Sugars are a primary source of chemical energy for cells and can be incorporated into polysaccharides for energy storage.
- Fatty acids are also important for energy storage, but their most essential function is in the formation of cell membranes.
- The vast majority of the dry mass of a cell consists of macromolecules, formed as polymers of sugars, amino acids, or nucleotides.
- Macromolecules are intermediate both in size and complexity between small molecules and cell organelles. They have many remarkable properties that are not easily deduced from the subunits from which they are made.
- Polymers consisting of amino acids constitute the remarkably diverse and versatile class of macromolecules known as proteins.
- Nucleotides play a central part in energy transfer and are the subunits from which the informational macromolecules, RNA and DNA, are made.
- Macromolecules are made as polymers of subunits by repetitive condensation reactions. Their remarkable diversity arises from the fact that each macromolecule has a unique sequence of subunits.
- Weak noncovalent bonds form between different regions of a macromolecule. These can cause the macromolecule to fold into a unique three-dimensional shape with a special chemistry, as seen most conspicuously in proteins.

## Key Terms

| | | |
|---|---|---|
| acid | electron | noncovalent bond |
| amino acid | fatty acid | nucleotide |
| atom | hydrogen bond | pH scale |
| atomic weight | hydrolysis | polar |
| ATP | hydronium ion | polymer |
| Avogadro's number | hydrophilic | protein |
| base | hydrophobic | proton |
| chemical bond | ion | RNA |
| chemical group | ionic bond | sequence |
| condensation | macromolecule | subunit |
| conformation | molecular weight | sugar |
| covalent bond | molecule | valence |
| DNA | monomer | |

BAXJIVI0010359

## CARBON SKELETONS

Carbon has a unique role in the cell because of its ability to form strong covalent bonds with other carbon atoms. Thus carbon atoms can join to form chains

or branched trees

or rings.







also written as

also written as

also written as

## COVALENT BONDS

A covalent bond forms when two atoms come very close together and share one or more of their electrons.
  Each atom forms a fixed number of covalent bonds in a defined spatial arrangement.

SINGLE BONDS: 2 electrons shared/bond

  

DOUBLE BONDS: 4 electrons shared/bond

  

The precise spatial arrangement of covalent bonds influence the three-dimentional structure—and chemistry—of molecules. In this review panel, we see how covalent bonds are used in a variety of biological molecules.

Atoms joined by two or more covalent bonds cannot rotate freely around the bond axis. This restriction is a major influence on the three-dimensional shape of many macromolecules.

## C–H COMPOUNDS

Carbon and hydrogen together make stable compounds (or groups) called hydrocarbons. These are nonpolar, do not form hydrogen bonds, and are generally insoluble in water.

 

methane     methyl group

## ALTERNATING DOUBLE BONDS

The carbon chain can include double bonds. If these are on alternate carbon atoms, the bonding electrons move within the molecule, stabilizing the structure by a phenomenon called resonance.

Alternating double bonds in a ring can generate a very stable structure.



the truth is somewhere between these two structures

benzene

often written as



part of the hydrocarbon "tail" of a fatty acid molecule

BAXJIVI0010360

## C–O COMPOUNDS

Many biological compounds contain a carbon bonded to an oxygen. For example,

alcohol

The –OH is called a hydroxyl group.

aldehyde

The C=O is called a carbonyl group.

ketone

carboxylic acid

The –COOH is called a carboxyl group. In water this loses an H$^+$ ion to become –COO$^-$.

esters

Esters are formed by combining an acid and an alcohol.

acid          alcohol          ester

## C–N COMPOUNDS

Amines and amides are two important examples of compounds containing a carbon linked to a nitrogen.

Amines in water combine with an H$^+$ ion to become positively charged.

Amides are formed by combining an acid and an amine. Unlike amines, amides are uncharged in water. An example is the peptide bond that joins amino acids in a protein.

acid          amine          amide

Nitrogen also occurs in several ring compounds, including important constituents of nucleic acids: purines and pyrimidines.

cytosine (a pyrimidine)

## PHOSPHATES

Inorganic phosphate is a stable ion formed from phosphoric acid, $H_3PO_4$. It is often written as P$_i$.

Phosphate esters can form between a phosphate and a free hydroxyl group. Phosphoryl groups are often attached to proteins in this way.

also written as

The combination of a phosphate and a carboxyl group, or two or more phosphate groups, gives an acid anhydride.

high-energy acyl phosphate bond (carboxylic–phosphoric acid anhydride) found in some metabolites

also written as

phosphoanhydride—a high-energy bond found in molecules such as ATP

also written as

BAXJIVI0010361

## HYDROGEN BONDS

Because they are polarized, two adjacent $H_2O$ molecules can form a linkage known as a hydrogen bond. Hydrogen bonds have only about 1/20 the strength of a covalent bond.

Hydrogen bonds are strongest when the three atoms lie in a straight line.



hydrogen bond



bond lengths

hydrogen bond
0.27 nm

0.10 nm
covalent bond

## WATER

Two atoms connected by a covalent bond may exert different attractions for the electrons of the bond. In such cases the bond is polar, with one end slightly negatively charged ($\delta^-$) and the other slightly positively charged ($\delta^+$).



electropositive region

electronegative region

Although a water molecule has an overall neutral charge (having the same number of electrons and protons), the electrons are asymmetrically distributed, making the molecule polar. The oxygen nucleus draws electrons away from the hydrogen nuclei, leaving these nuclei with a small net positive charge. The excess of electron density on the oxygen atom creates weakly negative regions at the other two corners of an imaginary tetrahedron. On these pages we review the chemical properties of water and see how water influences the behavior of biological molecules.

## WATER STRUCTURE

Molecules of water join together transiently in a hydrogen-bonded lattice.



The cohesive nature of water is responsible for many of its unusual properties, such as high surface tension, specific heat, and heat of vaporization.

## HYDROPHILIC MOLECULES

Substances that dissolve readily in water are termed hydrophilic. They are composed of ions or polar molecules that attract water molecules through electrical charge effects. Water molecules surround each ion or polar molecule on the surface of a solid substance and carry it into solution.

Ionic substances such as sodium chloride dissolve because water molecules are attracted to the positive ($Na^+$) or negative ($Cl^-$) charge of each ion.

Polar substances such as urea dissolve because their molecules form hydrogen bonds with the surrounding water molecules

## HYDROPHOBIC MOLECULES

Molecules that contain a preponderance of non-polar bonds are usually insoluble in water and are termed hydrophobic. Water molecules are not attracted to such molecules and so have little tendency to surround them and carry them into solution.

Hydrocarbons, which contain many C–H bonds, are especially hydrophobic.

BAXJIVI0010362

## WATER AS A SOLVENT

Many substances, such as household sugar, dissolve in water. That is, their molecules separate from each other, each becoming surrounded by water molecules.



When a substance dissolves in a liquid, the mixture is termed a solution. The dissolved substance (in this case sugar) is the solute, and the liquid that does the dissolving (in this case water) is the solvent. Water is an excellent solvent for many substances because of its polar bonds.

## ACIDS

Substances that release hydrogen ions into solution are called acids.

HCl ⟶ H⁺ + Cl⁻
hydrochloric acid      hydrogen ion     chloride ion
(strong acid)

Many of the acids important in the cell are only partially dissociated, and they are therefore weak acids—for example, the carboxyl group (-COOH), which dissociates to give a hydrogen ion in solution.

(weak acid)

Note that this is a reversible reaction.

## HYDROGEN ION EXCHANGE

Positively charged hydrogen ions (H⁺) can spontaneously move from one water molecule to another, thereby creating two ionic species.

hydronium ion          hydroxyl ion
(water acting as        (water acting as
a weak base)             a weak acid)

often written as:   $H_2O \rightleftharpoons H^+ + OH^-$
hydrogen    hydroxyl
ion          ion

Because the process is rapidly reversible, hydrogen ions are continually shuttling between water molecules. Pure water contains a steady-state concentration of hydrogen ions and hydroxyl ions (both $10^{-7}$ M).

## pH

The acidity of a solution is defined by the concentration of H⁺ ions it possesses. For convenience we use the pH scale, where

$pH = -log_{10}[H^+]$

For pure water

$[H^+] = 10^{-7}$ moles/liter

$pH = 7.0$



## BASES

Substances that reduce the number of hydrogen ions in solution are called bases. Some bases, such as ammonia, combine directly with hydrogen ions.

$NH_3$ + $H^+$ ⟶ $NH_4^+$
ammonia      hydrogen ion          ammonium ion

Other bases, such as sodium hydroxide, reduce the number of H⁺ ions indirectly, by making OH⁻ ions that then combine directly with H⁺ ions to make $H_2O$.

NaOH ⟶ $Na^+$ + $OH^-$
sodium hydroxide      sodium     hydroxyl
(strong base)            ion          ion

Many bases found in cells are partially dissociated and are termed weak bases. This is true of compounds that contain an amino group (-NH₂), which has a weak tendency to reversibly accept an H⁺ ion from water, increasing the quantity of free OH⁻ ions.

-NH₂ + H⁺ �binding⟩ -NH₃⁺

BAXJIVI0010363

## MONOSACCHARIDES

Monosaccharides usually have the general formula $(CH_2O)_n$, where $n$ can be 3, 4, 5, or 6, and have two or more hydroxyl groups. They either contain an aldehyde group ($-C\overset{O}{\underset{H}{\diagdown}}$) and are called aldoses or a ketone group ($\diagup C=O$) and are called ketoses.

|  | 3-carbon (TRIOSES) | 5-carbon (PENTOSES) | 6-carbon (HEXOSES) |
|---|---|---|---|
| **ALDOSES** | glyceraldehyde | ribose | glucose |
| **KETOSES** | dihydroxyacetone | ribulose | fructose |

## RING FORMATION

In aqueous solution, the aldehyde or ketone group of a sugar molecule tends to react with a hydroxyl group of the same molecule, thereby closing the molecule into a ring.

glucose

ribose

Note that each carbon atom has a number.

## ISOMERS

Many monosaccharides differ only in the spatial arrangement of atoms—that is, they are isomers. For example, glucose, galactose, and mannose have the same formula ($C_6H_{12}O_6$) but differ in the arrangement of groups around one or two carbon atoms.



galactose

glucose

mannose

These small differences make only minor changes in the chemical properties of the sugars. But they are recognized by enzymes and other proteins and therefore can have important biological effects.

BAXJIVI0010364

## α AND β LINKS

The hydroxyl group on the carbon that carries the aldehyde or ketone can rapidly change from one position to the other. These two positions are called α and β.



β hydroxyl          α hydroxyl

As soon as one sugar is linked to another, the α or β form is frozen.

## SUGAR DERIVATIVES

The hydroxyl groups of a simple monosaccharide can be replaced by other groups. For example,



glucosamine

glucuronic acid

N-acetylglucosamine

## DISACCHARIDES

The carbon that carries the aldehyde or the ketone can react with any hydroxyl group on a second sugar molecule to form a disaccharide. Three common disaccharides are

  maltose (glucose + glucose)
  lactose (galactose + glucose)
  sucrose (glucose + fructose)

The reaction forming sucrose is shown here.



## OLIGOSACCHARIDES AND POLYSACCHARIDES

Large linear and branched molecules can be made from simple repeating units. Short chains are called oligosaccharides, while long chains are called polysaccharides. Glycogen, for example, is a polysaccharide made entirely of glucose units joined together.

branch points

glycogen

## COMPLEX OLIGOSACCHARIDES

In many cases a sugar sequence is nonrepetitive. Many different molecules are possible. Such complex oligosaccharides are usually linked to proteins or to lipids, as is this oligosaccharide, which is part of a cell-surface molecule that defines a particular blood group.

BAXJIVI0010365

## FATTY ACIDS

All fatty acids have carboxyl groups with long hydrocarbon tails.

Hundreds of different kinds of fatty acids exist. Some have one or more double bonds in their hydrocarbon tail and are said to be unsaturated. Fatty acids with no double bonds are saturated.



This double bond is rigid and creates a kink in the chain. The rest of the chain is free to rotate about the other C–C bonds.

oleic acid

stearic acid

space-filling model    carbon skeleton

UNSATURATED                         SATURATED

stearic acid (C18)    oleic acid (C18)    palmitic acid (C16)

## TRIACYLGLYCEROLS

Fatty acids are stored as an energy reserve (fats and oils) through an ester linkage to glycerol to form triacylglycerols.



glycerol

## CARBOXYL GROUP

If free, the carboxyl group of a fatty acid will be ionized.

But more often it is linked to other groups to form either esters

or amides.



## PHOSPHOLIPIDS

Phospholipids are the major constituents of cell membranes.



hydrophilic group

choline

hydrophobic fatty acid tails

phosphatidylcholine

general structure of a phospholipid

In phospholipids two of the –OH groups in glycerol are linked to fatty acids, while the third –OH group is linked to phosphoric acid. The phosphate is further linked to one of a variety of small polar groups (alcohols).

BAXJIVI0010366

## LIPID AGGREGATES

Fatty acids have a hydrophilic head and a hydrophobic tail.

In water they can form a surface film or form small micelles.



micelle

Their derivatives can form larger aggregates held together by hydrophobic forces:

Triglycerides form large spherical fat droplets in the cell cytoplasm.

Phospholipids and glycolipids form self-sealing lipid bilayers that are the basis for all cellular membranes.

 

200 nm or more

4 nm

## OTHER LIPIDS

Lipids are defined as the water-insoluble molecules in cells that are soluble in organic solvents. Two other common types of lipids are steroids and polyisoprenoids. Both are made from isoprene units.

$$CH_2$$
$$C-CH=CH_2$$
$$CH_3$$    isoprene

## STEROIDS

Steroids have a common multiple-ring structure.



HO

cholesterol—found in many membranes



OH

testosterone—male steroid hormone

## GLYCOLIPIDS

Like phospholipids, these compounds are composed of a hydrophobic region, containing two long hydrocarbon tails, and a polar region, which, however, contains one or more sugar residues and no phosphate.



galactose

sugar residue

a simple glycolipid

hydrocarbon tails

## POLYISOPRENOIDS

long-chain polymers of isoprene



dolichol phosphate—used to carry activated sugars in the membrane-associated synthesis of glycoproteins and some polysaccharides

BAXJIVI0010367

## FAMILIES OF AMINO ACIDS

The common amino acids are grouped according to whether their side chains are

acidic
basic
uncharged polar
nonpolar

These 20 amino acids are given both three-letter and one-letter abbreviations.

Thus: alanine = Ala = A

## BASIC SIDE CHAINS

### lysine
(Lys, or K)

### arginine
(Arg, or R)

### histidine
(His, or H)

This group is very basic because its positive charge is stabilized by resonance.

These nitrogens have a relatively weak affinity for an $H^+$ and are only partly positive at neutral pH.

## THE AMINO ACID

The general formula of an amino acid is



α-carbon atom
amino group   $H_2N$   carboxyl group   COOH
side-chain group
R

R is commonly one of 20 different side chains. At pH 7 both the amino and carboxyl groups are ionized.

$H_3N^{\oplus}$ — C — COO$^{\ominus}$
R

These pages present the amino acids found in proteins and show how they are linked.

## OPTICAL ISOMERS

The α-carbon atom is asymmetric, allowing for two mirror-image (or stereo-) isomers, L and D.



Proteins consist exclusively of L-amino acids.

## PEPTIDE BONDS

Amino acids are commonly joined together by an amide linkage, called a peptide bond.

The four atoms in each peptide bond (*gray box*) form a rigid planar unit. There is no rotation around the C–N bond.

$H_2O$

Proteins are long polymers of amino acids linked by peptide bonds, and they are always written with the N-terminus toward the left. The sequence of this tripeptide is histidine-cysteine-valine.

amino, or N-, terminus



carboxyl, or C-, terminus

These two single bonds allow rotation, so that long chains of amino acids are very flexible.

BAXJIVI0010368

## ACIDIC SIDE CHAINS



## UNCHARGED POLAR SIDE CHAINS



Although the amide N is not charged at neutral pH, it is polar.

The –OH group is polar.

## NONPOLAR SIDE CHAINS



Disulfide bonds can form between two cysteine side chains in proteins.

BAXJIVI0010369



**BASES**

uracil

cytosine

thymine

adenine

guanine

The bases are nitrogen-containing ring compounds, either pyrimidines or purines.

PYRIMIDINE

PURINE

## PHOSPHATES

The phosphates are normally joined to the C5 hydroxyl of the ribose or deoxyribose sugar (designated 5'). Mono-, di-, and triphosphates are common.



as in AMP

as in ADP

as in ATP

The phosphate makes a nucleotide negatively charged.

## NUCLEOTIDES

A nucleotide consists of a nitrogen-containing base, a five-carbon sugar, and one or more phosphate groups.



BASE

PHOSPHATE

SUGAR

Nucleotides are the subunits of the nucleic acids.

## BASIC SUGAR LINKAGE

*N*-glycosidic bond



BASE

SUGAR

The base is linked to the same carbon (C1) used in sugar–sugar bonds.

## SUGARS

PENTOSE

a five-carbon sugar

two kinds are used



β-D-ribose
used in ribonucleic acid



β-D-2-deoxyribose
used in deoxyribonucleic acid

Each numbered carbon on the sugar of a nucleotide is followed by a prime mark; therefore, one speaks of the "5-prime carbon," etc.

BAXJIVI0010370

## NOMENCLATURE

The names can be confusing, but the abbreviations are clear.

| BASE | NUCLEOSIDE | ABBR. |
|------|-----------|-------|
| adenine | adenosine | A |
| guanine | guanosine | G |
| cytosine | cytidine | C |
| uracil | uridine | U |
| thymine | thymidine | T |

Nucleotides are abbreviated by three capital letters. Some examples follow:

AMP = adenosine monophosphate
dAMP = deoxyadenosine monophosphate
UDP = uridine diphosphate
ATP = adenosine triphosphate



BASE + SUGAR = NUCLEOSIDE



BASE + SUGAR + PHOSPHATE = NUCLEOTIDE

## NUCLEIC ACIDS

Nucleotides are joined together by a phosphodiester linkage between 5' and 3' carbon atoms to form nucleic acids. The linear sequence of nucleotides in a nucleic acid chain is commonly abbreviated by a one-letter code, A—G—C—T—T—A—C—A, with the 5' end of the chain at the left.



phosphodiester linkage

example: DNA

## NUCLEOTIDES HAVE MANY OTHER FUNCTIONS

(1) They carry chemical energy in their easily hydrolyzed phosphoanhydride bonds.

phosphoanhydride bonds



example: ATP (or ATP )

(2) They combine with other groups to form coenzymes.



example: coenzyme A (CoA)

(3) They are used as signaling molecules in the cell.

example: cyclic AMP



BAXJIVI0010371

## WEAK CHEMICAL BONDS

Organic molecules can interact with other molecules through short-range noncovalent forces.



weak bond

Weak chemical bonds have less than 1/20 the strength of a strong covalent bond. They are strong enough to provide tight binding only when many of them are formed simultaneously.

## HYDROGEN BONDS

As already described for water (see Panel 2–2, pp. 68–69) hydrogen bonds form when a hydrogen atom is "sandwiched" between two electron-attracting atoms (usually oxygen or nitrogen).

Hydrogen bonds are strongest when the three atoms are in a straight line:



Examples in macromolecules:

Amino acids in polypeptide chains hydrogen-bonded together.



Two bases, G and C, hydrogen-bonded in DNA or RNA.

## VAN DER WAALS ATTRACTIONS

If two atoms are too close together they repel each other very strongly. For this reason, an atom can often be treated as a sphere with a fixed radius. The characteristic "size" for each atom is specified by a unique van der Waals radius. The contact distance between any two non-covalently bonded atoms is the sum of their van der Waals radii.



H
0.12 nm radius

0.2 nm radius



N
0.15 nm radius



C
0.14 nm radius

At very short distances any two atoms show a weak bonding interaction due to their fluctuating electrical charges. The two atoms will be attracted to each other in this way until the distance between their nuclei is approximately equal to the sum of their van der Waals radii. Although they are individually very weak, van der Waals attractions can become important when two macromolecular surfaces fit very close together, because many atoms are involved.

Note that when two atoms form a covalent bond, the centers of the two atoms (the two atomic nuclei) are much closer together than the sum of the two van der Waals radii. Thus,



0.4 nm
two non-bonded carbon atoms



0.15 nm
single-bonded carbons



0.13 nm
double-bonded carbons

## HYDROGEN BONDS IN WATER

Any molecules that can form hydrogen bonds to each other can alternatively form hydrogen bonds to water molecules. Because of this competition with water molecules, the hydrogen bonds formed between two molecules dissolved in water are relatively weak.

BAXJIVI0010372

## HYDROPHOBIC FORCES



Water forces hydrophobic groups together in order to minimize their disruptive affects on the hydrogen-bonded water network. Hydrophobic groups held together in this way are sometimes said to be held together by "hydrophobic bonds," even though the attraction is actually caused by a repulsion from the water.

## IONIC BONDS IN AQUEOUS SOLUTIONS

Charged groups are shielded by their interactions with water molecules. Ionic bonds are therefore quite weak in water.



Similarly, other ions in solution can cluster around charged groups and further weaken ionic bonds.



Ionic bonds are very important in biological systems; many enzymes guide substrates into position using ionic interactions.

## IONIC BONDS

Ionic interactions occur either between fully charged groups (ionic bond) or between partially charged groups.



The force of attraction between the two charges, $\delta^+$ and $\delta^-$, falls off rapidly as the distance between the charges increases.

In the absence of water, ionic forces are very strong. They are responsible for the strength of such minerals as marble and agate.



$Cl^-$
$Na^+$

a crystal of salt, NaCl



substrate

enzyme

BAXJIVI0010373

## Questions

### Question 2–11

Which of the following statements are correct? Explain your answers.

A. An atomic nucleus contains protons and neutrons.
B. An atom has more electrons than protons.
C. The nucleus is surrounded by a double membrane.
D. All atoms of the same element have the same number of neutrons.
E. The number of neutrons determines whether the nucleus of an atom is stable or radioactive.
F. Both fatty acids and polysaccharides can be important energy stores in the cell.
G. Hydrogen bonds are weak and can be broken by thermal energy, yet they contribute significantly to the specificity of interactions between macromolecules.

### Question 2–12

To gain a better feeling for atomic dimensions, assume that the page on which this question is printed is made entirely of the polysaccharide cellulose, whose molecules are described by the formula $(C_nH_{2n}O_n)$, where $n$ can be a quite large number and is variable from one molecule to another. The atomic weights of carbon, hydrogen, and oxygen are 12, 1, and 16, respectively, and this page weighs 5 g.

A. How many carbon atoms are there in this page?
B. In cellulose, how many carbon atoms would be stacked on top of each other to span the thickness of this page (the size of the page is 21 cm × 27.5 cm, and it is 0.07 mm thick)?
C. Now consider the problem from a different angle. Assume that the page is composed only of carbon atoms. A carbon atom has a diameter of $2 \times 10^{-10}$ m (0.2 nm); how many carbon atoms of 0.2 nm diameter would it take to span the thickness of the page?
D. Compare your answers from parts B and C and explain any differences.

### Question 2–13

A. How many electrons can be accommodated in the first, second, and third electron shells of an atom?
B. How many electrons would atoms of the elements listed below preferentially gain or lose in order to obtain completely filled sets of energy levels?

| hydrogen | gain __ | lose __ |
| helium | gain __ | lose __ |
| oxygen | gain __ | lose __ |
| carbon | gain __ | lose __ |
| sodium | gain __ | lose __ |
| chlorine | gain __ | lose __ |

C. What do the answers tell you about the chemical properties of the elements and the bonds that can form between sodium and chlorine, between oxygen and hydrogen, between carbon and oxygen, and between carbon and hydrogen?

### Question 2–14

Oxygen and sulfur have similar chemical properties because both elements have six electrons in their outermost electron shells. Indeed, both elements form molecules with two hydrogen atoms, water ($H_2O$) and hydrogen sulfide ($H_2S$). Surprisingly, water is a liquid, yet $H_2S$ is a gas, despite the fact that sulfur is much larger and heavier than oxygen. Explain why this might be the case.

### Question 2–15

Write the chemical formula for a condensation reaction of two amino acids to form a peptide bond. Write the formula for its hydrolysis.

### Question 2–16

Which of the following statements are correct? Explain your answers.

A. Proteins are so remarkably diverse because each is made from a unique mixture of amino acids that are linked in random order.
B. Lipid bilayers are macromolecules that are made up mostly of phospholipid subunits.
C. Nucleic acids contain sugar groups.
D. Many amino acids have hydrophobic side chains.
E. The hydrophobic tails of phospholipid molecules are repelled from water.
F. DNA contains the four different bases A, G, U, and C.

### Question 2–17

A. How many different molecules composed of (a) two, (b) three, and (c) four amino acids, linked together by peptide bonds, can be made from the set of 20 naturally occurring amino acids?
B. Assume you were given a mixture consisting of one molecule each of all possible sequences of a smallish protein of molecular weight 4800. How big a container would you need to hold this sample? Assume that the average molecular weight of an amino acid is 120.
C. What does this calculation tell you about the fraction of possible proteins that are currently in use by living organisms (the average molecular weight of proteins is about 30,000)?

### Question 2–18

This is a biology textbook. Explain why the chemical principles that are described in this chapter are important in the context of modern cell biology.

BAXJIVI0010374

Question 2–19

A. Describe the similarities and differences between van der Waals attractions and hydrogen bonds.
B. Which of the two bonds would form (a) between two hydrogens bound to carbon atoms, (b) between a nitrogen atom and a hydrogen bound to a carbon atom, and (c) between a nitrogen atom and a hydrogen bound to an oxygen atom?

Question 2–20

What are the forces that determine the folding of a macromolecule into a unique shape?

Question 2–21

Fatty acids are said to be "amphipathic." What is meant by this term, and how does an amphipathic molecule behave in water? Draw a diagram to illustrate your answer.

Question 2–22

Are the formulas in Figure Q2–22 correct or incorrect? Explain your answer in each case.



Figure Q2–22

---

## Highlights from *Essential Cell Biology 2 Interactive* CD-ROM

2.1  Glucose Molecule
2.2  Palmitic Acid
2.3  ATP

BAXJIVI0010375



Chloroplasts. Most of the energy that powers life on Earth derives ultimately from sunlight. Electromagnetic energy from the sun is trapped by chlorophyll molecules in the chloroplasts of plants and is converted to chemical bond energy. Fifty or so of these green disc-like chloroplasts can be seen here in a single cell that has been isolated from the interior of a leaf. (Courtesy of Preeti Dahiya.)

BAXJIVI0010376

# Protein Structure and Function



When we look at a cell through a microscope or analyze its electrical or biochemical activity, we are, in essence, observing proteins. Proteins are the building blocks from which cells are assembled, and they constitute most of the cell's dry mass. But in addition to providing the cell with shape and structure, proteins also execute nearly all its myriad functions. Enzymes promote intracellular chemical reactions by providing intricate molecular surfaces, contoured with particular bumps and crevices, that can cradle or exclude specific molecules. Proteins embedded in the plasma membrane form the channels and pumps that control the passage of nutrients and other small molecules into and out of the cell. Other proteins carry messages from one cell to another, or act as signal integrators that relay information from the plasma membrane to the nucleus of individual cells. Yet others serve as tiny molecular machines with moving parts: some proteins, such as kinesin, propel organelles through the cytoplasm; others, such as topoisomerase, untangle knotted DNA molecules. Specialized proteins also act as antibodies, toxins, hormones, antifreeze molecules, elastic fibers, or luminescence generators. Before we can hope to understand how genes work, how muscles contract, how nerves conduct electricity, how embryos develop, or how our bodies function, we must understand proteins.

The multiplicity of functions performed by proteins (Panel 4–1, p. 120) arises from the huge number of different shapes they adopt: structure dictates function. So we begin our description of these remarkable macromolecules by discussing their three-dimensional structures and the properties that these structures confer. We next look at how proteins work: how enzymes catalyze chemical reactions, how some proteins act as molecular switches, and how others generate coherent movement. Finally, we examine how protein activity is regulated in cells, and how changes in a protein's structure affect its function. In this chapter, we also present a brief guide to the techniques that biologists use to study proteins, including methods for purifying proteins and determining their structures.

## The Shape and Structure of Proteins

From a chemical point of view, proteins are by far the most structurally complex and functionally sophisticated molecules known. This is perhaps not surprising, considering that the structure and activity of each protein has been developed and fine-tuned over billions of years of evolutionary history. We start by considering how the position of each amino acid in the long string of amino acids that forms a protein determines its three-dimensional shape, a structure stabilized by noncovalent interactions between different parts of the molecule. Understanding

**The Shape and Structure of Proteins**

The Shape of a Protein Is Specified by Its Amino Acid Sequence

Proteins Fold into a Conformation of Lowest Energy

Proteins Come in a Wide Variety of Complicated Shapes

The α Helix and the β Sheet Are Common Folding Patterns

Helices Form Readily in Biological Structures

β Sheets Form Rigid Structures at the Core of Many Proteins

Proteins Have Several Levels of Organization

Few of the Many Possible Polypeptide Chains Will Be Useful

Proteins Can Be Classified into Families

Large Protein Molecules Often Contain More Than One Polypeptide Chain

Proteins Can Assemble into Filaments, Sheets, or Spheres

Some Types of Proteins Have Elongated Fibrous Shapes

Extracellular Proteins Are Often Stabilized by Covalent Cross-Linkages

**How Proteins Work**

All Proteins Bind to Other Molecules

The Binding Sites of Antibodies Are Especially Versatile

Enzymes Are Powerful and Highly Specific Catalysts

Lysozyme Illustrates How an Enzyme Works

Tightly Bound Small Molecules Add Extra Functions to Proteins

**How Proteins Are Controlled**

The Catalytic Activities of Enzymes Are Often Regulated by Other Molecules

Allosteric Enzymes Have Two Binding Sites That Influence One Another

Phosphorylation Can Control Protein Activity by Triggering a Conformational Change

GTP-Binding Proteins Are Also Regulated by the Cyclic Gain and Loss of a Phosphate Group

Nucleotide Hydrolysis Allows Motor Proteins to Produce Large Movements in Cells

Proteins Often Form Large Complexes That Function as Protein Machines

Large-Scale Studies of Protein Structure and Function Are Increasing the Pace of Discovery

BAXJIVI0010377

## ENZYME

function: Catalyzes covalent bond breakage or formation.



examples: Living cells contain thousands of different enzymes, each of which catalyzes (speeds up) one particular reaction. Examples include: *tryptophan synthetase*—makes the amino acid tryptophan; *pepsin*—degrades dietary proteins in the stomach; *ribulose bisphosphate carboxylase*—helps convert carbon dioxide into sugars in plants; *DNA polymerase*—copies DNA; *protein kinase*—adds a phosphate group to a protein molecule.

## STRUCTURAL PROTEIN

function: Provides mechanical support to cells and tissues.



examples: Outside cells, *collagen* and *elastin* are common constituents of extracellular matrix and form fibers in tendons and ligaments. Inside cells, *tubulin* forms long, stiff microtubules and *actin* forms filaments that underlie and support the plasma membrane; *α-keratin* forms fibers that reinforce epithelial cells and is the major protein in hair and horn.

## TRANSPORT PROTEIN

function: Carries small molecules or ions.



examples: In the bloodstream, *serum albumin* carries lipids, *hemoglobin* carries oxygen, and *transferrin* carries iron. Many proteins embedded in cell membranes transport ions or small molecules across the membrane. For example, the bacterial protein *bacteriorhodopsin* is a light-activated proton pump that transports $H^+$ ions out of the cell; the *glucose carrier* shuttles glucose into and out of liver cells; and a $Ca^{2+}$ *pump* in muscle cells pumps the calcium ions needed to trigger muscle contraction into the endoplasmic reticulum, where they are stored.

## MOTOR PROTEIN

function: Generates movement in cells and tissues.



examples: *Myosin* in skeletal muscle cells provides the motive force for humans to move; *kinesin* interacts with microtubules to move organelles around the cell; *dynein* enables eucaryotic cilia and flagella to beat.

## STORAGE PROTEIN

function: Stores small molecules or ions.



examples: Iron is stored in the liver by binding to the small protein *ferritin*; *ovalbumin* in egg white is used as a source of amino acids for the developing bird embryo; *casein* in milk is a source of amino acids for baby mammals.

## SIGNAL PROTEIN

function: Carries signals from cell to cell.



examples: Many of the hormones and growth factors that coordinate physiological function in animals are proteins; *insulin*, for example, is a small protein that controls glucose levels in the blood; *netrin* attracts growing nerve cells in a specific direction in a developing embryo; *nerve growth factor (NGF)* stimulates some types of nerve cells to grow axons; *epidermal growth factor (EGF)* stimulates the growth and division of epithelial cells.

## RECEPTOR PROTEIN

function: Detects signals and transmits them to the cell's response machinery.



examples: *Rhodopsin* in the retina detects light; the *acetylcholine receptor* in the membrane of a muscle cell receives chemical signals released from a nerve ending; the *insulin receptor* allows a liver cell to respond to the hormone insulin by taking up glucose; the *adrenergic receptor* on heart muscle increases the rate of heartbeat when it binds to adrenaline.

## GENE REGULATORY PROTEIN

function: Binds to DNA to switch genes on or off.



examples: The *lactose repressor* in bacteria silences the gene for the enzymes that degrade the sugar lactose; many different *homeodomain proteins* act as genetic switches to control development in multicellular organisms, including humans.

## SPECIAL-PURPOSE PROTEIN

function: Highly variable.



examples: Organisms make many proteins with highly specialized properties. These molecules illustrate the amazing range of functions that proteins can perform. The *antifreeze proteins* of Arctic and Antarctic fishes protect their blood against freezing; *green fluorescent protein* from jellyfish emits a green light; *monellin*, a protein found in an African plant, has an intensely sweet taste; mussels and other marine organisms secrete *glue proteins* that attach them firmly to rocks, even when immersed in seawater.

BAXJIVI0010378



glycine

alanine

PEPTIDE BOND
FORMATION WITH
REMOVAL OF WATER

water

peptide bond in glycylalanine

**Figure 4–1 Amino acids are linked together by peptide bonds.** A covalent peptide bond forms when the carbon atom from the carboxyl group of one amino acid shares electrons with the nitrogen atom *(blue)* from the amino group of a second amino acid. As indicated, a molecule of water is generated during this condensation reaction.

protein structure at the atomic level will allow us to describe how the precise shape of each protein determines its function in the cell.

## The Shape of a Protein Is Specified by Its Amino Acid Sequence

Proteins, as you may recall from Chapter 2, are assembled from a set of 20 different amino acids, each with different chemical properties. A **protein** molecule is made of a long chain of these amino acids, each linked to its neighbor through a covalent peptide bond (Figure 4–1). Proteins, therefore, are also called **polypeptides.** Each type of protein has a unique sequence of amino acids, exactly the same from one molecule to the next. One molecule of insulin, for example, has the same amino acid sequence as every other molecule of insulin. Many thousands of different proteins have been identified; each has its own distinct amino acid sequence.

Each polypeptide chain consists of a backbone that supports the different amino acid side chains. The **polypeptide backbone** is formed from the repeating sequence of atoms along the polypeptide chain. Attached to this repetitive chain are any of the 20 different amino acid **side chains**—the parts of the amino acids that are not involved in forming the peptide bond (Figure 4–2). These side chains give each amino acid its unique properties. Some are nonpolar and hydrophobic ("water-fearing"), some are negatively or positively charged, some are chemically reactive, and so on. The atomic structures of the 20 amino acids in proteins are presented in Panel 2–5 (pp. 74–75), and a brief list of amino acids, with their abbreviations, is provided in Figure 4–3.

Long polypeptide chains are very flexible; many of the covalent bonds that link carbon atoms in an extended chain of amino acids allow free rotation of the atoms they join. Thus proteins can in principle fold in an enormous number of ways. Each folded chain is constrained by many different sets of weak *noncovalent bonds* that form within proteins. These bonds involve atoms in the polypeptide backbone as well as

BAXJIVI0010379



**Figure 4–2 Proteins are made of a polypeptide backbone with attached side chains.** Each type of protein differs in its amino acid sequence. Thus the sequential position of the chemically distinct side chains gives each protein its individual properties. The two ends of each polypeptide chain are chemically different: the end that carries the free amino group ($NH_3^+$, also written $NH_2$) is called the amino, or N-, terminus; and the end carrying the free carboxyl group ($COO^-$, also written COOH) is the carboxyl, or C-, terminus. The amino acid sequence of a protein is always presented in the N to C direction, reading from left to right.

atoms in the amino acid side chains. The noncovalent bonds that help proteins maintain their shape include *hydrogen bonds, ionic bonds,* and *van der Waals attractions,* which are described in Chapter 2 (see Panel 2–7, pp. 78–79). Because individual noncovalent bonds are much weaker than covalent bonds, it takes many noncovalent bonds to hold two regions of a polypeptide chain together tightly. The stability of each folded shape will therefore be affected by the combined strength of large numbers of noncovalent bonds (Figure 4–4).

BAXJIVI0010380

| AMINO ACID | | | SIDE CHAIN | AMINO ACID | | | SIDE CHAIN |
|---|---|---|---|---|---|---|---|
| Aspartic acid | Asp | D | negative | Alanine | Ala | A | nonpolar |
| Glutamic acid | Glu | E | negative | Glycine | Gly | G | nonpolar |
| Arginine | Arg | R | positive | Valine | Val | V | nonpolar |
| Lysine | Lys | K | positive | Leucine | Leu | L | nonpolar |
| Histidine | His | H | positive | Isoleucine | Ile | I | nonpolar |
| Asparagine | Asn | N | uncharged polar | Proline | Pro | P | nonpolar |
| Glutamine | Gln | Q | uncharged polar | Phenylalanine | Phe | F | nonpolar |
| Serine | Ser | S | uncharged polar | Methionine | Met | M | nonpolar |
| Threonine | Thr | T | uncharged polar | Tryptophan | Trp | W | nonpolar |
| Tyrosine | Tyr | Y | uncharged polar | Cysteine | Cys | C | nonpolar |
| —————— POLAR AMINO ACIDS —————— | | | | —————— NONPOLAR AMINO ACIDS —————— | | | |

A fourth weak force also plays a central role in determining the shape of a protein. As discussed in Chapter 2, hydrophobic molecules, including the nonpolar side chains of particular amino acids, tend to be forced together in an aqueous, watery environment to minimize their disruptive effect on the hydrogen-bonded network of the surrounding water molecules (see p. 48 and Panel 2–2, pp. 68–69). Therefore, an important factor governing the folding of any protein is the distribution of its polar and nonpolar amino acids. The nonpolar (hydrophobic) side chains—which belong to amino acids such as phenylalanine, leucine, valine, and tryptophan—tend to cluster in the interior of the folded protein (just as hydrophobic oil droplets coalesce to form one large droplet). Tucked away inside the folded protein, hydrophobic side chains can avoid contact with the aqueous cytosol that surrounds them inside a cell. In contrast, polar side chains—such as those belonging to arginine, glutamine, and histidine—tend to arrange themselves near the outside of the folded protein, where they can form hydrogen bonds with water and with other polar molecules (Figure 4–5). When polar amino acids are buried within the protein, they are usually hydrogen-bonded to other polar amino acids or to the polypeptide backbone (Figure 4–6).

**Figure 4–3 Twenty different amino acids are found in proteins.** Both three-letter and one-letter abbreviations are presented. As shown, there are an equal number of polar and nonpolar side chains. For atomic structures, see Panel 2–5 (pp. 74–75).

**Figure 4–4 Three types of noncovalent bonds help proteins fold.** Although a single one of these bonds is quite weak, many of them often form together to create a strong bonding arrangement, as in the small peptide shown (center). R is a general designation for a side chain.



BAXJIVI0010381

**Figure 4–5 Hydrophobic forces help proteins fold into compact conformations.** The polar amino acid side chains tend to gather on the outside of the folded protein, where they can interact with water; the nonpolar amino acid side chains are buried on the inside to form a highly packed hydrophobic core of atoms that are hidden from water. In this very schematic drawing, the protein contains only about 30 amino acids.



unfolded polypeptide

folded conformation in aqueous environment

## Proteins Fold into a Conformation of Lowest Energy

Each type of protein has a particular three-dimensional structure, which is determined by the order of the amino acids in its chain. The final folded structure, or **conformation**, adopted by any polypeptide chain is determined by energetic considerations: a protein generally folds into the shape in which the free energy (G) is minimized. Protein folding has been studied in the laboratory using highly purified proteins. A protein can be unfolded, or *denatured*, by treatment with certain solvents that disrupt the noncovalent interactions holding the folded chain together. This treatment converts the protein into a flexible polypeptide chain that has lost its natural shape. When the denaturing solvent is removed, the protein often refolds spontaneously, or *renatures*, into its original conformation (Figure 4–7). The fact that a renatured protein can, on its own, regain the correct conformation indicates that all the information necessary to specify the three-dimensional shape of a protein is contained in its amino acid sequence.

Each protein normally folds into a single stable conformation. This conformation, however, often changes slightly when the protein interacts with other molecules in the cell. This change in shape is crucial to the function of the protein, as we shall see later in this chapter.

**Figure 4–6 Hydrogen bonds can form within a protein molecule.** Large numbers of hydrogen bonds form between adjacent regions of the folded polypeptide chain and help stabilize its three-dimensional shape. The protein depicted is a portion of the enzyme lysozyme, and the hydrogen bonds between the three possible pairs of partners have been differently colored, as indicated. (After C.K. Mathews, K.E. van Holde, and K.G. Ahern, Biochemistry, 3rd edn. San Francisco: Benjamin Cummings, 2000.)



hydrogen bond between atoms of two peptide bonds

hydrogen bond between atoms of a peptide bond and an amino acid side chain

hydrogen bond between two amino acid side chains

BAXJIVI0010382



purified protein
isolated from
cells

denatured
protein

original conformation
of protein re-forms

**Figure 4–7 Denatured proteins can recover their natural shapes.** This type of experiment demonstrates that the conformation of a protein is determined solely by its amino acid sequence. Renaturation works best for small proteins.

When proteins fold improperly, they can form aggregates that can damage cells and even whole tissues. Aggregated proteins underlie a number of neurodegenerative disorders, including Alzheimer's disease and Huntington's disease. Prion diseases—such as scrapie in sheep, bovine spongiform encephalopathy (BSE, or "mad cow" disease) in cattle, and Creutzfeldt–Jacob disease (CJD) in humans—are also caused by protein aggregates. The prion protein, PrP, can adopt a special misfolded form that is considered "infectious," as it can convert properly folded prion proteins into the abnormal conformation (Figure 4–8). This allows the misfolded form of PrP to spread rapidly from cell to cell in the brain, causing the death of the infected animal or human.

Although a protein chain can fold into its correct conformation without outside help, protein folding in a living cell is generally assisted by special proteins called *molecular chaperones*. These proteins bind to partly folded chains and help them to fold along the most energetically favorable pathway. Chaperones are vital in the crowded conditions of the cytoplasm, because they prevent newly synthesized protein chains from associating with the wrong partners. However, the final three-dimensional shape of the protein is still specified by its amino acid sequence: chaperones merely make the folding process more efficient and reliable.

## Proteins Come in a Wide Variety of Complicated Shapes

Proteins are the most structurally diverse macromolecules in the cell. Although they range in size from about 30 amino acids to more than 10,000, the vast majority of proteins are between 50 and 2000 amino acids long. Proteins can be globular or fibrous; they can form filaments, sheets, rings, or spheres. Figure 4–9 presents a sampling of proteins whose exact structures are known. We will encounter many of these proteins later in this chapter and throughout the book.

Resolving a protein's structure often begins with determining its **amino acid sequence.** First, cells are broken open and the proteins separated and purified. The precise order of the amino acids in a pure protein can then be established in a number of ways. For many years, protein sequencing was accomplished by analyzing the amino acids in the protein directly, the first protein sequenced being the hormone *insulin*, in 1955. Today we can determine the order of amino acids in a protein more easily by sequencing the gene that encodes it (discussed in Chapter 10). Although indirect, this method is much faster. Once the order of the nucleotides in the DNA that encodes a protein is known, it can then be converted into an amino acid sequence by applying the genetic code (discussed in Chapter 7). The amino acid sequences of tens of thousands of proteins have already been determined in this way.

A combination of direct and indirect methods can also be used to identify and characterize unknown proteins. Now that complete genome sequences for many organisms are available, a protein can

**Question 4–1**

Urea used in the experiment shown in Figure 4–7 is a molecule that disrupts the hydrogen-bonded network of water molecules. Why might high concentrations of urea unfold proteins? The structure of urea is





BAXJIVI0010383

often be identified by determining the amino acid sequence of a few short peptide fragments and then using those fingerprints to search the full DNA sequence of the organism for its gene.

Although all of the information required for a polypeptide chain to fold is contained in its amino acid sequence, we have not yet learned how to predict reliably a protein's detailed three-dimensional conformation—the spatial arrangement of its atoms. At present, the only way to discover the precise folding pattern of any protein is by experiment, using either X-ray or nuclear magnetic resonance methods (see How We Know, pp. 129–131). So far, the structures of about 10,000 different proteins have been completely analyzed by these techniques. Most have a three-dimensional conformation so intricate and irregular that their structure would require an entire chapter to describe in detail.

We can attempt to illustrate the intricacies of protein conformation by examining the structure of an unusually small protein, the phosphocarrier *HPr*. This small transport protein—a mere 88 amino acids in length—facilitates sugar transport into bacterial cells. In Panel 4–2 (pp. 132–133), the complete structure of HPr is displayed in several different ways: as a polypeptide backbone model (A), as a ribbon model (B), as a wire model that includes the amino acid side chains (C), and as a space-filling model (D). As indicated in the panel, each model emphasizes different features of the protein. The three horizontal rows show the protein in different orientations, and the images are colored to distinguish the path of the polypeptide chain, from its N-terminus *(purple)* to its C-terminus *(red)*. We will describe the different structural elements in this protein shortly.

Clearly a protein's conformation is amazingly complex, even for a protein as small as HPr. To visualize such complicated structures, scientists have developed various graphical and computer-based tools that allow them to generate a variety of images of selected proteins that can be displayed and rotated on the screen, such as those depicted in Panel 4–2 (see CD-ROM). In addition, describing and presenting such complex protein structures is made easier by recognizing that several common folding patterns underlie these conformations, as we discuss in the next sections.

## The α Helix and the β Sheet Are Common Folding Patterns

When the three-dimensional structures of many different protein molecules are compared, it becomes clear that, although the overall conformation of each protein is unique, two regular folding patterns are often found in parts of them. Both were discovered about 50 years ago from studies of hair and silk. The first folding pattern to be discovered, called the α **helix**, was found in the protein *α-keratin*, which is abundant in skin and its derivatives—such as hair, nails, and horns. Within a year of the discovery of the α helix, a second folded structure, called a β **sheet**, was found in the protein *fibroin*, the major constituent of silk. (Biologists often use Greek letters to name their discoveries, with the first example receiving the designation α, the second β, and so on.)

These two folding patterns are particularly common because they result from hydrogen bonds forming between the N–H and C=O groups in the polypeptide backbone. Because the amino acid side chains are not involved in forming these hydrogen bonds, α helices and β sheets can be generated by many different amino acid sequences. In each case, the protein chain adopts a regular, repeating form or motif. Both structural features, and the shorthand cartoon symbols that are used to represent them in ribbon models of proteins, are presented in Figure 4–10.



(A)    very rare conformational change

(B)  infectious seeding of new protein aggregate

heterodimer

homodimer

protein aggregate

**Figure 4–8 Prion diseases are caused by rare proteins whose misfolding is infectious.** The protein PrP is the best known of these proteins, but other examples are known.

BAXJIVI0010384



**Figure 4–9 Proteins come in a variety of shapes and sizes.** Each protein is shown as a space-filling model, represented at the same scale. In the *top left corner* is the phosphocarrier protein HPr, which is featured in greater detail in Panel 4–2 (pp. 132–133). Part of a molecule of DNA *(gray)* is shown for comparison. (After David S. Goodsell, *Our Molecular Nature.* New York: Springer-Verlag, 1996.)

BAXJIVI0010385



**Figure 4–10 Polypeptide chains often fold into one of two orderly repeating forms known as the α helix and the β sheet.** In an α helix (A, B, and C), the N–H of every peptide bond is hydrogen-bonded to the C=O of a neighboring peptide bond located four peptide bonds away in the same chain. In the case of the β sheet (D, E, and F), the individual polypeptide chains (strands) in the sheet are held together by hydrogen-bonding between peptide bonds in different strands, and the amino acid side chains in each strand project alternately above and below the plane of the sheet. In the example shown, the adjacent peptide chains run in opposite directions, forming an antiparallel β sheet. (A) and (D) show all of the atoms in the polypeptide backbone, but the amino acid side chains are denoted by R. (B) and (E) show the backbone atoms only, while (C) and (F) display the shorthand cartoon symbols that are used to represent the α helix and the β sheet in ribbon drawings of proteins (see Panel 4–2B, p. 132).

BAXJIVI0010386

Coiled-coils α helices and β sheets: how do we know that these structures exist? How can we see them? And how can we determine which of these or other structures a particular protein adopts—and whether a protein's shape changes as it does its job?

Most proteins are small—too small to be seen in any detail, even with a powerful electron microscope. To follow the paths that the string of amino acids takes inside a good-sized protein molecule, you need to be able to see the atoms that form the individual amino acids. For that job, you generally need X-rays. Like light, X-rays are a form of electromagnetic radiation. But they have a wavelength of 0.1 nanometer (nm)—the approximate diameter of a hydrogen atom—so they allow you to look at very small and detailed structures.

Before you can examine your protein with X-rays, you have to isolate it in a pure form. You must also determine its amino acid sequence, so that the X-ray data (or other types of structural information) are easier to interpret. With that in mind, we will now review how to go about solving the three-dimensional structure of a protein.

### Isolation

Maybe you are interested in studying a set of proteins that is involved in copying DNA, processing RNA, or degrading damaged proteins. Each of these cellular processes is carried out by a molecular machine that contains many different proteins, as we discuss in Chapters 6 and 7.

If you know the identity of any one of the proteins in such a complex, you may be able to identify some of the other proteins in the complex by protein affinity chromatography. Essentially, you break open cells, separate all of the soluble proteins by centrifugation, and then pass those proteins through a column matrix that contains either the pure target protein, or an antibody that binds this protein tightly. In either case, protein complexes will collect on the column and often can be eluted with salt or by changing the pH of the solution. Proteins that are physically associated with the target protein can thereby be identified and isolated. These techniques are described in greater detail in Panels 4–3 through 4–6 (pp. 160–165).

The next step involves visualizing, and then isolating, these proteins by electrophoresis through a polymer gel, which separates polypeptides on the basis of their sizes. If the purification yields a great many proteins, or if the proteins are very similar in size, they can be resolved using two-dimensional gel electrophoresis, which separates proteins by both size and overall electrical charge (see Panel 4–5, p. 163). Both techniques yield a num-

ber of bands or spots, each one containing a different protein.

Once a protein has been selected for further study, you are ready to determine its amino acid sequence. The small amount of protein that is present in the gel actually provides enough material for this analysis.

### Identification

Before a protein is sequenced (i.e., the order of its amino acids is determined), it is generally broken into smaller pieces using a selective protease. The enzyme trypsin, for example, cleaves polypeptide chains on the carboxyl side of lysine or arginine residues. So if a protein has nine lysines and seven arginines, digestion with trypsin should cut it into 17 peptide fragments.

Mass spectrometry can then be used to determine the exact mass of each peptide fragment—information that will allow you to identify your protein from the list of all proteins produced by the organism as determined from the DNA sequence of its genome. The process works like this. The peptides from the tryptic digest are dried onto a metal plate. The sample is then blasted with a laser, which heats the peptides, causing them to become "ionized"—ejected from the plate in the form of a gas. Accelerated by a powerful electric field, the peptide ions then fly toward a detector, and the time it takes them to get there is related to their mass and their charge. (The larger the peptide is, the slower it moves, while the more highly charged it is, the faster it moves.) Knowledge of the exact mass of each of the protein fragments produced by trypsin cleavage serves as a "fingerprint," which allows the identification of the protein's gene (Figure 4–11) and thus its amino acid sequence.

You now need to produce enough protein to do a structural analysis. Using recombinant DNA technology (which we discuss in detail in Chapter 10), you insert the gene into cells, usually bacteria, and get the cells to produce large amounts of the protein. Once the protein is purified (by the techniques described in Panel 4–3, pp. 160–161), you are ready to attempt to solve its structure.

### Interrogation

The toughest part is yet to come. To determine a protein's structure using X-ray crystallography, you first need to coax the protein into forming crystals—large, highly ordered arrays in which every protein has the same conformation and is perfectly aligned with its neighbors. Growing such crystals is still something of an art, as it requires a trial-and-error process of determining the proper conditions for forming the highest-quality crystals—selecting the right ions, the optimal temperature, and so on.

BAXJIVI0010387



single protein spot excised from gel

N ▬▬▬▬▬▬▬▬ C

PEPTIDES RELEASED
BY TRYPTIC DIGESTION
AND THEIR MASSES
MEASURED USING A
MASS SPECTROMETER

abundance

0      m/z (mass to charge ratio)      1600

GENOME SEQUENCE DATABASE SEARCHED
FOR MATCHES WITH THEORETICAL MASSES
CALCULATED FOR ALL TRYPSIN
RELEASED PEPTIDES

IDENTIFICATION AND ISOLATION
OF CORRESPONDING GENE

Figure 4–11 Mass spectrometry can be used to identify proteins by determining the precise masses of peptides derived from them. In this example, the protein of interest is excised from a two-dimensional polyacrylamide gel and then digested with trypsin. The peptide fragments are loaded onto the mass spectrometer and their exact masses measured. Sequence databases are then searched to find the protein whose calculated tryptic digest profile matches these values. (Micrograph courtesy of Patrick O'Farrell.)

With crystals in hand, you are ready for the X-ray analysis. When a narrow beam of X-rays is directed at a protein crystal, the atoms in the protein molecules scatter the incoming X-rays. These scattered waves either reinforce or cancel one another, producing a complex diffraction pattern that is collected by electronic detectors. The position and intensity of each spot in the diffraction pattern contains information about the position of the atoms in the protein crystal (Figure 4–12).

Because these patterns are so complex—even a small protein can generate 25,000 discrete spots—computers are used to interpret them. By combining information obtained from such maps with the amino acid sequence of the protein, you can generate an atomic model of the protein's structure. To determine if the protein undergoes conformational changes in its structure when it binds a ligand that boosts its activity, you might subsequently try crystallizing it in the presence of the ligand. With crystals of sufficient quality, even small atomic movements can be detected by comparing the structures obtained in the presence and absence of stimulatory or inhibitory ligands.

There is a different way to solve the structure of your protein, one that does not require obtaining protein crystals. If the protein is small—say, 40,000 daltons or less—you can determine its structure by nuclear magnetic resonance (NMR) spectroscopy. This technique takes advantage of the fact that the nuclei of many atoms are intrinsically magnetic and that their behavior is influenced by surrounding atoms. In NMR spectroscopy, a solution of pure protein is placed in a strong magnetic field and then bombarded with radio waves of different frequencies. The hydrogen nuclei in the protein will generate an NMR signal that can be used to determine the distances between the amino acids and between different parts of the protein. Again, combined with the known amino acid sequence, an NMR spectrum can allow you to compute the three-dimensional structure of the protein (Figure 4–13).

If the protein is larger than 40,000 daltons, you can try to break the polypeptide up into its constituent functional domains and then perform this type of NMR analysis on each domain.

Recently, X-ray crystallography was used to determine the structure of the ribosome, a complex cellular machine made of several RNAs and more than 50 proteins. In the future, improvements in X-ray crystallography and NMR spectroscopy should permit rapid analysis of many more proteins and protein machines. And once enough structures have been determined, we may be able to generate algorithms for accurately predicting structure based solely on the amino acid sequence itself. After all, it is the sequence of the amino acids alone that determines how each protein folds up into its three-dimensional structure.

BAXJIVI0010388



X-ray diffraction pattern
obtained from the protein crystal

diffracted beams

beam of X-rays

beam
stop

X-ray source
(A)

protein crystal

(C)

(B)

Figure 4–12 The structure of a protein can be determined by X-ray crystallography. Ribulose bisphosphate carboxylase is an enzyme that plays a central role in $CO_2$ fixation during photosynthesis. (A) X-ray diffraction apparatus; (B) photograph of crystal; (C) diffraction pattern; (D) three-dimensional structure determined from the pattern ($\alpha$ helices are shown in *green*, and $\beta$ sheets in *red*). (B, courtesy of C. Branden; C, courtesy of J.Hajdu and I. Anderson; D, adapted from original provided by B. Furugren.)

(D)



Figure 4–13 NMR spectroscopy can be used to determine the structure of small proteins or protein domains.
(A) Two-dimensional NMR spectrum derived from the C-terminal domain of the enzyme cellulase. The spots represent interactions between neighboring H atoms. (B) The set of overlapping structures shown all satisfy the distance constraints equally well. (Courtesy of P. Kraulis.)

(A)

(B)

BAXJIVI0010389

Panel 4-2 Four different ways of depicting a small protein













(A) Backbone: Shows the overall organization of the polypeptide chain; a clean way to compare structures of related proteins.

(B) Ribbon: Easy way to visualize secondary structures, such as α helices and β sheets.



BAXJIVI0010390













(Courtesy of David Lawson.)

(C) **Wire:** Highlights side chains and their relative proximities; useful for predicting which amino acids might be involved in a protein's activity, particularly if the protein is an enzyme.

(D) **Space-filling:** Provides contour map of the protein; gives a feel for the shape of the protein and shows which amino acid side chains are exposed on its surface. Shows how the protein might look to a small molecule, such as water, or to another protein.

BAXJIVI0010391





left-
handed

right-
handed

(E)

(A)          (B)          (C)          (D)

**Figure 4–14 The helix is a regular biological structure.** A helix will form when a series of subunits bind to each other in a regular way (A–D). At the bottom, the interaction between two subunits is shown; behind them are the helices that result. These helices have two (A), three (B), or six (C and D) subunits per helical turn. At the top, the arrangement of subunits has been photographed from directly above the helix. Note that the helix in (D) has a wider path than that in (C), but the same number of subunits per turn. (E) A helix can be either right-handed or left-handed. As a reference, it is useful to remember that standard metal screws, which insert when turned clockwise, are right-handed. Note that a helix preserves the same handedness when it is turned upside down.



### Question 4–2

Look at the models of the small protein in Panel 4–2, pp. 132–133. Are the α helices right- or left-handed? Are the three chains that form the largest region of the β sheet parallel or antiparallel? Starting at the N-terminus (the *purple* end), trace your finger along the peptide backbone. Are there any knots? Why, or why not?

## Helices Form Readily in Biological Structures

The abundance of helices in proteins is, in a way, not surprising. A **helix** is an unexceptional regular structure that resembles a spiral staircase, as illustrated in Figure 4–14. It is generated simply by placing many similar subunits next to each other, each in the same strictly repeated relationship to the one before. Because it is very rare for subunits to join up in a straight line, this arrangement will generally result in a helix. Depending on the twist of the staircase, a helix is said to be either right-handed or left-handed (Figure 4–14E). Handedness is not affected by turning the helix upside down, but it is reversed if the helix is reflected in the mirror.

An α helix is generated when a single polypeptide chain turns around itself to form a structurally rigid cylinder. A hydrogen bond is made between every fourth peptide bond, linking the C=O of one peptide bond to the N–H of another (see Figure 4–10A). This gives rise to a regular helix with a complete turn every 3.6 amino acids.

Short regions of α helix are especially abundant in the proteins located in cell membranes, such as transport proteins and receptors. We will see in Chapter 11 that those portions of a transmembrane protein that cross the lipid bilayer usually form an α helix that is composed largely of amino acids with nonpolar side chains. The polypeptide backbone, which is hydrophilic, is hydrogen-bonded to itself in the α helix, and it is shielded from the hydrophobic lipid environment of the membrane by its protruding nonpolar side chains (Figure 4–15).

Sometimes a pair of α helices will wrap around one another to form a particularly stable structure, known as a **coiled-coil**. This structure forms when the two α helices have most of their nonpolar (hydrophobic) side chains on one side, so that they can twist around each other with these side chains facing inward—minimizing their contact with the aqueous cytosol (Figure 4–16). Long, rodlike coiled-coils form the structural framework for many elongated proteins. Examples include α-keratin, which forms the intracellular fibers that reinforce the outer

BAXJIVI0010392

layer of the skin, and myosin, the protein responsible for muscle contraction (discussed in Chapter 17).

## β Sheets Form Rigid Structures at the Core of Many Proteins

HPr, the small protein we examined in Panel 4–2, contains both α helix and β sheet structures. As shown previously in Figure 4–10D, β sheets are made when hydrogen bonds form between segments of polypeptide chains lying side by side. When the structure consists of neighboring polypeptide chains that run in the same orientation (say, from the N-terminus to the C-terminus), it is considered a *parallel β sheet;* when it forms from a polypeptide chain that folds back and forth upon itself—with each section of the chain running in the direction opposite to that of its immediate neighbors—the structure is an *antiparallel β sheet* (Figure 4–17). Both types of β sheet produce a very rigid, pleated structure, and they form the core of many proteins.

β sheets give silk fibers their remarkable tensile strength. And they can help keep insects from freezing in the cold. In one type of antifreeze protein, isolated from beetles that frequent cold climates, a series of parallel β sheets forms a beautifully flat surface along one side of the protein molecule (Figure 4–18). This array appears to offer a perfect platform for binding to the regularly spaced water molecules that are present in an ice lattice. By adhering to the ice crystals that form when water is cooled below its freezing point, the antifreeze protein prevents the ice crystals from growing—thereby keeping the insects' cells from freezing solid.

**Figure 4–15 A segment of α helix can cross a lipid bilayer.** The hydrophobic side chains of the amino acids forming the α helix contact the hydrophobic hydrocarbon tails of the phospholipid molecules, while the hydrophilic parts of the polypeptide backbone form hydrogen bonds with one another in the interior of the helix. About 20 amino acids are required to span a membrane in this way.



**Figure 4–16 Intertwined α helices can form a coiled-coil.** In (A) a single α helix is shown, with successive amino acid side chains labeled in a sevenfold sequence "abcdefg." Amino acids "a" and "d" in such a sequence lie close together on the cylinder surface, forming a stripe *(shaded in red)* that winds slowly around the α helix. Proteins that form coiled-coils typically have nonpolar amino acids at positions "a" and "d." Consequently, as shown in (B), the two α helices can wrap around each other with the nonpolar side chains of one α helix interacting with the nonpolar side chains of the other, while the more hydrophilic amino acid side chains are left exposed to the aqueous environment. (C) The atomic structure of a coiled-coil determined by X-ray crystallography. The *red* side chains are nonpolar.

BAXJIVI0010393





Figure 4–17 β sheets come in two varieties. (A) Antiparallel β sheet (see also Figure 4–10D). (B) Parallel β sheet. Both of these structures are common in proteins. By convention, the arrows point toward the C-terminus of the polypeptide chain.



Question 4–3

Remembering that the side chains projecting from each polypeptide backbone in a β sheet point alternately above and below the plane of the sheet (see Figure 4–10D), consider the following protein sequence: Leu-Lys-Val-Asp-Ile-Ser-Leu-Arg-Leu-Lys-Ile-Arg-Phe-Glu. Do you find anything remarkable about the arrangement of the amino acids in this sequence when incorporated into a β sheet? Can you make any predictions as to how the β sheet might be arranged in a protein? (Hint: consult the properties of the amino acids listed in Figure 4–3.)

## Proteins Have Several Levels of Organization

A protein's structure does not end with α helices and β sheets; there are also higher levels of organization. These levels are not independent, but are built one upon the next until the three-dimensional structure of the entire protein has been fully defined. A protein's structure begins with its amino acid sequence, which is thus considered its *primary structure*. The next level of organization includes the α helices and β sheets that form within certain segments of a polypeptide chain; these folds are elements of the protein's *secondary structure*. The full, three-dimensional conformation formed by an entire polypeptide chain—including the α helices, β sheets, random coils, and any other loops and folds that form between the N- and C-termini—is sometimes referred to as the *tertiary structure* (see the HPr structures shown in Panel 4–2, for example). Finally, if a particular protein molecule is formed as a complex of more than one polypeptide chain, then the complete structure is designated its *quaternary structure*.

Studies of the conformation, function, and evolution of proteins have also revealed the importance of a level of organization distinct from those just described. This is the **protein domain**, which is defined as any segment of a polypeptide chain that can fold independently into a compact, stable structure. A domain usually consists of 100 to 250 amino acids (folded into α helices and β sheets and other elements of secondary structure), and it is the modular unit from which many larger proteins are constructed (Figure 4–19). The different domains of a protein are often associated with different functions. For example, the bacterial *catabolite activator protein (CAP)*, illustrated in Figure 4–19, has two domains: the small domain binds to DNA, while the large domain binds cyclic AMP, an intracellular signaling molecule. When the large domain binds cyclic AMP, it causes a conformational change in the protein that enables the small domain to bind to a specific DNA sequence and promote expression of adjacent genes.

A small protein molecule like HPr contains only a single domain. Larger proteins can contain as many as several dozen domains, which are usually connected by relatively unstructured lengths of polypeptide chain. Ribbon models of three differently organized domains are presented in Figure 4–20.





Figure 4–18 β sheets provide an ideal ice-binding surface in an antifreeze protein. The six parallel β strands, shown here in *red*, form a flat surface with 10 hydroxyl groups *(blue)* arranged at distances that correspond to water molecules in an ice lattice. The protein can therefore bind to ice crystals, preventing their growth. (After Y.C. Liou et al., *Nature* 406:322–324, 2000.)

BAXJIVI0010394



Figure 4–19 **Many proteins are composed of separate functional domains.** Elements of secondary structure such as α helices and β sheets pack together into stable, independently folding globular elements called domains. A typical protein molecule is built from one or more domains, often linked through relatively unstructured regions of polypeptide chain. The ribbon diagram on the right is of the bacterial gene regulatory protein CAP, with one large (outlined in *blue*) and one small (outlined in *gray*) domain.

α helix

β sheet

secondary structure

single polypeptide domain

protein molecule made of two different domains

## Few of the Many Possible Polypeptide Chains Will Be Useful

In theory, a vast number of different polypeptide chains could be made. Because each of the 20 amino acids is chemically distinct and each can, in principle, occur at any position in a protein chain, a polypeptide chain four amino acids long has $20 \times 20 \times 20 \times 20 = 160,000$ different possible sequences. In other words, for a polypeptide that is $n$ amino acids long, $20^n$ different chains are possible. For a typical protein length of 300 amino acids, more than $20^{300}$ (that's $10^{390}$) structurally different polypeptide chains could theoretically be made.

However, only a very small fraction of this unimaginably large number of polypeptide chains would adopt a single stable three-dimensional conformation. The vast majority of individual protein molecules would have many different conformations of roughly equal stability, each conformation having different chemical properties. So why do

Figure 4–20 **Ribbon models show three different protein domains.** (A) Cytochrome $b_{562}$, a single-domain protein involved in electron transfer in *E. coli*, is composed almost entirely of α helices. (B) The NAD-binding domain of the enzyme lactic dehydrogenase is composed of a mixture of α helices and β sheets. (C) The variable domain of an immunoglobulin (antibody) light chain is composed of a sandwich of two β sheets. In these examples, the α helices are shown in *green*, while strands organized as β sheets are denoted by *red arrows*. The protruding loop regions (*yellow*) often form the binding sites for other molecules. (Drawings courtesy of Jane Richardson.)

(A)  (B)  (C)

BAXJIVI0010395

BAXJIVI0010396

## Question 4–4

Random mutations only very rarely result in changes in a protein that improve its usefulness for the cell, yet useful mutations are selected in evolution. Because these changes are so rare, for each useful mutation there are innumerable mutations that lead to either no improvement or inactive proteins. Why, then, do cells not contain millions of different proteins that are of no use?

virtually all proteins present in cells adopt unique and stable conformations? The answer is that a protein with many different conformations and variable properties would not be biologically useful, for it would be like a tool that unexpectedly changes its function. Such proteins would therefore have been eliminated by natural selection through the long trial-and-error process that underlies cellular evolution (discussed in Chapter 9).

Because of natural selection, the amino acid sequence of each present-day protein has evolved to guarantee that the polypeptide will adopt an extremely stable conformation—a structure that bestows upon the protein the exact chemical properties that will enable it to perform a particular catalytic or structural function in the cell. Proteins are so precisely built that the change of even a few atoms in one amino acid can sometimes disrupt the structure of a protein and thereby eliminate its function. In fact, many protein structures are so stable and effective that they have been conserved throughout evolution among many diverse organisms. The three-dimensional structures of the DNA-binding domains from the yeast α2 protein and the *Drosophila* engrailed protein, for example, are almost completely superimposable even though these organisms are separated by more than a billion years of evolution.

## Proteins Can Be Classified into Families

Once a protein had evolved a stable conformation with useful properties, its structure could be modified over time to enable it to perform new functions. We know that this occurred quite often during evolution, because many present-day proteins can be grouped into **protein families**, in which each family member has an amino acid sequence and a three-dimensional conformation that closely resembles that of the other family members.

Consider, for example, the *serine proteases,* a family of protein-cleaving (proteolytic) enzymes that includes the digestive enzymes chymotrypsin, trypsin, and elastase, as well as several proteases involved in blood clotting. When any two of these enzymes are compared, portions of their amino acid sequences are found to be nearly the same. The similarity of their three-dimensional conformations is even more striking: most of the detailed twists and turns in their polypeptide chains, which are several hundred amino acids long, are virtually identical (Figure 4–21). The various serine proteases nevertheless have distinct enzymatic activities, each cleaving different proteins or the peptide bonds

**Figure 4–21 Serine proteases belong to a family of proteolytic enzymes.** The backbone conformations of elastase and chymotrypsin. Although only those amino acids in the polypeptide shaded in *green* are the same in the two proteins, the two conformations are very similar nearly everywhere. The active site of each enzyme is circled in *red;* this is where the peptide bonds of the proteins that serve as substrates are bound and cleaved by hydrolysis. The serine proteases derive their name from the amino acid serine, whose side chain is part of the active site of each enzyme and directly participates in the cleavage reaction.



elastase                chymotrypsin

between different types of amino acids. Slight differences in structure allow each of these proteases to prefer different substrates; thus each carries out a distinct function in an organism.

## Large Protein Molecules Often Contain More Than One Polypeptide Chain

The same weak noncovalent bonds that enable a polypeptide chain to fold into a specific conformation also allow proteins to bind to each other to produce larger structures in the cell. Any region on a protein's surface that interacts with another molecule through sets of noncovalent bonds is termed a *binding site*. A protein can contain binding sites for a variety of molecules, large and small. If a binding site recognizes the surface of a second protein, the tight binding of two folded polypeptide chains at this site will create a larger protein molecule with a precisely defined geometry. Each polypeptide chain in such a protein is called a **subunit**. Each of these protein subunits may contain more than one domain, a portion of the polypeptide chain that folds up separately.

In the simplest case, two identical folded polypeptide chains will bind to each other in a "head-to-head" arrangement, forming a symmetrical complex of two protein subunits (called a *dimer*) that is held together by interactions between two identical binding sites. The CAP protein discussed previously is in fact a dimeric protein in the bacterial cell (Figure 4–22A); it is formed from two identical copies of the protein subunit shown previously in Figure 4–19. Many other symmetrical



dimer of the CAP protein

(A)

tetramer of neuraminidase protein

(B)

**Figure 4–22 Many protein molecules contain multiple copies of a single protein subunit.** (A) A symmetrical dimer. The CAP protein exists as a complex of two identical polypeptide chains (see also Figure 4–19). (B) A symmetrical tetramer. The enzyme neuraminidase exists as a ring of four identical polypeptide chains. For both (A) and (B), a small schematic below the structure emphasizes how the repeated use of the same binding interaction forms the structure.

BAXJIVI0010397



Figure 4–23 Some proteins are formed as a symmetrical assembly of two different subunits. Hemoglobin, a protein abundant in red blood cells, contains two copies of α-globin and two copies of β-globin. Each of these four polypeptide chains contains a heme molecule (red rectangle), which is the site where oxygen (O₂) is bound. Thus, each molecule of hemoglobin in the blood carries four molecules of oxygen.

protein complexes, formed from multiple copies of a single polypeptide chain, are commonly found in cells. The enzyme *neuraminidase*, for example, consists of a ring of four identical protein subunits (Figure 4–22B).

Other proteins contain two or more different types of polypeptide chains. *Hemoglobin*, the protein that carries oxygen in red blood cells, is a particularly well-studied example (Figure 4–23). The protein contains two identical α-globin subunits and two identical β-globin subunits, symmetrically arranged. Such multisubunit proteins are numerous in cells and can be very large.

## Proteins Can Assemble into Filaments, Sheets, or Spheres

Proteins can form even larger assemblies than those discussed so far. Most simply, a chain of identical protein molecules can be formed if the binding site on one protein molecule is complementary to another region on the surface of another protein molecule of the same type. Because each protein molecule is bound to its neighbor in an identical way, the molecules will often be arranged in a helix that can be extended indefinitely (Figure 4–24). This type of arrangement can produce an extended protein filament. An actin filament, for example, is a long helical structure formed from many molecules of the protein actin (Figure 4–25). Actin is extremely abundant in eucaryotic cells, where it forms one of the major filament systems of the cytoskeleton (discussed in Chapter 17). Other sets of proteins associate to form extended sheets or tubes (Figure 4–26), as in the microtubules of the cell cytoskeleton; or cagelike spherical shells, as in the protein coats of virus particles (Figure 4–27).

Many large structures, such as viruses and ribosomes, are built from a mixture of one or more types of protein plus RNA or DNA molecules.



Figure 4–24 Proteins can assemble into complex structures. (A) A protein with just one binding site can form a dimer with another identical protein. (B) Identical proteins with two different binding sites will often form a long helical filament. (C) If the two binding sites are disposed appropriately in relation to each other, the protein subunits will form a closed ring instead of a helix (see also Figure 4–22B).

BAXJIVI0010398

actin helix

Figure 4–25 An actin filament is composed of identical protein subunits. The helical array of actin molecules often extends for thousands of molecules and for micrometers in the cell.

These structures can be isolated in pure form and dissociated into their constituent macromolecules. It is often possible to mix the isolated components back together and watch them reassemble spontaneously into the original structure. This demonstrates that all the information needed for assembly of the complicated structure is contained in the macromolecules themselves. Experiments of this type show that much of the structure of a cell is self-organizing: if the required proteins are produced in the right amounts, the appropriate structures will form.

## Some Types of Proteins Have Elongated Fibrous Shapes

Most of the proteins we have discussed so far are **globular proteins**, in which the polypeptide chain folds up into a compact shape like a ball with an irregular surface. Enzymes tend to be globular proteins: even though many are large and complicated, with multiple subunits, most have an overall rounded shape (see Figure 4–9). In contrast, other proteins have roles in the cell which require that they span a large distance. These proteins generally have a relatively simple, elongated three-dimensional structure and are commonly referred to as **fibrous proteins**.

One large class of intracellular fibrous proteins resembles α-keratin, which we met earlier. Keratin filaments are extremely stable: long-lived structures such as hair, horn, and nails are composed mainly of this protein. An α-keratin molecule is a dimer of two identical subunits, with the long α helices of each subunit forming a coiled-coil (see Figure 4–16). These coiled-coil regions are capped at either end by globular domains containing binding sites. These sites allow the molecules in this class to assemble into ropelike *intermediate filaments*—a component of the cell cytoskeleton that creates a structural scaffold for the cell's interior (discussed in Chapter 17).

Fibrous proteins are especially abundant outside the cell, where they form the gel-like *extracellular matrix* that helps cells bind together to form tissues. These proteins are secreted by the cells into their surroundings, where they often assemble into sheets or long fibrils. *Collagen* is the most abundant of these fibrous proteins in animal tissues. The collagen molecule consists of three long polypeptide chains, each containing the nonpolar amino acid glycine at every third position. This regular structure allows the chains to wind around one



virus coat type

filament

subunit

helical tube

Figure 4–26 Single protein subunits can pack to form a filament, a tube, or a spherical shell.

BAXJIVI0010399



Figure 4–27 Viral capsids are made of spherical protein assemblies. The structure of tomato bushy stunt virus, shown here, was determined by X-ray crystallography and is known in atomic detail. (Courtesy of Robert Grant, Stephan Crainic, and James M. Hogle.)

another to generate a long regular triple helix (Figure 4–28A). Many collagen molecules then bind to one another side-by-side and end-to-end to create long overlapping arrays—thereby generating the extremely strong collagen fibrils that hold tissues together, as described in Chapter 21.

In complete contrast to collagen is another protein in the extracellular matrix, *elastin*. Elastin molecules are formed from relatively loose and unstructured polypeptide chains that are covalently cross-linked into a rubberlike elastic meshwork. The resulting elastic fibers enable skin and other tissues, such as arteries and lungs, to stretch and recoil without tearing. As illustrated in Figure 4–28B, the elasticity is due to the ability of the individual protein molecules to uncoil reversibly whenever they are stretched.

## Extracellular Proteins Are Often Stabilized by Covalent Cross-Linkages

Many protein molecules are either attached to the outside of a cell's plasma membrane or secreted as part of the extracellular matrix. All such proteins are directly exposed to extracellular conditions. To help maintain their structures, the polypeptide chains in such proteins are often stabilized by covalent cross-linkages. These linkages can tie together two amino acids in the same protein, or connect different polypeptide chains in a multisubunit protein. The most common cross-links in proteins are covalent sulfur–sulfur bonds. These **disulfide bonds** (also called *S–S bonds*) form as proteins are being exported from cells. Their formation is catalyzed in the endoplasmic reticulum by a special enzyme that links together two –SH groups from cysteine side chains that are adjacent in the folded protein (Figure 4–29). Disulfide bonds do not change the conformation of a protein, but instead act as a sort of "atomic staple" to reinforce its most favored conformation. For example, lysozyme—an enzyme in tears that can dissolve bacterial cell



Figure 4–28 Collagen and elastin are abundant fibrous proteins. (A) Collagen is a triple helix formed by three extended protein chains that wrap around one another. Many rodlike collagen molecules are cross-linked together in the extracellular space to form collagen fibrils *(top)* that have the tensile strength of steel. The striping on the collagen fibril is caused by the regular repeating arrangement of the collagen molecules within the fibril. (B) Elastin polypeptide chains are cross-linked together to form rubberlike, elastic fibers. Each elastin molecule uncoils into a more extended conformation when the fiber is stretched and will recoil spontaneously as soon as the stretching force is relaxed.

BAXJIVI0010400



cysteine

CH₂

SH

SH

CH₂

oxidants
reductants

interchain disulfide bond

CH₂

CH₂

intrachain disulfide bond

CH₂

CH₂

Figure 4–29 Disulfide bonds help stabilize a favored protein conformation. This diagram illustrates how covalent disulfide bonds form between adjacent cysteine side chains. As indicated, these cross-linkages can join either two parts of the same polypeptide chain or two different polypeptide chains. Because the energy required to break one covalent bond is much larger than the energy required to break even a whole set of noncovalent bonds (see Table 2–1), a disulfide bond can have a major stabilizing effect on a protein.

walls—retains its antibacterial activity for a long time because it is stabilized by such cross-linkages.

Disulfide bonds generally do not form in the cell cytosol, where a high concentration of reducing agents converts such bonds back to cysteine –SH groups. Apparently, proteins do not require this type of structural reinforcement in the relatively mild environment inside the cell.

## How Proteins Work

Proteins are not inert lumps of material. Because of their different amino acid sequences, proteins come in an enormous variety of different shapes—each with a unique surface topography of chemical groups. And a protein's conformation endows it with a unique function based on its chemical properties and its precisely engineered parts whose actions are coupled to chemical events. This union of structure, chemistry, and activity gives proteins the extraordinary ability to orchestrate the dynamic processes that occur in living cells.

For proteins, then, form and function are inexorably linked. But the fundamental question remains: how do proteins accomplish their function? In this part of the chapter, we will see that the activity of proteins depends on their ability to bind specifically to other molecules, allowing them to act as catalysts, signal receptors, and tiny motors. The examples we review here by no means exhaust the vast functional repertoire of proteins. However, the specialized functions of many of the proteins you will encounter elsewhere in this book are based on similar principles.

### All Proteins Bind to Other Molecules

The biological properties of a protein molecule depend on its physical interaction with other molecules. Antibodies attach to viruses or bacteria as a signal to the body's defenses, the enzyme hexokinase binds glucose and ATP to catalyze a reaction between them, actin molecules bind to each other to assemble into long filaments, and so on. Indeed, all proteins stick, or *bind*, to other molecules. In some cases this binding is very tight; in others it is weak and short-lived. But the binding always shows great *specificity*, in the sense that each protein molecule can bind to just one or a few molecules out of the many thousands of different molecules it encounters. Any substance that is bound by a protein—whether it is an ion, a small molecule, or a macromolecule—is referred to as a **ligand** for that protein (from the Latin *ligare*, "to bind").



Question 4–5

Hair is composed largely of fibers of the protein keratin. Individual keratin fibers are covalently attached to one another (cross-linked) by many disulfide bonds. If curly hair is treated with mild reducing agents that break a few of the cross-links, pulled straight, and then oxidized again, it remains straight. Draw a diagram that illustrates the different stages of this chemical and mechanical process at the molecular level, focusing on the disulfide bonds. What do you think would happen if hair were treated with strong reducing agents that break all disulfide bonds?

BAXJIVI0010401

The ability of a protein to bind selectively and with high affinity to a ligand is due to the formation of a set of weak, noncovalent bonds—hydrogen bonds, ionic bonds, and van der Waals attractions—plus favorable hydrophobic interactions (see Panel 2–7, pp. 78–79). Each individual bond is weak, so that an effective interaction requires that many weak bonds be formed simultaneously. This is possible only if the surface contours of the ligand molecule fit very closely to the protein, matching it like a hand in a glove (Figure 4–30).

When molecules have poorly matching surfaces, few noncovalent bonds are formed and the two molecules dissociate as rapidly as they come together. This is what prevents incorrect and unwanted associations from forming between mismatched molecules. At the other extreme, when many noncovalent bonds are formed, the association can persist for a very long time. Strong interactions occur in cells whenever a biological function requires that molecules remain tightly associated for a long time—for example, when a group of macromolecules come together to form a subcellular structure such as a ribosome.

The region of a protein that associates with a ligand, known as its **binding site**, usually consists of a cavity in the protein surface formed by a particular arrangement of amino acids. These amino acids belong to widely separated regions of the polypeptide chain that are brought together when the protein folds (Figure 4–31). Other regions on the surface often provide binding sites for different ligands, allowing the protein's activity to be regulated, as we shall see later. Yet other parts of the protein may be required to attract or attach the protein to a particular location in the cell—for example, the hydrophobic α helix of a membrane-spanning protein allows it to be inserted into the lipid bilayer of a cell membrane (discussed in Chapter 11).

Although the atoms buried in the interior of the protein have no direct contact with the ligand, they provide an essential scaffold that gives the surface its contours and chemical properties. Even small changes to the amino acids in the interior of a protein molecule often change its three-dimensional shape and destroy the protein's ability to function.

## The Binding Sites of Antibodies Are Especially Versatile

All proteins must bind to particular ligands to carry out their various functions. But this binding capacity seems to have been most highly developed for proteins in the antibody family: our bodies have the capacity to produce a unique antibody that is capable of recognizing and binding tightly to the structure of any molecule imaginable.



**Figure 4–30 The binding of a protein to another molecule is highly selective.** Many weak bonds are needed to enable a protein to bind tightly to a second molecule (a *ligand*). The ligand must therefore fit precisely into the protein's binding site, like a hand into a glove, so that a large number of noncovalent bonds can be formed between the protein and the ligand.

BAXJIVI0010402



Antibodies, or immunoglobulins, are proteins produced by the immune system in response to foreign molecules, such as those on the surface of an invading microorganism. Each antibody binds to a particular target molecule extremely tightly, either inactivating the target directly or marking it for destruction. An antibody recognizes its target (called an **antigen**) with remarkable specificity, and because there are potentially billions of different antigens that a person might encounter, we have to be able to produce billions of different antibodies. The properties of antibodies—how they are made, how they help fight infection, and how they can be used to purify and study other proteins in the laboratory—are summarized in Panel 4–6 (pp. 164–165).

Antibodies are Y-shaped molecules with two identical binding sites that are each complementary to a small portion of the surface of the antigen molecule. A detailed examination of the antigen-binding sites of antibodies reveals that they are formed from several loops of polypeptide chain that protrude from the ends of a pair of closely juxtaposed protein domains (Figure 4–32). The amino acid sequence in these loops can be changed by mutation without altering the basic structure of the antibody. An enormous diversity of antigen-binding sites can be generated by changing only the length and amino acid sequence of the loops, which is how the wide variety of different antibodies is formed.

Loops of this kind are ideal for grasping other molecules. They allow a large number of chemical groups to surround a ligand so that the protein can link to it with many weak bonds. For this reason, peptide loops are used to form the ligand-binding sites in many proteins.

## Enzymes Are Powerful and Highly Specific Catalysts

For many proteins, binding to another molecule is their only function. An antibody molecule need only bind to its target molecule on the surface of a bacterium or a virus and its job is done; an actin molecule need only associate with other actin molecules to form a filament. There are other proteins, however, for which ligand binding is simply a necessary first step in their function. This is the case for the large and very important class of proteins called **enzymes**. These remarkable molecules determine all of the chemical transformations that occur in cells.

Figure 4–31 **Binding sites allow a protein to interact with specific ligands.** (A) The folding of the polypeptide chain typically creates a crevice or cavity on the protein surface. This crevice contains a set of amino acid side chains disposed in such a way that they can make noncovalent bonds only with certain ligands. (B) Close-up view of an actual binding site showing the hydrogen bonds and ionic interactions formed between a protein and its ligand (in this example, the bound ligand is cyclic AMP, shown in *pink*).

### Question 4–6



Explain how an enzyme (such as hexokinase, mentioned in the text) can distinguish substrates (here D-glucose) from their optical isomers (here L-glucose). (Hint: remembering that a carbon atom forms four single bonds that are tetrahedrally arranged and that the optical isomers are mirror images of each other around such a bond, draw the substrate as a simple tetrahedron with four different corners and then draw its mirror image. Using this drawing, indicate why only one compound might bind to a schematic active site of an enzyme.)

BAXJIVI0010403



**Figure 4–32 An antibody is Y-shaped and has two identical binding sites for its antigen, one on each arm of the Y.**
(A) Schematic drawing of a typical antibody molecule. The protein is composed of four polypeptide chains (two identical heavy chains and two identical and smaller light chains) held together by disulfide bonds. Each chain is made up of several different domains, here shaded either *blue* or *gray*. The antigen-binding site is formed where a heavy-chain variable domain (V$_H$) and a light-chain variable domain (V$_L$) come close together. These are the domains that differ most in their sequence and structure in different antibodies. (B) Ribbon drawing of a single light chain showing the parts of the V$_L$ domain most closely involved in binding to the antigen in *red*; these contribute half of the fingerlike loops that fold around each of the antigen molecules in (A).

Enzymes bind to one or more ligands, called **substrates**, and convert them into chemically modified products, doing this over and over again with amazing rapidity. They speed up reactions, often by a factor of a million or more, without themselves being changed—that is, enzymes act as *catalysts* that permit cells to make or break covalent bonds at will. This catalysis of organized sets of chemical reactions by enzymes creates and maintains the cell, making life possible.

Enzymes can be grouped into functional classes that carry out similar chemical reactions (Table 4–1). Each type of enzyme is highly specific, catalyzing only a single type of reaction. Thus, *hexokinase* adds a phosphate group to D-glucose but will ignore its optical isomer L-glucose; the blood-clotting enzyme *thrombin* cuts one type of blood protein between a particular arginine and its adjacent glycine and nowhere else. As discussed in detail in Chapter 3, enzymes often work in teams, with the product of one enzyme becoming the substrate for the next. The result is an elaborate network of metabolic pathways that provides the cell with energy and generates the many large and small molecules that the cell needs.

## Lysozyme Illustrates How an Enzyme Works

To explain how enzymes catalyze chemical reactions, we will use the example of lysozyme—an enzyme that acts as a natural antibiotic in egg white, saliva, tears, and other secretions. Lysozyme severs the polysaccharide chains that form the cell walls of bacteria. Because the bacterial cell is under pressure due to osmotic forces, cutting even a small number of polysaccharide chains causes the cell wall to rupture and the bacterium to burst. Lysozyme is a relatively small and stable protein that can be isolated easily in large quantities. For these reasons, it has been intensively studied, and it was the first enzyme whose structure was worked out in atomic detail by X-ray crystallography.

The reaction catalyzed by lysozyme is a hydrolysis: the enzyme adds a molecule of water to a single bond between two adjacent sugar

BAXJIVI0010404

groups in the polysaccharide chain, thereby causing the bond to break. The reaction is energetically favorable because the free energy of the severed polysaccharide chain is lower than the free energy of the intact chain. However, the pure polysaccharide can sit for years in water without being hydrolyzed to any detectable degree. This is because there is an energy barrier to the reaction, as discussed in Chapter 3. For a colliding water molecule to break a bond linking two sugars, the polysaccharide molecule has to be distorted into a particular shape—the **transition state**—in which the atoms around the bond have an altered geometry and electron distribution. To generate this distortion, a large input of energy, called the *activation energy*, must be supplied through random molecular collisions. Without the activation energy, the reaction will not take place. In aqueous solution at room temperature, the energy of collisions almost never exceeds the activation energy. Consequently, hydrolysis occurs extremely slowly, if at all, under these conditions.

This is where the enzyme comes in. Like all enzymes, lysozyme has a special binding site on its surface, termed an **active site**, that cradles the contours of its substrate molecule. Here the catalysis of the chemical reaction occurs. Because its substrate is a polymer, lysozyme's active site is a long groove that holds six linked sugars at the same time. As soon as the polysaccharide binds to form an enzyme–substrate complex, the enzyme cuts the polysaccharide by adding a water molecule across one of its sugar–sugar bonds. The product chains are then quickly released, freeing the enzyme for further cycles of reaction (Figure 4–33).

The chemistry that underlies the binding of lysozyme to its substrate is the same as that for antibody binding—the formation of multiple noncovalent bonds. However, lysozyme holds its polysaccharide substrate in a particular way, so that one of the two sugars involved in the bond to be

**Table 4–1 Some Common Functional Classes of Enzymes**

| ENZYME CLASS | BIOCHEMICAL FUNCTION |
| --- | --- |
| Hydrolase | General term for enzymes that catalyze a hydrolytic cleavage reaction. |
| Nuclease | Break down nucleic acids by hydrolyzing bonds between nucleotides. |
| Protease | Break down proteins by hydrolyzing peptide bonds between amino acids. |
| Synthase | General name used for enzymes that synthesize molecules in anabolic reactions by condensing two molecules together. |
| Isomerase | Catalyze the rearrangement of bonds within a single molecule. |
| Polymerase | Catalyze polymerization reactions such as the synthesis of DNA and RNA. |
| Kinase | Catalyze the addition of phosphate groups to molecules. Protein kinases are an important group of kinases that attach phosphate groups to proteins. |
| Phosphatase | Catalyze the hydrolytic removal of a phosphate group from a molecule. |
| Oxido-reductase | General name for enzymes that catalyze reactions in which one molecule is oxidized while the other is reduced. Enzymes of this type are often called oxidases, reductases, and dehydrogenases. |
| ATPase | Hydrolyze ATP. Many proteins with a wide range of roles have an energy-harnessing ATPase activity as part of their function, for example, motor proteins such as myosin and membrane transport proteins such as the sodium–potassium pump. |

Enzyme names typically end in "-ase," with the exception of some enzymes, such as pepsin, trypsin, thrombin, lysozyme, and so on, which were discovered and named before the convention became generally accepted at the end of the nineteenth century. The common name of an enzyme usually indicates the substrate and the nature of the reaction catalyzed. For example, citrate synthase catalyzes the synthesis of citrate by a reaction between acetyl CoA and oxaloacetate.

BAXJIVI0010405

broken is distorted from its normal, most stable conformation. The bond to be broken is also held close to two amino acids with acidic side chains: a glutamic acid and an aspartic acid within the active site.

Conditions are thereby created in the microenvironment of the lysozyme active site that greatly reduce the activation energy necessary for the hydrolysis to take place. Figure 4–34 shows the main intermediates in this enzymatically catalyzed reaction.

1. The enzyme stresses its bound substrate by bending some critical chemical bonds in one sugar, so that the shape of this sugar more closely resembles the shape of high-energy transition states formed during the reaction.

2. The negatively charged aspartic acid reacts with the C1 carbon atom on the distorted sugar, breaking this sugar–sugar bond and leaving the aspartic acid covalently linked to the site of bond cleavage.

3. Aided by the negatively charged glutamic acid, a water molecule reacts with the C1 carbon atom, displacing the aspartic acid and completing the process of hydrolysis.

The overall chemical reaction, from the initial binding of the polysaccharide on the surface of the enzyme through the final release of the severed chains, occurs many millions of times faster than it would in the absence of enzyme.

Other enzymes use similar mechanisms to lower activation energies and speed up the reactions they catalyze. In reactions involving two or more substrates, the active site also acts like a template or mold that brings the reactants together in the proper orientation for chemistry to occur between them (Figure 4-35A). As we saw for lysozyme, the active site of an enzyme contains precisely positioned atoms that speed up a reaction by using charged groups to alter the distribution of electrons in the substrates (Figure 4–35B). As we likewise saw, the binding to the enzyme will also change substrate shapes, bending bonds so as to drive a substrate toward a particular transition state (Figure 4-35C). Finally, like lysozyme, many enzymes participate intimately in the reaction by briefly forming a covalent bond between the substrate and a side chain of the enzyme. Subsequent steps in the reaction restore the side chain to its original state, so that the enzyme remains unchanged after the reaction.

**Figure 4–33 Lysozyme cleaves a polysaccharide chain.**
(A) Schematic view of the enzyme lysozyme (denoted E), which catalyzes the cutting of a polysaccharide chain, which is its substrate (denoted S). The enzyme first binds to the chain to form an enzyme–substrate complex (ES) and then catalyzes the cleavage of a specific covalent bond in the backbone of the polysaccharide, forming an enzyme–product complex (EP) that rapidly dissociates. Release of the severed chain (the products P) leaves the enzyme free to act on another substrate molecule. (B) A space-filling model of the lysozyme molecule bound to a short length of polysaccharide chain prior to cleavage. (B, courtesy of Richard J. Feldmann.)



S + E → ES → EP → E + P

(A)



(B)

BAXJIVI0010406



**substrate**

This substrate is an oligosaccharide of six sugars, labeled A–F. Only sugars D and E are shown in detail.

**products**

The final products are an oligosaccharide of four sugars (left) and a disaccharide (right), produced by hydrolysis.

In the enzyme–substrate complex (ES), the enzyme forces sugar D into a strained conformation, with Glu 35 positioned to serve as an acid that attacks the adjacent sugar–sugar bond by donating a proton (H⁺) to sugar E, and Asp 52 poised to attack the C1 carbon atom.

The Asp 52 has formed a covalent bond between the enzyme and the C1 carbon atom of sugar D. The Glu 35 then polarizes a water molecule (red), so that its oxygen can readily attack the C1 carbon atom and displace Asp 52.

The reaction of the water molecule (red) completes the hydrolysis and returns the enzyme to its initial state, forming the final enzyme–product complex (EP).

Figure 4–34 **In the active site of lysozyme, bonds are bent and broken.** The top left and top right drawings depict the free substrate and the free products, respectively, whereas the other three drawings depict sequential events at the active site. Note the change in the conformation of sugar D in the enzyme–substrate complex; this is the sugar that is also distorted in unstable transition states. (Based on D.J. Vocadlo et al., *Nature* 412:835–838, 2001.)

## Tightly Bound Small Molecules Add Extra Functions to Proteins

Although the order of amino acids in proteins gives these molecules their shape and the versatility to perform different functions, sometimes the amino acids by themselves are not enough. Just as we use tools to enhance and extend the capabilities of our hands, so proteins often employ small nonprotein molecules to perform functions that would be difficult or impossible using amino acids alone. Thus the signal receptor protein *rhodopsin*—which is the purple, light-sensitive



(A) enzyme binds to two substrate molecules and orients them precisely to encourage a reaction to occur between them



(B) binding of substrate to enzyme rearranges electrons in the substrate, creating partial negative and positive charges that favor a reaction



(C) enzyme strains the bound substrate molecule, forcing it toward a transition state to favor a reaction

Figure 4–35 **Enzymes can encourage catalysis in several ways.** (A) Holding substrates together in a precise alignment. (B) Charge stabilization of reaction intermediates. (C) Altering bond angles in the substrate to increase the rate of a particular reaction.

BAXJIVI0010407

Figure 4–36 Retinal and heme enhance the function of certain proteins. (A) The structure of retinal, the light-sensitive molecule attached to rhodopsin in our eyes. (B) The structure of a heme group, shown with the carbon-containing heme ring colored *red* and the iron atom at its center in *orange*. A heme group is tightly bound to each of the four polypeptide chains in hemoglobin, the oxygen-carrying protein whose structure was shown in Figure 4–23.

pigment made by the rod cells in the retina—detects light by means of a small molecule, *retinal*, embedded in the protein (Figure 4–36A). Retinal changes its shape when it absorbs a photon of light, and this change is amplified by the protein to trigger a cascade of enzymatic reactions that eventually leads to an electrical signal being carried to the brain.

Another example of a protein that contains a nonprotein portion is hemoglobin (see Figure 4–23). A molecule of hemoglobin carries four *heme* groups, ring-shaped molecules each with a single central iron atom (Figure 4–36B). Heme gives hemoglobin (and blood) its red color. By binding reversibly to oxygen gas through its iron atom, heme enables hemoglobin to pick up oxygen in the lungs and release it in the tissues.

Sometimes these small molecules are attached covalently and permanently to their protein, thereby becoming an integral part of the protein molecule itself. We will see in Chapter 11 that proteins are often anchored to cell membranes through covalently attached lipid molecules. And membrane proteins exposed on the surface of the cell, as well as proteins secreted outside the cell, are often modified by the covalent addition of sugars and oligosaccharides.

Enzymes frequently have a small molecule or metal atom tightly associated with their active site that assists with their catalytic function. *Carboxypeptidase*, an enzyme that cuts polypeptide chains, carries a tightly bound zinc ion in its active site. During the cleavage of a peptide bond by carboxypeptidase, the zinc ion forms a transient bond with one of the substrate atoms, thereby assisting the hydrolysis reaction. In other enzymes, a small organic molecule serves a similar purpose. *Biotin*, for example, is found in enzymes that transfer a carboxylate group ($-COO^-$) from one molecule to another (see Figure 3–38). Biotin participates in these reactions by forming a transient covalent bond to the $-COO^-$ group to be transferred; this small molecule is better suited for this function than any of the amino acids used to make proteins. Because biotin cannot be synthesized by humans, it must be provided by the diet; thus biotin is classified as a *vitamin*. Other vitamins are similarly needed to make small molecules that are essential components of our proteins; vitamin A, for example, is needed in the diet to make retinal, the light-sensitive part of rhodopsin.

## How Proteins Are Controlled

Thus far we have examined how proteins do their jobs—how binding to other proteins or small molecules allows them to perform their specific functions. But inside the cell, most proteins and enzymes do not work continuously, or at full speed. Instead, their activity is regulated so that the cell can maintain itself in a state of equilibrium, generating only

BAXJIVI0010408

those molecules it requires to thrive under the current conditions. To achieve this balance, the activities of cellular proteins are controlled in an integrated fashion, with consideration of what reactions are occurring in other parts of the cell. By coordinating when—and how vigorously—proteins function, the cell ensures that it does not deplete its energy reserves by accumulating molecules it does not require while exhausting its stockpiles of critical substrates. We now consider how cells regulate the activity of proteins and enzymes. As we shall see, proteins can be switched on—or switched off—by a variety of mechanisms.

## The Catalytic Activities of Enzymes Are Often Regulated by Other Molecules

A living cell contains thousands of enzymes, many of which operate at the same time and in the same small volume of the cytosol. By their catalytic action, enzymes generate a complex web of metabolic pathways, each composed of chains of chemical reactions in which the product of one enzyme becomes the substrate of the next. In this maze of pathways there are many branch points where different enzymes compete for the same substrate. The system is so complex (see Figure 3–2) that elaborate controls are required to regulate when and how rapidly each reaction occurs.

Regulation of enzyme activity occurs at many levels. At one level, the cell controls how many molecules of each enzyme it makes by regulating the expression of the gene that encodes that protein (discussed in Chapter 8). At another level, the cell controls enzymatic activities by confining sets of enzymes to particular subcellular compartments, enclosed by distinct membranes (discussed in Chapters 14 and 15). But the most rapid and general process used to adjust reaction rates operates at the level of the enzyme itself. In this case, an enzyme's activity changes in response to other specific molecules that it encounters.

The most common type of control occurs when a molecule other than a substrate binds to an enzyme at a special regulatory site outside of the active site, altering the rate at which the enzyme converts its substrates to products. In **feedback inhibition**, an enzyme acting early in a reaction pathway is inhibited by a late product of that pathway. Thus, whenever large quantities of the final product begin to accumulate, the product binds to the first enzyme and slows down its catalytic action, limiting further entry of substrates into that reaction pathway (Figure 4–37). Where pathways branch or intersect, there are usually multiple points of control by different final products, each of which works to regulate its own synthesis (Figure 4–38). Feedback inhibition can work almost instantaneously and is rapidly reversed when the product levels fall.

Feedback inhibition is *negative regulation:* it prevents an enzyme from acting. Enzymes can also be subject to *positive regulation,* in which the enzyme's activity is stimulated by a regulatory molecule rather than being shut down. Positive regulation occurs when a product in one branch of the metabolic maze stimulates the activity of an enzyme in another pathway. As one example, the accumulation of ADP activates several enzymes involved in the oxidation of sugar molecules, thereby stimulating the cell to convert more ADP to ATP.

## Allosteric Enzymes Have Two Binding Sites That Influence One Another

There was one feature of feedback inhibition that was initially puzzling to those who discovered it: the regulatory molecule often has a shape



**Figure 4–37 Feedback inhibition regulates the flow through biosynthetic pathways.** The end product Z inhibits the first enzyme that is unique to its synthesis and thereby controls its own concentration in the cell. This is an example of negative regulation.

### Question 4–7

Consider the drawing in Figure 4–37. What will happen if, instead of the indicated feedback,



A. Feedback inhibition from Z affects the step B → C only?

B. Feedback inhibition from Z affects the step Y → Z only?

C. Z is a positive regulator of the step B → X?

D. Z is a positive regulator of the step B → C?

For each case, discuss how useful these regulatory schemes would be for a cell.

BAXJIVI0010409

**Figure 4–38 Feedback inhibition at multiple sites regulates connected metabolic reactions.** In this example, which shows the biosynthetic pathways for four different amino acids in bacteria, the *red arrows* indicate positions at which products feed back to inhibit enzymes. Each amino acid controls the first enzyme specific to its own synthesis, thereby controlling its own levels and avoiding a wasteful buildup of intermediates. The products can also separately inhibit the initial set of reactions common to all the syntheses; in this case, three different enzymes catalyze the initial reaction, each inhibited by a different product.



that is totally different from the shape of the enzyme's preferred substrate. Indeed, when this form of regulation was discovered in the 1960s, it was termed *allostery* (from the Greek *allo*, "other," and *stere*, "solid" or "shape"). As more was learned about feedback inhibition, researchers realized that many enzymes must have at least two different binding sites on their surface—the active site that recognizes the substrates and a second site that recognizes a regulatory molecule. Furthermore, these two sites must somehow "communicate" in a way that allows the catalytic events at the active site to be influenced by the binding of the regulatory molecule at its separate site on the protein's surface.

The interaction between sites that are located on separate regions of a protein molecule is now known to depend on a *conformational change* in the protein: binding at one of the sites causes a shift in the protein's structure from one folded shape to a slightly different folded shape. Many enzymes have two conformations that differ in activity, each stabilized by the binding of different ligands. During feedback inhibition, for example, the binding of an inhibitor at one site on the protein causes the protein to shift to a conformation in which its active site—located elsewhere in the protein—becomes less accommodating to the substrate molecule (Figure 4–39).

Many—if not most—protein molecules are **allosteric**: they can adopt two or more slightly different conformations, and by a shift from one to another, their activity can be regulated. This is true not only for

BAXJIVI0010410



ON

CTP

bound CTP molecule

5 nm

ACTIVE ENZYME

INACTIVE ENZYME

**Figure 4–39 Feedback inhibition triggers a conformational change.** An enzyme used in early studies of allosteric regulation was aspartate transcarbamoylase from *E. coli*. This large multisubunit enzyme (see Figure 4–9) catalyzes an important reaction that begins the synthesis of the pyrimidine ring of C, U, and T nucleotides. One of the final products of this pathway, cytosine triphosphate (CTP), binds to the enzyme to turn it off whenever CTP is plentiful. This diagram shows the conformational change that occurs when the enzyme is turned off by CTP binding.

enzymes but for many other proteins—including receptors, structural proteins, and motor proteins. The chemistry involved here is extremely simple in concept: because each protein conformation will have somewhat different contours on its surface, the protein's binding site for ligands will be altered when the protein changes shape. Each ligand will stabilize the conformation that it binds to most strongly—and at high enough concentrations, the ligand will tend to "switch" the population of proteins to the conformation that it favors (Figure 4–40).

## Phosphorylation Can Control Protein Activity by Triggering a Conformational Change

Enzymes are not only regulated by the binding of small molecules. A second method commonly used by eucaryotic cells to regulate protein activity involves attaching a phosphate group covalently to one of its amino acid side chains. Because each phosphate group carries two negative charges, the enzyme-catalyzed addition of a phosphate group to a protein can cause a major conformational change by, for example, attracting a cluster of positively charged amino acid side chains. This conformational change can, in turn, affect the binding of ligands elsewhere on the protein surface—thus altering the protein's activity. Removal of the phosphate group by a second enzyme returns the protein to its original conformation and restores its initial activity.

This reversible **protein phosphorylation** controls the activity of many different types of proteins in eucaryotic cells; in fact, this method is used so extensively that more than a third of the 10,000 or so proteins

**Figure 4–40 The equilibrium between two conformations of a protein is affected by ligand binding.** This schematic diagram shows a hypothetical enzyme in which an increase in the concentration of ADP molecules (*green wedges*) acts as an activator to increase the rate at which sugar molecules (*orange hexagons*) are oxidized. (A) This hypothetical enzyme is allosterically regulated. It might, for example, catalyze a rate-limiting step in either glycolysis or the citric acid cycle, because when ADP accumulates it feeds back to such enzymes to accelerate sugar catabolism, thereby increasing the rate of production of ATP from ADP. (B) With no ADP present, only a small fraction of the molecules spontaneously adopt the active (closed) conformation; most are in the inactive (open) conformation. (C) Because ADP can bind only to the protein in its closed conformation, ADP addition lowers the energy of the closed conformation, locking nearly all of the enzyme molecules in the active form.

INACTIVE

ADP   sugar

ADP

positive feedback

ACTIVE

(A)

(B)   10% active

(C)   100% active

BAXJIVI0010411



Figure 4–41 Protein phosphorylation is a very common means of regulating protein activity. Many thousands of proteins in a typical eucaryotic cell are modified by the covalent addition of a phosphate group. (A) The general reaction, shown here, entails transfer of a phosphate group from ATP to an amino acid side chain of the target protein by a protein kinase. Removal of the phosphate group is catalyzed by a second enzyme, a protein phosphatase. In this example, the phosphate is added to a serine side chain; in other cases, the phosphate is instead linked to the –OH group of a threonine or a tyrosine in the protein. (B) The phosphorylation of a protein by a protein kinase can either increase or decrease the protein's activity, depending on the site of phosphorylation and the structure of the protein.



**Question 4–8**

Explain how phosphorylation and the binding of a nucleotide can both be used to regulate protein activity. What do you suppose are advantages of either form of regulation?

in a typical mammalian cell appear to be phosphorylated at any one time. The addition and removal of phosphate groups from specific proteins often occurs in response to signals that specify some change in a cell's state. For example, the complicated series of events that takes place as a eucaryotic cell divides is timed in this way (discussed in Chapter 19). And many of the signals generated by hormones and neurotransmitters are carried from the plasma membrane to the nucleus by a cascade of protein phosphorylation events (discussed in Chapter 16).

Protein phosphorylation involves the enzyme-catalyzed transfer of the terminal phosphate group of ATP to the hydroxyl group on a serine, threonine, or tyrosine side chain of the protein. This reaction is catalyzed by a **protein kinase**. The reverse reaction—removal of the phosphate group, or *dephosphorylation*—is catalyzed by a **protein phosphatase** (Figure 4–41). Cells contain hundreds of different protein kinases, each responsible for phosphorylating a different protein or set of proteins. Cells also contain many different protein phosphatases; some of these are highly specific and remove phosphate groups from only one or a few proteins, whereas others act on a broad range of proteins. The state of phosphorylation of a protein at any moment in time, and thus its activity, will depend on the relative activities of the protein kinases and phosphatases that act on it.

For many proteins, a phosphate group is added to a particular side chain and then removed in a continuous cycle. Phosphorylation cycles of this kind allow proteins to switch rapidly from one state to another. The more rapidly the cycle is "turning," the faster the concentration of a phosphorylated protein can change in response to a sudden stimulus. The energy required to drive this cycle is derived from the free energy of hydrolysis of ATP, one molecule of which is consumed with each turn of the cycle.

## GTP-Binding Proteins Are Also Regulated by the Cyclic Gain and Loss of a Phosphate Group

Eucaryotic cells have a second way to regulate protein activity by phosphate addition and removal. In this case, instead of being enzymatically transferred from ATP to the protein, the phosphate is part of a guanine nucleotide—either guanosine triphosphate (GTP) or guanosine diphosphate (GDP)—that is bound tightly to the protein. Such **GTP-binding proteins** are in their active conformations with GTP bound; the protein itself then hydrolyzes this GTP to GDP—releasing a phosphate—and flips to an inactive conformation. As with protein phosphorylation, this process is reversible. The active conformation is regained by dissociation of the GDP, followed by the binding of a fresh molecule of GTP (Figure 4–42).

There are a large number of related GTP-binding proteins that function as molecular switches in cells. The dissociation of GDP and its replacement by GTP, which turns the switch on, is often stimulated in response to a signal received by the cell. The GTP-binding proteins often bind to other proteins to control enzyme activities, and their crucial role in intracellular signaling pathways will be discussed in detail in Chapter 16. Here we shall look at their general mechanism of action by examining the bacterial elongation factor EF-Tu, a small GTP-binding protein that helps to load tRNA molecules onto ribosomes during protein synthesis.

Analysis of the three-dimensional structure of EF-Tu has revealed how an allosteric transition triggered by the gain or loss of a phosphate on the bound guanine nucleotide can cause a major shape change in a GTP-binding protein. Figure 4–43 shows how the loss of a

BAXJIVI0001412



Figure 4–42 GTP-binding proteins form molecular switches. The activity of a GTP-binding protein generally requires the presence of a tightly bound GTP molecule (switch on). Hydrolysis of this GTP molecule produces GDP and inorganic phosphate ($P_i$), and it causes the protein to convert to a different, usually inactive, conformation (switch off). As shown here, resetting the switch requires that the tightly bound GDP dissociate, a slow step that is greatly accelerated by specific signals; once the GDP dissociates, a molecule of GTP is quickly re-bound.

single phosphate group, which initially causes only a tiny movement of 0.1 nm or so at the binding site, is magnified by the protein to create a movement 50 times larger. Dramatic shape changes of this type also underlie the very large movements created by the types of proteins that we consider next.

## Nucleotide Hydrolysis Allows Motor Proteins to Produce Large Movements in Cells

We have seen how conformational changes in proteins play a central part in enzyme regulation and cell signaling. But conformational changes also play another important role in the operation of the cell: they enable proteins whose major function is to move other molecules, the **motor proteins**, to generate the forces responsible for muscle contraction and the dramatic movements of cells. Motor proteins also power smaller-scale intracellular movements: they help move chromosomes to



Figure 4–43 A large conformational change is produced in response to nucleotide hydrolysis. (A) The structure of the elongation factor Tu (EF-Tu), a GTP-binding protein that plays a role in the elongation of the polypeptide chain during protein synthesis. (B) The hydrolysis of bound GTP in EF-Tu causes only a minute change in the position (equivalent to a few times the diameter of a hydrogen atom) of amino acids at the nucleotide-binding site. But this small change is magnified by conformational changes within the protein to produce a much larger movement. The hydrolysis of GTP releases an intramolecular bond, like a "latch" *(red dashes in the upper right diagram)*, which allows domains 2 and 3 to twist free and rotate by about 90° toward the viewer. This creates a major change in shape that releases the tRNA molecule that was initially tightly held by the protein, as required to allow protein synthesis to proceed on the ribosome. All of these structures were determined by X-ray crystallography; the structure at the *top* in (B) is the same as that in (A).

BAXJIVI0010413

opposite end of the cell during mitosis (discussed in Chapter 19), move organelles along molecular tracks within the cell (discussed in Chapter 17), and move enzymes along a DNA strand during the synthesis of a new DNA molecule (discussed in Chapter 6). An understanding of how proteins can operate as molecules with moving parts is therefore essential for understanding the molecular basis of cell behavior.

How are shape changes in proteins used to generate orderly movements in cells? If, for example, a protein is required to walk along a narrow thread such as a DNA molecule, it can do this by undergoing a series of conformational changes—as illustrated in Figure 4–44. However, with nothing to drive these changes in an orderly sequence—in one direction only—they will be perfectly reversible and the protein will wander randomly back and forth along the thread. We can look at this situation in another way. Because the directional movement of a protein does net work, the laws of thermodynamics demand that such movement utilize free energy from some other source, say, the hydrolysis of ATP. (Otherwise the protein could be used to make a perpetual motion machine!) Therefore, without an input of energy, the protein molecule can only wander aimlessly.

How, then, can one make the series of conformational changes unidirectional? To force the entire cycle to proceed in one direction, it is enough to make any one of the steps irreversible. For most proteins that are able to walk in a single direction for long distances, this irreversibility is achieved by coupling one of the conformational changes to the hydrolysis of an ATP molecule bound to the protein. The mechanism is similar to the one that drives allosteric shape changes by GTP hydrolysis. Because a great deal of free energy is released when ATP (or GTP) is hydrolyzed, it is very unlikely that the nucleotide-binding protein will undergo a reverse shape change—as required for moving backward—since this would require that it also reverse the ATP hydrolysis by adding a phosphate molecule to ADP to form ATP.

In the highly schematic model shown in Figure 4–45, ATP binding shifts a motor protein from conformation 1 to conformation 2. The bound ATP is then hydrolyzed to produce ADP and inorganic phosphate ($P_i$), causing a change from conformation 2 to conformation 3. Finally, the release of the bound ADP and $P_i$ drives the protein back to conformation 1. Because the transition $2 \rightarrow 3$ is driven by the energy provided by ATP hydrolysis, this series of conformational changes will be effectively irreversible. Thus the entire cycle will go in only one direction, causing the protein molecule to walk continuously to the right in this example. Many motor proteins generate directional movement in this general way, including the muscle motor protein *myosin*—which "runs" along actin filaments to generate muscle contraction (discussed in Chapter 17)—and the *kinesin* protein involved in chromosome movements at mitosis (discussed in Chapter 19). Such movements can be rapid: some of the motor proteins involved in DNA replication propel themselves along a DNA strand at rates as high as 1000 nucleotides per second.



**Figure 4–44 Changes in conformation allow a protein to "walk" along a filament or thread.** This protein's three different conformations allow it to wander randomly back and forth while bound to a thread or a filament. But without an input of energy to drive its movement in a single direction, the protein will only shuffle aimlessly, getting nowhere.

## Proteins Often Form Large Complexes That Function as Protein Machines

As one progresses from small, single-domain proteins to large proteins formed from many domains, the functions that the proteins can perform become more elaborate. The most impressive tasks, however, are carried out by large protein assemblies formed from many protein molecules. Now that it is possible to reconstruct biological processes in cell-free systems in the laboratory, it is clear that each central process in a

BAXJIVI0010414



**Figure 4–45 An allosteric motor protein, driven by ATP hydrolysis, moves in one direction.** An orderly transition among three conformations is driven by the hydrolysis of a bound ATP molecule. Because one of these transitions is coupled to the hydrolysis of ATP, the entire cycle is essentially irreversible. By repeated cycles the protein moves continuously to the right along the thread.

cell—such as DNA replication, protein synthesis, vesicle budding, and transmembrane signaling—is catalyzed by a highly coordinated, linked set of 10 or more proteins. In most such **protein machines** the hydrolysis of bound nucleoside triphosphates (ATP or GTP) drives an ordered series of conformational changes in some of the individual protein subunits, enabling the ensemble of proteins to move coordinately. In this way, the appropriate enzymes can be moved directly into the positions where they are needed to carry out successive reactions in a series as, for example, in protein synthesis on a ribosome (discussed in Chapter 7), or in DNA replication—where a large multiprotein complex moves rapidly along the DNA. A simple mechanical analogy is illustrated in Figure 4–46.

Through evolution, cells have built protein machines that are capable of carrying out most biological reactions. Cells employ protein machines for the same reason that humans have invented mechanical and electronic machines: for almost any task, manipulations that are spatially and temporally coordinated through linked processes are much more efficient than is the sequential use of individual tools.

## Large-Scale Studies of Protein Structure and Function Are Increasing the Pace of Discovery

We have made an enormous amount of progress in understanding the structure and function of proteins over the past 150 years (Table 4–2). These advances are the fruits of decades of painstaking research on isolated proteins, performed by individual scientists working tirelessly on single proteins or protein families, one by one, sometimes for their entire careers. But many future advances may come from **proteomics**, the large-scale study of cellular proteins in which the activities or structures of hundreds—even thousands—of proteins are analyzed at once. If scientists can perfect such methods, they might someday be able to



**Figure 4–46 "Protein machines" can carry out complex functions.** Protein assemblies often contain one or more protein subunits that can move in an orderly way when driven by the hydrolysis of a bound nucleotide (see Figure 4–43). Conformational changes of this type are especially useful to the cell if they occur in a large protein assembly in which the activities of several different protein molecules can be coordinated by the movements within the complex.

BAXJIVI0010415

**Table 4–2 Historical Landmarks in Our Understanding of Proteins**

| | |
|---|---|
| 1838 | The name **"protein"** (from the Greek *proteios*, "primary") was suggested by Berzelius for the complex nitrogen-rich substance found in the cells of all animals and plants. |
| 1819–1904 | Most of the 20 common **amino acids** found in proteins were discovered. |
| 1864 | Hoppe-Seyler crystallized, and named, the protein **hemoglobin**. |
| 1894 | Fischer proposed a **lock-and-key** analogy for enzyme–substrate interactions. |
| 1897 | Buchner and Buchner showed that cell-free extracts of yeast can ferment sucrose to form carbon dioxide and ethanol, thereby laying the foundations of **enzymology**. |
| 1926 | Sumner crystallized urease in pure form, demonstrating that proteins could possess the **catalytic activity** of enzymes; Svedberg developed the first **analytical ultracentrifuge** and used it to estimate the correct molecular weight of hemoglobin. |
| 1933 | Tiselius introduced **electrophoresis** for separating proteins in solution. |
| 1934 | Bernal and Crowfoot presented the first detailed **X-ray diffraction** patterns of a protein, obtained from crystals of the enzyme pepsin. |
| 1942 | Martin and Synge developed **chromatography**, a technique now widely used to separate proteins. |
| 1951 | Pauling and Corey proposed the structure of a helical conformation of a chain of amino acids—the α helix—and the structure of the β sheet, both of which were later found in many proteins. |
| 1955 | Sanger determined the analysis of the **amino acid sequence of insulin**, the first protein whose amino acid sequence was determined. |
| 1956 | Ingram produced the first **protein fingerprints**, showing that the difference between sickle-cell hemoglobin and normal hemoglobin is due to a change in a single amino acid. |
| 1960 | Kendrew described the first detailed **three-dimensional structure** of a protein (sperm whale myoglobin) to a resolution of 0.2 nm, and Perutz proposed a lower-resolution structure for hemoglobin. |
| 1963 | Monod, Jacob, and Changeux recognized that many enzymes are regulated through **allosteric changes** in their conformation. |

monitor all of the proteins that are present in a cell—assessing whether they are switched on (or off) and seeing which proteins they are partnered with—all in a single experiment.

Large-scale analyses of protein structures are already under way. Techniques are being scaled up and automated, allowing researchers to rapidly clone genes, produce proteins, grow crystals, and collect X-ray diffraction data for hundreds of proteins at a time. The goal is to catalog representative structures for every folding pattern that protein domains adopt in nature. The 2000 folding patterns already solved are estimated to comprise anywhere from one-fifth to one-half of the total. When the ultimate goal has been reached, one hopes to be able to take any amino acid sequence and predict the structure and function of the protein.

These powerful techniques should bring us closer to understanding the fundamental basis of living cells: how proteins work together to make it possible to create and maintain order in a universe that is always tending toward disorder.



**Question 4–9**

Explain why the enzymes in Figure 4–46 have a great advantage in opening the vault if they work as a protein complex, as opposed to working in an unlinked, sequential manner.

## Essential Concepts

- Living cells contain an enormously diverse set of protein molecules, each made as a linear chain of amino acids covalently linked together.
- Each type of protein has a unique amino acid sequence that determines both its three-dimensional shape and its biological activity.
- The folded structure of a protein is stabilized by noncovalent interactions between different parts of the polypeptide chain.
- Hydrogen bonds between neighboring regions of the polypeptide backbone can give rise to regular folding patterns, known as α helices and β sheets.

BAXJIVI0010416

- The structure of many proteins can be subdivided into smaller globular regions of compact three-dimensional structure, known as protein domains.
- The biological function of a protein depends on the detailed chemical properties of its surface and how it binds to other molecules, called ligands.
- Enzymes are proteins that first bind tightly to specific molecules, called substrates, and then catalyze the formation or breakage of covalent bonds in these molecules.
- At the active site of an enzyme, the amino acid side chains of the folded protein are precisely positioned so that they favor the formation of the high-energy transition states that the substrates must pass through to be converted to product.
- The three-dimensional structure of many proteins has evolved so that the binding of a small ligand can induce a significant change in protein shape.
- Most enzymes are allosteric proteins that can exist in two conformations that differ in catalytic activity, and the enzyme can be turned on or off by ligands that bind to a distinct regulatory site to stabilize either the active or the inactive conformation.
- The activities of most enzymes within the cell are strictly regulated. One of the most common forms of regulation is feedback inhibition, in which an enzyme early in a metabolic pathway is inhibited by its binding to one of the pathway's end products.
- Many thousands of proteins in a typical eucaryotic cell are regulated either by cycles of phosphorylation and dephosphorylation, or by the binding and hydrolysis of GTP by a GTP-binding protein.
- The hydrolysis of ATP to ADP by motor proteins produces directed movements in the cell.
- Highly efficient protein machines are formed by assemblies of allosteric proteins in which conformational changes are coordinated to perform complex cellular functions.

## Key Terms

| | |
|---|---|
| active site | helix |
| allosteric | ligand |
| α helix | motor protein |
| amino acid sequence | polypeptide backbone |
| antibody | protein |
| antigen | protein domain |
| β sheet | protein family |
| binding site | protein kinase |
| coiled-coil | protein machine |
| conformation | protein phosphatase |
| disulfide bond | protein phosphorylation |
| enzyme | secondary structure |
| feedback inhibition | side chain |
| fibrous protein | substrate |
| globular protein | subunit |
| GTP-binding protein | transition state |

BAXJIVI0010417

Panel 4-3 Cell breakage and initial fractionation of cell extracts

## BREAKING CELLS AND TISSUES

The first step in the purification of most proteins is to disrupt tissues and cells in a controlled fashion.

Using gentle mechanical procedures, called homogenization, the plasma membranes of cells can be ruptured so that the cell contents are released. Four commonly used procedures are shown here.

The resulting thick soup (called a homogenate or an extract) contains large and small molecules from the cytosol, such as enzymes, ribosomes, and metabolites, as well as all of the membrane-enclosed organelles.



(1) Break cells with high-frequency sound.



(2) Use a mild detergent to make holes in the plasma membrane.



cell suspension or tissue







(3) Force cells through a small hole using high pressure.





(4) Shear cells between a close-fitting rotating plunger and the thick walls of a glass vessel.



When carefully applied, homogenization leaves most of the membrane-enclosed organelles intact.

## THE CENTRIFUGE



swinging-arm rotor



armored chamber    sedimenting material

fixed-angle rotor

refrigeration    motor    vacuum

Many cell fractionations are done in a second type of rotor, a swinging-arm rotor.

centrifugal force

tube

metal bucket

CENTRIFUGATION

The metal buckets that hold the tubes are free to swing outward as the rotor turns.



CELL HOMOGENATE before centrifugation

BEFORE

CENTRIFUGATION



SUPERNATANT smaller and less dense components

PELLET larger and more dense components

AFTER

Centrifugation is the most widely used procedure to separate a homogenate into different parts, or fractions. The homogenate is placed in test tubes and rotated at high speed in a centrifuge or ultracentrifuge. Present-day ultracentrifuges rotate at speeds up to 100,000 revolutions per minute and produce enormous forces, as high as 600,000 times gravity.

Such speeds require centrifuge chambers to be refrigerated and evacuated so that friction does not heat up the homogenate. The centrifuge is surrounded by thick armor plating, because an unbalanced rotor can shatter with an explosive release of energy. A fixed-angle rotor can hold larger volumes than a swinging-arm rotor, but the pellet forms less evenly.



BAXJIVI0010418

## DIFFERENTIAL CENTRIFUGATION

Repeated centrifugation at progressively higher speeds will fractionate cell homogenates into their components.

Centrifugation separates cell components on the basis of size and density. The larger and denser components experience the greatest centrifugal force and move most rapidly. They sediment to form a pellet at the bottom of the tube, while smaller, less dense components remain in suspension above, a portion called the supernatant.



## VELOCITY SEDIMENTATION





centrifuge tube pierced at its base

automated rack of small collecting tubes allows fractions to be collected

Subcellular components sediment at different rates according to their size after being carefully layered over a dilute salt solution and then centrifuged through it. In order to stabilize the sedimenting components against convective mixing in the tube, the solution contains a continuous shallow gradient of sucrose that increases in concentration toward the bottom of the tube. This is typically 5–20% sucrose. When sedimented through such a dilute sucrose gradient, different cell components separate into distinct bands that can be collected individually.

After an appropriate centrifugation time the bands may be collected, most simply by puncturing the plastic centrifuge tube and collecting drops from the bottom, as shown here.

## EQUILIBRIUM SEDIMENTATION

The ultracentrifuge can also be used to separate cellular components on the basis of their buoyant density, independently of their size or shape. The sample is usually either layered on top of, or dispersed within, a steep density gradient that contains a very high concentration of sucrose or cesium chloride. Each subcellular component will move up or down when centrifuged until it reaches a position where its density matches its surroundings and then will move no further. A series of distinct bands will eventually be produced, with those nearest the bottom of the tube containing the components of highest buoyant density. The method is also called density-gradient centrifugation.



The sample is distributed throughout the sucrose density gradient.

At equilibrium, components have migrated to a region in the gradient that matches their own density.

A sucrose gradient is shown here, but denser gradients can be formed with cesium chloride that are particularly useful for separating the nucleic acids (DNA and RNA).

The final bands can be collected from the base of the tube, as shown above.

BAXJIVI0010419

## PROTEIN SEPARATION



Proteins are very diverse. They differ by size, shape, charge, hydrophobicity, and their affinity for other molecules. All of these properties can be exploited to separate them from one another so that they can be studied individually.

## THREE KINDS OF CHROMATOGRAPHY

Although the material used to form the matrix for column chromatography varies, it is usually packed in the column in the form of small beads. A typical protein purification strategy might employ in turn each of the three kinds of matrix described below, with a final protein purification of up to 10,000-fold.

Purity can easily be assessed by gel electrophoresis (see *opposite page*).

## COLUMN CHROMATOGRAPHY

Proteins are often fractionated by column chromatography. A mixture of proteins in solution is applied to the top of a cylindrical column filled with a permeable solid matrix immersed in solvent. A large amount of solvent is then pumped through the column. Because different proteins are retarded to different extents by their interaction with the matrix, they can be collected separately as they flow out from the bottom. According to the choice of matrix, proteins can be separated according to their charge, hydrophobicity, size, or ability to bind to particular chemical groups (see *below*).



## (A) ION-EXCHANGE CHROMATOGRAPHY



*Ion-exchange* columns are packed with small beads carrying either positive or negative charges that retard proteins of the opposite charge. The association between a protein and the matrix depends on the pH and ionic strength of the solution passing down the column. These can be varied in a controlled way to achieve an effective separation.

## (B) GEL-FILTRATION CHROMATOGRAPHY



Gel-filtration columns separate proteins according to their size. The matrix consists of tiny porous beads. Protein molecules that are small enough to enter the holes in the beads are delayed and travel more slowly through the column. Proteins that cannot enter the beads are washed out of the column first. Such columns also allow an estimate of protein size.

## (C) AFFINITY CHROMATOGRAPHY



Affinity columns contain a matrix covalently coupled to a molecule that interacts specifically with the protein of interest (e.g., an antibody, or an enzyme substrate). Proteins that bind specifically to such a column can subsequently be released by a pH change or by concentrated salt solutions, and they emerge highly purified.

BAXJIVI0010420

## GEL ELECTROPHORESIS



sample loaded onto gel by pipette

cathode

plastic casing

buffer

gel

(+) anode

buffer

When an electric field is applied to a solution containing protein molecules, the molecules will migrate in a direction and at a speed that reflects their size and net charge. This forms the basis of the technique called electrophoresis.



The detergent sodium dodecyl sulfate (SDS) is used to solubilize proteins for SDS polyacrylamide-gel electrophoresis (see below).

$CH_3$
$CH_2$
$CH_2$
$CH_2$
$CH_2$
$CH_2$
$CH_2$
$CH_2$
$CH_2$
$CH_2$
$CH_2$
$O$
$O=S=O$
$O^{\ominus}$  $Na^{\oplus}$

SDS

SDS polyacrylamide-gel electrophoresis (SDS-PAGE) Individual polypeptide chains form a complex with negatively charged molecules of sodium dodecyl sulfate (SDS) and therefore migrate as a negatively charged SDS–protein complex through a slab of porous polyacrylamide gel. The apparatus used for this electrophoresis technique is shown above (left). A reducing agent (mercaptoethanol) is usually added to break any –S–S– linkages in or between proteins. Under these conditions, proteins migrate at a rate that reflects their molecular weight.



protein with two subunits, A and B, joined by a disulfide bridge

single subunit protein

A   B

—S-S—

C

HEATED WITH SDS AND MERCAPTOETHANOL

SH
HS

negatively charged SDS molecules

A    B         C

POLYACRYLAMIDE-GEL ELECTROPHORESIS

B

C

A

slab of polyacrylamide gel

## ISOELECTRIC FOCUSING

For any protein there is a characteristic pH, called the isoelectric point, at which the protein has no net charge and therefore will not move in an electric field. In isoelectric focusing, proteins are electrophoresed in a narrow tube of polyacrylamide gel in which a pH gradient is established by a mixture of special buffers. Each protein moves to a point in the gradient that corresponds to its isoelectric point and stays there.



stable pH gradient

10  9   8   7   6   5   4

$\ominus$                          $\oplus$

At high pH, the protein is negatively charged.

At low pH, the protein is positively charged.

$\ominus$                          $\oplus$

$\ominus$                          $\oplus$

The protein shown here has an isoelectric pH of 6.5.

## TWO-DIMENSIONAL POLYACRYLAMIDE-GEL ELECTROPHORESIS

Complex mixtures of proteins cannot be resolved well on one-dimensional gels, but two-dimensional gel electrophoresis, combining two different separation methods, can be used to resolve more than 1000 proteins in a two-dimensional protein map. In the first step, native proteins are separated in a narrow gel on the basis of their intrinsic charge using isoelectric focusing (see left). In the second step, this gel is placed on top of a gel slab, and the proteins are subjected to SDS-PAGE (see above) in a direction perpendicular to that used in the first step. Each protein migrates to form a discrete spot.

All the proteins in an *E. coli* bacterial cell are separated in this 2-D gel, in which each spot corresponds to a different polypeptide chain. They are separated according to their isoelectric point from left to right and to their molecular weight from top to bottom. (Courtesy of Patrick O'Farrell.)



basic  ← stable pH gradient →  acidic

SDS migration (mol. wt. x $10^{-3}$)

100

50

25

BAXJIVI0010421

## THE ANTIBODY MOLECULE



Antibodies are proteins that bind very tightly to their targets (antigens). They are produced in vertebrates as a defense against infection. Each antibody molecule is made of two identical light chains and two identical heavy chains, so the two antigen-binding sites are identical.

## ANTIBODY SPECIFICITY



An individual animal can make billions of different antibody molecules, each with a distinct antigen-binding site. Each antibody recognizes its antigen with great specificity.

## ANTIBODIES DEFEND US AGAINST INFECTION



ANTIBODIES (Y) FORM AGGREGATES

Antibody and antigen aggregates are ingested by phagocytic cells.

Special proteins in blood kill antibody-coated bacteria or viruses.

## B CELLS PRODUCE ANTIBODIES

Antibodies are made by a class of white blood cells called B lymphocytes, or B cells. Each resting B cell carries a different membrane-bound antibody molecule on its surface that serves as a receptor for recognizing a specific antigen. When antigen binds to this receptor, the B cell is stimulated to divide and to secrete large amounts of the same antibody in a soluble form.

different B cells

Antigen binds to B cell sporting antibody that fits the antigen.

B cell is stimulated to make and secrete more of same antibody.

## RAISING ANTIBODIES IN ANIMALS

Antibodies can be made in the laboratory by injecting an animal (usually a mouse, rabbit, sheep, or goat) with antigen A.



inject antigen A          take blood later

Repeated injections of the same antigen at intervals of several weeks stimulate specific B cells to secrete large amounts of anti-A antibodies into the bloodstream.



Because many different B cells are stimulated by antigen A, the blood will contain a variety of anti-A antibodies, each of which binds A in a slightly different way.

BAXJIVI0010422

## USING ANTIBODIES TO PURIFY MOLECULES



**IMMUNOPRECIPITATION**

mixture of molecules

add specific anti-A antibodies

collect aggregate of A molecules plus anti-A antibodies by centrifugation

**IMMUNOAFFINITY COLUMN CHROMATOGRAPHY**

bead coated with anti-A antibodies

column packed with these beads

mixture of molecules

wash

elute antigen A

discard flow-through

wash

collect pure antigen A

---

## MONOCLONAL ANTIBODIES

Large quantities of a single type of antibody molecule can be obtained by fusing a B cell (taken from an animal injected with antigen A) with a tumor cell. The resulting hybrid cell divides indefinitely and secretes anti-A antibodies of a single (monoclonal) type.

B cell from animal injected with antigen A makes anti-A antibody but does not divide forever.

Tumor cell from cell culture divides indefinitely but does not make antibody.



FUSE ANTIBODY-SECRETING B CELL WITH TUMOR CELL

Hybrid cell makes anti-A antibody and divides indefinitely.

---

## USING ANTIBODIES AS MOLECULAR TAGS

couple to fluorescent dye, colloidal gold particle, or other special tag

specific antibodies against antigen A

labeled antibodies

**MICROSCOPIC DETECTION**





cell wall

Fluorescent antibody binds to antigen A in tissue and is detected by fluorescence in a light microscope. The antigen here is pectin in the cell walls of a slice of plant tissue.

Gold-labeled antibody binds to antigen A in tissue and is detected in an electron microscope. The antigen is pectin in the cell wall of a single plant cell.

**BIOCHEMICAL DETECTION**



Antigen A is separated from other molecules by electrophoresis.



incubation with the labeled antibodies that bind to antigen A allows the position of the antigen to be determined.



**Note**: In all cases, the sensitivity can be greatly increased by using multiple layers of antibodies. This "sandwich" method enables smaller numbers of antigen molecules to be detected.



Labeled second antibody (*blue*) binds to first antibody (*black*).

antigen

BAXJIVI0010423

# Questions

### Question 4–10

Which of the following statements are correct? Explain your answers.

A.  The active site of an enzyme usually occupies only a small fraction of its surface.

B.  Catalysis by some enzymes involves the formation of a covalent bond between an amino acid side chain and a substrate molecule.

C.  A β sheet can contain up to five strands, but no more.

D.  The specificity of an antibody molecule is contained exclusively in loops on the surface of the folded light-chain domain.

E.  The possible linear arrangements of amino acids are so vast that new proteins almost never evolve by alteration of old ones.

F.  Allosteric enzymes have two or more binding sites.

G.  Noncovalent bonds are too weak to influence the three-dimensional structure of macromolecules.

H.  Affinity chromatography separates molecules according to their intrinsic charge.

I.  Upon centrifugation of a cell homogenate, smaller organelles experience less friction and thereby sediment faster than larger ones.

### Question 4–11

What common feature of α helices and β sheets makes them universal building blocks for proteins?

### Question 4–12

Protein structure is determined solely by a protein's amino acid sequence. Should a genetically engineered protein in which the order of all amino acids is reversed therefore have the same structure as the original protein?

### Question 4–13

Consider the following protein sequence as an α helix: Leu-Lys-Arg-Ile-Val-Asp-Ile-Leu-Ser-Arg-Leu-Phe-Lys-Val. How many turns does this helix make? Do you find anything remarkable about the arrangement of the amino acids in this sequence when folded into an α helix? (Hint: consult the properties of the amino acids in Figure 4–3.)

### Question 4–14

Simple enzyme reactions often conform to the equation

$$E + S \rightleftharpoons ES \rightarrow EP \rightleftharpoons E + P$$

where E, S, and P are enzyme, substrate, and product, respectively.

A.  What does ES represent in this equation?

B.  Why is the first step shown with bidirectional arrows and the second step as a unidirectional arrow?

C.  Why does E appear at both ends of the equation?

D.  One often finds that high concentrations of P inhibit the enzyme. Suggest why this might occur.

E.  Compound X resembles S and binds to the active site of the enzyme but cannot undergo the reaction catalyzed by it. What effects would you expect the addition of X to the reaction to have? Compare the effects of X and of accumulation of P.

### Question 4–15

Which of the following amino acids would you expect to find more often near the center of a folded globular protein? Which ones would you expect to find more often exposed to the outside? Explain your answers. Ser, Ser-P (a Ser residue that is phosphorylated), Leu, Lys, Gln, His, Phe, Val, Ile, Met, Cys–S–S–Cys (two Cys residues that are disulfide-bonded), and Glu. Where would you expect to find the most N-terminal amino acid and the most C-terminal amino acid?

### Question 4–16

Assume you want to make and study fragments of a protein. Would you expect that any fragment of the polypeptide chain would fold the same way as the corresponding sequence folds in the intact protein? Consider the protein shown in Figure 4–19. Which fragments do you suppose are most likely to fold correctly?

### Question 4–17

An enzyme isolated from a mutant bacterium grown at 20°C works in a test tube at 20°C but not at 37°C (37°C is the temperature of the gut, where this bacterium normally lives). Furthermore, once the enzyme has been exposed to the higher temperature, it no longer works at the lower one. The same enzyme isolated from the normal bacterium works at both temperatures. Can you suggest what happens at the molecular level to the mutant enzyme as the temperature increases?

### Question 4–18

A motor protein moves along filaments in the cell. Why are the elements shown in the illustration not sufficient to provide unidirectionality to the movement (Figure Q4–18)? With reference to Figure 4–45, modify the illustration shown here to include other elements that are required to create a unidirectional motor, and justify each modification you make to the illustration.



Figure Q4–18

BAXJIVI0010424

**Question 4–19**

Gel-filtration chromatography separates molecules according to size (see Panel 4–4, p. 162). Smaller molecules diffuse faster in solution than larger ones, yet smaller molecules migrate more slowly through a gel-filtration column than larger ones. Explain this paradox. What should happen at very rapid flow rates?

**Question 4–20**

Both an $\alpha$ helix and the coiled-coil that forms from it are helical structures, but do they have the same handedness (refer to Figure 4–14)?

---

## Highlights from *Essential Cell Biology 2 Interactive* CD-ROM

4.1   $\alpha$ Helix

4.2   $\beta$ Sheet

4.11  The "Safe Crackers"

BAXJIVI0010425



DNA sequencing. The output from an automated DNA sequencing machine used by the Human Genome Project to determine the complete human DNA sequence. Each vertical lane shows the sequence of nucleotides in a given stretch of DNA. Each of the four different nucleotides is labeled with one of the four colored dyes. The order of the nucleotides is analyzed by a computer and assembled to give the continuous nucleotide sequence of each chromosome. This image shows the sequence of only a tiny part of one chromosome. (Courtesy of Sanger Institute/Wellcome Photo Library.)

BAXJIVI0010426



# DNA and Chromosomes

Life depends on the ability of cells to store, retrieve, and translate the genetic instructions required to make and maintain a living organism. This hereditary information is passed on from a cell to its daughter cells at cell division, and from generation to generation of organisms through the reproductive cells. These instructions are stored within every living cell in its genes—the information-containing elements that determine the characteristics of a species as a whole and of the individuals within it.

At the beginning of the twentieth century, when genetics emerged as a science, scientists became intrigued by the chemical nature of genes. The information in genes is copied and transmitted from cell to daughter cell millions of times during the life of a multicellular organism, and it survives the process essentially unchanged. What kind of molecule could be capable of such accurate and almost unlimited replication, and also be able to direct the development of an organism and the daily life of a cell? What kind of instructions does the genetic information contain? How are these instructions physically organized so that the enormous amount of information required for the development and maintenance of even the simplest organism can be contained within the tiny space of a cell?

The answers to some of these questions began to emerge in the 1940s, when it was discovered from studies in simple fungi that genetic information consists primarily of instructions for making proteins. Proteins are the macromolecules that perform most cellular functions: they serve as building blocks for cellular structures, they form the enzymes that catalyze all of the cell's chemical reactions, they regulate gene expression, and they enable cells to move and to communicate with each other. With hindsight, it is hard to imagine what other type of instructions the genetic information could have contained.

The other crucial advance made in the 1940s was the recognition that **deoxyribonucleic acid (DNA)** was the likely carrier of this genetic information. But the mechanism whereby the hereditary information is copied for transmission from cell to cell, and how proteins are specified by the instructions in the DNA, remained mysterious until 1953, when the structure of DNA was determined by James Watson and Francis Crick. The structure immediately revealed how DNA might be copied, or replicated, and provided the first clues about how a molecule of DNA might encode the instructions for making proteins. Today, the fact that DNA is the genetic material is so fundamental to biological thought that it is difficult to appreciate what an enormous intellectual gap this discovery filled.

In this chapter we begin by describing the structure of DNA. We see how, despite its chemical simplicity, the structure and chemical

The Structure and Function of DNA

A DNA Molecule Consists of Two Complementary Chains of Nucleotides

The Structure of DNA Provides a Mechanism for Heredity

The Structure of Eucaryotic Chromosomes

Eucaryotic DNA Is Packaged into Chromosomes

Chromosomes Contain Long Strings of Genes

Chromosomes Exist in Different States Throughout the Life of a Cell

Interphase Chromosomes Are Organized Within the Nucleus

The DNA in Chromosomes Is Highly Condensed

Nucleosomes Are the Basic Units of Chromatin Structure

Chromosomes Have Several Levels of DNA Packing

Interphase Chromosomes Contain Both Condensed and More Extended Forms of Chromatin

Changes in Nucleosome Structure Allow Access to DNA

BAXJIVI0010427



(A) dividing cell          nondividing cell



(B)

10 μm

**Figure 5–1 Chromosomes become visible as cells prepare to divide.** (A) Two adjacent plant cells photographed through a light microscope. The DNA has been stained with a fluorescent dye (DAPI) that binds to it. The DNA is present in chromosomes, which become visible as distinct structures in the light microscope only when they become compact structures in preparation for cell division, as shown on the *left*. The cell on the *right*, which is not dividing, contains the identical chromosomes; they cannot be distinguished as individual chromosomes in the light microscope at this phase in the cell's life cycle because their DNA is in a much more extended conformation. (B) Schematic diagram of the outlines of the two cells along with their chromosomes. (A, courtesy of Peter Shaw.)

properties of DNA make it ideally suited as the raw material of genes. The genes of every cell on Earth are made of DNA, and insights into the relationship between DNA and genes have come from experiments in a wide variety of organisms. We then consider how genes and other important segments of DNA are arranged on the long molecules of DNA that are present in chromosomes. Finally, we discuss how eucaryotic cells fold these long DNA molecules into compact chromosomes. This packing has to be done in an orderly fashion so that the chromosomes can be replicated and apportioned correctly between the two daughter cells at each cell division. It must also allow access of chromosomal DNA to enzymes that repair it when it is damaged and to the specialized proteins that direct the expression of its many genes.

This is the first of five chapters that deal with basic genetic mechanisms—the ways in which the cell maintains, replicates, expresses, and occasionally improves the genetic information carried in its DNA. In the following chapter (Chapter 6) we discuss the mechanisms by which the cell accurately replicates and repairs DNA; we also describe how DNA sequences can be rearranged through the process of genetic recombination. Gene expression—the process through which the information encoded in DNA is interpreted by the cell to guide the synthesis of proteins—is the main topic of Chapter 7. In Chapter 8, we describe how gene expression is controlled by the cell to ensure that each of the many thousands of proteins encrypted in its DNA is manufactured at the proper time and place in the life of the cell. We turn in Chapter 9 to a discussion of how present-day genes and genomes evolved from distant ancestors. Following these five chapters on basic genetic mechanisms, we present an account of the experimental techniques used to study DNA and the role it plays in these fundamental cellular processes (Chapter 10).

## The Structure and Function of DNA

Well before biologists understood the structure of DNA, they had recognized that genes are carried on *chromosomes*, which were discovered in the nineteenth century as threadlike structures in the nucleus of the eucaryotic cell that become visible as the cell begins to divide (Figure 5–1). As biochemical analysis became possible, researchers learned that chromosomes contain both DNA and protein. But which of these components encoded the organism's genetic information was not immediately clear.

We now know that the DNA carries the hereditary information of the cell, and that the protein components of chromosomes function largely to package and control the enormously long DNA molecules. But biologists in the 1940s had difficulty accepting DNA as the genetic material because of the apparent simplicity of its chemistry (see How We Know, pp. 172–174). DNA was thought of as simply a long polymer composed of only four types of subunits, which resemble one another chemically.

Then, early in the 1950s, DNA was examined by X-ray diffraction analysis, a technique for determining the three-dimensional atomic structure of a molecule (discussed in Chapter 4, pp. 129–131). The early X-ray diffraction results indicated that DNA was composed of two strands wound into a helix. The observation that DNA was double-stranded was of crucial significance. It provided one of the major clues that led, in 1953, to a correct model for the structure of DNA. Only when the Watson–Crick model of DNA structure was proposed did its potential for replication and information encoding become apparent.

In this section, we examine the structure of the DNA molecule and explain in general terms how it is able to store hereditary information.

BAXJIVI0010428

## A DNA Molecule Consists of Two Complementary Chains of Nucleotides

A DNA molecule consists of two long polynucleotide chains known as *DNA chains*, or *DNA strands*. Each of these chains is composed of four types of nucleotide subunits, and the two chains are held together by *hydrogen bonds* between the base portions of the nucleotides (Figure 5–2). As we saw in Chapter 2 (Panel 2–6, pp. 76–77), nucleotides are composed of a five-carbon sugar to which are attached one or more phosphate groups and a nitrogen-containing base. In the case of the nucleotides in DNA, the sugar is deoxyribose attached to a single phosphate group (hence the name deoxyribonucleic acid), and the base may be either *adenine (A)*, *cytosine (C)*, *guanine (G)*, or *thymine (T)*. The nucleotides are covalently linked together in a chain through the sugars and phosphates, which thus form a "backbone" of alternating sugar–phosphate–sugar–phosphate (see Figure 5–2). Because it is only the base that differs in each of the four types of subunits, each polynucleotide chain in DNA can be thought of as a necklace (the backbone) strung with four types of beads (the four bases A, C, G, and T). These same symbols (A, C, G, and T) are also commonly used to denote the four different nucleotides, that is, the bases with their attached sugar and phosphate groups.

The way in which the nucleotide subunits are linked together gives a DNA strand a chemical polarity. If we imagine that each nucleotide has a knob (the phosphate) and a hole (see Figure 5–2), each completed chain, formed by interlocking knobs with holes, will have all of its subunits lined up in the same orientation. Moreover, the two ends of the



**Figure 5–2 DNA is made of four nucleotide building blocks.** The nucleotides are covalently linked together into polynucleotide chains with a sugar–phosphate backbone from which the bases (A, C, G, and T) extend. A DNA molecule is composed of two polynucleotide chains (DNA strands) held together by hydrogen bonds between the paired bases. The *arrows* on the DNA strands indicate the polarities of the two strands, which run antiparallel to each other in the DNA molecule. In the diagram at the bottom left of the figure, the DNA is shown straightened out; in reality, it is wound into a double helix, as shown on the right.

BAXJIVI0010429

How We Know: Genes Are Made of DNA



By the 1920s, scientists generally agreed that genes reside on chromosomes, and they knew that chromosomes are composed of both DNA and proteins. But the connection between genes and DNA was not immediately accepted. Because DNA is so chemically simple, researchers naturally assumed that genes had to be made of proteins, which are much more chemically diverse. Even when the experimental evidence suggested otherwise, this assumption proved hard to shake.

### Messages from the dead
The case for DNA began to take shape in the late 1920s, when a British medical officer named Fred Griffith made an astonishing discovery. He was studying *Streptococcus pneumoniae,* the bacterium that causes pneumonia. As antibiotics had not yet been discovered, infection with this organism was usually fatal. When grown in the laboratory, the bacteria come in two forms—a lethal form that causes disease when injected into animals, and a harmless form that is easily conquered by the animal's immune system and produces no infection.

In the course of his investigations, Griffith injected various preparations of these bacteria into mice. He confirmed the disease-causing tendencies of the two strains, and showed that pneumococci that had been killed by heating were unable to cause infection. The surprise came when Griffith injected both heat-killed pathogenic cells and live harmless cells into the same mouse. This mixture proved a lethal combination: not only did the animal die of pneumonia, but Griffith found that its blood was teeming with living bacteria of the pathogenic form (Figure 5–3). The heat-killed pneumococci had somehow converted the innocuous bacteria into the lethal form. What's more, Griffith found that the change was permanent: he could grow these transformed bacteria in culture and they remained virulent. But what was this mysterious material that turned harmless bacteria into killers? And how was this change passed on to progeny bacteria?

### Blowing bubbles
Griffith's remarkable finding set the stage for the experiments that would provide the first strong evidence that genes are made of DNA. The American bacteriologist Oswald Avery, following up on Griffith's work, discovered that the harmless pneumococci could be transformed into a pathogenic strain in a culture tube by exposing it to an extract prepared from the disease-causing strain. It would take another 15 years, however, for Avery and his colleagues Colin MacLeod and Maclyn McCarty to successfully

purify the "transforming principle" from this soluble extract and to demonstrate that the active ingredient was DNA. Because the transforming principle caused a heritable change in the bacteria that received it, DNA must be the very stuff of which genes are made.

The delay was in part a reflection of the academic climate—and the widespread supposition that the genetic material was likely to be made of protein. Because of the potential ramifications of their work, the researchers wanted to be absolutely certain that the transforming principle was DNA before they announced their findings. As Avery noted in a letter to his brother, also a bacteriologist, "It's lots of fun to blow bubbles, but it's wiser to prick them yourself before someone else tries to." So the researchers subjected the material to a battery of chemical tests (Figure 5–4). They found that the transforming principle exhibited all the chemical properties characteristic of DNA; furthermore, they showed that enzymes that destroy proteins and RNA did not affect its ability to transform bacteria, while enzymes that digested DNA inactivated it. And like Griffith before them, the investigators found that their purified preparation changed the bacteria permanently: DNA from the virulent species was taken up by the harmless species, and this change was faithfully passed on to subsequent generations of bacteria.

This landmark study offered rigorous proof that purified DNA can act as genetic material. But the resulting paper drew remarkably little attention. Despite the meticulous care with which these experiments were performed, geneticists were not immediately convinced that DNA is the hereditary material. Many argued that the transformation might have been caused by some trace protein contaminant in the preparations. Or that the extract might contain a mutagen that alters the genetic material of the harmless bacteria—converting it to the pathogenic form—rather than containing the genetic material itself.

### Virus cocktails
The debate was not settled definitively until 1952, when Alfred Hershey and Martha Chase fired up their laboratory blender and demonstrated, once and for all, that genes are made of DNA. The researchers were studying T2—a virus that infects and eventually destroys the bacterium *E. coli.* These bacteria-killing viruses behave like little molecular syringes: they inject their genetic material into the host cell, while the empty virus heads remain outside the infected bacterium (Figure 5–5A). Once inside the cell, the viral genes direct the formation of new viral particles. Within



**Figure 5-3 Griffith demonstrates that heat-killed bacteria can transform living cells.** The bacterium *Streptococcus pneumoniae* comes in two forms that differ from one another in their microscopic appearance and in their ability to cause disease. Cells of the pathogenic strain, which are lethal when injected into mice, are encased in a slimy, glistening polysaccharide capsule. When grown on a plate of nutrients in the laboratory, this disease-causing bacterium forms colonies that look dome-shaped and smooth; hence it is designated the S form. The harmless strain of the pneumococcus, on the other hand, lacks this protective coat; it forms colonies that appear flat and rough—hence, it is referred to as the R form. Griffith found that a substance present in the virulent S strain could permanently change, or transform, the nonlethal R strain into the deadly S strain.

minutes, the infected cells explode, spewing thousands of new viruses into the medium. These then infect neighboring bacteria, and the process begins again.

The beauty of T2 is that these viruses contain only two kinds of molecules: DNA and protein. So the genetic material had to be one or the other. But which? The experiment was fairly

BAXJIVI0010431



**Figure 5–4 Avery, MacLeod, and McCarty demonstrate that DNA is the genetic material.** These researchers prepared an extract from the disease-causing S strain and identified the "transforming principle" that would permanently change R-strain pneumococci into the lethal S strain as DNA. This was the first evidence that DNA could serve as the genetic material.

straightforward. Because the viral genes enter the bacterial cell, while the rest of the viral particle remains outside, the researchers decided to radioactively label the protein in one batch of virus and the DNA in another. Then all they had to do was follow the radioactivity to see whether the DNA or the protein winds up inside the bacteria. To do this, the researchers incubated their labeled viruses with *E. coli*; after allowing a few minutes for infection to take place, they poured the mix into a Waring blender and hit "puree." The blender's spinning blades sheared the empty virus heads from the surfaces of the cells. The researchers then centrifuged the sample to separate the heavier, infected bacteria, which formed a pellet at the bottom of the centrifuge tube, from the empty viral coats, which remained in suspension (Figure 5–5B).

As you have probably surmised, Hershey and Chase found that the radioactive DNA entered the bacterial cells, while the labeled proteins remained with the empty virus heads. This radioactively labeled DNA, they found, was also incorporated into the next generation of virus particles. The experiment demonstrated conclusively that viral DNA enters bacterial host cells whereas viral protein does not. Thus the genetic material in this virus had to be made of DNA.

Together with the studies done by Avery, MacLeod, and McCarty, this evidence clinched the case for DNA as the agent of heredity.



**Figure 5–5 Hershey and Chase demonstrate definitively that genes are made of DNA.** (A) The researchers worked with T2 viruses, which are made of protein and DNA. Each virus acts as a molecular syringe, injecting its genetic material into a bacterium; the empty viral capsule remains attached to the outside of the cell. (B) To determine whether the genetic material of the virus is protein or DNA, the researchers radioactively labeled the DNA in one batch of viruses with $^{32}P$ and the proteins in a second batch of viruses with $^{35}S$. Because DNA lacks sulfur and proteins lack phosphorus, these radioactive isotopes provided a handy way for the researchers to distinguish these two types of molecules. These labeled viruses were then allowed to infect *E. coli*, and the mixture was disrupted by brief pulsing in a Waring blender to separate the infected bacteria from the empty viral heads. When the researchers measured the radioactivity, they found that most of the $^{32}P$-labeled DNA had entered the bacterial cells, while most of the $^{35}S$-labeled proteins remained in solution with the spent viral particles.

BAXJIVI0010432



Figure 5–6 Complementary base pairs are formed in the DNA double helix. The shapes and chemical structure of the bases allow hydrogen bonds to form efficiently only between A and T and between G and C, where atoms that are able to form hydrogen bonds (see Panel 2–1, pp. 66–67) can be brought close together without perturbing the double helix. Two hydrogen bonds form between A and T, while three form between G and C. The bases can pair in this way only if the two polynucleotide chains that contain them are antiparallel, that is, oriented in opposite polarities.

chain will be easily distinguishable, as one has a hole (the 3′ hydroxyl) and the other a knob (the 5′ phosphate) at its terminus. This polarity in a DNA chain is indicated by referring to one end as the *3′ end* and the other as the *5′ end*. This convention is based on the details of the chemical linkage between the nucleotide subunits.

The two polynucleotide chains in the DNA **double helix** are held together by hydrogen-bonding between the bases on the different strands. All the bases are therefore on the inside of the helix, with the sugar–phosphate backbones on the outside (see Figure 5–2). The bases do not pair at random, however: A always pairs with T, and G with C (Figure 5–6). In each case, a bulkier two-ring base (a purine; discussed in Chapter 2) is paired with a single-ring base (a pyrimidine). This *complementary base-pairing* enables the **base pairs** to be packed in the energetically most favorable arrangement in the interior of the double helix. In this arrangement, each base pair is of similar width, thus holding the sugar–phosphate backbones an equal distance apart along the DNA molecule (Figure 5–7). The two sugar–phosphate backbones twist



Figure 5–7 The two strands of the DNA double helix are held together by base pairing. A short section of the double helix viewed from its side. Four base pairs are shown. The nucleotides are linked together covalently by phosphodiester bonds through the 3′-hydroxyl (–OH) group of one sugar and the 5′-phosphate (PO₄) of the next. Thus, each polynucleotide strand has a chemical polarity; that is, its two ends are chemically different. The 3′ end carries an unlinked –OH group attached to the 3′ position on the sugar ring; the 5′ end carries a free phosphate group attached to the 5′ position on the sugar ring.

BAXJIVI0010433



0.34 nm

minor groove

major groove

2 nm

Figure 5–8 The DNA double helix has a major and a minor groove. This space-filling model shows 1.5 turns of the DNA double helix. The coiling of the two strands around each other creates two grooves in the double helix. As indicated in the figure, the wider groove is called the major groove, and the smaller, the minor groove.





### Question 5–1

Which of the following statements are correct? Explain your answers.

A. A DNA strand has a polarity because the bases contain hydrophilic amino groups.

B. G-C base pairs are more stable than A-T base pairs.

around one another to form a double helix containing 10 bases per helical turn (Figure 5–8). This winding also contributes to the energetically favorable conformation of the DNA double helix.

The members of each base pair can fit together within the double helix only if the two strands of the helix are **antiparallel**, that is, only if the polarity of one strand is oriented opposite to that of the other strand (see Figure 5–2). A consequence of these base-pairing requirements is that each strand of a DNA molecule contains a sequence of nucleotides that is exactly **complementary** to the nucleotide sequence of its partner strand. This is of crucial importance for the copying of DNA, as we shall see in Chapter 6.

## The Structure of DNA Provides a Mechanism for Heredity

Genes carry biological information that must be copied and transmitted accurately when a cell divides to form two daughter cells. This situation poses two central biological problems: how can the information for specifying an organism be carried in chemical form, and how is it accurately copied? The discovery of the structure of the DNA double helix was a landmark in twentieth-century biology because it immediately suggested answers to these two questions, and thereby resolved at the molecular level the problem of heredity. In this chapter we outline the answer to the first question, and in the next chapter we address in detail the answer to the second.

DNA encodes information in the order, or sequence, of the nucleotides along each strand. Each base—A, C, T, or G—can be considered as a letter in a four-letter alphabet that is used to spell out biological messages in the chemical structure of the DNA (Figure 5–9). Organisms differ from one another because their respective DNA molecules have different nucleotide sequences and, consequently, carry different biological messages. But how is the nucleotide alphabet used to make up messages, and what do they spell out?

It had already been established some time before the structure of DNA was determined that genes contain the instructions for producing proteins (Figure 5–10). The DNA messages, therefore, must somehow encode proteins. Consideration of the chemical character of proteins makes the problem easier to define. As discussed in Chapter 4, the function of a protein is determined by its three-dimensional structure, and its structure in turn is determined by the sequence of the amino acids of which it is composed. The linear sequence of nucleotides in a gene must therefore somehow spell out the linear sequence of amino acids in a protein.

The exact correspondence between the 4-letter nucleotide alphabet of DNA and the 20-letter amino acid alphabet of proteins—the genetic code—is not obvious from the structure of the DNA molecule.

(A) molecular biology is...

(B)



(C) ▪━ ▪ ▪ ▪━━▪ ▪ ▪ ▪ ▪━━━▪ ▪

(D) 细胞生物学乐趣无穷

(E) TTCGAGCGACCTAACCTATAG

Figure 5–9 Linear messages come in many forms. The languages are, (A) English, (B) a musical score, (C) Morse code, (D) Chinese, and (E) DNA.



Figure 5–10 Genes contain information to make proteins.

BAXJIVI0010434

**Figure 5-11 Gene sequences can be written down and read like any text.** Presented here is the sequence of nucleotides in the human β-globin gene. This gene carries the information for the amino acid sequence of one of the two types of subunits of the hemoglobin molecule, which carries oxygen in the blood. A different gene, the α-globin gene, carries the information for the other type of hemoglobin subunit (a hemoglobin molecule has four subunits, two of each type). Only one of the two strands of the DNA double helix containing the β-globin gene is shown; the other strand has the exact complementary sequence. The sequence should be read left to right in successive lines down the page as if it were normal English text. The DNA sequences highlighted in color show the three regions of the gene that specify the amino acid sequence for the β-globin protein. We will see in Chapter 7 how the cell connects these three sequences together in order to synthesize a full-length β-globin protein.



and it took more than a decade after the discovery of the double helix to work it out. In Chapter 7, we describe this code in detail in the course of elaborating the process, known as *gene expression*, through which a cell converts the nucleotide sequence of a gene into the amino acid sequence of a protein.

The complete set of information in an organism's DNA is called its **genome** (the term is also used to refer to the DNA that carries this information). The total amount of this information is staggering: written out in the four-letter nucleotide alphabet, the nucleotide sequence of a small gene from humans occupies a quarter of a page of text (Figure 5–11), while the complete sequence of the human genome would fill more than 1000 books the size of this one. Herein lies a problem that affects the architecture of all eucaryotic chromosomes: how can all this information be packed neatly into every cell nucleus? In the remainder of this chapter we discuss the answer to this fundamental question.

## The Structure of Eucaryotic Chromosomes

Large amounts of DNA are required to encode all the information needed to make just a single-celled bacterium, and far more DNA is needed to encode the instructions for the development of multicellular organisms like ourselves. Each human cell contains about 2 m of DNA; yet the cell nucleus is only 5 to 8 μm in diameter. Tucking all this material into such a small space is the equivalent of trying to fold 40 km (24 miles) of extremely fine thread into a tennis ball.

In eucaryotic cells, enormously long double-stranded DNA molecules are packaged into *chromosomes* that not only fit readily inside the nucleus but can be easily apportioned between the two daughter cells at each cell division. As we see in this section, the complex task of packaging DNA is accomplished by specialized proteins that bind to and fold the DNA, generating a series of coils and loops that provide increasingly higher levels of organization and that prevent the DNA from becoming an unmanageable tangle. Amazingly, the DNA is compacted in such an orderly fashion that it can become accessible to all of the enzymes and other proteins that replicate it, repair it, and use its genes to produce proteins.

Bacteria typically carry their genes on a single, circular DNA molecule. This DNA is also associated with proteins that condense DNA, but they differ from the proteins that package eucaryotic DNA. Although it is often called a bacterial "chromosome," this procaryotic DNA does not have the same structure as eucaryotic chromosomes, and less is known

BAXJIVI0010435

about how it is packaged. Our discussion of chromosome structure in this chapter will therefore focus entirely on eucaryotic chromosomes.

## Eucaryotic DNA Is Packaged into Chromosomes

In eucaryotes, such as ourselves, the DNA in the nucleus is distributed among a set of different **chromosomes**. The human genome, for example, contains approximately $3.2 \times 10^9$ nucleotides distributed over 24 chromosomes. Each chromosome consists of a single, enormously long, linear DNA molecule associated with proteins that fold and pack the fine thread of DNA into a more compact structure. The complex of DNA and protein is called *chromatin* (from the Greek *chroma*, "color," because of its staining properties). In addition to the proteins involved in packaging the DNA, chromosomes are also associated with other proteins involved in gene expression, DNA replication, and DNA repair.

With the exception of the germ cells (sperm and eggs) and highly specialized cells that lack DNA entirely (such as the red blood cell), human cells each contain two copies of each chromosome, one inherited from the mother and one from the father; the maternal and paternal chromosomes of a pair are called *homologous chromosomes (homologs)*. The only nonhomologous chromosome pairs are the sex chromosomes in males, where a *Y chromosome* is inherited from the father and an *X chromosome* from the mother.

Human chromosomes can be distinguished by *DNA hybridization* (described in detail in Chapter 10); the technique uses a set of DNA molecules coupled to fluorescent molecules to "paint" each chromosome a different color (Figure 5–12). But the more traditional way of distinguishing one chromosome from another is to stain the chromosomes with dyes that bind to certain types of DNA sequences. These dyes mainly distinguish between DNA that is rich in A-T nucleotide pairs and DNA that is G-C rich, and they produce a striking and reliable pattern of bands along each chromosome (Figure 5–13). The pattern of bands on each type of chromosome is unique, allowing each chromosome to be identified and numbered.

A display of the full set of 46 human chromosomes is called the human **karyotype**. If parts of a chromosome are lost, or switched between chromosomes, these changes can be detected by changes in the banding patterns. Cytogeneticists use alterations in banding patterns to detect chromosomal abnormalities that are associated with some inherited defects (Figure 5–14) and with certain types of cancer.

**Figure 5–12 Each human chromosome can be "painted" a different color to allow its unambiguous identification under the light microscope.** The chromosomes, from a male, were isolated from a cell undergoing nuclear division (mitosis) and are therefore in a highly compact state. Chromosome painting is carried out by exposing the chromosomes to a collection of human DNA molecules that have been coupled to a combination of fluorescent dyes. For example, DNA molecules derived from Chromosome 1 are labeled with one specific dye combination, those from Chromosome 2 with another, and so on. Because the labeled DNA can form base pairs, or hybridize, only to its chromosome of origin (discussed in Chapter 10), each chromosome is differently labeled. For such experiments, the chromosomes are subjected to treatments that separate the double-helical DNA into individual strands, to enable base-pairing with the single-stranded labeled DNA while keeping the chromosome structure relatively intact. (A) The chromosomes as visualized as they originally spilled from the lysed cell. (B) The same chromosomes artificially lined up in order. In this karyotype, the homologous chromosomes are numbered and arranged in pairs; the presence of a Y chromosome indicates that the DNA was isolated from a male. (From E. Schröck et al., *Science* 273:494–497, 1996. © AAAS.)



(A)                                    (B)

BAXJIVI0010436



Figure 5–13 Unique banding patterns allow the identification of each human chromosome. Chromosomes 1 through 22 are numbered in approximate order of size. A typical human somatic (that is, non-germ) cell contains two of each of these chromosomes plus two sex chromosomes—two X chromosomes in a female, one X and one Y chromosome in a male. The chromosomes used to make these maps were stained at an early stage in mitosis, when the DNA is compacted. The *horizontal line* represents the position of the centromere, which appears as a constriction on mitotic chromosomes; the *knobs* on Chromosomes 13, 14, 15, 21, and 22 indicate the positions of genes that code for the large ribosomal RNAs (discussed in Chapter 7). These patterns are obtained by staining chromosomes with Giemsa stain, which produces dark bands in regions rich in A-T nucleotide pairs. (Adapted from U. Franke, *Cytogenet. Cell Genet.* 31:24–32, 1981.)

## Chromosomes Contain Long Strings of Genes

The most important function of chromosomes is to carry genes—the functional units of heredity (Figure 5–15). A gene is usually defined as a segment of DNA that contains the instructions for making a particular protein (or, in some cases, a set of closely related proteins). Although this definition fits the majority of genes, some genes direct the production of an RNA molecule, instead of a protein, as their final product. Like proteins, RNA molecules perform a diverse set of structural and catalytic functions in the cell, as we will see in later chapters.

As might be expected, a correlation exists between the complexity of an organism and the number of genes in its genome. For example, the total number of genes range from less than 500 for a simple bacterium to about 30,000 for humans. Bacteria and some single-celled eucaryotes have especially compact genomes: the DNA molecules that make up their chromosomes are little more than strings of closely packed genes. However, chromosomes from many eucaryotes (including humans) contain, in addition to genes, a large excess of interspersed DNA that does not seem to carry critical information. This DNA is sometimes called junk DNA, as its usefulness to the cell has not yet been clearly demonstrated. Although the particular nucleotide sequence of this DNA may not be important, the DNA itself—acting as spacer material—may be crucial for the long-term evolution of the species and for the proper activity of genes.



Figure 5–14 Abnormal chromosomes are associated with some inherited genetic defects. (A) A pair of chromosomes from a patient with inherited ataxia, a disease characterized by progressive deterioration of motor skills. The patient has one normal Chromosome 12 *(left)* and one aberrant Chromosome 12, as seen by its greater length. The additional material contained on the aberrant Chromosome 12 was deduced, from its pattern of bands, as a piece of Chromosome 4 that had become inappropriately attached to Chromosome 12. (B) The chromosomes are shown here with the segment corresponding to Chromosome 4 DNA "painted" *blue* and the parts corresponding to Chromosome 12 DNA painted *purple*. (From E. Schröck et al., *Science* 273:494–497, 1996. © AAAS.)

BAXJIVI0010437



KEY:

%GC content
25    65

known and predicted genes
identified on top strand of DNA

known and predicted genes
identified on bottom strand of DNA

height of the bar
is related to the
certainty that the
indicated region
is truly a gene

100,000 nucleotide pairs

color code for sequence similarity
of genes identified

MWY        WY

MW         W

MY         Y

M          no similarity
           to MWY

M = mammalian
W = *C. elegans* (worm)
Y = *S. cerevisiae* (yeast)

BAXJIVI0010438

Figure 5–15 *(opposite page)* The genes carried on a portion of chromosome 2 from the fruit fly *Drosophila melanogaster* are depicted. This figure represents approximately 3% of the total *Drosophila* genome, arranged as six contiguous segments. As summarized in the key, the symbolic representations are *rainbow-colored horizontal bar*, G–C base-pair content; *vertical colored bars*, genes (both known and predicted) coded on one strand of DNA (boxes *above* the midline) and genes coded on the other strand (bars *below* the midline). As indicated in the key, the height of each gene bar is related to the certainty with which it represents a true gene: the higher the bar, the higher the confidence. The color of each gene bar (see *color code* in the key) indicates whether a closely related gene is found in other organisms. For example, MWY means the gene has close relatives in mammals, in the nematode worm *Caenorhabditis elegans*, and in the yeast *Saccharomyces cerevisiae*. MW indicates the gene has close relatives in mammals and the worm but not in yeast. (From Mark D. Adams et al., *Science* 287:2185–2195, 2000. © AAAS.)

In general, the more complex an organism is, the larger its genome. But this relationship does not always hold true. The human genome, for example, is 200 times larger than that of the yeast *S. cerevisiae*, but 30 times smaller than that of some plants and 200 times smaller than that of a species of amoeba. Furthermore, how the DNA is apportioned over chromosomes also differs from one species to another. Humans have 46 chromosomes, but a species of small deer has only 6, while certain carp species have more than 100. Even closely related species with similar genome sizes can have very different numbers and sizes of chromosomes (Figure 5–16). Thus, although gene number is roughly correlated with species complexity, there is no simple relationship between gene number, chromosome number, and total genome size. The genomes and chromosomes of modern species have each been shaped by a unique history of seemingly random genetic events, acted on by selection pressures.

## Chromosomes Exist in Different States Throughout the Life of a Cell

To form a functional chromosome, a DNA molecule must do more than simply carry genes: it must be able to replicate, and the replicated copies must be separated and partitioned reliably into daughter cells at each cell division. These processes occur through an ordered series of stages, known collectively as the **cell cycle**. This cycle of cell growth is briefly summarized in Figure 5–17 and will be discussed in detail in Chapter 19. Only two of these stages need concern us in this chapter: *interphase*, when chromosomes are duplicated; and *mitosis*, when they are distributed to the two daughter nuclei.

During interphase, the chromosomes are extended as long, thin, tangled threads of DNA in the nucleus and cannot be easily distinguished in

**Question 5–2**

In a DNA double helix, adjacent nucleotide pairs are 0.34 nm apart. Use Figure 5–13 to estimate the length of the DNA in human Chromosome 1 if it were unraveled and stretched out. If the actual length of Chromosome 1 at this stage of mitosis is approximately 10 µm, what is the degree of compaction of the DNA in this state?

**Figure 5–16** Closely related species can have very different chromosome numbers. In the evolution of the Indian muntjac deer, chromosomes that were initially separate fused without having a major effect on the animal. The two species shown have roughly the same number of genes. (Adapted from M.W. Strickberger, *Evolution*, 3rd edn. Sudbury, MA: Jones & Bartlett Publishers, 2000.)



Chinese muntjac

Indian muntjac

BAXJIVI0010439



**Figure 5–17 Replication and segregation of chromosomes occur through an ordered series of stages, called the cell cycle.** During interphase, the cell is actively expressing its genes. Still during interphase and before cell division, the DNA is replicated and the chromosomes are duplicated. Once DNA replication is complete, the cell can enter M phase, when mitosis occurs. Mitosis is the division of the nucleus. During this stage, the chromosomes condense, gene expression largely ceases, the nuclear envelope breaks down, and the mitotic spindle forms from microtubules and other proteins. The condensed chromosomes are captured by the mitotic spindle, and one complete set of chromosomes is pulled to each end of the cell. A nuclear envelope forms around each chromosome set, and in the final step of M phase, the cell divides to produce two daughter cells.

the light microscope. We refer to chromosomes in this extended state as *interphase chromosomes*. Specialized DNA sequences found in all eucaryotes ensure that the interphase chromosomes replicate efficiently (Figure 5–18). One type of nucleotide sequence acts as a **replication origin**, the location at which duplication of the DNA begins, as we discuss in Chapter 6. Eucaryotic chromosomes contain many replication origins to ensure that the entire chromosome can be replicated rapidly. Another DNA sequence forms the **telomeres** found at each of the two ends of a chromosome. Telomeres contain repeated nucleotide sequences that enable the ends of chromosomes to be replicated. They also protect the end of the chromosome from being mistaken by the cell as a broken DNA molecule in need of repair. We discuss telomere replication and function further in the following chapters.

As the cell cycle proceeds, the DNA coils up, adopting a more and more compact structure, until the highly condensed *mitotic chromosomes* have been formed. This is the form in which chromosomes are most easily visualized: in fact, all of the images of chromosomes shown so far in the chapter are of mitotic chromosomes. In this highly condensed state, duplicated chromosomes can be easily separated when the cell divides. It is the presence of the third specialized DNA sequence, the **centromere**, that allows one copy of each duplicated chromosome to be apportioned to each daughter cell (see Figure 5–17).

**Figure 5–18 Three DNA sequence elements are needed to produce a eucaryotic chromosome that can be replicated and then segregated at mitosis.** Each chromosome has multiple origins of replication, one centromere, and two telomeres. Shown schematically is the sequence of events that a typical chromosome follows during the cell cycle. The DNA replicates in interphase beginning at the origins of replication and proceeding bidirectionally from the origins across the chromosome. In M phase, the centromere attaches the duplicated chromosomes to the mitotic spindle so that one copy is distributed to each daughter cell during mitosis. The centromere also helps to hold the duplicated chromosomes together until they are ready to be moved apart. The telomeres form special caps at each chromosome end.



BAXJIVI0010440



Figure 5–19 Interphase chromosomes are organized within the nucleus. (A) Electron micrograph of a thin section through the nucleus of a human fibroblast. The nucleus is surrounded by a nuclear envelope composed of a double membrane, perforated by nuclear pores. Inside the nucleus, the chromatin appears as a diffuse speckled mass, with especially dense chromosomal regions, called heterochromatin (dark staining), located mainly around the periphery, immediately under the nuclear envelope. The large dark region is the nucleolus. (B) Diagrammatic view of a cross section of a typical cell nucleus. The nuclear envelope consists of two membranes, the outer one being continuous with the endoplasmic reticulum. Two networks of cytoskeletal filaments (green) provide mechanical support for the nuclear envelope; the one inside the nucleus forms a sheetlike nuclear lamina lining the internal face of the inner nuclear membrane. The nucleolus (gray) is the site of ribosomal RNA synthesis. (A, courtesy of E.G. Jordan and J. McGovern.)

## Interphase Chromosomes Are Organized Within the Nucleus

Despite the fact that the chromosomes of cells in interphase are very much longer and finer than mitotic chromosomes, they are thought to be well organized within the nucleus. The nucleus is delimited by a *nuclear envelope* formed by two concentric membranes. The nuclear envelope is supported by two networks of protein filaments (discussed in Chapter 17): one, called the *nuclear lamina,* forms a thin layer underlying and supporting the inner nuclear membrane; while the other, less regularly organized, surrounds the outer nuclear membrane (Figure 5–19). The two membranes are punctured at intervals by nuclear pores, which actively transport selected molecules to and from the cytosol.

The interior of the nucleus is not a random jumble of its many DNA, RNA, and protein components. Each interphase chromosome probably occupies a particular region of the nucleus so that different chromosomes do not become entangled with each other. This organization is thought to be achieved at least in part by attachment of parts of the chromosomes to sites on the nuclear envelope or the nuclear lamina.

The most obvious example of chromosome organization in the interphase nucleus is the **nucleolus**, which is the most prominent structure evident in the interphase nucleus under the light microscope. This is a region where the parts of the different chromosomes carrying genes for ribosomal RNA cluster together (see Figures 5–13 and 5–19). Here, ribosomal RNAs are synthesized and combined with proteins to form ribosomes, the cell's protein-synthesizing machines (discussed in Chapter 7).

## The DNA in Chromosomes Is Highly Condensed

As we have seen, all eucaryotic cells, whether in interphase or mitosis, package their DNA tightly into chromosomes. Human Chromosome 22, for example, contains about 48 million nucleotide pairs; stretched out end-to-end, its DNA would extend about 1.5 cm. Yet, during mitosis, Chromosome 22 measures only about 2 µm in length—that is nearly 10,000 times more compact than its extended form. This remarkable feat of compression is performed by proteins that coil and fold the DNA into higher and higher levels of organization. The DNA of interphase chromosomes, although less condensed than that of mitotic

BAXJIVI0010441

# From DNA to Protein: How Cells Read the Genome



Once the structure of DNA (deoxyribonucleic acid) had been determined in the early 1950s, it became clear that the hereditary information in cells is encoded in DNA's sequence of nucleotides. We saw in Chapter 6 how this information can be passed on unchanged from a cell to its descendants through the process of DNA replication. But how does the cell decode and use the information? How do genetic instructions written in an alphabet of just four "letters"—the four different nucleotides in DNA—direct the formation of a bacterium, a fruit fly, or a human? We still have a lot to learn about how the information stored in an organism's genes produces even the simplest unicellular bacterium, let alone how it directs the development of complex multicellular organisms like ourselves. But the DNA code itself has been deciphered, and the language of genes can be read.

Even before the DNA code had been broken, it was known that the information contained in genes somehow directed the synthesis of proteins. Proteins are the principal constituents of cells and determine not only their structure but also their functions. In previous chapters, we have encountered some of the thousands of different kinds of proteins that cells can make. We saw in Chapter 4 that the properties and function of a protein molecule are determined by the linear order—the *sequence*—of the different amino acid subunits in its polypeptide chain: each type of protein has its own unique amino acid sequence, and this sequence dictates how the chain will fold to give a molecule with a distinctive shape and chemistry. The genetic instructions carried by DNA must therefore specify the amino acid sequences of proteins. We shall see in this chapter exactly how this is done.

DNA does not direct protein synthesis itself, but acts rather like a manager, delegating the various tasks required to a team of workers. When a particular protein is needed by the cell, the nucleotide sequence of the appropriate portion of the immensely long DNA molecule in a chromosome is first copied into another type of nucleic acid—*RNA (ribonucleic acid)*. It is these RNA copies of short segments of the DNA that are used as templates to direct the synthesis of the protein. Many thousands of these conversions from DNA to protein are occurring each second in every cell in our bodies. The flow of genetic information in cells is therefore from DNA to RNA to protein (Figure 7–1). All cells, from bacteria to humans, express their genetic information in this way—a principle so fundamental that it has been termed the *central dogma* of molecular biology.

The primary task of this chapter is to explain the mechanisms by which cells copy DNA into RNA (a process called *transcription*) and then use the information in RNA to make protein (a process called

**From DNA to RNA**

Portions of DNA Sequence Are Transcribed into RNA

Transcription Produces RNA Complementary to One Strand of DNA

Several Types of RNA Are Produced in Cells

Signals in DNA Tell RNA Polymerase Where to Start and Finish

Eucaryotic RNAs Are Transcribed and Processed Simultaneously in the Nucleus

Eucaryotic Genes Are Interrupted by Noncoding Sequences

Introns Are Removed by RNA Splicing

Mature Eucaryotic mRNAs Are Selectively Exported from the Nucleus

mRNA Molecules Are Eventually Degraded by the Cell

The Earliest Cells May Have Had Introns in Their Genes

**From RNA to Protein**

An mRNA Sequence Is Decoded in Sets of Three Nucleotides

tRNA Molecules Match Amino Acids to Codons in mRNA

Specific Enzymes Couple tRNAs to the Correct Amino Acid

The RNA Message Is Decoded on Ribosomes

The Ribosome Is a Ribozyme

Codons in mRNA Signal Where to Start and to Stop Protein Synthesis

Proteins Are Made on Polyribosomes

Inhibitors of Procaryotic Protein Synthesis Are Used as Antibiotics

Carefully Controlled Protein Breakdown Helps Regulate the Amount of Each Protein in a Cell

There Are Many Steps Between DNA and Protein

**RNA and the Origins of Life**

Life Requires Autocatalysis

RNA Can Both Store Information and Catalyze Chemical Reactions

RNA Is Thought to Predate DNA in Evolution



Figure 7–1 Genetic information directs the synthesis of protein. The flow of genetic information from DNA to RNA (transcription) and from RNA to protein (translation) occurs in all living cells.



**Question 7–1**

Consider the expression "central dogma," referring to the proposition that genetic information flows from DNA to RNA to protein. Is the word "dogma" appropriate in this scientific context?

*translation).* We shall also see that there are several variations on this basic scheme. Principal among these is *RNA splicing,* a process whereby RNA transcripts are rearranged before eucaryotic cells translate them into proteins. These alterations change the "meaning" of RNA molecules and therefore are crucial for understanding how cells decode the genome. In the final section of this chapter, we shall consider how the present scheme of information storage, transcription, and translation might have arisen from simpler systems in the earliest stages of cellular evolution.

## From DNA to RNA

Transcription and translation are the means by which cells read out, or express, their genetic instructions—their *genes.* Many identical RNA copies can be made from the same gene, and each RNA molecule can direct the synthesis of many identical protein molecules. Because each cell contains only one or two copies of any particular gene, this successive amplification enables cells to synthesize the required amount of a protein much more rapidly than if the DNA itself were acting as the direct template for protein synthesis. Each gene can be transcribed and translated with a different efficiency, and this provides the cell with a way to make vast quantities of some proteins and tiny quantities of others (Figure 7–2). Moreover, as we shall see in Chapter 8, a cell can change (or regulate) the expression of each of its genes according to the needs of the moment. In this section, we shall discuss the production of RNA, the first step in gene expression.

### Portions of DNA Sequence Are Transcribed into RNA

The first step a cell takes in reading out part of its genetic instructions is to copy the required portion of the nucleotide sequence of DNA—the gene—into a nucleotide sequence of RNA. The process is called **transcription** because the information, though copied into another chemical form, is still written in essentially the same language—the language of nucleotides. Like DNA, RNA is a linear polymer made of four different types of nucleotide subunits linked together by phosphodiester bonds (Figure 7–3). It differs from DNA chemically in two respects: (1) the nucleotides in RNA are *ribonucleotides*—that is, they contain the sugar ribose (hence the name *ribo*nucleic acid) rather than deoxyribose; (2) although, like DNA, RNA contains the bases adenine (A), guanine



Figure 7–2 Genes can be expressed with different efficiencies. Gene A is transcribed and translated much more efficiently than is gene B. This allows the amount of protein A in the cell to be much higher than that of protein B. In this and later figures, the untranscribed portions of the DNA are shown in gray.

BAXJIVI0010443





**Figure 7–3 The chemical structure of RNA differs slightly from that of DNA.** (A) RNA contains the sugar ribose, which differs from deoxyribose, the sugar used in DNA, by the presence of an additional –OH group. (B) RNA contains the base uracil, which differs from thymine, the equivalent base in DNA, by the absence of a –CH₃ group. (C) A short length of RNA. The chemical linkage between nucleotides in RNA is the same as that in DNA.

(G), and cytosine (C), it contains uracil (U) instead of the thymine (T) found in DNA. Because U, like T, can base-pair by hydrogen-bonding with A (Figure 7–4), the complementary base-pairing properties described for DNA in Chapter 5 apply also to RNA.

Although their chemical differences are small, DNA and RNA differ quite dramatically in overall structure. Whereas DNA always occurs in cells as a double-stranded helix, RNA is single-stranded. This difference has important functional consequences. Because an RNA chain is single-stranded, it can fold up into a variety of shapes, just as a polypeptide chain folds up to form the final shape of a protein (Figure 7–5); double-stranded DNA cannot fold in this fashion. As we shall see later in this chapter, the ability to fold into a complex three-dimensional shape allows RNA to carry out functions in cells in addition to conveying information between DNA and protein. Whereas DNA functions solely as an information store, RNA comes in different varieties, some having structural and even catalytic functions.

## Transcription Produces RNA Complementary to One Strand of DNA

All of the RNA in a cell is made by transcription, a process that has certain similarities to DNA replication (discussed in Chapter 6). Transcription begins with the opening and unwinding of a small portion of the DNA double helix to expose the bases on each DNA strand. One of the two strands of the DNA double helix then acts as a template for the synthesis of RNA. Ribonucleotides are added, one-by-one, to the growing RNA chain, and as in DNA replication, the nucleotide sequence



**Figure 7–4 Uracil forms a base pair with adenine.** Despite the absence of a methyl group, uracil has the same base-pairing properties as thymine. Thus, U-A base pairs closely resemble T-A base pairs (see Figure 5–6).

From DNA to RNA       231

BAXJIVI0010444





(A)          (B)          (C)

**Figure 7–5 RNA molecules can form intramolecular base pairs and fold into specific structures.** RNA is single-stranded, but it often contains short stretches of nucleotides that can base-pair with complementary sequences found elsewhere on the same molecule. These interactions, along with "nonconventional" base-pair interactions, allow an RNA molecule to fold into a three-dimensional structure that is determined by its sequence of nucleotides. (A) A diagram of a folded RNA structure showing only conventional (that is, Watson–Crick) base-pairing interactions; (B) structure with both conventional *(red)* and nonconventional (e.g., A-G) base-pair interactions *(green)*; (C) structure of an actual RNA, a molecule involved in RNA splicing. Each conventional base-pair interaction is indicated by a "rung" in the double helix. Bases in other configurations are indicated by broken rungs.

of the RNA chain is determined by complementary base-pairing with the DNA template. When a good match is made, the incoming ribonucleotide is covalently linked to the growing RNA chain in an enzymatically catalyzed reaction. The RNA chain produced by transcription—the *transcript*—is therefore elongated one nucleotide at a time and has a nucleotide sequence exactly complementary to the strand of DNA used as the template (Figure 7–6).

Transcription, however, differs from DNA replication in several crucial features. Unlike a newly formed DNA strand, the RNA strand does not remain hydrogen-bonded to the DNA template strand. Instead, just behind the region where the ribonucleotides are being added, the DNA helix re-forms and displaces the RNA chain. For this reason—and because only one strand of the DNA molecule is transcribed—RNA molecules are single-stranded. Further, as RNAs are copied from only a limited region of DNA, these molecules are much shorter than DNA molecules; DNA molecules in a human chromosome can be up to 250 million nucleotide pairs long, whereas most RNAs are no more than a few thousand nucleotides long, and many are much shorter than that.

The enzymes that carry out transcription are called **RNA polymerases**. Like the DNA polymerase that catalyzes DNA replication (discussed in Chapter 6), RNA polymerases catalyze the formation of the phosphodiester bonds that link the nucleotides together and form the sugar–phosphate backbone of the RNA chain. The RNA polymerase moves stepwise along the DNA, unwinding the DNA helix just ahead to expose a new region of the template strand for complementary base-pairing. In this way, the growing RNA chain is extended by one nucleotide at a time in the 5′-to-3′ direction (Figure 7–7), using ribonucleoside triphosphates (ATP, CTP, UTP, and GTP), whose high-energy bonds provide the energy that drives the reaction forward (see Figure 6–10).

The almost immediate release of the RNA strand from the DNA as it is synthesized means that many RNA copies can be made from the same gene in a relatively short time, the synthesis of the next RNA usually being started before the first RNA is completed (Figure 7–8). A medium-sized gene (say, 1500 nucleotide pairs) requires approximately



DNA

template strand

TRANSCRIPTION

RNA

**Figure 7–6 Transcription produces an RNA complementary to one strand of DNA.** The top strand is sometimes called the *coding strand* because its sequence is equivalent to the RNA product.

BAXJIVI0010445



**Figure 7–7 DNA is transcribed by the enzyme RNA polymerase.** The RNA polymerase *(pale blue)* moves stepwise along the DNA, unwinding the DNA helix in front of it. As it progresses, the polymerase adds nucleotides *(small "T" shapes)* one-by-one to the RNA chain at the polymerization site using an exposed DNA strand as a template. The resulting RNA transcript is thus a single-stranded complementary copy of one of the two DNA strands. The polymerase has a rudder that displaces the newly formed RNA, allowing the two strands of DNA behind the polymerase to rewind. A short region of DNA/RNA helix (approximately nine nucleotides in length) therefore forms only transiently, causing a "window" of DNA/RNA helix to move along the DNA with the polymerase. The incoming nucleotides are in the form of ribonucleoside triphosphates (ATP, UTP, CTP, and GTP), and the energy stored in their phosphate–phosphate bonds provides the driving force for the polymerization reaction (see Figure 6–10).

50 seconds for a molecule of RNA polymerase to transcribe it. In some cases, there may be 15 polymerases speeding along a single stretch of DNA, hard on one another's heels, allowing more than 1000 transcripts to be synthesized in an hour. For most genes, however, the amount of transcription is much less than this.

Although RNA polymerase catalyzes essentially the same chemical reaction as DNA polymerase, there are some important differences between the two enzymes. First, and most obvious, RNA polymerase catalyzes the linkage of ribonucleotides, not deoxyribonucleotides. Second, unlike the DNA polymerase involved in DNA replication, RNA polymerases can start an RNA chain without a primer. This difference may exist because transcription need not be as accurate as DNA replication; unlike DNA, RNA is not used as the permanent storage form of genetic information in cells, so mistakes in RNA transcripts have relatively minor consequences. RNA polymerases make about one mistake for every $10^4$ nucleotides copied into RNA, compared with an error rate for DNA polymerase of about one in $10^7$ nucleotides.

## Several Types of RNA Are Produced in Cells

The vast majority of genes carried in a cell's DNA specify the amino acid sequence of proteins, and the RNA molecules that are copied from these genes (and that ultimately direct the synthesis of proteins) are collectively called **messenger RNA (mRNA)**. The final product of other genes, however, is the RNA itself (Table 7–1). As we shall see in later sections of this chapter, these nonmessenger RNAs, like proteins, serve as structural and enzymatic components of cells, and they play key parts translating the genetic message into protein. *Ribosomal RNA (rRNA)* forms the core of the ribosomes, on which mRNA is translated into protein, and *transfer RNA (tRNA)* forms the adaptors that select amino acids and hold them in place on a ribosome for their incorporation into protein.

### Question 7–2

In the electron micrograph in Figure 7–8, are the RNA polymerase molecules moving from right to left or from left to right? Why are the RNA transcripts so much shorter than the length of the DNA that encodes them?





1 μm

**Figure 7–8 Transcription can be visualized in the electron microscope.** The micrograph shows many molecules of RNA polymerase simultaneously transcribing each of two adjacent genes. Molecules of RNA polymerase are visible as a series of dots along the DNA with the transcripts (fine threads) attached to them. The RNA molecules (called rRNAs) transcribed from the genes shown in this example are not translated into protein but are instead used directly as components of ribosomes, the machines on which translation takes place. The particles at the 5' end (the free end) of each rRNA transcript are believed to be ribosomal proteins that have assembled on the rRNA. (Courtesy of Ulrich Scheer.)

BAXJIVI0010446

(A)  EUCARYOTES

(B)  PROCARYOTES





**Figure 7–20 Procaryotes and eucaryotes handle their RNA transcripts somewhat differently.** (A) In eucaryotic cells, the initial RNA molecule produced by transcription contains both intron and exon sequences. Its two ends are modified, and the introns are removed by an enzymatically catalyzed RNA splicing reaction. The resulting mRNA is then transported from the nucleus to the cytoplasm, where it is translated into protein. Although these steps are depicted as occurring one at a time, in a sequence, in reality they occur simultaneously. For example, the RNA cap is typically added and splicing typically begins before the transcript has been completed. Because of this coupling, complete primary transcripts do not typically exist in the cell. (B) In procaryotes, the production of mRNA molecules is simpler. The 5′ end of an mRNA molecule is produced by the initiation of transcription by RNA polymerase, and the 3′ end is produced by the termination of transcription. Because procaryotic cells lack a nucleus, transcription and translation take place in a common compartment. In fact, translation of a bacterial mRNA often begins before its synthesis has been completed. The amount of protein in a cell depends on the efficiency of each of these steps and on the rates of degradation of the RNA and protein molecules.

As we have seen, RNA splicing does provide eucaryotes with some degree of evolutionary flexibility, allowing them to produce a large variety of proteins and to develop systems for carefully controlling gene expression. However, these advantages come with a cost: the cell has to maintain a larger genome and to throw out a large fraction of the RNA it synthesizes. According to one school of thought, early cells—the common ancestors of procaryotes and eucaryotes—contained introns that were lost in procaryotes during subsequent evolution. By shedding their introns and adopting a smaller, more streamlined genome, procaryotes would have been able to reproduce more rapidly and efficiently. Consistent with this idea, simple eucaryotes that reproduce rapidly (some yeasts, for example) have relatively few introns, and these introns are usually much shorter than those found in higher eucaryotes.

On the other hand, some argue that introns were originally parasitic mobile genetic elements (discussed in Chapter 6) that happened to invade an early eucaryotic ancestor, colonizing its genome. These host cells then unwittingly replicated the selfish nucleotide snippets along with their own DNA, and modern eucaryotes have never bothered to sweep away the genetic clutter left from that ancient infection. The issue, however, is far from settled; whether introns evolved early—and were lost in procaryotes—or evolved later in eucaryotes is still a topic of scientific debate, and we return to it in Chapter 9.

## From RNA to Protein

By the end of the 1950s, biologists had demonstrated that the information encoded in DNA is copied first into RNA and then into protein. The debate then centered on the "coding problem": how is the information in a linear sequence of nucleotides in RNA translated into the linear sequence of a chemically quite different set of subunits—the amino acids in proteins? This fascinating question stimulated much

BAXJIVI0010447

excitement among scientists at the time. Here was a cryptogram set up by nature that, after more than 3 billion years of evolution, could finally be solved by one of the products of evolution—human beings! And indeed, not only was the code eventually deciphered step-by-step (see How We Know, pp. 246–247), but the main features of the machinery by which cells make protein were pieced together.

## An mRNA Sequence Is Decoded in Sets of Three Nucleotides

Transcription as a means of information transfer is simple to understand, since DNA and RNA are chemically and structurally similar, and DNA can act as a direct template for the synthesis of RNA through complementary base-pairing. As the term *transcription* signifies, it is as if a message written out by hand is being converted, say, into a typewritten text. The language itself and the form of the message do not change, and the symbols used are closely related.

In contrast, the conversion of the information in RNA into protein represents a **translation** of the information into another language that uses quite different symbols. Because there are only 4 different nucleotides in mRNA and 20 different types of amino acids in a protein, this translation cannot be accounted for by a direct one-to-one correspondence between a nucleotide in RNA and an amino acid in protein. The rules by which the nucleotide sequence of a gene, through the medium of mRNA, is translated into the amino acid sequence of a protein are known as the **genetic code**.

The sequence of nucleotides in the mRNA molecule is read consecutively in groups of three. Because RNA is a linear polymer made of four different nucleotides, there are thus $4 \times 4 \times 4 = 64$ possible combinations of three nucleotides: AAA, AUA, AUG, and so on. However, only 20 different amino acids are commonly found in proteins. Either some nucleotide triplets are never used, or the code is redundant and some amino acids are specified by more than one triplet. The second possibility is, in fact, correct, as shown by the completely deciphered genetic code in Figure 7–21. Each group of three consecutive nucleotides in RNA is called a **codon**, and each specifies one amino acid.

This code is used universally in all present-day organisms. Although a few slight differences in the code have been found, these occur chiefly in the DNA of mitochondria. Mitochondria have their own transcription and protein synthesis machinery that operate quite independently from those of the rest of the cell (discussed in Chapter 14), and they have been able to accommodate minor changes to the otherwise universal code.

In principle, an RNA sequence can be translated in any one of three different, nonoverlapping **reading frames**, depending on where the decoding process begins (Figure 7–22). However, only one of the three possible reading frames in an mRNA encodes the required protein. We shall see in a later section how a special punctuation signal at the beginning of each RNA message sets the correct reading frame.

**Figure 7–21 The nucleotide sequence of an mRNA is translated into the amino acid sequence of a protein via the genetic code.** All the three-nucleotide codons that specify a given amino acid are listed above that amino acid, which is given in both its three-letter and one-letter abbreviations (see Panel 2–5 for the full name of each amino acid and its structure). By convention, codons are always written with the 5′-terminal nucleotide to the left. Note that most amino acids are represented by more than one codon, and that there are some regularities in the set of codons that specify each amino acid. Codons for the same amino acid tend to contain the same nucleotides at the first and second positions and to vary at the third position. Three codons do not specify any amino acid but act as termination sites (stop codons), signaling the end of the protein-coding sequence. One codon—AUG—acts both as an initiation codon, signaling the start of a protein-coding message, and as the codon that specifies methionine.

| GCA AGA AGG CGA GCC CGC GCG CGG GCU CGU | GAC GAU | AAC AAU | UGC UGU | GAA GAG | CAA CAG | GGA GGC GGG GGU | CAC CAU | AUA AUC AUU | UUA UUG CUA CUC CUG CUU | AAA AAG | AUG | UUC UUU | CCA CCC CCG CCU | AGC AGU UCA UCC UCG UCU | ACA ACC ACG ACU | UGG | UAC UAU | GUA GUC GUG GUU | UAA UAG UGA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ala Arg | Asp | Asn | Cys | Glu | Gln | Gly | His | Ile | Leu | Lys | Met | Phe | Pro | Ser | Thr | Trp | Tyr | Val | stop |
| A   R | D | N | C | E | Q | G | H | I | L | K | M | F | P | S | T | W | Y | V | stop |

BAXJIVI0010448

# Manipulating Genes and Cells



The twenty-first century promises to be a particularly exciting time for cell biology. New methods for analyzing and manipulating DNA, RNA, and proteins are fueling an information explosion and allowing us to study genes and cells in previously unimagined ways. We now have access to the sequences of many billions of nucleotides, providing the molecular blueprints for dozens of organisms—from microbes and plants to insects, humans, and other mammals. And powerful new techniques are helping us to decipher this information, allowing us not only to compile huge, detailed catalogs of genes and proteins, but to begin to unravel how these components work together to form functional cells and organisms. The goal is nothing short of obtaining a complete understanding of what takes place inside cells as they respond to their environment and interact with their neighbors.

This technological revolution has been powered, in large part, by the development of methods that have dramatically increased our ability to handle DNA. In the early 1970s, it became possible, for the first time, to isolate a given piece of DNA out of the many millions of nucleotide pairs in a typical chromosome. This in turn made it possible to generate new DNA molecules in the test tube and to introduce this custom-made genetic material back into living organisms. These developments, called variously "recombinant DNA," "gene splicing," or "genetic engineering," make it possible to create chromosomes with combinations of genes that could never have formed naturally—or combinations that could conceivably occur in nature but might take thousands of years of chance events to come together.

Of course, humans have been experimenting with DNA, albeit without realizing it, for millennia. Modern garden-rose varieties, for example, are the product of centuries of selective breeding between strains of wild roses from China and Europe (Figure 10–1A). Similarly, the enormous variation in the sizes, colors, shapes, and even behaviors of different breeds of dogs is the result of deliberate breeding experiments—with selection for desired traits—carried out since the gray wolf, the ancestor of the modern dog, was first domesticated some 10,000–15,000 years ago (Figure 10–1B).

Modern genetic engineering techniques, however, allow us to alter DNA with much greater precision and speed. Now even a beginning student can isolate a region of DNA containing a specific gene from a genome, produce a virtually unlimited number of exact copies of this DNA, and determine its nucleotide sequence with ease. Using variations of these techniques, the isolated gene can be redesigned in the laboratory and then transferred back into cells in culture to elucidate its function. With more sophisticated techniques, the redesigned genes

**Isolating Cells and Growing Them in Culture**

A Uniform Population of Cells Can Be Obtained from a Tissue

Cells Can Be Grown in a Culture Dish

Maintaining Eucaryotic Cells in Culture Poses Special Challenges

**How DNA Molecules Are Analyzed**

Restriction Nucleases Cut DNA Molecules at Specific Sites

Gel Electrophoresis Separates DNA Fragments of Different Sizes

The Nucleotide Sequence of DNA Fragments Can Be Determined

Genome Sequences Are Searched to Identify Genes

**Nucleic Acid Hybridization**

DNA Hybridization Facilitates the Diagnosis of Genetic Diseases

Hybridization on DNA Microarrays Monitors the Expression of Thousands of Genes at Once

*In Situ* Hybridization Locates Nucleic Acid Sequences in Cells or on Chromosomes

**DNA Cloning**

DNA Ligase Joins DNA Fragments Together to Produce a Recombinant DNA Molecule

Recombinant DNA Can Be Copied Inside Bacterial Cells

Specialized Plasmid Vectors Are Used to Clone DNA

Human Genes Are Isolated by DNA Cloning

cDNA Libraries Represent the mRNA Produced by a Particular Tissue

The Polymerase Chain Reaction Amplifies Selected DNA Sequences

**DNA Engineering**

Completely Novel DNA Molecules Can Be Constructed

Rare Cellular Proteins Can Be Made in Large Amounts Using Cloned DNA

Engineered Genes Can Reveal When and Where a Gene Is Expressed

Mutant Organisms Best Reveal the Function of a Gene

Animals Can Be Genetically Altered

Transgenic Plants Are Important for Both Cell Biology and Agriculture

**Figure 10–1 Humans have been experimenting with DNA for millennia.** (A) The oldest known depiction of a rose in Western art, from the palace of Knossos in Crete, around 2000 BC. Modern roses are the result of centuries of breeding between such wild roses. (B) A poodle and a pug illustrate the range of dog breeds. All dogs, regardless of breed, belong to a single species. (B, courtesy of Heather Angel.)




(A)          (B)

can be inserted into animals and plants, so that they become a functional and heritable part of the organism's genome.

These technical breakthroughs have had a dramatic impact on all aspects of cell biology. They have made possible our present understanding of the organization and evolutionary history of the complex genomes of eucaryotes (as discussed in Chapter 9) and led to the discovery of whole new classes of genes and proteins. They provide new means to determine the functions of proteins and of individual domains within proteins, revealing a host of unexpected relationships among them. And they give biologists an important set of tools for unraveling the mechanisms by which a whole animal or plant can develop from a single cell.

Recombinant DNA technology has also had a profound influence on many aspects of human life outside of scientific research: it is used to detect the mutations in DNA that are responsible for inherited diseases and to diagnose an individual's predisposition to genetic diseases, such as cancer; it is used in forensic science to identify or acquit possible suspects in a crime; it is used to produce an increasing number of human pharmaceuticals, including insulin for diabetics and the blood-clotting protein Factor VIII for hemophiliacs. Even our laundry detergents, which contain heat-stable proteases that digest food spills and blood spots, make use of the products of DNA technology. Of all the discoveries described in this book, those of DNA technology are likely to have the greatest impact on our everyday lives.

In this chapter we describe the methods commonly used to manipulate genes, proteins, and cells. We begin with a presentation of the techniques used for isolating cells and keeping them alive outside the body. These cells then serve as experimental subjects and as sources of the DNA, proteins, and other macromolecules that we wish to analyze and understand. We then survey the principal methods of the revolutionary field of **recombinant DNA technology,** beginning with a discussion of the basic techniques of DNA analysis. Next we describe how DNA sequences can be isolated and produced in large numbers by the techniques of *DNA cloning* and the *polymerase chain reaction (PCR)*, and how these sequences can be used to produce and study proteins. In the final section of the chapter we look at the application of DNA technology to *genetic engineering,* the genetic manipulation of cells and whole organisms.

## Isolating Cells and Growing Them in Culture

Cells are small but complex. It is hard to see their structure, hard to discover their molecular composition, and harder still to find out how their various components work together to allow them to survive, grow, and divide. As we saw in Chapter 1, the organelles and the largest molecules in a single cell can be visualized with microscopes; however, truly understanding how cells work requires detailed biochemical studies of their individual components.

BAXJIVI0010450

Most of these biochemical procedures require large numbers of cells, which are then physically disrupted to isolate their components (as illustrated in Panel 4–3, pp. 160–161). If the sample is a piece of tissue, composed of different types of cells, components of all of its different cell populations will be mixed together. The resulting sample will contain a confusion of macromolecules from a variety of different cell types. To preserve the character of each individual cell type, biologists have developed ways of dissociating cells from tissues and separating the various types that are present. This manipulation results in relatively homogeneous populations of cells that can then be analyzed directly. In many cases, the number of cells can be greatly increased by allowing them to proliferate in the laboratory as pure cultures. We begin this section by describing a few common cell-separation techniques and then discuss how cells can be coaxed to proliferate in culture.

## A Uniform Population of Cells Can Be Obtained from a Tissue

Several approaches can be used to separate a particular type of cell from the cells that surround it in the body. If the cells are part of a compact tissue, they must first be dissociated from each other. This is often accomplished using proteolytic enzymes and other agents that disrupt the adhesive bonds between cells. The tissue can then be teased apart into single living cells by gentle agitation.

Next, the different types of cells in the tissue must be isolated from each other. One of the most sophisticated methods makes use of antibodies that bind specifically to the surface of only one cell type in the tissue. These antibodies might recognize, for example, a specific protein that is expressed on the surface of only one particular type of cell. If such an antibody is chemically coupled to a fluorescent dye, the fluorescently labeled cells can be separated from the unlabeled ones in an electronic *fluorescence-activated cell sorter*. In this remarkable machine, individual cells traveling in single file in a fine stream pass through a laser beam and the fluorescence of each cell is measured. Slightly farther downstream, tiny droplets, most containing either one cell or no cells, are formed by a vibrating nozzle. The droplets containing a single cell are automatically given a positive or a negative charge at the moment of formation, depending on whether the cell they contain is fluorescent; they are then deflected by a strong electric field into an appropriate container. Such machines can select 1 cell in 1000 and sort several thousand cells each second (Figure 10–2).

## Cells Can Be Grown in a Culture Dish

Given the appropriate surroundings, most plant and animal cells will live, proliferate, and even express specialized properties in a tissue-culture dish. The cells can be watched continuously under the microscope or analyzed biochemically, and the effects of adding or removing specific molecules, such as hormones or growth factors, can be explored. In addition, by mixing two cell types, the interactions between one cell type and another can be studied. Experiments performed using cultured cells are sometimes said to be carried out *in vitro* (literally, "in glass") to contrast them with experiments on intact organisms, which are said to be carried out *in vivo* (literally, "in the living"). These terms can be confusing, however, because they are often used in a very different sense by biochemists. In the biochemistry laboratory, *in vitro* refers to reactions carried out in a test tube in the absence of cells, whereas *in vivo* refers to any reaction taking place inside a living cell, even cells that are growing in culture.

BAXJIVI0010451

Although not true for all types of cells, most cells grown in culture display the differentiated properties appropriate to their origin: fibroblasts, the precursor cells that give rise to connective tissue, continue to secrete collagen; cells derived from embryonic skeletal muscle fuse to form muscle fibers that spontaneously contract in the culture dish; nerve cells extend axons that are electrically excitable and make synapses with other nerve cells; and epithelial cells form extensive sheets with many of the properties of an intact epithelium (Figure 10–3). Because these phenomena occur in culture, they are accessible to study in ways that are often not possible in intact tissues.

## Maintaining Eucaryotic Cells in Culture Poses Special Challenges

Many vertebrate cells stop proliferating after a finite number of cell divisions in culture. Normal human fibroblasts, for example, typically divide only 25–40 times in culture. Like most human somatic cells, these cells do not express the enzyme telomerase, whose job it is to renew the ends of chromosomes at each cell division (see Figure 6–18). As a result, the chromosomes of human fibroblasts progressively shrink at each cell division, and cell division stops when critical information is lost from the ends of chromosomes. This feature ensures that, in the body, fibroblasts and other somatic cells do not divide indiscriminately and develop into cancerous cells. These cells, however, can be coaxed to proliferate indefinitely in the laboratory by providing them with the gene that encodes the catalytic subunit of telomerase. Cells that can divide indefinitely as the result of a genetic change are said to be **immortalized** and can be propagated in culture as a **cell line**. Such cell



**Figure 10–2 A fluorescence-activated cell sorter allows the isolation of specific types of cells.** A cell passing through the laser beam is monitored for fluorescence. Droplets containing single cells are given a negative or positive charge, depending on whether the cell is fluorescent or not. The droplets are then deflected by an electric field into collection tubes according to their charge. Note that the cell concentration must be adjusted so that most droplets contain no cells and flow to a waste container. Occasional clumps of cells, detected by their increased light scattering, are left uncharged and are also discarded. The same apparatus can also be used to separate fluorescently labeled chromosomes from one another, providing valuable starting material for the isolation and mapping of genes.

BAXJIVI0010452



Figure 10–3 Cells in culture often display properties that reflect their origin. (A) Phase-contrast micrograph of fibroblasts in culture. (B) Micrograph of cultured myoblasts, the precursor cells that give rise to muscle, shows cells fusing to form multinucleate muscle cells. (C) Cultured precursor cells that give rise to oligodendrocytes, the glial cells that support and nurture neurons in the brain. (D) Tobacco cells, from an immortal cell line, grown in liquid culture. (A, courtesy of Daniel Zicha; B, courtesy of Rosalind Zalin; C, from Tang et al., *J. Cell Biol.* 148:971–984, 2000; D, courtesy of Gethin Roberts.)



lines can be maintained for many years, and they provide a convenient and widely used source of homogeneous cells.

Among the most promising cell lines to be developed—particularly from a medical point of view—are the human *embryonic stem (ES) cell lines*. These cells, harvested from the inner cell mass of the early embryo, can proliferate indefinitely in culture. The critical importance of these cell lines lies in the fact that the cells are undifferentiated; yet, given the appropriate treatment, they can give rise to any tissue in the body. As discussed in Chapter 21, ES cells could potentially revolutionize medicine by providing a source of cells capable of replacing or repairing tissues that have been damaged by injury or disease.

## How DNA Molecules Are Analyzed

Until the development of recombinant DNA techniques, crucial clues for understanding how cells work remained locked in the genome. Once scientists realized that genetic information was encoded in the sequence of nucleotides in DNA, they wanted to closely examine this DNA in order to discover what genes look like and how they function. Before the revolution in DNA technology that took place in the 1970s, this task was almost impossible. Important advances in understanding gene structure and regulation had been made by indirect genetic means in "model" organisms such as *E. coli* and *Drosophila*, but the goal of isolating and closely examining a single gene from a large chromosome seemed unattainable. Unlike a protein, a gene does not exist as a discrete entity in cells, but rather as a part of a much larger DNA molecule. Even bacterial genomes, which are much less complex than the chromosomes of eucaryotes, are enormously long. The *E. coli* genome, for example, contains 4.6 million nucleotides.

Large pieces of DNA can be broken into small pieces by mechanical shear; however, the fragment containing a particular gene will still

BAXJIVI0010453

be only one among a hundred thousand or more DNA fragments that would be obtained, for example, from a mammalian genome by these means. And in a sample containing many identical copies of the same large DNA molecule, each molecule would be broken up differently by shear, producing a confusing set of random fragments. How then, can a gene be isolated and purified?

The solution to this problem emerged with the discovery of a class of bacterial enzymes known as *restriction nucleases*. A nuclease catalyzes the hydrolysis of a phosphodiester bond in a nucleic acid. But these enzymes have a property that is distinct from other nucleases: they cut double-stranded DNA only at particular sites, determined by a short sequence of nucleotide pairs. Restriction nucleases can therefore be used to produce a reproducible set of specific DNA fragments from any genome. We begin this section by describing how these enzymes work and how the DNA fragments produced by them can be separated from each other. We then explain how the order of nucleotides (the DNA sequence) in a DNA fragment that has been isolated in this way can be determined.

## Restriction Nucleases Cut DNA Molecules at Specific Sites

Like most of the tools of DNA technology, restriction nucleases were discovered by researchers studying a specialized biological problem that had gripped their interest. Certain bacteria, it was noticed, always degraded "foreign" DNA that was introduced into them experimentally. A search for the cause of this degradation revealed a novel class of nucleases present inside the host bacterium. The most important feature of these nucleases is that they cleave DNA only at certain nucleotide sequences. The bacterium's own DNA is protected from cleavage by chemical modification of these same sequences. Because these enzymes restricted the transfer of DNA between certain strains of bacteria, the name **restriction nuclease** was given to them. Different bacterial species contain different restriction nucleases, each cutting at a different, specific sequence of nucleotides.

The restriction nucleases used in DNA technology come mainly from bacteria, and because their target sequences are short—generally 4–8 nucleotide pairs—sites of cleavage will occur, purely by chance, in any long DNA molecule. Thus restriction nucleases can be used to analyze DNA from any source. The main reason they are so useful is that a given enzyme will always cut a given DNA molecule at the same sites. Thus, for a sample of DNA from a human, treatment with a given restriction nuclease will always produce the same set of DNA fragments. Restriction nucleases are now a hot commodity in DNA technology and are typically ordered through the mail; one supply catalog lists hundreds of such enzymes, each able to cut a different DNA sequence. A few examples are shown in Figure 10–4.

The target sequences of restriction nucleases vary in the frequency with which they will occur in DNA. As shown in Figure 10–4, the enzyme Hae III cuts at a sequence of four nucleotide pairs; this sequence would be expected to occur purely by chance approximately once every 256 nucleotide pairs ($1$ in $4^4$). By similar reasoning, the enzyme Not I, which has a target sequence of eight nucleotides, would be expected to cleave DNA on average once every 65,536 nucleotide pairs ($1$ in $4^8$). The average sizes of the DNA fragments produced by different restriction nucleases can thus be very different. This feature makes it possible to cleave a long DNA molecule into the fragment sizes that are most suitable for a given application.

BAXJIVI0010454



## Gel Electrophoresis Separates DNA Fragments of Different Sizes

After a large DNA molecule is cleaved into smaller pieces using a restriction nuclease, it is often desirable to separate the DNA fragments from one another. This is usually accomplished using gel electrophoresis, which separates the fragments on the basis of their length. The mixture of DNA fragments is loaded at one end of a slab of agarose or polyacrylamide gel, which contains a microscopic network of pores. A voltage is then applied across the gel slab. Because DNA is negatively charged, the fragments migrate toward the positive electrode; the larger fragments migrate more slowly because their progress is more impeded by the agarose matrix. Over several hours, the DNA fragments become spread out across the gel into a ladder of discrete bands, each composed of a collection of DNA molecules of identical length (Figure 10–5A). Isolating a particular DNA fragment is fairly simple: a small section of the gel containing the band can be cut out using a scalpel or a razor blade.

DNA bands on agarose or polyacrylamide gels are invisible unless the DNA is labeled or stained in some way. One sensitive method of staining DNA is to expose it to a dye that fluoresces under ultraviolet light when it is bound to DNA (Figure 10–5B). An even more sensitive detection method involves incorporating a radioisotope into the DNA

**Figure 10–4 Restriction nucleases cleave DNA at specific nucleotide sequences.** Target sequences are often palindromic (that is, the nucleotide sequence is symmetrical around a central point). In these examples, both strands of DNA are cut at specific points within the target sequence. Some enzymes, such as Hae III and Alu I, cut straight across the DNA double helix and leave two blunt-ended DNA molecules; for others, such as Eco RI, Not I, and Hind III, the cuts on each strand are staggered. These staggered cuts generate "sticky ends," short, single-stranded overhangs that help the cut DNA molecules join back together through complementary base-pairing. This rejoining of DNA molecules becomes important for DNA cloning, as we shall discuss later in the chapter. Restriction nucleases are usually obtained from bacteria, and their names reflect their origins: for example, the enzyme Eco RI comes from *Escherichia coli*.

BAXJIVI0010455

Figure 10–5 DNA molecules can be separated by size using gel electrophoresis. (A) This schematic illustration compares the results of cutting the same DNA molecule (in this case the genome of a bacteria-infecting virus called lambda) with two different restriction nucleases—Eco RI (left) and Hind III (right). The fragments are then separated by gel electrophoresis. The mixture of DNA fragments obtained from treatment with each enzyme is placed at the top of a thin gel slab, and under the influence of an electric field, the fragments move through the gel toward the positive electrode. Larger fragments migrate more slowly than smaller fragments, and thus the fragments in the mixture become separated by size. For example, the two lowermost bands in the lane on the right correspond to the two smallest DNA fragments produced by Hind III digestion. To visualize the DNA bands, the gel is soaked in a dye that binds to DNA and fluoresces brightly under ultraviolet light (B). (C) An alternative method for visualizing the DNA bands is autoradiography. Prior to cleavage with restriction enzymes, the DNA can be "labeled" with the radioisotope $^{32}P$ by substituting $^{32}P$ for some of the nonradioactive phosphorus atoms. This could be done, for example, by replicating the virus in the presence of $^{32}P$. Because the β particles emitted from $^{32}P$ will expose photographic film, a sheet of film placed flat on top of the agarose gel will, when developed, show the position of all the DNA bands. (B, courtesy of Science Photo Library.)



molecules before electrophoresis; $^{32}P$ is often used, as it can be incorporated into the phosphates of DNA and emits an energetic β particle that is easily detected by the technique of autoradiography (Figure 10–5C).

One of the earliest applications of restriction nuclease cleavage followed by the separation of individual DNA fragments was in the construction of physical maps of small regions of DNA. A physical map characterizes a stretch of DNA by charting the position of various landmarks present along it; restriction nuclease cleavage sites are one type of landmark. By comparing the sizes of the DNA fragments produced from a particular region of DNA after treatment with different combinations of restriction nucleases, a physical map of the region can be constructed showing the location of each cutting site along the DNA molecule. Such a map is known as a **restriction map**.

Of course, the ultimate physical map of DNA is its complete nucleotide sequence, and in the next section we see how this goal is achieved.

**Question 10–1**

Which products are produced when the following piece of double-stranded DNA is digested with (A) Eco RI, (B) Alu I, (C) Not I, or (D) all three of these enzymes together? (See Figure 10–4 for the target sequences of these enzymes.)

5'-AAGAATTGCGGAATTCGAGCTTAAGGGCCGCGCCGAAGCTTTAAA-3'
5'-TTCTTAACGCCTTAAGCTCGAATTCCCGGCGCGGCTTCGAAATTT-3'

BAXJIVI0010456

# The Nucleotide Sequence of DNA Fragments Can Be Determined

In the late 1970s, researchers developed methods that allow the nucleotide sequence of any purified DNA fragment to be determined simply and quickly. These techniques have made it possible to determine the complete nucleotide sequences of hundreds of thousands of genes and the complete genome sequences of many organisms, including the budding yeast *Saccharomyces cerevisiae* (Figure 10–6), the nematode worm *Caenorhabditis elegans*, the fruit fly *Drosophila melanogaster* (see Figure 5–15), the model plant *Arabidopsis thaliana*, and the human (discussed in Chapter 9). The volume of DNA sequence information is now so large (many tens of billions of nucleotides) that powerful computers and highly sophisticated software are used to organize and analyze it. Because each organism's genome sequence specifies all of the possible RNA and protein molecules used to construct that organism, having this information in hand greatly expedites future studies of these organisms.

Several schemes for sequencing DNA have been developed, but the most widely used is the **dideoxy method**, which is based on DNA synthesis carried out *in vitro* in the presence of chain-terminating dideoxyribonucleoside triphosphates (Figure 10–7A). In this technique, DNA polymerase is used to make partial copies of the DNA fragment to be sequenced. These DNA replication reactions are performed under conditions that ensure that the new DNA strands terminate when a given nucleotide (A, G, C, or T) is reached (Figure 10–7B). As illustrated in Figure 10–7C, this method produces a collection of different DNA copies that terminate at every position in the original DNA, and thus differ in length by a single nucleotide. These DNA copies can be separated on the basis of their length by gel electrophoresis, and the nucleotide sequence of the original DNA can be determined from the order of these DNA fragments in the gel.

Although the same basic method is still used today, many improvements have been made. DNA sequencing is now completely automated: robotic devices mix the reagents and then load, run, and read the order of the nucleotide bases from the gel. This process is facilitated by the use of chain-terminating nucleotides that are each tagged with a different-colored fluorescent dye; all four synthesis reactions can thus be performed in the same tube, and the products can be separated in a single lane on a gel. A detector positioned near the bottom of the gel reads and records the color of the fluorescent label on each band as it moves past, and a computer stores the sequence for subsequent analysis (Figure 10–8). The complete genome sequence is then assembled from this raw

**Figure 10–6 The complete nucleotide sequence of a simple eucaryote, the budding yeast *S. cerevisiae*, was finished in 1996.** The complete genome sequence, written out start to finish, would occupy about 4000 pages of text. Shown here are two representations of this vast amount of information. (A) The genome is distributed over 16 chromosomes, and its nucleotide sequence was determined by a cooperative effort involving scientists working in many different locations, as indicated (*gray*, Canada; *orange*, European Union [including scientists from many different European countries]; *yellow*, United Kingdom; *blue*, Japan; *light green*, St. Louis, Missouri; *dark green*, Palo Alto, California). The constriction present on each chromosome represents the position of its centromere. The small region of Chromosome 11 highlighted in *red* is magnified in (B) to show the high density of genes characteristic of this species. As indicated, some genes are transcribed from the lower strand, while others are transcribed from the upper strand. There are about 6200 genes contained in the complete genome, which is 12,147,813 nucleotide pairs long.



(A)        $10^5$ nucleotide pairs

0.5% of genome DNA (from left arm of Chromosome 11)

(B)    10,000 nucleotide pairs      genes

BAXJIVI0010457

**Figure 10–7 The enzymatic or dideoxy method is the most commonly used technique for sequencing DNA.**
(A) This method relies on the use of dideoxyribonucleoside triphosphates, derivatives of the normal deoxyribonucleoside triphosphates that lack the 3' hydroxyl group. (B) Purified DNA is synthesized in vitro in a mixture that contains single-stranded molecules of the DNA to be sequenced (gray), the enzyme DNA polymerase, a short primer DNA (orange) to enable the polymerase to start replication, and the four deoxynucleoside triphosphates (dATP, dCTP, dGTP, dTTP: blue A, C, G, and T). If a dideoxynucleoside analog (red) of one of these nucleotides is also present in the nucleotide mixture, it becomes incorporated into a growing DNA chain. The chain now lacks a 3'-OH group, the addition of the next nucleotide is blocked, and the DNA chain terminates at that point. In the example illustrated, a small amount of dideoxyATP (ddATP, symbolized here as a red A) has been included in the nucleotide mixture. It competes with an excess of the normal deoxyATP (dATP, blue A), so that ddATP is occasionally incorporated, at random, into a growing DNA strand. This reaction mixture will eventually produce a set of DNAs of different lengths complementary to the template DNA that is being sequenced and terminating at each of the different As. (C) To determine the complete sequence of a DNA fragment, the double-stranded DNA is first separated into its single strands and one of the strands is used as the template for sequencing. Four different chain-terminating dideoxynucleoside triphosphates (ddATP, ddCTP, ddGTP, ddTTP, again shown in red) are used in four separate DNA synthesis reactions on copies of the same single-stranded DNA template (gray). Each reaction produces a set of DNA copies that terminate at different points in the sequence. The products of these four reactions are separated by electrophoresis in four parallel lanes of a polyacrylamide gel (labeled here A, T, C, and G). The newly synthesized fragments are detected by a label (either radioactive or fluorescent) that has been incorporated either into the primer or into one of the deoxynucleoside triphosphates used to extend the DNA chain. In each lane, the bands represent fragments that have terminated at a given nucleotide (e.g., A in the leftmost lane) but at different positions in the DNA. By reading off the bands in order, starting at the bottom of the gel and working across all lanes, the DNA sequence of the newly synthesized strand can be determined. The sequence is given in the green arrow to the right of the gel. This sequence is identical to that of the 5' → 3' strand (green) of the original double-stranded DNA.



BAXJIVI0010458



Figure 10–8 DNA sequencing is now fully automated. Shown here is a tiny part of the data from an automated sequencing run as it appears on the computer screen. Each colored peak represents a nucleotide of the DNA sequence; a clear stretch of nucleotide sequence can be read between positions 173 and 194 relative to the start of the sequence. This example is taken from the international project that determined the complete nucleotide sequence of the genome of the plant *Arabidopsis*. (Courtesy of George Murphy.)

sequence by piecing together large stretches of sequence from a set of smaller fragments. These fragments typically have some overlapping sequence, which allows them to be linked up with their neighbors. This vast assembly process is described in How We Know, pp. 334–335.

## Genome Sequences Are Searched to Identify Genes

A genome sequence is not an end, but a beginning. Once the complete nucleotide sequence of a genome has been obtained, the challenge becomes identifying its resident genes and determining how they function. The difficult process of interpreting a genome sequence by locating its genes and assigning functions to them is called **annotation**.

Identifying genes is easiest when the DNA sequence is from a simple genome, such as a bacterial chromosome, that lacks introns and other nonessential DNA. The location of genes in these nucleotide sequences can be predicted by examining the DNA for certain telltale features of genes. For example, genes that encode proteins can be identified by searching the nucleotide sequence for open reading frames (ORFs) that begin with an initiation codon (usually ATG) and end with a termination codon (TAA, TAG, or TGA). To minimize errors, computers searching for ORFs are often directed to count as genes only those sequences that are more than, say, 100 codons in length (see How We Know, pp. 314–315).

For more complex genomes, such as those of plants and vertebrates, the annotation process is severely complicated by the presence of large introns embedded within the coding portion of genes and by large stretches of DNA that lie between genes. In many multicellular organisms, including humans, the coding regions of the genome—the exons—are relatively short and are typically embedded in vast stretches of DNA whose exact nucleotide sequence is not critical. This arrangement makes it difficult to identify all of the exons in a stretch of DNA sequence; determining where a gene begins and ends and how many exons it has is even harder. To locate genes in eucaryotic DNA, one must also search for additional features that signal the presence of a gene, for example, sequences that mark an intron–exon boundary (see Figure 7–15) or distinctive gene regulatory sequences of the sort discussed in Chapter 8.

As we saw in Chapter 9, comparison of DNA sequences from related organisms also helps to uncover coding sequences and other sequences important for gene regulation. Nucleotide sequences that have a function are conserved during evolution, whereas those without a function are free to mutate randomly. Consequently, chromosomal regions that contain functionally important exons and regulatory sequences tend to be conserved throughout evolution; nonconserved

### Question 10–2

What are the consequences for a DNA sequencing reaction if the ratio of dideoxyribonucleoside triphosphates to deoxyribonucleoside triphosphates is increased? What happens if this ratio is decreased?

BAXJIVI0010459

When DNA sequencing techniques became fully automated, determining the order of the nucleotides in a piece of DNA went from being an elaborate Ph.D. thesis project to a routine laboratory chore. Feed DNA into the sequencing machine, add the necessary reagents, and out comes the sought-after result: the order of As, Ts, Gs, and Cs. Nothing could be simpler.

So why was sequencing the human genome such a formidable task? Largely because of its size. Today's DNA sequencing methods are limited by the physical size of the gel that is used to separate the labeled fragments (see Figure 10–70). At most, only a few hundred nucleotides can be read from a single gel. How, then, do you handle a genome that contains billions of nucleotides?

The solution is to break the genome into fragments and sequence those smaller pieces. The main challenge then comes in piecing the short fragments together in the correct order to yield a comprehensive sequence of a whole chromosome, and ultimately a whole genome. To accomplish this breakage and reassembly, researchers have generally adopted two different strategies for sequencing genomes: the shotgun method and the clone-by-clone approach.

**Shotgun sequencing**

The most straightforward approach to sequencing a genome is to break it into random fragments, sequence each of the



Figure 10–10 Repetitive sequences make correct assembly difficult. In this example, the DNA contains two segments of repetitive DNA, each made of many copies of the sequence GATTACA. When the resulting sequences are examined, two fragments from different parts of the DNA appear to overlap. Assembling these sequences incorrectly would result in a loss of the information (in brackets) that lies between the original repeats.

fragments, and then use a powerful computer to order these pieces using sequence overlaps to guide the assembly (Figure 10–9). This approach is called the shotgun sequencing strategy. As an analogy, imagine shredding several copies of *Essential Cell Biology* (*ECB*) into small pieces, mixing the pieces up, and then trying to put one whole copy of the book back together again by matching up the words or phrases or sentences that appear on the different slips of paper. (Several copies would be needed to generate the overlap necessary for reassembly.) It could be done, but it would be much easier if the book were only, say, 2 pages long.

For this reason, a straight-out shotgun approach is the strategy of choice only for sequencing small genomes. The method proved its worth in 1995, when it was used to sequence the genome of the infectious bacterium *Haemophilus influenzae*, the first organism to have its complete genome sequence determined. The trouble with shotgun sequencing is that the reassembly process can be flummoxed by repetitive nucleotide sequences (Figure 10–10). Although rare in bacteria, these sequences make up a large fraction of vertebrate genomes (see Figure 9–26). Highly



Figure 10–9 Shotgun sequencing is the method of choice for sequencing small genomes. The genome is first broken into much smaller, overlapping fragments. Each fragment is then sequenced, and the genome is assembled based on overlapping sequences.

BAXJIVI0010460

repetitive DNA segments make it difficult to piece sequences back together accurately. Returning to the *ECB* analogy, this chapter alone contains more than a dozen instances of the phrase "the human genome." Imagine that one slip of paper from the shredded *ECB*s contains the information "So why was sequencing the human genome" (which appears at the start of this section); another contains the information "the human genome sequence consortium combined shotgun sequencing with a BAC-based, clone-by-clone approach" (which appears in the next paragraph). You might be tempted to join these two segments together based on the overlapping phrase "the human genome." But you would wind up with the nonsensical statement: "So why was sequencing the human genome sequence consortium combined shotgun sequencing with a BAC-based, clone-by-clone approach." Not only that, but this *ECB* assembly would eliminate the several paragraphs of important text that originally appeared between these two instances of "the human genome."

And that's just in this section. The phrase "the human genome" appears in nearly every chapter of this book. Such repetition compounds the problem of placing each fragment in its correct context. To circumvent these assembly problems, researchers in the human genome sequence consortium combined shotgun sequencing with a BAC-based, clone-by-clone approach.

### Clone-by-clone

In this approach, researchers started by breaking the genome into overlapping fragments, 100 to 200 kilobase pairs in size. They then plugged these segments into BACs (bacterial artificial chromosomes) and inserted them into *E. coli*. As the bacteria divided, they copied the BACs, thus producing a collection of overlapping cloned fragments. This procedure is described in detail later in this chapter (see Figure 10–23).

The researchers then mapped each of these DNA fragments to its correct position in the genome. To do this, investigators used restriction enzymes to generate a "fingerprint" of each clone (Figure 10–11). The locations of the restriction enzyme sites in each fragment allowed researchers to map each BAC clone onto a previously generated restriction map of the entire human genome.

Knowing the relative positions of the cloned fragments, the researchers then selected some 30,000 BACs, sheared each into smaller fragments, and determined the nucleotide sequence of each BAC separately using the shotgun method. They could then assemble the whole genome sequence by stitching together the sequences of thousands of individual BACs that span the length of the genome.

The beauty of this approach is that it is relatively easy to accurately determine where the BAC fragments belong in the genome. This mapping step reduces the likelihood that regions containing repetitive sequences will be assembled incorrectly, and it virtually eliminates the possibility that sequences from different chromosomes will be mistakenly joined together. Returning to the textbook analogy, the BAC-based approach is akin to first separating your copies of *ECB* into individual pages and then shredding each page into its own separate pile. It should be much easier to put the book back together when one pile of fragments contains words from page 1, a second pile from page 2, and so on. And there's virtually no chance of mistakenly sticking a sentence from page 40 into the middle of a paragraph on page 412.

### All together now

The clone-by-clone approach produced the first draft of the human genome sequence that we examined in Chapter 9. This draft sequence continues to be updated as additional clones are sequenced (to complete the coverage of the genome) and the original clones are resequenced to ensure the accuracy of the data.

The completion of the first draft of the human genome sequence is a landmark achievement in cell biology. As the set of instructions that specify all of the RNA and protein molecules needed to build a human being, this string of genetic bits holds the secrets to human development, physiology, and medicine. But the human sequence will also be of great value to researchers interested in comparative genomics or in the physiology of other organisms; it will ease the assembly of nucleotide sequences from other mammalian genomes—mice, rats, dogs, and other primates. Thus the human sequence will likely be the only large genome to be completed in this detailed and methodical way. Thanks to the human genome project, sequencing can only get easier from here.



restriction sites for enzymes A, B, C, D and E

restriction map of one segment of human genome

restriction pattern for individual BAC clones

**Figure 10–11 Individual BAC clones are positioned on the physical map of the human genome sequence on the basis of their restriction digest "fingerprints."** Clones are digested with restriction endonucleases, and the sites at which the different enzymes cut each clone are recorded. The distinctive pattern of restriction sites allows investigators to order the fragments and place them on a previously generated restriction map of the human genome.

BAXJIVI0010461

regions, in contrast, represent DNA whose sequence is generally not critical for function. By reviewing the results of the longest natural "experiment" ever conducted, comparative DNA sequencing can highlight the most biologically interesting regions in any genome.

## Nucleic Acid Hybridization

Once a gene has been identified, we might want to know at what stages in development and in what tissues the gene is transcribed. We might also want to know whether an organism whose genome has not been sequenced contains a related gene. If the gene came from humans, we might want to determine if mutations present in it cause any human diseases. Or we might want to closely examine the same gene in a wide variety of individuals to see if it is responsible for any heritable traits. All of these issues can be addressed in the laboratory by taking advantage of a fundamental property of DNA: through the formation of Watson-Crick base pairs, a strand of DNA can pair in a highly selective manner with a second strand of *complementary* nucleotide sequence. The two strands of a DNA double helix are held together by relatively weak hydrogen bonds that can be broken by heating the DNA to around 90°C or by subjecting it to extremes of pH. These treatments release the two strands from each other but do not break the covalent bonds that link nucleotides together within each strand. If this process is slowly reversed (that is, by slowly lowering the temperature to normal body temperature or by bringing the pH back to neutral), the complementary strands will readily re-form double helices. This process is called **hybridization** or *renaturation*, and it results from a restoration of the complementary hydrogen bonds (Figure 10–12).

A similar hybridization reaction will occur between any two single-stranded nucleic acid chains (DNA/DNA, RNA/RNA, or RNA/DNA), provided they have complementary nucleotide sequences. The fundamental capacity of a single-stranded nucleic acid molecule to form a double helix only with a molecule complementary to it provides a powerful technique to detect specific nucleotide sequences in both DNA and RNA.

### DNA Hybridization Facilitates the Diagnosis of Genetic Diseases

To search for a nucleotide sequence by hybridization, one first needs a piece of nucleic acid with which to search. This *DNA probe* is a single-stranded DNA molecule, typically 10–1000 nucleotides long, that is used in hybridization reactions to detect nucleic acid molecules containing a complementary sequence. At first, scientists were limited to using probes that could be obtained from natural sources. Today, because of advances in nucleotide chemistry, short lengths of DNA of any desired sequence can be synthesized nonenzymatically in the laboratory.

**Figure 10–12 A molecule of DNA can undergo denaturation and renaturation (hybridization).** For hybridization to occur, the two single strands must have complementary nucleotide sequences that allow base-pairing. In this example, the *red* and *orange* strands are complementary to each other, and the *blue* and *green* strands are complementary to each other.



DNA double helices — high temp or high pH → denaturation to single strands (nucleotide pairs broken) — slowly cool or lower pH → renaturation restores DNA double helices (nucleotide pairs re-formed)

BAXJIVI0010462

Machines the size of a microwave oven can be programmed to string nucleotides together by chemical synthesis to produce single-stranded DNA chains of any sequence up to several hundred nucleotides in length.

Of the many uses of DNA probes, one of the most important is in identifying carriers of genetic diseases. More than 3000 different human genetic diseases are caused by mutations in single genes. In many of these cases, the mutation is *recessive*—that is, it shows its effect only when an individual inherits two defective copies of the gene, one from each parent. For some of these diseases, it is now possible to identify early in a pregnancy fetuses that carry two copies of a defective gene; this information may be a factor in decisions relating to possible termination of the pregnancy.

Examining a single gene in the human genome requires searching through a total genome of over 3 billion nucleotides. However, the incredible specificity of DNA hybridization makes this relatively simple. For the recessive genetic disease sickle-cell anemia, for example, the exact nucleotide change in the mutant gene is known: the sequence GAG is changed to GTG at a certain position in the DNA strand that codes for the β-globin chain of hemoglobin (Figure 10–13A). This causes a change in the amino acid encoded by that sequence from a glutamic acid to a valine; this small change is sufficient to alter the properties of the resulting hemoglobin molecules to produce the disease (see Figure 6–19). For prenatal diagnosis of sickle-cell anemia, DNA is extracted from fetal cells. Two DNA probes are used to test the fetal DNA—one corresponding to the normal β-globin gene sequence in the region of the mutation and the other corresponding to the mutant gene sequence. If the probes are short (about 20 nucleotides), they can be hybridized with DNA at a temperature at which only the perfectly matched helices will be stable. Using this technique, it is possible to distinguish whether DNA isolated from the fetus contains one, two, or no defective β-globin genes (Figure 10–13B). For example, a fetus carrying two copies of the mutant β-globin gene (which will result in the disease) can be recognized because its DNA will hybridize only with the probe



**Figure 10–13 The mutation that causes sickle-cell anemia can be detected using DNA hybridization.** (A) Sickle-cell anemia is caused by a mutation in the gene for β-globin that results in a change of a single amino acid from glutamic acid to valine in the β-globin protein. Individuals carrying two defective β-globin genes inherit the disease; individuals carrying one mutant gene and one normal gene usually do not develop symptoms. (B) The mutant gene can be detected in fetal DNA by DNA hybridization (see Figure 10–12). DNA samples from the fetus are first treated with restriction nucleases, and all the resulting DNA fragments (including those that contain the relevant portion of the β-globin gene) are electrophoresed through the gel. The gel is then treated with a DNA probe that detects only the restriction fragment that carries the β-globin gene (see Figure 10–14). Two different synthetic DNA probes are used, one corresponding to the normal sequence and one corresponding to the mutant sequence. The probes are labeled either with radioactive isotopes or with a fluorescent dye.

BAXJIVI0010463



**Figure 10–14 Gel-transfer hybridization—or Southern blotting—is used to detect specific DNA fragments.** (A) The mixture of double-stranded DNA fragments generated by restriction nuclease treatment of DNA is separated according to length by electrophoresis. (B) A sheet of either nitrocellulose paper or nylon paper is laid over the gel, and the separated DNA fragments are transferred to the sheet by blotting. The gel is supported on a layer of sponge in a bath of alkali solution, and the buffer is sucked through the gel and the nitrocellulose paper by paper towels stacked on top of the nitrocellulose. As the buffer is sucked through, it denatures the DNA and transfers the single-stranded fragments from the gel to the surface of the nitrocellulose sheet, where they adhere firmly. This transfer is necessary to keep the DNA firmly in place while the hybridization procedure (D) is carried out. (C) The nitrocellulose sheet is carefully peeled off the gel. (D) The sheet containing the bound single-stranded DNA fragments is placed in a sealed plastic bag together with buffer containing a radioactively labeled DNA probe specific for the required DNA sequence. The sheet is exposed for a prolonged period to the probe under conditions favoring hybridization. (E) The sheet is removed from the bag and washed thoroughly, so that only probe molecules that have hybridized to the DNA on the paper remain attached. After autoradiography, the DNA that has hybridized to the labeled probe will show up as bands on the autoradiograph. An adaptation of this technique to detect specific sequences in RNA is called *Northern blotting*. In this case mRNA molecules are electrophoresed through the gel and the probe is usually a single-stranded DNA molecule.

that is exactly complementary to the mutant DNA sequence. A common laboratory procedure used to visualize the hybridization is called *Southern blotting*, as shown in Figure 10–14.

The same techniques can also be used to ascertain an individual's susceptibility to future disease. They can, for example, identify individuals who have inherited abnormal copies of a DNA mismatch repair gene (see Figure 6–22). Because they cannot repair mistakes in DNA replication efficiently and because most cancers are caused by accumulation of mutations (see Figure 6–20), such individuals (estimated at 1 in 200 North Americans) have a greatly increased risk of cancer, especially a certain type of colon cancer. They need to take protective measures, such as receiving frequent checkups, to improve their prospects for remaining healthy.

## Hybridization on DNA Microarrays Monitors the Expression of Thousands of Genes at Once

We saw in Chapter 8 that a cell expresses only a subset of the genes available in its genome. One of the most important uses of nucleic acid hybridization is to determine, for a population of cells, exactly which

### Question 10–3

DNA sequencing of your own two β-globin genes (one from each of your two Chromosome 11s) reveals a mutation in one of the genes. Given this information alone, how much should you worry about being a carrier of an inherited disease that could be passed on to your children? What other information would you like to have to assess your risk?

BAXJIVI0010464

genes are being transcribed into mRNA and which genes are transcriptionally silent. For many years, scientists have been able to monitor the expression of genes, one at a time, but **DNA microarrays**, developed in the last decade, have revolutionized the way we analyze genes by allowing the RNA products of thousands of genes to be monitored at the same time. By examining the expression of so many genes simultaneously, we can begin to identify and study the complex gene expression patterns that underlie cellular physiology: we can see which genes are switched on (or off) as cells grow, divide, or respond to hormones, toxins, or infection.

DNA microarrays are simply glass microscope slides studded with a large number of DNA fragments, each containing a nucleotide sequence that serves as a probe for a specific gene. The most dense arrays contain tens of thousands of these fragments in an area smaller than a postage stamp, allowing thousands of hybridization reactions to be performed in parallel (Figure 10–15). Some types of microarrays carry DNA fragments corresponding to entire genes that are spotted onto the slides by a robot. Other types contain short oligonucleotides that are synthesized on the surface of the wafer using techniques similar to those that are used to etch circuits onto computer chips. In either case, the exact sequence—and position—of every DNA probe on the chip is known.

To use a DNA microarray to simultaneously monitor the expression of every gene in the cells being studied, mRNA from the cells is extracted and copied into a complementary DNA form, as we will describe in the next section. This complementary DNA, or cDNA, which is easier to manipulate than the original RNA, is then labeled with a fluorescent probe. The microarray is incubated with the labeled cDNA sample, and hybridization is allowed to occur (see Figure 10–15). The array is then washed to remove unbound molecules, and the positions to which labeled DNA fragments have hybridized are identified as fluorescent spots by an automated scanning-laser microscope. The array positions are then matched to the particular genes whose DNA was originally spotted at each location.

DNA microarrays have been used to examine everything from the changes in gene expression that make strawberries ripen to the "signatures" of different types of human cancer cells. Comparisons of the gene expression profiles of human cancers, for example, can be used to readily distinguish one type of cancer cell from another. By relating these expression patterns to clinical data gathered for each cancer—including how rapidly it progresses and whether it responds to treatment—it may be possible to predict whether a particular patient will respond to a



mRNA from sample 1 labeled with red fluorochrome

mRNA from sample 2 labeled with green fluorochrome

HYBRIDIZE

WASH

SCAN RED AND GREEN SIGNALS AND COMBINE IMAGES

small region of microarray representing expression of 110 genes from yeast

**Figure 10–15 DNA microarrays are used to simultaneously monitor the expression of hundreds or thousands of genes.** In this example, mRNA is collected from two different cell samples for direct comparison of their relative levels of gene expression. These samples are converted to cDNA and labeled, one with a red fluorochrome, the other with a green fluorochrome. The labeled samples are mixed and then allowed to hybridize to the microarray. After incubation, the array is washed and the fluorescence scanned. Only a small proportion of the microarray is shown; it represents 110 yeast genes. *Red spots* indicate that the gene in sample 1 is expressed at a higher level than the corresponding gene in sample 2, and *green spots* indicate that expression of the gene is more vigorous in sample 2 than in sample 1. *Yellow spots* reveal genes that are expressed at equal levels in both cell samples. Dark spots indicate little or no expression of the gene whose fragment is located at that position in the array. For another use of DNA microarrays, see How We Know (pp. 198–200).

BAXJIVI0010465



Figure 10–16 *In situ* hybridization is used to locate genes on chromosomes. Here, six different DNA probes have been used to mark the location of their respective nucleotide sequences on human Chromosome 5 isolated in the metaphase stage of mitosis (see Figure 5–18 and Panel 19–1, pp. 642–643). The probes have been chemically labeled and are detected using fluorescent antibodies specific for the chemical label. Both the maternal and paternal copies of Chromosome 5 are shown, aligned side-by-side. Each probe produces two dots on each chromosome because chromosomes undergoing mitosis have already replicated their DNA and therefore each chromosome contains two identical DNA helices. (Courtesy of David C. Ward.)

2 µm

specific type of therapy. Thus microarray-based "profiles" of cancer cells will likely lead to much more precise treatments for this often fatal disease.

## *In Situ* Hybridization Locates Nucleic Acid Sequences in Cells or on Chromosomes

Nucleic acids, like other macromolecules, occupy precise positions in cells and tissues, and a great deal of potential information is lost when these molecules are extracted from cells. For this reason, techniques have been developed whereby nucleic acid probes are used to locate specific nucleic acid sequences while they are still in place within cells or are still part of chromosomes. This procedure is called *in situ* **hybridization** (from the Latin *in situ*, "in place"), and can be applied to detect either DNA sequences in chromosomes or RNA sequences in cells. For the former application, nucleic acid probes labeled with fluorescent dyes or radioactive isotopes are hybridized to whole chromosomes that have been exposed briefly to a very high pH to separate the two DNA strands. The chromosomal regions that bind the labeled probe can then be visualized (Figure 10–16). This type of experiment reveals the position of a gene along a whole chromosome; it has also been used to study the folded structures of chromosomes and their positions within the cell.

*In situ* hybridization can also be used to reveal the distribution of gene expression patterns in cells that make up tissues or organs (Figure 10–17). This technique in particular has led to great advances in our

Figure 10–17 Cells expressing a particular mRNA can be visualized by *in situ* hybridization. This example shows a group of cells in a growing shoot tip of a snapdragon. Only a few of the cells (stained *dark blue*) are expressing an mRNA for a cyclin protein that triggers the cells to divide. The cells have been treated with a DNA probe that hybridizes to the cyclin mRNA. This probe was then specifically linked to an enzyme that produces a dark blue reaction product. The nuclei in other cells appear *light blue* because their DNA has been stained with the dye DAPI. (Courtesy of John Doonan.)





BAXJIVI0010466

understanding of embryonic development, by making easily visible the many changes in patterns of gene expression that occur in different cells of the developing embryo.

## DNA Cloning

We have seen that DNA molecules can be cleaved into shorter fragments using restriction nucleases and that these fragments can be separated from one another by gel electrophoresis. We have discussed how the nucleotide sequence of DNA can be determined and how important regions of a sequenced genome can be identified. We have also seen that hybridization can be used to pick out a match with a DNA probe of known sequence. In this section of the chapter, we shall see how these procedures are combined in order to obtain and work with a physical piece of DNA from a genome, rather than just the sequence information. In other words, we will discuss how a particular piece of any genome can be cloned. In cell biology, the term **DNA cloning** is used in two senses: in one it literally refers to the act of making many identical copies of a DNA molecule. However, it is also used to describe the separation of a particular stretch of DNA (often a particular gene) from the rest of a cell's DNA, because this isolation is facilitated by steps in which many identical copies of the DNA of interest are made. Obtaining any defined segment of DNA from a genome is one of the most important feats of recombinant DNA technology, as it is the starting point for understanding the function of each stretch of DNA within the genome.

### DNA Ligase Joins DNA Fragments Together to Produce a Recombinant DNA Molecule

Modern DNA technology depends both on the ability to break long DNA molecules into conveniently sized fragments and on the ability to join these fragments back together in new combinations. The cell itself has provided the means to perform these molecular manipulations. As discussed in Chapter 6, the enzyme **DNA ligase** reseals the nicks in the DNA backbone that arise during DNA replication and DNA repair (see Figures 6–16 and 6–26). This enzyme has become one of the most important tools of recombinant DNA technology, as it allows scientists to join together any two DNA fragments (Figure 10–18). Because DNA has the same chemical structure in all organisms, this simple maneuver allows DNAs from any source to be united. In this way, isolated DNA fragments can be recombined in the test tube to produce DNA molecules not found in nature. Once two DNA molecules have been joined by ligase, the cell cannot tell that the two DNAs were originally separate and will treat the resulting DNA as a single molecule. If such a foreign stretch of DNA is appropriately introduced into the DNA of a host cell, it will be replicated and transcribed as if it were a normal part of the cell's own DNA.

### Recombinant DNA Can Be Copied Inside Bacterial Cells

For many applications of DNA technology, it is desirable to make identical copies of (that is, clone) a defined stretch of DNA, often a gene. As we shall see, this replication can be accomplished in several ways. One way is to introduce the DNA to be copied into a rapidly dividing bacterium; each time the bacterium replicates its own DNA it also copies the introduced DNA.

DNA can be introduced into bacteria by a mechanism called **transformation**. Some bacteria naturally take up DNA molecules present in



**Question 10–4**

Almost all the cells in an individual animal contain identical genomes. In an experiment, a tissue composed of multiple different cell types is fixed and subjected to *in situ* hybridization with a DNA probe to a particular gene. To your surprise, the hybridization signal is much stronger in some cells than in others. Explain this result.

BAXJIVI0010467



(A) JOINING TWO COMPLEMENTARY STAGGERED ENDS



(B) JOINING TWO BLUNT ENDS



(C) JOINING A BLUNT END WITH A STAGGERED END

**Figure 10–18 Recombinant DNA molecules can be formed in vitro.** The enzyme DNA ligase can join any two DNA fragments together regardless of the source of the DNA. ATP provides the energy necessary for the ligase to reseal the sugar–phosphate backbone of DNA. (A) The joining of two DNA fragments produced by the restriction nuclease Eco RI. Note that the staggered ends produced by this enzyme to base-pair correctly with each other, greatly facilitating their rejoining. This ligation reaction also reconstructs the original restriction nuclease-cutting site, which allows DNA fragments to be easily inserted or removed. (B) The joining of a DNA fragment produced by the restriction nuclease Hae III to one produced by Alu I. (C) The joining of DNA fragments produced by Eco RI and Hae III, respectively, using DNA polymerase to fill in the staggered cut produced by Eco RI. Each DNA fragment shown in the figure is oriented so that its 5′ ends are the left end of the upper strand and the right end of the lower strand, as indicated in (A).

their surroundings by pulling the DNA through their cell membrane to the inside of the cell (Figure 10–19). The incoming DNA is often then incorporated into the genome by recombination. The term "transformation" originated from early observations of this phenomenon in which it appeared that one bacterial strain had become transformed into another. The transformation of one strain of bacterium with purified DNA derived from another strain provided one of the first proofs that DNA is indeed the genetic material (see How We Know, pp. 172–174).

In a natural bacterial population, a source of DNA for transformation is provided by bacteria that have died and released their contents (including DNA) into the environment. In the laboratory, bacteria such as *E. coli* can be coaxed to take up recombinant DNA that has been created in the laboratory. A great advantage to the experimenter is that naked DNA from any source, not just the DNA of the same bacterial species, can be taken up by this route. Bacterial transformation thus allows DNA from complex organisms, such as humans, to be studied easily in the laboratory.

## Specialized Plasmid Vectors Are Used to Clone DNA

As mentioned previously, DNA introduced into bacteria is often incorporated into the bacterial genome. Investigators interested in cloning, however, find it easier to manipulate, copy, and purify their recombinant DNA when it is maintained as an independent molecule, separate from the bacterial chromosome. To maintain foreign DNA in a bacterial cell, a bacterial plasmid is used as a carrier, or *vector*. The **plasmids** typically used for gene cloning are relatively small circular DNA molecules of several thousand nucleotide pairs that can replicate inside a bacterium (Figure 10–20). A plasmid vector contains a replication origin,

BAXJIVI0010468



DNA fragment

recipient cell

LYSIS AND FRAGMENTATION OF THE DNA

+

UPTAKE OF NAKED DNA MOLECULE

Figure 10–19 Some bacteria can efficiently take up DNA from their surroundings. In nature, the source of this DNA is often other bacterial cells that have died. Once inside the recipient cell, the donor DNA can become a part of the recipient genome (through the process of homologous recombination) or—in special cases—can be maintained as a piece of DNA independent of the bacterial chromosome.

which enables it to replicate in the bacterial cell independently of the bacterial chromosome. It also has a cutting site for a convenient restriction nuclease, so that the plasmid can be opened and a foreign DNA fragment can be inserted. Plasmids also usually contain a gene for some selectable property, such as antibiotic resistance, which enables bacteria that take up the recombinant DNA to be easily identified.

Plasmids occur naturally in many different species of bacteria. They were first recognized by physicians and scientists because they often carry genes that render their host bacteria resistant to one or more antibiotics. Indeed, historically potent antibiotics (for example, penicillin) are no longer effective against many of today's bacterial infections because plasmids have spread among bacterial species by horizontal transfer (see Figure 9–13). The plasmids used for recombinant DNA research are derived from such naturally occurring plasmids; however, they are typically much simpler, containing only the DNA elements discussed above.

To insert a piece of DNA to be cloned into a laboratory plasmid, the purified plasmid DNA is exposed to a restriction nuclease that cleaves it in just one place, and the DNA fragment to be cloned is covalently inserted into it using DNA ligase (Figure 10–21). This recombinant DNA molecule is then introduced into a bacterium (usually *E. coli*) by transformation, and the bacterium is allowed to grow in nutrient broth, where it doubles in number every 30 minutes. Each time it doubles, the number of copies of the recombinant DNA molecule also doubles, and after just a day, hundreds of millions of copies of the plasmid will have been produced. The bacteria are then lysed, and the plasmid DNA is purified (by virtue of its small size) from the rest of the cell contents, including the large bacterial chromosome. The purified preparation of plasmid DNA will contain millions of copies of the original DNA fragment (Figure 10–22). This DNA fragment can be recovered by cutting it cleanly out of the plasmid DNA using the appropriate restriction enzyme and separating it from the plasmid DNA by gel electrophoresis (see Figure 10–5). These steps effectively allow the purification of a given stretch of DNA from the rest of the genome.

## Human Genes Are Isolated by DNA Cloning

We have seen how any DNA fragment can be produced in large numbers by inserting it into a bacterium. But how are these DNA fragments identified and chosen in the first place? In particular, how is an individual human gene (one of around 30,000 genes in the human genome) first isolated by cloning? As an example, let us imagine we are going to clone the gene for the human blood-clotting protein Factor VIII. Although the exact methods by which human genes have been isolated and identified differ from one case to the next, this example will illustrate many of the general features of DNA cloning.

Defects in the gene for Factor VIII are the cause of the most common type of hemophilia—hemophilia A. This genetically determined disease has been recognized for over a thousand years and affects



Figure 10–20 Bacterial plasmids are commonly used as cloning vectors. This circular, double-stranded DNA molecule consists of several thousand nucleotide pairs. The staining required to make the DNA visible in this electron micrograph makes the DNA appear much thicker than it actually is. (Courtesy of Brian Wells.)

100 nm

BAXJIVI0010469

**Figure 10–21 A DNA fragment is inserted into a bacterial plasmid using the enzyme DNA ligase.** The plasmid is cut open with a restriction nuclease (in this case one that produces staggered ends) and is mixed with the DNA fragment to be cloned (which has been prepared using the same restriction nuclease), DNA ligase, and ATP. The staggered ends base-pair, and the nicks in the DNA backbone are sealed by the DNA ligase to produce a complete recombinant DNA molecule. (Micrographs courtesy of Huntington Potter and David Dressler.)



approximately one in 10,000 males. People with hemophilia A fail to produce fully active Factor VIII, and thus have repeated episodes of uncontrolled bleeding. Until recently, the standard treatment for this disease had been the injection of concentrated Factor VIII protein, pooled from many blood samples. Tragically, this treatment has exposed hemophiliacs to risk of infection by viruses, including HIV (the AIDS virus). The commercial production of pure Factor VIII using recombinant DNA technology offers a significant improvement in the treatment of this disease. This achievement required the cloning of the normal human gene that codes for Factor VIII and the piecing together of its coding sequence. This coding sequence was then used to produce large amounts of the purified protein, as described later in this chapter.

Dealing with the $3 \times 10^9$ nucleotide pairs of the complete human genome is a daunting task, and the first step in cloning any human gene is to break up the total genomic DNA into smaller, more manageable pieces to make it easier to work with. One general procedure for doing this is outlined in Figure 10–23. Human DNA is first extracted from a tissue sample or cell culture and cleaved with a restriction nuclease, which produces millions of different DNA fragments. The mixture of DNA fragments is then ligated into plasmid vectors under conditions that favor the insertion of one DNA fragment for each plasmid molecule. The plasmid most commonly used for human DNA libraries is the bacterial artificial chromosome (BAC), a vector derived from a plasmid that occurs naturally in *E. coli*. These recombinant plasmids are mixed with a culture of *E. coli* at a concentration that ensures that no more than one plasmid molecule is taken up by each bacterium. The collection of cloned DNA fragments in the resulting bacterial culture is known as a **DNA library**. In this case it is called a *genomic library*, as the

**Figure 10–22 A cloned DNA fragment can be replicated inside a bacterial cell.** To produce many copies of a particular fragment of DNA, it is first inserted into a plasmid vector, as shown in Figure 10–21. The resulting recombinant plasmid DNA is then introduced into a bacterium where it can be replicated many millions of times as the bacterium multiplies.



BAXJIVI0010470

Figure 10–23 **Human genomic libraries can be constructed using restriction nucleases and ligase.** A genomic library comprises a set of bacteria, each carrying a different small fragment of human DNA. For simplicity, cloning of just a few representative fragments (colored) is shown. In reality, all of the gray DNA fragments will also be cloned.



human DNA

CLEAVE WITH
RESTRICTION
NUCLEASE

millions of genomic
DNA fragments

DNA FRAGMENTS
INSERTED INTO
PLASMIDS USING LIGASE

recombinant
DNA molecules

INTRODUCTION
OF PLASMIDS
INTO BACTERIA

genomic library

DNA fragments are derived directly from the chromosomal DNA. As we see later, there are other types of DNA libraries. If colonies derived from a single bacterium are isolated on Petri dishes, each bacterial colony will represent a clone of one particular stretch of human DNA. A collection of several million colonies in this library should thus represent all of the human genome.

To find a particular gene, we now face a problem analogous to that of entering a real library, wishing to find a book, and realizing that there is no card catalog or computerized listing of the millions of books in the library. How do we find a particular stretch of DNA (in our case the Factor VIII gene) in the vast human DNA library? The key is to exploit the hybridization properties of nucleic acids discussed earlier in this chapter. If we had a DNA probe for the Factor VIII gene, we could use it to find the matching clone in the library. But where does such a probe come from before the gene itself has been identified?

In the case of Factor VIII, a small amount of the protein was purified from human blood donors, using blood clotting as the biochemical assay. The partial amino acid sequence of the protein was deduced (today this would be done using mass spectrometry; see How We Know, pp. 129–131). Applying the genetic code in reverse, this amino acid sequence information was then used to deduce the partial nucleotide sequence of the gene. This nucleotide sequence was then chemically synthesized to create a DNA probe. Using this probe, the rare bacterial clones in the DNA library containing the complementary Factor VIII fragment were identified by hybridization (Figure 10–24).

When such a Factor VIII probe was first used on a human genomic library, a single complementary clone from the DNA library was identified. The nucleotide sequence of this cloned DNA showed that it contained only a small portion of the Factor VIII gene, and the entire gene had to be laboriously pieced together. We now know that the Factor VIII gene is 180,000 nucleotide pairs long and contains many introns (see Figure 7–14B), so it is hardly surprising that no single genomic clone contained the entire gene.

Many human genes were originally identified and cloned using variations on the procedure described for Factor VIII. However, now that the complete human genome sequence is known, cloning a particular gene often is much easier. For example, once the partial amino acid sequence of a protein of interest is known, it can, with the aid of computers, be used to directly search the human genome sequence for the matching gene.

For many applications of DNA technology, it is advantageous to obtain a gene in a form that contains only the coding sequence, that is, a form that lacks the intron DNA. For example, in the case of the Factor VIII gene the complete genomic clone—introns and exons—is so large and unwieldy that it is necessary to work with the gene in pieces. Moreover, if one wanted to deduce the complete amino acid sequence of the Factor VIII protein solely from the nucleotide sequence of its gene, it would be difficult to figure out where each exon begins and ends; after all, the great majority of the gene sequence is relatively useless intron sequences (see Figure 7–14B). However, as we shall see in the next section, it is relatively simple to isolate a gene free of all its introns. For this purpose, a different type of library, called a *cDNA library*, is used.

BAXJIVI0010471



**Figure 10-24 A bacterial colony carrying a particular DNA clone can be identified by hybridization.** A replica of the arrangement of colonies on the Petri dish is made by pressing a piece of absorbent paper against the surface of the dish. This replica is treated with alkali (to lyse the cells and separate the plasmid DNA into single strands), and the paper is then hybridized to a highly radioactive DNA probe. Those bacterial colonies that have bound the probe are identified by autoradiography. Living cells containing the plasmid can then be isolated from the original dish.

## cDNA Libraries Represent the mRNA Produced by a Particular Tissue

A human cDNA library is similar to the genomic library described earlier in that it also contains numerous clones containing many different human DNA sequences. But it differs in one important respect. The DNA that goes into a cDNA library is not genomic DNA (chromosomal DNA), but is instead DNA copied from the mRNAs present in a particular tissue or cell culture. To prepare a **cDNA** library, the total mRNA is extracted from the cells, and DNA copies (cDNA, short for complementary DNA) of the mRNA molecules are produced by the enzyme reverse transcriptase (Figure 10-25). The cDNA molecules are then cloned, just like the genomic DNA fragments described earlier, to produce the cDNA library. For example, using such a cDNA library prepared from liver, the organ that normally produces Factor VIII, it was possible to isolate the complete coding sequence of the Factor VIII gene, devoid of introns, and present on one piece of DNA. The Factor VIII cDNA was isolated from a cDNA library by using a portion of the genomic Factor VIII DNA as a probe and employing the procedure shown previously in Figure 10-24. We will see in the final part of this chapter how the coding sequence was used to produce purified human Factor VIII protein on a commercial scale.

There are several important differences between genomic DNA clones and cDNA clones, as illustrated in Figure 10-26. Genomic clones represent a random sample of all of the DNA sequences found in an organism's genome and, with very rare exceptions, will contain the same sequences regardless of the cell type from which the DNA came. Also, genomic clones from eucaryotes contain large amounts of repetitive DNA sequences, introns, gene regulatory regions, and spacer DNA, as well as sequences that code for proteins (see Figure 9-26). By contrast, cDNA clones contain only coding sequences, and only those for genes that have been transcribed into mRNA in the tissue from which the RNA came. As the cells of different tissues produce distinct sets of mRNA molecules, a different cDNA library will be obtained for each type of tissue. Patterns of gene expression change during development, so cDNA libraries will also reflect the genes expressed by cells at different stages in their development.

BAXJIVI0010472

By far the most important advantage of cDNA clones is that they contain the uninterrupted coding sequence of the gene. Thus, if the aim of cloning the gene is either to deduce the amino acid sequence of the protein from the DNA or to produce the protein in bulk by expressing the cloned gene in a bacterial or yeast cell (neither of which can remove introns from mammalian RNA transcripts), it is essential to start with cDNA.

The main advantage of genomic clones, on the other hand, is that they contain introns as well as exons, and they include the regulatory sequences that determine when genes are expressed, in which tissues, and how much protein will be made. For this reason, genomic clones are used to determine the complete nucleotide sequences of genomes. As described in How We Know (pp. 334–335), a complete genome sequence is pieced together from the individual nucleotide sequences of an enormous number of genomic clones.

## The Polymerase Chain Reaction Amplifies Selected DNA Sequences

Cloning via DNA libraries was once the only route to gene isolation, and it is still used in sequencing whole genomes and in dealing with very large genes. However, a method known as the **polymerase chain reaction (PCR)** provides a quicker and less expensive alternative for many cloning applications, particularly for those organisms whose complete genome sequence is known. Invented in the 1980s, PCR can be carried out entirely *in vitro* without the use of cells. Using this technique, a given nucleotide sequence can be selectively and rapidly replicated in large amounts from any DNA sample that contains it. For example, the



**Figure 10–25 Complementary DNA (cDNA) is synthesized from mRNA.** Total mRNA is extracted from a particular tissue, and DNA copies (cDNA) of the mRNA molecules are produced by the enzyme reverse transcriptase (see Figure 6–39). For simplicity, the copying of just one of these mRNAs into cDNA is illustrated here. A short oligonucleotide complementary to the poly-A tail at the 3′ end of the mRNA (discussed in Chapter 7) is first hybridized to the RNA to act as a primer for the reverse transcriptase, which then copies the RNA into a complementary DNA chain, thereby forming a DNA/RNA hybrid helix. Treating the DNA/RNA hybrid with the enzyme RNase H creates nicks and gaps in the RNA strand. The remaining single-stranded cDNA is then copied into double-stranded cDNA by the enzyme DNA polymerase. The primer for this synthesis reaction is provided by a fragment of the original mRNA, as shown.

BAXJIVI0010473

**Figure 10–26 Genomic DNA clones and cDNA clones derived from the same region of DNA are different.** In this example, gene A is infrequently transcribed, whereas gene B is frequently transcribed, and both genes contain introns *(green)*. In the genomic DNA library, both introns and the nontranscribed DNA *(pink)* are included in the clones, and most clones will contain only part of the coding sequence of a gene *(red)*. In the cDNA clones the intron sequences *(yellow)* have been removed by RNA splicing during the formation of the mRNA *(blue)*, and a continuous coding sequence is therefore present in each clone. Because gene B is transcribed more frequently than is A in the cells from which the library was made, it will be represented much more often than A in the cDNA library. In contrast, A and B should be represented equally in the genomic library.



polymerase chain reaction is now widely used to provide large amounts of any gene from a small sample of human DNA. It also has many other applications, including amplifying DNA for use in diagnostic tests for disease genes and in forensic medicine, as we discuss shortly.

PCR is based on the use of DNA polymerase to copy a DNA template in repeated rounds of replication. The polymerase is guided to the sequence to be copied by short primer oligonucleotides that are hybridized to the DNA template at the beginning and end of the desired DNA sequence. These oligonucleotides are designed by the experimenter so that they provide a primer for DNA replication on each strand of the original double-stranded DNA. Because the primers have to be chemically synthesized, PCR can be used only to clone DNA whose beginning and end sequences are known. Guided by these primers, DNA polymerase is then used to make many copies (billions are typical) of the sequence required. The method is outlined in Figure 10–27. PCR is extremely sensitive; it can detect a single copy of a DNA sequence in a sample by amplifying it so much that it becomes detectable by, for example, staining after separation by gel electrophoresis (see Figure 10–5).

There are several especially useful applications of PCR. First, PCR is now the method of choice for cloning relatively short DNA fragments (say, under 10,000 nucleotide pairs) from a cell. The original template for the reaction can be either DNA or RNA, so PCR can be used to obtain either a full genomic copy or a cDNA copy of the gene (Figure 10–28).

Another application of PCR, which relies on its extraordinary sensitivity, is to detect infections by pathogens at very early stages. Here, short sequences complementary to the pathogen's genome are used as primers, and following many cycles of amplification, the presence or absence of even a few copies of an invading genome in a sample of blood can be ascertained (Figure 10–29). For many infections, PCR is the most sensitive method of detection; already it is replacing the use of antibodies against surface proteins to detect the presence of pathogens in human samples.

**Question 10–5**

A. If the PCR reaction shown in Figure 10–27 is carried through an additional two rounds of amplification, how many of the DNA fragments labeled in gray, green, or red or outlined in yellow are produced? If many additional cycles are carried out, which fragments will predominate?

B. Assume you start with one double-stranded DNA molecule and amplify a 500-nucleotide-pair sequence contained within it. Approximately how many cycles of PCR amplification will you need to produce 100 ng of this DNA? 100 ng is an amount that can be easily detected after staining with a fluorescent dye. (Hint: for this calculation, you need to know that each nucleotide has an average molecular weight of 330 g/mole.)

BAXJIVI0010474

(A)



(B)



Figure 10–27 PCR is used to amplify a DNA sequence. Knowledge of the DNA sequence to be amplified is used to design two synthetic DNA oligonucleotides, each complementary to the sequence on one strand of the DNA double helix at opposite ends of the region to be amplified. These oligonucleotides serve as primers for *in vitro* DNA synthesis, which is carried out by a DNA polymerase, and they determine the segment of the DNA that is amplified. (A) PCR starts with a double-stranded DNA, and each cycle of the reaction begins with a brief heat treatment to separate the two strands (step 1). After strand separation, cooling of the DNA in the presence of a large excess of the two primer DNA oligonucleotides allows these primers to hybridize to complementary sequences in the two DNA strands (step 2). This mixture is then incubated with DNA polymerase and the four deoxyribonucleoside triphosphates so that DNA is synthesized, starting from the two primers (step 3). The cycle is then begun again by a heat treatment to separate the newly synthesized DNA strands. The technique depends on the use of a special DNA polymerase isolated from a thermophilic bacterium; this polymerase is stable at much higher temperatures than eucaryotic DNA polymerases, so it is not denatured by the heat treatment shown in step 1. It therefore does not have to be added again after each cycle of reaction. (B) As the procedure is carried out over and over again, the newly synthesized fragments serve as templates in their turn, and within a few cycles the predominant DNA is identical to the sequence bracketed by and including the two primers in the original template. In practice, 20–30 cycles are required for useful DNA amplification. Each cycle doubles the amount of DNA synthesized in the previous cycle. Each cycle takes only about 5 minutes, and automation of the whole procedure now enables cell-free cloning of a DNA fragment in a few hours, compared with the several days required for standard cloning procedures. Of the DNA put into the original reaction, only the sequence bracketed by the two primers is amplified because there are no primers attached anywhere else. In the example illustrated in (B), four cycles of reaction produce 16 DNA chains, 8 of which *(boxed in yellow)* are the same length as and correspond exactly to one or the other strand of the original bracketed sequence shown at the far left; the other strands contain extra DNA downstream of the original sequence, which is replicated in the first few cycles. After three more cycles, 240 of the 256 DNA chains will correspond exactly to the original sequence, and after several more cycles, essentially all of the DNA strands will have this unique length.

BAXJIVI0010475



Figure 10–28 **PCR can be used to obtain genomic or cDNA clones.** (A) To obtain a genomic clone using PCR, chromosomal DNA is first purified from cells. PCR primers that flank the stretch of DNA to be cloned are added, and many cycles of the PCR reaction are completed (see Figure 10–27). Because only the DNA between (and including) the primers is amplified, PCR provides a way to obtain selectively a short stretch of chromosomal DNA in an effectively pure form. (B) To use PCR to obtain a cDNA clone of a gene, mRNA is first purified from cells. The first primer is then added to the population of mRNAs, and reverse transcriptase is used to make a complementary DNA strand. The second primer is then added, and the single-stranded DNA molecule is amplified through many cycles of PCR, as shown in Figure 10–27.



Finally, PCR has great potential in forensic medicine. Its extreme sensitivity makes it possible to work with a very small sample—minute traces of blood and tissue that may contain the remnants of only a single cell—and still obtain a *DNA fingerprint* of the person from whom it came. The genome of each human (with the exception of identical twins) differs in DNA sequence from the genome of every other human; the DNA amplified by PCR using a particular primer pair is therefore quite likely to differ in sequence from one individual to another. Using a carefully selected set of primer pairs that cover the known highly variable parts of the human genome, PCR can generate a distinctive DNA fingerprint for each individual (Figure 10–30).

Figure 10–29 **PCR can be used to detect the presence of a viral genome in a sample of blood.** The genome of the human immunodeficiency virus (HIV), the cause of AIDS, is a single-stranded RNA molecule. Because of its ability to enormously amplify the signal from every single molecule of nucleic acid, PCR is an extraordinarily sensitive method for detecting trace amounts of virus in a sample of blood or tissue without the need to purify the virus. In addition to HIV, many viruses that infect humans are now monitored in this way.



BAXJIVI0010476



**Figure 10–30 PCR is used in forensic science.** (A) The DNA sequences that create the variability used in this analysis contain runs of short, repeated sequences, such as GTGTGT…, which are found in various positions (loci) in the human genome. The number of repeats in each run is highly variable in the population, ranging from 4 to 40 in different individuals. A run of repeated nucleotides of this type is commonly referred to as a *hypervariable microsatellite* sequence, also known as a VNTR *(variable number of tandem repeats)* sequence. Because of the variability in these sequences, individuals will usually inherit a different variant of each VNTR locus from their mother and from their father; two unrelated individuals therefore do not usually contain the same pair of sequences. A PCR reaction using primers that bracket the locus produces a pair of bands of amplified DNA from each individual, one band representing the maternal variant and the other representing the paternal variant. The length of the amplified DNA, and thus its position after electrophoresis, will depend on the exact number of repeats at the locus. (B) In the schematic example shown here, the same three VNTR loci are analyzed from three suspects (individuals A, B, and C), producing six bands for each person after polyacrylamide gel electrophoresis. Although some individuals have several bands in common, the overall pattern is quite distinctive for each. The band pattern can therefore serve as a "fingerprint" to identify an individual nearly uniquely. The fourth lane (F) contains the products of the same PCR reactions carried out on a forensic sample. The starting material for such a PCR reaction can be a single hair or a tiny sample of blood that was left at the crime scene. The more loci that are examined, the more confident we can be about the results. When examining the variability at 5–10 different VNTR loci, the odds that two random individuals would share the same fingerprint by chance are approximately one in 10 billion. In the case shown here, individuals A and C can be eliminated from inquiries, while B remains a clear suspect. A similar approach is now used routinely for paternity testing.

BAXJIVI0010477

## DNA Engineering

In this section we describe how extensions of the methods we have introduced so far in this chapter have revolutionized all other aspects of cell biology by providing new ways to study the functions of genes, RNA molecules, and proteins.

### Completely Novel DNA Molecules Can Be Constructed

We have seen that recombinant DNA molecules are generally made by using DNA ligase to join together two DNA molecules (see Figure 10–18). For production of a DNA library, one of the DNA molecules is the vector, derived from a bacterial plasmid or virus, while the other is either a cDNA molecule or fragment of a chromosome (see Figure 10–23). Such a recombinant DNA molecule can in turn serve as a vector for the insertion and cloning of additional DNA, and by a repetition of this procedure, a cloned DNA can be generated that is different from any DNA that occurs naturally (Figure 10–31). This new DNA can be made from the combination of naturally occurring DNA sequences, or its sequence can be determined entirely by the experimenter by using chemically synthesized DNA. By repeated DNA cloning steps, synthetic and naturally occurring DNAs can be joined together in various combinations to produce longer DNA molecules of any desired sequence. One of the most important uses of such custom-designed DNA sequences is for the high-level production of what are normally rare cellular proteins, as we shall see next.

### Rare Cellular Proteins Can Be Made in Large Amounts Using Cloned DNA

Until recently, the only proteins that could be studied easily were those produced in relative abundance by cells. Starting with several hundred grams of cells, a major protein—one that constitutes 1% or more of the total cellular protein—can be purified by sequential chromatography steps (see Panel 4–4, p. 162) to yield perhaps 0.1 g (100 mg) of pure protein. This amount is sufficient for conventional amino acid sequencing, for analysis of the protein's biological activity (for example, what biochemical reaction it might catalyze), and for the production of antibodies against the protein, which can then be used to detect it within the cell. Moreover, if suitable crystals of the protein can be grown (often a difficult task), its three-dimensional structure can be determined by X-ray crystallography (see How We Know, pp. 129–131). The structure and function of many abundant proteins, including hemoglobin isolated from red blood cells, have been analyzed in this way.

But most of the thousands of different proteins in a eucaryotic cell, including many with crucially important functions, are present in very small amounts. For these, it used to be extremely difficult, if not impossible, to obtain more than a few micrograms of pure material. One of the most important contributions of DNA cloning and genetic engineering to cell biology is that they make it possible to produce any protein, including the rare ones, in large amounts.



**Figure 10–31 Serial DNA cloning can be used to splice together a set of DNA fragments derived from different sources.** After each DNA insertion step, the recombinant plasmid is cloned to purify and amplify the new DNA (see Figure 10–22). The recombinant molecule is then cut once with a restriction nuclease, as indicated, and used as a cloning vector for the next DNA fragment.

plasmid vector

first DNA insert

second DNA insert

third DNA insert

BAXJIVI0010478

**Figure 10–32** Large amounts of a protein can be produced from a protein-coding DNA sequence cloned into an expression vector and introduced into cells. A plasmid vector has been engineered to contain a highly active promoter, which causes unusually large amounts of mRNA to be produced from an adjacent protein-coding gene inserted into the plasmid vector. Depending on the characteristics of the cloning vector, the plasmid is introduced into bacterial, yeast, insect, or mammalian cells, where the inserted gene is efficiently transcribed and translated into protein.

This high-level production is usually accomplished by using specially designed vectors known as *expression vectors*. Unlike the cloning vectors discussed earlier, these vectors also include appropriate gene regulatory and promoter DNA sequences necessary to enable an adjacent protein-coding DNA insert to be efficiently transcribed in cells. These vectors can thus direct the production of large amounts of mRNA, which can be translated into protein within the cell (Figure 10–32). Different expression vectors are designed for use in bacterial, yeast, insect, or mammalian cells, each containing the appropriate regulatory sequences for transcription and translation in these cells. The expression vector is replicated at each round of cell division, giving rise to a cell culture able to synthesize very large amounts of the protein of interest. Because the protein encoded by the expression vector is typically produced inside the cell, it must be purified from the host cell proteins after cell lysis by chromatography; but because it is so plentiful in the cell lysate (often comprising 1–10% of the total cell protein), purification is usually easy to accomplish in only a few steps.

The experimental techniques which take us from protein to gene and back again are summarized in Figure 10–33. They have been used to produce many proteins of biological interest in large enough amounts for the detailed structural and functional studies that were previously possible only for a few (Figure 10–33). This technology is now also used to make large amounts of many medically useful proteins. The Factor VIII protein, for example, is now made commercially from cultures of genetically engineered mammalian cells and is thus free of viral contamination. Many other useful proteins, including hormones (such as insulin), growth factors, and viral coat proteins for use in vaccines, are also produced in this fashion.

## Engineered Genes Can Reveal When and Where a Gene Is Expressed

So far in this chapter we have assumed that the function of a cloned gene is known. But suppose that you have discovered a gene that codes



double-stranded plasmid DNA expression vector

promoter sequence
CUT DNA WITH RESTRICTION NUCLEASE

INSERT PROTEIN-CODING DNA SEQUENCE

INTRODUCE RECOMBINANT DNA INTO CELLS

overexpressed mRNA          overexpressed protein

**Figure 10–33** Knowledge of the molecular biology of cells makes it possible to experimentally move from gene to protein and from protein to gene. A small quantity of a purified protein is used to obtain a partial amino acid sequence. This provides sequence information that enables the corresponding gene to be cloned from a DNA library (see Figure 10–24) or to be identified in a sequenced genome and amplified by PCR (see Figure 10–27). Once the gene has been cloned, its protein-coding sequence can be used to design a DNA that can then be used to produce large quantities of the protein from genetically engineered cells (see Figure 10–32).

search DNA database for gene sequence → synthesize DNA probe → clone by PCR or screen cDNA or genomic DNA library

determine amino acid sequence of a peptide fragment

PROTEIN

introduce into *E. coli* or other host cell ← insert into expression vector

GENE or cDNA

BAXJIVI0010479

for a protein of unknown function. How do you determine what the protein does? Now that genome-sequencing projects are rapidly identifying new genes from the DNA sequence alone, this has become a common question in cell biology. For example, there are more than 10,000 human genes whose functions are unknown. Neither the complete nucleotide sequence of a gene nor even the three-dimensional structure of the protein is sufficient to deduce a protein's function unless it is closely related to a protein that has already been studied. Many proteins—such as those that have a structural role in the cell or normally form part of a large multienzyme complex—will have no obvious biochemical activity on their own. Even those that do have known activities (motor proteins and protein kinases, for example) could in principle participate in any number of different pathways in the cell; in other words, it is not always clear from their biochemical activities how the proteins are actually used by the cell.

In many cases, clues to a protein's function can be obtained by examining when and where its gene is expressed in the cell or in the organism as a whole. Determining the pattern and timing of a gene's expression can be accomplished by joining the regulatory region of the gene under study to a *reporter gene*—one whose activity can be easily monitored. As we discussed in detail in Chapter 8, gene expression is controlled by regulatory DNA sequences, usually located upstream of the coding region, that are not transcribed themselves. These regulatory sequences, which control which cells will express a gene and under what conditions, can also be made to control the expression of a reporter gene. The level, timing, and cell specificity of reporter protein production will reflect the function of the original gene as well as the action of the regulatory sequences that belong to it (Figure 10–34). In most cases, the expression of the reporter gene is monitored by tracking the fluorescence or enzymatic activity of its protein product.



Figure 10–34 Reporter genes can be used to determine the pattern of a gene's expression. (A) In this example the coding sequence for protein X is replaced by the coding sequence for reporter protein Y. (B) Various fragments of DNA containing candidate regulatory sequences are added in combinations. The recombinant DNA molecules are then tested for expression after their transfection into a variety of different types of mammalian cells, and the results are summarized in (C). For experiments in eucaryotic cells, two commonly used reporter proteins are the enzymes β-galactosidase (see Figure 8–18B) and green fluorescent protein, or GFP (see Figure 10–35).

BAXJIVI0010480

**Figure 10–35 Green fluorescent protein (GFP) can be used to identify specific cells in a living animal.** For this experiment, carried out in the fruit fly, the GFP gene was joined (using recombinant DNA techniques) to a fly promoter that is active only in a specialized set of neurons. This image of a live fly embryo was captured by a fluorescence microscope and shows approximately 20 neurons, each with long projections (axons and dendrites) that communicate with other (nonfluorescent) cells. These neurons are located just under the surface of the animal and allow it to sense its immediate environment. (From W.B. Grueber et al., *Curr. Biol.* 13:618–626, 2003.)



One of the most popular reporter proteins used today is **green fluorescent protein (GFP)**, the molecule that gives luminescent jellyfish their greenish glow. In many cases, the GFP gene can simply be attached to one end of the gene that encodes a protein of interest. Often, the resulting GFP fusion protein behaves in the same way as the original protein, and its distribution in the cell or in the organism can easily be monitored simply by following its fluorescence by microscopy (Figure 10–35). The GFP fusion protein strategy has become a standard way to determine the distribution and to track the movement of any protein of interest in a living organism. From this information, many insights about a protein's function in the organism can be obtained.

## Mutant Organisms Best Reveal the Function of a Gene

Ultimately, the cell biologist wishes to determine how genes, and the proteins they encode, function in an intact organism. As discussed in Chapter 20, classical genetics provides a powerful way to answer these questions. Using this approach, one begins by isolating mutants that have an interesting or unusual appearance: fruit flies with white eyes or stumpy or curly wings, for example. Working backward from this **phenotype**—the appearance or behavior of the individual—one then determines the organism's **genotype**, the form of the gene responsible for that characteristic. Before the advent of gene cloning, the functions of most known genes were identified in this way, according to the cellular or physiological processes that were altered by specific mutations. The classical genetic approach is most easily applicable to organisms that reproduce rapidly and can be easily mutated in the laboratory—such as bacteria, yeasts, nematode worms, and fruit flies.

Recombinant DNA technology has made possible a different type of genetic approach. Instead of beginning with a randomly generated mutant and using it to identify a gene and its protein, one can start with a cloned gene and proceed to make mutations in it *in vitro*. Then, by reintroducing the altered gene back into the organism from which it originally came, one can produce a mutant organism in which the gene's function may be revealed. Using the techniques to be discussed shortly, the coding sequence of a cloned gene can be altered to change the functional properties of the protein product or even to eliminate it altogether. Alternatively, the regulatory region of the gene can be altered so that the amount of protein made is altered, or so that the gene is expressed in a different cell type from normal or at a different time during development.

The ability to manipulate DNA *in vitro* makes it possible to introduce precise mutations, and genes can thus be altered in very subtle ways. It is often desirable, for example, to change the protein that the

### Question 10–6



After decades of work, Dr. Ricky M. isolated a small amount of attractase, an enzyme producing a powerful human pheromone, from hair samples of Hollywood celebrities. To produce attractase for his personal use, he obtained a complete genomic clone of the attractase gene, connected it to a strong bacterial promoter on an expression plasmid, and introduced the plasmid into *E. coli* cells. He was devastated to find that no attractase was produced in the cells. What is a likely explanation for the failure?

BAXJIVI0010481

**Figure 10-36 A synthetic oligonucleotide can be used to modify the protein-coding region of a gene by site-directed mutagenesis.** (A) A recombinant plasmid containing a gene insert is separated into its two DNA strands. A synthetic oligonucleotide primer corresponding to part of the gene sequence but containing a single altered nucleotide at a predetermined point is added to the single-stranded DNA under conditions that permit less than perfect DNA hybridization. (B) The primer hybridizes to the DNA, forming a single mismatched nucleotide pair. (C) The recombinant plasmid is made double-stranded by *in vitro* DNA synthesis starting from the primer and sealing by DNA ligase. (D) The double-stranded DNA is introduced into a cell, where it is replicated. Replication of one strand produces a normal DNA molecule, but replication of the other (the strand that contains the primer) produces a DNA molecule carrying the desired mutation. Only half of the progeny cells will end up with a plasmid that contains the desired mutant gene; however, a progeny cell that contains the mutated gene can be identified, separated from other cells, and cultured to produce a pure population of cells, all of which carry the mutated gene. Only one of the many changes that can be engineered in this way is shown here. With an oligonucleotide of the appropriate sequence, more than one amino acid substitution can be made at a time, or one or more amino acids can be added or deleted.



gene encodes by just one or a few amino acids. The use of the technique of **site-directed mutagenesis** to achieve this is outlined in Figure 10–36. By changing selected amino acids in this way, one can determine which parts of the polypeptide chain are crucial to such fundamental processes as protein folding, protein–ligand interactions, and enzymatic catalysis. Moreover, site-directed mutagenesis allows one to determine the biological roles of each part of a given protein.

## Animals Can be Genetically Altered

The ultimate test of the function of a gene mutated as described in Figure 10–36 is to insert it into the genome of an organism and see what effect it has. Organisms into which a new gene has been introduced, or those whose genomes have been altered in other ways using recombinant DNA techniques, are known as **transgenic organisms**.

To study the function of a gene mutated *in vitro*, ideally one would like simply to replace the normal gene with the altered one so that the function of the mutant protein can be analyzed in the absence of the normal protein. Such gene replacement can be accomplished quite easily by homologous recombination between the introduced mutant DNA and the chromosomal DNA in some simple haploid organisms such as bacteria or yeasts (Figure 10–37A). Homologous recombination with an introduced DNA that contains a deletion in the gene of interest can lead

BAXJIVI0010482

to a large deletion in the normal gene and the gene's complete inactivation, or *knockout* (Figure 10–37B). Another possibility is that the mutant gene is added to the genome without any alteration made to the normal gene in the process (Figure 10–37C).

It is more difficult, but still possible, to alter genes in diploid organisms with large and complex genomes, such as mice (Figure 10–38). If the altered gene can be introduced into cells that will form part of the germ line (that is, the reproductive cells), such transgenic animals will be able to pass the altered gene on to at least some of their progeny as a permanent part of their genome (see Figure 9–1). Technically, even the human germ line could now be altered in this way, although this is unlawful for a variety of ethical reasons. Similar techniques are, however, being explored to correct genetic defects in human somatic cells. Somatic cells, such as the cells that form the liver, pancreas, bone, or skin, reproduce within an individual human being but are not passed on to progeny (see Figure 9–1). Some genetic diseases could be alleviated or even cured by the introduction of genetically corrected somatic cells into the tissue most affected by the disease; however, the alterations would not be passed on to descendants.

If the normal gene is replaced by a deletion or by an otherwise inactive version of the gene (see Figure 10–37B), transgenic techniques make it possible to produce complex organisms that are missing certain gene products entirely. For example, many *knockout mice*—strains of mice that have a particular gene permanently inactivated—have now been produced. The study of mice with gene knockouts has led to considerable advances in identifying the roles that genes play in the complex physiology of the organism (Figure 10–39).

Recently, a much easier way to inactivate genes has been discovered. Called *RNA interference* (*RNAi*, for short), this method exploits a recently discovered natural mechanism used in a wide variety of plants and animals to regulate selected genes. The technique relies on introducing into a cell or organism a double-stranded RNA molecule whose nucleotide sequence matches that of the gene to be inactivated. The RNA molecule hybridizes with the mRNA produced by the target gene and directs its degradation. Small fragments of this degraded RNA are subsequently used by the cell to produce more double-stranded RNA which directs the continued elimination of the target mRNA. Because these short RNA fragments can be passed on to progeny cells, RNAi can cause heritable changes in gene expression. But there is a second mechanism through which RNAi can stably inactivate genes. RNA fragments, produced by degradation in the cytosol can enter the nucleus and interact with the target gene itself, directing its packaging into a transcriptionally repressive form of chromatin (discussed in Chapter 8, pp. 279–280). Although the mechanism is not understood in detail, the RNA is presumed to "find" its target gene through complementary base



**Figure 10–37 Several types of gene alterations can be made in genetically engineered organisms.** (A) The normal gene can be completely replaced by a mutant copy of the gene, a process called gene replacement. This will provide information on the activity of the mutant gene, without interference from the normal gene, and thus the effects of small and subtle mutations can be determined. (B) The normal gene can be inactivated completely, for example, by making a large deletion in it; the gene is said to have suffered a knockout. This type of alteration is very widely used to obtain information on the possible function of the normal gene in the whole animal. (C) A mutant gene can simply be added to the genome. In some organisms this is the easiest type of genetic engineering to perform. Even this alteration can still provide useful information when the introduced mutant gene overrides the function of the normal gene.

BAXJIVI0010483

pairing. This dual mode of controlling gene expression makes RNAi an especially effective tool for shutting down genes individually.

RNAi is frequently used to inactivate genes in mammalian cell culture lines. It has also been widely used to study gene function in the nematode, *C. elegans*. When working with worms, introducing the double-stranded RNA is quite simple: the RNA can be injected directly into the intestine of the animal, or the worm can be fed with *E.coli* engineered to produce the RNA. The RNA is distributed throughout the body of the worm, where it inhibits expression of the target gene in different tissue types. Because the entire genome of *C. elegans* has been sequenced, RNAi is being used to help in assigning functions to the entire complement of worm genes. More recently, a related technique has also been widely applied to mice.



**Figure 10–38 Gene replacement in mice utilizes embryonic stem (ES) cells.** In the first step (A), an altered version of the gene is introduced into cultured ES cells. In a few rare ES cells, the corresponding normal genes will be replaced by the altered gene through homologous recombination. Although the procedure is often laborious, these rare cells can be identified and cultured to produce many descendants, each of which carries an altered gene in place of one of its two normal corresponding genes. In the next step of the procedure (B), these altered ES cells are injected into a very early mouse embryo; the cells are incorporated into the growing embryo, and a mouse produced by such an embryo will contain some somatic cells (indicated by *orange*) that carry the altered gene. Some of these mice will also contain germ-line cells that contain the altered gene. When bred with a normal mouse, some of the progeny of these mice will contain the altered gene in all of their cells. If two such mice are in turn bred, some of the progeny will contain two altered genes (one on each chromosome) in all of their cells. If the original gene alteration completely inactivates the function of the gene, these mice are known as "knockout" mice. It is often the case that mice missing genes that function during development die long before they reach adulthood.

BAXJIVI0010484




(A)                    (B)

Figure 10–39 Transgenic mice engineered to express a mutant DNA helicase show premature aging. The helicase, encoded by the *XPD* gene, is involved in both transcription and DNA repair. Compared with a wild-type mouse (A), a transgenic mouse that expresses a defective version of *XPD* (B) exhibits many of the symptoms of premature aging, including osteoporosis, emaciation, early graying, infertility, and reduced life span. The mutation in *XPD* used here impairs the activity of the helicase and mimics a mutation that in humans causes trichothiodystrophy, a disorder characterized by brittle hair, skeletal abnormalities, and a strongly reduced life expectancy. These results support the hypothesis that an accumulation of DNA damage contributes to the aging process in both humans and mice. (From J. de Boer et al., *Science* 296:1276–1279, 2002. © AAAS.)

## Transgenic Plants Are Important for Both Cell Biology and Agriculture

Although we tend to think of recombinant DNA research in terms of animal biology, these techniques have also had a profound impact on our study of plants. In fact, certain features of plants make them especially amenable to recombinant DNA methods.

When a piece of plant tissue is cultured in a sterile medium containing nutrients and appropriate growth regulators, many of the cells are stimulated to proliferate indefinitely in a disorganized manner, producing a mass of relatively undifferentiated cells called a *callus*. If the nutrients and growth regulators are carefully manipulated, one can induce the formation of a shoot within the callus, and in many species, a whole new plant can be regenerated from such shoots. In a number of plants—including tobacco, petunia, carrot, potato, and *Arabidopsis*—a single cell from such a callus can be grown into a small clump of cells from which a whole plant can be regenerated (see Figure 8–2B). Just as mutant mice can be derived by genetic manipulation of embryonic stem cells in culture, so transgenic plants can be created from plant cells transfected with DNA in culture (Figure 10–40).

The ability to produce transgenic plants has greatly accelerated progress in many areas of plant cell biology. It has played an important part, for example, in isolating receptors for growth regulators and in



discs removed from tobacco leaf

leaf discs incubated with genetically engineered *Agrobacterium* for 24 hr

callus

selection medium only allows plant cells that have acquired DNA from the bacteria to proliferate

shoot

shoot-inducing medium

transfer shoot to root-inducing medium

grow rooted seedling

adult plant carrying transgene that was originally present in the bacteria

Figure 10–40 Transgenic plants can be made using recombinant DNA techniques. A disc is cut out of a leaf and incubated in an *Agrobacterium* culture in which the bacterial cells carry a recombinant plasmid with both a selectable marker and a desired transgene. The wounded cells at the edge of the disc release substances that attract the bacteria and cause them to inject DNA into these cells. Only those plant cells that take up the appropriate DNA and express the selectable marker gene survive to proliferate and form a callus. The manipulation of growth factors supplied to the callus induces it to form shoots that subsequently root and grow into adult plants carrying the transgene.

BAXJIVI0010485

analyzing the mechanisms of morphogenesis and of gene expression in plants. These techniques have also opened up many new possibilities in agriculture that could benefit both the farmer and the consumer. They have made it possible, for example, to modify the ratio of lipid, starch, and protein in seeds, to impart pest and virus resistance to plants, and to create modified plants that tolerate extreme habitats such as salt marshes or water-stressed soil. One variety of rice has been genetically engineered to produce β-carotene, the precursor to vitamin A. This "golden rice"—so called because of its faint yellow color—could help to alleviate severe vitamin A deficiency, which causes blindness in hundreds of thousands of children in the developing world each year.

## Essential Concepts

- Individual cells can be isolated from their resident tissues; these purified cells can be used for biochemical analysis or for establishing cell cultures.
- Many animal and plant cells survive and proliferate in culture provided they have a suitable medium containing nutrients and the necessary growth factor proteins.
- Most vertebrate cells cease to proliferate after a finite number of cell divisions, but in many cases immortalized cell lines can be generated by providing the cells with the gene that encodes the catalytic subunit of telomerase. These cell lines provide a convenient source of homogeneous cells.
- Recombinant DNA technology has revolutionized the study of the cell, making it possible for researchers to pick out any gene at will from the thousands of genes in a cell and, after an amplification step, to determine the exact molecular structure of the gene.
- A crucial element in this technology is the ability to cut a large DNA molecule into a specific and reproducible set of DNA fragments using restriction nucleases, each of which cuts the DNA double helix only at a particular nucleotide sequence.
- DNA fragments can be separated from one another on the basis of size using gel electrophoresis.
- Techniques are now available for rapidly determining the nucleotide sequence of any isolated DNA fragment.
- The complete nucleotide sequences of the genomes of dozens of single-celled organisms (including bacteria, archaea, and yeasts), as well as several more complex organisms (*Caenorhabditis elegans, Drosophila, Arabidopsis,* mice, and humans), are now known.
- Nucleic acid hybridization can detect any given DNA or RNA sequence in a mixture of nucleic acid fragments. This technique relies on the fact that a single strand of DNA or RNA will form a double helix only with another nucleic acid strand of the complementary nucleotide sequence.
- Single-stranded DNAs of known sequence and labeled with fluorescent dyes or radioisotopes are used as probes in hybridization reactions. Nucleic acid hybridization can be used to detect the precise location of genes in chromosomes, or RNAs in cells and tissues.
- By presenting a platform for performing a large number of simultaneous hybridization reactions, DNA microarrays can be used to monitor the expression of thousands of genes at once.
- Short DNA strands of any sequence can be made by chemical (nonenzymatic) synthesis in the laboratory.
- DNA cloning techniques enable a DNA sequence to be selected from millions of other sequences and produced in unlimited amounts in pure form.

BAXJIVI0010486

- DNA fragments can be joined together *in vitro* using DNA ligase to form recombinant DNA molecules not found in nature.

- The first step in a typical cloning procedure is to insert the DNA fragment to be cloned into a DNA molecule capable of replication, such as a plasmid or a viral genome. This recombinant DNA molecule is then introduced into a rapidly dividing host cell, usually a bacterium, so that the DNA is replicated at each cell division.

- A collection of cloned fragments of chromosomal DNA representing the complete genome of an organism is known as a genomic library. The library is often maintained as clones of bacteria, each clone carrying a different DNA fragment.

- cDNA libraries contain cloned DNA copies of the total mRNA of a particular cell type or tissue. Unlike genomic DNA clones, cloned cDNAs contain only protein-coding sequences; they lack introns, gene regulatory sequences, and promoters. They are thus most suitable for use when the cloned gene is to be expressed to make a protein.

- The polymerase chain reaction (PCR) is a powerful form of DNA amplification that is carried out *in vitro* using a purified DNA polymerase. PCR requires a prior knowledge of the sequence to be amplified, because two synthetic oligonucleotide primers must be synthesized that bracket the portion of DNA to be replicated.

- Genetic engineering has far-reaching consequences. Bacteria, yeasts, and mammalian cells can be engineered to synthesize a particular protein from any organism in large quantities, thus making it possible to study proteins that are otherwise rare or difficult to isolate.

- Using DNA engineering techniques, a protein can be joined to a molecular tag, such as the green fluorescent protein (GFP), which allows the tracking of its movement inside the cell. In the case of GFP, the protein can be monitored over time in living organisms.

- Cloned genes can be permanently inserted into the genome of a cell or an organism by the techniques of genetic engineering. Cloned DNA can be altered *in vitro* to create mutant genes which can then be reinserted into a cell or an organism to study gene function.

## Key Terms

| | |
|---|---|
| annotation | hybridization |
| cDNA | immortalize |
| cell line | *in situ* hybridization |
| dideoxy method | phenotype |
| DNA cloning | plasmid |
| DNA library | polymerase chain reaction (PCR) |
| DNA ligase | recombinant DNA technology |
| DNA microarray | restriction map |
| embryonic stem cell line | restriction nuclease |
| genome | site-directed mutagenesis |
| genotype | transformation |
| green fluorescent protein (GFP) | transgenic organism |

BAXJIVI0010487

## Questions

### Question 10–7

Fluorescence-activated cell sorting is just one of the ways for generating homogeneous cell populations. Why do you suppose it is important to have a homogeneous cell population for many experiments?

### Question 10–8

Which of the following statements are correct? Explain your answers.

A. Restriction nucleases cut DNA at specific sites that are always located between genes.

B. DNA migrates toward the positive electrode during electrophoresis.

C. Clones isolated from cDNA libraries contain promoter sequences.

D. PCR utilizes a heat-stable DNA polymerase because for each amplification step, double-stranded DNA must be heat-denatured.

E. Digestion of genomic DNA with Alu I, a restriction enzyme that recognizes a four-nucleotide sequence, produces fragments that are all exactly 256 nucleotides in length.

F. To make a cDNA library, both a DNA polymerase and a reverse transcriptase must be used.

G. DNA fingerprinting by PCR relies on the fact that different individuals have different numbers of repeats in VNTR regions in their genome.

H. It is possible for a coding region of a gene to be present in a genomic library prepared from a particular tissue, but not to be represented in a cDNA library prepared from the same tissue.

### Question 10–9

Why are human embryonic stem cell lines thought to be especially promising from a medical perspective?

### Question 10–10

A. Determine the sequence of the DNA that was used in the sequencing reaction shown in Figure Q10–10. The four lanes show the products of sequencing reactions that contained ddG (lane 1), ddA (lane 2), ddT (lane 3), and ddC (lane 4). The numbers to the right of the autoradiograph represent the



Courtesy of Leander Lauffer and Peter Walter

Figure Q10–10

positions of DNA fragments of 50 and 116 nucleotides.

B. The DNA was derived from the middle of a cDNA clone of a mammalian protein. What is the amino acid sequence of this portion of the protein?

### Question 10–11

A. How many different DNA fragments would you expect to obtain if you cleaved human genomic DNA with Hae III? (Recall that there are $3 \times 10^9$ nucleotide pairs per haploid genome.) How many fragments would you expect with Eco RI, or with Not I?

B. Human genomic libraries are often made from fragments obtained by cleaving human DNA with Hae III in such a way that the DNA is only partially digested, that is, not all the possible Hae III sites have been cleaved. What is a possible reason for doing this?

### Question 10–12

A molecule of double-stranded DNA was cleaved with three different restriction nucleases, and the resulting products were separated by electrophoresis (Figure Q10–12). DNA fragments of known sizes were electrophoresed on the same gel for use as size markers. The size of the DNA markers is given in kilobase pairs (kb), where 1 kb = a length of 1000 nucleotide pairs. Using the size markers as a guide, estimate the size of each restriction fragment obtained. From this information, deduce a map of the original DNA molecule that indicates the relative positions of all the restriction sites.



Figure Q10–12

### Question 10–13

A mutation engineered *in vitro* as shown in Figure 10–36C introduces a mismatch into the DNA. Would you expect this mismatch to be recognized and repaired by DNA mismatch repair enzymes (see Figure 6–22) when the plasmid that contains the mismatch is introduced into cells? Explain your answer.

BAXJIVI0010488

## Question 10–14

You have isolated a small amount of a rare protein. You cleaved the protein into fragments using proteases, separated some of the fragments by chromatography, and determined their amino acid sequence. Unfortunately, as is often the case when only small amounts of protein are available to start with, you obtained only three short stretches of amino acid sequence from the protein:

1. Trp-Met-His-His-Lys
2. Leu-Ser-Arg-Leu-Arg
3. Tyr-Phe-Gly-Met-Gln

A.  Using the genetic code (see Figure 7–21), design oligonucleotide probes that could be used to detect the gene in a cDNA library by hybridization. Which of the three sets of oligonucleotide probes would it be preferable to use first? Explain your answer.

B.  You have also been able to determine that the Gln of your peptide #3 is the C-terminal (i.e., the final) amino acid of your protein. How would you go about designing oligonucleotide primers that could be used to amplify a portion of the gene from a cDNA library using PCR?

C.  Suppose the PCR amplification in (B) yields a DNA that is precisely 300 nucleotides long. Upon determining the nucleotide sequence of this DNA, you find the sequence CTAT-CACGCTTTAGG approximately in its middle. What would you conclude from these observations?

## Question 10–15

Discuss the following statement: "From the nucleotide sequence of a cDNA clone, the complete amino acid sequence of a protein can be deduced by applying the genetic code. Thus, protein biochemistry has become superfluous because there is nothing more that can be learned by studying the protein."

## Question 10–16

Assume that a DNA sequencing reaction is carried out as shown in Figure 10–7, except that the four different dideoxyribonucleoside triphosphates are modified so that each contains a covalently attached dye of a different color (which does not interfere with its incorporation into the DNA chain). What would the products be if you added a mixture of all four of these labeled dideoxyribonucleoside triphosphates along with the four unlabeled deoxyribonucleoside triphosphates into a single sequencing reaction? What would the results look like if you electrophoresed these products in a single lane of a gel?

## Question 10–17

As described in the answer to Question 10–10B, genomic DNA clones are often used to "walk" along a chromosome. In this approach, one cloned DNA is used to isolate other clones that contain overlapping DNA sequences (Figure Q10–17). Using this method, it is possible to build up a stretch of DNA sequence and thus identify new genes in near proximity to a previously cloned gene.

A.  Would it be faster to use cDNA clones in this method, because they do not contain any intron sequences?

B.  What would the consequences be if you encountered a repetitive DNA sequence, like the L1 transposon (see Figure 6–35), which is found in many copies and in many different places in the genome?



Figure Q10–17

BAXJIVI0010489

## Question 10–18

There has been a colossal snafu in the maternity ward at your local hospital. Four sets of male twins, born within an hour of each other, were inadvertently shuffled in the excitement occasioned by that unlikely event. You have been called in to set things right. As a first step, you want to get the twins matched up. To that end you analyze a small blood sample from each infant using a hybridization probe that detects variable number tandem repeat (VNTR) polymorphisms located in widely scattered regions of the genome. The results are shown in Figure Q10–18.

A. Which infants are brothers?
B. How will you match brothers to the correct parents?



Figure Q10–18

## Question 10–19

One of the first organisms that was genetically engineered using modern DNA technology was a bacterium that normally lives on the surface of strawberry plants. This bacterium makes a protein, called ice-protein, that causes the efficient formation of ice crystals around it when the temperature drops to just below freezing. Thus, strawberries harboring this bacterium are particularly susceptible to frost damage because their cells are destroyed by the ice crystals. Consequently, strawberry farmers have a considerable interest in preventing ice crystallization.



Figure Q10–19

A genetically engineered version of this bacterium was constructed in which the ice-protein gene was knocked out. The mutant bacteria were then introduced in large numbers into strawberry fields, where they displaced the normal bacteria by competition for their ecological niche. This approach has been successful: strawberries bearing the mutant bacteria show a much reduced susceptibility to frost damage.

Nevertheless, at the time they were first carried out, the initial open-field trials triggered an intense debate because they represented the first release into the environment of an organism that had been genetically engineered using recombinant DNA techniques. Indeed, all preliminary experiments were carried out with extreme caution and in strict containment. The photograph gives an idea of the containment conditions during the initial applications of the bacteria to strawberry plants (Figure Q10–19).

Discuss some of the issues that arise from such applications of DNA technology. Do you think that bacteria lacking the ice-protein could be isolated without the use of modern DNA technology? Is it likely that such mutations have already occurred in nature? Would the use of a mutant bacterial strain isolated from nature be of lesser concern? Should we be concerned about the risks posed by the application of genetic engineering techniques in agriculture, medicine, and technology? Explain your answers.

---

## Highlight from *Essential Cell Biology 2 Interactive* CD-ROM

10.1   Polymerase Chain Reaction

BAXJIVI0010490

# Intracellular Compartments and Transport

# 15

At any one time, a typical eucaryotic cell carries out thousands of different chemical reactions, many of which are mutually incompatible. One series of reactions makes glucose, for example, while another breaks down glucose; some enzymes synthesize peptide bonds, whereas others hydrolyze them, and so on. Indeed, if the cells of an organ such as the liver are broken apart and their contents mixed together in a test tube, chemical chaos results, and the cells' enzymes and other proteins are quickly degraded by their own proteolytic enzymes. For a cell to operate effectively, the different intracellular processes that occur simultaneously must somehow be segregated.

Cells have evolved several strategies for isolating and organizing their chemical reactions. One strategy used by both procaryotic and eucaryotic cells is to aggregate the different enzymes required to catalyze a particular sequence of reactions into a single large protein complex. Such multiprotein complexes are used, for example, in the synthesis of DNA, RNA, and proteins. A second strategy, which is most highly developed in eucaryotic cells, is to confine different metabolic processes, and the proteins required to perform them, within different membrane-enclosed compartments. As discussed in Chapters 11 and 12, cell membranes provide selectively permeable barriers through which the transport of most molecules can be controlled. In this chapter we consider the strategy of compartmentalization and some of its consequences.

In the first section we describe the principal membrane-enclosed compartments, or *membrane-enclosed organelles,* of eucaryotic cells and briefly consider their main functions. In the second section we discuss how the protein composition of the different compartments is set up and maintained. Each compartment contains a unique set of proteins that have to be transferred selectively from the cytosol, where they are made, to the compartment in which they are used. This transfer process, called *protein sorting,* depends on signals built into the amino acid sequence of the proteins. In the third section we describe how certain membrane-enclosed compartments in a eucaryotic cell communicate with one another by forming small membranous sacs, or *vesicles,* that pinch off from one compartment, move through the cytosol, and fuse with another compartment in a process called *vesicular transport.* In the last two sections we discuss how this constant vesicular traffic also provides the main routes for releasing proteins from the cell by the process of *exocytosis* and for importing them by the process of *endocytosis.*

**Membrane-enclosed Organelles**
Eucaryotic Cells Contain a Basic Set of Membrane-enclosed Organelles
Membrane-enclosed Organelles Evolved in Different Ways

**Protein Sorting**
Proteins Are Imported into Organelles by Three Mechanisms
Signal Sequences Direct Proteins to the Correct Compartment
Proteins Enter the Nucleus Through Nuclear Pores
Proteins Unfold to Enter Mitochondria and Chloroplasts
Proteins Enter the Endoplasmic Reticulum While Being Synthesized
Soluble Proteins Are Released into the ER Lumen
Start and Stop Signals Determine the Arrangement of a Transmembrane Protein in the Lipid Bilayer

**Vesicular Transport**
Transport Vesicles Carry Soluble Proteins and Membrane Between Compartments
Vesicle Budding Is Driven by the Assembly of a Protein Coat
The Specificity of Vesicle Docking Depends on SNAREs

**Secretory Pathways**
Most Proteins Are Covalently Modified in the ER
Exit from the ER Is Controlled to Ensure Protein Quality
Proteins Are Further Modified and Sorted in the Golgi Apparatus
Secretory Proteins Are Released from the Cell by Exocytosis

**Endocytic Pathways**
Specialized Phagocytic Cells Ingest Large Particles
Fluid and Macromolecules Are Taken Up by Pinocytosis
Receptor-mediated Endocytosis Provides a Specific Route into Animal Cells
Endocytosed Macromolecules Are Sorted in Endosomes
Lysosomes Are the Principal Sites of Intracellular Digestion

BAXJIVI0010491

## Membrane-enclosed Organelles

Whereas a procaryotic cell consists of a single compartment, the **cytosol**, enclosed by the plasma membrane, a eucaryotic cell is elaborately subdivided by internal membranes. These membranes create enclosed compartments in which sets of enzymes can operate without interference from reactions occurring in other compartments. When a cross section through a plant or an animal cell is examined in the electron microscope, numerous small, membrane-enclosed sacs, tubes, spheres, and irregularly shaped structures can be seen, often arranged without much apparent order (Figure 15–1). These structures are all distinct membrane-enclosed organelles, or parts of such organelles, each of which contains a unique set of large and small molecules and carries out a specialized function. In this section, we review these functions and discuss how different membrane-enclosed organelles may have evolved.

### Eucaryotic Cells Contain a Basic Set of Membrane-enclosed Organelles

The major **membrane-enclosed organelles** of an animal cell are illustrated in Figure 15–2, and their functions are summarized in Table 15–1. These organelles are surrounded by the cytosol, which is enclosed by the plasma membrane. The *nucleus* is generally the most prominent organelle in eucaryotic cells. It is surrounded by a double membrane, known as the *nuclear envelope,* and communicates with the cytosol via *nuclear pores* that perforate the envelope. The outer nuclear membrane is continuous with the membrane of the *endoplasmic reticulum (ER),* a system of interconnected sacs and tubes of membrane that often extends throughout most of the cell. The ER is the major site of new-membrane synthesis in the cell. Large areas of the system have ribosomes attached to the cytosolic surface and are designated *rough endoplasmic reticulum.* The ribosomes are actively synthesizing proteins that are delivered into the ER lumen or ER membrane. The *smooth ER* is scanty in most cells but is highly developed for performing particular functions in others: it is the site of steroid hormone synthesis in cells of



Figure 15–1 In eucaryotic cells, internal membranes create enclosed compartments and organelles in which different metabolic processes are segregated. Examples of many of the major membrane-enclosed organelles can be identified in this electron micrograph of part of a liver cell, seen in cross section. The small black granules between the membrane-enclosed compartments are glycogen granules (glycosomes), which are aggregates of glycogen and the enzymes that control its synthesis and breakdown. (Courtesy of Daniel S. Friend.)

rough endoplasmic reticulum     nucleus     lysosomes

5 μm     mitochondrion     peroxisome

BAXJIVI0010492

the adrenal gland, for example, and the site where a variety of organic molecules, including alcohol, are detoxified in liver cells. In many eucaryotic cells the smooth ER also sequesters $Ca^{2+}$ from the cytosol; the release and reuptake of $Ca^{2+}$ from the ER is involved in the rapid response to many extracellular signals, as discussed in Chapter 12 and 16.

The *Golgi apparatus*, which is usually situated near the nucleus, receives proteins and lipids from the ER, modifies them, and then dispatches them to other destinations in the cell. Small sacs of digestive enzymes called *lysosomes* degrade worn-out organelles, as well as macromolecules and particles taken into the cell by endocytosis. On their way to lysosomes, endocytosed materials must first pass through a series of compartments called *endosomes*, which sort the ingested molecules and recycle some back to the plasma membrane. *Peroxisomes* are small organelles enclosed by a single membrane. They contain enzymes used in a variety of oxidative reactions that break down lipids and destroy toxic molecules. *Mitochondria* and (in plant cells) *chloroplasts* are each surrounded by a double membrane and are the sites of oxidative phosphorylation and photosynthesis, respectively (discussed in Chapter 14); both contain membranes that are highly specialized for the production of ATP.

Many of the membrane-enclosed organelles, including the ER, Golgi apparatus, mitochondria, and chloroplasts, are held in their relative locations in the cell by attachment to the cytoskeleton, especially to microtubules. Cytoskeletal filaments provide tracks for moving the organelles around and for directing the traffic of vesicles between them. These movements are driven by motor proteins that use the energy of ATP hydrolysis to propel the organelles and vesicles along the filaments, as discussed in Chapter 17.

On average, the membrane-enclosed organelles together occupy nearly half the volume of a eucaryotic cell (Table 15-2), and the total amount of membrane associated with them is enormous: in a typical mammalian cell, for example, the area of the endoplasmic reticulum membrane is 20–30 times greater than that of the plasma membrane. In terms of its area and mass, the plasma membrane is only a minor membrane in most eucaryotic cells.

Much can be learned about the composition and function of an organelle once it has been isolated from other cell structures. For the most part, organelles are far too small to be isolated by hand, but it is possible to separate one type of organelle from another by differential



— endosome
— cytosol
— peroxisome
— lysosome
— Golgi apparatus
— mitochondrion
— endoplasmic reticulum with membrane-bound ribosomes
— nucleus
— plasma membrane
— free ribosomes

|— 15 μm —|

**Figure 15–2 A cell from the lining of the intestine contains the basic set of organelles found in most animal cells.** The nucleus, endoplasmic reticulum (ER), Golgi apparatus, lysosomes, endosomes, mitochondria, and peroxisomes are distinct compartments separated from the cytosol (gray) by at least one selectively permeable membrane. Ribosomes are also shown, even though they are not enclosed by a membrane and are too small to be seen in a light microscope and therefore do not fit the original definition of an organelle. Some ribosomes are found free in the cytosol, while others are bound to the cytosolic surface of the ER.

**Table 15–1 The Main Functions of the Membrane-enclosed Compartments of a Eucaryotic Cell**

| COMPARTMENT | MAIN FUNCTION |
|---|---|
| Cytosol | contains many metabolic pathways (Chapters 3 and 13); protein synthesis (Chapter 7) |
| Nucleus | contains main genome (Chapter 5); DNA and RNA synthesis (Chapters 6 and 7) |
| Endoplasmic reticulum (ER) | synthesis of most lipids (Chapter 11); synthesis of proteins for distribution to many organelles and to the plasma membrane (this chapter) |
| Golgi apparatus | modification, sorting, and packaging of proteins and lipids for either secretion or delivery to another organelle (this chapter) |
| Lysosomes | intracellular degradation (this chapter) |
| Endosomes | sorting of endocytosed material (this chapter) |
| Mitochondria | ATP synthesis by oxidative phosphorylation (Chapter 14) |
| Chloroplasts (in plant cells) | ATP synthesis and carbon fixation by photosynthesis (Chapter 14) |
| Peroxisomes | oxidation of toxic molecules |

BAXJIVI0010493

| Table 15–2 The Relative Volumes Occupied by the Major Membrane-enclosed Organelles in a Liver Cell (Hepatocyte) | | |
|---|---|---|
| INTRACELLULAR COMPARTMENT | PERCENT OF TOTAL CELL VOLUME | APPROXIMATE NUMBER PER CELL |
| Cytosol | 54 | 1 |
| Mitochondria | 22 | 1700 |
| Endoplasmic reticulum | 12 | 1 |
| Nucleus | 6 | 1 |
| Golgi apparatus | 3 | 1 |
| Peroxisomes | 1 | 400 |
| Lysosomes | 1 | 300 |
| Endosomes | 1 | 200 |

*centrifugation* (described in Panel 4–3, pp. 160–161). Once a purified sample of one type of organelle has been obtained, the organelle's proteins can be identified. In many cases the organelle itself can be incubated in a test tube under conditions that allow its functions to be studied. Isolated mitochondria, for example, can produce ATP from the oxidation of pyruvate to $CO_2$ and water, provided they are adequately supplied with ADP and $O_2$.

## Membrane-enclosed Organelles Evolved in Different Ways

In trying to understand the relationships between the different compartments of a modern eucaryotic cell, it is helpful to consider how they might have evolved. The compartments probably evolved in stages. The precursors of the first eucaryotic cells are thought to have been simple microorganisms, resembling bacteria, which had a plasma membrane but no internal membranes. The plasma membrane in such cells would have provided all membrane-dependent functions, including ATP synthesis and lipid synthesis, as does the plasma membrane in most modern bacteria. Bacteria can get by with this arrangement because of their small size and thus their high surface-to-volume ratio: their plasma membrane area is sufficient to sustain all the vital functions for which membranes are required. Present-day eucaryotic cells, however, have volumes 1000 to 10,000 times greater than that of a typical bacterium such as *E. coli.* Such a large cell has a small surface-to-volume ratio, and presumably could not survive with a plasma membrane as its only membrane. Thus the increase in size typical of eucaryotic cells probably could not have occurred without the development of internal membranes.

Membrane-enclosed organelles are thought to have arisen in evolution in at least two ways. The nuclear membranes and the membranes of the ER, Golgi, endosomes, and lysosomes are believed to have originated by invagination of the plasma membrane (Figure 15–3). These membranes, and the organelles they enclose, are all part of what is collectively called the *endomembrane system.* As we discuss later, the interiors of these organelles (with the exception of the nucleus) communicate extensively with one another and with the outside of the cell by means of small vesicles that bud off from one of these organelles and fuse with another. Consistent with this proposed evolutionary origin, the interiors of these organelles are treated by the cell in many ways as "extracellular," as we shall see. The hypothetical scheme shown in

BAXJIVI0010494



Figure 15–3 would also explain why the nucleus is surrounded by two membranes. Although membrane invagination is rare in present-day bacteria, it does occur in some photosynthetic bacteria in which the regions of the plasma membrane containing the photosynthetic apparatus are internalized, forming intracellular vesicles.

Mitochondria and chloroplasts are thought to have originated in a different way. They differ from all other organelles in that they possess their own small genomes and can make some of their own proteins, as discussed in Chapter 14. The similarity of these genomes to those of bacteria and the close resemblance of some of their proteins to bacterial proteins strongly suggest that mitochondria and chloroplasts evolved from bacteria that were engulfed by primitive eucaryotic cells with which they initially lived in symbiosis. This theory would also explain why these organelles are enclosed by two membranes (Figure 15–4). As might be expected from their origins, mitochondria and chloroplasts remain isolated from the extensive vesicular traffic that connects the interiors of most of the other membrane-enclosed organelles to one another and to the outside of the cell.

Having briefly reviewed the main membrane-enclosed organelles of the eucaryotic cell, we turn now to the question of how each organelle acquires its unique set of proteins.

**Figure 15–3 Nuclear membranes and the ER may have evolved through invagination of the plasma membrane.** In bacteria, the single DNA molecule is typically attached to the plasma membrane. It is possible that in a very ancient procaryotic cell, the plasma membrane, with its attached DNA, could have invaginated and eventually formed a two-layered envelope of membrane completely surrounding the DNA. This envelope is presumed to have eventually pinched off completely from the plasma membrane, producing a nuclear compartment surrounded by a double membrane. This nuclear envelope is penetrated by channels called nuclear pores, which enable it to communicate directly with the cytosol. Other portions of the same membrane formed the ER, to which some of the ribosomes became attached. This hypothetical scheme would explain why the space between the inner and outer nuclear membranes is continuous with the lumen of the ER.

### Question 15–1

As shown in the drawings in Figure 15–3, the lipid bilayer of the inner and outer nuclear membranes forms a continuous sheet, joined around the nuclear pores. As membranes are two-dimensional fluids, this would imply that membrane proteins can diffuse freely between the two nuclear membranes. Yet each of these two nuclear membranes has a different protein composition, reflecting different functions. How could you reconcile this apparent paradox?



Figure 15–4 Mitochondria are thought to have originated when an aerobic procaryote was engulfed by a larger anaerobic eucaryotic cell. Chloroplasts are thought to have originated later in a similar way, when an aerobic eucaryotic cell engulfed a photosynthetic procaryote. This theory would explain why these organelles have two membranes and why they do not participate in the vesicular traffic that connects many other intracellular compartments.

BAXJIVI0010495

# Protein Sorting

Before a eucaryotic cell reproduces by dividing in two, it has to duplicate its membrane-enclosed organelles. A cell cannot make these organelles from scratch: it requires information and materials contained in the organelle itself. Thus most of the organelles are formed from preexisting organelles, which grow and then divide. As cells grow, membrane-enclosed organelles enlarge by incorporation of new molecules; the organelles then divide and at cell division are distributed between the two daughter cells. The nuclear envelope, ER, and Golgi apparatus break up into small vesicles, which then coalesce again as the two daughter cells are formed (discussed in Chapter 19). Organelle growth requires a supply of new lipids to make more membrane and a supply of the appropriate proteins—both membrane proteins and the soluble proteins that will occupy the interior of the organelle. Even in cells that are not dividing, proteins are being produced continually. These newly synthesized proteins must be accurately delivered to organelles—some for eventual secretion from the cell and some to replace organelle proteins that have been degraded. Directing newly made proteins to their correct organelle is therefore necessary for a cell to be able to grow, divide, and function properly.

For some organelles, including the mitochondria, chloroplasts, peroxisomes, and the interior of the nucleus, proteins are delivered directly from the cytosol. For others, including the Golgi apparatus, lysosomes, endosomes, and the nuclear membranes, proteins and lipids are delivered indirectly via the ER, which is itself a major site of lipid and protein synthesis. Proteins enter the ER directly from the cytosol: some are retained there, but most are transported by vesicles to the Golgi apparatus and then onward to other organelles or the plasma membrane.

In this section we discuss the mechanisms by which proteins directly enter membrane-enclosed organelles from the cytosol. Proteins made in the cytosol are dispatched to different locations in the cell according to specific address labels that they contain in their amino acid sequences. Once at the correct address, the protein enters the organelle.

## Proteins Are Imported into Organelles by Three Mechanisms

The synthesis of virtually all proteins in the cell begins on ribosomes in the cytosol. The exceptions are the few mitochondrial and chloroplast proteins that are synthesized on ribosomes inside these organelles; most mitochondrial and chloroplast proteins, however, are made in the cytosol and subsequently imported. The fate of any protein molecule synthesized in the cytosol depends on its amino acid sequence, which can contain a *sorting signal* that directs the protein to the organelle in which it is required. Proteins that lack such signals remain as permanent residents in the cytosol; those that possess a sorting signal move from the cytosol to the appropriate organelle. Different sorting signals direct proteins into the nucleus, mitochondria, chloroplasts (in plants), peroxisomes, and the ER.

When a membrane-enclosed organelle imports proteins from the cytosol or from another organelle it faces a problem: how can it draw the protein across membranes that are normally impermeable to hydrophilic macromolecules? This task is accomplished in different ways for different organelles, but each mechanism requires an input of energy.

BAXJIVI0010496



Figure 15–5 Membrane-enclosed organelles import proteins by one of three mechanisms. All of these processes require energy. The protein remains folded during the transport steps in mechanisms 1 and 3 but usually has to be unfolded in mechanism 2.

1. Proteins moving from the cytosol into the nucleus are transported through the nuclear pores that penetrate the inner and outer nuclear membranes; the pores function as selective gates that actively transport specific macromolecules but also allow free diffusion of smaller molecules (mechanism 1 in Figure 15–5).

2. Proteins moving from the cytosol into the ER, mitochondria, chloroplasts, or peroxisomes are transported across the organelle membrane by *protein translocators* located in the membrane; unlike transport through nuclear pores, the transported protein molecule must usually unfold in order to snake through the membrane (mechanism 2 in Figure 15–5). Bacteria have similar protein translocators in their plasma membrane.

3. Proteins moving from the ER onward and from one compartment of the endomembrane system to another are transported by a mechanism that is fundamentally different from the other two. These proteins are ferried by *transport vesicles,* which become loaded with a cargo of proteins from the interior space, or *lumen,* of one compartment, as they pinch off from its membrane. The vesicles subsequently discharge their cargo into a second compartment by fusing with its membrane (mechanism 3 in Figure 15–5). In the process, membrane lipids and membrane proteins are also delivered from the first compartment to the second.

## Signal Sequences Direct Proteins to the Correct Compartment

The typical sorting signal on proteins is a continuous stretch of amino acid sequence, typically 15–60 amino acids long. This **signal sequence** is often (but not always) removed from the finished protein once the sorting decision has been executed. Some of the signal sequences used to specify different destinations in the cell are shown in Table 15–3.

BAXJIVI0010497

**Table 15–3 Some Typical Signal Sequences**

| FUNCTION OF SIGNAL | EXAMPLE OF SIGNAL SEQUENCE |
| --- | --- |
| Import into ER | $^-$H$_3$N-Met-Met-Ser-Phe-Val-Ser-Leu-Leu-Leu-Val-Gly-Ile-Leu-Phe-Trp-Ala-Thr-Glu-Ala-Glu-Gln-Leu-Thr-Lys-Cys-Glu-Val-Phe-Gln- |
| Retention in lumen of ER | -Lys-Asp-Glu-Leu-COO$^-$ |
| Import into mitochondria | $^+$H$_3$N-Met-Leu-Ser-Leu-Arg-Gln-Ser-Ile-Arg-Phe-Phe-Lys-Pro-Ala-Thr-Arg-Thr-Leu-Cys-Ser-Ser-Arg-Tyr-Leu-Leu- |
| Import into nucleus | -Pro-Pro-Lys-Lys-Lys-Arg-Lys-Val- |
| Import into peroxisomes | -Ser-Lys-Leu- |

Positively charged amino acids are shown in *red*, and negatively charged amino acids in *blue*. An extended block of hydrophobic amino acids is enclosed in a *yellow* box. $^+$H$_3$N indicates the N-terminus of a protein; COO$^-$ indicates the C-terminus. The ER retention signal is commonly referred to by its single-letter amino acid abbreviation, KDEL.

Signal sequences are both necessary and sufficient to direct a protein to a particular organelle. This has been shown by experiments in which the sequence is either deleted or transferred from one protein to another by genetic engineering techniques (discussed in Chapter 10). Deleting a signal sequence from an ER protein, for example, converts it into a cytosolic protein, while placing an ER signal sequence at the beginning of a cytosolic protein redirects the protein to the ER (Figure 15–6). The signal sequences specifying the same destination can vary greatly even though they have the same function: physical properties, such as hydrophobicity or the placement of charged amino acids, often appear to be more important for the function of these signals than the exact amino acid sequence.

### Proteins Enter the Nucleus Through Nuclear Pores

The **nuclear envelope** encloses the nuclear DNA and defines the nuclear compartment. It is formed from two concentric membranes. The inner nuclear membrane contains proteins that act as binding sites for the chromosomes (discussed in Chapter 5) and for the *nuclear lamina,* a finely woven meshwork of protein filaments that lines the inner

**Figure 15–6 Signal sequences direct proteins to the correct organelle.** (A) Proteins destined for the ER possess an N-terminal signal sequence that directs them to that organelle, whereas those destined to remain in the cytosol lack this sequence. (B) In one experiment, recombinant DNA techniques are used to change the location of two proteins: the signal sequence is removed from the ER protein and attached to the cytosolic protein. The result, illustrated here, is that the altered proteins are redirected, each ending up in an abnormal location in the cell. Such experiments indicate that the ER signal sequence is both necessary and sufficient to direct a protein to the ER.



BAXJIVI0010498

face of this membrane and provides a structural support for the nuclear envelope (discussed in Chapter 17). The composition of the outer nuclear membrane closely resembles the membrane of the ER, with which it is continuous (Figure 15–7).

The nuclear envelope in all eucaryotic cells is perforated by **nuclear pores** that form the gates through which all molecules enter or leave the nucleus. Traffic occurs in both directions through the pores: newly made proteins destined for the nucleus enter from the cytosol; RNA molecules, which are synthesized in the nucleus, and ribosomal subunits, which are assembled in the nucleus, are exported. Messenger RNA molecules that are incompletely spliced are not exported from the nucleus, suggesting that nuclear transport serves as a final quality-control step in mRNA synthesis and processing (discussed in Chapter 7).

A nuclear pore is a large, elaborate structure composed of about 100 different proteins (Figure 15–8). Each pore contains one or more water-filled channels through which small water-soluble molecules can pass freely and nonselectively between the nucleus and the cytosol. Larger molecules (such as RNAs and proteins) and macromolecular complexes, however, cannot pass through the pores unless they carry an appropriate sorting signal. The signal sequence that directs a protein



Figure 15–7 The outer nuclear membrane is continuous with the ER. The double membrane of the nuclear envelope is penetrated by nuclear pores. The ribosomes that are normally bound to the cytosolic surface of the ER membrane and outer nuclear membrane are not shown.







Figure 15–8 The nuclear pore complex forms a gate through which molecules enter or exit the nucleus. (A) Drawing of a small region of the nuclear envelope showing two pore complexes. Each complex is composed of a large number of distinct protein subunits. Protein fibrils protrude from both sides of the complex; on the nuclear side they converge to form a cagelike structure. The spacing between the fibrils is wide enough that the fibrils do not obstruct access to the pores. (B) Electron micrograph of a region of nuclear envelope showing a side view of two nuclear pore complexes *(brackets).* (C) Electron micrograph showing a face-on view of nuclear pore complexes; the membranes have been extracted with detergent. (B, courtesy of Werner W. Franke; C, courtesy of Ron Milligan.)

BAXJIVI0010499

**Figure 15–9** Proteins bound for the nucleus are actively transported through nuclear pores. First, specialized cytosolic proteins called nuclear transport receptors bind to the prospective nuclear protein. The resulting complex is guided to a nuclear pore by fibrils that extend from the pore into the cytosol. The binding of the nuclear protein to the pore opens the pore, and the nuclear protein, with its bound receptors, is actively transported into the nucleus. The receptors are then exported back through the pores into the cytosol for reuse. A similar type of transport receptor, operating in the reverse direction, exports mRNAs from the nucleus (discussed in Chapter 7; see Figure 7–19); both groups of receptors have a similar basic structure.



from the cytosol into the nucleus, called a *nuclear localization signal*, typically consists of one or two short sequences containing several positively charged lysines or arginines (see Table 15–3, p. 504).

The initial interaction of a newly synthesized prospective nuclear protein with a nuclear pore requires the aid of other proteins in the cytosol. These cytosolic proteins, called *nuclear transport receptors*, bind to the nuclear localization signal and help direct the new protein to the pore by interacting with the nuclear pore fibrils (Figure 15–9). The prospective nuclear protein is then actively transported into the nucleus by a process that uses the energy provided by GTP hydrolysis. A structure in the center of the nuclear pore functions like a close-fitting diaphragm: it opens just the right amount to allow the protein complex to pass through. The nuclear transport receptors are then returned to the cytosol via the nuclear pore for reuse (see Figure 15–9). How nuclear pore proteins operate this molecular gate, which can pump macromolecules in both directions through the pores while avoiding congestion and head-on collisions, is currently unknown.

The nuclear pores transport proteins in their fully folded conformation and transfer ribosomal components as assembled particles. This distinguishes the nuclear transport mechanism from the mechanisms that transport proteins into other organelles. Proteins have to unfold during their transport across membranes into other organelles such as mitochondria, chloroplasts, and the ER, as we discuss next. Little is known about how proteins are transported into peroxisomes.



**Question 15–2**

Why do eucaryotic cells require a nucleus as a separate compartment when procaryotic cells can manage perfectly well without?

## Proteins Unfold to Enter Mitochondria and Chloroplasts

Both mitochondria and chloroplasts are surrounded by inner and outer membranes, and both organelles specialize in the synthesis of ATP. Chloroplasts also contain a third membrane system, the thylakoid membrane (discussed in Chapter 14). Although both organelles contain their own genomes and make some of their own proteins, most mitochondrial and chloroplast proteins are encoded by genes in the nucleus and are imported from the cytosol. These proteins usually have a signal sequence at their N-terminus that allows them to enter either a mitochondrion or a chloroplast. Proteins destined for either organelle are

BAXJIVI0010500

translocated simultaneously across both the inner and outer membranes at specialized sites where the two membranes are in contact with each other. Each protein is unfolded as it is transported, and the signal sequence is cleaved off after translocation is completed (Figure 15–10). Chaperone proteins (discussed in Chapter 4) inside the organelles help to pull the protein across the two membranes and to refold the protein once it is inside. Subsequent transport to a particular site within the organelle, such as the inner or outer membrane or the thylakoid membrane, usually requires further sorting signals in the protein, which are often only exposed after the first signal sequence is removed. The insertion of transmembrane proteins into the inner membrane, for example, is guided by signal sequences in the protein that start and stop the transfer process across the membrane, as we describe later for the insertion of transmembrane proteins in the ER membrane.

The growth and maintenance of mitochondria and chloroplasts requires not only the import of new proteins but also the incorporation of new lipids into their membranes. Most of their membrane phospholipids are thought to be imported from the ER, which is the main site of lipid synthesis in the cell. Phospholipids are transported individually to these organelles by water-soluble lipid-carrying proteins that extract a phospholipid molecule from one membrane and deliver it into another. These proteins ensure that the different cellular membranes retain their characteristic lipid composition.

## Proteins Enter the Endoplasmic Reticulum While Being Synthesized

The **endoplasmic reticulum (ER)** is the most extensive membrane system in a eucaryotic cell (Figure 15–11A), and, unlike the organelles discussed so far, it serves as an entry point for proteins destined for other organelles, as well as for the ER itself. Proteins destined for the Golgi apparatus, endosomes, and lysosomes, as well as proteins destined for the cell surface, all first enter the ER from the cytosol. Once inside the ER or in the ER membrane, individual proteins will not reenter the cytosol during their onward journey. They will be ferried by transport vesicles from organelle to organelle and, in some cases, from organelle to plasma membrane or the cell exterior.

Two kinds of proteins are transferred from the cytosol to the ER: (1) water-soluble proteins are completely translocated across the ER membrane and are released into the ER lumen; (2) prospective transmembrane proteins are only partly translocated across the ER membrane and become embedded in it. The water-soluble proteins are destined either for secretion (by release at the cell surface) or for the lumen of an



Figure 15–10 **An unfolded protein is imported into a mitochondrion.** The signal sequence is recognized by a receptor in the outer mitochondrial membrane. The complex of receptor and attached protein diffuses laterally in the membrane to a contact site, where the protein is translocated across both the outer and inner membranes by a protein translocator. The signal sequence is cleaved off by a signal peptidase inside the organelle. Proteins are imported into chloroplasts by a similar mechanism. The chaperone proteins that help to pull the protein across the membranes and help it to refold are not shown.

BAXJIVI0010501



**Figure 15–11 The endoplasmic reticulum is the most extensive membrane network in eucaryotic cells.**
(A) Fluorescence micrograph of living plant cells showing the ER as a complex network of sheets and tubes. The cells shown here have been genetically engineered so that they contain a fluorescent protein in their ER. (B) An electron micrograph showing the rough ER in a cell from a dog's pancreas that makes and secretes large amounts of digestive enzymes. The cytosol is filled with closely packed sheets of ER studded with ribosomes. At the top left is a portion of the nucleus and its nuclear envelope; note that the outer nuclear membrane, which is continuous with the ER, is also studded with ribosomes. (A, courtesy of Jim Haseloff; B, courtesy of Lelio Orci.)

organelle; the transmembrane proteins are destined to reside in either the ER membrane, the membrane of another organelle, or the plasma membrane. All of these proteins are initially directed to the ER by an *ER signal sequence*, a segment of eight or more hydrophobic amino acids (see Table 15–3, p. 504) that is also involved in the process of translocation across the membrane.

Unlike the proteins that enter the nucleus, mitochondria, chloroplasts, and peroxisomes, most of the proteins that enter the ER begin to be threaded across the ER membrane before the polypeptide chain is completely synthesized. This requires that the ribosome synthesizing the protein be attached to the ER membrane. These membrane-bound ribosomes coat the surface of the ER, creating regions termed **rough endoplasmic reticulum** because of the characteristic beaded appearance when viewed in an electron microscope (Figure 15–11B).

There are, therefore, two separate populations of ribosomes in the cytosol. *Membrane-bound ribosomes* are attached to the cytosolic side of the ER membrane (and outer nuclear membrane) and are making proteins that are being translocated into the ER. *Free ribosomes* are unattached to any membrane and are making all of the other proteins encoded by the nuclear DNA. Membrane-bound ribosomes and free ribosomes are structurally and functionally identical; they differ only in the proteins they are making at any given time. When a ribosome happens to be making a protein with an ER signal sequence, the signal sequence directs the ribosome to the ER membrane. As an mRNA molecule is translated, many ribosomes bind to it, forming a *polyribosome* (discussed in Chapter 7). In the case of an mRNA molecule encoding a

BAXJIVI0010502

protein with an ER signal sequence, the polyribosome becomes riveted to the ER membrane by the growing polypeptide chains, which have become inserted into the membrane (Figure 15–12).

## Soluble Proteins Are Released Into the ER Lumen

The ER signal sequence is guided to the ER membrane with the aid of at least two components: (1) a *signal-recognition particle (SRP)*, present in the cytosol, which binds to the ER signal sequence when it is exposed on the ribosome, and (2) an *SRP receptor*, embedded in the membrane of the ER, which recognizes the SRP. Binding of an SRP to a signal sequence causes protein synthesis by the ribosome to slow down, until the ribosome and its bound SRP bind to an SRP receptor. After binding to its receptor, the SRP is released and protein synthesis recommences, with the polypeptide now being threaded into the lumen of the ER through a *translocation channel* in the ER membrane (Figure 15–13). Thus the SRP and SRP receptor function as molecular matchmakers, connecting ribosomes that are synthesizing proteins containing ER signal sequences to available ER translocation channels.

In addition to directing proteins to the ER, the signal sequence—which for soluble proteins is almost always at the N-terminus—functions to open the translocation channel. The signal peptide remains bound to the channel while the rest of the protein chain is threaded through the membrane as a large loop. At some stage during translocation, the signal sequence is cleaved off by a signal peptidase located on the luminal side of the ER membrane; the signal peptide is then released from the translocation channel and rapidly degraded to amino acids. Once the C-terminus of the protein has passed through the membrane, the protein is released into the ER lumen (Figure 15–14).

### Question 15–3

Explain how an mRNA molecule can remain attached to the ER membrane while individual ribosomes translating it are released and rejoin the cytosolic pool of ribosomes after each round of translation.



Figure 15–12 A common pool of ribosomes is used to synthesize both the proteins that stay in the cytosol and those that are transported into membrane-enclosed organelles, including the ER. Ribosomes that are translating cytosolic proteins remain free in the cytosol. For proteins that are bound for the ER, a signal sequence (*red*) on the growing polypeptide chain directs the ribosome to the ER membrane. Many ribosomes bind to each mRNA molecule, forming a polyribosome. At the end of each round of protein synthesis, the ribosomal subunits are released and rejoin the common pool in the cytosol.

BAXJIVI0010503

**Figure 15–13 An ER signal sequence and an SRP direct a ribosome to the ER membrane.** The SRP binds to the exposed ER signal sequence and to the ribosome, thereby slowing protein synthesis by the ribosome. The SRP-ribosome complex then binds to an SRP receptor in the ER membrane. The SRP is then released, passing the ribosome to a protein translocation channel in the ER membrane. The protein translocation channel then inserts the polypeptide chain into the membrane and starts to transfer it across the lipid bilayer.



## Start and Stop Signals Determine the Arrangement of a Transmembrane Protein in the Lipid Bilayer

Not all proteins that enter the ER are released into the ER lumen. Some remain embedded in the ER membrane as transmembrane proteins. The translocation process for such proteins is more complicated than it is for soluble proteins, as some parts of the polypeptide chain must be translocated clear across the lipid bilayer while others remain fixed in the membrane.

In the simplest case, that of a transmembrane protein with a single membrane-spanning segment, the N-terminal signal sequence initiates translocation, just as for a soluble protein. But the transfer process is halted by an additional sequence of hydrophobic amino acids, a *stop-transfer sequence,* further into the polypeptide chain (Figure 15–15). This second sequence is released from the translocation channel and drifts into the plane of the lipid bilayer, where it forms an α-helical membrane-spanning segment that anchors the protein in the membrane. Simultaneously, the N-terminal signal sequence is also released from the channel into the lipid bilayer and is cleaved off. As a result, the translocated protein ends up as a transmembrane protein inserted in the membrane with a defined orientation—the N-terminus on the luminal side of the lipid bilayer and the C-terminus on the cytosolic side (see Figure 15–15). As discussed in Chapter 11, once inserted into the membrane, a transmembrane protein does not change its orientation, which is retained throughout any subsequent vesicle budding and fusion events.

**Figure 15–14 A soluble protein crosses the ER membrane and enters the lumen.** A protein translocation channel binds the signal sequence and actively transfers the rest of the polypeptide across the lipid bilayer as a loop. At some point during the translocation process, the signal peptide is cleaved from the growing protein by a signal peptidase. The translocation channel then opens and ejects the signal sequence into the bilayer, where it is degraded. The translocated polypeptide is released as a soluble protein into the ER lumen. It is thought that protein serving as a plug then binds from the ER lumen to close the inactive channel. The membrane-bound ribosome is omitted from this and the following two figures for clarity.



BAXJIVI0010504



**Figure 15–15 A transmembrane protein is integrated into the ER membrane.** An N-terminal ER signal sequence *(red)* initiates transfer as in Figure 15–14. In addition, the protein also contains a second hydrophobic sequence, a stop-transfer sequence *(orange)*. When this sequence enters the translocation channel, the channel discharges the protein sideways into the lipid bilayer. The N-terminal signal sequence is cleaved off, leaving the transmembrane protein anchored in the membrane. Protein synthesis on the cytosolic side continues to completion.

In some transmembrane proteins, an internal, rather than an N-terminal, signal sequence is used to start the protein transfer; this internal signal sequence, called a *start-transfer sequence*, is never removed from the polypeptide. This arrangement occurs in some transmembrane proteins in which the polypeptide chain passes back and forth across the lipid bilayer. In these cases hydrophobic signal sequences are thought to work in pairs: an internal start-transfer sequence serves to initiate translocation, which continues until a stop-transfer sequence is reached; the two hydrophobic sequences are then released into the bilayer, where they remain as membrane-spanning α helices (Figure 15–16). In complex multipass proteins, in which many hydrophobic α helices span the bilayer, additional pairs of stop and start sequences come into play: one sequence reinitiates translocation further down the polypeptide chain, and the other stops translocation and causes polypeptide release, and so on for subsequent starts and stops. Thus, multipass membrane proteins are stitched into the lipid bilayer as they



**Figure 15–16 A double-pass transmembrane protein uses an internal start-transfer sequence to integrate into the ER membrane.** An internal ER signal sequence *(red)* acts as a start-transfer signal and initiates the transfer of the polypeptide chain. Like the N-terminal ER signal sequence, the internal start-transfer signal is recognized by an SRP that brings the ribosome to the ER membrane (not shown). When a stop-transfer sequence *(orange)* enters the translocation channel, the channel discharges both sequences into the plane of the lipid bilayer. Neither the start-transfer nor the stop-transfer sequence is cleaved off, and the entire polypeptide chain remains anchored in the membrane as a double-pass transmembrane protein. Proteins that span the membrane more times contain further pairs of stop and start sequences, and the same process is repeated for each pair.

BAXJIVI0010505

### Question 15-4

A. Predict the membrane orientation of a protein that is synthesized with an uncleaved, internal signal sequence (shown as the *red* start-transfer sequence in Figure 15–16) but does not contain a stop-transfer peptide.

B. Similarly, predict the membrane orientation of a protein that is synthesized with an N-terminal cleaved signal sequence followed by a stop-transfer sequence, followed by a start-transfer sequence.

C. What arrangement of signal sequences would enable the insertion of a multipass protein with an odd number of transmembrane segments?

are being synthesized, by a mechanism resembling the workings of a sewing machine.

Having considered how proteins enter the ER lumen or become embedded in the ER membrane, we now discuss how they are carried onward by vesicular transport.

## Vesicular Transport

Entry into the ER is usually only the first step on a pathway to another destination. That destination, initially at least, is the Golgi apparatus. Transport from the ER to the Golgi apparatus and from the Golgi apparatus to other compartments of the endomembrane system is carried out by the continual budding and fusion of **transport vesicles**. The transport pathways mediated by these vesicles extend outward from the ER to the plasma membrane, and inward from the plasma membrane to lysosomes, and thus provide routes of communication between the interior of the cell and its surroundings. As proteins and lipids are transported outward along these pathways, many of them undergo various types of chemical modification, such as the addition of carbohydrate side chains (to both proteins and lipids) and the formation of disulfide bonds (in polypeptides) that stabilize protein structure.

In this section we discuss how vesicles shuttle proteins and membranes between cellular compartments, allowing cells to eat and secrete. We also consider how these transport vesicles are directed to their proper destination, be it the ER, Golgi apparatus, plasma membrane, or some other membrane-enclosed compartment.

### Transport Vesicles Carry Soluble Proteins and Membrane Between Compartments

The vesicular traffic between membrane-enclosed compartments of the endomembrane system is highly organized. A major outward *secretory pathway* starts with the biosynthesis of proteins on the ER membrane and their entry into the ER, and leads through the Golgi apparatus to the cell surface; at the Golgi apparatus a side branch leads off through endosomes to lysosomes (Figure 15–17). A major

**Figure 15–17 Vesicles bud from one membrane and fuse with another, carrying membrane components and soluble proteins between cellular compartments.** Each compartment encloses a space, or lumen, that is topologically equivalent to the outside of the cell (see Figure 11–19). The extracellular space and each of the membrane-enclosed compartments (*shaded gray*) communicate with one another by means of transport vesicles, as shown. In the outward secretory pathway (*red arrows*) protein molecules are transported from the ER, through the Golgi apparatus, to the plasma membrane or (via late endosomes) to lysosomes. In the inward endocytic pathway (*green arrows*) extracellular molecules are ingested in vesicles derived from the plasma membrane and are delivered to early endosomes and then (via late endosomes) to lysosomes.



BAXJIVI0010506



(A)

0.1 μm

inward *endocytic pathway,* which is responsible for the ingestion and degradation of extracellular molecules, moves materials from the plasma membrane, through endosomes, to lysosomes.

To function correctly, each transport vesicle that buds off from a compartment must take with it only the proteins appropriate to its destination and must fuse only with the appropriate target membrane. A vesicle carrying cargo from the Golgi apparatus to the plasma membrane, for example, must exclude proteins that are to stay in the Golgi apparatus, and it must fuse only with the plasma membrane and not with any other organelle. While participating in this constant flow of membrane components, each organelle must maintain its own distinct identity, that is, its own distinctive protein and lipid composition. All of these recognition events depend on proteins associated with the transport vesicle membrane. As we shall see, different types of transport vesicles shuttle between the various organelles, each carrying a distinct set of molecules.

## Vesicle Budding Is Driven by the Assembly of a Protein Coat

Vesicles that bud from membranes usually have a distinctive protein coat on their cytosolic surface and are therefore called **coated vesicles**. After budding from its parent organelle, the vesicle sheds its coat, allowing its membrane to interact directly with the membrane to which it will fuse. Cells produce several kinds of coated vesicles, each with a distinctive protein coat. The coat is thought to serve at least two functions: it shapes the membrane into a bud, and it helps to capture molecules for onward transport.

The best-studied vesicles are those that have coats made largely of the protein **clathrin**. These *clathrin-coated vesicles* bud from the Golgi apparatus on the outward secretory pathway and from the plasma membrane on the inward endocytic pathway. At the plasma membrane, for example, each vesicle starts off as a *clathrin-coated pit*. Clathrin molecules assemble into a basketlike network on the cytosolic surface of the membrane, and it is this assembly process that starts shaping the membrane into a vesicle (Figure 15–18). A small GTP-binding protein called *dynamin* assembles as a ring around the neck of each deeply invaginated coated pit. Together with other proteins recruited to the neck of the vesicle, the dynamin causes the ring to constrict, thereby pinching off the vesicle from the membrane. Other kinds of transport vesicles, with different coat proteins, are also involved in vesicular



(B)

0.2 μm

Figure 15–18 Clathrin molecules form basketlike cages that help shape membranes into vesicles. (A) Electron micrographs showing the sequence of events in the formation of a clathrin-coated vesicle from a clathrin-coated pit. The clathrin-coated pits and vesicles shown here are unusually large and are being formed at the plasma membrane of a hen oocyte. They are involved in taking up particles made of lipid and protein into the oocyte to form yolk. (B) Electron micrograph showing numerous clathrin-coated pits and vesicles budding from the inner surface of the plasma membrane of cultured skin cells. (A, courtesy of M.M. Perry and A.B. Gilbert, *J. Cell Sci.* 39:257–272, 1979. © The Company of Biologists; B, from J. Heuser, *J. Cell Biol.* 84:560–583, 1980. © Rockefeller University Press.)

BAXJIVI0010507



**Figure 15–19 Clathrin-coated vesicles transport selected cargo molecules.** Cargo receptors, with their bound cargo molecules, are captured by adaptins, which also bind clathrin molecules to the cytosolic surface of the budding vesicle. Dynamin proteins assemble around the neck of budding vesicles; once assembled, the dynamin molecules hydrolyze their bound GTP and, with the help of other proteins recruited to the area, pinch off the vesicle. After budding is complete, the coat proteins are removed and the naked vesicle can fuse with its target membrane. Functionally similar coat proteins are found in other types of coated vesicles.

transport. They form in a similar way and carry their own characteristic sets of molecules between the endoplasmic reticulum, the Golgi apparatus, and the plasma membrane. But how does a transport vesicle select its particular cargo? The mechanism is best understood for clathrin-coated vesicles.

Clathrin itself plays no part in capturing specific molecules for transport. This is the function of a second class of coat proteins called *adaptins*, which both secure the clathrin coat to the vesicle membrane and help select cargo molecules for transport. Molecules for onward transport carry specific *transport signals* that are recognized by *cargo receptors* in the compartment membrane. Adaptins help capture specific cargo molecules by trapping the cargo receptors that bind them. In this way a selected set of cargo molecules, bound to their specific receptors, is incorporated into the lumen of each newly formed clathrin-coated vesicle (Figure 15–19). There are at least two types of adaptins: the adaptins that bind cargo receptors in the plasma membrane are different from those that bind cargo receptors in the Golgi apparatus, reflecting the differences in the cargo molecules from each of these sources.

A different class of coated vesicles, called *COP-coated vesicles* (COP is shorthand for "coat protein"), is involved in transporting molecules between the ER and the Golgi apparatus and from one part of the Golgi apparatus to another (Table 15–4).

**Table 15–4 Some Types of Coated Vesicles**

| TYPE OF COATED VESICLE | COAT PROTEINS | ORIGIN | DESTINATION |
|---|---|---|---|
| Clathrin-coated | clathrin + adaptin 1 | Golgi apparatus | lysosome (via endosomes) |
| Clathrin-coated | clathrin + adaptin 2 | plasma membrane | endosomes |
| COP-coated | COP proteins | ER<br>Golgi cisterna<br>Golgi apparatus | Golgi apparatus<br>Golgi cisterna<br>ER |

BAXJIVI0010508



COMPARTMENT A

COMPARTMENT B

Figure 15-20 SNAREs help direct transport vesicles to their target membranes. Vesicles that bud from a membrane carry specific marker proteins called vesicle SNAREs (v-SNAREs) on their surfaces, which bind to complementary target SNAREs (t-SNAREs) on the target membrane. Many different complementary pairs of v-SNAREs and t-SNAREs are thought to play a crucial role in guiding transport vesicles to their appropriate target membranes.

## The Specificity of Vesicle Docking Depends on SNAREs

After a transport vesicle buds from a membrane, it must find its way to its correct destination to deliver its contents. In most cases, the vesicle is actively transported by motor proteins that move along cytoskeletal fibers, as discussed in Chapter 17.

Once a transport vesicle has reached its target it must recognize and dock with the organelle. Only then can the vesicle membrane fuse with the target membrane and unload the vesicle's cargo. The impressive specificity of vesicular transport suggests that each type of transport vesicle in the cell displays on its surface molecular markers that identify the vesicle according to its origin and cargo. These markers must be recognized by complementary receptors on the appropriate target membrane, including the plasma membrane. Although the mechanism of this recognition process is not known for certain, it is thought to involve a family of related transmembrane proteins called **SNAREs**. SNAREs on the vesicle (called v-SNAREs) are recognized specifically by complementary SNAREs on the cytosolic surface of the target membrane (called t-SNAREs; Figure 15-20). Each organelle and each type of transport vesicle is believed to carry a unique SNARE, and the interactions between complementary SNAREs help ensure that transport vesicles fuse only with the correct membrane.

Once a transport vesicle has recognized its target membrane and docked there, the vesicle has to fuse with the membrane to deliver its cargo. Fusion not only delivers the contents of the vesicle into the interior of the target organelle, it also adds the vesicle membrane to the membrane of the organelle. Membrane fusion does not always follow immediately after docking, however; it often awaits a specific molecular signal. Whereas docking requires only that the two membranes come close enough for proteins protruding from the two lipid bilayers to interact, fusion requires a much closer approach: the two bilayers must come within 1.5 nm of each other so that their lipids can intermix. For this close approach, water must be displaced from the hydrophilic surface of the membrane—a process that is energetically highly unfavorable. It is likely, therefore, that all membrane fusions in cells are catalyzed by specialized proteins that assemble at the fusion site to form a

**Question 15-5**

The budding of clathrin-coated vesicles from eucaryotic plasma membrane fragments can be observed when adaptins, clathrin, and dynamin-GTP are added to the membrane preparation. What would you observe if you omitted (A) adaptins, (B) clathrin, or (C) dynamin? (D) What would you observe if the plasma membrane fragments were from a procaryotic cell?

BAXJIVI0010509

**Figure 15–21 SNARE proteins play a central role in membrane fusion.** Pairing of v-SNAREs and t-SNAREs forces the two lipid bilayers into close apposition. Lipids then flow between the two bilayers and the membranes fuse. In a cell, other proteins recruited to the fusion site presumably cooperate with SNAREs to initiate fusion. Additional proteins help to pry the SNAREs apart.



fusion complex that provides the means to cross this energy barrier. The SNARE proteins themselves are thought to play a central role in the fusion process: after pairing, v-SNAREs and t-SNAREs wrap around each other, thereby acting like a winch that pulls the two membranes into close proximity (Figure 15–21).

## Secretory Pathways

Vesicular traffic is not confined to the interior of the cell. It extends to and from the plasma membrane. Newly made proteins, lipids, and carbohydrates are delivered from the ER, via the Golgi apparatus, to the cell surface by transport vesicles that fuse with the plasma membrane in a process called **exocytosis**. Each molecule that travels along this route passes through a fixed sequence of membrane-enclosed compartments and is often chemically modified en route.

In this section we follow the outward path of proteins as they travel from the ER, where they are made and modified, through the Golgi apparatus, where they are further modified and sorted, to the plasma membrane. As a protein passes from one compartment to another, it is monitored to check that it has folded properly and assembled with its appropriate partners, so that only correctly built proteins are released at the cell surface, while all of the others are degraded in the cell.

### Most Proteins Are Covalently Modified in the ER

Most proteins that enter the ER are chemically modified there. Disulfide bonds are formed by the oxidation of pairs of cysteine side chains (see Figure 4–29), a reaction catalyzed by an enzyme that resides in the ER lumen. The disulfide bonds help to stabilize the structure of those proteins that may encounter changes in pH and degradative enzymes outside the cell—either after they are secreted or after they are incorporated into the plasma membrane. Disulfide bonds do not form in the cytosol, because of the reducing environment there.

Many of the proteins that enter the ER lumen or ER membrane are converted to glycoproteins in the ER by the covalent attachment of short oligosaccharide side chains. This process of *glycosylation* is carried out by glycosylating enzymes found in the ER but not in the cytosol. Very few proteins in the cytosol are glycosylated, and those that are have only a single sugar residue attached to them. The oligosaccharides on proteins serve various functions, depending on the protein. They can protect the protein from degradation, hold it in the ER until it is properly folded, or help guide it to the appropriate organelle by serving as a transport signal for packaging the protein into appropriate transport vesicles (as in the case of lysosomal proteins discussed later). When displayed on the cell surface, oligosaccharides form part of the cell's carbohydrate layer (see Figure 11–32) and can function in the recognition of one cell by another.

BAXJIVI0010510

In the ER, individual sugars are not added one-by-one to the protein to create the oligosaccharide side chain. Instead, a preformed, branched oligosaccharide containing a total of 14 sugars is attached en bloc to all proteins that carry the appropriate site for glycosylation. The oligosaccharide is originally attached to a specialized lipid, called *dolichol*, in the ER membrane; it is then transferred to the amino ($NH_2$) group of an asparagine side chain on the protein immediately after the target asparagine emerges in the ER lumen during protein translocation (Figure 15–22). The addition takes place in a single enzymatic step catalyzed by a membrane-bound enzyme (an oligosaccharide protein transferase) that has its active site exposed on the luminal side of the ER membrane, which explains why cytosolic proteins are not glycosylated in this way. A simple sequence of three amino acids, of which the asparagine is one, defines which asparagine residues in a protein receive the oligosaccharide. Oligosaccharide side chains linked to an asparagine $NH_2$ group in a protein are said to be *N-linked* and are by far the most common type of linkage found on glycoproteins.

The addition of the 14-sugar oligosaccharide in the ER is only the first step in a series of further modifications before the mature glycoprotein emerges at the other end of the outward pathway. Despite their initial similarity, the *N*-linked oligosaccharides on mature glycoproteins are remarkably diverse. All of the diversity results from extensive modification of the original precursor structure shown in Figure 15–22. This *oligosaccharide processing* begins in the ER and continues in the Golgi apparatus.

## Exit from the ER Is Controlled to Ensure Protein Quality

Some proteins made in the ER are destined to function there. They are retained in the ER (and are returned to the ER when they escape to the Golgi apparatus) by a C-terminal sequence of four amino acids called an *ER retention signal* (see Table 15–3, p. 504), which is recognized by a membrane-bound receptor protein in the ER and Golgi apparatus. Most proteins that enter the ER, however, are destined for other locations;

### Question 15–6

Why might it be advantageous to add a preassembled block of 14 sugar residues to a protein in the ER, rather than building the sugar chains step-by-step on the surface of the protein by the sequential addition of sugars by individual enzymes?



**Figure 15–22 Many proteins are glycosylated in the ER.** Almost as soon as the polypeptide chain enters the ER lumen, it is glycosylated by addition of oligosaccharide side chains to particular asparagines in the polypeptide. Each oligosaccharide side chain is transferred as an intact unit to the asparagine from a lipid called dolichol. Asparagines that are glycosylated are always present in the tripeptide sequences asparagine-X-serine or asparagine-X-threonine, where X can be any amino acid.

BAXJIVI0010511



**Figure 15–23 Chaperones prevent misfolded or partially assembled proteins from leaving the ER.** Misfolded proteins bind to chaperone proteins in the ER lumen and are thereby retained, whereas normally folded proteins are transported in transport vesicles to the Golgi apparatus. If the misfolded proteins fail to refold normally, they are transported into the cytosol, where they are degraded.

they are packaged into transport vesicles that bud from the ER and fuse with the Golgi apparatus. Exit from the ER, however, is highly selective. Proteins that fold up incorrectly, and dimeric or multimeric proteins that fail to assemble properly, are actively retained in the ER by binding to chaperone proteins that reside there. Interaction with chaperones holds the proteins in the ER until proper folding occurs; otherwise, the proteins are ultimately degraded (Figure 15–23). Antibody molecules, for example, are composed of four polypeptide chains (see Figure 4–32) that assemble into the complete antibody molecule in the ER. Partially assembled antibodies are retained in the ER until all four polypeptide chains have assembled; any antibody molecule that fails to assemble properly is ultimately degraded. In this way the ER controls the quality of the proteins that it exports to the Golgi apparatus.

Sometimes, however, this quality-control mechanism can be detrimental to the organism. The predominant mutation that causes the common genetic disease *cystic fibrosis*, which causes severe degeneration of the lung, for example, produces a plasma-membrane transport protein that is slightly misfolded; even though the mutant protein could function normally as a chloride channel if it reached the plasma membrane, it is retained in the ER, with dire consequences. The devastating disease results not because the mutation inactivates an important protein but because the active protein is discarded by the cells before it is given an opportunity to function.

## Proteins Are Further Modified and Sorted in the Golgi Apparatus

The **Golgi apparatus** is usually located near the cell nucleus, and in animal cells it is often close to the centrosome, a small structure near the cell center. This organelle consists of a collection of flattened, membrane-enclosed sacs *(cisternae;* singular, *cisterna),* which are piled like stacks of plates. Each stack contains 3–20 cisternae (Figure 15–24). The number of Golgi stacks per cell varies greatly depending on the cell type: some cells contain one large stack, while others contain hundreds of very small ones.

Each Golgi stack has two distinct faces: an entry, or *cis,* face and an exit, or *trans,* face. The *cis* face is adjacent to the ER, while the *trans* face points toward the plasma membrane. The outermost cisterna at each face is connected to a network of interconnected membranous tubes and vesicles (see Figure 15–24A). Soluble proteins and membrane enter the *cis Golgi network* via transport vesicles derived from the ER. The proteins travel through the cisternae in sequence by means of transport vesicles that bud from one cisterna and fuse with the next. Proteins exit from the *trans* Golgi network in transport vesicles destined for either the cell surface or another compartment (see Figure 15–17). Both the *cis* and *trans* Golgi networks are thought to be important for protein sorting: proteins entering the *cis* Golgi network can either move onward through the Golgi stack or, if they contain an ER retention signal, be

BAXJIVI0010512





(B)

200 nm

(C)

20 μm

**Figure 15–24 The Golgi apparatus is made of a stack of flattened, membrane-enclosed sacs.** (A) Three-dimensional reconstruction of a Golgi stack. It was reconstructed from electron micrographs of the Golgi apparatus in a secretory animal cell. (B) Electron micrograph of a Golgi stack from a plant cell, where the Golgi apparatus is especially distinct. The Golgi apparatus is oriented as in (A). (C) The Golgi apparatus in a cultured fibroblast stained with a fluorescent antibody that labels the Golgi apparatus specifically. A *red arrow* indicates the direction of the cell's movement. The *cis* face of the Golgi apparatus is close to the nucleus, and its *trans* face is oriented toward the direction of movement. (A, redrawn from A. Rambourg and Y. Clermont, *Eur. J. Cell Biol.* 51:189–200, 1990; B, courtesy of George Palade; C, courtesy of John Henley and Mark McNiven.)

returned to the ER; proteins exiting the *trans* Golgi network are sorted according to whether they are destined for lysosomes or for the cell surface. We discuss some examples of sorting by the *trans* Golgi network later, and we present some of the methods for tracking proteins through the secretory pathways of the cell in How We Know, pp. 520–521.

Many of the oligosaccharide groups that are added to proteins in the ER undergo further modifications in the Golgi apparatus. On some proteins, for example, complex oligosaccharide chains are created by a highly ordered process in which sugars are added and removed by a series of enzymes that act in a rigidly determined sequence as the protein passes through the Golgi stack. There is a clear correlation between the position of an enzyme in the chain of processing events and its localization in the Golgi stack: enzymes that act early are found in cisternae close to the *cis* face, while enzymes that act late are found in cisternae near the *trans* face.

## Secretory Proteins Are Released from the Cell by Exocytosis

In all eucaryotic cells there is a steady stream of vesicles that bud from the *trans* Golgi network and fuse with the plasma membrane. This *constitutive exocytosis pathway* operates continually and supplies newly made lipids and proteins to the plasma membrane; it is the pathway for

BAXJIVI0010513

Over the years, biologists have taken advantage of a variety of techniques to untangle the pathways and mechanisms by which proteins are sorted and transported into and out of the cell and its resident organelles. As we saw earlier, transferring an ER signal sequence to a cytosolic protein allowed researchers to confirm that such signal peptides serve to target proteins to specific intracellular compartments—in this example, the ER (see Figure 15–6). But such signal-swapping experiments are not the only way to track a protein's progress through the cell. Biochemical, genetic, and molecular biological and microscopic techniques also provide a means for studying how proteins shuttle from one cellular compartment to another. In some cases, these methods can be used to track the migration of proteins and transport vesicles in real time inside living cells.

### In a tube

A protein bearing a signal sequence can be introduced to a preparation of isolated organelles in a test tube. This mixture can then be tested to see whether the protein will be taken up by the organelle being examined. The protein is usually produced in vitro by cell-free translation of a purified mRNA encoding the polypeptide; in the process, radioactive amino acids can be used to label the protein so that it will be easy to isolate and to follow. The labeled protein is incubated with a selected organelle and its translocation monitored by one of several different methods (Figure 15–25).

### Ask a yeast

Movement of proteins between different cellular compartments via transport vesicles has been studied extensively using genetic techniques. Studies of mutant yeast cells that are defective for secretion at high temperatures have identified more than 25 genes that are involved in exocytosis. Many of these mutant genes encode temperature-sensitive proteins that are involved in transport and secretion. These mutant proteins may function normally at 25°C, but when the yeast cells are shifted to 35°C, they are inactivated. As a result, when researchers raise the temperature, proteins destined for secretion instead accumulate inappropriately in the ER, the Golgi apparatus, or transport vesicles (Figure 15–26).

### At the movies

Perhaps the most dramatic method for tracking a protein as it moves throughout the cell involves tagging the polypeptide with green fluorescent protein (GFP). Using the genetic engineering techniques discussed in Chapter 10, this small protein can be fused to other cellular proteins. Fortunately, for most proteins studied, the addition of GFP does not perturb the molecule's normal function or transport. The movement of a GFP-tagged protein can then be monitored in a living cell with a fluorescent microscope.

GFP fusion proteins are widely used to study the location and movement of proteins in cells (Figure 15–27). GFP fused to



**Figure 15–25 Several methods can be used to determine whether a protein bearing a particular signal sequence is transported into a preparation of isolated organelles.** (A) The labeled protein with or without a signal sequence is incubated with the organelles and the preparation is centrifuged. Only those labeled proteins that contained a signal sequence will be transported and therefore should co-fractionate with the organelle. (B) The labeled proteins are incubated with the organelle and a protease is added to the preparation. A transported protein will be selectively protected from digestion by the protease; adding a detergent that disrupts the organelle membrane will eliminate that protection and the transported protein will also be degraded.

BAXJIVI0010514



**Figure 15-26 Temperature-sensitive mutants have been used to dissect the protein secretory pathway in yeast.** Mutations in genes involved at different stages of the transport process result in the accumulation of proteins in the ER, the Golgi apparatus, or other transport vesicles. For example, a mutation A that blocks transport from the ER to the Golgi apparatus will cause a buildup of proteins in the ER. A mutation B that blocks exit of proteins from the Golgi apparatus will cause proteins to accumulate within that organelle.

proteins that shuttle in and out of the nucleus, for example, can be used to study nuclear transport events. GFP fused to plasma membrane proteins can be used to measure the kinetics of their movement through the secretory pathway. Movies demonstrating the power and beauty of this technique are included on the CD that accompanies this book.



**Figure 15-27 GFP fusion allows proteins to be tracked throughout the cell.** In this experiment, GFP is fused to a viral coat protein and expressed in cultured cells. In an infected cell, the viral protein will move through the secretory pathway from the ER to the cell surface, where a virus particle would be assembled. The viral coat protein used in this experiment contains a mutation that allows export from the ER only at a low temperature. (A) At high temperatures, the fusion protein labels the ER. (B) As the temperature is lowered, the GFP fusion protein rapidly accumulates at ER exit sites. (C) The fusion protein then moves to the Golgi apparatus. (D) Finally, the fusion protein is delivered to the plasma membrane. The halo between the two arrowheads marks the spot where a single vesicle has fused expelling the viral coat protein into the plasma membrane. (A–D, courtesy of Jennifer Lippincott-Schwartz.)

BAXJIVI0010515

plasma membrane growth when cells enlarge before dividing. The constitutive pathway also carries proteins to the cell surface to be released to the outside, a process called **secretion.** Some of the released proteins adhere to the cell surface, where they become peripheral proteins of the plasma membrane; some are incorporated into the extracellular matrix; still others diffuse into the extracellular fluid to nourish or to signal other cells. Because entry into this nonselective pathway does not require a particular signal sequence (like the ones that direct proteins to lysosomes or back to the ER), it is sometimes referred to as the *default pathway.*

In addition to the constitutive exocytosis pathway, which operates continually in all eucaryotic cells, there is a *regulated exocytosis pathway,* which operates only in cells that are specialized for secretion. Specialized *secretory cells* produce large quantities of particular products, such as hormones, mucus, or digestive enzymes, which are stored in **secretory vesicles** for later release. These vesicles bud off from the *trans* Golgi network and accumulate near the plasma membrane. There they wait for the extracellular signal that will stimulate them to fuse with the plasma membrane and release their contents to the cell exterior (Figure 15–28). An increase in blood glucose, for example, signals cells in the pancreas to secrete the hormone insulin (Figure 15–29).

Proteins destined for secretory vesicles are sorted and packaged in the *trans* Golgi network. Proteins that travel by this pathway have special surface properties that cause them to aggregate with one another under the ionic conditions (acidic pH and high $Ca^{2+}$) that prevail in the *trans* Golgi network. The aggregated proteins are recognized by an unknown mechanism and packaged into secretory vesicles, which pinch off from the network. Proteins secreted by the constitutive pathway do not aggregate and are therefore carried automatically to the plasma membrane by the transport vesicles of the constitutive pathway. Selective aggregation has another function: it allows secretory proteins to be packaged into secretory vesicles at concentrations much higher than the concentration of the unaggregated protein in the Golgi lumen. This increase in concentration can reach up to 200-fold, enabling secretory cells to release large amounts of the protein promptly when triggered to do so (see Figure 15–29).

**Figure 15–28 In secretory cells, the regulated and constitutive pathways of exocytosis diverge in the *trans* Golgi network.** Many soluble proteins are continually secreted from the cell by the constitutive secretory pathway, which operates in all cells. This pathway also continually supplies the plasma membrane with newly synthesized lipids and proteins. Specialized secretory cells have, in addition, a regulated exocytosis pathway, by which selected proteins in the *trans* Golgi network are diverted into secretory vesicles, where the proteins are concentrated and stored until an extracellular signal stimulates their secretion. It is unclear how aggregates of secretory proteins are segregated into secretory vesicles. Secretory vesicles have unique proteins in their membranes; perhaps some of these proteins act as receptors for secretory protein aggregates in the *trans* Golgi network.



BAXJIVI0010516

secretory vesicle
containing insulin

0.2 μm

Figure 15–29 Secretory vesicles package and discharge concentrated aggregates of protein. The electron micrograph shows the release of insulin into the extracellular space from a secretory vesicle of a pancreatic β cell. The insulin is stored in a highly concentrated form in each secretory vesicle and is released only when the cell is signaled to secrete by an increase in glucose levels in the blood. (Courtesy of Lelio Orci, from L. Orci, J.D. Vassalli, and A. Perrelet, *Sci. Am.* 256:85–94, 1988.)

When a secretory vesicle or transport vesicle fuses with the plasma membrane and discharges its contents by exocytosis, its membrane becomes part of the plasma membrane. Although this should greatly increase the surface area of the plasma membrane, it does so only transiently because membrane components are removed from other regions of the surface by endocytosis almost as fast as they are added by exocytosis. This removal returns both the lipids and the proteins of the vesicle membrane to the Golgi network, where they can be used again.

## Endocytic Pathways

Eucaryotic cells are continually taking up fluid, as well as large and small molecules, by the process of endocytosis. Specialized cells are also able to internalize large particles and even other cells. The material to be ingested is progressively enclosed by a small portion of the plasma membrane, which first buds inward and then pinches off to form an intracellular *endocytic vesicle*. The ingested material is ultimately delivered to lysosomes, where it is digested. The metabolites generated by digestion are transferred directly out of the lysosome into the cytosol, where they can be used by the cell.

Two main types of **endocytosis** are distinguished on the basis of the size of the endocytic vesicles formed. *Pinocytosis* ("cellular drinking") involves the ingestion of fluid and molecules via small vesicles (<150 nm in diameter). *Phagocytosis* ("cellular eating") involves the ingestion of large particles, such as microorganisms and cell debris, via large vesicles called *phagosomes* (generally >250 nm in diameter). Whereas all eucaryotic cells are continually ingesting fluid and molecules by pinocytosis, large particles are ingested mainly by specialized *phagocytic cells*.

In this final section we trace the endocytic pathway from the plasma membrane to lysosomes. We start by considering the uptake of large particles by phagocytosis.

### Specialized Phagocytic Cells Ingest Large Particles

The most dramatic form of endocytosis, **phagocytosis**, was first observed more than a hundred years ago. In protozoa, phagocytosis is a form of feeding: microorganisms ingest large particles, such as bacteria, by taking them up into phagosomes; these phagosomes then fuse with lysosomes, where the food particles are digested. Few cells in multicellular organisms are able to ingest large particles efficiently. In the animal gut, for example, large particles of food have to be broken down to individual molecules by extracellular enzymes before they can be taken up by the absorptive cells lining the gut.

**Question 15–7**

What would you expect to happen in cells that secrete large amounts of protein through the regulated secretory pathway if the ionic conditions in the ER lumen could be changed to resemble those in the lumen of the *trans* Golgi network?

BAXJIVI0010517

**Figure 15–30 A white blood cell ingests a bacterium.** Electron micrograph of a phagocytic white blood cell (a neutrophil) ingesting a bacterium, which is in the process of dividing. The white blood cell has extended surface projections called pseudopods, which progressively envelop the bacterium. (Courtesy of Dorothy F. Bainton.)



bacterium

pseudopod

plasma membrane

phagocytic white blood cell

1 μm

Nevertheless, phagocytosis is important in most animals for purposes other than nutrition. **Phagocytic cells**—including *macrophages*, which are widely distributed in tissues, and some other white blood cells—defend us against infection by ingesting invading microorganisms. To be taken up by a macrophage or other white blood cell, particles must first bind to the phagocytic cell surface and activate one of a variety of surface receptors. Some of these receptors recognize antibodies, the proteins that protect us against infection by binding to the surface of microorganisms. Binding of antibody-coated bacteria to these receptors induces the phagocytic cell to extend sheetlike projections of the plasma membrane, called *pseudopods,* that engulf the bacterium (Figure 15–30) and fuse at their tips to form a *phagosome.* This compartment then fuses with a lysosome and the microbe is digested. Some pathogenic bacteria have evolved tricks for subverting the system: for example, *Mycobacterium tuberculosis,* the agent responsible for tuberculosis, can inhibit the membrane fusion that unites the phagosome with a lysosome. Instead of being destroyed, the engulfed organism survives and multiplies within the macrophage. How the bacterium accomplishes this task is still unknown.

Phagocytic cells also play an important part in scavenging dead and damaged cells and cellular debris. Macrophages, for example, ingest more than $10^{11}$ of our worn-out red blood cells each day (Figure 15–31).

**Figure 15–31 A macrophage scavenges a pair of red blood cells.** The *red arrows* in this scanning electron micrograph point to the edges of the fine sheets of membrane—pseudopods—that the macrophage is extending like collars to engulf the red cells. The red blood cells are misshapen as they are being squeezed by the macrophage. (Courtesy of Jean Paul Revel.)



5 μm

BAXJIVI0010518

## Fluid and Macromolecules Are Taken Up by Pinocytosis

Eucaryotic cells continually ingest bits of their plasma membrane in the form of small pinocytic vesicles that are later returned to the cell surface. The rate at which plasma membrane is internalized by **pinocytosis** varies from cell type to cell type, but it is usually surprisingly large. A macrophage, for example, swallows 25% of its own volume of fluid each hour. This means that it removes 3% of its plasma membrane each minute, or 100% in about half an hour. Fibroblasts endocytose at a somewhat lower rate, whereas some phagocytic amoebae ingest their plasma membrane even more rapidly. Because a cell's total surface area and volume remain unchanged during this process, it is clear that as much membrane is being added to the cell surface by vesicle fusion (exocytosis) as is being removed by endocytosis.

Pinocytosis is mainly carried out by the clathrin-coated pits and vesicles that we discussed earlier (see Figures 15–18 and 15–19). After they pinch off from the plasma membrane, clathrin-coated vesicles rapidly shed their coat and fuse with an *endosome*. Extracellular fluid is trapped in the coated pit as it invaginates to form a coated vesicle, and so substances dissolved in the extracellular fluid are internalized and delivered to endosomes. This fluid intake is generally balanced by fluid loss during exocytosis.

## Receptor-mediated Endocytosis Provides a Specific Route into Animal Cells

Pinocytosis, as just described, is indiscriminate. The endocytic vesicles simply trap any molecules that happen to be present in the extracellular fluid and carry them into the cell. In most animal cells, however, pinocytosis via clathrin-coated vesicles also provides an efficient pathway for taking up specific macromolecules from the extracellular fluid. The macromolecules bind to complementary receptors on the cell surface and enter the cell as receptor–macromolecule complexes in clathrin-coated vesicles. This process, called **receptor-mediated endocytosis**, provides a selective concentrating mechanism that increases the efficiency of internalization of particular macromolecules more than 1000-fold compared with ordinary pinocytosis, so that even minor components of the extracellular fluid can be taken up in large amounts without taking in a correspondingly large volume of extracellular fluid. An important example of receptor-mediated endocytosis is the ability of animal cells to take up the cholesterol they need to make new membrane.

Cholesterol is extremely insoluble and is transported in the bloodstream bound to protein in the form of particles called *low-density lipoproteins*, or *LDL*. The LDL binds to receptors located on cell surfaces, and the receptor–LDL complexes are ingested by receptor-mediated endocytosis and delivered to endosomes. The interior of endosomes is more acid than the surrounding cytosol or the extracellular fluid, and in this acidic environment the LDL dissociates from its receptor: the receptors are returned in transport vesicles to the plasma membrane for reuse, while the LDL is delivered to lysosomes. In the lysosomes the LDL is broken down by hydrolytic enzymes; the cholesterol is released and escapes into the cytosol, where it is available for new membrane synthesis. The LDL receptors on the cell surface are continually internalized and recycled, whether they are occupied by LDL or not (Figure 15–32).

This pathway for cholesterol uptake is disrupted in individuals who inherit a defective gene encoding the LDL receptor protein. In some

BAXJIVI0010519

Figure 15–32 LDL enters cells via receptor-mediated endocytosis. LDL binds to receptors on the cell surface and is internalized in clathrin-coated vesicles. The vesicles lose their coat and then fuse with endosomes. In the acidic environment of the endosome, LDL dissociates from its receptors. Whereas the LDL ends up in lysosomes, where it is degraded to release free cholesterol, the LDL receptors are returned to the plasma membrane via transport vesicles to be used again. For simplicity, only one LDL receptor is shown entering the cell and returning to the plasma membrane. Whether it is occupied or not, an LDL receptor typically makes one round trip into the cell and back every 10 minutes, making a total of several hundred trips in its 20-hour life span.



cases the receptors are missing; in others they are present but nonfunctional. In either case, because the cells are deficient in taking up LDL, cholesterol accumulates in the blood and predisposes the individuals to develop atherosclerosis. Most die at an early age of heart attacks resulting from cholesterol clogging the arteries that supply the heart.

Receptor-mediated endocytosis is also used to take up many other essential metabolites, such as vitamin $B_{12}$ and iron, that cells cannot take up by the processes of membrane transport discussed in Chapter 12. Vitamin $B_{12}$ and iron are both required, for example, for the synthesis of hemoglobin, which is the major protein in red blood cells; these metabolites enter immature red blood cells as a complex with protein. Many cell-surface receptors that bind extracellular signaling molecules are also ingested by this pathway: some are recycled to the plasma membrane for reuse, whereas others are degraded in lysosomes. Unfortunately, receptor-mediated endocytosis can also be exploited by viruses: the influenza virus and HIV, which causes AIDS, gain entry into cells in this way.

## Endocytosed Macromolecules Are Sorted in Endosomes

Because extracellular material taken up by pinocytosis is rapidly transferred to endosomes, it is possible to visualize the endosomal compartment by incubating living cells in fluid containing an electron-dense marker that will show up when viewed in an electron microscope. When examined in this way, the endosomal compartment reveals itself to be a complex set of connected membrane tubes and larger vesicles. Two sets of endosomes can be distinguished in such loading experiments: the marker molecules appear first in *early endosomes*, just beneath the plasma membrane; 5–15 minutes later they show up in *late endosomes*, near the nucleus. Early endosomes mature gradually into late endosomes as the vesicles within them fuse, either with one another or with a preexisting late endosome. The interior of the endosome compartment is kept acidic (pH 5–6) by an ATP-driven $H^+$ (proton) pump in the endosomal membrane that pumps $H^+$ into the endosome lumen from the cytosol.

The endosomal compartment acts as the main sorting station in the inward endocytic pathway, just as the *trans* Golgi network serves

BAXJIVI0010520

this function in the outward secretory pathway. The acidic environment of the endosome plays a crucial part in the sorting process by causing many receptors to release their bound cargo. The routes taken by receptors once they have entered an endosome differ according to the type of receptor: (1) most are returned to the same plasma membrane domain from which they came, as is the case for the LDL receptor discussed earlier; (2) some travel to lysosomes, where they are degraded; and (3) some proceed to a different domain of the plasma membrane, thereby transferring their bound cargo molecules from one extracellular space to another, a process called *transcytosis* (Figure 15–33).

Cargo molecules that remain bound to their receptors share the fate of their receptors. Those that dissociate from their receptors in the endosome are doomed to destruction in lysosomes along with most of the contents of the endosome lumen. It remains uncertain how molecules move from endosomes to lysosomes. One possibility is that they are carried in transport vesicles; another is that endosomes gradually convert into lysosomes.

## Lysosomes Are the Principal Sites of Intracellular Digestion

Many extracellular particles and molecules ingested by cells end up in **lysosomes**, which are membranous sacs of hydrolytic enzymes that carry out the controlled intracellular digestion of both extracellular materials and worn-out organelles. They contain about 40 types of hydrolytic enzymes, including those that degrade proteins, nucleic acids, oligosaccharides, and phospholipids. All of these enzymes are optimally active in the acidic conditions (pH ~5) maintained within lysosomes. The membrane of the lysosome normally keeps these destructive enzymes out of the cytosol (whose pH is about 7.2), but the acid dependence of the enzymes protects the contents of the cytosol against damage even if some leakage should occur.

Like all other intracellular organelles, the lysosome not only contains a unique collection of enzymes but also has a unique surrounding membrane. The lysosomal membrane contains transport proteins that allow the final products of the digestion of macromolecules, such as amino acids, sugars, and nucleotides, to be transported to the cytosol, from where they can be either excreted or utilized by the cell. The membrane also contains an ATP-driven $H^+$ pump, which, like the ATPase in the endosome membrane, pumps $H^+$ (protons) into the lysosome, thereby maintaining its contents at an acidic pH (Figure 15–34). Most of the lysosomal membrane proteins are unusually highly glycosylated; the sugars, which cover much of the protein surfaces facing the lumen, protect the proteins from digestion by the lysosomal proteases.

The specialized digestive enzymes and membrane proteins of the lysosome are synthesized in the ER and transported through the Golgi apparatus to the *trans* Golgi network. While in the ER and the *cis* Golgi network, the enzymes are tagged with a specific phosphorylated sugar group (mannose 6-phosphate), so that when they arrive in the *trans* Golgi network they can be recognized by an appropriate receptor, the



**Figure 15–33 The fate of the receptor proteins involved in endocytosis depends on the type of receptor.** Three pathways from the endosomal compartment in an epithelial cell are shown. Receptors that are not specifically retrieved from early endosomes follow the pathway from the endosomal compartment to lysosomes, where they are degraded. Retrieved receptors are returned either to the same plasma membrane domain from which they came (*recycling*) or to a different domain of the plasma membrane (*transcytosis*). If the ligand that is endocytosed with its receptor stays bound to the receptor in the acidic environment of the endosome, it will follow the same pathway as the receptor; otherwise it will be delivered to lysosomes for degradation.



**Figure 15–34 A lysosome contains hydrolytic enzymes and a $H^+$ pump.** The acid hydrolases are hydrolytic enzymes that are active under acidic conditions. The lumen of the lysosome is maintained at an acidic pH by a $H^+$ ATPase in the membrane that pumps $H^+$ into the lumen.

BAXJIVI0010521

Figure 15–35 Materials destined for degradation follow different pathways to the lysosome. Each pathway leads to the intracellular digestion of materials derived from a different source. The compartments resulting from the three pathways can sometimes be distinguished morphologically—hence the terms "autophagolysosome," "phagolysosome," and so on. Such lysosomes differ, however, only because of the different materials they are digesting.



### Question 15–8

Iron (Fe) is an essential trace metal that is needed by all cells. It is required, for example, for the synthesis of heme groups that are part of the active site of many enzymes involved in electron-transfer reactions; it is also required in hemoglobin, the main protein in red blood cells. Iron is taken up by cells by receptor-mediated endocytosis. The iron-uptake system has two components, a soluble protein called transferrin, which circulates in the bloodstream; and a transferrin receptor—a transmembrane protein that, like the LDL receptor in Figure 15–32, is continually endocytosed and recycled to the plasma membrane. Fe ions bind to transferrin at neutral pH but not at acidic pH. Transferrin binds to the transferrin receptor at neutral pH only when it has an Fe ion bound, but it binds to the receptor at acidic pH even in the absence of bound iron. From these properties, describe how iron is taken up, and discuss the advantages of this elaborate scheme.

mannose 6-phosphate receptor. This tagging permits the enzymes to be sorted and packaged into transport vesicles, which bud off and deliver their contents to lysosomes via late endosomes (see Figure 15–17).

Depending on their source, materials follow different paths to lysosomes. We have seen that extracellular particles are taken up into phagosomes, which fuse with lysosomes, and that extracellular fluid and macromolecules are taken up into smaller endocytic vesicles, which deliver their contents to lysosomes via endosomes. But cells have an additional pathway for supplying materials to lysosomes; this pathway is used for degrading obsolete parts of the cell itself. In electron micrographs of liver cells, for example, one often sees lysosomes digesting mitochondria, as well as other organelles. The process seems to begin with the enclosure of the organelle by a double membrane, creating an *autophagosome*, which then fuses with lysosomes (Figure 15–35). It is not known what marks an organelle for such destruction.

## Essential Concepts

- Eucaryotic cells contain many membrane-enclosed organelles, including a nucleus, an endoplasmic reticulum (ER), a Golgi apparatus, lysosomes, endosomes, mitochondria, chloroplasts (in plant cells), and peroxisomes.
- Most organelle proteins are made in the cytosol and transported into the organelle where they function. Sorting signals in the amino acid sequence guide the proteins to the correct organelle; proteins that function in the cytosol have no signals and remain where they are made.
- Nuclear proteins contain nuclear localization signals that help direct their active transport from the cytosol into the nucleus through nuclear pores, which penetrate the double-membrane nuclear envelope. Proteins can enter the nucleus without being unfolded.
- Most mitochondrial and chloroplast proteins are made in the cytosol and are then actively transported into the organelles by protein

BAXJIVI0010522

translocators in their membranes. Proteins must be unfolded to allow them to snake through the chloroplast or mitochondrial membrane.

- The ER is the membrane factory of the cell; it makes most of the cell's lipids and many of its proteins. The proteins are made by ribosomes bound to the surface of the rough ER.

- Ribosomes in the cytosol are directed to the ER if the protein they are making has an ER signal sequence, which is recognized by a signal-recognition particle (SRP) in the cytosol; the binding of the ribosome–SRP complex to a receptor on the ER membrane initiates the translocation process that threads the growing polypeptide across the ER membrane through a translocation channel.

- Soluble proteins destined for secretion or the lumen of an organelle pass completely into the ER lumen, while transmembrane proteins destined for the ER membrane or other cell membranes remain anchored in the lipid bilayer by one or more membrane-spanning α helices.

- In the ER lumen, proteins fold up, assemble with other proteins, form disulfide bonds, and become decorated with oligosaccharide chains.

- Exit from the ER is an important quality-control step; proteins that either fail to fold properly or fail to assemble with their normal partners are retained in the ER and are eventually degraded.

- Protein transport from the ER to the Golgi apparatus and from the Golgi apparatus to other destinations is mediated by transport vesicles that continually bud off from one membrane and fuse with another, a process called vesicular transport.

- Budding transport vesicles have distinctive coat proteins on their cytosolic surface; the assembly of the coat drives the budding process, and the coat proteins help incorporate receptors with their bound cargo molecules into the forming vesicle.

- Coated vesicles lose their protein coat soon after pinching off, enabling them to dock and then fuse with a particular target membrane; docking and fusion are thought to be mediated by proteins on the vesicle and on the target membranes, called v-SNAREs and t-SNAREs, respectively.

- The Golgi apparatus receives newly made proteins from the ER; it modifies their oligosaccharides, sorts the proteins, and dispatches them from the *trans* Golgi network to the plasma membrane, lysosomes, or secretory vesicles.

- In all eucaryotic cells, transport vesicles continually bud from the *trans* Golgi network and fuse with the plasma membrane, a process called constitutive exocytosis; the process delivers plasma membrane lipids and proteins to the cell surface and also releases molecules from the cell, a process called secretion.

- Specialized secretory cells also have a regulated exocytosis pathway, where molecules stored in secretory vesicles are released from the cell by exocytosis when the cell is signaled to secrete.

- Cells ingest fluid, molecules, and sometimes even particles, by endocytosis, in which regions of plasma membrane invaginate and pinch off to form endocytic vesicles.

- Much of the material that is endocytosed is delivered to endosomes and then to lysosomes, where it is degraded by hydrolytic enzymes; most of the components of the endocytic vesicle membrane, however, are recycled in transport vesicles back to the plasma membrane for reuse.

BAXJIVI0010523

## Key Terms

| | |
|---|---|
| clathrin | phagocytic cell |
| coated vesicle | phagocytosis |
| cytosol | pinocytosis |
| endoplasmic reticulum (ER) | receptor-mediated endocytosis |
| exocytosis | rough endoplasmic reticulum |
| Golgi apparatus | secretion |
| lysosome | secretory vesicle |
| membrane-enclosed organelle | signal sequence |
| nuclear envelope | SNARE |
| nuclear pore | transport vesicle |

## Questions

### Question 15–9

Which of the following statements are correct? Explain your answers.

A. Ribosomes are cytoplasmic structures that, during protein synthesis, become linked by an mRNA molecule to form polyribosomes.

B. The amino acid sequence Leu-His-Arg-Leu-Asp-Ala-Gln-Ser-Lys-Leu-Ser-Ser is a signal sequence that directs proteins to the ER.

C. All transport vesicles in the cell must have a v-SNARE protein in their membrane.

D. Transport vesicles deliver proteins and lipids to the cell surface.

E. If the delivery of prospective lysosomal proteins from the *trans* Golgi network to the late endosomes were blocked, lysosomal proteins would be secreted by the constitutive secretion pathways shown in Figure 15–28.

F. Lysosomes digest only substances that have been taken up by cells by endocytosis.

G. *N*-linked sugar chains are found on glycoproteins that face the cell surface, as well as on glycoproteins that face the lumina of the ER, *trans* Golgi network, and mitochondria.

### Question 15–10

How do you suppose that proteins with a nuclear export signal get into the nucleus?

### Question 15–11

Influenza viruses are surrounded by a membrane that contains a fusion protein, which is activated by acidic pH. Upon activation, the protein causes the viral membrane to fuse with cell membranes. An old folk remedy against flu recommends that one should spend a night in a horse's stable. Odd as it may sound, there is a rational explanation for this advice. Air in stables contains ammonia ($NH_3$) generated by bacteria in the horse's urine. Sketch a diagram showing the pathway (in detail) by which flu virus enters cells, and speculate how $NH_3$ may protect cells from virus infection. (Hint: $NH_3$ can neutralize acidic solutions by the reaction $NH_3 + H^+ \rightarrow NH_4^+$.)

### Question 15–12

Consider the v-SNAREs that direct transport vesicles from the *trans* Golgi network to the plasma membrane. They, like all other v-SNAREs, are membrane proteins that are integrated into the membrane of the ER during their biosynthesis and are then transported by transport vesicles to their destination. Thus, transport vesicles budding from the ER contain at least two kinds of v-SNAREs—those that target the vesicles to the *cis* Golgi cisternae, and those that are in transit to the *trans* Golgi network to be packaged in different transport vesicles destined for the plasma membrane. (A) Why might this be a problem? (B) Suggest possible ways in which the cell might solve it.

### Question 15–13

A particular type of *Drosophila* mutant becomes paralyzed when the temperature is raised. The mutation affects the structure of dynamin, causing it to be inactivated at the higher temperature. Indeed, the function of dynamin was discovered by analyzing the defect in these mutant fruit flies. The complete paralysis at the elevated temperature suggests that synaptic transmission between nerve and muscle cells (discussed in Chapter 12) is blocked. Suggest why signal transmission at a synapse might require dynamin. On the basis of your hypothesis, what would you expect to see in electron micrographs of synapses of flies that were exposed to the elevated temperature?

### Question 15–14

Edit the following statements, if required, to make them true: "Because nuclear localization sequences

BAXJIVI0010524

are not cleaved off by proteases following protein import into the nucleus, they can be reused to import nuclear proteins after mitosis, when cytosolic and nuclear proteins have become intermixed. This is in contrast to ER signal sequences, which are cleaved off by a signal peptidase once they reach the lumen of the ER. ER signal sequences cannot therefore be reused to import ER proteins after mitosis, when cytosolic and ER proteins have become intermixed; these ER proteins must therefore be degraded and resynthesized."

### Question 15–15

Consider a protein that contains an ER signal sequence at its N-terminus and a nuclear localization sequence in its middle. What do you think the fate of this protein would be? Explain your answer.

### Question 15–16

Compare and contrast protein import into the ER and into the nucleus. List at least two major differences in the mechanisms, and speculate why the ER mechanism might not work for nuclear import and vice versa.

### Question 15–17

During mitosis, the nuclear envelope breaks down into small vesicles, and intranuclear proteins completely intermix with cytosolic proteins. Is this consistent with the evolutionary scheme proposed in Figure 15–3?

### Question 15–18

A protein that inhibits certain proteolytic enzymes (proteases) is normally secreted into the bloodstream by liver cells. This inhibitor protein, antitrypsin, is absent from the bloodstream of patients who carry a mutation that results in a single amino acid change in the protein. Antitrypsin deficiency causes a variety of severe problems, particularly in lung tissue, because of the uncontrolled activity of proteases. Surprisingly, when the mutant antitrypsin is synthesized in the laboratory, it is as active as the normal antitrypsin at inhibiting proteases. Why, then, does the mutation cause the disease? Think of more than one possibility, and suggest ways in which you could distinguish between them.

### Question 15–19

Dr. Outonalimb's claim to fame is her discovery of forgettin, a protein predominantly made by the pineal gland in human teenagers. The protein causes selec-

tive short-term unresponsiveness and memory loss when the auditory system receives statements like "Please take out the garbage!" Her hypothesis is that forgettin has a hydrophobic ER signal sequence at its C-terminus that is recognized by an SRP and causes it to be translocated across the ER membrane by the mechanism shown in Figure 15–13. She predicts that the protein is secreted from pineal cells into the bloodstream, from where it exerts its devastating systemic effects. You are a member of the committee deciding whether she should receive a grant for further work on her hypothesis. Consider that grant reviews should be polite and constructive.

### Question 15–20

Taking the evolutionary scheme in Figure 15–3 one step further, suggest how the Golgi apparatus could have evolved. Sketch a simple diagram to illustrate your ideas. For the Golgi apparatus to be functional, what else would have to have evolved?

### Question 15–21

If membrane proteins are integrated into the ER membrane by means of the ER protein translocation channel (which is itself composed of membrane proteins), how do the first protein translocation channels become incorporated into the ER membrane?

### Question 15–22

The sketch in Figure Q15–22 is a schematic drawing of the electron micrograph shown in the third panel of Figure 15–18A. Name the structures that are labeled in the sketch.



Figure Q15–22

---

## Highlights from *Essential Cell Biology 2 Interactive* CD-ROM

15.2   Ribosome/ER Translocator
15.3   Freeze Fracture of Yeast Cell
15.8   Clathrin

BAXJIVI0010525



The eye. The act of seeing involves a relay chain of signals and cell communication. Light impinges on photoreceptor cells in the retina, activating receptor molecules, which generate intracellular signals that control release of a chemical messenger—a neurotransmitter—which acts on adjacent nerve cells in the retina and sends the message on through further relays to the brain—all in a few hundredths of a second. Shown here is a section through the developing eye of a 5-day-old zebrafish, with the lens on the right and the retina on the left.

BAXJIVI0010526

# EXHIBIT 7

# United States Patent [19]

## Toole, Jr. et al.

[11] **Patent Number:** **4,757,006**

[45] **Date of Patent:** **Jul. 12, 1988**

[54] **HUMAN FACTOR VIII:C GENE AND RECOMBINANT METHODS FOR PRODUCTION**

[75] Inventors: **John J. Toole, Jr.,** Brookline; **Edward Fritsch,** Concord, both of Mass.

[73] Assignee: **Genetics Institute, Inc.,** Cambridge, Mass.

[21] Appl. No.: **546,650**

[22] Filed: **Oct. 28, 1983**

[51] Int. Cl.⁴ ....................... **C12P 21/02; C12Q 1/68; C12N 15/00; C12N 5/00; C12N 1/00; C07H 15/12**

[52] U.S. Cl. ...................................... **435/70;** 435/6; 435/172.3; 435/240.2; 435/320; 536/27; 935/9; 935/11; 935/78

[58] **Field of Search** ................ 435/68, 70, 172.3, 317, 435/6, 320, 240.2; 536/27; 935/9, 11, 78

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,332,893 | 6/1982 | Rosenberg | 435/240 |
| 4,363,877 | 12/1982 | Goodman et al. | 435/317 |
| 4,399,216 | 8/1983 | Axel et al. | 435/6 |
| 4,419,446 | 12/1983 | Howley et al. | 435/172.3 |

### OTHER PUBLICATIONS

Montgomery et al., Cell, vol. 14, pp. 673–680, Jul. 1978.
Kunnaird et al., Gene, vol. 20, pp. 387–396, 1982.
Woods et al., PNAS U.S.A., vol. 79, pp. 5661–5665, Sep. 1982.
Lawn et al., Cell, vol. 15, pp. 1157–1174, Dec. 1978.
Tashima et al., PNAS U.S.A., vol. 78, pp. 1508–1512, Mar. 1981.
Ullrich et al., Science, vol. 209, pp. 612–615, Aug. 1, 1980.
Thummel et al., Eukaryolic Viral Vectors, Ed. by Gluzman, Cold Spring Harb. Lab., pp. 181–186, (1982).
Suggs et al., PNAS U.S.A., vol. 78, pp. 6613–6617, Nov. 1981.
Choo et al., Nature, vol. 299, pp. 178–180, Sep. 9, 1982.
Kurachi et al., PNAS U.S.A., vol. 79, pp. 6461–6464, Nov. 1982.

Tuddenham et al., The J. Lab. Clin. Med., vol. 93, No. 1, pp. 40–53, Jan. 1979.
Fulcher et al., PNAS U.S.A., vol. 79, pp. 1648–1652, Mar. 1982.
Fay et al., PNAS U.S.A., vol. 79, pp. 7200–7204, Dec. 1982.
Kuo et al., Poster Presentation, 9th International Congress on Thrombosis and Hemostasis, Jul. 4–8, 1983.
Wallace et al., Nucleii Acids Research, vol. 9, No. 4, pp. 879–894, (1981).
Mevarch et al., The J. of Biol. Chem., vol. 254, No. 16, pp. 7472–7475, Aug. 25, 1979.
J. D. Watson, Molecular Biology of the Gene, 347–77, (1977).
David Fass et al., "Blood", 59:594–600, (1982).
Knutsen et al., "Blood", 59:615–24, (1982).
Sinensky, "Biochem. Biophys. Res. Commun.", 78:863, (1977).
Meuth et al., "Cell", 3:367, (1943).
Kempe et al., "Cell", 9:541, (1976).
DeBatisse et al., "Mol. and Cell Biol.", 2(11):1346–1353, (1982).
Mulligan et al., "Proc. Nat. Acad. Sci.", 78[4]:2072–2076, (1981).
Colbere–Garapin et al., "J. Mol. Biol.", 150:1–14, (1981).
Harber et al., "Somatic Cell Genet.", 4:499–508, (1982).
Wigler et al., "Cell", 16:777–785, (1979).
Rigby et al., "J. Mol. Biol.", 113:237, (1977).
Laemmli, "Nature", 227–680, (1970).
L. Letsinger, et al., "J. Am. Chem. Soc.", 98:3655, (1976).
Matteucci and Caruthers, "J. Am. Soc.", 103:3185, (1981).

(List continued on next page.)

*Primary Examiner*—Alvin E. Tanenholtz
*Attorney, Agent, or Firm*—Sewall P. Bronstein; David G. Conlin; Gregory D. Williams

[57]                   **ABSTRACT**

The protein having factor VIII:C procoagulant activity has been produced by culturing a cell transformed with a recombinant expression vector encoding the gene for that activity.

**8 Claims, 6 Drawing Sheets**

A.  Amino Acid Sequence of 69 Kd Porcine AKF Fragment

| | Phe | Gln | Lys | Arg | Thr | Arg | His | Tyr | Phe |
|---|---|---|---|---|---|---|---|---|---|
| | Ile | Ala | Ala | Val | Glu | Gln | Leu | Trp | Asp |
| | Tyr | Gly | Met | Ser | Glu | Ser | Pro | Arg | Ala |
| | Leu | Arg | Asn | Arg | Ala | Gln | Asn | Gly | Glu |
| | Val | Pro | Arg | Phe | Lys | | | | |

B.  Amino Acid Sequence Encoded by Porcine AHF Exon (34-H1)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Arg | Ser | Phe | Gln | Lys | Arg | Thr | Arg | His | Tyr | Phe |
| | | Ile | Ala | Ala | Val | Glu | Gln | Leu | Trp | Asp |
| | | Tyr | Gly | Met | Ser | Glu | Ser | Pro | Arg | Ala |

C.  Amino Acid Sequence Encoded in Human AHF Exon (25-S1)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Arg | Ser | Phe | Gln | Lys | Lys | Thr | Arg | His | Tyr |
| | Phe | Ile | Ala | Ala | Val | Glu | Arg | | |

BAXJIVI0005569

# 4,757,006

Page 2

## OTHER PUBLICATIONS

H. Fritz et al., "Biochemistry", 17:1257, (1978).

Sanger et al., "PNAS U.S.A.", 70:1209, (1973).

Maxam–Gilbert, "Meth. Enzymology", 65:499, (1980).

M. Jaye et al., "Nucleic Acids Research", 11:2325, (1983).

K. L. Agarwal et al., "J. Biol. Chem.", 256:1023, (1981).

Loenen et al., "Gene", 20:249, (1980).

Piccini et al., "Cell", 30:205, (1982).

Sanger et al., "PNAS U.S.A.", 74:5463, (1977).

Maniatis et al., "Cell", 15:687, (1978).

Cox, "Methods Enzymol.", 12B:120, (1968).

Ullrich et al., "Nature", 303:821, (1983).

Grunstein and Hogness, "PNSA U.S.A.", 72:3961, (1975).

Holmes et al., "Anal. Biochem.", 114:193, (1981).

E. Southern "J. Mol. Biol.", 98:503, (1975).

Benton et al., "Science", 196:180, (1977).

BAXJIVI0005570

FIGURE 1

A. Amino Acid Sequence of 69 Kd Porcine AKF Fragment

```
Phe  Gln  Lys  Arg  Thr  Arg  His  Tyr  Phe
Ile  Ala  Ala  Val  Glu  Gln  Leu  Trp  Asp
Tyr  Gly  Met  Ser  Glu  Ser  Pro  Arg  Ala
Leu  Arg  Asn  Arg  Ala  Gln  Asn  Gly  Glu
Val  Pro  Arg  Phe  Lys
```

B. Amino Acid Sequence Encoded by Porcine AHF Exon (34-Hi)

```
Arg  Ser  Phe  Gln  Lys  Arg  Thr  Arg  His  Tyr  Phe
          Ile  Ala  Ala  Val  Glu  Gln  Leu  Trp  Asp
          Tyr  Gly  Met  Ser  Glu  Ser  Pro  Arg  Ala
```

C. Amino Acid Sequence Encoded in Human AHF Exon (25-Si)

```
Arg  Ser  Phe  Gln  Lys  Arg  Thr  Arg  His  Tyr
          Phe  Ile  Ala  Ala  Val  Glu  Arg  Arg
```

BAXJIVI0005571

Case 1:17-cv-01316-RGA-SRF Document 149 Filed 12/28/18 Page 432 of 449 PageID #:
Case 1:17-cv-01316-RGA Document 91-1 Filed 09/14/18 Page 29 of 361 PageID #: 8700
20904

**U.S. Patent**     Jul. 12, 1988     **Sheet 2 of 6**     **4,757,006**

FIGURE 2

A.  Amines Terminus of 166Kd Polypeptide

X I R R Y Y L G A V E L S W D Y R Q S E L L R E L H V D T R F P A


B.  Fragment of 166Kd Polypeptide

X V A K K H P K T W V H Y I S A E E E D W D Y A P A V P S P S D R S/T Y K S L

BAXJIVI0005572

Case 1:17-cv-01316-RGA-SRF Document 149 Filed 12/28/18 Page 433 of 449 PageID #: 8701
Case 1:17-cv-01316-RGA Document 91-1 Filed 09/14/18 Page 26 of 361 PageID #: 20905

FIGURE 3

| Amino Acid No. | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amino Acid Sequence | His | Tyr | Phe | Ile | Ala | Ala | Val | Glu | Gln | Leu | Trp | Asp | Try | Gly | Met |
| Possible mRNA Sequences | CAU CAC | UAU UAC | UUU UUC | AUU AUC AUA | GCU GCC GCA GCG | GCU GCC GCA GCG | GUU GUC GUA GUG | GAA GAG | CAA CAG | CUU CUC CUA CUG UUA UUG | UGG | GAU GAC | UAU UAC | GCU GCC GGA GBG | AUG |
| Guessed Probe Sequence | GTG | ATG | AAA AAG | TAA | CGA | CGA | CAC | CTT CTC | GTC | GAC | ACC | CTA CTG | ATA | CCG | TAC |
| Actual Probe Sequence | GTG | ATA | AAG | TAA | CGA | CGC | CAC | CTC | GTC | GAG | ACC | CTA | ATG | CCC | TAC |



BAXJIVI0005573

**U.S. Patent**     Jul. 12, 1988     Sheet 4 of 6     4,757,006

FIGURE 4

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| AAA | ACA | CGG | GGC | ACC | TGT | TAA | CCT | 27 GAA |
| CAA | AGT | AAA | TAG | ACC | TGG | AAG | GAC | 54 TCC |
| CTC | CAA | GCT | TCT | GGG | TCC | CCC | GAT | 81 GCC |
| CAA | AGA | GTG | GGA | ATC | CCT | AGA | GAA | 108 GTC |
| ACC | AAA | AAG | CAA | AGC | TCT | CAG | GAC | 135 GAA |
| AGA | CAT | CAT | CAG | TTT | ACC | CCT | GGA | 162 CCG |
| TCA | CGA | AAG | CAA | TCA | TTC | AAT | AGC | 189 AGC |
| AAA | AAA | TGA | AGG | ACA | AGC | CGA | GAC | 216 CCA |
| AAG | AGA | AGC | CGC | CTG | GAC | GAA | GCA | 243 GGG |
| AGG | GCC | TGG | AAG | GCT | GTG | CGC | TCC | 270 AAA |
| GCC | TCC | GGT | CCT | GCG | ACG | GCA | TCA | 297 GAG |
| GGA | CAT | AAG | CCT | TCC | TAC | TTT | TJA* | 324 CCC |
| GGA | GGA | AGA | CAA | AAT | GGA | CTA | TGA | 351 TGA |
| TAT | CTT | CTA | ACT | GAA | ACG | AAG | GGA | 378 GAA |
| GAT | TTT | GAC | ATT | TAC | GGT | GAG | GAT | 405 GAA |
| AAT | CAG | GAC | CCT | CGC | AGC | TTT | CAG | 432 AAG |
| AGA | ACC | CGA | CAC | TAT | TTC | ATT | GCT | 459 GCG |
| GTG | GAG | CAG | CTC | TGG | GAT | TAC | GGG | 486 ATG |
| AGC | GAA | TCC | CCC | CGG | GCG | CTA | AGA | 513 AAC |
| AGG | TAT | GGC | TAC | GTT | GGC | TAC | TCC | 540 TCT |
| GTC | CTA | CCC | TGG | GGA | CCT | TTG | TCT | 567 TGA |
| GCA | GGT | GCC | GAA | GCC | ATG | GGA | AAG | 594 GCA |
| CAA | GCA | GTC | TGG | GGG | TGG | AGA | GGC | 621 CAC |
| AGT | GGG | AGG | ATG | TGC | TTG | TTG | GGG | 648 AGC |
| ACA | GCG | TGG | TCG | GGC | AGG | GAA | GAG | 675 CAG |
| ACC | GAC | CTG | AGG | AGA | G | | | |

\*   J Indicates an ambiguity, in accordance with the Stanford code.

BAXJIVI0005574

U.S. Patent        Jul. 12, 1988        Sheet 5 of 6        4,757,006

<u>FIGURE 5</u>

```
     (250)        9
5'   TGG  AAG  GCT  GTG  CGC  TCC  AAA  GCC  TCC  GGT  CCT

     36             45                          63
     GCG  ACG  GCA  TCA  GAG  GGA  CAT  AAG  CCT  TCC  TAC

          72             81             90                  99
     TTT  TJA  CCC  GGA  GGA  AGA  CAA  AAT  GGA  CTA  TGA

                    108            117            126
     TGA  TAT  CTT  CTA  ACT  GAA  ACG  AAG  GGA  GAA  GAT

     135            144            153            162
     TTT  GAC  ATT  TAC  GGT  GAG  GAT  GAA  AAT  CAG  GAC

          171       180            189                 198
     CCT  CGC  AGC  TTT  CAG  AAG  AGA  ACC  CGA  CAC  TAT
          R    S    F    Q    K    R    T    R    H    Y

               207       216            225
     TTC  ATT  GCT  GCG  GTG  GAG  CAG  CTC  TGG  GAT  TAC
     F    I    A    A    V    E    Q    L    W    D    Y

     234       243            252            261
     GGG  ATG] AGC  GAA  TCC  CCC  CGG  GCG  CTA  AGA
     G    M    S    E    S    P    R    A    L    R

          267
     AAC  AGG  TAT  GGC  TAC  GTT  GGC  TAC  TCC  TCT
     N    R

     GTC  CTA  CCC  TGG  GGA  CCT  TTG  TCT  TGA  GCA

     GGT  GCC  GAA  GCC  ATG  GGA  AAG  GCA  CAA  GCA

     GTC  TGG  GGG  TGG  AGA  (3')
```

BAXJIVI0005575

Case 1:17-cv-01316-RGA-SRF Document 149 Filed 12/28/18 Page 436 of 449 PageID #
Case 1:17-cv-01316-RGA-SRF Document 91-1 Filed 09/14/18 Page 29 of 361 PageID #:8704
20908

**U.S. Patent**     Jul. 12, 1988     Sheet 6 of 6     **4,757,006**

FIGURE 6

HUMAN SEQ. DATA  (Complement of 15 mer desired sequence)

5'   GAC   ATT   TAT   GAT   GAG   GAT   GAA

     ATT   CAG   AGC   CCC   CGC   AGC   TTT

     CAG   AAG   AAA   ACA   CGA   CAC   TAT

     TTT   ATT   GCT   GCA   GTG   GAG   AGG

BAXJIVI0005576

4,757,006

**1**

## HUMAN FACTOR VIII:C GENE AND RECOMBINANT METHODS FOR PRODUCTION

### BACKGROUND OF THE INVENTION

This invention relates to the preparation of recombinant DNA which codes for cellular production of human factor VIII:C, of DNA which codes for porcine factor VIII:C, to methods of obtaining DNA molecules which code for factor VIII:C, and to expression of human and porcine factor VIII:C utilizing such DNA, as well as to novel compounds, including deoxyribonucleotides and ribonucleotides utilized in obtaining such clones and in achieving expression of human factor VIII:C. This invention also relates to human AHF and its production by recombinant DNA techniques.

Factor VIII:C is a blood plasma protein that is defective or absent in Hemophilia A disease. This disease is a hereditary bleeding disorder affecting approximately one in 20,000 males. Factor VIII:C has also been known or referred to as factor VIII, the antihemophilic factor (AHF), antihemophilic globulin (AHG), hemophilic factor A, platelet cofactor, thromboplastinogen, and thrombocytolysin. It is referred to as "Factor VIII:C", to indicate that it is the compound which affects clotting activity. As used herein, "factor VIII:C" and "AHF" are synonymous.

Although the isolation of AHF from blood plasma has been described in the literature, the precise structure of AHF has not previously been identified, due in part to the unavailability of sufficient quantities of pure material, and the proteolytic nature of many contaminants and purification agents. While some quantities of impure AHF have been available as a concentrated preparation processed from fresh-frozen human plasma, the extremely low concentration of AHF in human plasma and the high cost of obtaining and processing human plasma make the cost of this material prohibitive for any extensive treatment of hemophilia.

The present method makes it possible to produce human AHF using recombinant DNA techniques.

AHF, like other proteins, is comprised of some twenty different amino acids arranged in a specific array. By using gene manipulation techniques, a method has been developed which enables production of AHF by identifying and cloning the gene which codes for the human AHF protein, cloning that gene, incorporating that gene into a recombinant DNA vector, transforming a suitable host with the vector which includes that gene, expressing the human AHF gene in such host, and recovering the human AHF produced thereby. Similarly, the present invention makes it possible to produce Porcine AHF by recombinant DNA techniques, as well as providing products and methods related to such porcine AHF production.

Recently developed techniques have made it possible to employ microorganisms, capable of rapid and abundant growth, for the synthesis of commercially useful proteins and peptides, regardless of their source in nature. These techniques make it possible to genetically endow a suitable microorganism with the ability to synthesize a protein or peptide normally made by another organism. The technique makes use of fundamental relationships which exist in all living organisms between the genetic material, usually DNA, and the proteins synthesized by the organism. This relationship is such that production of the amino acid sequence of the

**2**

protein is coded for by a series of three nucleotide sequences of the DNA. There are one or more trinucleotide sequence groups (called codons) which specifically code for the production of each of the twenty amino acids most commonly occurring in proteins. The specific relationship between each given trinucleotide sequence and the corresponding amino acid for which it codes constitutes the genetic code. As a consequence, the amino acid sequence of every protein or peptide is reflected by a corresponding nucleotide sequence, according to a well understood relationship. Furthermore, this sequence of nucleotides can, in principle, be translated by any living organism. For a discussion of the genetic code, see J. D. Watson, *Molecular Biology of the Gene*, (W. A. Benjamin, Inc., 1977), the disclosure of which is incorporated herein by reference, particularly at 347–77; C. F. Norton, *Microbiology* (Addison, Wesley 1981), and U.S. Pat. No. 4,363,877, the disclosure of which is incorporated herein by reference.

The twenty amino acids from which proteins are made, are phenylalanine (hereinafter sometimes referred to as "Phe" or "F"), leucine ("Leu", "L"), isoleucine ("Ile", "I"), methionine ("Met", "M"), valine ("Val", "V"), serine ("Ser", "S"), proline ("Pro", "P"), threonine ("Thr", "T"), alanine ("Ala", "A"), tyrosine ("Tyr", "Y"), histidine ("His", "H"), glutamine ("Gln", "Q"), asparagine ("Asp", "N"), glutamic acid ("Glu", "E"), cysteine ("Cys", "C"), tryptophane ("Trp", "W"), arginine ("Arg", "R") and glycine ("Gly", "G"). The amino acids coded for by the various combinations of trinucleotides which may be contained in a given codon may be seen in Table 1:

TABLE 1

| | The Genetic Code | | | |
|---|---|---|---|---|
| First Position | Second Position | | | Third Position |
| | T | C | A | G |
| T | Phe | Ser | Tyr | Cys | T |
| | Phe | Ser | Tyr | Cys | C |
| | Leu | Ser | Stop* | Stop* | A |
| | Leu | Ser | Stop* | Trp | G |
| C | Leu | Pro | His | Arg | T |
| | Leu | Pro | His | Arg | C |
| | Leu | Pro | Gln | Arg | A |
| | Leu | Pro | Gln | Arg | G |
| A | Ile | Thr | Asp | Ser | T |
| | Ile | Thr | Asp | Ser | C |
| | Ile | Thr | Lys | Arg | A |
| | Met | Thr | Lys | Arg | G |
| G | Val | Ala | Asp | Gly | T |
| | Val | Ala | Asp | Gly | C |
| | Val | Ala | Glu | Gly | A |
| | Val | Ala | Glu | Gly | G |

*The "Stop" or termination codon terminates the expression of the protein.

Knowing the deoxyribonucleotide sequence of the gene or DNA sequence which codes for a particular protein allows the exact description of that protein's amino acid sequence. However, the converse is not true; while methionine is coded for by only one codon, the other amino acids can be coded for by up to six codons (e.g. serine), as is apparent from Table 1. Thus there is considerable ambiguity in predicting the nucleotide sequence from the amino acid sequence.

In sum, prior to the present invention, very little was known about the structure of AHF, and, despite substantial work over many years, those skilled in this art were unable to determine the structure of AHF, or of its gene, or provide any procedure by which AHF could

BAXJIVI0005577

4,757,006

3

be produced in substantially pure form in substantial quantities.

The method described herein by which the gene for human AHF is cloned and expressed includes the following steps:

(1) Purification of porcine AHF;

(2) Determination of the amino acid sequence of porcine AHF;

(3) Formation of oligonucleotide probes, and use of those probes to identify and/or isolate at least a fragment of the gene which codes for porcine AHF;

(4) Use of the porcine AHF gene fragment to identify and isolate human genetic material which codes for human AHF; (5) Using the previously described AHF DNA fragments to determine the site of synthesis of AHF from among the various mammalian tissues; (6) Producing cDNA segments which code for human and porcine AHF, using messenger RNA obtained from the tissue identification in step 5; (7) Constructing full length human and porcine cDNA clones from the cDNA segments produced in step 6, e.g. by ligating together cDNA segments which were cut by the same restriction enzymes; (8) Forming DNA expression vectors which are capable of directing the synthesis of AHF; (9) Transforming a suitable host with the expression vectors bearing the full length cDNA for human or porcine AHF; (10) Expressing human or porcine AHF in the host; and (11) Recovering the expressed AHF.

In the course of this work, a new technique of screening a genomic DNA library has been developed utilizing oligonucleotide probes based on the amino acid sequences contained in the AHF molecule.

The invention includes the above methods, along with the various nucleotides, vectors, and other products made in connection therewith.

BRIEF SUMMARY OF THE DRAWINGS

FIG. 1 is a depiction of the amino acid sequence for the amino terminal sequence of the 69,000 dalton thrombin cleavage product described in Example 1, as compared with the porcine AHF exon described in Example 3, and the human AHF exon described in Example 4.

FIG. 2 illustrates the amino acid sequences of bovine thrombin digestion fragments of (A) the amino terminus and (B) a 40 Kd thrombin cleavage product of the 166 Kd porcine AHF fragment isolated by Fass et al., infra.

FIG. 3 illustrates the design of an oligonucleotide probe for the identification and isolation of at least a portion of the porcine gene which codes for AHF.

FIG. 4 illustrates the DNA sequence for a DNA fragment (34-S1) which contains a porcine AHF exon as described in Example 6.

FIG. 5 is a representation of the DNA sequence of the Hae III insert bearing the exon for porcine AHF, as described in Example 3.

FIG. 6 is a representation of the DNA sequence for a portion of the Sau 3AI insert of clone 25-S1, showing a portion of the exon for human AHF, as described in Example 3.

DETAILED DESCRIPTION OF THE INVENTION

The following definitions are supplied in order to facilitate the understanding of this case. To the extent that the definitions vary from meanings circulating within the art, the definitions below are to control.

Amplification means the process by which cells produce gene repeats within their chromosomal DNA.

4

Cotransformation means the process of transforming a cell with more than one exogenous gene foreign to the cell, one of which confers a selectable phenotype on the cell.

Downstream means the direction going towards the 3' end of a nucleotide sequence.

An enhancer is a nucleotide sequence that can potentiate the transcription of genes independent of the identity of the gene, the position of the sequence in relation to the gene, or the orientation of the sequence.

A gene is a deoxyribonucleotide sequence coding for a given mature protein. For the purposes herein, a gene shall not include untranslated flanking regions such as RNA transcription initiation signals, polyadenylation addition sites, promoters or enhancers.

A selection gene is a gene that confers a phenotype on cells which express the gene as a detectable protein.

A selection agent is a condition or substance that enables one to detect the expression of a selection gene.

Phenotype means the observable properties of a cell as expressed by the cellular genotype.

Genotype means the genetic information contained within a cell as opposed to its expression, which is observed as the phenotype.

Ligation is the process of forming a phosphodiester bond between the 5' and 3' ends of two DNA strands. This may be accomplished by several well known enzymatic techniques., including blunt end ligation by T4 ligase.

Orientation refers to the order of nucleotides in a DNA sequence. An inverted orientation of a DNA sequence is one in which the 5' to 3' order of the sequence in relation to another sequence is reversed when compared to a point of reference in the DNA from which the sequence was obtained. Such points of reference can include the direction of transcription of other specified DNA sequences in the source DNA or the origin of replication of replicable vectors containing the sequence.

Transcription means the synthesis of RNA from a DNA template.

Transformation means changing a cell's genotype by the cellular uptake of exogenous DNA. Transformation may be detected in some cases by an alteration in cell phenotype. Transformed cells are called transformants. Pre-transformation cells are referred to as parental cells.

Translation means the synthesis of a polypeptide from messenger RNA.

The present method permits, for the first time, the identification and isolation of porcine Factor VIII:C gene by recombinant DNA techniques. It also permits, for the first time, the isolation and identification of the gene which encodes human factor VIII:C by recombinant DNA techniques, by taking advantage of the homology between porcine AHF DNA and human AHF DNA in order to locate and isolate the human gene for AHF. This route to cDNA clones for producing AHF via homology with the porcine AHF gene avoids the tedious time consuming and expensive need to purify human AHF, which is highly expensive and essentially unavailable.

Porcine AHF is first highly purified, most preferably by a monoclonal antibody purification technique such as that disclosed by David Fass et al, "Monoclonal Antibodies to Porcine AHF Coagulant and Their Use in the Isolation of Active Coagulent Protein", *Blood* 59: 594–600 (1982), and Knutsen et al., "Porcine Factor VIII:C prepared by affinity Interaction with Von Wille-

BAXJIVI0005578

4,757,006

5

brand Factor and Heterologous Antibodies," *Blood*, 59: 615–24 (1982), the disclosures of both of which are incorporated herein by reference. Porcine factor VIII:C polypeptides are bound to anti-VIII:C monoclonal antibodies which are immobilized on a suitable affinity chromatography column. Two large molecular weight polypeptides, having molecular sizes of about 166 and 130 Kd, are eluted with ethylenediamine tetraacetic acid. Another protein segment having a molecular weight of about 76 Kd, is then eluted from the column, utilizing about 50% ethylene glycol. The amino acid sequences of these polypeptides, and/or of fragments of these polypeptides obtained in known manner, e.g. from enzymatic digestion of the proteins, using bovine thrombin or other suitable agents to break up the proteins, are then determined by known methods of analysis. Based on the amino acid sequence of these materials, oligonucleotide probes are synthesized, at least some of which will hybridize with DNA segments which code for the corresponding segment of AHF. These oligonucleotides are then used to screen for segments of the gene which code for porcine AHF.

Once all or a significant portion of the porcine gene for AHF is obtained, that recombinant material is used to screen a human genomic DNA library to locate and isolate the gene which codes for human AHF. In this procedure, it is established that there are substantial similarities between human AHF and porcine AHF, and advantage is taken of those similarities to isolate and identify the human factor VIII:C gene or gene segments.

The similarities in the porcine and human proteins are attributable to corresponding similarities in the DNA sequences which code for the amino acid sequences. The genetic materials coding for the AHF proteins in humans and pigs are identical at a high percentage of positions, and thus exhibit hybridization when subjected to the procedure of, for example, Benton and Davis, the disclosure of which is incorporated herein by reference.

Once the full length human or porcine AHF cDNA clone is obtained, known and appropriate means are utilized to express the AHF protein, e.g. insertion into an appropriate vector, and transfection into an appropriate host, selection of transformed cells (transformants), and culture these transformants, to express AHF activity.

Host-vector systems for the expression of AHF may be procaryotic, but the complexity of AHF makes the preferred expression system (at least for biologically-active AHF having clotting activity) a mammalian one. This is easily accomplished by eucaryotic (usually mammalian or vertebrate cells) transformation with a suitable AHF vector. Eucaryotic transformation is in general a well-known process, and may be accomplished by a variety of standard methods. These include the use of protoplast fusion, DNA microinjection, chromosome transfection, lytic and nonlytic viral vectors (For example, Mulligan et al., "Nature" (London) 277:108–114 [1979], cell-cell fusion (Fournier et al., "Proc. Nat. Acad. Sci." 74:319–323 [1977], lipid structures (U.S. Pat. No. 4,394,448) and cellular endocytosis of DNA precipitates (Bachetti et al., "Proc. Nat. Acad. Sci. 74:1590–1594 [1977]).

Transformation which is mediated by lytic viral vectors is efficient but is disadvantageous for a number of reasons: The maximum size of transfected DNA is limited by the geometry of viral capsid packing, the exogenous genes are frequently deleted during viral replica-

6

tion, there is a requirement for helper virus or specialized hosts, host cells must be permissive, and the hosts are killed in the course of the viral infection.

Nonlytic transformations are based on the transcription and translation of virus vectors which have been incorporated into a cell line as a stable episome. These systems generally require unique cell lines and suffer from a number of disadvantages. See "Trends in Biochemical Sciences", June 1983, pp. 209–212.

On the other hand, other transformation methods in which extrachromosomal DNA is taken up into the chromosomes of host cells have been characterized by low frequencies of transformation and poor expression levels. These initial difficulties were ameliorated by transformation with genes which inheritably confer selectable phenotypes on the small subpopulation of cells that are in fact transformed (selection genes). The entire population of transformed cells can be grown under conditions favoring cells having acquired the phenotype, thus making it possible to locate transformed cells conveniently. Thereafter, transformants can be screened for the capability to more intensely express the phenotype. This is accomplished by changing a selection agent in such a way as to detect higher expression.

Selection genes fall into three categories: Detectably amplified selection genes, dominant selection genes, and detectably amplified dominant selection genes.

Detectably amplified selection genes are those in which amplification can be detected by exposing host cells to changes in the selection agent. Detectably amplified genes which are not dominant acting generally require a parental cell line which is genotypically deficient in the selection gene. Examples include the genes for hydroxymetholglutanyl CoA reductase (Sinensky, "Biochem. Biophys. Res. Commun" 78:863 [1977], ribonucleotide reductase (Meuth et al. "Cell:3:367 [1943], aspartate transcarbamylase; (Kemp et al. "Cell" 9:541 [1976], adenylate deaminase (DeBatisse et al. "Mol and Cell Biol." 2(11):1346–1353 [1982] mouse dihydrofolate reductase (DHFR) and, with a defective promoter, mouse thymidine kinase (TK).

Dominant selection genes are those which are expressed in transformants regardless of the genotype of the parental cell. Most dominant selection genes are not detectably amplified because the phenotype is so highly effective in dealing with the selection agent that it is difficult to discriminate among cell lines that have or have not amplified the gene. Examples of dominant selection genes of this type include the genes for procaryotic enzymes such as xanthine-guanine phosphoribosyltransferase (Mulligan et al. "Proc. Nat. Acad. Sci." 78[4]:2072–2076 [1981] and aminoglycoside 3' - phosphotransferase (Colbere-Garapin et al., "J. Mol. Biol.", 150:1–14 [1981].

Some dominant selection genes also are detectably amplified. Suitable examples include the mutant DHFR gene described by Haber et al., "Somatic Cell Genet." 4:499–508 (1982), cell surface markers such as HLA antigens and genes coding for enzymes such as specific esterases that produce fluorescent or colored products from fluorogenic or chromogenic substrates as is known in the art.

Detectably-amplified, dominant selection genes are preferred for use herein. It should be understood that a dominant selection gene in some cases can be converted to a detectably amplified gene by suitable mutations in the gene.

BAXJIVI0005579

4,757,006

7

Selection genes at first were of limited commercial utility. While they enabled one to select transformants having the propensity to amplify uptaken DNA, most selection genes produced products of no commercial value. On the other hand, genes for products which were commercially valuable generally did not confer readily selectable (or even detectable) phenotypes on their transformants. This would be the case, for example, with enzymes or hormones which do not provide transformed cells with unique nutrient metabolic or detoxification capabilities. Most proteins of commercial interest fall into this group, e.g. hormones, proteins participating in blood coagulation and fibrinolytic enzymes.

Subsequently it was found that eucaryotic cells having the propensity to be transformed with and amplify the selection gene would do the same in the case of the product gene. By following the selection gene one could identify a subpopulation of transformant cells which coexpress and coamplify the product gene along with the selection gene. It has been the practice to culture the transformants in the presence of the selection agent and to conclude that transformants having increased expression of the selection gene will also show increased expression of the product gene. This is not always the case, as will be more fully explored below. Axel et al. (U.S. Pat. No. 4,399,216) use the term cotransformation to describe the process of transforming a cell with more than one different gene, whether by vector systems containing covalently linked or unlinked genes, and in the latter case whether the genes are introduced into host cells sequentially or simultaneously. Cotransformation should "allow the introduction and stable integration of virtually any defined gene into cultured cells" (Wigler et al. "Cell", 16:777–785, [1975]), and "by use of the cotransformation process it is possible to produce eucaryotic cells which synthesize desired proteinaceous and other materials" (U.S. Pat. No. 4,399,216, column 3, lines 37–42).

Transformation Vectors

Vectors used in AHF cotransformation will contain a selection gene and the AHF gene. In addition there usually will be present in the transformation or cotransformation vectors other elements such as enhancers, promoters, introns, accessory DNA, polyadenylation sites and 3′ noncoding regions as will be described below.

Suitable selection genes are described above. It is preferred that the selection agent be one that prevents cell growth in the absence of the selection gene. That way, revertant cells in large scale culture that lose the selection gene (and presumably the AHF gene as well) will not over-grow the fermentation. However, it would be desirable in the commercial production of AHF to avoid the use of cell toxins, thereby simplifying the product purification steps. Thus, a desirable selection gene would be one that enables transformants to use a nutrient critical for growth that they otherwise would not be able to use. The TK gene described above is an example.

Two classes of vectors have been employed in cotransformation. The first class are the unlinked vectors. Here the selection gene and the AHF gene are not covalently bound. This vector class is preferred because the step of ligating or otherwise bonding the two genes is not required. This simplifies the transformation process hbecause the selection and product genes usually

8

are obtained from separate sources and are not ligated in their wild-type environment. In addition, the molar ratio of the AHF and selection genes employed during cotransformation can be adjusted to increase cotransformation efficiency.

The second class of cotransformation vectors are linked vectors. These vectors are distinguished from unlinked vectors in that the selection and AHF genes are covalently bound, preferably by ligation.

The vectors herein may also include enhancers. Enhancers are functionally distinct from promoters, but appear to operate in concert with promoters. Their function on the cellular level is not well understood, but their unique characteristic is the ability to activate or potentiate transcription without being position or orientation dependent. Promoters need to be upstream of the gene, while enhancers may be present upstream or 5′ from the promoter, within the gene as an intron, or downstream from the gene between the gene and a polyadenylation site or 3′ from the polyadenylation site. Inverted promoters are not functional, but inverted enhancers are. Enhancers are cis-acting, i.e., they have an effect on promoters only if they are present on the same DNA strand. For a general discussion of enhancers see Khoury et al., "Cell" 33:313–314 (1983).

Preferred enhancers are obtained from animal viruses such as simian virus 40, polyoma virus, bovine papilloma virus, retrovirus or adenovirus. Ideally, the enhancer should be from a virus for which the host cell is permissive, i.e. which normally infects cells of the host type. Viral enhancers may be obtained readily from publically available viruses. The enhancer regions for several viruses, e.g., Rous sarcoma virus and simian virus 40, are well known. See Luciw et al., "Cell" 33:705–716 (1983). It would be a matter of routine chemistry to excise these regions on the basis of published restriction maps for the virus in question and, if necessary, modify the sites to enable splicing the enhancer into the vector as desired. For example, see Kaufman et al., "J. Mol. Biol.", 159:601–621 (1982) and "Mol. Cell Biol." 2(11):1304–1319 (1982). Alternatively, the enhancer may be synthesized from sequence data; the sizes of viral enhancers (generally less than about 150 bp) are sufficiently small that this could be accomplished practically.

Another element which should be present in the vector assembly is a polyadenylation splicing (or addition) site. This is a DNA sequence located downstream from the translated regions of a gene, shortly downstream from which in turn transcription stops and adenine ribonucleotides are added to form a polyadenine nucleotide tail at the 3′ end of the messenger RNA. Polyadenylation is important in stabilizing the messenger RNA against degradation in the cell, an event that reduces the level of messenger RNA and hence the level of product protein.

Eucaryotic polyadenylation sites are well known. A consensus sequence exists among eucaryotic genes: The hexanucleotide 5′-AAUAAA-3′ is found 11–30 nucleotides from the point at which polyadenylation starts. DNA sequences containing polyadenylation sites may be obtained from viruses in accord with published reports. Exemplary polyadenylation sequences can be obtained from mouse beta-globulin, and simian virus 40 late or early region genes, but viral polyadenylation sites are preferred. Since these sequences are known, they may be synthesized in vitro and ligated to the vectors in conventional fashion.

BAXJIVI0005580

| 9 | 10 |

A polyadenylation region must be located downstream from either the AHF and/or selection gene, but may be ligated to either gene. It may be ligated to the selection gene only, and not the product gene, and this will be the case whether the vectors are linked or unlinked. The sequence which separates the polyadenylation site from the translational stop codon is preferably an untranslated DNA oligonucleotide such as an unpromoted eucaryotic gene. Since such oligonucleotides and genes are not endowed with a promoter they will not be expressed. The oligonucleotide should extend for a considerable distance, on the order of up to about 1,000 bases, from the stop codon to the polyadenylation site. This 3' untranslated oligonucleotide generally results in an increase in product yields. The vector may terminate from about 10 to about 30 bp downstream from the concensus sequence, but it is preferable to retain the 3' sequences found downstream from the polyadenylation site in its wild-type environment. These sequences typically extend about from 200 to 600 base pairs downstream from the polyadenylation site.

The vectors described herein may be synthesized by techniques well known to those skilled in this art. The components of the vectors such selection genes, enhancers, promoters, and the like may be obtained from natural sources or synthesized as described above. Basically, if the components are found in DNA available in large quantities, e.g. components such as viral functions, or if they ,ay be synthesized, e.g. polyadenylation sites, then with appropriate use of restriction enzymes large quantities of vector may be obtained by simply culturing the source organism, digesting its DNA with an appropriate endonuclease, separating the DNA fragments, identifying the DNA containing the element of interest and recovering same. Ordinarily, a transformation vector will be assembled in small quantity and then ligated to a suitable autonomously replicating synthesis vector such as a procaryotic plasmid or phage. The pBR322 plasmid may be used in most cases. See Kaufman et al., op. cit.

The synthesis vectors are used to clone the ligated transformation vectors in conventional fashion, e.g. by transfection of a permissive procaryotic organsim, replication of the synthesis vector to high copy number and recovery of the synthesis vector by cell lysis and separation of the synthesis vector from cell debris.

The resulting harvest of synthesis vector may be directly transfected into eucaryotic cells, or the transformation vector may be rescued from the synthesis vector by appropriate endonuclease digestion, separation by molecular weight and recovery of the transformation vector. Transformation vector rescue is not necessary so long as the remainder of the synthesis vector does not adversely affect eucaryotic gene amplification, transcription or translation. For example, the preferred synthesis vector herein is a mutant of the *E. coli* plasmid pBR322 in which sequences have been deleted that are deleterious to eucaryotic cells. See Kaufman et al., op. cit. Use of this mutant obviates any need to delete the plasmid residue prior to cotransformation.

Cotransformation, Selection and Detection of Amplification

The cells to be transformed may be any eucaryotic cell, including yeast protoplasts, but ordinarily a nonfungal cell. Primary explants (including relatively undifferentiated cells such as stem cells), and immortal and/or transformed cell lines are suitable. Candidate cells need not be genotypically deficient in the selection gene so long as the selection gene is dominant acting.

The cells preferably will be stable mammalian cell lines as is discussed above. Cell lines that are known to stably integrate selection genes into their chromosomal DNA are best, for example Chinese hamster ovary (CHO) cell lines. Also useable are HeLa, COS monkey cells, melanoma cell lines such as the Bowes cell line, mouse L cells, mouse fibroblasts and mouse NIH 3T3 cells.

Cotransformation with unlinked vectors may be accomplished serially or simultaneously, (see U.S. Pat. No. 4,399,216). Methods for facilitating cellular uptake of DNA are described above. Microinjection of the vector into the cell nucleus will yield the highest transformation efficiencies, but exposing parental cells to DNA in the form of a calcium phosphate precipitate is most convenient. Considerably better cotransformation efficiencies result from cotransformation with a molar excess of product to selection gene, on the order of 100:1.

The population of cells that has been exposed to transforming conditions is then processed to identify the transformants. Only a small subpopulation of any culture which has been treated for cotransformation will exhibit the phenotype of the selection gene. The cells in the culture are screened for the phenotype. This can be accomplished by assaying the cells individually with a cell sorting device where the phenotype is one that will produce a signal, e.g. fluorescence upon cleavage of a fluorogenic substrate by an enzyme produced by the selection gene. Preferably, however, the phenotype enables only transformants to grow or survive in specialized growth media as is further discussed above.

Selection transformants then will be screened for ligation of the product gene into their chromosomes or for expression of the product itself. The former can be accomplished using Southern blot analysis, the latter by standard immunological or enzymatic assays.

Once the tranformants have been identified, steps are taken to amplify expression of the product gene by further cloning in the presence of a selection agent such as MTX. See U.S. Pat. No. 4,399,216.

Cotransformants which may be produced in accordance with the processes described herein are suitable for in vivo transfections of higher organisms in accordance with known techniques. Primary explants or stable cell lines from a potential host animal are cotransformed and inoculated into the host or a substantially otherwise syngeneic host which is genotypically deficient in the product protein.

The invention will be further understood with reference to the following illustrative embodiments, which are purely exemplary, and should not be taken as limitive of the true scope of the present invenntion, as described in the claims.

Unless otherwise noted, restriction endonucleases are utilized under the conditions and in the manner recommended by their commercial suppliers. Ligation reactions are carried on as described by Maniatis et al., supra at 245–6, the disclosure of which is incorporated herein by reference, using the buffer described at page 246 thereof and using a DNA concentration of 1–100 ug/ml, at a temperature of 23° C. for blunt ended DNA and 16° C. for "sticky ended" DNA. "Phosphatasing" as described herein, refers to dephosphorylation of DNA, and is carried out in the manner described by

BAXJIVI0005581

Case 1:17-cv-01316-RGA-SRF Document 141 Filed 09/14/18 Page 89 of 361 PageID #: 8710
Case 1:17-cv-01316-RGA-SRF Document 91-1 Filed 12/28/18 Page 442 of 449 PageID #: 20914

4,757,006

11            12

Maniatis et al., supra, e.g. at page 133 et seq. "Kinasing" refers to phosphorylation of DNA. Electrophoresis is done in 0.5–1.5% Agarose gels containing 90 mM Tris-borate, 10 mM EDTA. "Nick-translating" refers to the method for labeling DNA with 32 p as described by Rigby et al., *J. Mol. Biol.,* 113:237 (1977). All radiolabeled DNA is labeled with 32 p, whatever labeling technique was used.

By "rapid prep" is meant a rapid, small scale production of bacteriophage or plasmid DNA, e.g., as described by Maniatis et al., supra, at p. 365–373.

### EXAMPLE 1. PROTEIN SEQUENCE ANALYSIS

Porcine factor VIII:C was purified by Dr. David Fass according to published procedures Knutsen and Fass (1982); Fass et al. (1982), supra. Amino acid sequence analysis is performed on a bovine thrombin digest product of the 76,000 dalton protein as described below.

Porcine AHF polypeptides bound to the anti-VIII:C monoclonal antibody column, can be sucessively eluted in two steps (Fass et. al. 1982). The two larger molecular weight species, 166,000 and 130,000 daltons, can be eluted with EDTA. The remaining polypeptide, having a molecular weight of about 76,000 daltons, can then be eluted with 50% ethylene glycol.

The 76,000 dalton protein is digested with thrombin after extensive dialysis in 50 mM Tris-HCl (pH 7.5), 0.15 M NaCl. Bovine thrombin digests are performed at room temperature for 60 minutes using 1 unit/ml of bovine thrombin, followed by the addition of another 1 unit/ml thrombin and incubation for an additional 60 minutes. The thrombin digestions are terminated by heating for 10 minutes at 90° C. in 0.01% SDS. The major thrombin digest product of the 76,000 dalton protein is a polypeptide, 69,000 dalton (69 Kd).

Less than 1 μg of the 69 Kd polypeptide species described above is iodinated to serve as a radioactive marker after SDS gel electrophoresis, in accordance with the procedure of U. K. Laemmli, *Nature,* 227:680 (1970), the disclosure of which is incorporated herein by reference. The polypeptide, dissolved in TAS buffer (50 mM Tris-acetate (pH 7.8), 0.1% SDS) is added to 100 μl of the same buffer containing 5 mCi of carrier-free iodine-125. 50 μl of 2.5 mg/ml chloramine T (Baker) in TAS buffer are added and the solution agitated for 1 minute. The reactions are stopped by adding 50 μl 2.5 mg/ml sodium metabisulfate in TAS buffer followed by 1 minute agitation. Labeled protein is separated from unincorporated I125 by chromatography using a small volume Sephadex G-25 M column (PD 10, Pharmacia). The column is pre-equilibrated with several column volumes of TAS buffer containing 2.5 mg/ml sodium iodide. The void volume is collected and protein integrity analyzed by SDS gel electrophoresis in accordance with the procedures of Laemmli, (1970), supra.

The radioactively labeled 69 Kd protein is added to its unlabeled counterpart for subsequent monitoring. The protein is then individually electrophoretically concentrated. The protein solutions are adjusted to 0.1% SDS, 10 mM dithiothreitol and Coomassie brilliant blue (Serva) are added to make the solution a very pale blue.

The solutions are then dialyzed briefly (1–2 hours) in TAS buffer using Spectrapore dialysis tubing (made by Spectrum Medical Industries, Inc., with molecular weight cut off at about 14,000). The dialyzed protein samples are then placed in an electrophoretic concentrator, of the design suggested by Hunkapiller, et al *Meth. Enzymol.,* Enzyme Structures, Part I, 91:227 (1983), and electrophoretically concentrated in TAS buffer for 24 hours at 50 volts.

The 69 Kd AHF polypeptide, concentrated by the above procedure, is electrophoresed through an SDS-polyacrylamide gel in accordance with Laemmli, supra. The purified protein, identified by autoradiography of the radioactively labeled tracer polypeptide, is excised from the gel and electroeluted and concentrated as descibed by Hunkapiller et al., supra. The concentrated sample is suitable for direct amino acid sequence analysis using the gas phase sequenator as described in Hewick et al., *J. Biol. Chem.* 256:7990 (1981).

The amino terminal sequence of the 69,000 dalton thrombin cleavage product is as depicted in FIG. 1. The amino acid sequences of (A) the amino terminus and (B) a 40 kd bovine thrombin digestion product from the 166 kd AHF fragment noted by Fass et al., supra, are shown in FIG. 2.

### EXAMPLE 2

### Chemical Synthesis of Oligonucleotide Probes

### for a Porcine AHF Gene

#### (a) Pentapeptide Probe Pool

The partial amino acid sequence of a fragment of porcine AHF having been determined allows porcine AHF oligonucleotide probes to be designed and synthesized. From the genetic code (Table 1) it is possible to predict the gene sequence that codes for this sequence of amino acids. Because the genetic code is degenerate, there are more than one possible DNA coding sequences for each amino acid sequence. Accordingly, a plurality or pool of complementary oligonucleotide probe sequences are provided for a region of the AHF molecule which required only a reasonable number of oligonucleotides to ensure the correct DNA sequence. Such regions are selected by searching for tracks of five to eight contiguous amino acids which have the lowest degeneracy. After the region is selected, a pool of oligonucleotides is synthesized, which would include all possible DNA sequences which could code for the five to eight amino acids in the selected region.

In the 69,000 dalton thrombin-cleavage fragment of porcine AHF there is a pentapeptide sequence running from the 18th through the 22nd amino acid from the amino terminus, which could be coded for by up to 16 different DNA sequences, each having five codons, for a length of 15 nucleotides.

|  | 18 | 20 | 22 |  |
|---|---|---|---|---|
|  | Trp— | Asp— | Tyr— | Gly— | Met |
| Possible mRNA Sequences | UGG | GAU | UAU | GGU | AUG |
|  |  | or | or | or |  |
|  |  | GAC | UAC | GGC |  |
|  |  |  |  | or |  |
|  |  |  |  | GGA |  |
|  |  |  |  | or |  |
|  |  |  |  | GGG |  |

The probes are made by synthesizing a limited number of mixtures of oligonucleotides with two to eight or more oligonucleotides per mixture. These mixtures are referred to as pools. Enough pools are made to encompass all possible coding sequences.

These oligonucleotides can be synthesized manually, e.g., by the phospho-tri-ester method, as disclosed, for

4,757,006

13      14

example in R. L. Letsinger, et al., *J. Am. Chem. Soc.* 98:3655 (1967), the disclosure of which is incorporated by reference. Other methods are well known in the art. See also Matteucci and Caruthers, *J. Am. Chem. Soc.* 103:3185 (1981), the disclosure of which is incorporated by reference.

Preferably, however, the synthetic oligonucleotide probes for the desired polypeptide sequences are prepared by identical chemistry with the assistance of the completely automatic Applied Biosystems DNA synthesizer, Model 380A, as indicated above.

The oligonucleotides thus prepared can then be purified on a reverse HPLC column, as described by H. Fritz, et al., *Biochemistry*, 17:1257 (1978), the disclosure of which is incorporated herein by reference. After detritylation with 80% HOAc, the resulting oligonucleotide is normally pure and can be used directly as a probe. If there are any contaminants, the synthetic DNA can be further purified on the same HPLC column, preferably using a slightly different gradient system.

Oligonucleotides are labelled, e.g. by using [$^{32}$P]ATP and T4 polynucleotide kinase, and their sequence checked either by two-dimensional homochromatography as described by Sanger et al., *PNAS U.S.A.* 70:1209 (1973) or by the Maxam-Gilbert method, *Meth. Enzymology*, 65:499 (1977), the disclosures of both of which are incorporated herein by reference.

### (b) Forty Five Nucleotide Probes

A unique aspect of the present invention has been the use of oligonucleotide probes to screen a genomic DNA library for the AHF gene or fragments thereof. While oligonucleotides have been used for screening of cDNA libraries, see, e.g. M. Jaye, et al, *Nucleic Acids Research* 11:2325 (1982), the disclosure of which is incorporated herein by reference, genomic libraries have previously been screened successfully only with cDNA probes, i.e. probes which were generated only after the tissue source of the mRNA for a described protein had been identified and utilized to generate a cDNA clone which precisely matched the DNA sequence of the gene sought by the genomic search.

In the present case, it has been shown possible to use oligonucleotides to identify gene segments in a genomic library which code for the amino acid sequence of the proteins of interest, and identification of such gene segments provides an exact probe for use in mRNA, cDNA or further genomic screening techniques.

Preferably, as here, oligonucleotides corresponding to at least two segments of the amino acid sequence of the protein of interest are utilized. Preferably at least one of the oligonucleotide probes is used in the form of one or more pools of oligonucleotides which in the aggregate include every possible DNA sequence which could code for the amino acid sequences selected. Preferably one relatively short probe, e.g. 11 to 25 nucleotides, preferably 15 to 20 nucleotides is utilized in conjunction with a relatively long probe, e.g. 30 to 200 nucleotides, preferably 40 to 50 nucleotides. The second probe can be used for confirmation, and is not always necessary for identification of the DNA segment. Preferably at least one of the probes, and more preferably the longer of the probes is designed in accordance with the Rules 1 to 4 described below.

Rule 1. Codon Preference    In the absence of other considerations, the nucleotide sequence was chosen which matched prevailing or similar sequences in similar mammalian genes. See *Mechanisms of Ageing Dev.*, 18:(1982).

Rule 2. Advantageous GT Pairing    The nucleotide G, in addition to bonding to its compliment C, can also form weak bonds with the nucleotide T. See K. L. Agarwal et al., *J. Biol. Chem.* 256:1023 (1981). Thus, faced with a choice of G or A for the third portion of an ambigious codon, it is preferable to choose G, since if the resulting hybridization would occur even if the actual nucleotide in the position is a T, rather than a C, the hybridization would still be stable. If an A were chosen incorrectly, the corresponding A:C incompatability could be enough to destroy the ability of the probe to hybridize with the genomic DNA.

Rule 3. Avoidance of 5'CG Sequences When selecting from among the possible ambiguities, select those nucleotides which will not contain the 5'C$_p$G sequence, either intra codon or inter codon.

Rule 4. Mismatch Position    In choosing the codon sequences to use, consideration was given to the postulation that mismatches near the ends of the molecule do not adversely affect that codon was close to the center of the probe, the tendency was to test a pool of possible nucleotide sequences for that codon, whereas codon positions near the ends of the probe were more likely to be subject to determinations on the basis of codon preference.

The chosen sequence for the 45-mer probes, as well as the amino acid sequences, the possible DNA sequences, and the "Actual Probe Sequence", i.e. the complement of actual coding strand determined for the AHF exon, as shown in FIG. 3.

Thus, out of nucleotide positions involving choices, three were covered by using pools containing both possible nucleotide alternatives, five were predicted correctly, one was predicted in a way to maintain neutrality though incorrect, and four others were in error.

Despite the approximately 11% mismatch (5/45) the pool of 45-mer oligonucleotides are adequate to strongly identify a porcine AHF gene fragment, as described below.

### EXAMPLE 3. SCREENING OF PORCINE GENOMIC LIBRARY

A porcine genomic library is constructed using the bacteriophage vector Lambda Jl. Lambda Jl is derived from L47.1 (Loenen et al., *Gene* 20:249 (1980)) by replacement of the 1.37 kb and 2.83 kb Eco RI-Bam HI fragments with a 95 bp Eco RI-Hind III-Xba I-Bgl II-Bam HI polylinker. The 6.6 kb Bam HI fragment is then present as a direct repeat in reverse orientation relative to L47.1. The cloning capacity for Bam HI fragments is 8.6–23.8 kb. Bam HI cleaved porcine DNA (prepared as described by Piccini et al., *Cell*, 30:205 (1982)) is phenol extracted, ethanol precipitated and concentrated by centrifugation in a Microfuge. 0.67 μg of Bam HI porcine DNA is ligated to 2 μg of Lambda Jl Bam HI "arms", prepared as described in Maniatis, et al., supra, pp 275–279, in a volume of 10 μl ligation buffer with 10 units T4 DNA ligase (Maniatis et al., supra, p 474). The ligated DNA is packaged and plated as described in Maniatis et al., supra, p 291.

Approximately $4 \times 10^5$ pfu on *E. coli* stain C600 on 15 cm plastic petri plates containing NZCYM agarose, at 8,000 pfu/plate. These recombinant phage are screened by the method of Woo (1979) using the 45-mer probe described above, radioactively labeled with 32P as described above, as a probe. Filters are then

BAXJIVI0005583

4,757,006

## 15

hybridized in 5xSSC, 5x Denhardt's, 0.1% SDS, and $5 \times 10^6$ cpm/ml probe at 45° C. for 16 hours, washed in 5 x SSC, 0.1% SDS at 50° C. and subjected to autoradiography using intensifying screens (DuPont Lightning-Plus). Autoradiography reveals numerous phage which hybridized, to varying degrees, with the 45-mer. The filters are then denatured in 0.5M NaOH, neutralized in 1.0M Tris pH7.5, 1.5M NaCl and hybridized to the 15-mer as described for the 45-mer except the hybridization and washing temperature is 37° C. One phage which hybridized to both probes is picked from the original plate and 100 pfu plated and the plaques screened as described above using the 15-mer as probe.

A positive phage, named PB34, is picked as a plug and used to make a plate lysate as described in Maniatis et al, supra, pp 65–66. A small-scale isolation of PB34 DNA is achieved using the procedure described in Maniatis et al., supra, pp 371–372. 10μl of this DNA was cut with the restriction enzyme Hae III and then phosphatased using calf alkaline phosphatase (Boehringer-Mannheim). The DNA sequence, called 34 HI, is shown in FIG. 5. After phenol extraction, 20 ng of Sma I cut M13mp8 DNA is added, the solution is made 0.2M NaCl and nucleic acid precipitated by the addition of 2 volumes ethanol. Precipitated DNA is pelleted by centrifugation and redissolved in 2 μl of a ligation mixture and the DNA is ligated for 30 minutes at 23° C., diluted to 50 μl with ligase buffer and ligated an additional 3 hours. 5 μl of this reaction is used to transform *E. coli* strain JM101/TG1.

Cells are made competent for transformation by growing to an O.D.$_{600}$ of 0.5 at 37° C. in 50 ml SOBM media (SOBM is 2% tryptone, 0.5% yeast extract, 0.1 M NaCl, 0.11 g KOH per liter, 20 mM MgSO$_4$). Cells are pelleted by centrifugation at 2500 rpm for 10 minutes at 4° C. The cells are resuspended in 3.5 ml 100 mM RbCl, 45 mM MnCl$_2$, 50 mM CaCl$_2$, 10 mM potassium MES pH 6.4 (MES=methylethane sulfonic acid). 200μl of competent cells are transformed with the DNA contained in 5 ml of the ligation reaction at 0° C. for 30 minutes. The cells are then heat-shocked at 42° C. for 90 seconds after which 4 ml of 0.8% agarose/SOBM containing 100 μl stationary JM101/TG1 cells are added and plated on 10 cm SOBM agar petri plates.

A subclone hybridizing to the 15 mer is identified by screening using the procedure of Benton and Davis. This clone is isolated and prepared for use as a template. M13 template DNA is prepared by growing 1.5 ml of infected cells 5 hours at 37° C. Cells are pelleted by centrifugation for 10 minutes in a Beckman microfuge. 1.0 ml of supernatant (containing virus) is removed isolated and prepared for use as a template. M13 template DNA is prepared by growing 1.5 ml of infected cells 5 hours at 37° C. Cells are pelleted by centrifugation for 10 minutes in a Beckman microfuge. 1.0 ml of supernatant (containing virus) is removed and 200 μl of 20% polyethylene glycol, 2.5 M NaCl is added This sample is then incubated at room temperature for 15 minutes followed by centrifugation for 5 minutes in a Beckman microfuge. The pellet is dissolved in 100 μl TE, 7.5 μl of 4M NaCHCOO pH 4.5 is added and the sample extracted twice with a 1:1 mixture of phenol-chloroform and once with chloroform. The single-stranded phage DNA is then precipitated by the addition of 2 volumes of ethanol. Precipitated DNA is pelleted by centrifugation in a Beckman microfuge and dissolved in 30 μl 1 mM Tris pH 8.0, 0.1 mM EDTA. The DNA sequencing is performed by the dideoxy

## 16

chain termination technique, see, e.g. Sanger et al., *PNAS U.S.A.*, 74:5463 (1977), utilizing the 15-mer as a primer. The sequence observed confirmed the subclone as containing a porcine AHF exon, since it encludes the identical 14 amino acids encompassed by the region phenylalanine$_2$ to glutamine$_{15}$ in the 69K fragment. Further confirmation came from sequencing the 5' end of the Hae III insert in the 34-HI vector, by priming with the "Universal primer" (Bethesda Research Labs) at a point adjacent the polylinker in that vector. Also, the insert from this clone, named 34-HI, was recloned into M13mp9 by restricting the DNA with Eco RI and Hind III, phosphatasing with calf alkaline phosphatase, and ligating to Eco RI, Hind III cleaved M13mp9 DNA. This clone, which contains an inversion of the Hae segment relative to the universal primer, was also described above. The resulting sequence data is shown in FIG. 6. This sequence confirms that this subclone contains an exon of the porcine AHF gene that could encode at least the thirty amino acids from the phenylanine$_2$ through arginine$_{31}$ of the 69K fragment (FIG. 6).

It appears likely that arginine$_{31}$ borders an intron because termination codons can be found downstream from that location in all three reading frames, and a sequence similar to the consensus splice donor sequence (C(or A)AG/TA(or G)AGT) is also found in that region. Further, the amino acid sequence which would be encoded by the downstream DNA differs completely from that observed in the 69 Kd fragment of porcine AHF.

PB34 DNA was cut with Bam HI and electrophoresed through an agarose gel and the bands visualized by ultraviolet light after staining the gel in 5 μg/ml ethidium bromide. Three inserts of approximately 6.6 kb, 6.0 kb, and 1.8 kb were observed. The DNA in the gel was transferred to nitrocellulose as described in Maniatis et al., supra, pp 383–386. Hybridization of the filter to the 15-mer and autoradiography were performed as described above. Autoradiography revealed that the 6.0 kb band contained an AHF gene fragment which hybridized to the 15-mer probe.

Thus, for the first time, a section of the gene coding for porcine AHF had been isolated and identified. A bacteriophage lambda recombinant clone containing PB 34 is on deposit at the American Type Culture Collection under Accession Number ATCC 40087.

### EXAMPLE 4. LOCATION OF HUMAN AHF GENE

The human genomic library described by Maniatis et al., *Cell*, 15:687 (1978) is screened for the human AHF gene by infecting E. coli strain LE392 (publicly available) with $6 \times 10^5$ pfu and plating on 15 cm NZCYM agar plates at a density of 20,000 pfu/plate. These phage are screened using the procedure of Benton and Davis with the 6.0 kb porcine AHF fragment described in Example 3, labeled with $^{32}$P by nick translation, as the probe. A phage exhibiting a strong hybridization signal is picked and plated at about 100 pfu/10 cm plate and screened in duplicate as described above using the radioactively labeled 45-mer as one probe and the 6.0 kb Bam HI fragment of PB34 as the other. A phage, named HH25, which hybridizes to both probes is identified, a plate stock made and rapid prep DNA prepared as described above. The phage DNA is cut with Sau 3aI, phosphatased with calf alkaline phosphatase phenol extracted, and co-precipitated with 20 ng of Bam HI cut

BAXJIVI0005584

Case 1:17-cv-01316-RGA-SRF   Document 111   Filed 09/14/18   Page 88 of 361 PageID #: 8713
Case 1:17-cv-01316-RGA-SRF   Document 149   Filed 12/28/18   Page 445 of 449 PageID #: 20917

M13 mp8 DNA. Precipitated DNA is pelleted by centrifugation and redissolved in 2 μl ligase buffer containing T4 DNA ligase. Ligation is performed for 2 minutes at 16° C., diluted to 50 μl in ligase buffer containing T4 DNA ligase and incubated an additional 3 hours at 16° C. 5 μl of this reaction mixture is used to transform E. coli strain JM101/TGl as described in Example 3 above.

The plaques are screened using the Benton and Davis procedure and probing with radioactively labeled 15-mer. A phage plaque, named 25-Sl, exhibiting hybridization is isolated and single-stranded phage DNA prepared for use as a DNA sequencing template as described above. Sequencing is performed using the dideoxy chain termination technique described by Sanger et al., supra, utilizing the 15 mer as primer, and gives the information strand DNA sequence shown in FIG. 6. 84 nucleotides sequenced in this manner demonstrated 85% homology with the homologous region of porcine AHF. There is also only one amino acid difference between the porcine AHF 69K region 2-16 and that was predicted from the human nucleotide sequence of FIG. 6. This high degree of homology shows that the DNA of the recombinant phage HH-25 emanates from the AHF gene.

Thus, for the first time, an exon for the human AHF gene has been isolated and identified. A bacteriophage lambda recombinant clone containing HH 25 is on deposit at the American Type Culture Collection under the Accession Number ATCC 40086.

## EXAMPLE 5: IDENTIFYING CELLS ACTIVELY TRANSCRIBING AHF

The porcine and human AHF exons described above are useful for a variety of functions, one of which is as a screening agent which permits identification of the tissue which is the site of synthesis of AHF in vivo. A number of screening methods are available, based on the use of the exon as an exact complement to the mRNA which is produced during the course of natural expression of AHF. In the screening procedures, tissue from various parts of the body is treated to liberate the mRNA contained therein, which is then hybridized to a DNA segment containing the exon for AHF, and if a molecule of mRNA does hybridize to that exon, the tissue which is the source of that mRNA is the source of AHF.

### 1. Screening Procedure

Porcine tissue from various organs, including kidneys, liver, pancreas, spleen, bone marrow, lymph nodes, etc., is prepared by guanidine hypochloride extraction as described by Cox *Methods Enzymol*, 12B:120 (1968), the disclosure of which is incorporated herein by reference, with some modifications. Briefly, tissue is explanted into 8 M guanidine hydrochloride, 50 mM Tris (pH 7.5), 10 mM EDTA and homogenized in an Omnimixer (Sorvall) at top speed for 1 minute. The homogenate is clarified at 5000 rpm for 5 minutes in a Sorval HB-4 rotor and the RNA is precipitated by the addition of 0.5 volumes of ethanol. The RNA is dissolved and precipitated 3 more times from 6 M guanidine hydrochloride before being dissolved in H₂O.

Messenger RNA from this pool is enriched by chromatography on oligo (dT) cellulose (Collaborative Research).

This mRNA is then subjected to electrophoresis through an agarose gel containing formaldehyde, as described by Maniatis et al., supra, at 202 3. The mRNA in the gel is then transferred to a nitrocellulose filter (Maniatis et al., at 203-4).

The thus obtained mRNA is hybridized with the radiolabeled porcine exon DNA obtained as described above, and the existence of hybrids detected by autoradiography. A radioactive signal indicates that the tissue source of the mRNA is a source of synthesis of AHF in the body.

Alternatively, mRNA can be screened using the S₁ protection screening method.

S₁ nuclease is an enzyme which hydrolyzes single stranded DNA, but does not hydrolyze base paired nucleotides, such as hybridized mRNA/DNA. Thus the existence of a radioactive band after acrylamide gel electrophoresis and autoradiography shows that the single stranded DNA corresponding to the AHF exon has been protected by the complementary mRNA, i.e. the mRNA for AHF. Thus the tissue which was the source of that mRNA is a site of synthesis of AHF in vivo. That tissue can be used as a source for AHF mRNA. This method of screening can be somewhat more sensitive than screening method described above.

A probe consisting of single stranded radioactively labeled DNA complementary to the mRNA is synthesized using the universal primer of M13 to prime DNA synthesis of the porcine genomic subclone 34-Hl. The reaction is performed in a 100 μl solution of 50 mM Tris pH 7.4, 5 mM MgCl₂, 1 mM 2-mercaptoethanol, 50 mM NaCl, 40 μM dGTP, dTTP, dCTP, 60 μCi of ³²P-dATP (400Ci/mmole), 10 ng universal primer, 200–400 ng of 34-53 template DNA, and the Klenow fragment of DNA polymerase I (E. coli). The reaction is incubated at 23° C. for 60 minutes, 10 minutes at 70° C., 50 units of PstI added and incubated an additional 60 minutes.

The reaction is terminated by phenol/chloroform extraction, NaCl added to 0.2M and then precipitated with two volumes 100% ethanol. The precipitated DNA is pelleted by centrifugation, redissolved in 20% sucrose, 50 mM NaOH, 0.1% cresol green and then electrophoresed through 2% agarose in 50 mM NaOH, 10 mM EDTA. The resultin9 single stranded fragment is localized by autoradiography, the band excised and DNA isolated by electroelution in dialysis tubing.

Sample mRNA is prepared from liver, spleen, etc. tissue by the guanadine hydrochloride method described above.

The probe is then hybridized to sample mRNA (obtained from the oligo (dT) chromatography enriching step) in 50% formamide, 0.4M NaCl, 40 mM PIPES [piperazine-N,N' bis(2-ethanesulfonic acid)]pH 6.5, 1 mM EDTA, 5–50 μg mRNA, 2 ug labeled DNA in a volume of 15 μl. The hybridization is terminated by the addition of 200 μl cold Sl nuclease buffer (0.25 M NaCl, 0.3 M NaCH₃COO[pH 4.5], 1 mM ZnSO₄, 5% glycerol, and 1000 units S₁ nuclease. The reaction is incubated at 45° C. for 30 minutes. Samples are phenol extracted, ethanol precipitated with 10 μg yeast tRNA carrier and subjected to analysis by electrophoresis through 5% polyacrylamide sequencing gels as described in Maxam-Gilbert, *PNAS USA*, 74:560 (1977).

### EXAMPLE 6: USE OF AHF EXON DNA TO OBTAIN AHF mRNA FROM TISSUE

Once a tissue which is a source of mRNA is identified, AHF mRNA from that tissue is extracted and used to construct a cDNA library. The cDNA library is then utilized for identifying and constructing a full length

BAXJIVI0005585

4,757,006

19

cDNA clone which encodes the amino acid sequence for AHF, without the introns contained in the genomic clone, as described below. Thereafter, the cDNA which encodes the AHF protein is inserted into an appropriate expression vector, in an appropriate host, for expression of AHF.

Since human AHF is in great demand for treatment of hemophilia and other uses, the preparation of human AHF cDNA is described.

### 1. Obtaining mRNA for Human AHF

mRNA from the human tissue responsible for AHF synthesis is prepared by guanidine hydrochloride extraction as described by Cox and disclosed above.

Further fractionation of mRNA obtained from the oligo (dT) cellulose chromatography column is obtained by sedimenting on 5–20% sucrose gradients containing 10 mM Tris-HCl (pH 7.4), 1mM EDTA and 0.2% SDS by centrifugation for 24 hours at 22,000 rpm in a Beckman SW28 rotor. Fractions (1.0 ml) are collected, sodium acetate was added to 0.2M, and the fractions are ethanol precipitated twice before dissolving in water. The size distribution of the fractionated RNA is determined by electrophoresis through 1.4% agarose gels containing 2.2 M formaldehyde.

mRNA sedimenting with an S (Svedberg) value greater than 28 is pooled for the synthesis of double stranded cDNA. 10 μg of this RNA is denatured at room temperature in 10 μl of 10 mM methylmercuryhydroxide. 140 mM 2-mercaptoethanol is added to inactivate the methylmercuryhydroxide. The RNA is then diluted to 50 μl containing 140 mM KCl, 100 mM Tris-HCl (pH 8.3 at 42° C.), 1 mM of each deoxynucleotide triphosphate, 200 μg/ml oligo(dT)12-18, 10 mM MgCl₂, and 0.1 μCi ³²P-dCTP/ml. These reactions are performed at 42° C. for 1 hour after the addition of 3 μl of 17 units/μl AMV reverse transcriptase (Life Sciences). The reaction is terminated by addition of 0.25 M EDTA (pH 8.0) to 20 mM. The resulting mixture is extracted once with an equal volume of phenol/-chloroform (1:1) followed by one chloroform extraction. The sample is then chromatographed on a 5 ml Sepharose CL-4B column (Pharmacia) equilibrated in 10 mM Tris-HCl (pH 8.00, 100 mM NaCl, 1 mM EDTA). The void volume is collected and the nucleic acids (including any RNA/cDNA hybrids) are precipitated by the addition of 2.5 volumes of ethanol.

Preferably in conjunction with the above procedures an AHF exon oligonucleotide segment is also used in place of oligo dTr to prime the reverse transcription, as described in Ullrich et al., *Nature*, 303:821 (1983).

The RNA-cDNA hybrids are dissolved in 35 μl of deionized H₂O, made 100 mM potassium cacodylate (pH 6.8), 100 μM dCTP, 1 mM 2-mercaptoethanol, 1 mM cobalt chloride and enzymatically "tailed" by the addition of 10 units of deoxytidyl terminal transerase (pH Biochemicals) and incubating the reaction for 30 seconds at 37° C. The reaction is terminated by adding 0.25 M EDTA to 10 mM. Tris-HCl (pH 8.0) is added to 300 mM and the sample extracted once with an equal volume of phenol-chloroform (1:1) and then with an equal volume of chloroform. Nucleic acids are precipitated from this product by the addition of 2.5 volumes of ethanol.

The dC tailed hybrid molecules are then annealed with 170 μg/ml oligo(dG)14-18 cellulose in 10 mM KCl, 1 mM EDTA for 10 minutes at 43° C. and then an additional 10 minutes at 23° C. This reaction product is

20

then diluted to 100 μl containing 100 mM ammonium sulfate, 1 mM 2-mercaptoethanol, 100 mM MgCl₂, 100 μg/ml bovine serum albumin (Sigma, Cohn fraction V), and 100 μM nicotinamide adenine dinucleotide. Second strand cDNA synthesis is initiated by the addition of 1 unit RNase H (P-L Biochemicals), 1 unit of *E. coli* DNA ligase, and 10 units of DNA polymerase I and incubated at 16° C. for 12 hours.

The sample is then chromatographed over Sepharose CL-4B as described above. Double stranded DNA is ethanol precipitated and dC tailed as described for the RNA-cDNA hybrid tailing.

### 2. Screening for Human AHF DNA

dC tailed double stranded cDNA obtained as described above is annealed with an equimolar amount of dG tailed pBR322 (New England Nuclear) in 10 mM Tris-HCl (pH 8.0), 1 mM EDTA, 100 mM NaCl at 37° for 2 hours. The annealed chimeric molecules are then frozen at −20° C. until use in bacterial transformation.

Bacterial transformation is done using the MC1061 strain of *E. coli* (source). Cells (50 ml) are grown to an optical density of 0.25 at 600 nm. Cells are concentrated by centrifugation at 2,500 rpm for 12 minutes, washed in 10 ml of sterile 100 mM CaCl₂, and again pelleted by centrifugation as described above. Cells are resuspended in 2 ml of sterile 100 mM CaCl₂ and kept at 4° for 12 hours. The annealed chimeric molecules are incubated at a ratio of 5 ng of double stranded cDNA per 200 μl competent cells at 4° C. for 30 minutes. The bacteria are then subjected to a two minute heat pulse of 42° C. 1.0 ml of L-broth is then added and the cells incubated for 1 hour at 37°. Cells are then plated onto LB-agar plates containing 5 μg/ml tetracycline.

Human AHF clones are identified using the colony hybridization procedure of Grunstein and Hogness *PNAS U.S.A.* 72:3961 (1975), the disclosure of which is incorporated herein by reference. The cDNA library is plated onto a nitrocellulose filter (Schleicher and Schuell) overlaying L-broth/ 5 μg/ml tetracycline agar plates. Colonies are grown overnight at 37° C. and then the filter placed on sterile Whatman 3 M paper. A premoistened nitrocellulose filter is then pressed against the master filter and the filters keyed using an 18 gauge needle. The replica filter is then grown on LB-tetracycline plates at 37° C. until the colonies reached a diameter of 1–2 mm. The filters are then transferred to LB plates containing 150 μg/ml chloramphenicol and incubated at 37° C. for 16–24 hours.

Filters are then removed and placed onto Whatman 3 M paper saturated with 0.5 M NaOH for 5 minutes at room temperature. Filters are then neutralized by placing onto Whatman 3 M saturated with 1 M Tris-HCl (pH 7.5), 1.5 M NaCl, and then Whatman 3 M saturated with 2x standard saline citrate (SSC). SSC (Ix) is 0.15 M NaCl, 0.015 M sodium citrate.

Filters are air dried and baked in vacuo at 80° C. for 2 hours. Prehybridization of filters is done at 65° C. for 30 minutes in 10 mM Tris-HCl (pH 8.0), 1 mM EDTA, 0.1% SDS followed by 30 minutes in 7x SSC, 5x Denhardt's (1x Denhardt's is 0.02% polyvinylpyrollidine, 0.02% ficoll, 0.02% bovine serum albumin), 100 μg/ml denatured salmon sperm DNA, and 0.1% SDS. ³²P-labelled human exon DNA, prepared as described above, are added to 10⁶ cpm/ml and the hybridization performed 12–16 hours at 37° C. Filters are then washed in several changes of 7x SSC, 0.1% SDS for 1–2 hours at 37° C. Filters are then air-dried and subjected to

BAXJIVI0005586

4,757,006

21

autoradiography with Kodak XAR film and a Dupont Lightning Plus intensifying screen.

Those colonies showing a hybridization signal above background are grown in L-broth containing 50 μg/ml tetracycline for rapid prep purification of plasmid DNA. Plasmid DNA is purified by the method of Holmes et al., *Anal. Biochem.*, 114:193 (1981), the disclosure of which is incorporated herein by reference. An aliquot of this DNA is cleaved with restriction endonuclease Pst 1 and the fragments electrophoresed through 1% agarose/TBE gels and blotted according to the procedure of E. Southern, *J. Mol. Biol.* 98:503 (1975), *Methods Enzymol.* 69:152 (1980), the disclosure of which is incorporated herein by reference. The nitrocellulose filters are hybridized with radiolabeled human AHF exon DNA as described for colony hybridization. Those plasmids which contained Pst I inserts hybridizing to the AHF exon DNA are used for DNA sequencing analysis.

For sequencing, plasmid DNA, (purified from 0.75 ml of culture by the procedure of Holmes, et al., supra), is digested to completion with the restriction endonuclease Sau 3aI. The resulting DNA segment, identified as 34-Sl, has a DNA sequence which is depicted in FIG. 4. The DNA is ethanol precipitated after extraction with phenol-chloroform and redissolved in 10 μl TE (10 mM Tris-HCl pH 8.0, 1 mM EDTA). 5 μl of the DNA solution is ligated with 20 ng of Bam Hl cleaved M13 mp 9 replicative form DNA in 100 μl of 50 mM Tris-HCl (pH 7.4), 10 mM MgCl₂, 10 mM dithiothreitol, 1 mM ATP and an excess of T4 DNA ligase. Ligations are done at 15° C. for 2–4 hours.

5 μl of the ligation reactions are used to transform 200 μl of *E. coli* strain JM101/TGl as described above. Recombinants are identified as white plaques when grown on LB-agar plates containing X-gal as an indication for beta-galactosidase activity as described by Davies, et al., *J. Mol. Biol.* 36:413 (1968).

Recombinant pha9e harboring sequences hybridizing to the human exon are identified by the procedure of Benton, et al., *Science* 196:180 (1977), the disclosure of which is incorporated herein by reference, using radioactively labelled human AHF exon as a probe. Plaques showing a hybridization signal are picked and grown in 1.5 ml cultures of L-broth. Single-stranded phage DNA prepared from these cultures is used as template in oligonucleotide-primed DNA synthesis reactions. Sequencing is done using the dideoxy chain-termination procedure, see, e.g., Sanger et al., *PNAS U.S.A.* 74:5463 (1977).

Human AHF recombinants are identified by comparing their nucleotide sequence with that which is known from the human exon sequence of human AHF.

### 3. Porcine AHF mRNA

Human AHF recombinants are used to screen a porcine tissue library constructed exactly as described for the human tissue cDNA library. Prospective porcine AHF recombinant DNA clones are identified by the Grunstein-Hogness procedure using the porcine ³²p labeled exon fragment as a probe as described above. The probe is the porcine AHF exon segment labelled with 32P by nick-translation as described by Rigby et al., *J. Mol. Biol.*, 113:237 (1977), the disclosure of which is incorporated herein by reference.

Colonies exhibiting hybridization signals are grown for rapid prep plasmid purification purposes as described above. Plasmid DNA is cleaved with the re-

22

striction endonuclease Pst 1, electrophoresed through 1% agarose/TBE gels, and blotted according to the procedure of E. Southern (1975). The blots are hybridized with nick-translated porcine AHF recombinant DNA labelled with ³²P.

Full-length clones may be constructed in a conventional manner, such as by ligation of DNA fragments from overlapping clones at restriction enzyme sites common to both clones as is well known in the art ("gene walking").

### 4. Identifying Full-length Clones from Steps 2 or 3

The distance between the 5' end of an existing clone and the 5' end of the mRNA can be analyzed by the primer-extension technique described in A9rwal et al., "J.B.C." 256(2):1023–1028 (1981) utilizing an oligonucleotide primer whose sequence comes from the 5' (amino-terminal) region of the existing AHF clone. If gels developed using this procedure show more than one transcript one should consider the most intense band as representing the full mRNA transcript.

There are, however, many mRNAs which contain a long region of 5' untranslated sequence. Thus, expression of human AHN DNA may not be contingent upon the acquisition of a complete cDNA clone. For example, a clone may be obtained which by DNA sequencing analysis demonstrates the existence of a methionine codon followed by a sequence which is analogous to or identical to a known eucaryotic protein secretion signal and which is in frame with the remaining codons. Transformation and expression should be conducted for a clone which contains the met-secretion signal sequence, which is of the expected size and which contains a poly (T) 3' terminus.

### EXAMPLE 7

#### Expression of Human or Porcine AHF

This example contemplates expression of AHF using the full length clone obtained by the method of Example 6 in a cotransformation system.

#### (a) Preparation of Transformation Vector

A direct method for obtaining the AHF transformation vector is described below. The pCVSVL plasmid is partially digested with Pst I, the digest separated on gel electrophoresis. After visualization, the linear DNA fragment band corresponding to full length plasmid is isolated as plasmid pCVSVL-Bl.

The cDNA for AHF is rescued from the Example 5 cloning vectors by partial digest with Pst I. The partial digest is separated on gel electrophoresis, and the band corresponding to the molecular weight of the full length cDNA is isolated. pCVSVL-Bl is annealed with this plasmid, ligated with T4 ligase at 15° C., transfected into *E. coli* strain HB101 and transformants selected for tetracycline resistance. The selected *E. coli* transformants are grown in the presence of tetracycline. Plasmid pCVSVL-Bla is recovered in conventional fashion from this fermentation. Proper orientation of the cDNA in the plasmid may be determined in conventional fashion by assymetric digestion with endo nuclease.

#### (b) Cotransformation; Selection and Amplification

Plasmid pCVSVL-Ala or pCVSVL-Bla and pAdD26SVpA#3 (Kaufman et al., op. cit.) are mixed together (50 μg HP and 0.5 μg pAdD265VpA #3) and precipitated by the addition of NaOAc pH 4.5 to 0.3M

BAXJIVI0005587

4,757,006

23

and 2.5 vols. of ethanol. Precipitated DNA is allowed to air dry, is resuspended in 2X HEBSS (5.0 ml) and mixed vigorously with 0.25 M CaCl₂ (5 ml) as described (Kaufman et al., op. cit). The calcium-phosphate-DNA precipitate is allowed to sit 30' at room temperature and applied to CHO DUKX-B1 cells (Chasin and Urlaub, 1980, available from Columbia University). The growth an maintenance of these cells has been described (Kaufman et al., op. cit, Chasin and Urlaub 1980).

The DUKX-B1 cells are subcultured at $5 \times 10^5/10$cm dish 24 hr. prior to transfection. After 30 minutes incubation at room temperature, 5 ml of a media with 10% fetal calf serum is applied and the cells are incubated at 37° for 4.5 hr. The media is then removed from the monolayer, 2 ml of a-media with 10% fetal calf serum, 10μg/ml of thymidine, adenosine, and deoxyadenosine, and penicillin and streptomycin. Two days later the cells are subcultured 1:15 into a-media with 10% dialyzed fetal calf serum, and penicillin and streptomycin, but lacking nucleosides. Cells are then fed again with the same media after 4–5 days.

Colonies appear 10-12 days after subculturing into selective media. Methotrexate (MTX) selection and detection of AHF gene and selection gene amplification are conducted in accordance with Axel et a., U.S. Pat. No. 4,399,216, or Kaufman et al., op. cit.

AHF yields are improved by cotransforming the permanent cell line EA.hy 926 (Edgell et al., "Proc. Natl. Acad. Sci" 80:3734–3737 (1983) in place of DUKX-B1 cells. In this case the cotransforming selection gene should be the dominant DHFR gene disclosed by Haber et al., "Somatic Cell Genetics" 4:499–508 (1982). Otherwise, the cotransformation and culture will be substantially as set forth elsewhere herein.

### (c) Production of AHF

AHF-producing CHO transformants selected in part (e) are maintained in seed culture using standard techniques. The culture has scaled up to 10 liters by cell culture in conventional media. This medium need not contain MTX and will not contain nucleosides so as to exclude selection gene revertants.

The fermentation supernatant is monitored for clotting activity following standard assays for use with blood plasma samples (reduction in clotting time of Factor VIII-deficient plasma). The supernatant may be purified by conventional techniques such as polyethylene glycol and glycine precipitations (as are known for use in purifying AHF from blood plasma) in order to increase the sensitivity of the FACTOR VIII assays.

When FACTOR VIII clotting activity has reached a peak the cells are separated from the culture medium by centrifugation. The Factor VIII is then recovered and purified by polyethylene glycol and glycine precipitations. Clotting activity was demonstrated in Factor VIII deficient plasma.

I claim:

24

1. An isolated recombinant vector containing DNA coding for human factor VIII:C, comprising a poly-deoxyribonucleotide having the sequence:

5′ CGC AGC TTT CAG AAG AAA ACA CGA  CAC
TAT TTT ATT GCT GCA GTG GAG AGG 3′

2. The recombinant vector DNA of claim 1, wherein said DNA is human genomic DNA.

3. The vector of claim 1, wherein the DNA coding for human factor VIII:C is linked directly or indirectly to DNA from a non-human source.

4. A non-human recombinant expression vector for human factor VIII:C comprising a DNA segment having the sequence:

5′ CGC AGC TTT CAG AAG AAA ACA CGA  CAC
TAT TTT ATT GCT GCA GTG GAG AGG 3′

operatively linked to a heterologous regulatory control sequence.

5. A transformed non-human mammalian cell line containing the expression vector of claim 4.

6. A screening agent for identifying deoxyribonucleotide sequences and ribonucleotide sequences which encode for at least a portion of the human gene factor VIII:C, consisting essentially of a deoxyribonucleotide having the following sequence or its inverse complement:

5′TTT  CAG  AAG  AGA  ACC  CGA  CAC  TAT  TTC
ATT  GCT  GCG  GTG  GAG  CAG  CTC  TGG  GAT
TAC  GGC  ATG  AGC  GAA  TCC  CCC  CGG  GCG
CTA  AGA  AAC  AGG  3′.

7. A method of producing a protein having factor VIII:c procoagulant activity, comprising the steps of:
(1) culturing an isolated cell transformed with double stranded DNA which DNA
    (a) has been operatively linked to a heterologous regulatory control sequence,
    (b) hybridizes under stringent conditions to the following nucleotide sequence:

5′ GAC  ATT  TAT  GAT  GAG  GAT  GAA
ATT  CAG  ACG  CCC  CGC  AGC  TTT
CAG  AAG  AAA  ACA  CGA  CAC  TAT
TTT  ATT  GCT  GCA  GTG  GAG  AGG

and
(c) encodes a protein which upon expression exhibits human factor VIII:c procoagulant activity, and
(2) recovering said protein from the culture.

8. A transformed non-human mammalian cell line containing a gene encoding human factor VIII:c in operable association with a heterologous regulatory control sequence in an expression vector therefor.

* * * * *

60

65

BAXJIVI0005588

# UNITED STATES PATENT AND TRADEMARK OFFICE

## CERTIFICATE EXTENDING PATENT TERM
### UNDER 35 U.S.C. § 156

| | |
|---|---|
| PATENT NO.: | 4,757,006 |
| DATED: | July 12, 1988 |
| INVENTORS: | John J. Toole, Jr. et al. |
| PATENT OWNER: | Genetics Institute, Inc. |

This is to certify that there has been presented to the

### COMMISSIONER OF PATENTS AND TRADEMARKS

an application under 35 U.S.C. § 156 for an extension of the patent term. Since it appears that the requirements of the law have been met, this certificate extends the term of the patent for the period of

### 516 DAYS

with all rights pertaining thereto as provided by 35 U.S.C. § 156(b).

I have caused the seal of the Patent and Trademark Office to be affixed this 20th day of September 1994.

*Bruce A. Lehman*

Bruce A. Lehman
Assistant Secretary of Commerce and
    Commissioner of Patents and Trademarks

BAXJIVI0005589