Case 1:17-cv-01316-RGA-SRF Document 158-1 Filed 12/28/18 Page 1 of 241 PageID #: 25922



(a)



(b)

Figure 3-75   (a) The structures of three acid mucopolysaccharides: chondroitin sulfate, hyaluronic acid, and keratan sulfate. All are long polymers of the disaccharide groups shown.   (b) A schematic drawing of a typical proteoglycan, such as is found in cartilage. It consists of a central filament of hyaluronic acid several micrometers long. Link proteins are bound to this filament at regular intervals. Long core proteins are bound to the hyaluronic acid by the link proteins. Branching from the core proteins at regular intervals are long chondroitin sulfate and shorter keratan sulfate chains.

the enzyme that adds the extra galactose. Those with type AB synthesize both A and B antigens, whereas those with type O make only the O antigen.

People with blood types A and O normally have anti-B antibodies in their serum; these are specific for the extra galactose in the B antigen. People with types B and O normally have anti-A antibodies, which are specific for the N-acetylgalactosamine residue of the A antigen. Thus, when B (or AB) blood cells are injected into a person having type A or O, the person's natural anti-B antibodies bind to the injected cells and trigger their destruction by *phagocytic cells*. Similarly, A or AB cells cannot be safely injected into a person having type B or O. Type O blood can be safely injected into people with type O, A, B, or AB. Because type AB people lack both anti-A and anti-B antibodies, they can receive injections of A, B, AB, or O blood.

The ability of antibodies to distinguish subtle differences in the structures of macromolecules underscores the role of cell surface oligosaccharides in establishing the uniqueness of cells and organisms.

## The Primacy of Proteins

Although the major cell constituents have been considered mainly as isolated chemical species in this chapter, in fact they function together. All cellular molecules must be able to interact with other types of molecules, especially with proteins. For example, most nucleic acids in cells have tightly adhering proteins and thus exist as *nucleoproteins;* the DNA of eukaryotes is heavily coated by basic proteins called histones, as well as by a variety of nonhistone proteins that are essential for the proper functioning of DNA in the cell. For another example, cell



Figure 3-76   The structures of some common O-linked oligosaccharides. Abbreviations: NANA = N-acetylneuraminic acid (sialic acid), GalNAc = N-acetylgalactosamine, Glc = glucose, Gal = galactose, Ser = serine, and Hyl = hydroxyl-lysine. The submaxillary mucoprotein, one of the components of saliva, is secreted by the salivary gland.



Figure 3-77  The structure of a typical N-linked (asparagine-linked) oligosaccharide that is attached to many serum proteins, such as antibodies. Abbreviations: NANA = N-acetylneuraminic acid (sialic acid), Gal = galactose, GlcNAc = N-acetylglucosamine, and Man = mannose.

Figure 3-78  The structure of glucosylcerebroside, one of the simplest glycolipids.

membranes are never pure phospholipids; attached proteins determine many of the unique features of different cellular and intracellular membranes.

Lipids, nucleic acids, and carbohydrates have fairly uniform chemical structures and physical and chemical behaviors, but proteins can be either hydrophilic or hydrophobic, and either negatively or positively charged. On a single protein molecule there can be both hydrophobic regions and hydrophilic regions, a nucleic acid–binding region, a catalytic region, a region that binds tightly to a sugar, and/or a region that binds tightly to a nucleotide. All parts of a protein fit together to make a functioning unit. It is hard to overestimate the potential variability, specificity, and range of functions of proteins. Although all of the information for synthesizing proteins is found in DNA, DNA is a monotonous molecule com-



Figure 3-79  The structures of the human blood group antigens. The A antigen differs from the O antigen by the presence of an N-acetylgalactosamine attached to the outer galactose residue. The B antigen differs from the O in having an additional galactose residue.

pared with protein. DNA is like a computer tape with building instructions encoded on it, whereas protein has the substantiality and complexity of the final construction.

As we shall see in later chapters, proteins have a hand in every cellular function—the replication and transmission of genes, the building of the cell's physical substance, energy metabolism, cellular and muscular movement, and intracellular communication. It is amazing that a single kind of molecule able to carry out all these functions could have evolved. When we construct a building, we use a variety of substances, each for a specific job. That one type of polymer could be responsible for so many biochemical accomplishments is one of the great wonders of life.

## Summary

Proteins are linear polymers fabricated from 20 common amino acids linked by peptide bonds. Amino acids differ from one another in their side chains; some are positively or negatively charged at neutral pH; some are polar; others are hydrophobic. Many proteins contain covalently modified side chains, such as phosphate groups bound to serine, threonine, or tyrosine residues. Glycoproteins contain either short saccharide chains linked to serine or threonine residues or longer oligosaccharides attached to asparagine side chains. Other proteins contain prosthetic groups, such as hemes.

Depending on their size and composition, proteins fold into different shapes: some are compact with one or more globular domains; others are fibrous. Many proteins contain one or more regions of rigid $\alpha$ helix or $\beta$ pleated sheet. Fibrous proteins such as actin are formed by the aggregation of similar polypeptides in regular, repeating arrays. Water-soluble proteins typically fold so that hydrophobic side chains are internal, away from the aqueous medium. Many proteins maintain their shapes by covalent interactions between the side chains: these interactions take the form of disulfide (—S—S—) bridges between cysteine residues. In addition, most proteins contain multiple polypeptide chains held together by noncovalent bonds. The forces that maintain the native state of a protein can be disrupted by heat or by certain solvents so that the protein becomes denatured. Often the denatured species can renature to restore the native state.

Many proteins are enzymes—catalysts that accelerate the rate of specific chemical reactions. Enzymes have at least two key regions in their active sites: one that tightly binds the substrate(s), and another that catalyzes the chemical reaction on the bound substrate(s). Frequently, a covalent enzyme-substrate complex is an intermediate in catalysis. The binding of a substrate to an enzyme may induce a conformational change in the enzyme that positions the catalytic residues correctly. An example of catalytic specificity is provided by two proteases: trypsin and chymotrypsin. These enzymes have similar catalytic sites, but they require different amino acid side chains in the substrates that they cleave.

Most enzymes in cells do not function at a constant rate. This is because allosteric activators or inhibitors bind at sites different from the substrate-binding site, to modulate the catalytic activities of enzymes. Often, an enzyme that catalyzes one of a series of reactions is inhibited by the ultimate product, in a process called feedback inhibition. A multimeric enzyme can have multiple substrate-binding sites; the binding of a substrate at one site can cause a conformational change that increases the affinity of the other site(s), which makes the enzyme responsive to a narrow range of substrate concentrations. Such cooperativity among binding sites allows a molecule of hemoglobin to bind or release four $O_2$ molecules over a narrow range of oxygen pressures.

Antibodies, like enzymes, bind specifically and tightly to small regions on molecules. Vertebrates synthesize antibodies in response to the presence of foreign molecules larger than a minimum size. Antibodies can also be synthesized in response to the introduction of chemically modified proteins, in which case the antibodies will be directed to the chemical substituent, a hapten. Typical IgG antibodies contain two identical antigen-binding regions. A third region common to all IgGs is recognized by specific receptors on macrophage cells. Because of their exquisite binding specificity, antibodies can be used to purify a protein in a dilute solution by the technique of affinity chromatography.

A single strand of DNA has a linear backbone of deoxyribose and phosphate. Attached to the 1' carbon of the sugar is one of four bases: adenine (A), guanine (G), cytosine (C), or thymine (T). Like a polypeptide, a nucleic acid has a chemical polarity—a 3' and a 5' end. In their native states, all cellular DNAs are double-stranded: two antiparallel strands are twisted about each other in a right-handed helix with the stacked bases on the inside, perpendicular to the axis of the helix. An adenine residue in one strand is hydrogen-bonded to a thymine residue in the other, and a guanine residue pairs with a cytosine. Some sequences of DNA may form an alternative, left-handed (Z) helix. Heating a linear molecule of double-stranded DNA above a critical temperature causes the two strands to unwind and separate; under appropriate conditions, the molecule can renature to form the native base-paired helix.

Many DNAs are covalently closed circles; these often exist as superhelixes. When a covalently closed circular DNA is denatured, the strands cannot separate, and the molecule will renature spontaneously.

RNA differs from DNA in several ways: in RNA, the sugar is ribose rather than deoxyribose; uracil is found in place of thymine; and the molecule is generally single-stranded, although it may contain a number of double-helical segments.

Long-chained fatty acids and triacylglycerols are, like pure hydrocarbons, insoluble in an aqueous medium, and they will segregate into a separate phase. Adipose cells contain droplets of triacylglycerols, which are storage forms of fatty acids. Phospholipids, sphingomyelin, and cholesterol—the main structural components of cellular membranes—are amphipathic: they contain a large hydrophobic (hydrocarbon) region and a small hydrophilic end. Although micelles and liposomes can be formed from phospholipids, cellular membranes are typically sheets of phospholipid bilayers, which have a hydrophobic central region and two hydrophilic surfaces.

Carbohydrates are important as energy-storage molecules and as structural components in cells. Glucose ($C_6H_{12}O_6$) is the most common sugar in cells. As a linear molecule, it contains four asymmetric carbon atoms. In the formation of the ringed glucopyranose, another asymmetric carbon is created to yield $\alpha$-D-glucopyranose or $\beta$-D-glucopyranose. Other important sugars are mannose and galactose, which differ from glucose only in the positions of substituents on one carbon atom, and modified molecules such as N-acetylglucosamine and N-acetylneuraminic acid. Storage forms of hexoses include the long-chained polymer glycogen and the disaccharides lactose and sucrose. Sulfated and otherwise modified polysaccharides are principal structural components of extracellular spaces in animals. Short saccharide chains are often bound to lipids or proteins to generate glycolipids or glycoproteins. The compositions and the bonding arrangements of saccharide substituents are genetically determined; as in the case of the A, B, and O blood group antigens, this genetic programming can give rise to harmful immune reactions.

# References

## General References

SMITH, E. L., R. L. HILL, I. R. LEHMAN, R. J. LEFKOWITZ, P. HANDLER, and A. WHITE. 1983. *Principles of Biochemistry: General Aspects,* 7th ed. McGraw-Hill. Chapters 2–8, 10, and 11.

STRYER, L. 1981. *Biochemistry,* 2d ed. W. H. Freeman and Company. Chapters 2–8, 10, and 24.

ZUBAY, G. 1983. *Biochemistry,* Addison-Wesley. Chapters 1–6, 12, 16, and 18.

## Proteins

BLAKE, C. C. F., and L. N. JOHNSON. 1984. Protein structure. *Trends Biochem. Sci.* 9:147–151.

CANTOR, C. R., and P. R. SCHIMMEL. 1980. *Biophysical Chemistry,* parts 1, 2, and 3. W. H. Freeman and Company. Includes several chapters (2, 5, 13, 17, 20, and 21) on the principles of protein folding and conformation.

CHOTHIA, C., and A. LESK. 1985. Helix movements in proteins. *Trends Biochem. Sci.* 10:116–118.

CREIGHTON, T. E. 1983. *Proteins: Structure and Molecular Properties.* W. H. Freeman and Company.

DICKERSON, R. E., and I. GEIS. 1969. *The Structure and Action of Proteins.* Benjamin-Cummings. This little book contains many excellent three-dimensional structures of enzymes and other proteins.

DICKERSON, R. E. and I. GEIS. 1983. *Hemoglobin: Structure, Function, Evolution, and Pathology.* Benjamin-Cummings.

DOOLITTLE, R. 1985. Proteins. *Sci. Am.* 253(4):88–96.

KE, H.-M., R. B. HONZATKO, and W. N. LIPSCOMB. 1984. Structure of unligated aspartate carbamoyltransferase of *Escherichia coli* at 2.6 Å resolution. *Proc. Nat'l Acad. Sci. USA* 81:4037–4040.

KIM, P.S., and R. L. BALDWIN. 1982. Specific intermediates in the folding reactions of small proteins and the mechanism of protein folding. *Annu. Rev. Biochem.* 51:459–489. A recent review of experimental results on several proteins.

LESK, A. M. 1984. Themes and contrasts in protein structures. *Trends Biochem. Sci.* 9:v–vii.

PERUTZ, M. F. 1964. The hemoglobin molecule. *Sci. Am.* 211(5):64–76 (Offprint 196). This article and the next describe the three-dimensional structure of hemoglobin and the conformational changes that occur during oxygenation and deoxygenation.

PERUTZ, M. F. 1978. Hemoglobin structure and respiratory transport. *Sci. Am.* 239(6):92–125 (Offprint 1413).

ROSE, G. D., A. R. GESELOWITZ, G. J. LESSER, R. H. LEE, and M. H. ZEHFUS. 1985. Hydrophobicity of amino acid residues in globular proteins. *Science* 229:834–838.

ROSSMAN, M. G., and P. ARGOS. 1981. Protein folding. *Annu. Rev. Biochem.* 50:497–532.

THOMAS, K. A., and A. N. SCHECHTER. 1980. Protein folding: evolutionary, structural and chemical aspects. In *Biological Regulation and Development,* vol. 2, R. F. Goldberger, ed. Plenum. A detailed treatment of the variety of three-dimensional structures found in different types of proteins.

### Enzymes

BENDER, M. L., R. J. BERGERON, and M. KOMIYAMA. 1984. *The Bioorganic Chemistry of Enzyme Action.* Wiley.

FERSHT, A. 1985. *Enzyme Structure and Mechanism,* 2d ed. W. H. Freeman and Company.

KANTROWITZ, E. R., S. C. PASTRA-LANDIS, and W. N. LIPSCOMB. 1980. *Escherichia coli* aspartate transcarbamoylase. Part 1: Catalytic and regulatory functions. *Trends Biochem. Sci.* 5:124–128. Part 2: Structure and allosteric interactions. *Trends Biochem. Sci.* 5:150–153.

PHILLIPS, D. C. 1966. The three-dimensional structure of an enzyme-molecule. *Sci. Am.* 215(5):78–90 (Offprint 1055). The structure of lysozyme and the nature of the enzyme-substrate complex.

SRERE, P. A. 1984. Why are enzymes so big? *Trends Biochem. Sci.* 9:387–390.

WALSH, C. 1979. *Enzymatic Reaction Mechanisms.* W. H. Freeman and Company. A detailed discussion of the chemical bases of action of many types of enzymes.

### Antibodies

CAPRA, J. D., and A. B. EDMONSON. 1977. The antibody combining site. *Sci. Am.* 236(1):50–59 (Offprint 1350). A clear

**104**     The Molecules in Cells

description of how an antibody molecule binds to an antigen.

PORTER, R. R. 1973. Structural studies on immunoglobulins. *Science* **180**:713–716.

TONEGAWA, S. 1985. The molecules of the immune system. *Sci. Am.* **253**(4):122–130.


## Nucleic Acids

BAVER, W. R., F. H. C. CRICK, and J. H. WHITE. 1980. Supercoiled DNA. *Sci. Am.* **243**(1):118–133 (Offprint 1474). A mathematical model for describing and analyzing DNA supercoiling.

CANTOR, C. R., and P. R. SCHIMMEL. 1980. *Biophysical Chemistry,* part 1. W. H. Freeman and Company. Chapters 22 to 24. The conformation of DNA is described using physical-chemical principles.

DICKERSON, R. E. 1983. The DNA helix and how it is read. *Sci. Am.* **249**(6):94–111.

FELSENFELD, G. 1985. DNA. *Sci. Am.* **253**(4):58–66.

KORNBERG, A. 1980. *DNA Replication.* W. H. Freeman and Company. Chapter 1. A good summary of the principles of DNA structure.

MIN JOU, W., G. HAEGEMAN, M. YSEBAERT, and W. FIERS. 1972. Nucleotide sequence of the gene coding for the bacteriophage MS-2 coat protein. *Nature* **237**:82–88. A vivid demonstration of double helices within a single-stranded RNA.

RICH, A., and S.-H. KIM. 1978. The three-dimensional structure of a transfer RNA. *Sci. Am.* **238**(1):52–62 (Offprint 1377).

SAENGER, W. 1983. *Principles of Nucleic Acid Structure.* Springer-Verlag. A comprehensive treatise on the structures of RNA, DNA, and their constituents.

WANG, J. C. 1980. Superhelical DNA. *Trends Biochem. Sci.* **5**:219–221.


## Lipids and Biomembranes

FINEAN, J. B., R. COLEMAN, and R. H. MICHELL. 1984. *Membranes and Their Cellular Functions,* 3d. ed. Blackwell.

QUINN, P. J. 1976. *The Molecular Biology of Cell Membranes.* University Park Press. Chapter 2. An excellent description of the structures of membrane components.

TANFORD, C. 1980. *The Hydrophobic Effect,* 2d ed. Wiley. Includes a good discussion of the interactions of proteins and membranes.


## Carbohydrates

GINSBURG, V., and P. ROBBINS, eds. 1984. *Biology of Carbohydrates.* Wiley.

KORNFELD, R., and S. KORNFELD. 1980. Structure of glycoproteins and their oligosaccharide units. In *The Biochemistry of Glycoproteins and Proteoglycans,* W. J. Lennarz, ed. Plenum.

RODEN, L. 1980. Structure and metabolism of connective tissue proteoglycans. In *The Biochemistry of Glycoproteins and Proteoglycans,* W. J. Lennarz, ed. Plenum. A clear, detailed description of sulfated oligosaccharides.

SHARON, M. 1980. Carbohydrates. *Sci. Am.* **243**(5):90–116 (Offprint 1483). The structures and functions of several oligosaccharides.

# EXHIBIT F

ARTICLES

35. Rapaport, S. I., Schiffman, S., Patch, M. J. & Ames, S. B. Blood 21, 221–236 (1963).
36. Macfarlane, R. G., Biggs, R., Ash, B. J. & Denson, K. W. Br. J. Haemat. 10, 530–538 (1964).
37. Chavin, S. I. Am. J. Hemat. 16, 297–306 (1984).
38. Fulcher, C. A. et al. Blood 63, 486–489 (1984).
39. Marlar, R. A., Kleiss, A. J. & Griffin, J. H. Blood 59, 1067–1072 (1982).
40. Rotblat, F. et al. Thromb. Res. 21, 431–436 (1981).
41. Rotblat, F. et al. J. Lab. clin. Med. 101, 736–746 (1983).
42. Maniatis, T., Fritsch, E. F. & Sambrook, J. Molecular Cloning: A Laboratory Manual (Cold Spring Harbor Laboratory, New York, 1982).
43. Kafatos, F. C., Jones, C. W. & Efstratiadis, A. Nucleic Acids Res. 7, 1541–1552 (1979).
44. Capon, D. C. et al. Nature 304, 507–513 (1983).
45. Hyunh, T., Young, R. & Davis, R. in Practical Approaches in Biochemistry (ed. Grover, D.) (IRL Press, Oxford, in the press).
46. Vieira, J. & Messing, J. Gene 19, 259–268 (1982).
47. Sanger, F., Nicklen, S. & Coulson, A. R. Proc. natn. Acad. Sci. U.S.A. 74, 5463–5467 (1977).
48. Liu, C. C., Simonsen, C. C. & Levinson, A. D. Nature 309, 82–85 (1984).
49. Gingeras, R. et al. J. Gene Chem. 257, 13475–13496 (1982).
50. Simonsen, C. C. & Levinson, A. D. Molec. Cell Biol. 3, 2250–2258 (1983).
51. Weinstein, M. & Daykin, D. Blood 53, 1095–1105 (1979).

# Structure of human factor VIII

Gordon A. Vehar*, Bruce Keyt*, Dan Eaton*, Henry Rodriguez*,
Donogh P. O'Brien†, Frances Rotblat†, Herman Oppermann‡, Rodney Keck*,
William I. Wood‡, Richard N. Harkins*, Edward G. D. Tuddenham†,
Richard M. Lawn‡ & Daniel J. Capon‡

* Department of Protein Biochemistry and ‡ Department of Molecular Biology, Genentech, Inc., 460 Point San Bruno Boulevard, South San Francisco, California 94080, USA
† Haemophilia Centre, Academic Department of Haematology, Royal Free Hospital School of Medicine, London WC1N 1BP, UK

*The deduced amino acid sequence of human factor VIII, obtained from the DNA sequence, predicts a mature polypeptide of 2,332 amino acids containing a triplicated domain structure. The polypeptide has 35% sequence homology with the copper-binding plasma protein, ceruloplasmin. Determination of the thrombin cleavage sites in plasma-derived factor VIII polypeptides allows prediction of the domains involved in the associated activation and inactivation of the protein.*

PREPARATIONS of factor VIII/von Willebrand factor complex[1-12] contain four closely related properties or activities: factor VIII coagulant activity, an antigen associated with the factor VIII coagulant activity, platelet adhesion promoting activity and an antigen precipitated by antisera raised against the purified complex (factor VIII-related protein). Factor VIII separated from the complex has associated trace amounts of protein, is unstable and consists of multiple polypeptide chains[13-17], hindering detailed characterization studies.

The purification of human factor VIII by affinity to a monoclonal antibody directed against the coagulant activity of factor VIII[18], has allowed characterization of the protein fragments of factor VIII or thrombin-activated factor VIII by partial amino acid sequence analysis. This sequence information has been used to isolate cDNA and genomic clones encoding human factor VIII[19,20]. The protein sequence deduced from these clones, together with an analysis of the cleavage products associated with the activation of factor VIII by thrombin, allows the assignment of thrombin cleavage sites and the identification of most of the polypeptide fragments present in highly purified factor VIII preparations. The factor VIII sequence exhibits striking homology with the plasma copper-binding protein ceruloplasmin, suggesting novel biochemical activities for factor VIII as well as a role for metal ions other than calcium in the blood coagulation cascade.

## Analysis of plasma factor VIII

Preparations of human factor VIII[18] purified over 300,000-fold from plasma contained several proteins of relative molecular mass ($M_r$) 210,000–80,000 (Fig. 1A). These protein bands were not connected by disulphide links because samples analysed under non-reducing conditions gave a similar pattern (data not shown). To determine the relationship of these multiple polypeptide chains, we analysed them by tryptic peptide mapping. The preparation used in Fig. 1B contained a protein of $M_r$ 240,000, producing a peptide map which did not show identity with the other proteins of the mixture (Fig. 1B, a), and has been found to be a von Willebrand factor subunit (data not shown). Peptides of $M_r$ 90,000–210,000 all had a common tryptic map, indicating that they are derived from the same or closely related polypeptide chains (Fig. 1B, b–f). Furthermore, Western blot analysis of the factor VIII preparations demonstrated that a factor VIII-specific monoclonal antibody[18] reacted with the $M_r$ 90,000–210,000 polypeptides (data not shown). Two very similar patterns generated by the proteins of $M_r$ 80,000 and 70,000 had a different peptide map (Fig. 1B, g, h). These results demonstrate that the fragments of $M_r$ 90,000–210,000 are structurally related and could be pooled and treated as one polypeptide chain. The protein represented by the band of $M_r$ 80,000 (and 70,000 when present) was analysed separately.

The purified factor VIII preparations were fractionated by gel filtration on a TSK 4000SW HPLC column; analysis of the resulting fractions demonstrated the effective separation of $M_r$ 240,000 protein, the polypeptides of $M_r$ 90,000–210,000 and the $M_r$ 80,000 fragment (Fig. 2B). We performed amino acid sequence analysis on peptides generated from the $M_r$ 80,000 protein, the polypeptide pool of $M_r$ 90,000–210,000 and a fragment of $M_r$ 90,000 from limited thrombin digestion of the $M_r$ 90,000–210,000 pool. After digestion of each sample with trypsin, the resulting peptides were separated by reverse-phase HPLC and sequenced. The peptide sequence AWAYFSDVDLEK, used to prepare synthetic DNA probes identifying factor VIII genomic DNA clones, is indicated in Fig. 2C.

## Structure of factor VIII protein

The molecular cloning of the entire factor VIII coding region is described in an accompanying paper[19]. The 2,351-amino acid sequence for factor VIII, deduced from the nucleotide sequence of these clones, is shown in Fig. 3. The first 19 amino acids of the sequence comprise the signal sequence for factor VIII, based on peptide sequence analysis of a fragment derived from the $M_r$ 90,000–210,000 polypeptide pool. The N-terminal sequence of this $M_r$ 30,000 fragment, obtained as a thrombin digest product of the $M_r$ 90,000–210,000 pool, is identical to the first 12 amino acids which follow the predicted factor VIII leader sequence (see Fig. 5). This presequence exhibits a core of 10 hydrophobic amino acids flanked by two charged residues, a structure which conforms to that observed for the leader sequences found in most secreted proteins[21]. The mature protein contains 2,332 amino acids (calculated $M_r$ 264,763).

The availability of the complete factor VIII sequence reveals the organization and identity of the tryptic peptides obtained from the pools of separated plasma-derived factor VIII fragments. Essentially all tryptic peptide sequences determined from the $M_r$ 90,000–210,000 protein pools are located in the amino-

©1984 Nature Publishing Group



**Fig. 1** *A*, Purified human factor VIII analysed by SDS-polyacrylamide gel electrophoresis. *B*, Two-dimensional tryptic mapping of factor VIII polypeptide chains. The resulting tryptic patterns of proteins of $M_r$: *a*, 240,000; *b*, 210,000; *c*, 170,000; *d*, 150,000; *e*, 120,000; *f*, 100,000; *g*, 80,000; and *h*, 70,000 are shown.
**Methods:** The purified protein[18] was reduced and analysed in a 5–10% polyacrylamide gradient gel in the presence of SDS by the procedure of Laemmli[37]. The molecular weights of the protein standards are shown (myosin, $\beta$-galactosidase, phosphorylase B, bovine serum albumin and ovalbumin). The bands were detected using the silver stain procedure of Morrissey[38]. 1 $\mu$g of a factor VIII preparation was denatured in 1% SDS and labelled with 300 $\mu$Ci $^{125}$I for 15 min using the iodobead procedure[38]. Labelled polypeptides were located on dried SDS-polyacrylamide gels by autoradiography and digested by incubation of gel slices with 10 $\mu$g trypsin in 0.1 M ammonium bicarbonate buffer for 6 h at 37°C. After repeated lyophilizations, peptides were dissolved in 8.8% formic acid and a portion was subjected to thin-layer electrophoresis in the same buffer (400 V for 45 min) on pre-coated TLC-cellulose platers (E. Merck, Darmstadt, FRG). For the second dimension, peptides were separated by ascending chromatography in *n*-butanol/pyridine/glacial acetic acid/water, 75 : 50 : 15 : 60 (v/v). The plates were then subjected to autoradiography.

terminal half of the molecule, whereas those sequences obtained for the $M_r$ 80,000 fragment are found at the carboxy-terminus of the factor VIII sequence (unpublished results). The most carboxy-terminal tryptic peptides identified for the $M_r$ 90,000–210,000 pool gave the sequences GEFT and −QEE, beginning at positions 1,155 and 1,194, respectively. This shows that the $M_r$ 210,000 fragment consists of a protein of $M_r \geqslant 135,000$ containing 14 potential asparagine-linked glycosylation sites. The location of the $M_r$ 80,000 fragment of factor VIII is delineated by two peptide sequences which define a stretch of ~680 amino acids. The first of these was obtained from the amino-terminal sequence of the $M_r$ 80,000 fragment beginning at position 1,649 (see Fig. 5), whereas the second corresponds to a tryptic peptide, MEVLGCEAQDL, 12 amino acids from the C-terminus predicted by the DNA sequence. Thus, there is no significant removal of C-terminal sequences from the plasma-derived molecule. The failure to recover tryptic peptide sequences from the region between position 1,200 and the $M_r$ 80,000 fragment is probably due to the relatively low concentration of the $M_r$ 210,000 species in the $M_r$ 90,000–210,000 fragment pool. This position should therefore be considered the minimal C-terminal extent of the $M_r$ 210,000 protein.

Computer-aided analysis of the factor VIII protein sequence revealed two types of internal homology: the first consists of a triplicated segment (A domain) found at positions 1–329, 380–711 and 1,649–2,019 of the mature polypeptide (Fig. 4); the second and third domains of the triplication are separated by a region of 983 amino acids (B domain) extremely rich in potential asparagine-linked glycosylation sites. In addition, an unrelated duplication of 150 amino acids is found at the C-terminus of the molecule (C domain). The A domains have ~30% amino acid homology, whereas the C domains are ~40% homologous. Most



**Fig. 2** Purification of factor VIII polypeptides. *A*, Fractionation of proteins by TSK 4000 HPLC. *B*, SDS-polyacrylamide gel analysis of fractions from TSK 4000 chromatography. *C*, Reverse-phase HPLC separation of tryptic peptides of $M_r$ 80,000 protein.
**Methods:** *A*, Human factor VIII preparations[18] were dialysed into 1% ammonium bicarbonate containing 0.1% SDS. The samples were lyophilized and stored at −20°C until use. The samples were reconstituted in distilled water and applied to a TSK 4000 SW column (0.75 × 50 cm; Alltech Associates, Deerfield, Illinois) equilibrated with 0.1 M sodium phosphate buffer, $p$H 7.0, containing 0.1% SDS. Samples of ~0.15–0.25 ml were injected and the column developed isocratically at a flow rate of 0.5 ml min$^{-1}$. Absorbance was monitored at either 206 nm or 280 nm and fractions (0.2 ml) collected. Fractions across the profile were reduced and analysed by SDS-polyacrylamide gel electrophoresis as described in Fig. 1 legend. The protein of $M_r$ 80,000 was pooled for tryptic digestion as shown in *A*. *C*, The TSK 4000 SW purified protein of $M_r$ 80,000 (0.8 nM) was dialysed under a nitrogen atmosphere overnight against 0.36 M Tris-HCl, $p$H 8.6, containing 8 M urea, 3.3 mM EDTA and 10 mM dithiothreitol, DTT (final vol. 1.5 ml). The protein was alkylated by adding 15 $\mu$l of 5 M iodoacetic acid (dissolved in 1 M NaOH). The reaction was allowed to proceed for 35 min at room temperature in the dark and was quenched by adding DTT to a final concentration of 100 mM. The protein solution was dialysed against 8 M urea in 0.1 M ammonium bicarbonate for 4 h. The urea dialysis solution was changed over a period of 24 h to gradually reduce the urea concentration to a final level of 0.5 M. Trypsin was added at a weight ratio of 1 : 50 at 37°C for 12 h. HPLC separation of the resulting tryptic peptides was performed on a high-resolution Synchropak RP-P C-18 column (0.46 × 25 cm; 10 $\mu$). The column was developed with a gradient of acetonitrile (1–70% in 200 min) in 0.1% trifluoroacetic acid. Absorbance was monitored at 210 nm and 280 nm. Each peak was collected and stored at 4°C until subjected to sequence analysis in a Beckman spinning cup sequencer with on-line phenylthiohydantoin amino acid identification[40]. The arrow identifies the peptide (AWAYFSDVDLEK) resulting in identification of a factor VIII genomic clone[19,20].

© 1984 Nature Publishing Group

ARTICLES



**Fig. 3** Homology of human factor VIII with human ceruloplasmin. The deduced factor VIII amino acid sequence derived from cDNA and genomic clones[19,20] is compared with that of human ceruloplasmin[22]. The consensus line shows residues which are identical in the two proteins. The numbering above the sequences is that of factor VIII. The number preceding the ceruloplasmin line represents the numbering of the amino acid sequence beginning the line. The single-letter notation for amino acids is used: A, Ala; C, Cys; D, Asp; E, Glu; F, Phe; G, Gly; H, His; I, Ile; K, Lys; L, Leu; M, Met; N, Asn; P, Pro; Q, Gln; R, Arg; S, Ser; T, Thr; V, Val; W, Trp; Y, Tyr.

of the 23 cysteine residues of the mature polypeptide are clustered in the A and C domains and occupy similar positions Fig. 6), suggesting that the structures of both repeated domains of factor VIII reflect conserved disulphide bonding arrangements.

The A domains of the factor VIII protein show striking homology with the copper-binding plasma protein ceruloplasmin (Fig. 3). Amino acid sequence analysis of ceruloplasmin has revealed a structure consisting of three contiguous domains sharing ~30% homology[22–24]. The triplicated domains of factor VIII and ceruloplasmin exhibit a pairwise homology of 30%

(Fig. 4). Although the B domain has no substantial homology with any known sequence, the C domain shares 20% amino acid homology with the discoidin lectins from *Dictyostelium*[25].

Ceruloplasmin contains six copper atoms in three distinct types of coordination: two of type 1, one of type 2 and three electron paramagnetic resonance-nondetectable type 3 copper ions[26]. The type 1 copper ions are thought to bind to the carboxy-terminal portion of the domains of ceruloplasmin (domain residues 240–350; Fig. 4) based on sequence homology with the type 1 copper-binding protein plastocyanin[27]. The four amino acid side chains proposed as the ligands for the type 1

©1984 Nature Publishing Group

NATURE VOL. 312 22 NOVEMBER 1984



**Fig. 4** Domain homology of human factor VIII and human ceruloplasmin[22]. Identical residues in four of the six domains are boxed. The protein is indicated to the left of the lines (VIII, factor VIII; Cp, ceruloplasmin) with the associated number indicating the position in the sequence of the first amino acid of the line. A domain residue numbering system is shown above the sequences. * Residues believed to be the ligands for type 1 copper (based on homology to plastocyanin[27]).

copper atoms of ceruloplasmin are found in the first and third A domains of factor VIII (histidines 287 and 338, cysteine 333 and methionine 343; see Fig. 4). The conservation of the copper-ligand residues found in ceruloplasmin strongly suggests similar metal binding characteristics for factor VIII.

## Thrombin cleavage

The coagulant activity of factor VIII is increased markedly by treatment with catalytic amounts of the serine protease thrombin[28]. Thrombin activation of factor VIII is associated with a series of polypeptide cleavages[13–17]. Further incubation with thrombin leads to degradation of the protein with a concomitant loss of coagulant activity[13–17]. To understand the structural basis for these observations, the separated pools of factor VIII fragments were subjected to thrombin digestion and the resulting products characterized by SDS-polyacrylamide gel electrophoresis. Thrombin digestion of the $M_r$ 80,000 protein resulted in a product of $M_r$ 73,000 (Fig. 5A). Treatment of the polypeptide pool of $M_r$ 90,000–210,000 led initially to the appearance of two bands of $M_r$ 43,000 and 50,000 (Fig. 5A). Longer incubation with thrombin resulted in the conversion of the $M_r$ 50,000 fragment to polypeptides of $M_r$ 30,000 and 20,000 (data not shown). The $M_r$ values of these thrombin digest fragments are similar to those generated by thrombin treatment of native factor VIII preparations[13,15,16]. Amino-terminal sequence analysis was performed on the separated protein chains before and after thrombin digestion. The resulting sequences are compared with the corresponding amino acid sequences deduced from the factor VIII cDNA sequence[19] in Fig. 5B; also shown are the potential cleavage sites found at the amino-terminus of the $M_r$ 80,000 protein and that which separates the $M_r$ 90,000 fragment from the carboxy-terminal portion of the followed $M_r$ 210,000 protein. The sequence surrounding the latter potential cleavage site (position 740) is similar to the amino-terminal sequence of the $M_r$ 70,000 protein (-PRSF----RH-) (Fig. 5B). There is no other consensus sequence that would predict the specificity of thrombin cleavage. A homologous stretch preceding the thrombin cleavage sites for the $M_r$ 43,000 and 73,000 proteins is observed (Fig 5B), but whether this homology determines thrombin specificity or simply reflects the internal duplication is uncertain. The most consistent sequence found at thrombin cleavage sites within factor VIII is an arginine residue followed by either serine or alanine. Other such sequences (-RS- or -RA-) do occur within the protein but are not cleaved, suggesting the possible involvement of secondary structure in thrombin specificity. The cleavage that frees the $M_r$ 80,000 protein occurs at an arginine-glutamic acid sequence, probably not a thrombin-generated cleavage site. This cleavage occurs

quickly and is complete within the time required for isolation of the protein. The precursor factor VIII protein therefore may be cleaved to free the $M_r$ 80,000 polypeptide by a protease other than thrombin.

## Discussion

The structure of factor VIII revealed by the amino acid sequence predicted from the cloned cDNA and the structural characterization of polypeptide fragments described here are summarized in Fig. 6. The size of the factor VIII precursor moiety is consistent with the reported isolation of single-chain $M_r$ 330,000 protein from plasma[18] and supports the notion that the protein circulates as a high-molecular weight form that is readily cleaved in plasma and/or during isolation to a series of degradation products.

The primary structure of factor VIII exhibits three distinct types of structural domain, including a triplicated region of ~330 amino acids (A domains), a unique region of 980 amino acids (the B domain) and a carboxy-terminal duplicated region of 150 amino acids (C domains), which are arranged in the order A1–A2–B–A3–C1–C2 (Fig. 6). The A domains of factor VIII show significant homology to ceruloplasmin, consisting also of a triplicated structure of three A domains but lacking both B and C domains[22–24]. Particularly striking is the clustering of cysteine residues at similar locations within related structural domains of factor VIII (Fig. 6). The determination of disulphide pairings for ceruloplasmin[23,29] predicts two types of internal disulphide bonding arrangements for the A domains of factor VIII. The disulphide structure proposed for the C domains of factor VIII is based on the proposition that the disulphide linkages form between the two cysteine residues found in each domain. The large B domain which separates the second and third A domains of factor VIII contains only four cysteine residues, but the presence of 19 asparagine-linked glycosylation sites suggests that this region is extensively modified by carbohydrate addition.

The activation of factor X by factor IX$_a$ in conjunction with factor VIII is known to require calcium ions. Factor IX$_a$ and factor X both contain γ-carboxyglutamic acid residues which are thought to be involved in calcium binding. The protein-bound calcium ions mediate the interaction of these proteins with the phospholipid surface. The homology of factor VIII with ceruloplasmin suggests the possible involvement of copper or other metal ions in the role of factor VIII in factor X activation. One possibility for the role of such metal ion involvement is suggested by the binding of lanthanide ions by γ-carboxyglutamic acid residues[30]. It is interesting to speculate that the potential copper-binding ligands of factor VIII interact with a metal ion jointly bound by the γ-carboxyglutamate

©1984 Nature Publishing Group

Case 1:17-cv-01316-RGA-SRF Document 158-1 Filed 12/28/18 Page 11 of 241 PageID #: 25932





**Fig. 5** *A*, Thrombin cleavage of separated factor VIII polypeptide fractions. *B*, Alignment of thrombin-generated amino termini with the deduced amino acid sequence[19].
**Methods:** *A*, The factor VIII polypeptides were separated as described in legend to Fig. 2A. SDS was removed by dialysis of the fractions against 8 M urea solutions and later removed by dialysis against 0.01 M Tris, pH 8.0. Thrombin was then added at weight ratios to a maximum of 1:20. The digestions were allowed to proceed at room temperature and the extent of cleavage was monitored by SDS-gel electrophoresis. Lanes 1 and 2 are the $M_r$ 80,000 protein with and without thrombin, respectively; lanes 3 and 4 are the $M_r$ 90,000–210,000 protein without and with thrombin, respectively. *B*, Thrombin digestion products were separated by preparative SDS-gel electrophoresis, electroeluted by the procedure of Hunkapiller et al.[41] and analysed on a Beckman spinning cup sequencer[40]. The $M_r$ 80,000 protein was obtained by TSK separation as described for Fig. 2A. The thrombin cleavage site is indicated by a space in the cDNA deduced sequence. The number above the subsequent amino acid corresponds to the position of that residue in the linear sequence. The amino-terminal protein sequences for the various polypeptide chains are aligned under the translated gene sequence. —, Positions where no residue could be identified; X, positions where the wrong amino acid was determined. The relative molecular masses of the proteins separated are listed (30K is the amino terminus obtained for the gel-eluted polypeptide with a $M_r$ of 30,000); solidi indicate cleavage products (for example, 50/43 indicates the cleavage which separates the $M_r$ 50,000 and 43,000 species). Regions which share sequence homology are boxed.

**Fig. 6** Line diagram of factor VIII precursor protein. The molecular masses of the various fragments as determined by SDS-polyacrylamide gel electrophoresis are indicated (the $M_r$ calculated from the actual amino acid composition[19] is given in parentheses). The positions of potential asparagine-linked glycosylation sites and cysteine residues are shown. The positions of the thrombin fragments and residue numbers of amino-terminal amino acids are also given. The position of cleavage of the $M_r$ 90,000 protein has not been determined and is suggested. Boxes, the triplicated domains homologous to ceruloplasmin as well as the duplicated domain.

residues of factors IX or X. In addition to copper transport and haemostatis, several enzymatic functions have been ascribed to ceruloplasmin, including ferroxidase activity, amino oxidase activity and superoxide dismutase activity[31–33]. It will be important to determine whether any of these activities are associated with factor VIII.

The amino-terminal sequence of factor VIII thrombin fragments and the homology of factor VIII with ceruloplasmin provide insight into a functional purpose for the cleavages. Factor VIII isolated from plasma is usually degraded. In certain preparations, small amounts of a $M_r$ 330,000 protein were observed when analysed on SDS-polyacrylamide gels run under non-reducing conditions; this protein was not observed when the factor VIII samples were reduced before electrophoresis. This reducible 330,000 may be a disulphide-linked, limited pro-

teolytic degradation product of a single-chain $M_r$ 330,000 factor VIII molecule first reported by Tuddenham et al.[18]. The portion of the protein immediately prior to the $M_r$ 80,000 protein may thus be a disulphide linker region which holds the $M_r$ 210,000 and 80,000 regions (or larger precursors) in the reducible 330,000 form. Exposure of plasma-derived protein preparations to thrombin results in activation of the factor VIII coagulant activity and the appearance of the band at $M_r$ 90,000 (residues 1–740) due to the removal of the B domain or its fragments. Thrombin further cleaves both the $M_r$ 80,000 and 90,000 proteins. The $M_r$ 80,000 protein is cleaved after residue 1,689, releasing a $M_r$ 4,500 peptide containing one potential asparagine glycosylation site. This peptide is highly acidic, containing 15 aspartic and glutamic acid residues and only 4 lysine or arginine residues out of a total of 41 amino acids. Thrombin cleavage of the $M_r$ 90,000 protein to $M_r$ 50,000 and 43,000 products occurs between the first two A domains of factor VIII after an acidic spacer region (15 aspartic and glutamic acid residues; 4 lysine/arginine; total of ~42 amino acids) having some sequence homology with the acidic peptide cleaved from the $M_r$ 80,000 protein (Fig. 5B). Further cleavage of the $M_r$ 50,000 protein (domain residue 240, Fig. 4) occurs immediately preceding the region having sequence homology with plastocyanin[27] thereby freeing this potential metal-binding domain.

Factor VIII has many properties in common with coagulant protein factor V[34–36]. These proteins function in the intrinsic coagulation cascade with an activated vitamin K-dependent coagulation protein (factors $IX_a$ and $X_a$ for factors VIII and V, respectively), a phospholipid surface and calcium ions. These complexes result in the specific activation of a second vitamin K-dependent coagulation protein (factor X and prothrombin for factors VIII and V, respectively). Factor VIII and factor V are both proteins of $M_r > 300,000$; they are cleaved by a series of thrombin-catalysed events to generate proteins of $M_r$ 90,000 (from the amino termini) and $M_r$ 80,000 (from the carboxy

©1984 Nature Publishing Group

342                                                                                            NATURE VOL. 312 22 NOVEMBER 1984
ARTICLES

termini) from a single-chain circulating form. By analogy with factor V, the $M_r$ 90,000 and 80,000 proteins would correspond to fragments D and E of factor V, respectively[34]. These two fragments of factor V can be separated from the activation peptides and isolated as a functional two-subunit protein[35,36]. Both subunits are required for factor V activity[35] and both may be required for factor VIII activity. A highly glycosylated intermediate region is cleaved from both proteins. Therefore, both factors V and VIII seem to be highly similar in structure, thrombin cleavage pattern and, presumably, function.

The studies described here provide a structural basis for defining the role of the diverse molecular forms of factor VIII in their interaction with other proteins of the coagulation cascade. The availability of complete factor VIII cDNA clones

capable of programming recombinant factor VIII synthesis in mammalian cell cultures[19] will offer a unique opportunity to perform similar studies with the single-chain precursor molecule. The questions raised here concerning the relationship of processing events, structural domains and homology to ceruloplasmin with the biological function of factor VIII may be answered by studying structural changes introduced into the protein by modification of these cloned DNA sequences.

We acknowledge the support of Speywood Laboratories Ltd. We thank Dr John Bell, Alice Kleiss and William Henzel for laboratory assistance; Gary Hooper for his assistance in the coordination of the project between various groups and companies; and Robert A. Swanson and Dr David W. Martin Jr for their encouragement.

Received 13 August; accepted 27 September 1984.

1. Jackson, C. M. & Nemerson, Y. A. Rev. Biochem. 49, 765–811 (1980).
2. Lundblad, R. L. & Davie, E. W. Biochemistry 3, 1720–1725 (1964).
3. Hougie, C., Denson, K. W. E. & Biggs, R. Thromb. Diath. haemorrh. 18, 211–222 (1967).
4. Hemker, H. C. & Kahn, M. J. P. Nature 215, 1201–1202 (1967).
5. Barton, P. G. Nature 215, 1508–1509 (1967).
6. Osterud, B. & Rapaport, S. I. Biochemistry 9, 1854–1861 (1970).
7. Chuang, T. F., Sargeant, R. B. & Hougie, C. Biochim. biophys. Acta 273, 287–291 (1972).
8. Ratnoff, O. D., Kass, L. & Lang, P. D. J. clin. Invest. 48, 957–962 (1969).
9. Hershgold, E. J., Silverman, L., Davison, A. & Janszen, M. E. J. Lab. clin. Med. 77, 185–205 (1971).
10. Schmer, G., Kirby, E. P., Teller, D. C. & Davie, E. W. J. biol. Chem. 247, 2512–2521 (1972).
11. Legaz, M. E., Schmer, G., Counts, R. B. & Davie, E. W. J. biol. Chem. 248, 3946–3955 (1973).
12. Shapiro, G. A., Anderson, J. C., Pizzo, S. V. & McKee, P. A. J. clin. Invest. 52, 2198–2210 (1973).
13. Vehar, G. A. & Davie, E. W. Biochemistry 19, 401–410 (1980).
14. Fass, D. N., Knutson, G. J. & Katzman, J. A. Blood 59, 594–600 (1982).
15. Fulcher, C. A. & Zimmerman, T. S. Proc. natn. Acad. Sci. U.S.A. 79, 1648–1652 (1982).
16. Knutson, G. J. & Fass, D. N. Blood 59, 615–624 (1982).
17. Fulcher, C. A., Roberts, J. R. & Zimmerman, T. S. Blood 61, 807–811 (1983).
18. Rotblat, F., O'Brien, D. P., Middleton, S. M. & Tuddenham, E. G. D. Thromb. Haemostasis 50, 108 (1983).
19. Wood, W. I. et al. Nature 312, 330–337 (1984).
20. Gitschier, J. et al. Nature 312, 326–330 (1984).
21. Perlman, D. & Halvorson, H. O. J. molec. Biol. 167, 394–409 (1983).
22. Takahashi, N., Ortel, T. L. & Putnam, F. W. Proc. natn. Acad. Sci. U.S.A. 81, 390–394 (1984).
23. Takahashi, N. et al. Proc. natn. Acad. Sci. U.S.A. 80, 115–119 (1983).
24. Dwulet, F. E. & Putnam, F. W. Proc. natn. Acad. Sci. U.S.A. 78, 2805–2809 (1981).
25. Poole et al. J. molec. Biol. 153, 273–289 (1981).
26. Ryden, L. & Björk, I. Biochemistry 15, 3411–3417 (1976).
27. Ryden, L. Proc. natn. Acad. Sci. U.S.A. 79, 6767–6771 (1982).
28. Rapaport, S. I., Schiffman, S., Patch, M. J. & Ames, S. B. Blood 21, 221–236 (1963).
29. Ryden, L. & Norder, H. J. Chromatogr. 215, 341–350 (1981).
30. Sperling, R., Furie, B. C., Blumenstein, M., Keyt, B. & Furie, B. J. biol. Chem. 253, 3898–3906 (1978).
31. Poulik, M. D. & Weiss, M. L. in The Plasma Proteins Vol. 2 (ed. Putnam, F. W.) 51–108 (Academic, New York, 1975).
32. Frieden, E. Ciba Fdn Symp. 79, 93–124 (1980).
33. Goldstein, I. M., Kaplan, H. B., Edelson, H. S. & Weissman, G. J. biol. Chem. 254, 4040–4045 (1979).
34. Nesheim, M. E., Foster, W. B., Hewick, R. & Mann, K. G. J. biol. Chem. 259, 3187–3196 (1984).
35. Esmon, C. T. J. biol. Chem. 254, 964–973 (1979).
36. Suzuki, K., Dahlback, B. & Stenflo, J. J. biol. Chem. 257, 6556–6564 (1982).
37. Laemmli, U. K. Nature 227, 680–685 (1970).
38. Morrissey, J. H. Analyt. Biochem. 117, 307–310 (1981).
39. Markwell, M. A. K. Analyt. Biochem. 125, 427–432 (1982).
40. Rodriguez, H., Kohr, W. J. & Harkins, R. N. Analyt. Biochem. 140, 538–547 (1984).
41. Hunkapiller, M. W., Lujan, E., Ostrander, F. & Hood, L. E. Meth. Enzym. 91, 227–247 (1983).

# Molecular cloning of a cDNA encoding human antihaemophilic factor

## John J. Toole, John L. Knopf, John M. Wozney, Lisa A. Sultzman, Janet L. Buecker, Debra D. Pittman, Randal J. Kaufman, Eugene Brown, Charles Shoemaker, Elizabeth C. Orr, Godfrey W. Amphlett, W. Barry Foster, Mary Lou Coe, Gaylord J. Knutson*, David N. Fass* & Rodney M. Hewick

Genetics Institute, Inc., 225 Longwood Avenue, Boston, Massachusetts 02115, USA
* Hematology Research Section, Mayo Clinic/Foundation, Rochester, Minnesota 55905, USA

A complete copy of the mRNA sequences encoding human coagulation factor VIII:C has been cloned and expressed. The DNA sequence predicts a single chain precursor of 2,351 amino acids with a relative molecular mass (M_r) 267,039. The protein has an obvious domain structure, contains sequence repeats and is structurally related to factor V and ceruloplasmin.

HAEMOPHILIA A is a bleeding disorder caused by deficiency or abnormality of a particular clotting protein, factor VIII:C[1] occurring in about 10–20 males in every 100,000. Afflicted individuals suffer episodes of uncontrolled bleeding and are treated currently with concentrates rich in factor VIII:C derived from human plasma. The available therapy, although reasonably effective, is very costly and is associated with a finite risk of infections. We report here significant progress in the use of recombinant DNA technology to provide pure human factor VIII:C as an alternative treatment for haemophiliacs.

Blood clotting begins with injury to a blood vessel. The damaged vessel wall causes adherence and accumulation of platelets activating the plasma proteins which initiate the coagulation process. Sequential activation, via specific proteolytic cleavages and conformational changes, of a series of proteins comprising the coagulation cascade eventually leads to deposi-

tion of insoluble fibrin which, together with aggregated platelets, curtails the escape of blood through the damaged vessel wall. Factor VIII:C is a large plasma glycoprotein that functions in the blood coagulation cascade as the cofactor for the factor IXa-dependent activation of factor X. It can be activated proteolytically by a variety of coagulation enzymes including thrombin[2].

In order to provide factor VIII:C for treatment of haemophiliacs we cloned a full-length cDNA. A major obstacle to the cloning effort was the large size of the protein, estimated to be at least $M_r$ 250,000. Purification of factor VIII:C from plasma[3] is made difficult by its low abundance, its extreme sensitivity to degradation by serum proteases and its tight association with polymeric forms of the more abundant protein, von Willebrand factor. Fass et al.[4] have described a purification procedure for porcine factor VIII:C using monoclonal antibody

© 1984 Nature Publishing Group

# EXHIBIT G

From www.bloodjournal.org by guest on November 20, 2017. For personal use only.

# BLOOD

*The Journal of*
*The American Society of Hematology*

**VOL 92, NO 11**  **DECEMBER 1, 1998**

## REVIEW ARTICLE

## The Life Cycle of Coagulation Factor VIII in View of Its Structure and Function

By Peter J. Lenting, Jan A. van Mourik, and Koen Mertens

THE PAST TWO DECADES have brought remarkable progress in our understanding of the molecular basis of hemophilia A. This disease, which has already been documented as a familial bleeding tendency in the fifth century,[1] still persists as the most common hemorrhagic disorder, affecting 1 in approximately 5,000 males.[2] Hemophilia has been associated with deficiency of a plasma component since 1937, when Patek and Taylor[3] showed that the clotting defect of hemophilic plasma could be corrected by plasma of a normal individual. This component was called "antihemophilic factor," or "factor VIII" according to the more recent nomenclature. Subsequent studies using preparations enriched in factor VIII activity have established factor VIII as being the cofactor of activated factor IX in the factor X–activating complex of the intrinsic coagulation pathway.[4] However, the molecular entity of factor VIII has remained unidentified until the early 1980s, when the protein was purified to complete homogeneity, and its cDNA was cloned.[5-8] This breakthrough has triggered numerous studies on the genetic and molecular basis of hemophilia A, and consequently our knowledge on the structure and function of the factor VIII protein has been rapidly expanding since then.

The present review focuses on the "life cycle" of factor VIII, which comprises the sequence of events between biosynthesis and clearance of the protein (see Fig 1). These processes are discussed in view of our current knowledge on factor VIII structure and function, with particular reference to the proteolytic modulation of factor VIII, and its assembly into the factor X activating complex.

### BIOSYNTHESIS AND SECRETION OF FACTOR VIII

*Factor VIII gene.* The gene of factor VIII is located at the tip of the long arm of the X chromosome.[5] It spans over 180 kb, and as such is one of the largest genes known. Its transcription may require several hours assuming a transcription rate of 10 nucleotides per second, and yields a 9-kb mRNA product.[5] The factor VIII gene comprises 26 exons, which encode a polypeptide chain of 2351 amino acids.[6-8] This includes a signal peptide of 19 and a mature protein of 2332 amino acids. Analysis of the deduced primary structure determined from the cloned factor VIII cDNA showed the presence of a discrete domain structure: A1-*a1*-A2-*a2*-B-*a3*-A3-C1-C2[6-8] (Fig 2). The A domains display approximately 30% homology to each other. These domains further display a similar extent of homology to the copper-binding protein ceruloplasmin and to factor V, the

cofactor in the prothrombinase complex.[9] The A domains are bordered by short spacers (*a1*, *a2*, and *a3*) that contain clusters of Asp and Glu residues, the so-called acidic regions. The C domains are structurally related to the C domains of factor V. In addition, the lipid-binding lectin discoidin I, human and murine milk fat globule proteins, and a putative neuronal cell adhesion molecule from *Xenopus laevis* share amino acid sequence similarity to the factor VIII C domains.[10-12] The B domain is unique in that it exhibits no significant homology with any other known protein.

*Biosynthesis of factor VIII.* Several tissues have the potential of expressing the factor VIII gene. Factor VIII mRNA has been demonstrated in a variety of tissues, including spleen, lymph nodes, liver, and kidney.[13-15] Transplantation studies in hemophilic animals showed that organs such as lung and spleen indeed contribute to the presence of circulating factor VIII.[16,17] However, the liver most likely provides the primary source of factor VIII. This view is supported by liver perfusion[18,19] and by liver transplantation studies in both animals and humans.[20-22] A number of cases concerning hemophilic patients have been reported in which transplantation resulted in sustained, normalized levels of factor VIII.[21,22]

Several lines of evidence indicate that, within the liver, hepatocytes are the major factor VIII–producing cells. First, factor VIII mRNA is present in hepatocytes but not in sinusoidal cells.[13] Second, the promotor region of the factor VIII gene comprises responsive elements that are characteristic for hepatocyte-specific expression.[23] Finally, in immuno-ultrastructural studies factor VIII protein was detected in the rough endoplasmatic reticulum and the Golgi apparatus of hepatocytes.[24] It should be mentioned that other reports showed the presence of factor VIII in hepatic endothelium using histochemical techniques.[25-27] This is unexpected because these cells appear to

From the Departments of Plasma Protein Technology and Blood Coagulation, CLB, Sanquin Blood Supply Foundation, Amsterdam, The Netherlands.

Submitted June 5, 1997; accepted July 17, 1998.

Address reprint requests to Peter J. Lenting, PhD, Department of Plasma Protein Technology, CLB, Sanquin Blood Supply Foundation, Plesmanlaan 125, 1066 CX Amsterdam, The Netherlands; e-mail: P_Lenting@clb.nl.

© 1998 by The American Society of Hematology.
0006-4971/98/9211-0154$3.00/0

From www.bloodjournal.org by guest on November 20, 2017. For personal use only.



Fig 1. The lifespan of factor VIII. Factor VIII is synthesized by various tissues, including liver, kidney, and spleen, as an inactive single-chain protein. After extensive posttranslational processing, factor VIII is released into the circulation as a set of heterodimeric proteins. This heterogenous population of factor VIII molecules readily interacts with vWF, which is produced and secreted by vascular endothelial cells. Upon triggering of the coagulation cascade and subsequent generation of serine proteases, factor VIII is subject to multiple proteolytic cleavages. These cleavages are associated with dramatic changes of the molecular properties of factor VIII, including dissociation of vWF and development of biological activity. After conversion into its active conformation, and participation in the factor X activating complex, activated factor VIII rapidly looses its activity. This process is governed by both enzymatic degradation and subunit dissociation.

lack factor VIII mRNA. It is possible that the latter observation reflects surface binding of factor VIII or internalization rather than factor VIII biosynthesis.

*Secretion of factor VIII.* Studies on factor VIII biosynthesis and secretion have been limited by the lack of human cell lines that properly express significant amounts of factor VIII. Analysis of the factor VIII secretion process has therefore been restricted to autologous gene expression.[28] These studies showed that, in general, factor VIII is poorly expressed. Low expression is associated with a low level of steady-state mRNA[29] and inefficient secretion.[30] The initial stage of secretion involves the translocation of the mature 2332 amino acid polypeptide into the lumen of the endoplasmatic reticulum (ER), where $N$-linked glycosylation occurs. Within the ER, factor VIII appears to interact with a number of chaperone proteins, including calreticulin, calnexin, and the Ig-binding protein (BiP).[31-34] Due to the interaction with these chaperone proteins, a significant proportion of the factor VIII molecules is retained within the ER, thereby limiting the transport of factor VIII to the Golgi apparatus. The mechanism responsible for the transport from the ER to the Golgi apparatus is not elucidated yet. However, recent studies indicate that this step involves an intracellular membrane lectin: endoplasmatic reticulum-Golgi intermediate compartment-53 (ERGIC-53).[35]

Within the Golgi apparatus, factor VIII is subject to further processing, including modification of the $N$-linked oligosaccharides to complex-type structures, $O$-linked glycosylation, and sulfation of specific Tyr-residues (Fig 2). In addition, factor VIII is among the many proteins that undergoes intracelullar pro-

teolysis.[36-39] The middle part and the carboxyterminal region of the B domain comprise a motif (Arg-X-X-Arg), which is similar to the motif that is recognized by intracellular proteases of the subtilisin-like family.[38,39] The responsible endoprotease mediating intracellular factor VIII proteolysis, however, has not been identified. The Arg-X-X-Arg motif allows proteolysis at Arg[1313] and at Arg[1648]. The latter event disrupts the covalent linkage of the factor VIII heavy chain (A1-$a1$-A2-$a2$-B) and light chain ($a3$-A3-C1-C2), giving rise to the heterodimeric molecule that circulates in plasma.

The factor VIII heavy and light chain remain noncovalently associated through the A1 and A3 domain in a metal-ion–dependent manner.[7,40-42] Considering the structural homology of factor VIII to the copper-binding protein ceruloplasmin, it is not surprising that copper ions have been found in factor VIII as well.[43,44] One molecule of copper is present per molecule of factor VIII. Most likely, the copper-ion binding site is composed of residues His[265], Cys[310], His[315], and Met[320] within the A1 domain.[44] Binding of copper ions to this site may allow the A1 domain to adopt an A3-domain binding conformation. Alternatively, copper ions may directly bridge the A1 and A3 domain by interacting with both domains simultaneously. Whether only copper ions are involved in the association between heavy and light chain is unclear. Whereas in the absence of other metal ions copper ions are ineffective in promoting reassembly of dissociated heavy and light chain, calcium or manganese ions are considerably more efficient in this respect.[45-47a] However, specific activity of factor VIII dimers that were reassociated in

From www.bloodjournal.org by guest on November 20, 2017. For personal use only.

the presence of calcium ions, is markedly enhanced upon the addition of copper ions.[47a] Apparently, copper ions serve an auxiliary role to enhance cofactor function of factor VIII. These observations suggest that multiple sites may be involved in the association between heavy and light chain. Irrespective of the precise mechanism, it is clear that metal ions serve an important role in maintaining the heterodimeric structure of secreted factor VIII.

*Factor VIII secretion and hemophilia A.* Aberrant biosynthesis or secretion may result from several defects. Obviously, gross deletions or rearrangements may result in impaired transcription, RNA processing, or translation. No data are reported on the secretion of such gene products or on the stability within the circulation provided that these gene products are actually secreted. Defective secretion may further be caused by apparently minor gene defects like single missense mutations. Frequently known missense mutations associated with low levels of factor VIII are located in codon 2307, resulting in replacement of Arg[2307] by Gln or Leu.[48,49] Both mutations have been analyzed using recombinant factor VIII mutants expressed in mouse fibroblasts[50] and COS-1 monkey kidney cells.[51] Both proteins appear to be functionally normal, but are poorly secreted. The majority of the retained mutants are targeted into an ER-associated degradation pathway. The mechanism responsible for intracellular retention of these mutated factor VIII molecules is unknown.

Reduced levels of factor VIII protein may also result from defects located outside the factor VIII gene. One striking example concerns patients having combined factor V and VIII deficiency. The gene responsible for combined factors V and VIII deficiency has been mapped to the long arm of chromosome 18, between markers D18S849 and D18S1103,[52,53] whereas the genes for factors V and VIII are located at chromosomes 1 and X, respectively. Recently, the unknown gene has been idenfied to encode the intracellular membrane lectin ERGIC-53, a resident protein of the ER-Golgi intermediate compartment.[35] Indeed, affected individuals displayed mutations in this gene, in association with a complete lack of expression of ERGIC-53.[35] Apparently, ERGIC-53 contributes to the secretion process of factors V and VIII, presumably by acting as a chaperone protein. Identification of the underlying mechanism should provide more insight in the intracellular routing and secretion of both cofactors.

## ASSEMBLY OF THE FACTOR VIII-VON WILLEBRAND FACTOR (vWF) COMPLEX

*Binding sites for vWF.* Immediately after its release into the circulation, the factor VIII heterodimer interacts with its carrier protein vWF to form a tight, noncovalent complex. Each monomer of the multimeric vWF protein is able to bind one factor VIII molecule with high affinity (kd < 0.5 nmol/L).[54-57] In vivo, however, the stoichiometry is limited by the number of factor VIII molecules present, resulting in approximately a 1:50 ratio.

Two peptide regions of factor VIII are implicated to be involved in binding vWF: one at the aminoterminal end of intact factor VIII light chain,[55-59] and one at the carboxyterminal end (residues 2303-2332).[57,60-62] Using proteolytically derived fragments of factor VIII light chain, it was shown that both these

individual regions are capable of binding vWF.[57] However, the affinity of these fragments for vWF is markedly lower compared with the intact factor VIII heterodimer (two and three orders of magnitude for the aminoterminal and carboxyterminal end, respectively).[57] Apparently, both ends of factor VIII light chain act synergistically in the binding of vWF.

With respect to vWF binding to the aminoterminal region of factor VIII light chain, it appears that residues 1649 to 1671, thus including sulfated residue Tyr[1664], are dispensable for vWF binding.[57,63,64] In addition, the Arg[1689]-Ser[1690] cleavage site has to be intact,[57] suggesting that residues carboxyterminal of this thrombin cleavage site contribute to binding as well. Recombinant factor VIII synthesized in the presence of an inhibitor of sulfation displays reduced binding to vWF,[63,65] suggesting a role for sulfated Tyr[1680] in the interaction with the carier protein. Indeed, replacement of Tyr[1680] by Phe results in loss of high-affinity binding to vWF, allowing only a low-affinity interaction.[63,65,66] The presence of Tyr[1680] in its sulfated form thus contributes to optimal binding of factor VIII to vWF.

*Factor VIII interactions modulated by vWF.* One functional aspect of factor VIII-vWF complex formation may be to prevent premature binding of factor VIII to components of the factor X–activating complex. For instance, binding of factor VIII light chain to factor IXa is inhibited by vWF.[67] Because the affinity of factor VIII for vWF exceeds that for factor IXa by approximately 100-fold,[56,67] factor VIII highly favors vWF binding over factor IXa binding. The mechanism by which vWF inhibits factor IXa binding is not yet elucidated. Because binding of both proteins by factor VIII light chain seems to involve distinct parts of the molecule, it is unlikely that vWF competes with factor IXa for binding to the same site. Mechanisms that could contribute to inhibition include sterical hindrance and alteration of the factor VIII conformation so that factor IXa cannot bind.

Whereas factor IXa and vWF bind at different sites, vWF and phospholipids both bind to the C2-domain region 2303-2332.[62,68] Using a human anti–factor VIII antibody, it has been shown that these sites, although in very close proximity, do not completely overlap.[69] Nevertheless, the close proximity of these sites may explain the observations that binding of factor VIII to vWF is incompatible with factor VIII binding to membrane surfaces.[70-73] It should be noted that, in comparison with noncomplexed factor VIII, factor VIII in complex with vWF is less susceptible to proteolytic attack by various lipid-binding proteases.[74-77] These vitamin K–dependent serine proteases, which include activated protein C (APC) and factor Xa, require to assemble with factor VIII at a membrane surface for efficient proteolysis of factor VIII.[76,78] In contrast, thrombin displays proteolytic activity independent of a membrane surface. Indeed, vWF does not protect factor VIII against cleavage by thrombin.[79-81] Cleavage of factor VIII by thrombin results in loss of vWF binding and conversion of factor VIII into its active conformation.

*vWF and hemophilia A.* The association with vWF serves an important role in factor VIII physiology, as vWF functions as a stabilizer of the heterodimeric structure of factor VIII.[45,82-84] The physiological relevance of complex formation is particularly apparent in patients with von Willebrand disease (vWD) (type 3), who have no detectable vWF protein. Not only do these patients have a secondary deficiency of factor VIII, but

From www.bloodjournal.org by guest on November 20, 2017. For personal use only.

3986

they also have a considerably reduced half-life of intravenously administred factor VIII.[83,85-88] This phenotype is also observed in patients with vWD with the so-called Normandy variant, which is defined as type 2N. Despite normal levels of circulating vWF, factor VIII levels are severely reduced.[89,90] These patients harbor a mutation in the factor VIII–binding domain of vWF, which results in defective binding to vWF.

With regard to factor VIII, two distinct basepair substitutions have been reported that are associated with impaired complex assembly.[49,91,92] Both mutations result in the replacement of one single amino acid, Tyr[1680], and are associated with hemophilia A. So far, no mutations located within the C2 domain region have been reported that are associated with reduced affinity for vWF.

## ACTIVATION OF FACTOR VIII

*Cleavage sites associated with factor VIII activation.* Within the factor X–activating complex, the proteolytic activity of factor IXa is markedly enhanced by factor VIII. It has been well established that proteolysis of factor VIII is required for the generation of its cofactor activity.[79,93-97] The uncleaved factor VIII procofactor lacks the ability to enhance factor IXa activity.[47,98] Enzymes that are able to endow factor VIII with its cofactor activity include thrombin and factor Xa.[79,93,98-102] Thrombin cleaves factor VIII at one specific site within the light chain, Arg[1689], and at two sites in the heavy chain: Arg[372] and Arg[740] (Fig 3).[79] Proteolysis of factor VIII heavy chain by factor Xa involves three sites: Arg[336], and the two thrombin-cleavage sites Arg[372] and Arg[740] (Fig 3).[79] With regard to factor VIII light

chain, factor Xa is able to cleave at Arg[1689], a site that is shared with thrombin, but also at Arg[1721], a site that is specific for factor Xa.[79] It should be noted that this site is cleaved in human factor VIII, but not in porcine factor VIII.[103] It has been unclear whether cleavage at Arg[1721] contributes to factor VIII activation or inactivation, because prolonged incubation with factor Xa results in loss of factor VIII activity in parallel with cleavages at positions 336 and 1721.[79] This has been resolved by studying reassociated dimers of intact factor VIII heavy chain with either thrombin– or factor Xa–cleaved factor VIII light chain.[47] The resulting factor VIII dimers were functionally indistinguishable, demonstrating that factor Xa–cleavage of the light chain is not associated with inactivation. It has been reported that factor Xa–activated factor VIII displays less activity than thrombin-activated factor VIII.[79,98,102] Because cleavage of the light chain cannot be responsible for this phenomenon, this is most likely due to additional factor Xa–cleavage at Arg[336] in the factor VIII heavy chain.

Because activation of factor VIII involves proteolysis of both its heavy and light chain, it is of interest to compare the relative contribution of each cleavage to the development of factor VIII cofactor function. The contribution of cleavage at Arg[740] to factor VIII activation is limited, because mutations at this position do not interfere with factor VIII activation or function.[97] Selective cleavage of factor VIII at Arg[372] by a snake venom–derived protease generates a factor VIII molecule that displays 60% of the activity of fully activated factor VIII.[80] Factor VIII dimers cleaved within the light chain only have 25% to 30% of the activity displayed by fully activated factor



Fig 2. The factor VIII protein. Mature factor VIII consists of 2332 amino acids, which are arranged in a discrete domain structure: A1 (residues 1-336), A2 (373-710), B (741-1648), A3 (1690-2019), C1 (2020-2172), and C2 (2173-2332). The A domains are bordered by acidic regions *a1* (337-372), *a2* (711-740), and *a3* (1649-1689). Disulfide Bridges: Using B-domainless factor VIII, seven disulfide bonds have been identified: residues 153 and 179, 248 and 329 (A1 domain), 528 and 554, 630 and 711 (A2 domain), 1832 and 1858, 1899 and 1903 (A3 domain), and 2021 and 2169 (C1 domain).[196] Within the C2 domain, residues 2174 and 2326 most likely also form a disulfide bridge. Free cysteine-residues have been identified at positions 310, 692, and 2000.[196] Cys[528] and Cys[1858] may be present as free cysteines, because these residues are reactive toward a sulfhydryl-specific fluorphor.[197] With regard to the Cys-residues in the B-domain it is unknown whether they are free or linked. N-Linked Glycosylation: Factor VIII contains 25 consensus sequences (Asn-Xxx-Thr/Ser) that allow N-linked glycosylation. Using either full-length or B-domainless factor VIII, the majority of these sites have been shown to be glycosylated: residues 42 and 239 (A1 domain), residues 757, 784, 828, 900, 963, 1001, 1005, 1055, 1066, 1185, 1255, 1259, 1282, 1300, 1412, and 1442 (B domain), residue 1810 (A3 domain), and residue 2118 (C2 domain).[198-200] Nonglycosylated residues are present at positions 943 and 1384 (B domain) and at position 1685 (*a3* acidic region). Residue 582 (A2 domain) has been reported to be nonglycosylated in two studies,[199,200] whereas one study reported this residue to be partially glycosylated.[198] Finally, it remains to be investigated whether residue 1512 (B domain) is glycosylated. Tyrosine Sulfation: The acidic regions contain consensus sequences that allow sulfation of Tyr-residues at positions 346 (*a1* region), 718, 719, 723 (*a2* region), 1664, and 1680 (*a3* region). Analysis using recombinant proteins established that all sites indeed can be sulfated.

From www.bloodjournal.org by guest on November 20, 2017. For personal use only.



Fig 3. Limited proteolysis of factor VIII. The major part of factor VIII circulates as a set of heterogeneous dimers, consisting of a light (*a3*-A3-C1-C2) and heavy chain (A1-*a1*-A2-*a2*-B). The heavy chain is variably sized due to limited proteolysis within the B domain. Some of these cleavages may occur intracellularly at positions 1313 and 1648 (open downward arrows). Factor VIII can be converted into its active form by proteolysis in both the heavy and light chain by various serine proteases (closed downward arrows), including thrombin and factor Xa. Because proteolysis by factor Xa but not thrombin is inhibited by vWF, thrombin is probably the physiological activator of factor VIII. Proteolytic degradation of factor VIIIa proceeds through cleavages within the A1 and A2 domains by various serine proteases (upward arrows), and results in release of the *a1* acidic region and bisecting of the A2 domain. In contrast to what has previously been assumed, cleavages within the light chain by factor IXa or factor Xa do not result in inactivation of factor VIII, but contribute to the development of factor VIII cofactor activity.

VIII.[47,104] These findings allow the conclusion that both cleavage at Arg[372] and Arg[1689] are required to exert full cofactor activity. This view is supported by the observation that recombinant factor VIII mutants containing replacements at either Arg[372] or Arg[1689] are unable to correct the clotting time of factor VIII–deficient plasma.[97]

*Acidic regions.* With regard to the cleavage sites at positions 372, 740, and 1689, it is noteworthy that these residues are located at the carboxyterminal end of an acidic sequence interconnecting adjacent domains. These acidic regions (*a1*, *a2*, and *a3*, see Fig 2) contain several Tyr residues in a sequence that meets the consensus features for tyrosine sulfation.[105,106] Sulfated Tyr residues may serve a role in various processes, including protein-protein interactions.[106] Because thrombin is known to interact with a variety of acidic, sulfated sequences, it has been proposed that acidic regions within factor VIII serve a role in thrombin activation of factor VIII.[107] Replacement of Tyr[346] (*a1* region) or Tyr[1664] (*a2* region) indeed results in factor VIII mutants that are activated by thrombin less efficiently.[66] It should be mentioned that deletion of Tyr[1664] leaves the activation kinetics of factor VIII by thrombin unaffected.[108,109]

Replacement of Tyr-residues by Phe in the *a2* acidic region (residues 718, 719, and 723) did not affect thrombin activation, but rather resulted in mutants that displayed reduced ability to stimulate factor IXa enzymatic activity.[66] In contrast, recombinant factor VIII variants (both full-length and B-domainless) containing nonsulfated Tyr at these positions are activated normally and display full cofactor activity.[110,111] Although both approaches reveal apparently contrasting findings with regard to the effect of Tyr-sulfation in the *a2* region on factor VIII cofactor function, they allow the conclusion that sulfation of these Tyr-residues does not contribute to activation of factor VIII. However, the acidic nature of this *a2* sequence appears to be of importance for activation of factor VIII. First, a monoclonal antibody directed against *a2* inhibits thrombin activation of factor VIII, but does not interfere with factor VIII cofactor activity.[112,113] Secondly, deletion of *a2* or part thereof in B-domainless factor VIII results in molecules that require higher thrombin concentrations than normal factor VIII for efficient activation, but display normal factor VIII cofactor activity.[110,112] Interestingly, in both cases it was observed that reduced thrombin activation was caused by a reduced cleavage

efficiency at Arg[372] and Arg[1689], suggesting that the *a2* acidic region influences cleavage in remote regions in the factor VIII molecule. This hypothesis is supported by observations using a factor VIII chimera with a replacement in the *a2* region. In this chimeric molecule, residues 716-736 of *a2* have been replaced by a sequence that is known to have a high affinity for thrombin, ie, the amino acid sequence 51-80 of heparin cofactor II.[114] This chimeric protein proved more potent than normal factor VIII in correcting the clotting time of factor VIII–deficient plasma. The increased intrinsic activity is caused by an increased rate of thrombin cleavage at Arg[372] and Arg[1689] compared with normal factor VIII. Thus, these findings suggest that the *a2* region promotes proteolytic activation of factor VIII.

Apart from their role in thrombin activation, the acidic regions *a1* and *a3* contribute to factor VIII function also in an additional manner. The *a1* region has been described to be involved in maintaining the stability of the factor VIII heterotrimer[115] and in binding of factor X[116,117] (see Factor VIII Inactivation section). The *a3* region is important for high affinity binding of vWF (see Assembly of the Factor VIII-vWF Complex section). Further, factor VIII heterodimers consisting of uncleaved heavy and light chain do not posses any cofactor activity.[47,48] In contrast, factor VIII exclusively cleaved at position 1689, thus lacking the *a3* region, displays significant cofactor activity (approximately 25% of fully activated factor VIII).[47,104] Apparently, the acidic region *a3* functions as an activation peptide that needs to be cleaved off for exposure of cofactor activity.

*Defective activation and hemophilia A.* Mutations resulting in replacement of amino acids at the factor VIII activation sites should predispose to hemorrhagic diathesis. Indeed, missense mutations at Arg[372], Ser[373], and Arg[1689] are associated with hemophilia A.[49,118-124] With regard to the Arg[1689] mutation, biochemical data predict residual activity to be at least half of that of normal factor VIII, as cleavage at Arg[372] accounts for approximately 60% of total activity.[80] However, residual activity appears to range between <1% and ≈12%, thus lower than expected.[49] Several possibilities may be considered to explain this apparent discrepancy. First, due to substitution of Arg[1689], the vWF binding site including sulfated Tyr[1680] is not cleaved from the light chain. Therefore, the factor VIII–vWF complex may fail to dissociate upon thrombin treatment. As a conse-

From www.bloodjournal.org by guest on November 20, 2017. For personal use only.

quence, factor VIII is unable to interact with factor IXa and phospholipids, and thus cannot assemble into the factor X–activating complex (see below). Secondly, in most of the documented patients with a mutation at Arg[1689], this residue is replaced by a Cys.[49] This Cys-residue has the potential to form an extra disulfide bridge within the factor VIII light chain.[125,126] It seems conceivable that this results in misfolding within the factor VIII light chain, which precludes biological activity. Finally, residual activity may be affected by the type of amino acid substitution. This view is supported by the notion that a similar discrepancy exist for substitutions at Arg[372]. For instance, Arg[372] to Pro substitutions exclusively result in severe hemophilia A, whereas Arg[372] to His substitutions result in a mild to moderate phenotype.

## ASSEMBLY OF THE FACTOR X–ACTIVATING COMPLEX

*Regulation of complex assembly.* To activate factor X, factor IXa and factor VIIIa assemble into a membrane-bound complex. To maintain the hemostatic balance, this complex should only assemble after initiation of the coagulation cascade, implying that participation of factor VIII in this complex is subject to a delicate regulatory mechanism. In this regard, vWF plays a central role. Although factor IXa displays similar affinity for nonactivated and activated factor VIII,[127] the factor IXa binding site within nonactivated factor VIII is unlikely to be accesible when factor VIII is in complex with vWF.[67] Furthermore, binding of factor VIII to the membrane surface is inhibited by vWF,[70-73] suggesting that only activated factor VIII that is dissociated from vWF is able to bind to the membrane surface. However, it should be mentioned that the affinity of factor VIII for the membrane surface is dependent on the membrane composition, as affinities have been reported that differ 10- to 100-fold ($10^{-9}$ to $10^{-11}$ mol/L).[72,128-131] Thus, under particular conditions the affinity of vWF and the membrane surface for factor VIII is similar. Apparently, a delicate balance may exist between factor VIII being in complex with vWF or the membrane surface. Because in direct binding studies vWF prevents binding of factor VIII to the membrane surface,[70-73] a minor part of the factor VIII population probably is in complex with the membrane surface. This situation changes dramatically upon cleavage of factor VIII light chain, which results in a 1,600-fold decrease in affinity for vWF.[57] Because of this event, the balance will readily shift toward factor VIIIa binding to the membrane surface. This subsequently favors binding of factor IXa to factor VIIIa, which is no longer associated with vWF. Ultimately, this leads to the assembly of the membrane-bound factor VIIIa–factor IXa complex that activates factor X.

*The role of the membrane surface in complex assembly.* The notion that in the absence of a membrane surface the generation of factor Xa by the factor VIIIa–factor IXa complex is negligible[132] underscores the essential role of the membrane surface in the factor X–activating complex. The membrane surface may act in two distinct ways: first by positioning the enzyme-cofactor complex into an active conformation or, alternatively, by locating the enzyme and cofactor at the same site. At present, data have been reported that are in support of both mechanisms. On the one hand, it has been shown that the affinity of factor IXa for factor VIIIa is increased 2,000-fold in the presence of phospholipids,[133] which suggests that the

second mechanism is dominant. On the other hand, the affinity of (activated) factor VIII for factor IXa is reported to be similar in the presence (kd = $10^{-8}$ to $10^{-9}$ mol/L)[104,127,132,134,135] and absence (kd = $10^{-8}$ mol/L)[67,132] of a phospholipid surface. Gilbert and Arena[132] showed that in the presence of phospholipids the catalytic activity of the enzyme-cofactor complex is increased 1,500-fold. These data favor the view that the membrane surface positions the enzyme and cofactor in a conformation that allows efficient substrate cleavage.

*Location of factor IXa interactive sites.* The interaction between factor VIIIa and factor IXa has been investigated in several elegant studies using factor IXa molecules that carry a fluorescent-label in the active site.[127,134-139] It became evident that in the presence of phospholipids, factor VIIIa induces a conformational change in the factor IXa protease domain. In addition, maximal changes in the factor IXa protease domain require the presence of the factor VIIIa A2-domain,[134] suggesting that the A2 domain contains a factor IXa interactive site. Indeed, studies using a series of synthetic peptides showed that factor IXa binding can be attributed to the A2-domain sequence 558 to 565.[137] Furthermore, a region within the carboxyterminal part of the A2 domain (residues 698 to 710) also has been proposed to comprise a factor IXa–binding site.[140,141]

Besides factor VIII heavy chain, the light chain also contributes to factor IXa binding. In equilibrium binding studies, isolated factor VIII light chain proved to bind factor IXa with high affinity.[67] Moreover, factor VIII light chain and the intact factor VIII heterodimer are indistinguishable in terms of affinity for factor IXa, indicating that high-affinity binding to factor IXa is mediated by the factor VIII light chain. Binding of factor VIII light chain to factor IXa was found to be inhibited by the A3-domain directed monoclonal antibody CLB-CAg A, a strong inhibitor of factor VIII activity.[67,113,142] By using synthetic peptides, the A3-domain sequence 1811 to 1818 has been identified as a site that binds factor IXa.[142] Thus, interaction with factor IXa involves at least three sites on factor VIII: residues 558-565, 698-710, and 1811-1818.

*Three-dimensional model of factor VIII and factor IXa.* Three-dimensional representations of the enzyme and cofactor have been published, based on factor IXa crystallography[143] and factor VIII homology modeling[144,145] (Fig 4). So far, it is unknown which residues in the factor IXa molecule are involved in binding factor VIII. However, the location of these sites will fit with the location of their counterparts on the factor VIII molecule. Although the amino acid numbering suggests that the factor IXa–binding regions are located in completely different parts of the factor VIII protein, the three-dimensional model indicates that the factor IXa–binding sites are in close vicinity, and are exposed at the same side of the molecule (Fig 4). Matching of the factor VIII and factor IXa models suggests that factor IXa comprises distinct sites involved in factor VIIIa binding, interacting with the A2 or A3 domain. Factor VIIIa binding appears to be mediated by both the factor IXa light chain and protease domain. The involvement of the protease domain is in agreement with the observation by Bajaj et al[146,147] that the stimulation of factor IXa proteolytic activity by factor VIIIa is inhibited by a monoclonal antibody directed against the protease domain residues 231-265. This suggests that this protease domain region comprises a

From www.bloodjournal.org by guest on November 20, 2017. For personal use only.



Fig 4.   Model of the factor VIII and factor IXa molecules. Shown are representations of porcine factor IXa (Protein Data Bank accession code 1pfx) and the triplicated A-domains of human factor VIII (Hemophilia A web site, http://europium.mrc.rpms.ac.uk), which are derived from crystallography and homology modeling, respectively. Factor IXa binding region in the factor VIII A3 domain (residues 1811-1818) is shown in white, whereas the binding regions in the A2 domain (residues 558-565 and 698-710) are shown in dark and light blue, respectively (space-filling representations). These sites are in close vicinity, and are exposed at the same side of the molecule. The factor VIII A2 domain is required to induce significant changes within the factor IXa protease domain, indicating that it binds to the factor IXa protease domain. The A3 domain of factor VIII has been proposed to interact with the factor IXa light chain. Within the factor IXa light chain, residues 12, 64, 69, 78, 92, and 94 (see refs 150 to 155) are indicated (red, space-filling representation). These residues have been reported to be associated with an abnormal response to factor VIIIa in factor X activation.

factor VIII–binding site. However, recombinant factor IXa molecules in which residues in the antibody-binding epitope have been mutated combine a strongly reduced affinity for the antibody with normal biological activity.[148] Because normal activity is associated with normal factor VIII binding, these findings leave the exact location of the factor VIII binding site in the factor IXa heavy chain unidentified. Irrespective of its precise location, this site on the factor IXa heavy chain presumably interacts with the factor VIII A2 domain, because this domain induces the largest change in the conformation of the factor IXa active site.[134]

Assuming an interaction between the factor IXa protease domain and the factor VIII A2 domain, it seems conceivable that the A3 domain interacts with a region within the factor IXa light chain. This is in line with recent observations that the light chain of factor VIII binds to the light chain of factor IXa.[138,149] Furthermore, mutations within the factor IXa light chain have been described that are associated with an abnormal response to factor VIIIa in factor X activation.[150-154] These mutations are dispersed over the factor IXa light chain, indicating that

multiple sites may contribute to binding of the factor VIII A3 domain. Alternatively, some mutations may destabilize the factor VIII binding site by affecting the conformation of the factor IXa light chain. This latter possibility has been reported for two distinct factor IX mutations.[154,155]

Collectively, by combining biochemical data with the three-dimensional models of factor IXa and factor VIII, it appears that the factor VIII A2 domain binds to the factor IXa heavy chain, and the factor VIII A3 domain to the factor IXa light chain (Fig 4). It is of importance to realize that for factor VIII as well as for factor IXa the current models not fully represent the biologically active molecules. The factor IXa structure has been determined in the absence of calcium ions,[143] which are obligatory for optimal exposure of the factor VIII light chain binding site and of the catalytic centre.[133,155] The factor VIII model provided by Pemberton et al[145] comprises the A domains only and lacks the B and C domains and the acidic domain spacers. It cannot be excluded that these domains affect the structure of the A domains. In addition, this factor VIII model does not distinguish between the inactive procofactor or acti-

From www.bloodjournal.org by guest on November 20, 2017. For personal use only.

vated factor VIII. It is obvious that both factor VIII species will have different structural properties, because only factor VIII, which is cleaved at specific positions, is able to stimulate factor IXa activity. Despite these restrictions, both the factor VIII and factor IXa model provide an important basis for proper selection of residues that may be investigated for their contribution in the assembly of the factor VIII–factor IX complex.

*Factor IXa binding and hemophilia A.* Inspection of the hemophilia A database shows that several mutations have been reported that are in or close to the factor IXa binding sites: codons 558, 565, and 566, codons 698, 701, and 704 in the heavy chain, and codons 1789, 1796, 1823, and 1825 in the factor VIII light chain.[49] It seems reasonable to assume that the bleeding tendency which is associated with these mutations is caused by suboptimal assembly of the factor IXa–factor VIIIa complex. With regard to the 558 and 566 mutation, this view has been supported by studies using recombinant factor VIII.[156] Interestingly, a mutation outside the factor IXa–binding regions, ie, at codon Arg[527], also has been reported to be associated with inefficient stimulation of factor IXa proteolytic activity.[157,158] Examination of the three-dimensional model shows that Arg[527] is located in the immediate vicinity of the factor IXa binding sequence 558 to 565.[145] The exposure of this factor IXa binding site may be affected by substitution of Arg[527]. Alternatively, Arg[527] may be part of an extensive factor IXa–binding interface, involving multiple sites of the A2 domain.

## INACTIVATION OF FACTOR VIII

*Mechanisms of inactivation.* Downregulation of the factor X–activating complex may involve inactivation or inhibition of either the enzyme factor IXa or the cofactor, factor VIIIa. Inactivation of the cofactor comprises two distinct pathways: proteolytic degradation and spontaneous dissociation. Once activated, factor VIII cofactor activity is rapidly lost.[135,159-162] Compared with activated factor VIII, the procofactor is markedly more stabile, which is illustrated by its dissociation rate being 100-fold lower ($k_{diss} \approx 4$ to $6 \times 10^{-4}$ s$^{-1}$ and $4 \times 10^{-6}$ s$^{-1}$ for factor VIIIa and factor VIII, respectively).[47,163] The intrinsic instability of factor VIIIa can be attributed to the weak interaction between the A2 domain and the metal ion-linked A1/A3-C1-C2 dimer.[164-166] The kd for this interaction is approximately 0.2 µmol/L.[42] Because this value exceeds the factor VIII concentration in plasma 100- to 1,000-fold, equilibrium is in favor of the inactive, dissociated state of factor VIIIa.

Proteolytic degradation of factor VIIIa involves cleavages in the heavy chain at positions 336 and 562 by various enzymes, such as factor IXa, factor Xa, and APC.[74-79,167-170] Cleavage at position 336 in factor VIIIa releases *a1*, the acidic sequence that interconnects the A1 and A2 domain. Because of this release, the A2 domain dissociates more rapidly from the factor VIIIa heterotrimer.[115] This acidic spacer has been proposed to comprise a binding site for the substrate factor X,[116,117] indicating that release of this site results in impaired substrate binding. Thus, cleavage at Arg[336] affects both intramolecular (A2 domain dissociation) and intermolecular (factor VIII–factor X) interactions. Arg[562], which is part of the A2 domain sequence that comprises a factor IXa interactive site, is exclusively cleaved by APC.[168] It seems conceivable that loss of cofactor activity due

to cleavage at this site reflects the loss of the ability to interact with factor IXa.

One intriguing question is whether proteolytic degradation or spontaneous dissociation dominates the inactivation of factor VIII in vivo. At present the relative contribution of each mechanism to factor VIII inactivation is not fully understood, although some reports indicate that spontaneous dissociation is dominant.[162,171,172] This view is underscored by the observation that dissociation of the factor VIIIa heterotrimer may be accelerated by binding of the A2 domain to the low-density lipoprotein receptor-related protein.[173] To describe the process of factor VIIIa inactivation, it should further be considered that factor IXa plays a dual role. It stabilizes factor VIIIa by linking the A2 domain to the A3 domain,[137,142,159] and protects factor VIII against inactivation by APC.[136,167,174] On the other hand, under certain conditions factor IXa may inactivate factor VIIIa by cleavage at position 336,[169,170] a site that is shared with factor Xa and APC. The fact that factor IXa is involved both in stabilization and in inactivation of factor VIII complicates a final assessment of the regulatory role of factor IXa in intrinsic factor Xa formation.

*Defects in factor VIII inactivation.* Impaired inactivation of factor VIIIa or its homologue factor Va may be associated with a disturbed balance between procoagulant and anticoagulant systems. With respect to factor Va this view is supported by the notion that mutation at Arg[506], a site that is cleaved by APC, predisposes to venous thromboembolism.[175-178] It has been investigated whether patients displaying venous thromboembolism carry analogous mutations at the APC cleavage sites in factor VIII (ie, Arg[336] and Arg[562]),[179,180] However, this association has not been observed, which suggests that mutations at these positions are rare. Alternatively, such mutations may not predispose to thrombotic disorders, indicating that proteolytic inactivation of factor VIIIa is less important than inactivation of factor Va with regard to the hemostatic balance. This would be in agreement with the fact that murine factor VIII lacks the inactivation site at position 336.[15] In addition, in vitro data using genetically engineered factor VIII with mutations in the APC cleavage sites showed that these mutations were not associated with reduced clotting times in APC-resistance assays.[181]

Although APC-resistant factor VIII molecules have not been identified in patients, the possibility remains open that APC-resistance may modulate factor VIII inactivation in an indirect manner. Inactivation of factor VIII by APC is enhanced in the presence of the APC-cofactor protein S.[74,167] Several investigators have reported that the factor V procofactor enhances the cofactor effect of protein S in factor VIII inactivation.[162,182,183] This link between factor V and factor VIII inactivation becomes even more apparent by the finding of Váradi et al,[183] who reported that factor V, which carries the Arg[506] to Gln mutation, has impaired cofactor activity in APC– and protein S–dependent factor VIII inactivation. The physiological significance of this observation remains unclear. However, the possibility that APC-resistance also affects factor VIII inactivation is challenging and deserves further study.

Another intriguing finding is that APC-resistant factor V has the potential to bypass the absence of factor VIII activity to some extent in in vitro thrombin generation studies.[184] Therefore, it cannot be excluded that hemophilic patients which carry

From www.bloodjournal.org by guest on November 20, 2017. For personal use only.

Case 1:17-cv-01316-RGA-SRF Document 158-1 Filed 12/28/18 Page 22 of 241 PageID #: 25943

the factor V Arg[506] to Gln mutation display a less severe phenotype than expected. This indeed has been shown for some hemophilic patients as described by Nichols et al.[185] However, Arbini et al[186] did not find an association between the presence of APC-resistant factor V and the severity of the bleeding tendency in a population of 295 hemophilic patients. The ability of APC-resistant factor V to bypass factor VIII deficiency may be restricted to specific, thus far unrecognized conditions.

## CLEARANCE OF FACTOR VIII

At present, little is known about the mechanism by which factor VIII is cleared from the circulation. Obviously, vWF serves an important role, because in patients with severe vWD the factor VIII half-life is considerably decreased.[83,86-88] As vWF protects factor VIII against proteolytic degradation in vitro (see Assembly of the Factor VIII–vWF Complex section), it cannot be excluded that the decreased half-life in the absence of vWF factor is associated with proteolytic degradation of factor VIII. However, experimental data in support of this possibility are lacking thus far. Another explanation for the rapid clearance could be binding of noncomplexed factor VIII to the surface of cells. In this respect it is of interest to mention that hepatic endothelial cells have been reported to contain factor VIII protein, but not its mRNA (see Biosynthesis and Secretion of Factor VIII section). It may be noteworthy that the copper-binding protein ceruloplasmin, which is structurally related to the factor VIII A domains, is internalized in the hepatic endothelial cells through a receptor-mediated process.[187] It seems possible that factor VIII is taken up by hepatic endothelium by a similar mechanism.

Because the effect of factor V proteolysis on its survival has been investigated in a nonhuman primate model,[188] it is of interest to compare factor VIII survival with that of factor V. Whereas the half-life of the factor V procofactor is approximately 14 hours, the half-life of its thrombin-activated derivative is dramatically different. The heavy and light chain are cleared very rapidly ($t_{1/2} < 20$ minutes). The half-life for factor V light chain is remarkably close to the half-life of 10 minutes reported for the isolated light chain of factor VIII after infusion into hemophilic dogs.[189] Perhaps, clearance of both proteins involves a similar mechanism. Clearance of the factor V activation peptide, ie, the B domain, is considerably slower ($t_{1/2} > 30$ hours),[188] suggesting a previously unrecognized role of this domain in preventing premature clearance of factor V. Whether this is also true for the factor VIII B domain is not clear. The half-lifes of normal factor VIII and B-domain deleted factor VIII are similar in hemophilic patients[190] as well as in hemophilic dogs,[87,191,192] indicating that the B domain does not contribute to factor VIII survival. However, it is important to note that these data reflect factor VIII survival in the presence of vWF. Therefore, it would be of interest to investigate survival of B-domainless factor VIII in patients with vWD type 3.

## FUTURE DIRECTIONS

Structure-function studies have contributed significantly to our current understanding of factor VIII biology and the molecular background of hemophilia A. As such this has provided the basis for the development of second generation recombinant factor VIII molecules that may find a therapeutical application. Pertinent to this point are the B-domain–deleted factor VIII variants, which are subject to clinical (factor VIII-SQ)[190] or preclinical[108,191,192] testing. Furthermore, various factor VIII variants have been designed which in the future may be particular useful in the treatment of hemophilia A. Variants have been described which are less prone to inhibitor neutralization.[193,194] Other examples include variants with enhanced hemostatic potency[114] or stability.[195]

Despite the rapid accumulation of information regarding the structure and function of factor VIII, a number of questions remain to be answered. For instance, it is still unclear why factor VIII becomes a potent cofactor of factor IXa once it is cleaved within the heavy and light chain. What is the structural basis for such a dramatic increase in biological activity? How does factor VIIIa, together with the membrane surface, push factor IXa into an extremely potent configuration? It seems obvious that studies on three-dimensional modeling techniques based on crystal structures of factor VIII or factor VIII fragments complexed with their ligands (eg, factor IX) should provide a solid basis for a better understanding of the molecular aspects of factor VIII function and dysfunction. Because both factor VIII and factor IX are now potentially available in substantial quantities, determination of the crystal structure of complexes comprising wild-type or mutant proteins should be feasible and undoubtedly will lead to significant advances in this field. This approach will also facilitate the design of antagonistic inhibitors of the factor VIII system, which could provide novel anticoagulants for the treatment of thrombotic disorders.

The question of why exposure to factor VIII concentrates is associated with allo-immune reponses in some of the hemophilia A patients remains unanswered. What is the mechanism that causes these adverse reactions? Why and how is the immune system challenged under these conditions? Why do certain specific polypeptide regions of the factor VIII molecule play a prominent role in these immune reactions? Finally, little is known about the origin and expression of factor VIII at the cellular level. Which mechanisms trigger the specific cellular responses that govern elevations of the factor VIII plasma level under a variety of clinical conditions? Similarly, the mechanism of factor VIII clearance is an unexplored subject. Finding the answers to these questions is not only of fundamental, merely scientific appeal, but also has the potential of further improving our current strategies for the treatment of hemophilia A.

## ACKNOWLEDGMENT

We express our gratitude to Drs W.G. van Aken, J. Voorberg, O.D. Christophe, and K. Fijnvandraat for helpful discussions and critical reading of the manuscript. We also thank Dr G. Kemball-Cook for providing the coordinates of the factor VIII.

## REFERENCES

1. Rosner F: Hemophilia in the talmud and rabbinic writings. Ann Intern Med 70:833, 1969
2. Sadler JE, Davie EW: Hemophilia A, Hemophilia B, and von Willebrand's disease, in Stamatoyannopoulos G, Nienhuis A, Leder P, Majerus P (eds): The Molecular Basis of Blood Diseases. Philadelphia, PA, Saunders, 1987, p 576
3. Patek AJ, Taylor FHL: Hemophilia. II. Some properties of a

From www.bloodjournal.org by guest on November 29, 2017. For personal use only.

substance obtained from normal plasma effective in accelerating the clotting of hemophilic blood. J Clin Invest 16:113, 1937

4. Mann KG, Nesheim ME, Church WR, Haley P, Krishnaswamy S: Surface dependent reactions of the vitamin K-dependent enzyme complexes. Blood 76:1, 1990

5. Gitschier J, Wood WI, Goralka TM, Wion KL, Chen EY, Eaton DH, Vehar GA, Capon DJ, Lawn RM: Characterization of the human factor VIII gene. Nature 312:326, 1984

6. Wood WI, Capon DJ, Simonson CC, Eaton DL, Gitschier J, Keyt B, Seeburg PH, Smith DH, Hollingshead P, Wion KL, Delwart E, Tuddenham EGD, Vehar GA, Lawn RM: Expression of active human factor VIII from recombinant DNA clones. Nature 312:330, 1984

7. Vehar GA, Keyt B, Eaton D, Rodriguez H, O'Brien DP, Rotblat F, Oppermann H, Keck K, Wood WI, Harkins RN, Tuddenham EGD, Lawn RM, Capon DJ: Structure of human factor VIII. Nature 312:337, 1984

8. Toole JJ, Knopf JL, Wozney JM, Sultzman LA, Bueker JL, Pittman DD, Kaufman RD, Brown E, Shoemaker C, Orr EC, Amphlett GW, Foster WB, Coe ML, Knutson GJ, Fass DN, Hewick RM: Molecular cloning of a cDNA encoding human antihaemophilic factor. Nature 312:342, 1984

9. Church WR, Jernigan RL, Toole J, Hewick RM, Knopf J, Knutson GJ, Nesheim ME, Mann KG, Fass DN: Coagulation factors V and VIII and ceruloplasmin constitute a family of structurally related proteins. Proc Natl Acad Sci USA 81:6934, 1984

10. Stubbs JD, Lekutis C, Singer KL, Bui A, Yuzuki D, Srinivasan U, Parry G: cDNA cloning of a mouse mammary epithelial cell surface protein reveals the existence of epidermal growth factor-like domains linked to factor VIII-like sequences. Proc Natl Acad Sci USA 87:8417, 1990

11. Larocca D, Peterson JA, Urrea R, Kuniyoshi J, Bistrain AM, Ceriani RL: A $M_r$ 46,000 human milk fat globule protein that is highly expressed in human breast tumors contains factor VIII-like domains. Cancer Res 51:4994, 1991

12. Takagi S, Hirata T, Agata K, Mochii M, Eguchi G, Fujisawa H: The A5 antigen, a candidate for the neuron recognition molecule, has homologies to complement proteins and coagulation factors. Neuron 7:295, 1991

13. Wion KL, Kelly D, Summerfield JA, Tuddenham EGD, Lawn RM: Distribution of factor VIII mRNA and antigen in human liver and other tissues. Nature 317:726, 1985

14. Levinson B, Kenwrick S, Gamel P, Fisher K, Gitschier J: Evidence for a third transcript from the human factor VIII gene. Genomics 14:585, 1992

15. Elder B, Lakich D, Gitschier J: Sequence of the murine factor VIII cDNA. Genomics 16:374, 1993

16. Groth CG, Hathaway WE, Gustafsson A, Geis WP, Putnam CW, Bjorken C, Porter KA, Starzl TE: Correction of coagulation in the hemophilic dog by transplantaion of lymphatic tissue. Surgery 75:725, 1974

17. Veltkamp JJ, Asfaou E, van der Torren E, van der Does JA, van Tilburg NH, Pauwels EKJ: Extrahepatic factor VIII synthesis. Lung transplants in hemophilic dogs. Transplantation 18:56, 1974

18. Shaw E, Giddings JC, Peake IR, Bloom AL: Synthesis of procoagulant factor VIII, factor VIII-related antigen, and other coagulation factors by the isolated perfused rat liver. Br J Haematol 41:585, 1979

19. Owen CA, Bowie EJW, Fass DN: Generation of factor VIII coagulant activity by isolated, perfused neonatal pig livers and adult rat livers. Br J Haematol 43:307, 1979

20. Marchioro TL, Hougie C, Ragde H, Epstein RB, Thomas ED: Hemophilia: Role of organ homografts. Science 163:188, 1969

21. Lewis JH, Bontempo FA, Spero JA, Gorenc TJ, Ragni MV, Starzl TE: Liver transplantation in a hemophiliac. N Engl J Med 312:1189, 1985

22. Bontempo FA, Lewis JH, Gorenc TJ, Spero JA, Ragni MV, Scott JP, Starzl TE: Liver transplantation in hemophilia A. Blood 69:1721, 1987

23. Figueiredo MS, Brownlee GG: cis-Acting elements and transcription factors involved in the promotor activity of the human factor VIII gene. J Biol Chem 270:11828, 1995

24. Zelechowska MG, van Mourik JA, Brodniewicz-Proba T: Ultra-structural localization of factor VIII procoagulant antigen in liver hepatocytes. Nature 317:729, 1985

25. Stel HV, van der Kwast TH, Veerman ECI: Detection of factor VIII/coagulant antigen in human liver tissue. Nature 303:530, 1983

26. van der Kwast TH, Stel HV, Cristen E, Bertina RM, Veerman ECI: Localization of factor VIII-procoagulant antigen: An immunohistological survey of the human body using monoclonal antibodies. Blood 67:222, 1986

27. Kadhom N, Wolfrom C, Gautier M, Allain JP, Frommel D: Factor VIII procoagulant antigen in human tissues. Thromb Haemost 59:289, 1988

28. Kaufman RJ, Pipe SW, Tagliavacca L, Swaroop M, Moussalli M: Biosynthesis, assembly and secretion of coagulation factor VIII. Blood Coagul Fibrinol 8:S3, 1997 (suppl 2)

29. Kaufman, RJ, Wasley LC, Davies MV, Wise RJ, Israel DI, Dorner AJ: Effect of von Willebrand factor coexpression on the synthesis and secretion of factor VIII in Chinese hamster ovary cells. Mol Cell Biol 9:1233, 1989

30. Dorner AJ, Bole DG, Kaufman RJ: The relationship of N-linked glycosylation and heavy chain-binding protein association with the secretion of glycoproteins. J Cell Biol 105:2665, 1987

31. Dorner AJ, Wasley LC, Kaufman RJ: Increased synthesis of secreted proteins induces expression of glucose regulated proteins in butyrate treated CHO cells. J Biol Chem 264:20602, 1989

32. Marquette KA, Pittman DD, Kaufman RJ: A 110 amino acid region within the A1 domain of coagulation factor VIII inhibits secretion from mammalian cells. J Biol Chem 270:10297, 1995

33. Swaroop M, Moussalli M, Pipe SW, Kaufman RJ: Mutagenesis of a potential immunoglobulin-binding-protein-binding site enhances secretion of coagulation factor VIII. J Biol Chem 272:24121, 1997

34. Pipe SW, Morris JA, Shah J, Kaufman RJ: Differential interaction of coagulation factor VIII and factor V with protein chaperones calnexin and calreticulin. J Biol Chem 273:8537, 1998

35. Nichols WC, Seligsohn U, Zivelin A, Terry VH, Hertel CE, Wheatly MA, Moussalli MJ, Hauri HP, Ciavarella N, Kaufman RJ, Ginsburg D: Mutations in the ER-Golgi intermediate compartment protein ERGIC-53 cause combined deficiency of coagulation factors V and VIII. Cell 93:61, 1998

36. Kaufman RJ, Wasley LC, Dorner AJ: Synthesis, processing, and secretion of recombinant human factor VIII expressed in mammalian cells. J Biol Chem 263:6352, 1988

37. van de Ven WJM, Voorberg J, Fontijn R, Pannekoek H, van den Ouweland AMW, van Duijnhoven HLP, Roebroek AJM, Siezen RJ: Furin is a subtilisin-like proprotein processing enzyme in higher eukaryotes. Mol Biol Rep 14:265, 1990

38. Hutton JC: Subtilisin-like proteinases involved in the activation of proprotein of the eukaryotic secretory pathway. Curr Opin Cell Biol 2:1131, 1990

39. Barr PJ: Mammalian subtilisins: The long-sought dibasic processing endoproteases. Cell 66:1, 1991

40. Fass DN, Knutson GJ, Katzmann JA: Monoclonal antibodies to porcine factor VIII procoagulant and their use in the isolation of active coagulant protein. Blood 59:594, 1982

41. Fay PJ, Anderson MT, Chavin SI, Marder VJ: The heterodimeric structure of human factor VIII and changes produced by thrombin interaction. Biochim Biophys Acta 871:268, 1986

42. Fay PJ, Smudzin TM: Characterization of the interaction be-

From www.bloodjournal.org by guest on November 20, 2017. For personal use only.

tween the A2 subunit and A1/A3-C1-C2 dimer in human factor VIIIa. J Biol Chem 267:13246, 1992

43. Bihoreau N, Pin S, de Kersabiec AM, Vidot F, Fontaine-Aupart MP: Copper-ion identification in the active and inactive forms of plasma-derived FVIII and recombinant FVIII-△II. Eur J Biochem 220:41, 1994

44. Tagliavacca L, Moon N, Dunham WR, Kaufman RJ: Identification and functional requirement of Cu(I) and its ligands within coagulation factor VIII. J Biol Chem 272:27428, 1997

45. Fay PJ: Reconstitution of human factor VIII from isolated subunits. Arch Biochem Biophys 262:525, 1988

46. Nordfang O, Ezban M: Generation of active coagulation factor VIII from isolated subunits. J Biol Chem 263:1115, 1988

47. Donath MJSH, Lenting PJ, van Mourik JA, Mertens K: The role of cleavages at positions Arg[1689] and Arg[1721] in subunit interaction and activation of human factor VIII. J Biol Chem 270:3648, 1995

47a. Sudkahar K, Fay PJ: Effects of copper on the structure and function of factor VIII subunits: Evidence for an auxiliary role for copper ions in cofactor activity. Biochemistry 37:6874, 1998

48. Gitschier J, Wood WI, Shuman MA, Lawn RM: Identification of a missense mutation in the factor VIII gene of a mild hemophiliac. Science 232:1415, 1986

49. Kemball-Cook G, Tuddenham EGD: The factor VIII mutation database on the world wide web: the haemophilia A mutation, search, test and resource site. Hamsters update (version 3.0, http://europium.mrc.rpms.ac.uk). Nucleic Acids Res 25:128, 1997

50. Voorberg J, de Laaf RTM, Koster PM, van Mourik JA: Intracellular retention of a factor VIII protein with an Arg[2307]→Gln mutation as a cause of haemophilia A. Biochem J 318:931, 1996

51. Pipe SW, Kaufman RJ: Factor VIII C2 domain missense mutations exhibit defective trafficking of biological functional proteins. J Biol Chem 271:25671, 1996

52. Nichols WC, Seligsohn U, Zivelin A, Terry V, Arnold ND, Siemieniak DR, Kaufman RJ, Ginsburg D: Linkage of combined factors V and VIII deficiency to chromosome 18q by homozygosity mapping. J Clin Invest 99:596, 1997

53. Neerman-Arbez M, Antonarakis SE, Blouin JL, Zeinali S, Akhtari M, Afshar Y, Tuddenham EG: The locus for combined factor V-factor VIII deficiency (F5F8D) maps to 18q21, between D18S849 and D18S1103. Am J Hum Genet 61:143, 1997

54. Lollar P, Hill-Eubanks DC, Parker CG: Association of the factor VIII light chain with von Willebrand factor. J Biol Chem 263:10451, 1988

55. Vlot AJ, Koppelman SJ, van den Berg MH, Bouma BN, Sixma JJ: The affinity and stoichiometry of binding of human factor VIII to von Willebrand factor. Blood 85:3150, 1995

56. Leyte A, Verbeet MP, Brodniewicz-Proba T, van Mourik JA, Mertens K: The interaction between human blood coagulation factor VIII and von Willebrand factor. Biochem J 257:679, 1989

57. Saenko EL, Scandella D: The acidic region of the factor VIII light chain and the C2 domain together form the high affinity binding site for von Willebrand factor. J Biol Chem 272:18007, 1997

58. Foster PA, Fulcher CA, Houghten RA, Zimmerman TS: An immunogenic region within residues Val1670-Glu1684 of the factor VIII light chain induces antibodies which inhibit binding of factor VIII to von Willebrand factor. J Biol Chem 263:5230, 1988

59. Precub JW, Kline BC, Fass DN: A monoclonal antibody to factor VIII inhibits von Willebrand factor binding and thrombin cleavage. Blood 77:1929, 1991

60. Shima M, Scandella D, Yoshioka A, Nakai H, Tanaka I, Kamisau S, Terada S, Fukui H: A factor VIII neutralizing monoclonal antibody and a human inhibitor alloantibody recognizing epitopes in the C2 domain inhibit factor VIII binding to von Willebrand factor and to phosphatidylserine. Thromb Haemost 69:240, 1993

61. Shima M, Nakai H, Scandella D, Tanaka I, Sawamoto Y,

Kamisue S, Morichika S, Murakami T, Yoshioka A: Common inhibitory effects of human anti-C2 domain inhibitor alloantibodies on factor VIII binding to von Willebrand factor. Br J Haematol 91:714, 1995

62. Saenko EV, Shima M, Rajalakshmi KJ, Scandella D: A role for the C2 domain of factor VIII in binding to von Willebrand factor. J Biol Chem 269:11601, 1994

63. Leyte A, van Schijndel HB, Niehrs C, Huttner WB, Verbeet MP, Mertens K, van Mourik JA: Sulphation of Tyr[1680] of human blood coagulation factor VIII is essential for the interaction of factor VIII with von Willebrand factor. J Biol Chem 266:740, 1991

64. Meulien P, Faure T, Mischler F, Harrer H, Ulrich P, Bouderbala B, Dott K, Marie MS, Mazurier C, Wiesel ML, van der Pol H, Cazenave JP, Courtney M, Pavirani A: A new recombinant procoagulant protein derived from the cDNA encoding human factor VIII. Protein Eng 2:301, 1988

65. Pittman DD, Wang JH, Kaufman RJ: Identification and functional importance of tyrosine sulfate residues within recombinant factor VIII. Biochemistry 31:3315, 1992

66. Michnick DA, Pittman DD, Wise RJ, Kaufman RJ: Identification of individual tyrosine sulfation sites within factor VIII required for optimal activity and efficient thrombin cleavage. J Biol Chem 269: 20095, 1994

67. Lenting PJ, Donath MJSH, van Mourik JA, Mertens K: Identification of a binding site for blood coagulation factor IXa on the light chain of human factor VIII. J Biol Chem 269:7150, 1994

68. Foster PA, Fulcher CA, Houghten RA, Zimmerman TS: Synthetic factor VIII peptides with amino acid sequences contained within the C2 domain of factor VIII inhibit factor VIII binding to phosphatidyl serine. Blood 75:1999, 1990

69. Saenko EL, Shima M, Gilbert GE, Scandella D: Slowed release of thrombin-cleaved factor VIII from von Willebrand factor by a monoclonal and a human antibody is a novel mechanism for factor VIII inhibition. J Biol Chem 271:27424, 1996

70. Andersson LO, Brown JE: Interaction of factor VIII-von Willebrand factor with phospholipid vescicles. Biochem J 200:161, 1981

71. Nesheim M, Pittman DD, Giles AR, Fass DN, Wang JH, Slonosky D, Kaufman RJ: The effect of plasma von Willebrand factor on the binding of human factor VIII to thrombin-activated platelets. J Biol Chem 266:17815, 1991

72. Gilbert GE, Drinkwater D, Barter S, Clouse SB: Specificity of phosphatidylserine-containing membrane binding sites for factor VIII. J Biol Chem 267:15861, 1992

73. Saenko EL, Scandella D: A mechanism for inhibition of factor VIII binding to phospholipid by von Willebrand factor. J Biol Chem 270:13826, 1995

74. Koedam J, Meijers J, Sixma J, Bouma B: Inactivation of human factor VIII by activated protein C: Cofactor activity of protein S and protective effect of von Willebrand factor. J Clin Invest 82:1236, 1988

75. Rick ME, Esmon N, Krizek D: Factor IXa and von Willebrand factor modify the inactivation of factor VIII by activated protein C. J Lab Clin Med 115:415, 1990

76. Koedam JA, Hamer RJ, Beeser-Visser NH, Bouma BN, Sixma JJ: The effect of von Willebrand factor on activation of factor VIII by factor Xa. Eur J Biochem 189:229, 1990

77. Fay PJ, Coumans J-V, Walker FJ: von Willebrand factor mediates protection of factor VIII from activated protein C-catalysed inactivation. J Biol Chem 266:2172, 1991

78. Fay PJ, Walker FJ: Inactivation of human factor VIII by activated protein C: Evidence hat the factor VIII light chain contains the activated protein C binding site. Biochim Biophys Acta 994:142, 1989

79. Eaton D, Rodriguez H, Vehar GA: Proteolytic processing of human factor VIII. Biochemistry 25:505, 1986

80. Hill-Eubanks DC, Parker CG, Lollar P: Differential proteolytic activation of factor VIII-von Willebrand factor complex by thrombin. Proc Natl Acad Sci USA 86:6508, 1989

From www.bloodjournal.org by guest on November 20, 2017. For personal use only.

81. Esmon CT, Lollar P: Involvement of thrombin anion-binding exosites 1 and 2 in the activation of factor V and factor VIII. J Biol Chem 271:13882, 1996

82. Weiss HJ, Sussman II, Hoyer LW: Stabilization of factor VIII in plasma by the von Willebrand factor. J Clin Invest 60:390, 1977

83. Tuddenham EGD, Lane RS, Rotblat F, Johnson AJ, Snape TJ, Middleton S, Kernoff PBA: Response to infusions of polyelectrolyte fractionated human factor VIII concentrate in human haemophilia A and von Willebrand's disease. Br J Haematol 52:259, 1982

84. Wise RJ, Dorner AJ, Krane M, Pittman DD, Kaufman RJ: The role of von Willebrand factor multimers and propeptide cleavage in binding and stabilization of factor VIII. J Biol Chem 266:21948, 1991

85. Mannucci PM, Tenconi PM, Castaman G, Rodeghiero F: Comparison of four virus-inactivated plasma concentrates for treatment of severe von Willebrand disease: A cross-over randomized trial. Blood 79:3130, 1992

86. Over J, Sixma JJ, Bouma BN, Vlooswijk RAA, Beeser-Visser NH: Survival of factor VIII in von Willebrand's disease. J Lab Clin Med 97:332, 1981

87. Brinkhous KM, Sandberg H, Garris JB, Mattson C, Palm M, Griggs T, Read MS: Purified human factor VIII procoagulant protein: Comparative hemostatic response after infusions into hemophilic and von Willebrand disease dogs. Proc Natl Acad Sci USA 82:8752, 1985

88. Morfini M, Mannucci PM, Tenconi PM, Longo G, Mazzucconi MG, Rodeghiero F, Ciavarella N, De Rosa V, Arter A: Pharmacokinetics of monoclonally-purified and recombinant factor VIII in patients with severe von Willebrand disease. Thromb Haemost 70:270, 1993

89. Nishino M, Girma JP, Rothschild C, Fressinaud E, Meyer D: New variant of von Willebrand disease with defective binding to factor VIII. Blood 74:1591, 1989

90. Mazurier C, Diveval J, Jorieux S, Delobel J, Goudemand M: A new von Willebrand factor defect in a patient with factor VIII deficiency but with normal levels and multimeric patterns of both plasma and platelet von Willebrand factor. Blood 75:20, 1990

91. Higuchi M, Wong C, Kochhan L, Aronis S, Kasper CK, Kazazian HH, Antonarakis SE: Mutations in the factor VIII gene by direct sequencing of amplified genomic DNA. Genomics 6:65, 1990

92. Traystmann MD, Higuchi M, Kasper CK, Antonarakis SE, Kazazian HH: Use of denaturating gradient gel electrophoresis to detect point mutations in the factor VIII gene. Genomics 6:293, 1990

93. Vehar G, Davie EW: Preparation and properties of bovine FVIII (anti-hemophilic factor). Biochemistry 19:401, 1980

94. Fass DN, Knutson GJ, Katzmann J: Monoclonal antibodies to porcine factor VIII coagulant and their use in the isolation of active coagulant protein. Blood 59:594, 1982

95. Fulcher C, Zimmerman T: Characterization of the human FVIII procoagulant protein with a heterologous precipitating antibody. Proc Natl Acad Sci USA 79:1648, 1982

96. Rotblat F, O'Brien SDP, O'Brien FJ, Goodall AH, Tuddenham EGD: Purification of factor VIII:C and its characterization by western blotting using monoclonal antibodies. Biochemistry 24:4294, 1985

97. Pittman DD, Kaufman RJ: Proteolytic requirements for thrombin activation of anti-haemophilic factor (FVIII). Proc Natl Acad Sci USA 85:2429, 1988

98. Lollar P, Knutson GJ, Fass DN: Activation of porcine FVIII:C by thrombin and factor Xa. Biochemistry 24:8056, 1985

99. Hoyer LW, Trabold NC: The effect of thrombin on human factor VIII. J Lab Clin Med 97:50, 1981

100. Mertens K, Bertina RM: Activation of human blood coagulation factor VIII by activated factor X, the common product of the intrinsic and the extrinsic pathway of blood coagulation. Thromb Haemost 47:96, 1982

101. Griffith MJ, Reisner H, Lundblad R, Roberts HR: Measurement of human factor IXa activity in an isolated factor X activating system. Thromb Res 27:289, 1982

102. Neuenschwander PF, Jesty J: Thrombin-activated and factor Xa-activated factor VIII: Differences in cofactor activity and decay rate. Arch Biochem Biophys 296:426, 1992

103. Parker ET, Pohl J, Blackburn MN, Lollar P: Subunit structure and function of porcine factor Xa-activated factor VIII. Biochemistry 36:9365, 1997

104. Regan LM, Fay PJ: Cleavage of factor VIII light chain is required for maximal generation of factor VIIIa activity. J Biol Chem 270:8546, 1995

105. Hortin G, Folz R, Gordon JI, Strauss AW: Characterization of sites of tyrosine sulfation in proteins and criteria for predicting their occurence. Biochem Biophys Res Commun 141:326, 1986

106. Huttner WB: Tyrosine sulfation and the secretory pathway. Annu Rev Physiol 50:363, 1988

107. Hortin GL, Benutto BM: Inhibition of thrombin clotting activity by synthetic peptide segments of its inhibitors and substrates. Biochem Biophys Res Commun 169:437, 1990

108. Donath MJSH, de Laaf RTM, Biessels PTM, Lenting PJ, van de Loo JW, van Mourik JA, Voorberg J, Mertens K: Characterization of des-(741-1668)-factor VIII, a single-chain factor VIII variant with a fusion site susceptible to proteolysis by thrombin and factor Xa. Biochem J 312:49, 1995

109. Bihoreau N, Paolantonacci P, Bardelle C, Fontaine-Aupart MP, Krishnan S, Yon J, Romet-Lemonne JL: Structural and functional characterization of factor VIII-ΔII, a new recombinant factor VIII lacking most of the B-domain. Biochem J 277:23, 1991

110. Kjalke M, Heding A, Talbo G, Persson E, Thomsen J, Ezban M: Amino acid residues 721-729 are required for full factor VIII activity. Eur J Biochem 234:773, 1995

111. Mikkelsen J, Thomsen J, Ezban M: Heterogeneity in tyrosine sulfation of chinese hamster ovary cell produced recombinant factor VIII. Biochemistry 30:1533, 1991

112. Donath MJSH, Lenting PJ, van Mourik JA, Mertens K: Kinetics of factor VIII light-chain cleavage by thrombin and factor Xa. Eur J Biochem 240:365, 1996

113. Leyte A, Mertens K, Distel B, Evers RF, De Keyzer-Nellen MJM, Groenen-van Dooren MMCL, De Bruin J, Pannekoek H, van Mourik JA, Verbeet MP: Inhibition of human blood coagulation factor VIII by monoclonal antibodies. Biochem J 263:187, 1989

114. Voorberg J, van Stempvoort G, Klaasse Bos JM, Mertens K, van Mourik JA, Donath MJSH: Enhanced thrombin sensitivity of a factor VIII-heparin cofactor II hybrid. J Biol Chem 271:20985, 1996

115. Fay PJ, Haidaris PJ, Huggins CF: Role of the COOH-terminal acidic region of A1 subunit in A2 subunit retention in human factor VIIIa. J Biol Chem 268:17861, 1993

116. Regan LM, O'Brien LM, Beattie TL, Sudhakar K, Walker FJ, Fay PJ: Activated protein C-catalyzed proteolysis of factor VIIIa alters its interactions with factor Xase. J Biol Chem 271:3982, 1996

117. Lapan KA, Fay PJ: Localization of a factor X interactive site in the A1 subunit of factor VIIIa. J Biol Chem 272:2082, 1997

118. Gitschier J, Kogan S, Levinson B, Tuddenham EGD: Mutations of factor VIII cleavage sites in hemophilia A. Blood 72:1022, 1988

119. O'Brien DP, Tuddenham EGD: Purification and characterization of factor VIII 1,689-Cys: A nonfunctional cofactor occurring in a patient with severe hemophilia A. Blood 73:2117, 1989

120. Shima M, Ware J, Yoshioka A, Fukui H, Fulcher CA: An arginine to cysteine amino acid substitution at a critical thrombin cleavage site in a dysfunctional factor VIII molecule. Blood 74:1612, 1989

121. Arai M, Higuchi M, Antonarakis SE, Kazazian HH, Philips JA, Janco RL, Hoyer LW: Characterization of a thrombin cleavage site mutation (Arg 1689 to Cys) in the factor VIII gene of two unrelated patients with cross-reacting material-positive hemophilia A. Blood 75:384, 1990

122. Pattinson JK, McVey JH, Boon M, Ajani A, Tuddenham EGD:

From www.bloodjournal.org by guest on November 20, 2017. For personal use only.

CRM[+] haemophilia A due to a missense mutation (372→Cys) at the internal heavy chain thrombin cleavage site. Br J Haematol 75:73, 1990

123. Acquila M, Caprino D, Pecorara M, Baudo F, Morfini M, Mori PG: Two novel mutations at 373 codon of FVIII gene detected by DGGE. Thromb Haemost 69:392, 1993

124. Johnson DJ, Pemberton S, Acquila M, Mori PG, Tuddenham EG, O'Brien DP: FVIII S373L: Mutation at P1' site confers thrombin cleavage resistance, causing mild haemophilia A. Thromb Haemost 71:428, 1994

125. Aly AM, Arai M, Hoyer LW: Cysteamine enhances the procoagulant activity of factor VIII-East Hartford, a dysfunctional protein due to a light chain thrombin cleavage site mutation (arginine-1689 to cysteine). J Clin Invest 89:1375, 1992

126. Aly AM, Hoyer LW: Factor VIII-East Hartford (arginine 1689 to cysteine) has procoagulant activity when separated from von Willebrand factor. J Clin Invest 89:1382, 1992

127. Duffy EJ, Parker ET, Mutucumarana VP, Johnson AE, Lollar P: Binding of factor VIIIa and factor VIII to factor IXa on phospholipid vesicles. J Biol Chem 267:17006, 1992

128. Bloom JW: The interaction of rDNA factor VIII, factor VIII-des-(797-1562), and factor VIII-des-(797-1562)-derived peptides with phospholipid. Thromb Res 48:439, 1987

129. Gilbert GE, Furie BC, Furie B: Binding of human factor VIII to phospholipids. J Biol Chem 265:815, 1990

130. Gilbert GE, Drinkwater D: Specific membrane binding of factor VIII is mediated by O-phospho-L-serine, a moiety of phosphatidylserine. Biochemistry 32:9577, 1993

131. Spaargaren J, Giessen PLA, Janssen MP, Voorberg J, Willems GM, van Mourik JA: Binding of blood coagulation factor VIII and its light chain to phosphatidylserine/phosphatidylcholine bilayers as measured by ellipsometry. Biochem J 310:539, 1995

132. Gilbert GE, Arena AA: Activation of the factor VIIIa-factor IXa enzyme complex of blood coagulation by membranes containing phosphatidyl-L-serine. J Biol Chem 271:11120, 1996

133. Mathur A, Zhong D, Sabharwal AK, Smith KJ, Bajaj SP: Interaction of factor IXa with factor VIIIa. J Biol Chem 272:23418, 1997

134. Lamphear BJ, Fay PJ: Factor IXa enhances reconstitution of factor VIIIa from isolated A2 subunit and A1/A3-C1-C2 dimer. J Biol Chem 267:3725, 1992

135. Curtis JE, Helgerson SL, Parker ET, Lollar P: Isolation and characterization of thrombin-activated human factor VIII. J Biol Chem 269:6246, 1994

136. Regan LM, Lamphear BJ, Huggins CF, Walker FJ, Fay PJ: Factor IXa protects factor VIIIa from activated protein C. J Biol Chem 269:9445, 1994

137. Fay PJ, Beattie T, Huggins CF, Regan LM: Factor VIIIa A2 subunit residues 558-565 represent a factor IXa interactive site. J Biol Chem 269:20522, 1994

138. O'Brien LM, Medved LV, Fay PJ: Localization of factor IXa and factor VIIIa interactive sites. J Biol Chem 270:27087, 1995

139. Mutucumarana VP, Duffy EJ, Lollar P, Johnson AE: The active site of factor IXa is located far above the membrane surface and its conformation is altered upon association with factor VIIIa. J Biol Chem 267:17012, 1992

140. Jorquera JI, McClintock RA, Roberts JR, MacDonald MJ, Houghten RA, Fulcher CA: Synthetic peptides derived from residues 698 to 710 of factor VIII inhibit factor IXa activity. Circulation 86:695, 1992 (abstr)

141. Liles DK, Monroe DM, Roberts HR: The factor VIII peptide consisting of amino acids 698 to 712 enhances factor IXa cleavage of factor X. Blood 90:463a, 1997 (abstr, suppl 1)

142. Lenting PJ, van de Loo JWHP, Donath MJSH, van Mourik JA, Mertens K: The sequence Glu[1811]-Lys[1818] of human blood coagulation factor VIII comprises a binding site for activated factor IX. J Biol Chem 271:1935, 1996

143. Brandstetter H, Bauer M, Huber R, Lollar P, Bode W: X-ray structure of clotting factor IXa: Active site and module structure related to Xase activity and hemophilia B. Proc Natl Acad Sci USA 92:9796, 1995

144. Pan Y, DeFay T, Gitschier J, Cohen FE: Proposed structure of the A domains of factor VIII by homology modelling. Nature Struct Biol 2:740, 1995

145. Pemberton S, Lindley P, Zaitsev V, Card G, Tuddenham EGD, Kemball-Cook G: A molecular model for the triplicated A domains of human factor VIII based on the crystal structure of human caeruloplasmin. Blood 89:2413, 1997

146. Bajaj SP, Rapaport SI, Maki SL: A monoclonal antibody to factor IX that inhibits the factor VIII:Ca potentiation of factor X activation. J Biol Chem 260:11574, 1985

147. Bajaj SP, Sabharwal AK, Gorka J, Birktoft JJ: Antibody-probed conformational transitions in the protease domain of human factor IX upon calcium binding and zymogen activation: Putative high affinity Ca[2+] binding site in the protease domain. Proc Natl Acad Sci USA 89:152, 1992

148. Hamaguchi N, Bajaj SP, Smith KJ, Stafford DW: The role of amino-terminal residues of the heavy chain of factor IXa in the binding of its cofactor, factor VIIIa. Blood 84:1837, 1994

149. Lenting PJ, ter Maat H, Clijsters PPFM, Donath MJSH, van Mourik JA, Mertens K: Cleavage at arginine 145 in human blood coagulation factor IX converts the zymogen into a factor VIII binding enzyme. J Biol Chem 270:14884, 1995

150. Rees DJG, Jones IM, Handford PA, Walter SJ, Esnouf MP, Smith KJ, Brownlee GG: The role of β-hydroxyaspartate and adjacent carboxylate residues in the first EGF domain of human factor IX. EMBO J 7:2053, 1988

151. Hughes PE, Morgan G, Rooney EK, Brownlee GG, Handford PA: Tyrosine 69 of the first epidermal growth factor-like domain of human factor IX is essential for clotting activity. J Biol Chem 268:17727, 1993

152. Larson PJ, Stannfield-Oakly S, van Dusen WJ, Kasper SK, Smith KJ, Monroe DM, High K: Structural integrity of the gamma-carboxyglutamic acid domain of human blood coagulation factor IXa is required for its binding to cofactor VIIIa. J Biol Chem 271:3869, 1996

153. Nishimura H, Takeya H, Miyata T, Suehiro K, Okamura T, Niho Y, Iwanaga S: Factor IX Fukuoka. J Biol Chem 268:24041, 1993

154. Christophe OD, Lenting PJ, Kolkman JA, Rees DJG, Mertens K: Blood coagulation factor IX residues Glu78 and Arg94 provide a link between both epidermal growth factor-like domains that is crucial in the interaction with factor VIII light chain. J Biol Chem 273:222, 1998

155. Lenting PJ, Christophe OD, ter Maat H, Rees DJG, Mertens K: Ca[2+] binding to the first epidermal growth factor-like domain of human blood coagulation factor IX promotes enzyme activity and factor VIII light chain binding. J Biol Chem 271:25332, 1996

156. Amano K, Sarkar R, Pemberton S, Kemball-Cook G, Kazazian HH, Kaufman RJ: The molecular basis for cross-reacting material-positive hemophilia A due to missense mutations within the A2-domain of factor VIII. Blood 91:538, 1998

157. Mertens K, van Wijngaarden A, Bertina RM, Veltkamp JJ: The functional defect of factor VIII Leiden, a genetic variant of coagulation factor VIII. Thromb Haemost 54:650, 1985

158. Celie PHN, Donath MJSH, Jorieux S, van Mourik JA, Mazurier C, Mertens K: Characterization of Arg527 and Arg531 substitution variants of factor VIII associated with mild haemophilia. Thromb Haemost 77:570, 1997 (abstr, suppl)

159. Lollar P, Knutson GJ, Fass DN: Stabilisation of thrombin activated porcine factor VIII:C by factor IXa and phospholipid. Blood 63:1303, 1984

160. Lollar P, Parker ET, Fay PJ: Coagulant properties of hybrid human/porcine factor VIII molecules. J Biol Chem 267:23652, 1992

From www.bloodjournal.org by guest on November 20, 2017. For personal use only.

161. Neuenschwander P, Jesty J: A comparison of phospholipid and platelets in the activation of human factor VIII by thrombin and factor Xa, and in the activation of factor X. Blood 72:1761, 1988

162. Lu D, Kalafatis M, Mann KG, Long GL: Comparison of activated protein C/protein S-mediated inactivation of human factor VIII and factor V. Blood 87:4708, 1996

163. Persson E, Ezban M, Shymko RM: Kinetics of the interaction between the human factor VIIIa subunits: Effects of pH, ionic strength, $Ca^{2+}$ concentration, heparin, and activated protein C-catalyzed proteolysis. Biochemistry 34:12775, 1995

164. Lollar P, Parker CG: Subunit structure of thrombin-activated porcine factor VIII. Biochemistry 28:666, 1989

165. Lollar P, Parker ET: Structural basis for the decreased procoagulant activity of human factor VIII compared to the porcine homolog. J Biol Chem 266:12481, 1991

166. Fay PJ, Haidaris PJ, Smudzin TM: Human factor VIIIa subunit structure. J Biol Chem 266:8957, 1991

167. Walker FJ, Chavin S, Fay PJ: Inactivation of FVIII by activated protein C and protein S. Arch Biochem Biophys 252:322, 1987

168. Fay PJ, Smudzin TM, Walker FJ: Activated protein C-catalyzed inactivation of human factor VIII and factor VIIIa. J Biol Chem 266:20139, 1991

169. O'Brien DP, Johnson D, Byfield P, Tuddenham EGD: Inactivation of factor VIII by factor IXa. Biochemistry 31:2805, 1992

170. Lamphear BJ, Fay PJ: Proteolytic interactions of factor IXa with human factor VIII and factor VIIIa. Blood 80:3120, 1992

171. Fay PJ, Beattie TL, Regan LM, O'Brien LM, Kaufman RJ: Model for the factor VIIIa-dependent decay of the intrinsic factor Xase. J Biol Chem 271:6027, 1996

172. van't Veer C, Golden NJ, Kalafatis M, Mann KG: Inhibitory mechanism of the protein C pathway on tissue factor-induced thrombin generation. J Biol Chem 272:7983, 1997

173. Yakhyaev A, Mikhailenko I, Strickland D, Saenko E: Cellular uptake and degradation of thrombin activated factor VIII fragments. Blood 90:31a, 1997 (abstr, suppl)

174. Bertina RM, Cupers R, van Wijngaarden A: Factor IXa protects activated factor VIII against inactivation by activated protein C. Biochem Biophys Res Commun 125:177, 1984

175. Bertina RM, Koeleman BPC, Koster T, Rosendaal FR, Dirven RJ, de Ronde H, van der Velden PA, Reitsma PH: Mutation in blood coagulation factor V associated with resistance to activated protein C. Nature 369:64, 1994

176. Greengard JS, Sun X, Xu X, Fernandez JA, Griffin JH, Evatt B: Activated protein C resistance caused by Arg506Gln mutation in factor Va. Lancet 343:1361, 1994

177. Voorberg J, Roelse J, Koopman R, Büller H, Berends F, ten Cate JW, Mertens K, van Mourik JA: Association of idiopathic venous thromboembolism with a single point mutation at $Arg^{506}$ of factor V. Lancet 343:1535, 1994

178. Zöller B, Dåhlback B: Linkage between inherited resistance to activated protein C and factor V mutation in venous thrombosis. Lancet 343:1536, 1994

179. Roelse JC, Koopman MMW, Büller HR, ten Cate JW, Montaruli B, van Mourik JA, Voorberg J: Absence of mutations at the activated protein C cleavage sites of factor VIII in 125 patiens with venous thrombosis. Br J Haematol 92:740, 1996

180. Bokarewa MI, Falk G, Bremme K, Blomback M, Wiman B: Search for mutations in the genes for coagulation factors V and VIII with a possible predisposition to activated protein C resistance. Eur J Clin Invest 27:340, 1997

181. Amano K, Michnick DA, Moussalli M, Kaufman RJ: Mutation at either Arg336 or Arg562 in factor VIII is insufficient for complete resistance to activated protein C (APC)-mediated inactivation: Implications for the APC resistance test. Thromb Haemost 79:557, 1998

182. Shen L, Dahlbäck B: Factor V and protein S as synergistic cofactors to activated protein C in degradation of factor VIIIa. J Biol Chem 269:18735, 1994

183. Váradi K, Rosing J, Tans G, Pabinger I, Kail B, Schwarz HP: Factor V enhances the cofactor function of protein S in the APC-mediated inactivation of factor VIII: Influence of the factor $V^{R506Q}$ mutation. Thromb Haemost 76:208, 1996

184. van't Veer C, Golden NJ, Kalafatis M, Simioni P, Bertina RM, Mann KG: An in vitro analysis of the combination of hemophilia A and factor V-Leiden. Blood 90:3067, 1997

185. Nichols WC, Amano K, Cacheris PM, Figueiredo MS, Michaelides K, Schwaab R, Hoyer L, Kaufman RJ, Ginsburg D: Moderation of Hemophilia A phenotype by the factor V R506Q mutation. Blood 88:1183, 1996

186. Arbini AA, Mannucci PM, Bauer KA: Low prevalence of the factor V Leiden mutation among "severe" hemophiliacs with a "milder" bleeding diathesis. Thromb Haemost 74:1255, 1995

187. Tavassoli M, Kishimoto T, Kataoka M: Liver endothelium mediates the hepatocytes uptake of ceruloplasmin. J Cell Biol 102:1298, 1986

188. Rand MD, Hanson SR, Mann KG: Factor V turnover in a primate model. Blood 86:2616, 1995

189. Mertens K, Leyte A, Lenting PJ, van Mourik JA: Factor VIII-von Willebrand factor interaction and in vivo survival of factor VIII light chain. Thromb Haemost 65:658, 1991 (abstr)

190. Fijnvandraat K, Berntop E, ten Cate JW, Johnsson H, Peters M, Savidge G, Tengborn L, Spira J, Stahl C: Recombinant, B-domain deleted factor VIII (r-VIII-SQ): Pharmacokinetics and initial safety aspects in hemophilia A patients. Thromb Haemost 77:298, 1997

191. Pittman DD, Alderman EM, Tomkinson KN, Wang JH, Giles AR, Kaufman RJ: Biochemical, immunological, and in vivo functional characterization of B-domain–deleted factor VIII. Blood 81:2925, 1993

192. Mertens K, Donath MJSH, van Leen RW, de Keyzer-Nellen MJM, Verbeet MP, Klaasse Bos JM, Leyte A, van Mourik JA: Biological activity of recombinant factor VIII variants lacking the central B-domain and the heavy chain sequence $Lys^{713}$-$Arg^{740}$: Discordant in vitro and in vivo activity. Br J Haematol 85:133, 1993

193. Lubin IM, Healey JF, Scandella D, Runge MS, Lollar P: Elimination of a major inhibitor epitope in factor VIII. J Biol Chem 269:8639, 1994

194. Healey JF, Lubin IM, Nakai H, Saenko EL, Hoyer LW, Scandella D, Lollar P: Residues 484-508 contain a major determinant of the inhibitory epitope in the A2 domain of human factor VIII. J Biol Chem 270:14505, 1995

195. Pipe SW, Kaufman RJ: Characterization of a genetically engineered inactivation-resistant factor VIIIa. Proc Natl Acad Sci USA 94:11851, 1997

196. McMullen BA, Fujikawa K, Davie EW, Hedner U, Ezban M: Locations of disulfide bridges and free cysteines in the heavy and light chains of recombinant human factor VIII (antihemophilic factor A). Protein Sci 4:740, 1995

197. Fay PJ, Smudzin TM: Inter-subunit fluorescence energy transfer in human factor VIII. J Biol Chem 264:14005, 1989

198. Sandberg H, Brandt J, Ålin P, Strömberg S, Gray E, Bartfai J, Castro V: Glycosylation pattern of a B-domain-deleted factor VIII molecule (r-VIII-SQ). Thromb Haemost 73:1214, 1995 (abstr)

199. Bihoreau N, Veillon JF, Ramon C, Scohyers JM, Schmitter JM: Characterization of a recombinant antihaemophilia A factor (factor VIII-△II) by matrix-assisted laser desorption/ionization mass spectrometry. Rapid Commun Mass Spectrom 9:1584, 1995

200. Medzihradszky KF, Besman MJ, Burlingame AL: Structural characterization of site specific N-glycosylation of recombinant human factor VIII by reversed-phase high-performance liquid chromatography-electrospray ionization mass spectrometry. Anal Chem 69:3968, 1997

From www.bloodjournal.org by guest on November 20, 2017. For personal use only.



1998 92: 3983-3996

# The Life Cycle of Coagulation Factor VIII in View of Its Structure and Function

Peter J. Lenting, Jan A. van Mourik and Koen Mertens

---

Updated information and services can be found at:
**http://www.bloodjournal.org/content/92/11/3983.full.html**

Articles on similar topics can be found in the following Blood collections
   Review Articles (727 articles)

---

Information about reproducing this article in parts or in its entirety may be found online at:
**http://www.bloodjournal.org/site/misc/rights.xhtml#repub_requests**

Information about ordering reprints may be found online at:
**http://www.bloodjournal.org/site/misc/rights.xhtml#reprints**

Information about subscriptions and ASH membership may be found online at:
**http://www.bloodjournal.org/site/subscriptions/index.xhtml**

Blood (print ISSN 0006-4971, online ISSN 1528-0020), is published weekly by the American Society of Hematology, 2021 L St, NW, Suite 900, Washington DC 20036.
Copyright 2011 by The American Society of Hematology; all rights reserved.

# EXHIBIT H

termini) from a single-chain circulating form. By analogy with factor V, the $M_r$ 90,000 and 80,000 proteins would correspond to fragments D and E of factor V, respectively[34]. These two fragments of factor V can be separated from the activation peptides and isolated as a functional two-subunit protein[35,36]. Both subunits are required for factor V activity[35] and both may be required for factor VIII activity. A highly glycosylated intermediate region is cleaved from both proteins. Therefore, both factors V and VIII seem to be highly similar in structure, thrombin cleavage pattern and, presumably, function.

The studies described here provide a structural basis for defining the role of the diverse molecular forms of factor VIII in their interaction with other proteins of the coagulation cascade. The availability of complete factor VIII cDNA clones

capable of programming recombinant factor VIII synthesis in mammalian cell cultures[19] will offer a unique opportunity to perform similar studies with the single-chain precursor molecule. The questions raised here concerning the relationship of processing events, structural domains and homology to ceruloplasmin with the biological function of factor VIII may be answered by studying structural changes introduced into the protein by modification of these cloned DNA sequences.

We acknowledge the support of Speywood Laboratories Ltd. We thank Dr John Bell, Alice Kleiss and William Henzel for laboratory assistance; Gary Hooper for his assistance in the coordination of the project between various groups and companies; and Robert A. Swanson and Dr David W. Martin Jr for their encouragement.

Received 13 August; accepted 27 September 1984.

1. Zacharski, C. M. & Nemerson, Y. A. Rev. Biochem. 49, 765-811 (1980).
2. Lundblad, R. L. & Davie, E. W. Biochemistry 3, 1720-1725 (1964).
3. Hougie, C., Denson, K. W. E. & Biggs, R. Thromb. Diath. haemorrh. 18, 211-222 (1967).
4. Hemker, H. C. & Kahn, M. J. P. Nature 215, 1201-1202 (1967).
5. Barton, P. G. Nature 215, 1508-1509 (1967).
6. Osterud, B. & Rapaport, S. I. Biochemistry 9, 1854-1861 (1970).
7. Chuang, T. F., Sargeant, R. B. & Hougie, C. Biochim. biophys. Acta 273, 287-291 (1972).
8. Ratnoff, O. D., Kass, L. & Lang, P. D. J. clin. Invest. 48, 957-962 (1969).
9. Hershgold, E. J., Silverman, L., Davison, A. & Janszen, M. E. J. Lab. clin. Med. 77, 185-205 (1971).
10. Schmer, G., Kirby, E. P., Teller, D. C. & Davie, E. W. J. biol. Chem. 247, 2512-2521 (1972).
11. Legaz, M. E., Schmer, G., Counts, R. B. & Davie, E. W. J. biol. Chem. 248, 3946-3955 (1973).
12. Shapiro, G. A., Anderson, J. C., Pizzo, S. V. & McKee, P. A. J. clin. Invest. 52, 2198-2210 (1973).
13. Vehar, G. A. & Davie, E. W. Biochemistry 19, 401-410 (1980).
14. Fass, D. N., Knutson, G. J. & Katzman, J. A. Blood 59, 594-600 (1982).
15. Fulcher, C. A. & Zimmerman, T. S. Proc. natn. Acad. Sci. U.S.A. 79, 1648-1652 (1982).
16. Knutson, G. J. & Fass, D. N. Blood 59, 615-624 (1982).
17. Fulcher, C. A., Roberts, J. R. & Zimmerman, T. S. Blood 61, 807-811 (1983).
18. Rotblat, F., O'Brien, D. P., Middleton, S. M. & Tuddenham, E. G. D. Thromb. Haemostasis 50, 108 (1983).
19. Wood, W. I. et al. Nature 312, 330-337 (1984).
20. Gitschier, J. et al. Nature 312, 326-330 (1984).
21. Perlman, D. & Halvorson, H. O. J. molec. Biol. 167, 394-409 (1983).
22. Takahashi, N., Ortel, T. L. & Putnam, F. W. Proc. natn. Acad. Sci. U.S.A. 81, 390-394 (1984).
23. Takahashi, N. et al. Proc. natn. Acad. Sci. U.S.A. 80, 115-119 (1983).
24. Dmulet, F. E. & Putnam, F. W. Proc. natn. Acad. Sci. U.S.A. 78, 2805-2809 (1981).
25. Poole et al. J. molec. Biol. 153, 273-289 (1981).
26. Ryden, L. & Bjork, I. Biochemistry 15, 3411-3417 (1976).
27. Ryden, L. Proc. natn. Acad. Sci. U.S.A. 79, 6767-6771 (1982).
28. Rapaport, S. I., Schiffman, S., Patch, M. J. & Ames, S. B. Blood 21, 221-236 (1963).
29. Ryden, L. & Norder, H. J. Chromatogr. 215, 341-350 (1981).
30. Sperling, R., Furie, B. C., Blumenstein, M., Keyt, B. & Furie, B. J. biol. Chem. 253, 3898-3906 (1978).
31. Poulik, M. D. & Weiss, M. L. in The Plasma Proteins Vol. 2 (ed. Putnam, F. W.) 51-108 (Academic, New York, 1975).
32. Frieden, E. Ciba Fdn Symp. 79, 93-124 (1980).
33. Goldstein, I. M., Kaplan, H. B., Edelson, H. S. & Weissman, G. J. biol. Chem. 254, 4040-4045 (1979).
34. Nesheim, M. E., Foster, W. B., Hewick, R. & Mann, K. G. J. biol. Chem. 259, 3187-3196 (1984).
35. Esmon, C. T. J. biol. Chem. 254, 964-973 (1979).
36. Suzuki, K., Dahlback, B. & Stenflo, J. J. biol. Chem. 257, 6556-6564 (1982).
37. Laemmli, U. K. Nature 227, 680-685 (1970).
38. Morrissey, J. H. Analyt. Biochem. 117, 307-310 (1981).
39. Markwell, M. A. K. Analyt. Biochem. 125, 427-432 (1982).
40. Rodriguez, H., Kohr, W. J. & Harkins, R. N. Analyt. Biochem. 140, 538-547 (1984).
41. Hunkapiller, M. W., Lujan, E., Ostrander, F. & Hood, L. E. Meth. Enzym. 91, 227-247 (1983).

# Molecular cloning of a cDNA encoding human antihaemophilic factor

## John J. Toole, John L. Knopf, John M. Wozney, Lisa A. Sultzman, Janet L. Buecker, Debra D. Pittman, Randal J. Kaufman, Eugene Brown, Charles Shoemaker, Elizabeth C. Orr, Godfrey W. Amphlett, W. Barry Foster, Mary Lou Coe, Gaylord J. Knutson*, David N. Fass* & Rodney M. Hewick

Genetics Institute, Inc., 225 Longwood Avenue, Boston, Massachusetts 02115, USA
* Hematology Research Section, Mayo Clinic/Foundation, Rochester, Minnesota 55905, USA

*A complete copy of the mRNA sequences encoding human coagulation factor VIII:C has been cloned and expressed. The DNA sequence predicts a single chain precursor of 2,351 amino acids with a relative molecular mass (M_r) 267,039. The protein has an obvious domain structure, contains sequence repeats and is structurally related to factor V and ceruloplasmin.*

HAEMOPHILIA A is a bleeding disorder caused by deficiency or abnormality of a particular clotting protein, factor VIII:C[1] occurring in about 10-20 males in every 100,000. Afflicted individuals suffer episodes of uncontrolled bleeding and are treated currently with concentrates rich in factor VIII:C derived from human plasma. The available therapy, although reasonably effective, is very costly and is associated with a finite risk of infections. We report here significant progress in the use of recombinant DNA technology to provide pure human factor VIII:C as an alternative treatment for haemophiliacs.

Blood clotting begins with injury to a blood vessel. The damaged vessel wall causes adherence and accumulation of platelets activating the plasma proteins which initiate the coagulation process. Sequential activation, via specific proteolytic cleavages and conformational changes, of a series of proteins comprising the coagulation cascade eventually leads to deposi-

tion of insoluble fibrin which, together with aggregated platelets, curtails the escape of blood through the damaged vessel wall. Factor VIII:C is a large plasma glycoprotein that functions in the blood coagulation cascade as the cofactor for the factor IXa-dependent activation of factor X. It can be activated proteolytically by a variety of coagulation enzymes including thrombin[2].

In order to provide factor VIII:C for treatment of haemophiliacs we cloned a full-length cDNA. A major obstacle to the cloning effort was the large size of the protein, estimated to be at least $M_r$ 250,000. Purification of factor VIII:C from plasma[3] is made difficult by its low abundance, its extreme sensitivity to degradation by serum proteases and its tight association with polymeric forms of the more abundant protein, von Willebrand factor. Fass et al.[4] have described a purification procedure for porcine factor VIII:C using monoclonal antibody

©1984 Nature Publishing Group

Case 1:17-cv-01316-RGA-SRF   Document 158-1   Filed 12/28/18   Page 31 of 241 PageID #: 25952

**Fig. 1** *a*, *b*; N-terminal amino acid sequence analysis of bovine thrombin cleavage and natural cleavage fragments of porcine factor VIII: C. *c*, the positions of fragments in the factor VIII: C precursor in diagrammatic form. The molecular masses are the apparent porcine values deduced from SDS gel electrophoresis rather than those calculated from the human amino acid sequence. Map lengths are indicated in amino acid residues to correlate with Fig. 4. In *a*, N-terminal sequences were determined for the indicated fragments of porcine factor VIII: C. The first residue in each sequence could not be assigned and is indicated as? In *b*, the porcine amino acid sequences are compared with the corresponding sequences in human factor VIII: C predicted from the nucleotide sequence of the cDNA clone (Fig. 4). Boxed areas, indentity between sequences. Thrombin cleavage fragments of porcine factor VIII: C were purified by SDS polyacrylamide gel electrophoresis and located in the unfixed gel using a small portion of $^{125}$I-labelled porcine factor VIII: C as a tracer. After electrophoretic elution from the gel matrix as described previously[28], the polypeptide sample was subjected to N-terminal amino acid sequence analysis using an Applied Biosystems gas-phase sequenator[11].



immunoaffinity chromatography, obtaining highly purified polypeptides of $M_r$ 160,000, 130,000 and 76,000, similar in size to human factor VIII: C polypeptides[5]. Although it has been generally supposed that factor VIII: C, like its homologue factor V, is synthesized as a single chain macromolecular precursor which is then cleaved to yield the fragments found in purified preparations, the results presented here are the first conclusive demonstration that this supposition is correct[6].

Additional obstacles to the isolation of a factor VIII: C cDNA clone were the lack of a cell line which made factor VIII: C and uncertainty about its site of synthesis *in vivo*[7-9]. Microsequencing of highly purified porcine factor VIII: C yielded sufficient amino acid sequence to construct oligonucleotide probes. We used these probes to identify a partial clone by direct screening of porcine genomic DNA libraries. The clone provided a probe for identification by cross-species homology of a corresponding human genomic clone. Using this probe, we determined that human liver is a source of factor VIII: C mRNA and obtained subsequently from such tissue the entire 9 kilobase (kb) cDNA sequence as a set of overlapping clones. Reconstruction of these clones into one continuous sequence within an expression vector provided a functional full-length cDNA able to express active protein after transfection into mammalian cells.

## Porcine factor VIII: C

Treatment of highly purified porcine factor VIII: C with bovine thrombin (factor IIa) causes an initial activation of up to 60-fold[4] concomitant with loss of the $M_r$ ~160,000 polypeptide, transient appearance of a $M_r$ 130,000 and the appearance of a new chain of $M_r$ 82,000 (Fig. 1*c*). As the digestion proceeds, the $M_r$ 76,000 polypeptide generates a fragment of $M_r$ 69,000 and the $M_r$ 82,000 polypeptide is cleaved, apparently to yield polypeptides of $M_r$ ~50,000 and 40,000.

Our sequence analysis was performed using factor VIII: C purified from ~101 of porcine plasma collected from about ten hogs with precautions to minimize proteolysis during collection and subsequent processing[10]. We prepared 0.1–1.5 nmol of each of the $M_r$ 160,000, 130,000 and 76,000 chains originally present in purified porcine factor VIII: C and the 82,000, 69,000,

50,000 and 40,000 thrombin cleavage fragments. N-terminal amino acid sequence analysis using the microsequencing procedures described previously[11] yielded the data presented in Fig. 1*a*, *b*. The $M_r$ 160,000, 130,000, 82,000 and 50,000 chains have the same N-terminal amino acid sequence for at least thirty residues, whereas the 69,000 and 40,000 fragments have distinct N-terminal sequences. There is, however, striking homology between the 69,000, 40,000 and the 160,000 polypeptides and their fragments. The $M_r$ 76,000 fragment shows no N-terminal sequence homology with the N-terminal sequences of any of the other fragments. Comparison of these sequences with partial sequence data for bovine factor V has led to a hypothetical model for the structural relationship between the putative single chain factor VIII: C and its cleavage products[6] similar to that shown diagrammatically in Fig. 1*c*.

## Genomic cloning

As the tissue source of mRNA for factor VIII: C was unknown, we tried the novel approach of directly screening genomic libraries with oligonucleotide mixtures to obtain a unique length of porcine factor VIII: C DNA. We used two probes, one a pool of long oligomers containing few sequences and the other a pool of shorter oligomers containing all possible sequences. We identified residues His8–Met22 of the $M_r$ 69,000 chain (see Fig. 1) as containing the least codon ambiguity. The set of 45-mers described in the legend to Fig. 2 was selected on the basis of eukaryotic codon usage[12], the relative stability of T versus A·C mismatches[13] and the infrequency of the dinucleotide CpG in eukaryotic genes. Jaye *et al*.[14] used a similar strategy to generate long oligonucleotides for screening a cDNA library, but they did not attempt genomic screening. A set of 15-mers containing all possible sequences that could encode the Trp18–Met22 region of the $M_r$ 69,000 polypeptide served as the secondary probe.

We constructed a genomic library from *Bam*HI digested female porcine DNA and screened it with the radiolabelled 45-mers under relatively nonstringent conditions (see Fig. 2 legend). Rescreening the library with the 15-mers yielded four clones out of $4 \times 10^5$ recombinants which hybridized strongly to

©1984 Nature Publishing Group

both the 45-mers and the 15-mers. The four bacteriophages were isolated and, on hybridization to additional oligonucleotides derived from the amino acid sequence of the $M_r$ 69,000 polypeptide, one contained a 6.6 kilobase (kb) BamHI fragment that hybridized to all probes (Fig. 2). Sequence analysis of DNA fragments subcloned into M13 confirmed that we had isolated a recombinant containing DNA, encoding a portion of the $M_r$ 69,000 polypeptide. The 45-mer had 11% mismatch (5 of 45 nucleotide positions) but still hybridized strongly to the porcine genomic clone.

To obtain a human factor VIII:C genomic clone, the 6.6 kb BamHI fragment from the porcine genomic clone was used to screen a human HaeIII/AluI library[15]. From $8 \times 10^5$ screened, a single recombinant phage containing an insert of about 16 kb was isolated (Fig. 2). The region of this clone containing sequence homologous to the porcine $M_r$ 69,000 fragment, identified by hybridization to the 45-mers, was subcloned into M13 and its sequence determined. The sequence shows strong (>80%) homology to the porcine factor VIII:C sequence at both the nucleotide and derived amino acid level (see Fig. 1). Additionally, an exon/intron boundary occurs at precisely the same position in both porcine and human genomic DNAs.

To confirm further that we had cloned a segment of the human factor VIII:C gene, we demonstrated linkage to the X chromosome by comparing the Southern blot band intensities between human male diploid DNA and XXXXY DNA (human lymphoblastoid line GM 1202A from the NIGMS mutant cell repository). Several unique DNA fragments from the human genomic clone were used as probes. Each hybridized to a single human fragment which was appropriately overrepresented in the 4X DNA when compared with human albumin DNA internal controls.

The entire human factor VIII:C gene was isolated subsequently as overlapping clones spanning ~200 kb. We thus constructed a genomic library from the human XXXXY cell line and screened sequentially with unique probes from the ends of previously isolated recombinants. The factor VIII:C gene spans more than 180 kb; most of its exons are small (150–250 base pairs) with the exception of the 3.1 kb exon (Fig. 2) and the 1.9 kb 3′-most exon, which includes 1.8 kb of non-coding sequence.

**Table 1** Expression of factor VIII:C cDNA in COS-7 cells

| | Chromogenic activity (mU ml⁻¹) | 1 stage APTT assay (mU ml⁻¹) |
|---|---|---|
| No DNA | <0.05 | ≪ |
| pCVSVL | <0.05 | ≪ |
| pCVSVL-VIII | 7 | 10.0 |
| +thrombin | ND | 50 |
| +α VIII IgG | <0.05 | ND |

The full-length cDNA clone was excised from pSP64-VIII with SalI and inserted into the PstI site in pCVSVL[18] by addition to the vector of synthetic oligonucleotide adapters containing SalI cohesive ends. The resulting plasmid containing the factor VIII:C cDNA in the correct orientation for transcription from the adenovirus major late promoter was designated pCVSVL-VIII. Plasmid DNA (8 μg) was transfected into COS-1 monkey cells[23] in a 10 cm dish by the DEAE-dextran transfection protocol[24] with the addition of chloroquin treatment[25]. The transfected cells were incubated for 36 h, then rinsed and fed with 4 ml serum-free media. Samples were taken for assay 24 h later. Factor VIII:C activity was determined by the Kabi Coatest factor VIII:C method modified to afford a sensitivity better than 0.05 mU ml⁻¹ and by the one-stage activated partial thromboplastin time (APTT) coagulation assay[26] using factor VIII:C-deficient plasma. For thrombin activation, samples were pretreated 1–10 min with 0.2 units ml⁻¹ thrombin at room temperature. The peak of activity (value shown) was reached after 4 min and then gradually declined. Inhibition with anti-factor VIII:C immunoglobulin was measured by the standard Bethesda protocol[27]. Isolated immunoglobulin from serum of a patient with high titre factor VIII:C inhibitor was prepared by ion exchange and protein A Sepharose chromatography[10]. ND, not determined; ≪, not detectable.

## cDNA cloning

Our original human factor VIII:C genomic clone provided a probe with which to identify a useful tissue source for human factor VIII:C mRNA. A cell line secreting factor VIII:C is not available, but it had been reported that the protein was synthesized in liver and spleen[7–9]. RNA blot analysis, initially with porcine material, confirmed the presence of very low mRNA levels in these tissues. Northern blot analysis of human liver mRNA, using a highly radioactive single-stranded probe of ~800 nucleotides of human factor VIII:C exon DNA (see Fig. 3 legend), demonstrated a single mRNA of ~9 kb (Fig. 3A, lanes a, b). A messenger of this size could encode a single-chain factor VIII:C precursor of $M_r$ 250,000–300,000. In other experiments, the same size mRNA was detected in placenta but was absent from peripheral blood lymphocytes. All of these observations are consistent with the suggestion that factor VIII:C mRNA is synthesized by endothelial cells[16].

We demonstrate in Fig. 3A (lane c) that the level of factor VIII:C mRNA in human liver is far lower than that of coagulation factor IX mRNA. Quantitative RNA dot blot hybridizations indicated that the amount of factor VIII:C mRNA was 20–40 times lower than factor IX mRNA. We had found previously that 1 in 5,000 recombinant phage in a liver cDNA library contains factor IX sequences. Thus we estimate that libraries of more than 200,000 recombinants would be required to isolate a single factor VIII:C clone.

Several cDNA libraries were constructed in λ Charon 21A and GT10 (see Fig. 3 legend), using as a first strand primer either oligo(dT) or a unique 38-mer deduced from the sequence of the large human exon in Fig. 2. Ten factor VIII:C cDNA clones were isolated after screening ~2,000,000 recombinants



**Fig. 2** a, Porcine and b, human factor VIII:C genomic clones. Homologous 3.1 kb exons are indicated by shaded boxes.
**Methods:** A porcine genomic library was constructed from BamHI digested female porcine liver DNA in the bacteriophage vector λJ1 (a derivative of L47.1) using established procedures. Recombinants ($4 \times 10^5$) were screened using a modification of the procedure of Woo[29]. A set of 45-mers containing the sequences 5′d (CATGCCATA⁴ₐTCCCACAGCTG⁴TCCACAGCAGCAAT⁴ₐA-AGTAGTG) was synthesized on the Applied Biosystems Model 380A instrument. Filters were hybridized with $5 \times 10^6$ c.p.m. ml⁻¹ (0.5 pmole ml⁻¹) of ³²P-labelled 45-mers for 12 h at 45 °C in 5X SSC, 5X Denhardts, 0.1% SDS, 100 μg ml⁻¹ denatured salmon sperm DNA. Filters were washed at 50 °C in 5X SSC, 0.1% SDS, air dried and subjected to autoradiography using Kodak XAR film. After autoradiography, filters were denatured in 0.1M NaOH, neutralized and rehybridized with ³²P-labelled 15-mers, sequence 5′d (CATNCC⁴ₐTA⁴ₐTCCCA). Hybridization was performed as described above at 37 °C. Recombinants hybridizing to both oligomers were plaque purified and phage DNA prepared. Phage DNA prepared from one recombinant (PB34) contained a 6.6 kb BamHI fragment which hybridized strongly to both sets of oligonucleotides in Southern blot analysis. The 6.6 kb BamHI insert was purified from an agarose gel and ³²P-labelled by nick translation. Recombinants ($8 \times 10^5$) from the human HaeIII/AluI genomic library of Lawn et al.[15] were hybridized with 10⁶ c.p.m. ml⁻¹ of the nick-translated porcine probe using the same conditions described for the 45-mer hybridization. A single recombinant phage, HH25, was thus isolated. Sau3A fragments of the insert from HH25 were subcloned into M13 and a phage which hybridized to the radiolabelled 45-mer was identified. The sequence of the Sau3A fragment in this subclone proved that HH25 contained DNA from the human factor VIII:C gene. The entire exon (shaded box) was subsequently sequenced. A 0.8 kb BamHI fragment spanning the 3′ exon/intron junction was subcloned as the probe to screen for a tissue source of factor VIII:C mRNA (see Fig. 3).

©1984 Nature Publishing Group

from the oligo(dT) libraries; 55 additional cDNA clones were obtained from among 1,000,000 recombinants from the 38-mer primed library. Four of the several clones characterized in detail are illustrated in Fig. 3B together spanning 9,000 base pairs (bp), sufficient to encode the entire mRNA detected by Northern



**Fig. 3** A, Northern blot analysis to locate a tissue source for human factor VIII:C mRNA. Polyadenylated RNA (5 μg) extracted[30] from adult liver (lane b) or fetal liver (lanes a, c) was fractionated on an 0.8% agarose formaldehyde gel and transferred to nitrocellulose as described[31]. The filter in lanes a, b was hybridized with $5 \times 10^6$ c.p.m. of a $^{32}$P-labelled factor VIII:C single-stranded probe prepared by primed synthesis from an M13 template which contained an 0.8 kb base BamHI fragment of HH25 (see Fig. 2 legend)[32,33]. The filter in lane c was probed in the same manner except $5 \times 10^6$ c.p.m. of a human factor IX probe of identical specific activity was used in addition. The exposure time for lanes a, b was longer than that for lane c and the RNA was from a different preparation. B, restriction map (EcoRI) of the human factor VIII:C cDNA sequence showing the single long open reading frame as a shaded box. An illustrative set of four overlapping bacteriophage λ clones are shown. Those designated dT4, dT51 and dT11 were from oligo(dT) primed λCharon 21A libraries. Clone PE31 was from a library in λGT10 primed with a unique 38-mer (solid rectangle). The cDNA sequence comprises 150 bases of 5'-untranslated region, an open reading frame of 7,053 bases and 1,806 bases of 3'-untranslated region.

**Methods:** Oligo(dT) primed double-stranded cDNA was synthesized from 10 μg polyadenylated fetal liver RNA as described[34]. 200 pmol of a unique complementary 38-mer (nucleotides 5,308–5,345) and 10 μg polyadenylated fetal liver mRNA were denatured in 10 mM CH$_3$HgOH. The reaction was made 100 mM in 2-mercaptoethanol, 700 mM KCl, 1 mM EDTA, 20 mM Tris-HCl (pH 8.3 at 42 °C), 1 unit μl$^{-1}$ of RNasin (Promega-Biotec) and incubated at 50 °C for 2 min and at 42 °C for 2 min. First and second strand synthesis was then performed as for the oligo(dT) primed cDNA[34]. The second strand reaction was terminated by the addition of EDTA to 20 mM. The EcoRI sites were methylated, after the addition of S-adenosylmethionine to 50 μM and 40 units of EcoRI methylase, by incubation at 37 °C for 1 h. These reactions were terminated by phenol-chloroform extraction and chromatographed using Sephadex G-50 equilibrated in 10 mM Tris-HCl (pH 8.0), 1 mM EDTA, 100 mM NaCl. DNA in the excluded volume was pooled and precipitated with ethanol. The double-stranded cDNA was blunted in 50 μl containing 50 mM Tris pH 8.3, 10 mM MgCl$_2$, 10 mM 2-mercaptoethanol, 50 mM NaCl, 50 μM of deoxynucleotide triphosphate, 100 μg ml$^{-1}$ ovalbumin and 5 units of T4 polymerase (PL Biochemicals). The reaction was incubated at 37 °C for 30 min and then terminated by phenol-chloroform extraction. Nucleic acids were recovered by ethanol precipitation with 2 M ammonium acetate. Kinased EcoRI linkers (NE Biolabs; 300 ng) were then added to the blunted double standed cDNA by ligation overnight at 16 °C in a final volume of 30 μl. The reaction was diluted to 200 μl in EcoRI digestion buffer and digested with 300 units of EcoRI (NE. Biolabs) for 2 h at 37 °C. EDTA to 15 mM was added and the reaction extracted with phenol-chloroform and chromatographed over Sepharose CL-4B (Pharmacia) equilibrated with 10 mM Tris-HCl (pH 8.0), 1 mM EDTA, 100 mM NaCl. cDNA in the void volume was collected and precipitated by ethanol in the presence of 10 μg yeast tRNA carrier. cDNA was redissolved in 10 mM Tris-HCl (pH 8.0), 1 mM EDTA and ligated to EcoRI cleaved, phosphatased, λCharon 21A DNA for the oligo(dT) primed cDNA and to λGT10 DNA for the primer extended cDNA. The libraries were packaged, plated and initially screened using a unique $^{32}$P-labelled 53-mer (nucleotides 5,158–5,210) permitting the isolation of both PE31 and dT51. Recombinant dT4 was identified with a $^{32}$P-labelled pool of 64 56-mers containing the sequences: 5'd(TCCCAATCCTCTTCTTCAGCGGAGA-TATAGTGCACCCAGGTCTTGGGTGCTTCTT) (using the same criteria as was used for the construction of the 45-mer pools) made to residues (Lys3–Asp21) of the $M_r$ 40,000 polypeptide fragment of porcine VIII:C. Recombinant dT11 was isolated using a nick translated 3' end PstI/EcoRI fragment (nucleotides 5,902–7,127) of dT51. Numerous other cDNA clones were isolated by similar methods; some were also characterised in detail, sequenced and used in the construction of the full-length cDNA clone. Selected cDNA and genomic exon fragments were ligated to one another two at a time, subcloned and ultimately inserted in the SalI site of pSP64 after the addition of a synthetic SalI site at nucleotide 145. The resulting recombinant, PSP64-VIII, contains the factor VIII:C cDNA from just before the initiator ATG (at nucleotide 150-152) to nucleotide 7,422 (some 200 bp downstream from the terminator at nucleotide 7,201).

blot analysis. (The unique 9,009 bp cDNA sequence we obtained after sequencing numerous overlapping fragments of cDNA and genomic DNA has been deposited in the NIH US Nucleic Acid Sequence Databank and is available through GENBANK.) The sequence comprises a 5'-noncoding region of 150 nucleotides, a single long open reading frame of 7,053 nucleotides (2,351 codons) and 1,806 nucleotides of the 3'-noncoding region. The translated sequence, in a single-letter amino acid code, is presented as Fig. 4.

A full-length cDNA clone was assembled (see Fig. 3 legend) and inserted into the SalI site of the polylinker in plasmid pSP64 (Promega Biotec). We thus obtained a recombinant, pSP64-VIII, with a single continuous factor VIII:C coding sequence that could be readily excised by SalI digestion for insertion into a variety of expression vectors.

## Expression and structure

To confirm that the factor VIII:C cDNA indeed encodes active factor VIII, we introduced the full-length cDNA into the mammalian expression vector pCVSVL[17,18]. Plasmid pCVSVL-VIII contains the cDNA in the proper orientation to be expressed from the adenovirus major late promoter. Medium collected 60 h after transfection of COS-1 cells with this plasmid contained readily detectable levels of factor VIII:C activity (Table 1). No activity was detected in controls. The activity was inhibited by antibody to human factor VIII:C and was activated fivefold by thrombin.

The sequence of the cDNA clone comprises 2,351 amino acids from the initiator Met to the terminating Tyr residue and begins with a secretory leader peptide sequence of 19 amino acids. Regions of homology with the previously determined amino acid sequences of porcine factor VIII:C fragments can be located (Fig. 1), confirming the model for the structure of porcine factor VIII:C of Fass et al.[6] and predicting the mature N-terminus and thrombin cleavage sites of the human molecule.



**Fig. 4** Amino acid sequence of the human factor VIII:C precursor, predicted from the sequences of cDNA and genomic clones. Arrows indicate (1) a presumed signal peptidase cleavage site at residues 19–20 (Ser–Ala); (2) thrombin cleavage sites at residues 391–392, 759–760 and 1,708–1,709 (all Arg–Ser); (3) a possible thrombin cleavage site at residues 1,667–1,668 (Arg–Glu). Before each cleavage site the apparent $M_r$ of the corresponding porcine factor VIII:C fragment C-terminal to the cleavage site* is given. *, Amino acid residue identity with porcine factor VIII:C amino acid sequence determined from a variety of proteolytic and chemical cleavage fragments. Potential N-glycosylation sequences (Asn–X–Ser/Thr) are underlined.

©1984 Nature Publishing Group



**Fig. 5** Structural features of human factor VIII:C, showing schematically the location of cysteine residues and potential N-glycosylation sites (Asn–X–Ser/Thr) with respect to thrombin cleavage domains. The number of amino acid residues in each domain is given as well as the apparent molecular weights of the corresponding regions of porcine VIII:C.



**Fig. 6** Amino acid sequence homology within human factor VIII:C. A computer search for internal amino acid sequence homology was performed using the PEP program in the IntelliGenetics software system. Blocks of homology are labelled alphabetically on the linear maps, with their location and relative size indicated. Matching blocks of homology bear the same alphabetical symbol plus a prime or double prime. The actual amino acid sequences within these blocks and their numerical position with the entire precursor molecule can be located in Fig. 4. A(residues 21–35); A'(400–414); A"(1,714–1,728); B(89–101); B'(1,776–1,788); C(177–198); C'(1,856–1,877); D(211–227); D'(1,902–1,908); E(292–298); E'(1,979–1,985); F(164–179); F'(539–554); G(217–227); G'(594–604); H(250–261); H'(633–644); I(318–324); I'(809–815); J(2,038–2,059); J'(2,191–2,212); K(2,144–2,151); K'(2,301–2,308); L(2,181–2,188); L'(2,338–2,345); M(486–492); M'(1,796–1,802); N(749–755); N'(1,002–1,008).

The location of cysteine residues and potential N-glycosylation sites (Asn–X–Ser/Thr) is shown schematically in Fig. 5. Their exact numerical position within the human factor VIII:C precursor molecule is shown in Fig. 4. The cysteine residues appear to be clustered in the $M_r$ 50,000, 40,000 and 69,000 regions. There are no disulphide bridges between these regions in porcine factor VIII:C, where the same pattern of polypeptides is observed on SDS gels in either reducing or non-reducing conditions.

In contrast to the location of cysteine residues, many of the potential N-glycosylation sites appear between the $M_r$ 40,000 and 69,000 regions (Fig. 5). Distinct bands corresponding to this domain of 908 amino acids, or cleavage fragments derived from it, cannot be readily identified on silver stained SDS gels. We have obtained amino acid sequence data from minor components in purified porcine factor VIII:C preparations which are present in the $M_r$ 80,000 and 50,000 regions of SDS gels. The N-terminal sequences of these polypeptides are identical; furthermore, a similar amino acid sequence is found in the predicted human factor VIII:C precursor amino acid sequence shown in Fig. 4 (residues 760–766).

A striking feature of human factor VIII:C is the presence of repeated blocks of amino acid homology (Fig. 6); the three most extensively repeating patterns of homology are within the $M_r$ 50,000 and 69,000 fragments (blocks A, B, C, D, E and A", B', C', D', E'); within the $M_r$ 50,000 and 40,000 fragments (blocks A, F, G, H, I and A', F', G', H', I') and a $M_r$ 69,000 fragment internal repetition (blocks J, K, L and J', K', L'). Another set of repeat blocks (A', M and A", M') is suggestive of a vestige of a $M_r$ 40,000/69,000/69,000 duplication. Not only is there a strong M to M' homology, but also the A to M spacing is very similar in both regions. A block of amino acids (N) in the 40,000 region is repeated (N') in the region between the $M_r$ 40,000 and 76,000 regions.

We analysed the precursor human factor VIII:C amino acid sequence by the method of Hopp and Woods[19] for the determination of relative hydrophobicity. As observed for other secreted proteins, the factor VIII:C precursor contains a hydrophobic

leader sequence (residues 1–19). Two other extensive regions of hydrophobicity are also predicted by this analysis; first, 27 amino acids from Ser308 to His334 and second, from Ser630 to Phe677. The hydrophobic nature of these regions is substantiated by the method of Kyte and Doolittle[20]. The role of these hydrophobic regions in factor VIII:C secretion and/or activity is unknown.

## Homology with other plasma proteins

We have reported previously[21] amino acid sequence homologies among certain regions in factor VIII:C, factor V, and ceruloplasmin. These homologies were identified by comparison of the N-terminal amino acid sequences of thrombin cleavage fragments of bovine factor V and porcine factor VIII:C with amino acid sequence deduced from a genomic clone of porcine factor VIII:C and with the published amino acid sequence of human ceruloplasmin[22]. The deduced amino acid sequence of human factor VIII:C described here (Fig. 4) contains regions of homology with the known amino acid sequences of bovine factor V and extensive homology with the entire human ceruloplasmin molecule, supporting the suggestion that these three proteins are related evolutionarily. Note the homology between blocks A, A' and A" of human factor VIII:C (Fig. 6) and residues 2–16, 353–366 and 712–726 respectively of human ceruloplasmin[22], as these homology blocks apparently mark the boundary of a primordial gene encoding approximately 350 amino acids. Similarly, block A is homologous with residues 3–17 of the $M_r$ 94,000 amino terminal thrombin cleavage fragment of bovine factor V and block A" is homologous with residues 6–20 of the C-terminal $M_r$ 74,000 thrombin cleavage fragment of factor V[21]. At present, the significance of repeating homologous units in factor VIII:C, factor V and ceruloplasmin is unclear, but they presumably reflect duplications and triplications of some smaller ancestral gene.

We thank Louise Wasley and John Brown for technical assistance; Ed Fritsch and Steve Clark for support and helpful discussions; Joyce Lauer and Katherine Smith for help with the manuscript and Martha Richardson, Marybeth Erker and Cathy Beechinor for word processing. Finally, we thank both Robert Kamen and Gabriel Schmergel for their encouragement throughout the project. This work was supported by Baxter Travenol Inc., the Mayo Foundation and grant HL-17430 to D.N.F.

©1984 Nature Publishing Group

Case 1:17-cv-01316-RGA-SRF   Document 158-1   Filed 12/28/18   Page 35 of 241 PageID #:
25956

Received 31 August; accepted 2 October 1984.

1. Hoyer, L. W. *Blood* **58**, 1–12 (1981).
2. Rapaport, S. I., Schiffman, S. & Patch, M. J. *Blood* **21**, 221–235 (1963).
3. Vehar, G. A. & Davie, E. W. *Biochemistry* **19**, 410–416 (1980).
4. Fass, D. N., Knutson, G. J. & Katzman, J. A. *Blood* **59**, 594–600 (1982).
5. Fulcher, C. A., Gardiner, J. E., Griffin, J. H. & Zimmerman, T. A. *Blood* **63**, 486–489 (1984).
6. Fass, D. N., Hewick, R. M., Knutson, G. J., Nesheim, M. E. & Mann, K. G. *Proc. natn. Acad. Sci. U.S.A.* (in the press).
7. Owen, C. A. Jr, Bowie, W. E. J. & Fass, D. N. *Br. J. Haemat.* **43**, 307–315 (1979).
8. Libre, E. P., Cowen, D. H., Watkins, S. P. & Shulman, N. R. *Blood* **31**, 358–368 (1968).
9. Marchioro, T. L., Houghie, C., Ragde, H., Epstein, R. B. & Thomas, E. D. *Science* **163**, 188–190 (1969).
10. Knutson, G. J. & Fass, D. N. *Blood* **59**, 615–624 (1982).
11. Hewick, R. M., Hunkapiller, M. E., Hood, L. E. & Dreyer, W. J. *J. biol. Chem.* **256**, 7990–7997 (1982).
12. Strehler, B. & North, D. *Mech. Ageing Dev.* **18**, 285–313 (1982).
13. Agarwal, K. L., Brunstedt, J. & Noyes, B. E. *J. biol. Chem.* **256**, 1023–1028 (1981).
14. Jaye, M. *et al. Nucleic Acids Res.* **11**, 2325–2335 (1983).
15. Lawn, R. M., Fritsch, E. F., Parker, R. C., Blake, G. & Maniatis, T. *Cell* **15**, 1157–1174 (1978).

16. Stel, H. V., vanderKwast, Th. H. & Veerman, E. C. I. *Nature* **303**, 530–532 (1983).
17. Kaufman, R. J. & Sharp, P. A. *Molec. Cell Biol.* **2**, 1304–1319 (1982).
18. Clark, S. C. *et al. Proc. natn. Acad. Sci. U.S.A.* **81**, 2541–2547 (1984).
19. Hopp, T. P. & Woods, K. R. *Proc. natn. Acad. Sci. U.S.A.* **78**, 3824–3828 (1981).
20. Kyte, J. & Doolittle, R. F. *J. molec. Biol.* **157**, 105–132 (1982).
21. Church, W. R. *et al. Proc. natn. Acad. Sci. U.S.A.* (in the press).
22. Takahashi, N., Ortel, T. L. & Putnam, F. W. *Proc. natn. Acad. Sci. U.S.A.* **81**, 390–394 (1984).
23. Gluzman, Y. *Cell* **23**, 175–182 (1981).
24. Sompayrac, L. M. & Dana, K. J. *Proc. natn. Acad. Sci. U.S.A.* **78**, 7575–7578 (1981).
25. Luthman, H. & Magnusson, G. *Nucleic Acids Res.* **11**, 1295–1308 (1983).
26. Lee, M. L., Maglalang, E. A. & Kingdon, H. S. *Thromb. Res.* **30**, 511–519 (1983).
27. Kasper, C. K. *Thromb. Diath. Haemorrh* **34**, 869–872 (1975).
28. Hunkapillar, M. W., Lujan, E., Ostrander, F. & Hood, L. E. *Meth. Enzym.* **91**, 227–236 (1983).
29. Woo, S. L. C. *Meth. Enzym.* **68**, 389–395 (1979).
30. Hastie, N. D., Held, W. & Toole, J. J. *Cell* **17**, 449–457 (1979).
31. Derman, E. *et al. Cell* **23**, 731–739 (1981).
32. O'Hare, K., Levis, R. & Rubin, G. M. *Proc. natn. Acad. Sci. U.S.A.* **80**, 6917–6921 (1983).
33. Shaw, P. H., Held, W. A. & Hastie, N. D. *Cell* **32**, 755–761 (1983).
34. Gubler, U. & Hoffman, B. J. *Gene* **25**, 163–269 (1983).

# LETTERS TO NATURE

## Cosmic-ray emission from Cygnus X-3

**N. A. Porter**

Physics Department, University College, Dublin 4, Ireland

Recent observations[1,2] of the X-ray binary source Cygnus X-3 have revealed a flux of ultra-high energy $\gamma$ rays. Other observations and subsequent models suggest that Cyg X-3 may be a dominant source of galactic high-energy cosmic rays. Here I investigate whether it is possible to escape this conclusion with a model in which most of the energy of accelerated particles at the source is emitted by curvature radiation (that is, radiation emitted by particles travelling on curved paths in a magnetic field so strong that synchrotron radiation is suppressed). I conclude that such a model is not consistent with the observations.

The ultra-high energy $\gamma$-ray flux[1,2] at $10^{15}$–$10^{16}$ eV from the X-ray binary source Cygnus X-3 has attracted much attention. If the output is in the form of a rotating beam or an interception of a particle beam by a producing medium in the line-of-sight, the estimated[1] emission in the energy range is $6 \times 10^{36}$ erg s$^{-1}$. The flux at $10^{11}$–$10^{13}$ eV seen by atmospheric Čerenkov groups[4–7] also contributes $\sim 10^{37}$ erg s$^{-1}$, again assuming a beamed emission. This $\gamma$-ray component may be significant at high energies in forming cosmic-ray anisotropies[8]. Because of the difficulty in explaining the ultra-high energy flux in terms of electron emission[2,9,10], a proton or ion mechanism, probably involving nuclear collisions and production of $\pi^0$-mesons[11], seems necessary. Using nuclear interaction models of the source, it has been shown[12,13] that more than $10^{40}$ erg s$^{-1}$ of high-energy cosmic-ray particles are emitted. The calculation of the production and subsequent absorption of $\gamma$ rays in a uniform medium gives a maximum efficiency of only $\sim 3\%$ for the conversion of a nuclear spectrum into a $\gamma$-ray spectrum of comparable exponent. Interstellar absorption, for the accepted distance of 11.4 kpc (ref. 3), raises the observed flux to $\sim 3 \times 10^{37}$ erg s$^{-1}$ in the region $10^{15}$–$10^{16}$ eV. These are time-averaged fluxes. In a directed effect, in which an isotropic flux of protons or ions strikes an emitting/absorbing medium[13] and if the observed duty cycle is 0.1 (in ref. 2 it seems to be as low as 0.025), then we arrive at a heavy-particle emission of $\geq 10^{40}$ erg s$^{-1}$. However, the total cosmic-ray energy injection rate required for the whole Galaxy is thought[14,15] to be only $10^{40}$–$10^{41}$ erg s$^{-1}$. Thus a single Cyg X-3 type source could supply the entire cosmic-ray demand up to particle energies of $\sim 10^{16}$ eV.

Hillas[13] holds that Cyg X-3 can comfortably supply the ultra-high energy galactic cosmic rays in the energy range $10^{15}$–$10^{18}$ eV, but probably does not contribute substantially to the lower energy flux. Does the observed $\gamma$-ray flux necessarily imply such large proton fluxes, or are there are mechanisms which could supply the photon component more economically? One possible mechanism, curvature radiation[16], is considered here because it has a very efficient transfer ratio between emitting particles and emitted photons, and because it operates with heavy particles as well as electrons. For the $10^{15}$–$10^{16}$ eV band,

protons or ions are required, but electrons might produce the $10^{11}$–$10^{13}$ eV component. For the $10^{13}$–$10^{15}$ eV interval, for which there is some experimental evidence of emission[17], there could be a combined effect, and indeed the phase of the 4.8-h period emission seems to change between $10^{12}$ and $10^{15}$ eV. For either proton or electron emission, however, there is a serious $\gamma$-ray absorption problem, arising from pair production in the magnetic field of the pulsar[18]. Ignoring this we can calculate, in cgs units, the required power output. For a single particle of unit charge, whether electron or proton, the power output in curvature radiation is:

$$W = 2e^2 c\gamma^4/3r^2 \qquad (1)$$

With a characteristic $\gamma$-ray energy

$$h\nu = 2\pi hc\gamma^3/r \qquad (2)$$

where $r$ is the radius of the orbit, $\gamma = E/mc^2$ for either a proton or an electron, where $E$ is the energy of the proton or electron.

For the $10^{15}$-eV $\gamma$ rays we take $r = 10^8$ cm, for a field line extending from the pulsar pole to the velocity of light cylinder. The frequency $\nu = 10^{30}$ Hz, and from equation (2) we have $\gamma^3 = 3 \times 10^{27}$ or $\gamma = 10^9$. For a proton this gives a particle energy of $10^{18}$ eV. For orbit radii $<10^8$ cm, $W$ would be large, resulting in a rapid energy loss, so that the process would not work.

Acceleration to this energy may be electrostatic[10]. The field $\varepsilon$ has a maximum value[14,15] given by $\varepsilon = 10^{-14.2} Br^{3/2}P^{-3/2}$ V cm$^{-1}$ where $B$ is the magnetic field and $P$ the period; at $10^{12}$ G and 3 ms respectively we obtain a field of $\sim 2 \times 10^{13}$ V cm$^{-1}$ near the pole of the pulsar. The distance to the velocity-of-light cylinder is only $10^7$ cm, but in the absence of short-circuiting effects, it is not difficult to obtain potentials in the region of $10^{20}$ eV. An alternative possibility is the mechanism of Gunn and Ostriker[19].

The energy output in curvature radiation from a proton of $10^{18}$ eV is given by equation (1):

$$W = \frac{2}{3} \times \frac{25 \times 10^{-20} \times 3 \times 10^{10} \times 10^{36}}{10^{16}}$$

$$= 10^{12} \text{ erg s}^{-1} \text{ or } 30 \text{ erg cm}^{-1}$$

This is essentially equal to the electrostatic energy gained, so that there will be equilibrium between emission and acceleration. For a flight distance $10^7$ cm to the velocity-of-light cylinder, we have an emission of $3 \times 10^8$ erg at a constant particle energy of $10^{18}$ eV. To produce $3 \times 10^{37}$ erg s$^{-1}$ of $\gamma$ rays at $10^{15}$ eV we require $10^{29}$ particles s$^{-1}$, each with $10^{18}$ eV or $10^6$ erg, making a total energy flux of $\sim 10^{35}$ erg s$^{-1}$. We assume that all particles escape on reaching the velocity-of-light cylinder.

Therefore, the proton flux produced might be less by more than two orders of magnitude than the $\gamma$-ray flux, and five orders of magnitude less than the $10^{40}$ erg s$^{-1}$ required by the nuclear interaction model. A similar calculation for electrons having characteristic energies of $10^{14}$ eV results in a comparable energy requirement, about $10^{34}$ erg s$^{-1}$ of $10^{14}$ eV electrons producing

©1984 Nature Publishing Group

# EXHIBIT I

*Journal of Thrombosis and Haemostasis*, **2**: 383–387

# Remembrances of factor VIII. Part 1: The race to the gene

J. GITSCHIER

*Departments of Medicine and Pediatrics, University of California, San Francisco and Howard Hughes Medical Institute*

**To cite this article:** Gitschier J. Remembrances of factor VIII. Part 1: The race to the gene. *J Thromb Haemost* 2004; 2: 383–7.

I have often been credited with the cloning of factor (F)VIII, but the credit does not belong to me. If any one person should be attributed with this discovery, it is my friend and colleague Bill Wood, who took the first peek at this massive gene. But even that statement misses the mark. This project succeeded because of teamwork.

The research I will describe took place in the biotech crucible, Genentech, 20 years ago. Genentech in those days could still be considered a start-up company. I was the 400-something[th] employee. We were all were housed in one mud-colored, windowless warehouse at the bayside of an industrial park in South San Francisco. The company seemed to operate like a boy's locker room, and the place reeked of testosterone. No prank was too outrageous, no poker bet was too high, and no woman was part of the inner circle. The head of organic chemistry came out of the building one day to find his car had been painted pink. When a coworker of mine was asked where Dave Goeddel, the most famous, productive and senior scientist at the time, could be found, he retorted, 'Just go upstairs and look for the tallest 14-year-old'. You get the idea.

But the place was magical. I found myself in an unbelievably lucky and exciting situation and I loved every minute of it.

Bill Wood and I joined Genentech within a few months of each other in the winter of 1981/1982. We were members of Dick Lawn's lab, I as a postdoc and Bill as a scientist. Bill immediately became my scientific mentor, as I had no background in nucleic acid biochemistry. We spent many hours working together, he often giving me the seed of an idea on how to proceed and I offering up results. Bill and I both loved looking at data, a trait I enjoy to this day, and we developed a special and productive partnership.

Bill had come to Dick's lab specifically to work on FVIII. FVIII was considered not just the pharmaceutical prize of its time, but the cloning challenge of the moment. The protein was known to be enormous and labile. Combined with its exceptionally low abundance in plasma, it seemed an unlikely candidate for cloning success.

However, if potential monetary gain and intellectual challenge were not sufficient motivators, for all of us in Dick's lab the plight of hemophiliacs was the crucial driving force. Readers of this journal are only too familiar with problems associated with past remedies for hemophilia—whole plasma, then frozen concentrate, or even porcine FVIII. The morbidity, the fear and the ineffectiveness in patients with severe hemophilia who also produced 'inhibitors' (antibodies against FVIII) made treatment a constant battle. Worse yet, in the spring of 1982, a new disease, a lymphadenopathy later called AIDS, started to afflict hemophiliacs because of the contaminated blood supply. We knew we needed to come up with a recombinant, virus-free version of this protein. We were on a mission.

But how to find the gene for this elusive protein? At the time, there was almost nothing to go on. One, we needed a source of FVIII protein from which some amino acid sequence could be determined. From this sequence, working backwards, we could devise oligonucleotides composed of codons for the amino acid and hybridize them, by Watson–Crick base-pairing, to a FVIII-encoding nucleic acid sequence. Two, we needed a source for that nucleic acid sequence.

The first problem was solved by a successful collaboration. Last year in these pages, Ted Tuddenham described his work on purification of FVIII, starting in the 1970s [1]. By the early 1980s it was clear that FVIII was a protein distinct from von Willebrand factor and alone provided the crucial activity for treatment of patients with classic hemophilia. Genentech partnered with Speywood Laboratories, who had funded Ted's purification efforts. Ted provided Genentech with antibodies against human FVIII, both from patients who produced 'inhibitors' as well as monoclonal antibodies made by Frances Rotblat in his laboratory at the Royal Free Hospital in London. He also supplied preparations of human FVIII purified from the blood of thousands of donors.

The second problem, finding a source for the FVIII nucleic acid, was more vexing. Until then, genes were typically cloned as 'cDNAs' (complementary DNAs), sequences synthetically produced in the laboratory to recapitulate coding mRNAs. FVIII circulated at such low levels that we had to assume its mRNA was also rare. It appeared to be a very large protein, indicating that its corresponding mRNA would also be large and therefore vulnerable to degradation. Adding to the challenge was the question of its site of synthesis. The liver

Correspondence: Jane Gitschier, U286, Box 0794, University of California, San Francisco, CA 94143, USA.
Tel.: 415 476 8729; fax: 415 502 0720; e-mail: gitschi@itsa.ucsf.edu

© 2004 International Society on Thrombosis and Haemostasis

384  *J. Gitschier*



Fig. 1. Bill Wood at his bench (1984).

seemed a very good guess, as most coagulation proteins were known to be produced there. But could we count on it?

Dick proffered a different approach. He reasoned that a 'library', or collection, of cDNA from liver may or may not have a FVIII cDNA in it, or for that matter, the particular bit of cDNA for which we were probing. On the other hand, he suggested, a library made from human genomic DNA (the whole human genome chopped up and cloned into a phage vector) should have 'all' the human sequences in it. This is not completely true, of course; on statistical grounds alone, sequences of the human genome will be missing, as will 'unclonable' sequences.

Months before we entered the collaboration with Ted and his group, Bill and I and other members of Dick's lab had begun developing methods to clone the gene directly from genomic DNA. We used factor (F)IX, another gene located on the human X-chromosome, as our guinea pig. Until then, the most commonly used genomic DNA library, one in fact made by Dick when he had been a postdoc, came from male DNA. Consequently, DNA sequences from the X-chromosome, compared with those from the other chromosomes, were underrepresented by one-half. Bill found a cell line from a rare individual with four X-chromosomes and made a new genomic



Fig. 2. Terri Goralka and Bill Wood displaying the map of the human factor VIII gene (1984).

library to enrich for sequences on the X-chromosome. He also made a series of blots of DNA from a male (having one X-chromosome) and the 4X individual for testing. If our oligonucleotides were to hybridize at four times the intensity to the 4X DNA compared with the 1X DNA, it would probably indicate an X-linked gene—hopefully the FVIII gene.

Our team also experimented with various kinds of oligonucleotides. An effective cDNA cloning strategy, using pools of relatively short oligonucleotides to cover all possible codon choices, had to be re-evaluated in the face of the massive complexity of the human genome, with 3 billion base pairs of DNA. If, for example, we had used 16 14-mers to cover all possible codon choices corresponding to a stretch of five amino acids, we might expect hundreds of matches just by chance. Exacerbating the problem was that oligonucleotides rich in cytosines and guanines (C and G) hybridize much more tightly to their cognate sequences than do those rich in adenines and thymines (A and T). This meant that if an experiment were conducted at a temperature high enough to ensure specificity for binding of a CG-rich probe to its target sequence, the AT-rich probe in the pool of sequences did not stand a chance. Bill's attitude was 'this will never do', and with me in tow, he marched off to the office of Larry Lasky, a new Genetech recruit and a friend of Dick's.

How Bill knew Larry would have a good idea on how to solve this problem I will never know, but within seconds Larry uttered a single word: 'TEACL'. Larry was talking about tetraethylammonium chloride, a compound that would make all A–T base pairs melt at the same temperature as G–C base pairs. For technical reasons we settled on a related salt, tetramethylammonium chloride, and did a few pilot experiments to be sure we got all oligonucleotides to melt at the same temperature [2]. Ever since then I have regarded Larry as having a mind like a steel trap.

Another strategy involved use of a single 'long probe' synthesized to match one set of codon choices for a longer stretch of amino acids. This approach had been used successfully by an adjacent lab and we planned to give it a try as well.

Sometime in early 1983, protein arrived at Genentech and the work toward cloning began in earnest. Gordon Vehar was the head of the protein chemistry effort and was an experienced 'clotter', having worked on purification of bovine FVIII in Earl Davie's lab. Gordon was joined by postdoc Bruce Keyt and later Dan Eaton, and together they analyzed the purified material. They measured FVIII activity, correlated it with proteolytic cleavage patterns in response to thrombin digestion, and assessed fragmented products by tryptic peptide mapping. What emerged was a complicated pattern of peptides that together were associated with activity. Some of the fragments, namely 50- and 43-kDa fragments, were clearly related to a 90-kDa fragment, which in turn was a derivative of the largest fragment of 210 kDa. Another species, the 73-kDa fragment, was a degradation product of an 80-kDa fragment, and these were distinct in tryptic-digestion pattern from all the other species. Somehow all of these peptides had to be related to the single-chain, 300-kDa species previously described by Ted's group [3].

© 2004 International Society on Thrombosis and Haemostasis



Fig. 3. Phillip Hollingshead and Karen Wion in the lab (1984).

In March of 1983, somewhere between page 29 and page 30 in my lab notebook no. 6, I jumped ship from pilot studies on FIX to the full-court press on FVIII. The first entry in my black-and-white speckled record of FVIII project team meetings is dated 3/3/83. Within just 4 weeks of the first entry, while I was mucking about with some of the FVIII antibodies, the protein chemistry team had determined the amino-terminal sequence of several tryptic peptides from the 80-kDa fragment. Based on one peptide sequence, AWAYFSDVDLEK, Dick ordered synthesis of a single 'long' oligonucleotide of 36 nucleotides, and Bill tried it on his 1X/4X panels. Encouraged by the 4-fold intensity difference, Bill screened the library he had prepared, and by mid May he had isolated the first of what proved to be 26 exons encoding human FVIII. He presciently named this exon 'A', not knowing where A fitted into the overall sequence of the gene. All we knew was that part of the 80-kDa fragment had been cloned. Remarkably, only 10 of the 12 amino acids from this peptide were encoded by exon A.

Suddenly what seemed almost impossible was a reality, and more people leapt into the fray. Dan Capon, one of Dave Goeddel's *Wunderkindern*, took over the cDNA cloning aspect of the project. Dan was one of the most intense, gifted and fiercely competitive researchers you might come across. With his thick black hair and piercing gray eyes, his forward-bent body seemed to suggest a constant state of attack. Dan and I had been graduate students together at MIT, and I knew he was unstoppable. He and Karen Fisher (then Wion) screened 80 human cell lines to see if they could come up with a decent FVIII producer. They found it in an unlikely source, a T-cell hybridoma line called AL-7.

Simultaneously, Bill invented a procedure whereby large genomic stretches of FVIII could be made to produce a spliced messenger RNA. Bill never published this idea, but with it he generated sufficient cDNA sequence emanating from exon A to help Dan pull out longer FVIII cDNA clones. Years later an identical technique dubbed 'exon-trapping' was described and developed into a cloning kit, but Bill really got there first.

Screening with a set of oligonucleotide probes corresponding to a different peptide sequence subsequently turned up the second exon, 'B'. When this genomic clone was subdivided and sent off for DNA sequencing, we discovered we had hit a genomic jackpot. The extraordinarily long open reading frame continued for 3100 nucleotides, which ultimately proved to be a third of the entire mRNA. This gave the cDNA cloning efforts a quick shot in the 5′ direction.

As there was so much work to be done on so many fronts, I became responsible for the genomic cloning effort. This project turned out to be a *tour de force* for which I was well suited; it drew on my strengths in logic and maths as well as my organizational abilities. Luckily, I was teamed up with a spunky young technician named Terri Goralka, and over the course of the next 9 months, Terri and I were joined at the hip. We screened genomic libraries, made restriction maps with a set of 10 enzymes, subcloned all BamHI and EcoRI fragments for more refined mapping, identified single-copy probes for genomic 'walking' in both directions, and identified and sequenced exons. We made grids of all the clones so they all could be rapidly tested whenever a new peptide sequence became available. Added to this interplay were the data that poured in from the other members of Dick's lab, including Karen, Dale Hansen, Philip Hollingshead, and Dick himself, a soft-spoken guy who cultivated our pleasant and highly cooperative lab atmosphere. I developed a record-keeping strategy and each of us adopted a unique tape color for our Eppendorf tubes. I continue to prize my aliquot of Bill's first FVIII genomic clone, now dried up on the side of a bright-green labeled tube.

One little hiccup in this well-oiled system was the DNA sequencing lab, run by Peter Seeberg, a lanky German of growth hormone fame, but of later notoriety for claiming to have misappropriated those sequences from the University of California after his postdoc there. Peter hated working with women, a well-known fact that he readily acknowledged. Terri, Karen and I felt we had to walk on glass whenever we ventured into the sequencing lab, trying to evade Peter. Often, I just sequenced fragments myself to avoid going down there.

On reflection, it is hard to appreciate how painstaking this work was. In those days, there were no DNA sequencing machines, no robotics for minipreping DNA and no polymerase chain reaction! We actually had to READ sequencing gels, enter the sequence manually and proofread it. A typical morning consisted of 96 minipreps, and an afternoon of reading sequencing gels and entering the data into the computer by hand.

Between experiments, Terri goaded me into tagging along with her on windy 3-mile runs through the industrial park and to Jazzercize classes at the local athletic club. I was temporarily not just a DNA jock, but an actual JOCK with my own smelly towel in the Genentech ladies' room to prove it.

The iterative cloning and mapping process we developed led to a complete map of the human FVIII gene. At 186 bp, it was the largest gene identified at the time. The map that began on 23 May 1983 on a single piece of blue-grid paper grew to 110 cm and still hangs in my office, a reminder of one of the happiest and most productive periods of my life.

By December of 1983, based largely on Dan's cDNA work, we knew the entire sequence of the protein and how the

© 2004 International Society on Thrombosis and Haemostasis

**386**  *J. Gitschier*



**Fig. 4.** Bill and I meet at the San Francisco airport on the way to separate European meetings to discuss factor VIII (1986).



**Fig. 5.** The goal realized: Recombinant Factor VIII makes its way to patients.

mysterious fragments of 43, 50, 73, 80, 90 and 210 kDa were related. We saw how exon B encoded the entire B domain, a region that proved completely dispensable for activity. We scratched our heads when we realized FVIII is a distant relative of ceruloplasm.

Genentech was not the only company hell-bent on cloning the FVIII gene and putting the factor in a bottle. Our most vigorous competitor was Genetics Institute (GI), a smaller Boston-based biotech company populated by former MIT and Harvard postdocs. GI teamed up with Mayo Clinic's David Fass, who had purified porcine FVIII and had agreed to supply GI with reagents as Ted had for us. GI's plan was to isolate the porcine gene and pull out the human gene by homology.

Competing biotech companies do a special dance with one another. Spirits, and stock prices, can rise and fall with innuendo, hearsay, and on occasion, presentations of actual data. In the summer of 1983, for example, Bill and I attended a Gordon Conference on Hemostasis in New Hampshire. David Fass was a friendly guy and could often be found either bounding off with his fishing pole or heading back with a catch. We were all ears when he reported a porcine peptide sequence with what we recognized as a signature motif of three tyrosines. Fass's finding was identical to the result from an experiment

Hermann Oppenheimer at Genentech had performed months earlier on iodinated 90-kDa fragment, indicating tyrosine residues at positions 5, 6 and 16 both in human and bovine FVIII. We slunk about, scrambling to find a pay phone somewhere on the campus (this was in the days before cell phones) to call the lab. We knew we were way ahead.

Little wonder, then, that we were stunned several months later when, on 2 December 1983, we awoke to newspaper reports of GI cloning the FVIII gene. Careful reading of one of these articles convinced us that GI had only a partial human clone, and we breathed a cautious sigh of relief. Bob Kamen, the president of GI, was later quoted by the *Wall Street Journal* as saying, 'We made the announcement because we had a large number of people who had pulled off a minor miracle'. We



**Fig. 6.** Winners of the Distinguished Inventor Award: (L to R) Dan Capon, Gordon Vehar, Dick Lawn, and Bill Wood (1999).

© 2004 International Society on Thrombosis and Haemostasis

knew just how they felt. We later realized that GI had also filed a patent application based on partial sequence.

When GI made its announcement, we were on the verge of the complete sequence. But as excited as we were to solve the FVIII puzzle, we knew we still had a long road ahead. The gold standard was 'expressing' the cloned gene and putting the 'recombinant' FVIII in a bottle. Again, this was no easy feat, since FVIII, at 2351 amino acids, was far larger than anything that had been produced by recombinant DNA up to that point. FVIII cDNA had to be stitched together in one piece and then put into an expression vector that would promote production of FVIII protein in a mammalian cell. Dan and Bill teamed up with Chris Simonsen and his group, who specialized in expression, and held their breath while the protein chemists monitored the baby hamster kidney cell line's progress. On 10 April 1984, Gordon came by Dick's lab and left a note on Bill's desk: 'See me'. They had activity!

For scientists, the next move would naturally be to publish, but in biotechland, the next move is to secure a patent position. A seminar given by Dick and Gordon was hastily organized at the University of California, San Francisco. The seminar was timed to occur after the patent was submitted on 20 April 1984. By the time Dick and Gordon spoke late that afternoon, Bill had hand-delivered the application to the US Patent Office in Washington. This seminar served as the public announcement, which was then reported on the front page of the *New York Times* and that evening on the major network news programs.

Everyone was in a tizzy to get the data submitted to *Nature*, and there were the inevitable discussions about authorship order. I remember one that had to be adjudicated by Dave Goeddel in his office. It was resolved that I would be the first author on the genomic cloning paper and Bill first on the cDNA cloning paper. This understandably rankled Dan, who had worked so hard on the project. Worse than that though, the Genentech legal department, which had to sign off on manuscript submissions, was loathe to let us publish such valuable findings. We started losing our precious lead time to press. Miffed that publication took so long (it eventually occurred in November of 1984 [4–6]), we were nonetheless pleased that the well-deserving GI team had the opportunity to publish their findings in the same issue [7]. In fact, the GI team had used some of the same strategies we had, including screening with a long probe, cloning directly from genomic DNA, and testing their sequence for X-linkage with the 4X cell line. Even though we did not know our competitors on the Atlantic, we knew what they had been through and we felt a kindred spirit.

Serendipity led *Nature* to publish the paper entitled 'Characterization of the human factor VIII gene', on which I was

lead author, first in its series of four articles on FVIII. We had assumed that honor would go to the paper by Wood *et al.* on the cDNA cloning and production of active human FVIII. It was a lucky break for me, but paled in comparison with the joy of discovery, the camaraderie, the intellectual excitement, and the good feeling of having accomplished something worthwhile.

## Epilogue

Both Genentech and GI realized their goals for treating hemophiliacs. GI's product made it first to the market, with Food and Drug Administration (FDA) approval in late 1992 under the name Recombinate. Miles/Bayer licensed Genentech's technology and currently sells it as Kogenate, approved by the FDA in 1993. Since GI filed its patent application first, a patent interference case, the longest in US history, ensued. The case was ultimately decided in favor of Genentech, who had the stronger claim based on full-length sequence and expression of active protein, and Genentech agreed to cross-license with GI. GI is now a subdivision of Wyeth Laboratories and produces a B-domain-less version of FVIII under the name 'ReFacto', approved in 2000. The companies have had trouble meeting the demands for recombinant FVIII in recent years.

## References

1  Tuddenham EGD. In search of the eighth factor: a personal reminiscence. *J Thromb Haemost* 2003; **1**: 403–9.
2  Wood WI, Gitschier J, Lasky LA, Lawn RM. Base composition-independent hybridization in tetramethylammonium chloride: a method for oligonucleotide screening of highly complex gene libraries. *Proc Natl Acad Sci USA* 1984; **82**: 1585–8.
3  Rotblat F, Goodall AH, O'Brien DP, Rawlings E, Middleton S, Tuddenham EG. Monoclonal antibodies to human procoagulant factor VIII. *J Lab Clin Med* 1983; **101**: 736–46.
4  Gitschier J, Wood WI, Goralka TM, Wion KL, Chen EY, Eaton DH, Vehar GA, Capon DJ, Lawn RM. Characterization of the human factor VIII gene. *Nature* 1984; **312**: 326–30.
5  Wood WI, Capon DJ, Simonsen CC, Eaton DL, Gitschier J, Keyt B, Seeburg PH, Smith DH, Hollinshead P, Wion KL, Delwort H, Teddenham EGD, Vehar GA, Lawn RM. Expression of active human factor VIII from recombinant DNA clones. *Nature* 1984; **312**: 330–7.
6  Vehar GA, Keyt B, Eaton D, Rodriguez H, O'Brien DP, Rotblat F, Oppermann H, Keck R, Wood WI, Harkins RN, Tuddenham EGD, Lawn RM, Capon DJ. Structure of human factor VIII. *Nature* 1984; **312**: 337–42.
7  Toole JJ, Knopf JL, Wosney JM, Sultzman LA, Buecker JL, Pittman DD, Kaufman RJ, Brown E, Shoemaker C, Orr EC, Amphlett GW, Foster WB, Coe ML, Knutson GJ, Fass DN, Hewick RM. Molecular cloning of a cDNA encoding human antihaemophilic factor. *Nature* 1984; **312**: 342–7.

© 2004 International Society on Thrombosis and Haemostasis

# EXHIBIT J



**Edition 28**

# Dorland's
## *Illustrated*
# Medical
# Dictionary



**W.B. SAUNDERS COMPANY**
*A Division of Harcourt Brace & Company*
Philadelphia   London   Toronto   Montreal   Sydney   Tokyo

**W.B. SAUNDERS COMPANY**
*A Division of Harcourt Brace & Company*

The Curtis Center
Independence Square West
Philadelphia, PA 19106

Dorland's illustrated medical dictionary.
Philadelphia: W.B. Saunders Co.,

v.: ill.; 27 cm.

Irregular.
Began publication with 23rd ed.
Description based on: 26th ed.
Continues: American illustrated medical dictionary.


1. Medicine—Dictionaries.   I. Dorland, W.A. Newman
(William Alexander Newman), 1864–1956.
   [DNLM: 1. Dictionaries, Medical.   2.  Reference Books,
Medical]

R121.D73              610′.3′21—dc19              0-6383
                              AACR 2   MARC-S

   Library of Congress          [8607r85]rev6

Listed here are the latest translated editions of this book together with the languages for the translations and the publishers.

Italian *(27th Edition, revised)*—Edizioni Scientifiche Internazionali (ESI), Milan, Italy

Japanese *(27th Edition)*—Hirokawa Publishing Company, Tokyo, Japan

Spanish *(27th Edition)* (Adaption)—McGraw-Hill–Interamericana de España, Madrid, Spain

Dorland's Illustrated Medical Dictionary              ISBN  0–7216–2859–1(Standard)
                                                            0–7216–5577–7(Deluxe)
                                                            0–7216–5323–5(International)

© 1994 by W.B. Saunders Company. Copyright 1900, 1901, and 1903 by W.B. Saunders and Company.  Copyright 1906, 1909, 1911, 1913, 1915, 1917, 1919, 1921, 1923, 1927, 1929, 1932, 1935, 1938, 1941, 1944, 1947, 1951, 1957, 1965, 1974, 1981, 1985, and 1988 by W.B. Saunders Company.

Copyright under the Uniform Copyright Convention.  Simultaneously published in Canada.  All copyright renewals registered.

Derechos reservados conforme a la ley para la Republica Mexicana.

All rights reserved.  This book is protected by copyright.  No part of it may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without written permission from the publisher.  Made in the United States of America.

Some of the words appearing in the Dictionary are proprietary names (trademarks) even though no reference to this fact is made in the text.  The appearance of any name without designation as a trademark is therefore not to be regarded as a representation by the editors or publisher that it is not a trademark or is not the subject of proprietary rights.

The use of portions of the text of the *United States Pharmacopeia,* Twenty-second Revision, official from January 1, 1990, of the *National Formulary,* Seventeenth Edition, official from January 1, 1990, and of *USAN and the USP Dictionary of Drug Names 1994* is by permission received from the Board of Trustees of the United States Pharmacopeial Convention, Inc. The said Convention is not responsible for any inaccuracy of quotation, or for any false or misleading implication that may arise by reason of the separation of excerpts from the original context or by obsolescence resulting from the publication of a supplement.

Library of Congress catalog card number 78–50050

Last digit is the print number:     9     8     7     6     5     4     3     2     1

duce a molecule, e.g., an amino acid, essential for growth; called also *biochemical m.*

**ochre m.,** see *nonsense m.*

**opal m.,** see *nonsense m.*

**point m.,** a mutation resulting from a change in a single base pair in the DNA molecule, caused by the substitution of one nucleotide for another. See also *chromosomal m.* and *genomic m.*

**reading frameshift m.,** frameshift m.

**reverse m.,** a point mutation causing reversion from the mutant to the normal wild type; cf. *forward m.*

**silent m.,** a mutation that has no detectable phenotypic effect.

**somatic m.,** a mutation in a somatic cell, not in a germ cell; it may affect the phenotype in which it occurs since it provides the basis for mosaicism, but generally the mutation will not be transmitted to offspring. Somatic mutations have been proposed as causes of aging and cancer. See also *germinal m.*

**spontaneous m's,** mutations occurring at a low but measurable rate in all organisms, presumably because of the inherent rates of error in the replication and transmission of a genome. Called also *natural m.* See also *induced m.*

**suppressor m.,** a mutation that partially or completely masks phenotype expression of a mutation but occurs at a different site from the primary mutation (i.e., causes suppression); it may be intragenic or intergenic. The term is used particularly to describe a secondary mutation that restores the ability of a transfer RNA to recognize a nonsense codon that was created by the primary mutation.

**temperature-sensitive (t-s) m.,** a conditional mutation resulting in an abnormality at one temperature, but not at others; see also *cold-sensitive m.*

**umber m.,** see *nonsense m.*

**visible m.,** a mutation affecting a morphological trait and for which screening is done by inspection.

**mu·ta·tion·al** (mu-ta'shən-əl)   pertaining to mutation.

**mute** (mūt) [L. *mutus*]   1. unable to speak. 2. one who cannot speak. **deaf m.,** see *deaf-mute.*

**mu·te·in** (mu'tēn) [from *mut*ant-pro*tein*]   a name suggested for a protein arising as a result of a mutation; it is analogous to the wild-type protein but does not necessarily have the same enzymological, immunological, or physicochemical properties.

**mu·ti·la·tion** (mu'tĭ-la'shən) [L. *mutilatio*]   the act of depriving an individual of a limb, member, or other important part; deprival of an organ; severe disfigurement.

**Mu·tis·ia** (mu-tiz'e-ə)   a genus of plants.
**M. viciaefo'lia,** a composite-flowered plant of South America, used there as a sedative and in various diseases of the heart, respiratory organs, and nervous system.

**mu·tism** (mu'tiz-əm) [L. *mutus* unable to speak, inarticulate]   inability or refusal to speak.
**akinetic m.,** a state in which the individual can make no spontaneous movement or sound; often caused by a tumor or leion in the third ventricle. Cf. *locked-in syndrome.*
**deaf m.,** inability to speak as a result of deafness and never having heard spoken words.
**elective m.** [DSM-III-R], a mental disorder of childhood characterized by continuous refusal to speak in social situations by a child who is able and willing to speak to selected persons.

**mu·tu·al·ism** (mu'tu-əl-iz-əm)   symbiosis in which both populations (or individuals) gain from the association and are unable to survive without it.

**mu·tu·al·ist** (mu'tu-əl-ist)   any organism or species associated with another in a relationship which is beneficial to both.

**mu·zo·li·mine** (mu-zo'lĭ-mēn)   chemical name: 5-amino-2-[1-(3,4-dichlorophenyl)ethyl]-2,4-dihydro-3*H*-pyrazol-3-one; a diuretic and antihypertensive, $C_{11}H_{11}Cl_2N_3O$.

**MV**   abbreviation for L. *Med'icus Veterina'rius,* veterinary physician.

**mV**   symbol for *millivolt.*

**μV**   symbol for *microvolt.*

**M-VAC**   a regimen of methotrexate, vinblastine, doxorubicin, and cisplatin used in the treatment of transitional cell carcinoma.

**MVP**   mitral valve prolapse; see under *syndrome.*

**MW**   molecular weight.

**μW**   symbol for *microwatt.*

**Mx**   Medex.

**My**   myopia.

**my**   mayer.

**my·al·gia** (mi-al'jə) [*my-* + *algia*]   pain in a muscle or muscles. Called also *myodynia.*
**m.** abdo'minis, pain in the abdominal wall.

**m. ca'pitis,** pain in the scalp muscles, formerly thought to be a cause of tension headache.

**m. cervica'lis,** torticollis.

**epidemic m.,** see under *pleurodynia.*

**lumbar m.,** lumbago.

**My·am·bu·tol** (mi-am'bu-tol)   trademark for a preparation of ethambutol hydrochloride.

**My·an·e·sin** (mi-an'ə-sin)   trademark for a preparation of mephenesin.

**my·a·sis** (mi-a'sis)   myiasis.

**my·as·the·nia** (mi"əs-the'ne-ə) [*my-* + Gr. *astheneia* weakness]   muscular debility; any constitutional anomaly of muscle.
**angiosclerotic m.,** intermittent claudication.
**familial infantile m. gravis,** an autosomal recessive disorder seen in infants and characterized by feeding difficulties, episodes of apnea, varying degrees of ophthalmoparesis, and weakness or fatigability after exercise; symptoms often improve with age.
**m. gas'trica,** weakness and loss of tone in the muscular coats of the stomach; atony of the stomach.
**m. gra'vis, m. gra'vis pseudoparaly'tica,** a disorder of neuromuscular function due to the presence of antibodies to acetylcholine receptors at the neuromuscular junction; clinically there is fatigue and exhaustion of the muscular system with a tendency to fluctuate in severity and without sensory disturbance or atrophy. The disorder may be restricted to a muscle group or become generalized with severe weakness and, in some cases, ventilatory insufficiency. It may affect any muscle of the body, but especially those of the eye, face, lips, tongue, throat, and neck. Called also *Erb-Goldflam disease, Goldflam's disease,* and *Goldflam-Erb disease.*
**m. laryn'gis,** disability of the phonatory laryngeal muscles from overuse, debilitating conditions, or age.
**neonatal m.,** a transient (a week to a month) myasthenia affecting offspring of myasthenic women, characteristically marked by difficulty in sucking and swallowing.

**my·as·then·ic** (mi"əs-then'ik)   pertaining to or characterized by muscular weakness.

**my·a·to·nia** (mi"ə-to'ne-ə) [*my-* + *a* neg. + Gr. *tonos* tension]   amyotonia.

**my·at·o·ny** (mi-at'ə-ne)   amyotonia.

**my·at·ro·phy** (mi-at'rə-fe) [*my-* + *atrophy*]   atrophy of a muscle; muscular atrophy.

**My·ce·lex** (mi'sə-leks)   trademark for a preparation of clotrimazole.

**my·ce·li·al** (mi-se'le-əl)   pertaining to a mycelium.

**my·ce·li·an** (mi-se'le-ən)   mycelial.

**my·ce·li·oid** (mi-se'le-oid)   having the radiate filamentous appearance of mold colonies.

**my·ce·li·um** (mi-se'le-əm) pl. *myce'lia* [*myc-* + Gr. *hēlos* nail]   the mass of threadlike processes (hyphae) constituting the fungal thallus.

**my·cete** (mi'sēt) [Gr. *mykēs* fungus]   a fungus, def. 1.

**my·ce·the·mia** (mi"sə-the'me-ə) [*myceto-* + Gr. *haima* blood + *-ia*]   the presence of fungi in the blood.

**my·ce·tism** (mi'sə-tiz-əm)   mycetismus.

**my·ce·tis·mus** (mi"sə-tiz'məs)   poisoning caused by a fungus, as that resulting from ingestion of poisonous mushrooms.
**m. cer'ebris,** a hallucinogenic intoxication following the ingestion of any of several species of mushrooms.



Mycetoma affecting the foot (Madura foot).

# EXHIBIT K



# Academic Press
# Dictionary
# of Science and
# Technology

1992

# Academic Press
# Dictionary
# of Science and
# Technology

Edited by
Christopher Morris



**Academic Press**
Harcourt Brace Jovanovich, Publishers
San Diego   New York   Boston   London   Sydney   Tokyo   Toronto

This book is printed on acid-free paper. ∞

Copyright © 1992 by ACADEMIC PRESS, INC.

All Rights Reserved.

No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system, without permission in writing from the publisher.

Academic Press, Inc.
1250 Sixth Avenue, San Diego, California 92101-4311

*United Kingdom Edition published by*
Academic Press Limited
24–28 Oval Road, London NW1 7DX

Library of Congress Cataloging-in-Publication Data

Academic Press dictionary of science and technology / edited by
   Christopher Morris
      p.   cm.
    ISBN 0-12-200400-0
    1. Science--Dictionaries.   2. Technology--Dictionaries.
I. Morris, Christopher G.   II. Academic Press.   III. Title:
Dictionary of science and technology.
Q123.A33   1991
503--dc20
                                                    90-29032
                                                    CIP

PRINTED IN THE UNITED STATES OF AMERICA
92  93  94  95  96  97    DO    9  8  7  6  5  4  3  2  1

Case 1:17-cv-01316-RGA-SRF Document 158-1 Filed 12/28/18 Page 50 of 241 PageID #:
2580
coniine                conjugative plasmids

**coniine** *Pharmacology*. $C_8H_{17}N$, a highly poisonous liquid alkaloid prepared from hemlock.

**coniine hydrobromide** *Pharmacology*. $C_8H_{18}BrN$, a highly poisonous derivative of coniine, formerly used in the treatment of muscle spasm.

**coning** *Petroleum Engineering*. the gushing of reservoir water from formation strata into an oil column, caused by excessive rates of oil production.

**Coniochaetaceae** *Mycology*. a family of fungi of the order Xylariales that occur on wood, dung, or soil.

**Coniophora** *Mycology*. a genus of fungi of the family Coniophoraceae; the species *C. puteana* ("cellar fungi") causes rot in wood.

**Coniophoraceae** *Mycology*. a family of fungi of the order Agaricales that occur on soil, dung, wood, and plant material or in a symbiotic relationship with plants; some species cause dry rot of wood in houses.

**coniscope** see KONISCOPE.

**conjoined twins** see SIAMESE TWINS.

**conjoint tendon** *Anatomy*. a tendon that is formed by a fusion of tendinous fibers at the lower ends of the interna oblique and transverse abdominis muscles.

**conjugase** *Enzymology*. an enzyme that catalyzes the removal of glutamates from polypteroylglutamic acid.

**conjugate** [kän´jə gət] joined together; paired; specific uses include: *Chemistry*. 1. of an acid and a base, related to each other in that the loss of a proton converts the acid into the base, and the gain of a proton converts the base into an acid. Thus, **conjugate acid-base pair**. 2. of two liquids, in equilibrium. *Botany*. of a pinnate leaf, having a single pair of leaflets. *Geology*. describing faults, joints, or fissures of the same age, origin, or depositional development, or the mineral deposits occurring in such structures. *Immunology*. a substance formed by the covalent bonding of two or more types of molecules, such as fluorescein coupled with an antiglobulin molecule. *Mathematics*. 1. given a group $G$ with a subset $H$, the group element $hxh^{-1}$ is a conjugate of $x$, for $h \in H$ and $x \in G$. The subgroup $hKh^{-1}$ is the conjugate of the subgroup $K$. 2. the conjugate of the complex number $a + ib$ is $a - ib$. 3. the conjugate of the quaternion $a + ia + jb + kc$ is $d - ia - jb - kc$.

**conjugate addition** *Organic Chemistry*. an addition reaction in which a nucleophile attaches to the 1,4-carbons of a diene, and not to the 2,3-carbons.

**conjugate binomial surds** see CONJUGATE RADICALS.

**conjugate branches** *Electricity*. two branches of a network related so that a voltage applied to either branch produces no response in the other. Also, **conjugate conductors**.

**conjugate bridge** *Electronics*. a bridge in which the electrical supply circuit and the detector circuit are interchanged, as compared to a normal bridge configuration.

**conjugate convex functions** *Mathematics*. a pair of functions $f$ and $g$ on $x \geq 0$ such that $f'(0) = g'(0) = 0$, $f'(x)$ is strictly increasing for $x > 0$ (i.e., $f$ is convex upward), and $f'(x) = 1/g'(x)$ for $x > 0$ (i.e., $g$ is convex downward).

**conjugate curve** see BERTRAND CURVE.

**conjugate diene** *Organic Chemistry*. a compound containing two carbon-carbon double bonds alternating with single bonds.

**conjugated double bonds** *Organic Chemistry*. two double bonds between carbon atoms in a molecule that are separated by one single bond.

**conjugate diameters** *Mathematics*. for a given conic, any pair of straight lines, either of which bisects all chords parallel to the other. Conjugate diameters intersect on a line of symmetry of the conic.

**conjugate directions** *Mathematics*. given a point $p$ on a surface $S$, the directions of a pair of conjugate diameters of the Dupin indicatrix of $p$ on $S$; $p$ must be a hyperbolic or elliptic point for conjugate directions to exist, and each such $p$ has infinitely many pairs of conjugate directions.

**conjugate distribution** *Statistics*. in Bayesian inference, a family of distributions is conjugate to a given model if both the a priori and the a posteriori distribution belong to the family.

**conjugate division** *Mycology*. the simultaneous division of the two nuclei of a dikaryon, which occurs in certain fungi.

**conjugated polyene** *Organic Chemistry*. a compound containing several, usually alternate, carbon-carbon double bonds.

**conjugated protein** *Biochemistry*. a protein containing a nonprotein element, such as a nucleoprotein, lipoprotein, or phosphoprotein. Also, COMPOUND PROTEIN.

**conjugate ellipses** *Mathematics*. the pair of ellipses having the equations (in normal form) $x^2/a^2 + y^2/b^2 = 1$ and $x^2/b^2 + y^2/a^2 = 1$.

**conjugate foci** *Optics*. see CONJUGATE POINTS.

**conjugate hyperbolas** *Mathematics*. the pair of hyperbolas having the equations (in normal form) $x^2/a^2 - y^2/b^2 = 1$ and $y^2/b^2 - x^2/a^2 = 1$. They have the same asymptotes and interchanged axes.

**conjugate impedances** *Electricity*. impedances that have equal resistive components and reactance components that are equal in magnitude but opposite in sign.

**conjugate joint system** *Geology*. a system of joints of related origin consisting of two sets that intersect at right angles, but have a common dip or strike.

**conjugate lines** *Mathematics*. consider a conic and a line $l_1$ in the same plane; the line $l_2$ that passes through the pole of $l_1$ relative to the conic, and such that $l_1$ passes through the pole of $l_2$ relative to the conic, is the conjugate line of $l_1$ relative to the conic. $l_1$ and $l_2$ are said to be conjugate lines. The poles may be at infinity without violating the definition.

**conjugate momentum** *Mechanics*. the quantity $p_i$ associated with a generalized coordinate $q_i$ in a conservative dynamical system with Lagrangian $L$ $(q_1, \ldots, q_n; \dot{q}_1, \ldots, \dot{q}_n; t)$, defined by $p_i = \partial L/\partial \dot{q}_i$, where $\dot{q}_i$ is the time rate of change of $q_i$. Also, GENERALIZED MOMENTUM, CANONICAL MOMENTUM.

**conjugate particles** *Particle Physics*. a pair of particles consisting of a particle and its antiparticle, which have some features in common but are opposite or inverse in other qualities.

**conjugate planes** *Mathematics*. consider a quadric surface and a plane $P_1$; the plane $P_2$ that passes through the pole of $C_1$ relative to the surface, and such that $P_1$ passes through the pole of $C_2$ relative to the surface, is the conjugate plane of $P_1$. $P_1$ and $P_2$ are said to be conjugate planes. The poles may be at infinity without violating the definition.

**conjugate points** *Optics*. 1. two points positioned along the principal axis of a mirror or lens so that light emanating from one focuses onto the other. 2. two points in object and image space that are imaged onto one another. Also, CONJUGATE FOCI. *Mathematics*. 1. consider a conic, a point $p_1$ not on the conic, and the polar of $p_1$; the conjugate point of $p_1$ relative to the conic is a second point $p_2$ lying on the polar of $p_1$, chosen such that $p_1$ lies on the polar of $p_2$. $p_1$ and $p_2$ are said to be conjugate points. 2. in Riemannian geometry, two points on a geodesic such that some nonzero Jacobi field on the geodesic vanishes at both points.

**conjugate radicals** *Mathematics*. a pair of irrational numbers of the form $a\sqrt{b} + c\sqrt{d}$ and $a\sqrt{b} - c\sqrt{d}$, where $a$, $b$, $c$, and $d$ are rational but $\sqrt{b}$ and $\sqrt{d}$ are not both rational. Also, CONJUGATE BINOMIAL SURDS.

**conjugate roots** *Mathematics*. conjugate complex numbers that are roots of a given polynomial equation.

**conjugate space** see DUAL SPACE.

**conjugate system of curves** *Mathematics*. for a given surface $S$, two one-parameter families of curves on $S$ such that through each point $p$ of $S$ there passes a unique curve of each family, and such that the directions of the tangents at $p$ to these two curves are conjugate directions on $S$ at $p$.

**conjugate transpose** *Mathematics*. given a matrix $A$ with complex entries $(a_{ij})$, the conjugate transpose of $A$, denoted by $A^*$, is the transpose of the matrix whose entries are the complex conjugates of the numbers $a_{ij}$. If $A = A^*$, then $A$ is said to be Hermitian.

**conjugate triangles** *Mathematics*. a pair of triangles such that the poles of the sides of one triangle, relative to a given conic, are the vertices of the other triangle, and vice versa.

**conjugating** *Botany*. reproducing by conjugation.

**conjugation** the act or state of being joined together; specific uses include: *Genetics*. the fusion of two gametes in sexual reproduction. *Invertebrate Zoology*. in ciliated protozoans, sexual reproduction by the temporary union of cells, with an exchange of nuclear material between the two individuals. *Botany*. in certain algae and fungi, a type of sexual reproduction in which the zygote is formed through the temporary creation of a bridgelike structure between the organisms so that a gamete can migrate from one to the other. *Bacteriology*. in bacteria, a step in the sexual cycle involving the transfer of genetic material from a donor cell to a recipient cell through direct cell-to-cell contact. *Chemistry*. the joining together of two compounds to produce another compound. *Toxicology*. the combination of a toxic product with some substance in the body to form a detoxified substance, which is then eliminated. *Mathematics*. the action of the elements of a subset $H$ of a group $G$, given by $(h,x) \to hxh^{-1}$, for $h \in H$ and $x \in G$. If $K$ is any subgroup of $G$, then $hKh^{-1}$ is a subgroup of $G$ isomorphic to $K$.

**conjugation tube** *Botany*. in conjugating green algae, the structure that allows the gametes of the one organism to migrate to the other.

**conjugative plasmids** see SELF-TRANSMISSIBLE PLASMIDS.

**course angle** *Navigation.* the actual or intended direction of travel, measured clockwise or counterclockwise through 90° or 180° from the reference direction, usually north or south.

**coursed masonry** *Building Engineering.* blockwork laid similarly to masonry in horizontal courses of concrete blocks between 10 and 50 tons in weight. Also, **coursed blockwork.**

**course error** *Navigation.* the angular difference between an intended course and the course actually followed.

**course indicator** *Navigation.* a gyro repeater used to indicate a ship's heading. Also, SHIP'S COURSE INDICATOR.

**course line** *Navigation.* 1. a line extending in the direction of the course. 2. a line of position on or parallel to the course.

**course made good** *Navigation.* the course a craft actually follows in proceeding from one point to another.

**course over the ground** *Navigation.* the course made good as compared to the course steered.

**course programmer** *Control Systems.* an item used to initiate and process signals so as to set a vehicle in which it is installed along one or more projected courses.

**courser** *Vertebrate Zoology.* a fast-running bird of the subfamily Cursoriinae in the family Glareolidae, having three toes and short strong wings and noted for colonial nesting and hunting insects on the ground; found in Africa and southern Asia.

**course recorder** *Navigation.* a device that produces a graph showing headings against time. It usually derives its headings from a gyro compass.

**courseware** *Computer Programming.* instructional materials that use a computer as an information processing device or as a presentation medium.

**courtship** or **courtship behavior** *Behavior.* any behavior that leads to mating and the rearing of young.

**Cousteau, Jacques** [koo stō'] born 1910, French oceanographer and conservationist; co-inventor of the aqualung; known for popular underwater films.



**Jacques Cousteau**

**Coutard's method** [koo tarz'; koo tardz'] *Radiology.* the administration of radiation therapy in small doses over an extended period. (From Henri Coutard, 1876–1950, French radiologist.)

**couvade** [koo väd'] *Anthropology.* the ritual practiced after birth of an offspring in some societies, in which the father assumes postpartum disability while the mother carries on normal routines.

**couvillonage** [koo´ vil ə näzh'] *Surgery.* the cleansing of a cavity and application of remedies utilizing either a brush or a swab.

**Couvinian** *Geology.* a European geologic stage of the Middle Devonian period, occurring after the Emsian and before the Givetian. Also, EIFELIAN.

**covalence** [kō väl'ens] *Chemistry.* 1. the number of shared electron-pair bonds that an atom can form. 2. the sharing of electrons to form a chemical bond. Also, covalency.

**covalent binding** see COVALENT BOND.

**covalent bond** *Physical Chemistry.* a chemical bond between two atoms of the same or different elements, in which each atom contributes one electron to be shared in a pair. Also, COVALENT BONDING, ELECTRON-PAIR BOND.

**covalent crystal** *Crystallography.* any crystal held together by covalent bonds. Also, VALENCE CRYSTAL.

**covalent hydride** *Inorganic Chemistry.* a volatile compound of hydrogen and a nonmetal, e.g., ammonia, $NH_3$, or hydrogen sulfide, $H_2S$.

**covalently closed circular DNA** *Molecular Biology.* an uninterrupted circle of DNA that exists as a continuously covalent circular molecule.

**covalent radius** *Physical Chemistry.* half the distance from center to center between two atoms that are covalently bonded together.

**covariance** *Statistics.* a measure of linear dependence; for two random variables $X$ and $Y$ with expectation $m_x$ and $m_y$, the covariance is $E\{(X-m_x)(Y-m_y)\}$.

**covariance matrix** *Statistics.* for a given set of random variables, a matrix whose element in the $i$th row and $j$th column is the covariance of $X_i$ and $X_j$ and whose element in the $i$th row and $i$th column is the variance of $X_i$.

**covariant** *Physics.* having the property of remaining invariant in form under a Lorentz transformation.

**covariant differential** *Mathematics.* in the Ehresmann theory of principal fiber bundles, the covariant differential $D\alpha$ of a vector-valued differential $k$-form $\alpha$ is given by $D\alpha(X_1, X_2, \ldots, X_k) = d\alpha(hX_1, hX_2, \ldots, hX_k)$, where $hX_i$ is the horizontal component of $X_i$.

**covariant functor** *Mathematics.* let $C$ and $D$ be categories, and let $T$ represent the following pair of functions: an object function that assigns each object $C$ of $C$ to an object $T(C)$ of $D$, and a morphism function that assigns each morphism $f: C \rightarrow D$ to a morphism $T(f): T(C) \rightarrow T(D)$. $T$ is then called a covariant functor if: (a) $T(1_C) = 1_{T(C)}$ for every identity morphism $1_C$ of $C$; (b) $T(g \cdot f) = T(g) \cdot T(f)$ for any two morphisms $f$ and $g$ of $C$ whose composite $g \cdot f$ is defined.

**covariant index** *Mathematics.* one of the subscript indices of a tensor.

**covariant tensor** *Mathematics.* a multilinear functional that accepts only contravariant vectors as arguments; if there are $s$ contravariant vector arguments, it is a covariant tensor of order $s$ or covariant $s$-tensor. Every covariant $s$-tensor can be expressed as a sum of tensor products of $s$ covariant vectors ($s$ differential 1-forms in each term). The components of a covariant $s$-tensor are represented by symbols with $s$ subscripts.

**covariant theory** *Physics.* a theory whose equations retain their form under a Lorentz transformation.

**covariant vector** *Mathematics.* a covariant tensor of order 1; i.e., a differential 1-form.

**cove** *Geography.* a small, usually sheltered bay or inlet. *Architecture.* a curved, concave member such as a molding.

**cove beach** see BAYHEAD BEACH.

**coved vault** *Architecture.* a vault composed of four three-sided coves that meet to form a pyramid. Also, CLOISTER VAULT; SQUARE DOME.

**covellite** *Mineralogy.* CuS, a blue or bright purple, opaque, submetallic, brittle, hexagonal mineral occurring in massive foliated form and as thin tabular hexagonal crystals; having a specific gravity of 4.68 to 4.7 and a hardness of 1.5 to 2 on the Mohs scale; found in oxidized zones of copper sulfide deposits. Also, covelline.

**cover** *Mining Engineering.* 1. the depth of the rock between the mine workings and the surface. 2. the total thickness of material overlying mine workings or a body of ore. Also, BURDEN, MANTLE.

**coverage** *Graphic Arts.* a quantitative and qualitative measure of the degree to which something is covered, especially a printed sheet (with ink) or the fibers of a coated paper (with emulsion). *Optics.* see COVERING POWER. *Telecommunications.* 1. the geographic boundary of television or radio broadcast reception. 2. the geographic area in which a jammer is capable of producing an effective jamming signal. *Computer Technology.* a measure of the effectiveness of fault-tolerance mechanisms of a computer; uses a reliability model to compute the conditional probability that the system will recover if a fault occurs.

**coverboard** see BINDER'S BOARD.

**cover crop** *Agronomy.* 1. a crop planted to prevent erosion during a nonproductive season, such as a field planted with rye in the winter. 2. see NURSE CROP.

**covered smut** *Plant Pathology.* a smut disease of grains that is caused by the fungus *Ustilago hordei* in barley and *U. avenae* in oats, in which the fungus spore masses are held together or covered for a period of time by the durable grain membrane and glumes.

Case 1:17-cv-01510-RGA-SRF Document 158-1 Filed 12/28/18 Page 52 of 241 PageID #: 25973

**polyethylene** [pä1'ē eth'ə lēn] *Materials.* a hard-to-soft, ductile, easily molded thermoplastic that is chemical resistant and has good insulating properties; it has many industrial uses, primarily in the form of packaged film for food products and garment bags, and in pipe, electrical insulation, and molded products.

**polyethylene glycol** *Organic Chemistry.* any of various combustible polymers formed by condensation of ethylene glycol and having the general formula $HOCH_2(CH_2OCH_2)_nCH_2OH$ or $H(OCH_2CH_2)_nOH$; forms vary from clear, colorless, viscous liquids to waxy solids; generally soluble with water and alcohol; used in making cosmetics, pharmaceuticals, and rubber, and as plasticizers, binders, and food additives.

**polyethylene glycol induced fusion** *Biotechnology.* the fusion of cells in a tissue culture caused by the dissolving of cell membranes by a hydrocarbon solvent.

**polyethylene terephthalate** *Organic Chemistry.* $(-C_{10}H_8O_4-)_n$, a thermoplastic polyester derived from ethylene glycol; melts at 265°C, resists combustion, and is self-extinguishing; used to make films, fibers, and recording tapes.

**polyfluoroethylenepropylene** *Materials.* a continuous plastic-coating material that is applied by a plasma-spray process and is strongly resistant to high temperatures.

**polyfoam** *Materials.* the material used in foam mattresses, consisting of bubbles of air or carbon dioxide in a polymer (often polyurethane) matrix.

**polyforming** *Chemical Engineering.* a petroleum-refinery process to manufacture gasoline from petroleum gases, in which the gases containing unsaturated hydrocarbons are heated and injected into the middle of the cracking furnace. Also, **polyform process.**

**Polygala** *Botany.* the milkworts, a genus of plants of the family Polygalaceae containing many species including *P. senega,* the senega snakeroot of North America.

**Polygalaceae** *Botany.* a family of herbaceous or woody dicotyledonous plants in the order Polygalales, having an extrafloral nectary, a closed ring of xylem, a bicarpellate pistil, and monadelphous stamens.

**polygalactia** *Medicine.* an excessive secretion of milk.

**polygalacturonase** *Enzymology.* an enzyme that catalyzes the hydrolysis of bonds in polymers of galacturonic acid, such as pectate.

**Polygalales** *Botany.* an order of woody and herbaceous dicotyledonous plants of the subclass Rosidae, characterized by a continuous xylem cylinder, simple leaves, and hypogynous perfect flowers.

**polygamous** [pə lig'ə mas] *Anthropology.* relating to or practicing polygamy. *Vertebrate Zoology.* of an animal, having two or more mates at a time. *Botany.* having both perfect and imperfect flowers on the same plant or on different plants of the same species. Also, **polygamic.**

**polygamy** [pə lig'ə mē] *Anthropology.* **1.** the fact of being married to two or more persons at the same time. **2.** specifically, a cultural practice that permits a man to have more than one wife at a time, or less often, a woman to have more than one husband. Thus, **polygamist.**

**polygene** *Genetics.* any of a class of genes that combine to control a quantitative character such as height or skin color in humans. *Geology.* **1.** an igneous rock made up of two or more minerals. Also, **POLYMERE. 2.** see POLYGENETIC, def. 2. Thus, **polygenic.**

**polygenesis** *Anthropology.* the concept that humans evolved from several independent sets of ancestors, rather than from a single pair. *Biology.* the theory that a species or other group developed from more than one source or in more than one place at a time.

**polygenetic** *Geology.* **1.** describing a material that was formed as a result of more than one process, derived from more than one source, or that originated and developed at various places and times. **2.** referring to a substance that is composed of or consists of more than one type of material. Also, POLYGENE.

**polygenetic soil** *Agronomy.* soil formed by two or more different and contrasting processes. All the horizons are not genetically related.

**polygenic trait** *Genetics.* a trait that is determined by many genes, each of which has only a partial effect on the expression of the trait.

**polygeosyncline** *Geology.* a geosynclinal-geoanticlinal zone along the margin of a continent that receives sediments from the borderland on its oceanic side.

**Polyglactin** *Surgery.* the trade name for semicrystalline polymer materials used as absorbable suture materials.

**polyglycol** *Organic Chemistry.* any dihydroxy ether formed by dehydration of two or more glycol molecules.

**polyglycol distearate** *Organic Chemistry.* $C_{18}H_{34}COO(CH_2CH_2O)_x$ $OCC_{17}H_{35}$, a soft, combustible, off-white solid; melts at 43°C; slightly soluble in alcohol; used in polishing pastes and as a resin plasticizer.

**Polygnathidae** *Paleontology.* a family of conodonts belonging to the order Ozarkodinida that arose in the Early Devonian and became extinct in the Middle Carboniferous.

**polygon** [päl'ē gän'] *Mathematics.* a simple closed curve in the plane, made up of line segments.

**Polygonaceae** *Botany.* the single family comprising the order Polygonales.

**polygonal** [pə lig'ə nəl] *Mathematics.* relating to or having the form of a polygon.

**Polygonales** *Botany.* a monofamilial order of dicotyledonous plants in the subclass Caryophyllidae, characterized by stems that are often swollen at the nodes, simple and usually alternate leaves, a unilocular ovary, and well-developed endosperm.

**polygonal ground** *Geology.* a type of patterned ground characterized by polygonal arrangements of rock, soil, and vegetation, and formed on a flat or gently sloping surface by frost action. Also, CELLULAR SOIL.

**polygonal karst** *Geology.* a karst whose surface is completely divided into a polygonal network.

**polygonal method** *Mining Engineering.* a method of computing ore reserves by assuming that the area of influence of each drill hole extends halfway to adjacent drill holes.

**polygonal ring structure** *Astronomy.* a lunar crater whose walls approximate the shape of a polygon, often a hexagon.

**polygonization** *Solid-State Physics.* the alignment of metastable dislocations on the edges of plastically bent crystals during annealing so as to accommodate the formation of polygonal domains.

**polygonized structure** *Materials Science.* a subgrain structure produced in the early stages of annealing. The subgrain boundaries are a network of dislocations rearranged during heating.

**polygraph** see LIE DETECTOR.

**polygynous** *Anthropology.* of, relating to, or practicing polygyny. *Botany.* relating to or exhibiting polygyny.

**polygyny** *Anthropology.* the cultural practice in which one man is married to two or more wives at the same time. *Botany.* the fact of having many pistils or styles.

**polygyria** *Neurology.* a condition in which the brain has an excessive number of convolutions.

**polyhalite** *Mineralogy.* $K_2Ca_2Mg(SO_4)_4 \cdot 2H_2O$, a colorless, white, gray, or pink triclinic mineral, massive to fibrous in habit, having a specific gravity of 2.78 and a hardness of 3.5 on the Mohs scale; found in sedimentary evaporite deposits; a source of potash for fertilizer.

**polyhead** *Virology.* a phage head that is elongated due to mutations.

**polyhedral** *Science.* having many faces or sides. *Mathematics.* relating to or having the form of a polyhedron.

**polyhedral angle** *Mathematics.* an angle formed by a vertex of a polyhedron and all of the faces sharing that vertex.

**polyhedrin** *Virology.* a matrix protein constituting occlusion bodies that are produced during cytoplasmic polyhedrosis and nuclear polyhedrosis; it forms a protective crystal around the virions.

**polyhedron** [päl'ē hē'drən] *plural,* polyhedra. *Mathematics.* a solid bounded by planes. The faces of a polyhedron are polygons. *Virology.* an inclusion body that transmits viruses and is produced in the cells of certain virus-infected insects; it contains virions embedded in a matrix of polyhedrin.

**polyhedrosis** *Virology.* a viral disease of invertebrates, especially insect larvae, characterized by disintegration of tissues and the formation of polyhedral occlusion bodies. Also, **polyhedral disease.**

**polyhidrosis** see HYPERHIDROSIS.

**polyhydramnios** *Medicine.* an excess of amniotic fluid.

**polyhydrazide** *Materials.* a strong synthetic fiber material that is used for tire yarn.

**polyhydric** *Organic Chemistry.* denoting a compound that contains more than two hydroxyl groups. Thus, **polyhydric alcohol, polyhydric phenol.**

**Polyhymenophora** *Invertebrate Zoology.* a diverse class of often large, commonly free-living ciliated protozoans formerly known as the Spirotricha. Also, **Polyhymenophorea.**

**Polyideaceae** *Botany.* a family of red algae of the order Gigartinales characterized by branched, compact, cylindrical, or flattened thalli arising from a spreading prostrate base.

**polyimide** *Organic Chemistry.* any of a group of high polymers containing an imide group (–CONHCO–) in the polymer chain; characterized by high tensile strength, high temperature stability, and resistance to friction, wear, and radiation; used in aerospace vehicles, semiconductors, magnetic tapes, and internal combustion engines.

# EXHIBIT L

**DRUG DELIVERY SYSTEMS**

Clin Pharmacokinet 2001: 40 (7): 539-551
0312-5963/01/0007-0539/$22.00/0

© Adis International Limited. All rights reserved.

# Pegylation
## A Novel Process for Modifying Pharmacokinetics

*J. Milton Harris,*[1] *Nancy E. Martin*[2] and *Marlene Modi*[2]

1  Shearwater Corporation, Huntsville, Alabama, USA
2  Hoffmann-La Roche Inc., Nutley, New Jersey, USA

## Contents

Abstract . . . 539
1. Principles of Pegylation . . . 541
2. Process of Pegylation . . . 541
3. Effect of Pegylation on Pharmacokinetic and Pharmacodynamic Properties . . . 543
4. Effect of Pegylation on Immunogenicity and Adverse Effects . . . 546
5. Pegylated Liposomes . . . 546
6. Therapeutic Applications of Pegylated Drugs . . . 547
   6.1 Pegademase . . . 547
   6.2 Pegaspargase . . . 547
7. Pegylated Products in Development . . . 548
8. Pegylated Interferon-α . . . 548
9. Conclusions . . . 549

**Abstract**

The use of liposomal carriers and the modification of therapeutic molecules through the attachment of poly(ethylene glycol) [PEG] moieties ('pegylation') are the most common approaches for enhancing the delivery of parenteral agents. Although 'classical' liposomes (i.e. phospholipid bilayer vehicles) have been effective in decreasing the clearance of encapsulated agents and in passively targeting specific tissues, they are associated with considerable limitations.

Pegylation may be an effective method of delivering therapeutic proteins and modifying their pharmacokinetic properties, in turn modifying pharmacodynamics, via a mechanism dependent on altered binding properties of the native protein. Pegylation reduces renal clearance and, for some products, results in a more sustained absorption after subcutaneous administration as well as restricted distribution. These pharmacokinetic changes may result in more constant and sustained plasma concentrations, which can lead to increases in clinical effectiveness when the desired effects are concentration-dependent.

Maintaining drug concentrations at or near a target concentration for an extended period of time is often clinically advantageous, and is particularly useful in antiviral therapy, since constant antiviral pressure should prevent replication and may thereby suppress the emergence of resistant variants. Additionally, PEG modification may decrease adverse effects caused by the large variations in peak-to-trough plasma drug concentrations associated with frequent administration and by the immunogenicity of unmodified proteins. Pegylated proteins may have

*Harris et al.*

reduced immunogenicity because PEG-induced steric hindrance can prevent immune recognition.

Two PEG-modified proteins are currently approved by the US Food and Drug Administration; several others, including cytokines such as interferon-$\alpha$ (IFN$\alpha$), growth factors and free radical scavengers, are under development. Careful assessment of various pegylated IFN$\alpha$ products suggests that pegylated molecules can be differentiated on the basis of their pharmacokinetic properties and related changes in pharmacodynamics. Because the size, geometry and attachment site of the PEG moiety play a crucial role in determining these properties, therapeutically optimised agents must be designed on a protein-by-protein basis.

Numerous strategies have been evaluated in an attempt to improve the delivery of pharmaceutical agents. Drug delivery can be modified either through a change in formulation or by a change in molecular structure. Novel drug formulation modifications, such as colloidal systems (e.g. liposomes, microspheres) and continuous release mechanisms (e.g. osmotic pumps) can provide benefits over standard formulations, particularly when long-lasting drug concentrations are achieved.[1] In contrast to modifying the formulation of a drug, chemical attachment of poly(ethylene glycol) [PEG] moieties to therapeutic compounds (a process known as 'pegylation') represents a new approach that may enhance important drug properties.

Although innovative formulations of oral medications are numerous, providing extended release delivery of intravenous drugs, particularly proteins, has been more difficult. Proteins and peptides are used for a number of diagnostic, monitoring and treatment applications. Parenteral administration of these agents does not, however, guarantee that adequate drug concentrations will be achieved at the site of action.[2] The optimal use of these agents is also limited by poor shelf stability, short half-lives and a potential for immunogenicity. In many instances, proteins must be administered frequently to be effective, which may increase cost, inconvenience and the risk of adverse reactions.[3]

Therapeutic proteins are rapidly cleared from the blood by the liver, kidneys and other organs via a number of mechanisms, including through the reticuloendothelial system, through specific cell-protein interactions, through renal filtration, or by proteolytic enzymes. Clearance depends on the ionic charge, molecular weight and the presence of cellular receptors.[4] Formulation changes (e.g. liposomes, microspheres, hydrogels and monoclonal antibodies) have been investigated to modify the molecular and biochemical characteristics of proteins.[3,5,6]

'Classical' liposomes (phospholipid bilayer vehicles) have been shown to alter biodistribution by reducing drug clearance, decreasing the volume of distribution (Vd) and shifting the distribution in favour of diseased tissues that have increased capillary permeability.[5] Still, liposomal delivery has a number of limitations. Liposomal particles are rapidly sequestered into the liver, spleen, kidneys and reticuloendothelial system and have a tendency to 'leak' drug while in circulation.[7] In addition, liposomes can induce complement activation, resulting in enhanced clearance as well as a risk of cardiovascular and haematological adverse events.[8] Many of these deficiencies of classical liposomes can be improved by pegylation.[5,7]

Pegylation was first developed by Davis, Abuchowski and colleagues[9] in the 1970s. Their goal was to enhance the delivery of therapeutic molecules; perhaps more importantly, pegylation has also been shown to change the pharmacokinetics and, thus, the pharmacodynamics of the therapeutic molecule without the limitations of classical liposomes.[3,10] The pharmacokinetic modifications produced in pegylated proteins, as compared with their unmodified counterparts, have prompted the investigation of this technology for a number of therapeutic applications. Although protein-PEG

© Adis International Limited. All rights reserved.

conjugates have generated the most interest and are the primary focus of this review, a variety of molecules can be conjugated to PEG (table I). The advantage of using PEG conjugation for nonprotein molecules is primarily related to increased water solubility, reduced renal clearance and decreased toxicity.[10]

## 1. Principles of Pegylation

PEG moieties are inert, long-chain amphiphilic molecules produced by linking repeating units of ethylene oxide. A large number of potential PEG molecules are available, and they can be produced in different configurations, including linear or branched structures, and in different molecular weights (fig. 1). Using pegylation to increase the size and molecular weight of a therapeutic protein alters the immunological, pharmacokinetic and pharmacodynamic properties of the protein in ways that can extend its potential uses.[11,12]

Goals for chemically coupling polymers to peptide and protein drugs include decreased clearance, retention of biological activity, obtaining a stable

**Table I.** Potential types of poly(ethylene glycol) conjugates[10]

| Conjugate type | Properties and applications |
|---|---|
| Small molecule drugs | Improved solubility, controlled permeability through biological barriers, longevity in bloodstream, controlled release |
| Affinity ligands and cofactors | Used in aqueous 2-phase partitioning systems for purification and analysis of biological macromolecules and cells. Enzymatic reactors |
| Peptides | Improved solubility, conformational analysis, biologically active conjugates |
| Proteins | Resistance to proteolysis, reduced immunogenicity and antigenicity, longevity in bloodstream, tolerance induction. Uses: therapeutics, organic soluble reagents, bioreactors |
| Saccharides | New biomaterials, drug carriers |
| Oligonucleotides | Improved solubility, resistance to nucleases, cell membrane permeability |
| Lipids | Used for preparation of PEG-grafted liposomes |
| Liposomes and particulates | Longevity in bloodstream, RES-evasion |
| Biomaterials | Reduced thrombogenicity, reduced protein and cell adherence |

**PEG** = poly(ethylene glycol); **RES** = reticuloendothelial system.



**Fig. 1.** Structural formulae of poly(ethylene glycol) [PEG] molecules.[11] **mPEG** = monomethoxypoly(ethylene glycol).

linkage, and enhanced water solubility without significantly altering bioavailability (for example by subcutaneous injection). These changes can produce a number of clinical advantages, such as sustained plasma concentrations, decreased adverse effects, improved patient convenience and enhanced quality of life. Sustained plasma concentrations may contribute to increased effectiveness when the desired effects are concentration- and time-dependent.

## 2. Process of Pegylation

Characteristics of both the PEG moiety and the native protein affect the manufacturing approach to developing a pegylated protein with pharmacokinetic and pharmacodynamic properties superior to the unmodified protein.

The average size of the attached PEG moiety, as well as the total number of available attachment sites on the protein, contribute to the size and the net total molecular weight of the conjugated protein. Large proteins generally have more attachment sites and, therefore, are commonly multipegylated. Attachment at multiple sites, however, increases the likelihood of steric interference at the active site of the native protein, resulting in a possible inhibition or reduction of activity. The attachment of branched PEG moieties can increase the size of the moiety (and net total molecular weight of the conjugated protein) without a resultant increase in the number of attachment sites. In addition, branched chain PEG conjugates have been shown to have increased pH and thermal stability

© Adis International Limited. All rights reserved.

**Fig. 2.** Method for the activation of poly(ethylene glycol) [PEG] molecules.[15] (**1**) Trichloro-*s*-triazine (cyanuric chloride) method; (**2**) a variation of the cyanuric chloride method; (**3a**) PEG-succinimidyl succinate method; (**3b**) substitution of the succinate residue by glutarate; (**3c**) substitution of the aliphatic ester in 3a by an amide bond; (**4**) imidazolyl formate method; (**5**) and (**6**) are variations using phenylcarbonates of PEG; (**7**) succinimidyl carbonates of PEG; (**8**) succinimidyl active esters of PEG. **mPEG** = monomethoxypoly(ethylene glycol).

and increased resistance to proteolytic digestion compared with linear PEG conjugates.[13] Small proteins generally have fewer attachment sites and can be effectively pegylated with a single large (possibly branch-chained) PEG moiety.

A stable linkage between the PEG moiety and the drug is important to ensure that PEG-induced pharmacological changes are maintained. Protein pegylation is generally achieved by formation of linkages between an amino group on the protein and an active carbonate, active ester, aldehyde or tresylate derivative of PEG.[14] PEG-bearing chemically reactive groups are synthesised through chemical modification of the terminal hydroxyl groups of the native PEG moiety.[10] The PEG moiety is activated through this substitution of the hydroxyl group by an electrophilic functional group (fig. 2).[15] The PEG molecule can be made monofunctional by use of methoxy-PEG, as this PEG form has a single hydroxyl group for activation and because the methoxy group is inert to standard chemical processes.[16]

The reactive functional group of activated PEG can then be attached to a specific site (e.g. amine, sulphydryl group or other nucleophile) on the therapeutic molecule. In the majority of cases, covalent attachment of PEG derivatives utilises amino groups of lysines and the N-terminus of polypeptide molecules as the site of modification.[15] PEG derivatives suitable for amine modification include *N*-hydroxysuccinimidyl-activated esters (producing an amide linkage), PEG-epoxide (amine linkage),

© Adis International Limited. All rights reserved.

PEG-carbonyl imidazole (urethane linkage), PEG-tresylate (amine linkage) and PEG-aldehyde (amine linkage). Thiol groups such as protein cysteine groups can be modified by use of PEG-maleimide and vinyl sulfone, among others.[10,11,17,18]

Varying pegylation chemistries or reaction conditions can result in differences in the functional properties of therapeutic proteins. For example, PEG conjugation of granulocyte colony-stimulating factor through alkylation with PEG-aldehyde produced increased stability compared with conjugation through acylation with an active ester.[19] In part, this was the result of selectivity by aldehyde for reaction with the N-terminus.

For poorly reactive reactants, increasing the pH, temperature, reagent-protein molar ratio and reaction time may be required to obtain the desired degree of PEG substitution (e.g. mono-, di-, tri-conjugates).[11,17]

In a typical protein pegylation via reaction with lysine and N-terminal amines, PEG attaches to one or more of several potential sites on the protein, each attachment location defining a different isotype. The distribution of PEG isotypes has interesting implications in the drug development process. The product must be defined by the distribution specifications because the activity of the product is a function of the defined mixture. Consistency of the distribution of PEG isotypes must be demonstrated across the entire drug development programme, including process changes and scale-up. Each development programme must establish specifications for the distribution of these isotypes based on the frequency of the isotypes noted in material used for pivotal clinical trials. As long as specifications are established and consistency can be demonstrated, characterisation of the activity of the individual PEG isotypes is not relevant and is typically not required by regulatory agencies.

## 3. Effect of Pegylation on Pharmacokinetic and Pharmacodynamic Properties

Pegylation increases the size and molecular weight of a molecule. It also produces alterations

in the physicochemical properties of the parent molecule. These include changes in conformation, steric hindrance, changes in electrostatic binding properties, hydrophobicity, local lysine basicity and pI (the pH at which a protein's charge is neutral).[11] These physical and chemical changes reduce systemic clearance by a number of mechanisms, including decreases in renal clearance, proteolysis and opsonisation (macrophage uptake),[20] and can influence the binding affinity of the therapeutic protein to cellular receptors, resulting in changes in the bioactivity of the agent.[17] In addition, pegylation may increase the absorption half-life of subcutaneously administered agents, and is sometimes associated with a decreased Vd.[21]

A PEG mass of approximately 40 to 50kD is required to retard the glomerular filtration of small molecules.[11] Smaller molecules are freely filtered at various rates.[12] This threshold size can be achieved either by attaching a large PEG moiety at a single site or attaching several small PEG moieties at more than one site. It is also noteworthy that the PEG molecule is heavily hydrated and in rapid kinetic motion, so the 'effective' molecular weight of PEG is greater than its apparent molecular weight.[10]

Pegylation may decrease cellular protein clearance by reducing elimination through the reticuloendothelial system or by specific cell-protein interactions.[20] In addition, pegylation forms a protective 'shell' around the protein. This shell and its associated waters of hydration shield the protein from immunogenic recognition and increase resistance to degradation by proteolytic enzymes, such as trypsin, chymotrypsin and *Streptomyces griseus* protease.[3,12] For example, pegylation reduced the degradation of asparaginase by trypsin: after a 50-minute incubation period, there was 5, 25 and 98% residual activity of native asparaginase, PEG-asparaginase and branched-PEG-asparaginase, respectively (fig. 3).[13]

The decreased clearance effected by pegylation, alone or in combination with targeted drug delivery systems, can be used to alter distribution or even to increase the delivery of therapeutic mole-



**Fig. 3.** Time course of hydrolysis of native asparaginase, PEG-asparaginase and branched PEG-asparaginase by trypsin as assessed by enzyme activity.[13] **PEG** = poly(ethylene glycol).

cules to specific sites. For example, the delivery of brain-derived neurotrophic factor (BDNF) across the blood-brain barrier was enhanced through the combined use of pegylation and a tethered monoclonal antibody (OX26 monoclonal antibody to the transferrin receptor, which undergoes receptor-mediated transcytosis through the blood-brain barrier).[22] Pegylation of BDNF minimised the rapid clearance of the peptide and allowed for enhanced drug delivery through the blood-brain barrier. Animal studies have shown that varying the size of the PEG moiety can alter the distribution of pegylated interferons in tissue; indeed, these studies indicated that increasing PEG molecular weight decreased renal clearance while increasing hepatic clearance.[23]

A number of strategies can be used to optimise the pharmacological characteristics of pegylated proteins. Excessive pegylation may decrease the activity of a protein.[24] In general, a single PEG moiety is more likely to conserve biological activity, especially when the activity depends on interaction with another macromolecule, although the activity of certain enzymes often survives multiple pegylations.[25] Some researchers have reported an inverse relationship between PEG mass and *in vitro* activity but a direct relationship between PEG mass and *in vivo* activity (fig. 4). The activity of pegylated compounds in *in vitro* assays is decreased

because pegylated molecules typically demonstrate decreased receptor binding as a result of steric interference.

Increasing the molecular weight of the PEG moiety, however, also decreases the clearance of the therapeutic molecule, thereby producing sustained exposure to the agent. This prolonged presence of the active agent may negate or overcome the decrease in receptor binding. Thus, when the biological activity of a pegylated biopharmaceutical agent is measured *in vivo*, one frequently observes a direct relationship between the mass of the PEG conjugate and its biological activity, with increased mass associated with increased activity. A threshold to this increase can also be observed. Increasing the mass of the PEG conjugate beyond this threshold value negatively alters its molecular characteristics.[17]

Table II summarises the effect of pegylation on the pharmacokinetic and pharmacodynamic properties of several therapeutic proteins. Pegylation of interleukin-6 (IL-6) produced a 100-fold increase in half-life, resulting in a 500-fold increase in thrombopoietic potency, and a decrease in immune



**Fig. 4.** *In vitro* and *in vivo* bioactivity of a cytokine (RO-cytok-1) as a function of PEG mass (kD). *In vitro* assay: M-NFS-60 cell proliferation assay measures the incorporation of [$^3$H]thymidine into cellular DNA during the final 6 hours of cell culture. *In vivo* assay: female C57BL/6J murine model used for subcutaneous injection of drug. Venous blood withdrawn on the fifth day after injection. Differential leukocyte counts were determined from blood smears (Wright stain) [reproduced from Bailon and Berthold[11] and Fung et al.,[17] with permission]. **PEG** = poly(ethylene glycol).

© Adis International Limited. All rights reserved.

response as evidenced by reduced plasma IgG1 and adverse effects compared with the native compound in mice.[31] A marked decrease in uptake of IL-6 by the reticuloendothelial system was also demonstrated.[31] The same investigators also showed that pegylation of tumour necrosis factor increased antitumour potency and decreased toxic effects in the murine fibrosarcoma model.[32] In other animal models, pegylated analogues of growth hormone-releasing factor produced an increase in the area

Table II. Influence of pegylation on pharmacokinetics and/or pharmacodynamics of therapeutic proteins

| Pharmacokinetic effect[a] | Pharmacodynamic effect[a] | References |
|---|---|---|
| **Interferon-α-2a** | | |
| Sustained absorption (subcutaneous first order absorption half-life ↑ from 2.3 to 50h[b] | *In vitro* antiviral activity increased 12- to 135-fold | 26-30 |
| Terminal $t_{1/2\beta}$ ↑ (from 3-8h to 65h)[b] | Antitumour activity increased 18-fold | |
| Vd ↓ (from 31-73L to 8-12L)[b] | Improved sustained responses in chronic hepatitis C | |
| CL ↓ 100-fold (from 6.6-29.2 to 0.06-0.10 L/h)[b] | | |
| **Interleukin-6** | | |
| $t_{1/2\beta}$ ↑ 100-fold (from 2.1 to 206 min) | Thrombopoietic potency increased 500-fold | 31 |
| | Decreased IgG1 production | |
| **Tumour necrosis factor** | | |
| $t_{1/2\beta}$ ↑ 14- to 43-fold (from 3 to 45-136 min) | Antitumour potency increased 4- to 100-fold | 32 |
| | Decreased adverse events | |
| **Growth hormone-releasing factor** | | |
| | Potency increased 12- to 55-fold, enhanced duration of action | 33 |
| **Megakaryocyte growth and development factor** | | |
| $t_{1/2\beta}$ ↑ 10-fold | *In vitro* activity increased 20-fold | 34 |
| **Brain-derived neurotrophic factor** | | |
| $t_{1/2\beta}$ ↑ 5-fold (from 10 to 50 min) | | 22 |
| CL ↓ 2.6-fold (from 5.5 to 1.9 ml/min/kg) | | |
| Vd ↑ 1.7-fold (from 80 to 135 ml/kg) | | |
| **Asparaginase** | | |
| $t_{1/2\beta}$ ↑ 18-fold (from 20 to 357h) | | 35 |
| Vd unchanged | | |
| AUC ↑ 26-fold (from 0.4 to 10.2 IU/ml/day) | | |
| CL ↓ 17-fold (from 2196 to 128 ml/m²/day) | | |
| **Superoxide dismutase** | | |
| $t_{1/2\beta}$ ↑ >150-fold (from 3.5 to 540-990 min) | | 36 |
| **Lactoferrin** | | |
| $t_{1/2\beta}$ ↑ 5- to 20-fold (from 3 to 15-60 min) | | 36 |
| **Streptokinase** | | |
| $t_{1/2\beta}$ ↑ 1.7- to 5-fold (from 4 to 7-20 min) | Decreased antigenicity | 37 |
| **Interleukin-2** | | |
| $t_{1/2\beta}$ ↑ up to 6-fold (from 44 to 57-256 min) | | 38 |
| CL ↓ up to 10-fold (from 1.15 to 0.11 to 0.97 ml/min) | | |
| Vd unchanged | | |

a   Compared with native protein.
b   Unmodified interferon compared with pegylated interferon [branched PEG(40kD)-IFNα-2a; higher end of the range reported for different pegylated interferons].
**AUC** = area under the plasma concentration-time curve; **CL** = systemic clearance; $t_{1/2\beta}$ = terminal elimination half-life; **Vd** = volume of distribution.

© Adis International Limited. All rights reserved.

under the growth hormone concentration-time curve and a prolonged duration of action compared with the native compound, presumably because of a decrease in clearance; these changes represent the potential for a decrease in dosage of up to 20-fold (in mice) to 50-fold (in pigs).[33]

## 4. Effect of Pegylation on Immunogenicity and Adverse Effects

One of the major drawbacks of using proteins of nonhuman origin for therapeutic purposes is the risk of immunogenic and antigenic responses. These responses can neutralise biological activity, increase elimination of the protein and result in hypersensitivity reactions.[12] The development of immunogenicity occurs more frequently when the protein is administered subcutaneously. Pegylation of proteins appears to lower the immunogenic response by steric masking of potential antigenic sites, thus preventing immune recognition of the therapeutic protein as foreign (see reviews by Nucci et al.[3] and Delgado et al.[12]).

The benign nature of PEG molecules has been validated through their long history of use. Studies involving the administration of PEG (molecular weight >400) to a wide variety of species have demonstrated no significant toxicity.[39] PEG is approved by the US Food and Drug Administration (FDA) for use as a vehicle or base in a variety of pharmaceutical preparations, including injectable, topical, rectal, and nasal products, as well as in foods and cosmetics.[3,10]

Pegylation has the potential to decrease adverse effects of the therapeutic molecules they are attached to and, thus, to increase patient compliance and improve quality of life. For example, in a murine model, pegylation of IL-6 not only resulted in an augmentation of thrombopoietic activity, but also reduced IL-6–induced plasmacytosis, piloerection and hypoalbuminaemia.[31] The decrease in adverse effects may reflect a decrease in the fluctuations in plasma concentrations caused by frequent, high doses of unmodified protein, or a reduction in the immunogenic response as a result of fewer administrations of the pegylated protein and steric masking of antigenic sites.

One recent study has suggested that PEG-linked proteins have the potential to induce renal tubular vacuolation in an animal model.[40] Rats treated with PEG-linked tumour necrosis factor binding factor developed vacuolation of the renal cortical tubular epithelium. It is likely that this effect is unique to this native protein and dependent on the molecular weight of the attached PEG moiety. The change was associated with extremely high doses and not accompanied by alterations of clinical pathology or functional markers. The effect was also inversely proportional to the molecular weight of the PEG: the lowest molecular weight PEG conjugate was associated with the most severe vacuolar changes, and animals treated with higher molecular weight compounds had minimal or no lesions.[40]

## 5. Pegylated Liposomes

Liposomes can be modified with PEG to prolong their blood circulation time. Pegylated liposomes are characterised by an increased half-life, decreased plasma clearance and a restricted Vd compared with classical liposomal preparations. The incorporation of PEG into the lipid bilayer attracts a hydrated shell around the liposome and protects the bilayer from plasma proteins and lipoproteins, producing an 8-fold increase in plasma half-life of the liposome compared with an unmodified liposome.[41] Pegylated liposomes are also less extensively taken up by cells of the reticuloendothelial system and are less likely to leak drug while in circulation.[7]

Doxorubicin encapsulation in PEG-coated liposomes alters the pharmacokinetic characteristics and, potentially, the safety and tolerability profile of the drug.[7] The goal of this modification is to decrease toxicities such as nausea/vomiting, alopecia and cardiotoxicity compared with standard doxorubicin preparations. Such modifications also have the potential to increase tumour response due to enhanced drug accumulation in tumour cells.[7,42-46] Active targeting of tumours through the use of pegylated antitumour antibodies is also under investigation.[45]

© Adis International Limited. All rights reserved.

Case 1:17-cv-01316-RGA-SRF   Document 158-1   Filed 12/28/18   Page 62 of 241 PageID #: 25983

# 6. Therapeutic Applications of Pegylated Drugs

Two pegylated molecules, PEG-adenosine deaminase (pegademase) and PEG-asparaginase (pegaspargase) [both products of Enzon Corp., Piscataway, NJ, USA], have been approved for clinical use in the US. In addition, several other PEG conjugates are currently under clinical development.

## 6.1 Pegademase

Severe combined immunodeficiency disease (SCID) is associated with an inherited deficiency of adenosine deaminase (ADA). A pegylated version of the bovine form of this enzyme, pegademase, was approved in 1990 as replacement therapy for patients who are ADA-deficient with SCID.[46] Pegademase is produced by coupling ADA to multiple strands of monomethoxypoly(ethylene glycol) 5000. Coupling with PEG increases the circulating half-life of the enzyme from a few minutes to approximately 24 hours.[9,47] Following a single intramuscular injection of pegademase, peak plasma concentrations are achieved within 2 to 3 days.[48] Pegylation of ADA also inhibits uptake of the enzyme by cells.

Maintenance of high plasma ADA concentrations reverses the principal intracellular abnormalities caused by deoxyadenosine when nucleosides equilibrate rapidly across cell membranes: nucleoside pool expansion and inactivation of $S$-adenosylhomocysteine hydrolase (SAHase).[49] Monitoring of plasma ADA activity, the levels of nucleosides and SAHase in red blood cells, and immune function enabled the establishment of optimal dose and administration frequency for PEG-ADA, and is used in individual patients to adjust dosage during therapy.[49] ADA deficiency is a rare syndrome; as of 1997, 63 patients had been treated with PEG-ADA.[48]

Before the availability of pegademase, partial exchange transfusions with red blood cells that contain ADA were used to treat ADA-deficient SCID. However, ADA activity remains elevated for only 2 to 4 weeks after transfusion. In addition, transfusions carry a risk of iron overload and transfusion-related viral infections.[4,50] Pegademase has approximately 1800-fold more ADA activity per millilitre than red blood cells; therefore, the drug produces higher concentrations of ADA activity than partial exchange transfusion.[49]

Although the development of IgG antibody to bovine ADA-specific epitopes is detectable in over half of SCID patients treated with pegademase, antibody titre does not correlate with plasma ADA concentrations.[48] Only 2 anti-ADA-positive patients have shown a transiently enhanced clearance of pegademase; however, ADA activity was restored by a short course of corticosteroids in 1 patient and by dose modifications in the other.[48] In addition, the drug has been well-tolerated, with no allergic or serious adverse effects noted after several years of use.[48,49]

## 6.2 Pegaspargase

Asparaginase has been a main component of treatment regimens for patients with acute leukaemias.[35] One of the major limitations of asparaginase is its tendency to induce hypersensitivity reactions and the development of neutralising antibodies that shorten the half-life, making it difficult to maintain effective plasma concentrations.[51]

Pegaspargase, formed by pegylation of the ε-amino groups on the lysine residues of asparaginase, is available for use in the US for the treatment of patients with acute lymphocytic leukaemia, acute lymphoblastic leukaemia and chronic myelogenous leukaemia. The primary advantages of pegaspargase over the unmodified compound are that it decreases the tendency to induce an immune response, allowing the majority of patients with hypersensitivity to the native enzyme to tolerate pegaspargase without further clinical hypersensitivity, and extends the half-life from the 20 hours seen with the native compound to 357 hours with the PEG-modified compound.[35] Several studies have demonstrated the efficacy of pegaspargase in the treatment of acute leukaemias, and have established current dosage recommendations.[35]

© Adis International Limited. All rights reserved.

## 7. Pegylated Products in Development

A number of agents, primarily therapeutic proteins and enzymes, are candidates for pegylation and are under development. These include growth factors (e.g. growth hormone-releasing factor, granulocyte colony-stimulating factor), free radical scavengers (e.g. superoxide dismutase, catalase), blood derivatives (e.g. haemoglobin, albumin), antineoplastic agents (e.g. uricase, interferons, anthracyclines), cardiovascular agents (e.g. streptokinase, catalase, tissue plasminogen activator), antigens (e.g. honeybee venom, ragweed pollen) and anti-hepatitis C agents [e.g. interferon-$\alpha$ (IFN$\alpha$)].[4] Because several PEG-IFN$\alpha$ congeners are currently under investigation, these provide an ideal case for studying the differential effect of PEG moiety size and shape on the pharmacology and clinical efficacy of a therapeutic protein. Thus, PEG-IFN$\alpha$ is discussed in more detail in section 8.

## 8. Pegylated Interferon-$\alpha$

The delivery of IFN$\alpha$ represents a significant challenge and has potential implications in multiple therapeutic indications, including patients with hepatitis B and C infections, malignant melanoma, renal cell carcinoma, chronic myelogenous leukaemia, non-Hodgkin's lymphoma and myeloma. Following subcutaneous administration, IFN$\alpha$ is rapidly absorbed, with peak serum concentrations observed in 7 to 12 hours, followed by a rapid decline.[26,27,30,52] The terminal elimination half-life ($t_{1/2\beta}$) of IFN$\alpha$ ranges from only 3 to 8 hours, with serum concentrations decreasing to below the limit of detection within 24 hours of administration.[26,27,30] Thus, when IFN$\alpha$ is administered in the standard 3-times weekly regimen, serum concentrations are undetectable for much of the administration interval.

PEGs of varying lengths and shapes have been attached to IFN$\alpha$-2a and IFN$\alpha$-2b to optimise the protein conjugate and change the pharmacokinetics. Table III provides a conceptual overview of the differences in the pharmacokinetic properties of standard IFN$\alpha$ and 3 different pegylated products in clinical development. Published data are used whenever possible to illustrate how the size and branching of the PEG moiety alters the absorption, distribution and clearance of the IFN$\alpha$ molecule. The pharmacokinetic parameters are presented as ranges if these are reported from multiple studies.

Although the various pegylated IFN$\alpha$ products extend $t_{1/2\beta}$ to a similar degree, other pharmacokinetic parameters are affected differently. Only the 40kD branched pegylated IFN$\alpha$-2a [PEG(40kD)-IFN$\alpha$-2a] is associated with a decreased Vd and a much more sustained absorption half-life ($t_{1/2abs}$). The Vd of PEG(40kD)-IFN$\alpha$-2a is approximately 10L (the approximate volume of the plasma and extracellu-

**Table III.** Pegylation alters absorption, distribution and clearance of interferon-$\alpha$ in a size-dependent manner

| Pharmacokinetic parameter[a] | Unmodified IFN$\alpha$[26,27] | Linear PEG(5kD)-IFN$\alpha$-2a[21]b | Linear PEG(12kD)-IFN$\alpha$-2b[53]c | Branched PEG(40kD)-IFN$\alpha$-2a[28-30]d |
|---|---|---|---|---|
| Vd (L) after an IV dose | 31-73 | Similar to IFN$\alpha$ | Similar to IFN$\alpha$ | 8-12 |
| CL (L/h) after an IV dose | 6.6-29.2 | 2.5-5.0 | 0.725e | 0.06-0.10 |
| $t_{1/2abs}$ (h) after a SC dose | 2.3 | Similar to IFN$\alpha$ | 4.6 | 50f |
| $t_{1/2\beta}$ (h) after an IV dose | 3-8 | 54e | 54e | 65e |
| $t_{max}$ (h) after a SC dose | 7.3-12 | 20e | 20e | 80e |

a   Determined after IV administration, or values reported in the literature after SC administration were corrected for absolute bioavailability.
b   Administered as single 45, 135 and 270µg SC doses.
c   Administered as multiple 0.035 to 2 µg/kg SC doses once weekly for 24 weeks.
d   Administered as single 45 to 270µg SC doses.
e   Data not reported as a range because of the limited information available.
f   Assuming first-order absorption.

**CL** = systemic clearance; **IV** = intravenous; **SC** = subcutaneous; **IFN$\alpha$** = interferon-$\alpha$; **PEG-IFN** = pegylated interferon-$\alpha$; $t_{1/2abs}$ = absorption half-life; $t_{1/2\beta}$ = elimination half-life; $t_{max}$ = time to maximum drug concentration; **Vd** = volume of distribution.

© Adis International Limited. All rights reserved.

lar water), which is 4-fold lower than that of standard IFNα.[30]

Following subcutaneous administration, PEG-(40kD)-IFNα-2a plasma concentrations were measurable within 3 to 6 hours and reached a maximum at about 80 hours.[30] This longer time to maximum plasma concentration ($t_{max}$) could be related to either the sustained rate of absorption or the reduced clearance of PEG(40kD)-IFNα-2a compared with standard IFNα. The 40kD product is associated with a greater reduction in renal clearance and with more constant and sustained maximal serum concentrations than either the 5kD linear PEG-IFNα-2a [PEG(5kD)-IFNα-2a] or the 12kD linear PEG-IFNα-2b [PEG(12kD)-IFNα-2b].[21,28,29,53] There was no significant change in subcutaneous bioavailability of PEG(40kD)-IFNα-2a as compared with unmodified IFNα.[21,28-30]

The sustained absorption and reduced clearance of subcutaneously administered PEG(40kD)-IFNα-2a allows for a more convenient dosage schedule (once weekly versus 3-times weekly for standard IFNα-2a) and is probably responsible for the higher rates of sustained virological response seen in patients treated with this pegylated IFNα for chronic hepatitis C virus infection. Monotherapy with standard IFNα is associated with a sustained biological response in only 15 to 25% of patients,[54,55] and PEG(5kD)-IFNα-2a was no more effective than standard IFNα.[56] In contrast, results from randomised clinical trials indicate that PEG(40kD)-IFNα-2a produces much higher end-of-treatment and sustained virological responses than standard IFNα in patients with chronic hepatitis C virus infection, with or without cirrhosis.[57-59] For example, the sustained virological response rate in patients without cirrhosis was twice as great in patients treated with PEG(40kD)-IFNα-2a as in those treated with standard IFNα (39% vs 19%).[58] Thus, PEG(40kD)-IFNα-2a may represent an advance in the treatment of chronic hepatitis C virus infection.

Initial multiple dose pharmacokinetic studies for PEG(40kD)-IFNα-2a showed that the changes in sustained absorption, reduced clearance and restricted distribution of PEG(40kD)-IFNα-2a result in predictable and sustained (near-constant) concentrations with peak : trough ratios of 1.3 to 2.0.[60] Using a 1-compartment open model with first order absorption and elimination, the single dose pharmacokinetic data listed in table III, and the recommended dose and administration interval for each agent, the predicted peak : trough ratios were 1.5 for PEG(40kD)-IFNα-2a, 6 for PEG-(12kD)-IFNα-2b, 20 to 40 for PEG(5kD)-IFNα-2a, and more than 40 for standard IFNα.

Large fluctuations in serum IFNα concentrations (i.e. high peak : trough ratios) may explain why titres of hepatitis C virus rebound quickly between doses of standard IFNα.[29,61] Constant antiviral pressure should prevent viral rebound and continued viral replication, and may decrease the potential for emergence of resistant quasispecies.

## 9. Conclusions

Pegylation now represents a promising sustained-action delivery method for injectable medications. Pegylation of therapeutic proteins and peptides can reduce immunogenicity and modify the pharmacokinetics and, hence, change the pharmacodynamics of these agents while maintaining subcutaneous bioavailability. Thus, pegylation may overcome many of the pharmacological limitations of therapeutic proteins. The potential advantages of pegylation include increased circulating exposure to the therapeutic protein, decreased acute adverse effects, more convenient dosage regimens, and increased health-related quality of life.

Because all proteins are different, each PEG moiety must be specifically optimised to the targeted therapeutic molecule. The length and shape of each PEG moiety are crucial in determining the effect on pharmacokinetic and pharmacodynamic properties. Pegylated agents in development must also meet standards of homogeneity and pyrogenicity, and activation and coupling techniques must be reproducible. Despite these challenges, techniques for pegylating molecules have progressed enormously in recent years.

The coupling of PEG to therapeutic proteins has revealed a wide range of possible pharmaceutical

© Adis International Limited. All rights reserved.

*Harris et al.*

applications, and a number of new pegylated products, such as pegylated IFNα, have shown promise for improving the pharmacodynamics, pharmacokinetics and clinical effects of therapeutic proteins. It is important, however, to note the differences between pegylated forms of the same therapeutic agent. The case of pegylated IFNs for use in the treatment of patients with chronic hepatitis C virus infection clearly demonstrates the potential for dissimilar characteristics among PEG conjugates. A careful assessment of both pharmacological and clinical properties must be considered when determining the optimal pegylated form of the therapeutic molecule for clinical utility.

## Acknowledgements

Financial support for this manuscript was provided by F. Hoffmann-La Roche, Ltd., Basel, Switzerland.

## References

1. Florence AT, Jani PU. Novel oral drug formulations: their potential in modulating adverse effects. Drug Saf 1994; 10: 233-66
2. Wills RJ, Ferraiolo BL. The role of pharmacokinetics in the development of biotechnologically derived agents. Clin Pharmacokinet 1992; 23: 406-14
3. Nucci ML, Shorr R, Abuchowski A. The therapeutic value of poly(ethylene glycol)-modified proteins. Adv Drug Deliv Rev 1991; 6: 133-51
4. Burnham NL. Polymers for delivering peptides and proteins. Am J Hosp Pharm 1994; 51: 210-8
5. Allen TM. Liposomes: opportunities in drug development. Drugs 1997; 54 Suppl. 4: 8-14
6. Gobburu JV, Tenhoor C, Rogge MC, et al. Pharmacokinetics/dynamics of 5c8, a monoclonal antibody to CD154 (CD40 ligand) suppression of an immune response in monkeys. J Pharmacol Exp Ther 1998 Aug; 286 (2): 925-30
7. Gabizon A, Martin F. Polyethylene glycol-coated (pegylated) liposomal doxorubicin. Drugs 1997; 54 Suppl. 4: 15-21
8. Szebeni J. The interaction of liposomes with the complement system. Crit Rev Ther Drug Carrier Syst 1998; 15: 57-88
9. Davis FF, Abuchowski A, Van Es T, et al. Enzyme-polyethylene glycol adducts: modified enzymes with unique properties. Enzyme Eng 1978; 4: 169-73
10. Zalipsky S, Harris JM. Introduction to chemistry and biological applications of poly(ethylene glycol). In: Harris JM, Zalipsky S, editors. Poly(ethylene glycol): chemistry and biological applications. San Francisco (CA): American Chemical Society, 1997: 1-15
11. Bailon P, Berthold W. Polyethylene glycol-conjugated pharmaceutical proteins. Pharm Sci Technol Today 1998; 1: 352-6
12. Delgado C, Francis GE, Fisher D. The uses and properties of PEG-linked proteins. Crit Rev Ther Drug Carrier Syst 1992; 9: 249-304
13. Monfardini C, Schiavon O, Caliceti P, et al. A branched monomethoxypoly(ethylene glycol) for protein modification. Bioconjugate Chem 1995; 6: 62-9
14. Zhao X, Harris JM. Novel degradable poly(ethylene glycol) esters for drug delivery. In: Harris JM, Zalipsky S, editors. Poly(ethylene glycol): chemistry and biological applications. San Francisco (CA): American Chemical Society, 1997: 458-72
15. Zalipsky S, Lee C. Use of functionalized poly(ethylene glycol)s for modification of polypeptides. In Harris JM, editors. Poly(ethylene glycol) chemistry: biotechnical and biomedical applications. New York: Plenum Press, 1992: 347-370
16. Katre NV. The conjugation of proteins with polyethylene glycol and other polymers: altering properties of proteins to enhance their therapeutic potential. Adv Drug Del Rev 1993; 10: 91-114
17. Fung W-J, Porter JE, Bailon P. Strategies for the preparation and characterization of polyethylene glycol (PEG) conjugated pharmaceutical proteins. Polymers Preprint 1997; 38: 565-6
18. Morpurgo M, Veronese FM, Kachensky D, et al. Preparation of characterization of poly(ethylene glycol) vinyl sulfone. Bioconjug Chem 1996; 7: 363-8
19. Kinstler OB, Brems DN, Lauren SL, et al. Characterization and stability of N-terminally PEGylated rhG-CSF. Pharm Res 1996; 13: 996-1002
20. Brenner B, Rector Jr F. Brenner and Rector's: the kidney. 5th ed. Philadelphia (PA): W.B. Saunders Company, 1996
21. Nieforth KA, Nadeau R, Patel IH, et al. Use of an indirect pharmacodynamic stimulation model of MX protein induction to compare in vivo activity of interferon alfa-2a and a polyethylene glycol-modified derivative in healthy subjects. Clin Pharmacol Ther 1996; 59: 636-46
22. Pardridge WM, Wu D, Sakane T. Combined use of carboxyl-directed protein pegylation and vector-mediated blood-brain barrier drug delivery system optimized brain uptake of brain-derived neurotrophic factor following intravenous administration. Pharm Res 1998; 15: 576-82
23. Yamaoka T, Tabata Y, Ikada Y. Distribution and tissue uptake of poly(ethylene glycol) with different molecular weights after intravenous administration to mice. J Pharm Sci 1994 Apr; 83 (4): 601-6
24. Olson K, Gehant R, Mukku V, et al. Preparation and characterization of poly(ethylene glycol)ylated human growth hormone antagonist. In: Harris JM, Zalipsky S, editors. Poly(ethylene glycol): chemistry and biological applications. San Francisco (CA): American Chemical Society, 1997: 170-81
25. Gaertner HF, Offord RE. Site-specific attachment of functionalized poly(ethylene glycol) to the amino terminus of proteins. Bioconjug Chem 1996; 7: 38-44
26. Wills RJ, Dennis S, Speigel HE, et al. Interferon kinetics and adverse reactions after intravenous, intramuscular, and subcutaneous injection. Clin Pharmacol Ther 1984; 35: 722-7
27. Chatelut E, Rostaing L, Gregoire N, et al. A pharmacokinetic model for alpha interferon administered subcutaneously. Br J Clin Pharmacol 1999; 47: 365-71
28. Xu Z-X, Patel I, Joubert P. Single-dose safety/tolerability and pharmacokinetic/pharmacodynamics (PK/PD) following administration of ascending subcutaneous doses of pegylated-interferon (PEG-IFN) and interferon α-2a (IFN α-2a) to healthy subjects [abstract]. Hepatology 1998; 28 Suppl.: 702
29. Algranati NE, Sy S, Modi M. A branched methoxy 40 kDa polyethylene glycol (PEG) moiety optimizes the pharmacokinetics (PK) of peginterferon α-2a (PEG-IFN) and may explain its enhanced efficacy in chronic hepatitis C (CHC) [abstract]. Hepatology 1999; 30 (4 Pt 2): 190A
30. F. Hoffmann-La Roche, Ltd., data on file

© Adis International Limited. All rights reserved.

31. Tsutsumi Y, Tsunoda S, Kamada H, et al. PEGylation of inter-leukin-6 effectively increases its thrombopoietic potency. Thromb Haemost 1997; 77: 168-73

32. Tsutsumi Y, Kihira T, Tsunoda S, et al. Molecular design of hybrid tumour necrosis factor alfa with polyethylene glycol increases its anti-tumour potency. Br J Cancer 1995; 71: 963-8

33. Campbell RM, Heimer EP, Ahmad M, et al. Pegylated peptides: V. Carboxy-terminal PEGylated analogs of growth hormone-releasing factor (GRF) display enhanced duration of biological activity in vivo. J Pept Res 1997; 49: 527-37

34. Hokom MM, Lacey D, Kinsler O, et al. Megakaryocyte growth and development factor abrogates the lethal thrombocyto-penia associated with carboplatin and irradiation in mice. Blood 1995; 86: 4486-92

35. Holle LM. Pegaspargase: an alternative. Ann Pharmacother 1997; 3: 616-24

36. Beauchamp CO, Gonias SL, Menapace DP, et al. A new proce-dure for the synthesis of polyethylene glycol-protein adducts; effects on function, receptor recognition, and clearance of superoxide dismutase, lactoferrin, and alfa 2-macroglobulin. Anal Biochem 1983; 131: 25-33

37. Rajagopalan S, Gonias SL, Pizzo SV. A nonantigenic covalent streptokinase-polyethylene glycol complex with plasmino-gen activator function. J Clin Invest 1985; 75: 413-9

38. Knauf MJ, Bell DP, Hirtzer P, et al. Relationship of effective molecular size to systemic clearance in rats of recombinant interleukin-2 chemically modified with water-soluble poly-mers. J Biol Chem 1988; 263: 15064-70

39. Working PK, Newman MS, Johnson J, et al. Safety of poly(eth-ylene glycol) and poly(ethylene glycol) derivatives. In: Harris JM, Zalipsky S, editors. Poly(ethylene glycol): chemistry and biological applications. San Francisco (CA): American Chemical Society, 1997: 45-59

40. Bendele A, Seely J, Richey C, et al. Short communication: renal tubular vacuolation in animals treated with polyethylene-gly-col-conjugated proteins. Toxicol Sci 1998; 42: 153-7

41. Stewart S, Jablonowski H, Goebel FD, et al. Randomized com-parative trial of pegylated liposomal doxorubicin versus bleomycin and vincristine in the treatment of AIDS-related Kaposi's sarcoma. J Clin Oncol 1998; 16: 683-91

42. Suzuki S, Watanabe S, Masuko T, et al. Preparation of long-cir-culating immunoliposomes containing Adriamycin by a novel method to coat immunoliposomes with poly(ethylene glycol). Biochim Biophys Acta 1995; 1245: 9-16

43. Alberts DS, Garcia DJ. Safety aspects of pegylated liposomal doxorubicin in patients with cancer. Drugs 1997; 54 Suppl. 4: 30-5

44. Muggia FM. Clinical efficacy and prospects for the use of pegylated liposomal doxorubicin in the treatment of ovarian and breast cancers. Drugs 1997; 54 Suppl. 4: 22-9

45. Amantea MA, Forrest A, Northfelt DW, et al. Population phar-macokinetics and pharmacodynamics of pegylated-liposomal doxorubicin in patients with AIDS-related Kaposi's sarcoma. Clin Pharmacol Ther 1997; 61: 301-11

46. Francis GE, Delgado C, Fisher D, et al. Polyethylene glycol modification: relevance of improved methodology to tumour targeting. J Drug Target 1996; 3: 321-40

47. Davis S, Abuchowski A, Park Y, et al. Alteration of the circu-lating life and antigenic properties of bovine adenosine de-aminase in mice by attachment of polyethylene glycol. Clin Exp Immunol 1981; 46: 649-52

48. Hershfield MS. Biochemistry and immunology of poly(ethyl-ene glycol)-modified adenosine deaminase (PEG-ADA). In: Harris JM, Zalipsky S, editors. Poly(ethylene glycol): chem-istry and biological applications. Philadelphia (PA): Ameri-can Chemical Society, 1997: 145-54

49. Hershfield MS. PEG-ADA replacement therapy for adenosine deaminase deficiency: an update after 8.5 years. Clin Im-munol Immunopathol 1995; 76 (3 Pt 2): S228-32

50. Hillman BC, Sorensen RU. Management options: SCIDS with adenosine deaminase deficiency. Ann Allergy 1994; 72: 395-404

51. Keating MJ, Holmes R, Lerner S, et al. L-asparaginase and PEG asparaginase: past, present, and future. Leuk Lymphoma 1993; 10 Suppl.: 153-7

52. Khakoo S, Glue P, Grellier L, et al. Ribavirin and interferon alfa-2b in chronic hepatitis C: assessment of possible phar-macokinetic and pharmacodynamic interactions. Br J Clin Pharmacol 1998; 46: 563-70

53. Glue P, Fang J, Sabo R, et al. Peg-interferon-α2B: pharmaco-kinetics, pharmacodynamics, safety and preliminary efficacy data [abstract]. Hepatology 1999; 30 (4 Pt 2): 189A

54. Poynard T, Leroy V, Cohard M, et al. Meta-analysis of inter-feron randomized trials in the treatment of viral hepatitis C: effects of dose and duration. Hepatology 1996; 24: 778-89

55. Berenguer M, Wright TL. Hepatitis C virus. Adv Gastroenterol Hepatol Clin Nutr 1996; 1: 2-21

56. O'Brien C, Pockros P, Reddy R, et al. A double-blind, multi-center, randomized, parallel dose-comparison study of six re-gimens of 5kD, linear peginterferon alfa-2a compared with Roferon-A in patients with chronic hepatitis C [abstract]. Antiviral Ther 1999; 4 Suppl. 4: 15

57. Reddy KR, Wright TL, Pockros PJ, et al. Efficacy and safety of pegylated (40kDa) interferon α-2a compared with interferon α-2a in non-cirrhotic patients with chronic hepatitis C. Hepatology 2000; 33 (2): 433-8

58. Zeuzem S, Feinman SV, Rasenack J, et al. Peginterferon α-2a in patients with chronic hepatitis C. N Engl J Med 2000; 343: 1666-72

59. Heathcote EJ, Shiffman ML, Cooksley GE, et al. Peginterferon alfa-2a in patients with chronic hepatitis C and cirrhosis. N Engl J Med 2000; 343: 1673-80

60. Modi MW, Fried M, Reindollar RW, et al. The pharmacokinetic behavior of pegylated (40kDa) interferon alfa-2a (PEGASYS™) in chronic hepatitis C patients after multiple dosing [abstract]. Hepatology 2000; 32 (4): 394A

61. Lam NP, Neumann AU, Gretch DR, et al. Dose-dependent acute clearance of hepatitis C genotype 1 virus with interferon alfa. Hepatology 1997; 26: 226-31

Correspondence and offprints: Dr *J. Milton Harris*, Shear-water Corporation, 1112 Church St, Huntsville, AL 35801, USA.
E-mail: jmharris@swpolymers.com

© Adis International Limited. All rights reserved.

# EXHIBIT M

*Proc. Natl. Acad. Sci. USA*
Vol. 85, pp. 2429–2433, April 1988
Biochemistry

# Proteolytic requirements for thrombin activation of anti-hemophilic factor (factor VIII)

(coagulation/hemostasis/protease specificity/*in vitro* mutagenesis)

Debra D. Pittman and Randal J. Kaufman*

Genetics Institute, 87 Cambridge Park Drive, Cambridge, MA 02140

*Communicated by Tom Maniatis, October 9, 1987*

**ABSTRACT**   Factor VIII functions in the intrinsic pathway of coagulation as the cofactor for factor IXa proteolytic activation of factor X. Proteolytic cleavage is required for activation and may be responsible for inactivation of cofactor activity. To identify which of the multiple cleavages are required for activation and inactivation of factor VIII, site-directed DNA-mediated mutagenesis of the factor VIII cDNA was performed and the altered forms of factor VIII were expressed in COS-1 monkey cells and characterized. Conversion of arginine residues to isoleucine residues at the amino-terminal side of the cleavage sites at positions 740, 1648, and 1721 resulted in cleavage resistance at the modified site with no alteration in the *in vitro* procoagulant activity and the susceptibility to thrombin activation. Similar modification of the thrombin cleavage sites at either position 372 or position 1689 resulted in molecules with residual factor VIII activity but resistant to thrombin cleavage at the modified site and not susceptible to thrombin activation. Modification of the arginine to either an isoleucine or a lysine at residue 336, the site postulated for proteolytic inactivation by activated protein C, resulted in a factor VIII molecule with increased procoagulant activity. This increased activity may result from greater resistance to proteolytic inactivation. A model for the activation and inactivation of factor VIII is proposed.

Blood vessel injury is associated with the sequential activation of a series of plasma proteases that lead to the generation of thrombin and its conversion of fibrinogen to fibrin. The protease activity is localized to the damaged vessel wall by the high concentration of protease inhibitors present in plasma and on the surface of endothelial cells and by the rapid inactivation of cofactors V and VIII, which are required for factor IX and X activity (1, 2). The hemostatic importance of the proper regulation of the activation and inactivation of these factors is revealed by the existence of thrombotic and bleeding disorders resulting from altered proteolytic, cofactor, or inhibitor activities. One such disorder is the deficiency or abnormality of factor VIII, which results in the bleeding disorder hemophilia A. Factor VIII is a high molecular weight plasma glycoprotein that is proteolytically activated by other enzymes of the coagulation cascade such as factor Xa and thrombin (IIa) (3–9). Activated factor VIII (VIIIa) itself is not a protease but acts to increase the $V_{max}$ of factor IXa proteolytic activation of factor X by at least 4 orders of magnitude in the presence of phospholipid and calcium (10). Factor VIII can also be inactivated by activated protein C (APC) cleavage (11).

In plasma, factor VIII exists as a 200-kDa polypeptide (heavy chain) in a metal ion-stabilized complex with an 80-kDa polypeptide (light chain), both of which are derived from a 2351-amino acid precursor as depicted in Fig. 1

(12–15). When factor VIII is treated with trace amounts of thrombin, there is a specific pattern of proteolysis that coincides with the initial activation and subsequent inactivation of its procoagulant cofactor activity (12). The thrombin cleavage sites within plasma-derived factor VIII and recombinant-derived factor VIII are similar and are presented in Fig. 1. Upon thrombin or factor Xa activation of factor VIII there is processing of the 200-kDa heavy-chain precursor to 90 kDa by cleavage after arginine at residue 740. The 90-kDa species is subsequently cleaved to yield 50- and 43-kDa polypeptides by cleavage after arginine-372. Concomitantly, the 80-kDa polypeptide is cleaved after arginine-1689 to yield a 73-kDa species (12, 16, 17). Maximal activation may correlate with generation of the 90-kDa polypeptide (14, 18) or with generation of the 50-, 43-, and 73-kDa polypeptides (12, 16). In addition, after prolonged treatment with thrombin, cleavage after amino acid residue 336 occurs (17). It has been proposed that 336 is the site of proteolytic inactivation by APC or factor Xa (12).

The cleavage requirements for the thrombin activation and inactivation of factor VIII have been determined by the use of site-directed DNA mutagenesis to make conservative amino acid changes that produce sites resistant to thrombin cleavage with the intent of not drastically altering the structure of the protein. Analysis of the modified forms of factor VIII produced after DNA transfection of COS-1 monkey cells demonstrates the requirement for thrombin cleavage at both residues 372 and 1689 for activation of factor VIII.

## MATERIALS AND METHODS

**Plasmid Constructions and Mutagenesis.** The factor VIII expression plasmids pDGR and pMT2-VIII have been described (19). These plasmids are identical except that pDGR contains an in-frame deletion of DNA encoding 581 amino acids extending from residue 1001 to residue 1581 within the B domain. Site-directed mutagenesis was performed by the heteroduplex procedure (20) with modifications as described (19). After screening for the presence of the mutation by hybridization to specific 15-mer oligonucleotide probes, DNA was isolated by equilibrium centrifugation in cesium chloride and mutations were confirmed by DNA sequencing (21) and by extensive analysis by digestion with frequent-cutting restriction endonucleases.

**Expression and Analysis of Factor VIII Activity COS-1 and Chinese Hamster Ovary (CHO) Cells.** Plasmid DNA was transfected into COS-1 monkey cells by using DEAE-dextran as described (22). Conditioned media containing 10% fetal calf serum were harvested at 60 hr posttransfection. Factor VIII activity was determined by the factor VIII-dependent generation of factor Xa from factor X (Kabi Coatest method) and by the one-stage activated partial

---

The publication costs of this article were defrayed in part by page charge payment. This article must therefore be hereby marked "*advertisement*" in accordance with 18 U.S.C. §1734 solely to indicate this fact.

Abbreviations: APC, activated protein C; APTT assay, activated partial thromboplastin time assay.
*To whom reprint requests should be addressed.

2430    Biochemistry: Pittman and Kaufman                                        *Proc. Natl. Acad. Sci. USA 85* (1988)

thromboplastin time assay (APTT or Clotek activity) using factor VIII-deficient plasma (George King Biomedical, Overland Park, KA) (23). For thrombin activation, samples were pretreated for 30 s with thrombin (0.5 unit/ml) at room temperature and assayed by using the APTT coagulation assay. Quantitation of factor VIII antigen was performed by an ELISA using a monoclonal antibody (Hybritech, La Jolla, CA) that recognizes the light chain of factor VIII with standardization to Mega Standard (Hyland, Glendale, CA). The modified forms of factor VIII were also introduced into dihydrofolate reductase-deficient CHO cells by cotransformation with a dihydrofolate reductase gene and selection for dihydrofolate reductase expression as described (24).

**Immunoprecipitation Analysis.** The synthesis of factor VIII was monitored by labeling transfected COS-1 cells at 60 hr posttransfection for 6 hr with methionine-free medium containing 0.5 mCi of [$^{35}$S]methionine (7800 Ci/mmol; 1 Ci = 37 GBq; New England Nuclear) and aprotinin (0.1%; Sigma). The conditioned medium was harvested and the factor VIII was immunoprecipitated with a monoclonal antibody to the heavy chain (kindly provided by W. B. Foster, Genetics Institute, Cambridge, MA) as described (25). Pellets were washed and resuspended in 0.05 M Tris·HCl, pH 7.5/0.15 M NaCl/2 mM CaCl$_2$/5% (vol/vol) glycerol, and thrombin (10 units/ml) was added to an aliquot of the sample. Reaction mixtures were incubated at 37°C for 30 min and reactions were terminated with the addition of NaDodSO$_4$ to 0.5% (wt/vol) and 2-mercaptoethanol to 2.5% (vol/vol). Samples were heated at 85°C for 5 min and loaded onto a 5–12% reducing NaDodSO$_4$/polyacrylamide gradient gel. After electrophoresis, the gel was fixed and analyzed by autoradiography after treatment with the fluor EN$^3$HANCE (New England Nuclear).

## RESULTS

Since arginine is the only residue known to be located at the amino-terminal side of a thrombin, APC, or factor Xa cleavage site, it was reasoned that its conversion to an isoleucine should render that particular site resistant to cleavage. Oligonucleotide-directed mutagenesis was per-

formed by using the factor VIII expression plasmid pDGR. pDGR has a 581-amino acid deletion in the B domain compared with wild-type factor VIII and retains *in vitro* and *in vivo* cofactor activity and exhibits normal cleavage and activation by thrombin (17, 19, 26, 27). Mutagenesis was performed with pDGR because it is easily manipulated and because it directs the synthesis of high levels of factor VIII after transfection of COS-1 monkey cells (19). The locations of the arginine-to-isoleucine cleavage-site mutations are depicted in Fig. 1. To ensure that any effect of a cleavage-site mutation was not specific to the B-domain-deleted form of factor VIII, some mutations were reconstructed into the wild-type factor VIII expression plasmid, pMT2-VIII (19). Plasmid DNA was transfected into COS-1 cells and the conditioned medium was harvested 60 hr later and analyzed for factor VIII activity and for antigen by an ELISA. All mutant plasmids, with the exception of pCSM-372 and pCSM-1689, directed the synthesis of active factor VIII at levels comparable to pDGR (Table 1).

The synthesis and secretion of the modified forms of factor VIII were examined by 6-hr steady-state [$^{35}$S]methionine labeling of transfected cells and analysis of the conditioned media after immunoprecipitation. The susceptibility to thrombin cleavage was determined by thrombin treatment of the immunoprecipitates before gel electrophoresis. Analysis of COS-1 cells transfected with the parental plasmid pDGR generated several protein species in the conditioned medium (Fig. 2, lane 7) that were absent from conditioned medium of mock-transfected cells (lane 9). The heavy and light chains of factor VIII migrate at 150 and 80 kDa, respectively. A background protein in the conditioned medium of mock-transfected cells (lane 9) comigrates with the heavy chain at 150 kDa and is not digested by thrombin (data not shown). In addition, some single-chain factor VIII migrating larger than 200 kDa is observed; this species is the result of inefficient cleavage at residue 1648. Thrombin treatment before gel electrophoresis results in generation of a 50- and a 43-kDa species from the amino terminus of the single chain and heavy chain of factor VIII (lane 8). The heavily glycosylated region derived from the B domain migrates as a smear at around 95 kDa. Thrombin treatment



FIG. 1.   Processing of factor VIII. The structural domains of factor VIII deduced from the primary amino acid sequence as described by Vehar *et al.* (15) are depicted in the top line: (*i*) a triplicated A domain of 330 amino acids has homology to ceruloplasmin, a plasma copper-binding protein; (*ii*) a duplicated C domain of 150 amino acids; and (*iii*) a unique B domain of 980 amino acids. The hatched areas are highly acidic regions. The relative positions of the 25 potential asparagine-linked glycosylation sites (Asn-Xaa-Ser or -Thr) (vertical bars), the heavily glycosylated region (HGR) deleted in pDGR (◀——DGR——▶), and the thrombin cleavage sites (IIa) are also indicated. Upon secretion from the cell, factor VIII is cleaved to generate the 200-kDa heavy chain in a metal ion bridge with the 80-kDa light chain. It is not known what enzyme is responsible for this cleavage. Factor Xa (Xa) cleaves at all the thrombin cleavage sites and also at position 1721. The cleavage site mutations (CSM) examined in this study are indicated by the plasmid name adjacent to the arrow identifying the specified cleavage site.

Biochemistry: Pittman and Kaufman

*Proc. Natl. Acad. Sci. USA 85 (1988)*    2431

Table 1.   Cofactor activity of factor VIII cleavage-site mutations (CSM) expressed in COS-1 cells

| Plasmid | Chromogenic activity, units × $10^{-3}$/ml | | | ELISA, units × $10^{-3}$/ml | | IIa activation |
|---|---|---|---|---|---|---|
| | Exp. 1 | Exp. 2 | Exp. 3 | Exp. 1 | Exp. 2 | |
| A. pDGR | 171 | 110 | 85 | 87 | | + |
| pCSM372 | 4 | 3 | 3 | 84 | | − |
| pCSM740 | 90 | 86 | ND | 46 | | + |
| pCSM1689 | 3 | 7 | 4 | 133 | | − |
| pCSM1721 | 163 | ND | 85 | 80 | | + |
| pMT2-VIII | 93 | ND | 35 | 77 | | + |
| pMT2-VIII372 | 4 | ND | 7 | 125 | | − |
| B. pDGR | 419 | 411 | | 100 | 110 | + |
| pCSM336 | 666 | 584 | | 120 | 98 | + |
| pMT2-VIII | 139 | 175 | | 90 | 90 | + |
| pMT2-VIII336RK | 400 | 296 | | 70 | 90 | + |

Cofactor activity of factor VIII molecules containing modified thrombin cleavage sites. COS-1 cells were transfected with plasmid DNA and conditioned media were harvested 60 hr posttransfection for factor VIII activity assay by the Kabi Coatest method. The values determined by this assay correlated with the activity values determined by the one-stage APTT assay using factor VIII-deficient plasma (data not shown). Thrombin activation varied between 30- and 50-fold for the samples that exhibited thrombin activation (+) measured by the APTT assay. Although separate transfections were repeated numerous times with consistent results, the data presented are from five separate transfections. The data in A represent experiments studying mutations that either destroy or do not affect cofactor activity. The data in B represent mutations at the potential site for inactivation by APC (residue 336). ND, not done.

generates a 73-kDa species from the carboxyl terminus of both the single and light chains.

The conditioned medium from COS-1 cells transfected with pCSM1648, which harbors an arginine-to-isoleucine change at amino acid residue 1648, exhibits factor VIII cofactor activity similar to that synthesized from the plasmid pDGR (data not shown). In addition, this activity exhibited

similar thrombin activation to that activity obtained from transfection of pDGR. Analysis of the [$^{35}$S]methionine-labeled protein by immunoprecipitation and gel electrophoresis indicated that the factor VIII was secreted as an intact single-chain species of >200 kDa with no detectable cleavage at 1648 to generate the 80-kDa light chain (Fig. 2, lane 10). Upon thrombin treatment, the 50-, 43-, and 73-kDa fragments were generated, similar to the factor VIII obtained from pDGR (lane 11). Conversion of the arginine to an isoleucine at position 1648 did not affect the synthesis or secretion of factor VIII from the cell. These results demonstrate that single-chain factor VIII exhibits *in vitro* cofactor activity indistinguishable in our assays from the two-chain species.

The cleavage site within the heavy chain that generates the 90-kDa amino-terminal fragment was modified by conversion of the arginine at amino acid residue 740 to an isoleucine. This change did not alter the cofactor activity of the resultant protein (pCSM740 in Table 1). The small decrease in activity from cells transfected with pCSM740 results from a reduction in the synthesis and/or secretion of factor VIII as deduced by the presence of less [$^{35}$S]methionine-labeled factor VIII in the conditioned medium from transfected cells (Fig. 2, lane 12). Analysis by [$^{35}$S]methionine labeling, immunoprecipitation, and gel electrophoresis demonstrated that the secreted factor VIII encoded by pCSM740 appears identical to the secreted factor VIII from pDGR, except its expression level is decreased by a factor of 2–3. However, upon thrombin treatment, the 90- and the 43-kDa species do not appear, in comparison to factor VIII encoded by pDGR (lane 13). This result demonstrates resistance to cleavage at residue 740. Significantly, cleavage at positions 372 and 1689 occurs normally to generate the 50- and 73-kDa species. Thus, cleavage at residue 740 is not a prerequisite for cleavage at residues 372 and 1689. The appearance of the 90-kDa polypeptide precedes that of the 50- and 43-kDa species upon thrombin activation of factor VIII and it has been proposed that this polypeptide correlates with cofactor activity (18). However, our results demonstrate that cleavage to generate the 90-kDa species is not required for factor VIII activity.



Fig. 2.   Polyacrylamide gel electrophoresis analysis of [$^{35}$S]methionine-labeled factor VIII. Transfected COS-1 cells were labeled with [$^{35}$S]methionine and conditioned media were immunoprecipitated and analyzed by NaDodSO$_4$/polyacrylamide gel electrophoresis before (−) and after (+) thrombin digestion. Numbers and arrows at the right of each panel indicate the different sized species of factor VIII (in kDa). The relevant factor VIII bands in lanes 10 and 11 are indicated by arrowheads. Single-chain factor VIII is denoted by s.c. Lanes 1–15, original pDGR and various cleavage-site mutations obtained from transfected COS-1 cells. Lanes 16–19, wild-type factor VIII and the cleavage-site mutation at residue 336, which were similarly prepared from metabolically labeled CHO cells. In lanes 16 and 18, there is some cleavage of the factor VIII samples in the absence of added thrombin. Other experiments indicate that this cleavage occurs upon immunoprecipitation of factor VIII. The stable CHO cell lines were used for this experiment because they produce higher levels of the wild-type factor VIII than do the transiently transfected COS-1 cells and they do not exhibit a background band that comigrates with the 45-kDa polypeptide.

*Proc. Natl. Acad. Sci. USA 85* (1988)

The site of thrombin cleavage between the 50- and 43-kDa polypeptides in the heavy chain was modified by conversion of the arginine at amino acid residue 372 to an isoleucine to produce pCSM372. In comparison with pDGR, this change results in a reduction in factor VIII activity (by a factor of ≈30) in the conditioned medium from transfected COS-1 cells and the result is not susceptible to thrombin activation (Table 1). [$^{35}$S]Methionine labeling of transfected COS-1 cells and analysis by immunoprecipitation and electrophoresis demonstrated that the factor VIII protein species in the medium are identical with those obtained from cells transfected with pDGR (Fig. 2, lanes 5 and 7). This demonstrates that there is no alteration in the secretion of factor VIII encoded by pCSM372 compared with pDGR. However, thrombin treatment of immunoprecipitated protein resulted in two bands migrating at approximately 82 and 90 kDa and the absence of the 50- and 43-kDa species compared with factor VIII obtained from pDGR. The band migrating just below the 50-kDa species in lane 6 (Fig. 2) probably represents thrombin cleavage at residue 336, the predicted site for cleavage by APC (12, 16). The species observed after thrombin digestion of the factor VIII obtained from pCSM372 are those expected if the junction between the 50- and the 43-kDa peptides were resistant to cleavage by thrombin. Introduction of the pCSM372 mutation into the pMT2-VIII wild-type factor VIII expression vector (which encodes an intact B domain) yielded similar results, indicating that the loss of activity in pCSM372 is not specific to the deleted form of factor VIII (Table 1). These data are consistent with cleavage at amino acid residue 372 being essential for thrombin activation. These findings support previous results (12) that demonstrated that after exposure to thrombin, maximal factor VIII activity coincided with the generation of the 50- and 43-kDa polypeptides.

Cleavage at position 336 may be mediated by thrombin, factor Xa, and APC (12, 17, 28). To ascertain its role in thrombin activation of factor VIII, the arginine at residue 336 was changed to an isoleucine. Analysis of conditioned medium from transfected COS-1 cells showed that the altered factor VIII had increased procoagulant activity relative to the pDGR-encoded molecule (Table 1). This arginine has also been converted to a lysine in the wild-type factor VIII expression plasmid pMT2-VIII, and qualitatively similar results were obtained (Table 1). The expression plasmids harboring the wild-type, pMT2-VIII, and the arginine-to-isoleucine mutation at position 336 in the wild-type expression plasmid pMT-VIII336 were stably introduced into CHO cells. The protein obtained from the CHO cells exhibited similar properties to that obtained from the COS-1 cells. Resistance to cleavage at residue 336 was confirmed by gel electrophoretic analysis of thrombin-treated [$^{35}$S]methionine-labeled and immunoprecipitated factor VIII obtained from CHO cells (Fig. 2). The absence of the 45-kDa thrombin cleavage product from pMT-VIII336 (lane 19) compared with pMT2-VIII (lane 17) is consistent with resistance to thrombin cleavage at the modified site. The thrombin activation coefficients for the factor VIII molecules encoded by the changes at residue 336 were similar to those obtained for the parental factor VIII from pDGR or pMT2-VIII (Table 1). Results of ELISA and immunoprecipitation analyses of conditioned media indicate that the increased activity is not due to increased levels of synthesis or secretion of factor VIII (Table 1). Rather, this form of factor VIII appears to have a higher specific activity. One possible explanation is that the mutation renders factor VIII more resistant to inactivation as a result of resistance to cleavage at amino acid position 336.

Changes at two cleavage sites within the light chain (80 kDa) have been studied. Modification of the arginine to an isoleucine at the factor Xa cleavage site at amino acid

residue 1721 resulted in no observable change in the factor VIII activity expressed in the conditioned medium (Table 1) and no alteration in the thrombin cleavage pattern compared with pDGR (Fig. 2, lanes 3 and 4). This is consistent with the inability of thrombin to cleave this site. These results demonstrate that cleavage at position 1721 is not required for either of the *in vitro* assays for procoagulant activity. Conservative mutation of the arginine to a lysine at the thrombin cleavage site at amino acid residue 1689 resulted in no change in the activity of factor VIII compared with the original pDGR. Upon protein analysis, it was observed that this arginine-to-lysine change resulted in a protein that was cleaved by thrombin (lanes 14 and 15). This represents a rare example of thrombin recognition of a lysine residue at the amino-terminal side of the cleavage site. When the arginine at amino acid residue 1689 was changed to an isoleucine in pCSM1689, the resultant activity was reduced by a factor of ≈20 (Table 1). This modification resulted in no significant change in the amount of steady-state factor VIII antigen in the conditioned medium (data not shown). Analysis of [$^{35}$S]methionine-labeled conditioned medium by immunoprecipitation and gel electrophoresis revealed a molecular weight species indistinguishable from that expressed by pDGR-transfected cells (Fig. 2, lane 1). However, upon thrombin treatment, the 73-kDa species was not generated from the 80-kDa light chain (lane 2). These results demonstrate that cleavage at position 1689 is required for thrombin activation of cofactor activity. Cleavage of the heavy chain in the factor VIII derived from pCSM1689 appeared to be normal with generation of the 50- and 43-kDa species (lane 2). Thus, thrombin cleavage at amino acid residues 372 and 740 is not dependent on cleavage at residue 1689.

## DISCUSSION

Thrombin treatment of factor VIII results in a rapid activation and subsequent inactivation of cofactor activity. The introduction of specific amino acid changes through site-directed DNA-mediated mutagenesis and characterization of the expressed variant forms of factor VIII that harbor specific sites resistant to proteolytic cleavage clarify the requirements for cleavage in the proteolytic activation and possible inactivation of factor VIII. Mutation of arginine at amino acid residues 740, 1648, and 1721 results in factor VIII molecules resistant to cleavage at those sites but with similar activity to the wild-type factor VIII. However, it remains to be tested whether these modifications influence activation by other proteases, such as factor Xa, or otherwise affect their *in vivo* procoagulant properties. Mutation of the arginine at either amino acid residue 372 or amino acid residue 1689 results in factor VIII that is not susceptible to thrombin cleavage and activation. Although the majority of mutations studied have been constructed in the factor VIII expression plasmid, which contains a 581-amino acid deletion in the B domain, when mutations at positions 336, 372, and 1648 were made in the wild-type factor VIII expression plasmid, similar results were obtained as with the deleted factor VIII. Thus, it is unlikely that the B domain deletion is responsible for any of the effects observed. With the caution that alteration of an amino acid may, in addition to destroying a particular cleavage site, also impose a structural change, we conclude that cleavage at both position 372 and position 1689 is required for activation of factor VIII. In addition, since resistance to cleavage at one of the sites we have mutated does not significantly alter cleavage at the other sites, there does not appear to be a required order for cleavage at these sites.

Factor VIII may be inactivated by APC cleavage at amino acid residue 336. The activity of thrombin-activated factor

Biochemistry: Pittman and Kaufman

*Proc. Natl. Acad. Sci. USA 85 (1988)* 2433



FIG. 3. Model for thrombin activation and inactivation of factor VIII.

VIII (VIIIa) exhibits a first-order decay that may not be mediated by proteolysis since protease inhibitors do not influence the kinetics of the decay of activity (9). Mutation of the arginine at residue 336 results in factor VIII that has a slightly increased activity, possibly as a result of its resistance to thrombin, factor Xa, and/or APC cleavage at this site. This suggests that proteolysis at this site may play a role in the inactivation of factor VIII or factor VIIIa. However, since the activated factor VIII harboring the residue 336 cleavage-site mutation does not exhibit infinite stability, cleavage at this site cannot be solely responsible for the decay of cofactor activity upon thrombin activation.

The results of these studies can be incorporated into the model shown in Fig. 3. The two-chain form of factor VIII is depicted with a divalent metal ion bridge (12, 15, 17). Neither polypeptide alone has coagulant activity when separated by EDTA treatment (16). Our results demonstrate activation requires cleavage at both residues 372 and 1689. We propose that this activated species is a metal-bridged complex of the 73-kDa and 50-kDa species. This is consistent with a recent report of the isolation of a 50- to 73-kDa noncovalent complex from thrombin-treated factor VIII that retains procoagulant activity (29). Inactivation of activated factor VIII may occur by either further proteolysis by APC, factor Xa, or thrombin at residue 336 or by the inherent instability of the metal-bridged activated species (9, 26, 30). One possibility is that cleavage at residues 372 and 1689 may expose the metal ion to permit dissociation of the heavy and light chains. It is interesting to note that both of the thrombin cleavages at residues 372 and 1689 border the carboxyl-terminal ends of short highly acidic regions (Fig. 1). In addition, the APC cleavage site at residue 336 borders the amino terminus of the acidic domain in the heavy chain.

We thank Ron Kriz for DNA sequencing; John Brown, Darlene Vanstone, and Janet Judd for oligonucleotide synthesis; Louise Wasley for generation of the CHO cells that express factor VIII; and Andrew Dorner and Clive Wood for helpful discussion and critically reading the manuscript. A portion of this work was supported by a Small Business Innovative Research Grant 2R44HL35946-02 from the National Institutes of Health.

1. Sadler, J. E. & Davie, E. W. (1987) in *The Molecular Basis of Blood Diseases*, eds. Stamatoyannopoulos, G., Nienhuis, A. W., Leder, P. & Majerus, P. W. (Saunders, Philadelphia), pp. 575–630.
2. Mann, K. G. (1984) in *Progress in Hemostasis and Thrombosis*, ed. Staet, T. H. (Grune & Stratton, Orlando, FL), Vol. 7, pp. 1–23.
3. Jackson, C. M. & Nemerson, Y. (1980) *Annu. Rev. Biochem.* **49**, 767–811.
4. Rapaport, S. I., Schiffman, S., Patch, M. J. & Ames, S. B. (1963) *Blood* **21**, 221–230.
5. Vehar, G. A. & Davie, E. W. (1980) *Biochemistry* **19**, 401–410.
6. Knutson, G. J. & Fass, D. N. (1982) *Blood* **59**, 615–624.
7. Hoyer, L. W. & Trabold, N. C. (1981) *J. Lab. Clin. Med.* **97**, 50–64.
8. Griffith, M. J., Reisner, H. M., Lundblad, R. L. & Roberts, H. R. (1982) *Thromb. Res.* **27**, 289–301.
9. Hultin, M. B. & Jesty, J. (1981) *Blood* **57**, 476–482.
10. van Dieijen, G., Tans, G., Rosing, J. & Hemker, H. C. (1981) *J. Biol. Chem.* **256**, 3433–3442.
11. Fulcher, C. A., Gardiner, J. E., Griffin, J. H. & Zimmerman, T. S. (1984) *Blood* **63**, 486–489.
12. Eaton, D. L., Rodriguez, H. R. & Vehar, G. A. (1986) *Biochemistry* **25**, 505–512.
13. Fulcher, C. A. & Zimmerman, T. S. (1982) *Proc. Natl. Acad. Sci. USA* **79**, 1648–1652.
14. Rotblat, R., O'Brien, D. P., O'Brien, F. J., Goodall, A. H. & Tuddenham, E. G. D. (1985) *Biochemistry* **24**, 4294–4300.
15. Vehar, G. A., Keyt, B., Eaton, D., Rodriguez, H., O'Brien, D. P. O., Rotblat, R., Oppermann, H., Keck, R., Wood, W. I., Harkins, R. W., Tuddenham, E. G. D., Lawn, R. M. & Capon, D. J. (1984) *Nature (London)* **312**, 337–342.
16. Eaton, D. L., Hass, P. E., Riddle, L., Mather, J., Wiebe, M., Gregory, T. & Vehar, G. A. (1987) *J. Biol. Chem.* **262**, 3285–3290.
17. Toole, J. J., Pittman, D., Murtha, P., Wasley, L. C., Wang, J., Amphlett, G., Hewick, R., Foster, W. B., Kamen, R. & Kaufman, R. J. (1986) *Cold Spring Harbor Symp. Quant. Biol.* **51**, 543–549.
18. Fulcher, C. A., Roberts, J. R. & Zimmerman, T. S. (1983) *Blood* **61**, 807–811.
19. Toole, J. J., Pittman, D. D., Orr, E. C., Murtha, P., Wasley, L. C. & Kaufman, R. J. (1986) *Proc. Natl. Acad. Sci. USA* **83**, 5939–5943.
20. Morinaga, Y., Franceschini, Y., Inonye, S. & Inonye, M. (1984) *Biotechnology* **84**, 636–639.
21. Sanger, F., Nicklen, S. & Coulson, A. R. (1977) *Proc. Natl. Acad. Sci. USA* **74**, 5463–5467.
22. Sompayrac, L. M. & Dana, K. J. (1981) *Proc. Natl. Acad. Sci. USA* **78**, 7575–7578.
23. Lee, M. L., Maglaland, E. A. & Kingdon, H. S. (1983) *Thromb. Res.* **30**, 511–519.
24. Kaufman, R. J., Wasley, L. C., Spiliotes, A. J., Gossels, S. D., Latt, S. A., Larsen, G. R. & Kay, R. M. (1985) *Mol. Cell. Biol.* **5**, 1750–1759.
25. Kaufman, R. J., Wasley, L. C. & Dorner, A. J. (1988) *J. Biol. Chem.*, in press.
26. Eaton, D. L., Wood, W. I., Eaton, D., Hass, P. E., Hollingshead, P., Wion, K., Mather, J., Lawn, R. M., Vehar, G. A. & Gorman, C. (1986) *Biochemistry* **25**, 8343–8347.
27. Kaufman, R. J., Amphlett, G., Schrier, J., Booth, J., Pittman, D., Murtha, P. & Giles, A. R. (1987) *Blood* **68**, 349a (abstr.).
28. Toole, J. J., Knopf, J. L., Wozney, J. M., Sultzman, L. A., Buecker, J., Pittman, D. D., Kaufman, R. J., Brown, E., Shoemaker, C., Orr, E. C., Amphlett, G. W., Foster, W. B., Coe, M. L., Knutson, G. J., Fass, D. N. & Hewick, R. M. (1984) *Nature (London)* **312**, 342–348.
29. Fay, P. J. (1987) *Thromb. Haemostasis* **58**, 343a (abstr.).
30. Lollar, P., Knutson, G. J. & Fass, D. N. (1984) *Blood* **63**, 1303–1308.

# EXHIBIT N

From www.bloodjournal.org by guest on November 30, 2017. For personal use only.

# Biochemical, Immunological, and In Vivo Functional Characterization of B-Domain–Deleted Factor VIII

By Debra D. Pittman, Edward M. Alderman, Kathleen N. Tomkinson, Jack H. Wang, Alan R. Giles, and Randal J. Kaufman

Coagulation factor VIII (FVIII) is a cofactor in the intrinsic pathway of blood coagulation for which deficiency results in the bleeding disorder hemophilia A. FVIII contains a domain structure of A1-A2-B-A3-C1-C2 of which the B domain is dispensable for procoagulant activity in vitro. In this report, we compare the properties of B-domain–deleted FVIII (residues 760 through 1639, designated LA-VIII) to wildtype recombinant FVIII. In transfected Chinese hamster ovary (CHO) cells, LA-VIII was expressed at a 10- to 20-fold greater level compared with wildtype FVIII. The specific activity of purified LA-VIII was indistinguishable from wildtype recombinant FVIII and both exhibited similar thrombin activation coefficients. Wildtype recombinant-derived FVIII and LA-VIII also displayed similar timecourses of thrombin activation and heavy chain cleavage. However, compared with wildtype recombinant-derived FVIII, the light chain of LA-VIII was cleaved fivefold more rapidly by thrombin. Addition of purified von Willebrand factor (vWF) did not alter the kinetics of thrombin cleavage or activation of either wildtype recombinant-derived FVIII or LA-VIII. The immunogenicity of LA-VIII was compared with wildtype FVIII in a novel model of neonatal tolerance induction in mice. The results did not detect any immunologic differences between wildtype FVIII and LA-VIII, suggesting that LA-VIII does not contain significant new epitopes that are absent in wildtype FVIII. LA-VIII was tolerated well on infusion into FVIII-deficient dogs and was able to correct the cuticle bleeding time similar to wildtype recombinant factor VIII. In vivo, LA-VIII was bound to canine vWF and exhibited a half-life similar to wildtype recombinant FVIII. These studies support that B-domain–deleted FVIII may be efficacious in treatment of hemophilia A in humans.
© 1993 by The American Society of Hematology.

**F**ACTOR VIII (FVIII) functions in the intrinsic pathway of blood coagulation as the cofactor for the FIXa-mediated activation of FX.[1] Deficiency of FVIII results in the bleeding disorder, hemophilia A. In plasma, FVIII consists of a heterogeneous sized heavy chain polypeptide extending up to 200 Kd in a metal ion complex with an 80-Kd light chain polypeptide. This complex is stabilized through hydrophobic and hydrophilic interactions with von Willebrand factor (vWF). FVIII is processed from a single-chain polypeptide having the domain structure A1-A2-B-A3-C1-C2.[2,3] The heavy chain is composed of domains A1-A2-B while the light chain is composed of domains A3-C1-C2. The B domain is encoded by a single large exon[4] and has no detectable homology to any other known genes. The B domain is extensively glycosylated on asparagine, serine, and threonine residues.[5,6] In addition to the primary amino acid sequence, the isolation of the FVIII gene provided the ability to express FVIII in transfected mammalian cells to study its biosynthesis and processing.[5] It was also possible to construct specific mutations within FVIII to study structural requirements for FVIII function.[7-9] Initial studies showed that deletion of the B domain resulted in a functional molecule as tested by in vitro assays and was expressed more efficiently compared with wildtype FVIII.[7,10-12]

Hemophilia A is treated by frequent administration of FVIII preparations derived from pooled human plasma. In the past this therapeutic regimen had associated complications of blood-borne infectious pathogens. Recently, the availability of monoclonal antibody (MoAb) affinity-purified plasma FVIII preparations has significantly reduced risks associated with plasma-borne infectious agents.[13] However, treatment is generally limited on demand basis because of the limited availability and high cost associated with highly purified plasma-derived FVIII. This may be alleviated in the near future by the availability of recombinant-derived human FVIII.[14,15] However, the present manufacturing process for FVIII has limitations because of the inefficiencies of producing, purifying, and characterizing this large heterogeneous

glycoprotein. For these reasons it should be advantageous to produce a more efficiently expressed molecule that has reduced heterogeneity to reduce the cost to provide prophylactic therapy for hemophilia A. Here we describe the production and characterization of a B-domain–deleted form of FVIII and show that it has biochemical, immunologic, and in vivo functional properties very similar to wildtype recombinant-derived human FVIII.

## MATERIALS AND METHODS

*Derivation of LA-VIII–expressing cell lines.* Cell clone LA3-5 was obtained by cotransfection with dihydrofolate reductase (DHFR) in the DHFR deficient cell line DUKX B11[16] and selection for growth in the absence of nucleosides and increasing concentrations of methotrexate (MTX) up to 1 μmol/L as previously described.[12] The von Willebrand factor (vWF) expressing cell line PM5F was obtained by coamplification with an adenosine deaminase (ADA) gene and selection for growth in cytotoxic concentrations of adenosine with the ADA inhibitor 2'-deoxycoformycin (dCF) as previously described.[17]

From Genetics Institute Inc, Cambridge, MA; and the Department of Pathology and Medicine, Queen's University, Kingston, Ontario, Canada.

Submitted August 31, 1992; accepted January 7, 1993.

Supported in part by grants from National Institutes of Health R44 HL35946-02 (R.J.K.) and the Medical Research Council of Canada (A.R.G.). A.R.G. is a Distinguished Research Professor of the Heart & Stroke Foundation of Ontario.

Aspects of the experiments reported here were presented in abstract form at the 1987 International Congress on Thrombosis and Hemostasis.[39]

Address reprint requests to Randal J. Kaufman, PhD, Director, Molecular & Cellular Genetics, Genetics Institute, Inc, 87 Cambridge Park Dr, Cambridge, MA 02140.

The publication costs of this article were defrayed in part by page charge payment. This article must therefore be hereby marked "advertisement" in accordance with 18 U.S.C. section 1734 solely to indicate this fact.

© 1993 by The American Society of Hematology.
0006-4971/93/8111-0012$3.00/0

From www.bloodjournal.org by guest on November 30, 2017. For personal use only.

To obtain a cell line that expressed both LA-VIII and vWF, a hybrid was generated by polyethylene glycol induced fusion of LA3-5 (grown in 1 $\mu$mol/L MTX) and PM5F (grown in 0.03 $\mu$mol/L dCF). The resulting hybrid was subsequently selected for growth in 0.03 $\mu$mol/L dCF and 5 $\mu$mol/L MTX to yield clone G12. In addition, a clonal cell line expressing higher levels of LA-VIII, designated M18, was derived by coamplification of the LA-VIII coding region contained within the pED expression vector[18] by transfection of the vWF expressing cell line PM5F and selection for resistance to 1 $\mu$mol/L MTX and 0.1 $\mu$mol/L dCF. The wildtype FVIII and vWF coexpressing cell line C6 was previously described.[19]

For analysis of FVIII and vWF expression, logarithmically growing cells were rinsed with phosphate-buffered saline (PBS) and fed either alpha medium (GIBCO Corp, Grand Island, NY) containing 10% dialyzed fetal calf serum (FCS) or serum-free $\alpha$ medium (medium supplemented with 5 g/L bovine serum albumin [BSA], 5 ng/mL selenium, 5 $\mu$g/mL insulin, 5 $\mu$g/mL transferrin, 0.1 $\mu$g/mL putrescene, 0.01 $\mu$mol/L hydrocortisone, 2 mmol/L glutamine, and penicillin-streptomycin [GIBCO]). After 24 and 48 hours the conditioned medium was harvested and centrifuged to remove cellular debris. At that time cell numbers were determined using a Coulter Counter (Hialeah, FL). FVIII activity was assayed in a chromogenic assay that measures the generation of FXa (Kabi Coatest; Kabi Vitrum, Stockholm, Sweden). Quantitation of vWF was performed by an enzyme-linked immunoabsorbant assay (ELISA) using a goat anti-vWF antibody (American Diagnostica, Greenwich, CT) and normal pooled human plasma as a standard (George B. King Biomedical, St Louis, MO).

The synthesis of FVIII was monitored by metabolically labeling Chinese hamster ovary (CHO) cells expressing LA-VIII (M18 and G12) or wildtype FVIII (C6). The cells (growing on a 100-mm$^2$ dish) were rinsed and fed 1.5 mL of methionine-free minimal essential medium containing 10% dialyzed FCS, 20 $\mu$g/mL aprotinin (Sigma Chemical Co, St Louis, MO), 2 mmol/L glutamine, and penicillin-streptomycin. After 15 minutes at 37°C the medium was removed and the cells were fed 1.5 mL of methionine-free medium containing 300 $\mu$Ci $^{35}$S-methionine (1,000 Ci/mmol/L; Amersham, Arlington Heights, IL). After 2 hours, the cells were fed 1.5 mL of complete $\alpha$ medium. Conditioned medium was harvested 4 hours later and processed as described. FVIII was immunoprecipitated with a heavy-chain–specific MoAb F8 coupled to CL-4B Sepharose (Pharmacia Fine Chemicals, Uppsala, Sweden) and washed as described.[20] Immunoprecipitates were resuspended in 50 mmol/L Tris-HCl pH 7.5, 0.15 mmol/L NaCl, 2.5 mmol/L CaCl$_2$, and 5% glycerol and digested with 10 U/mL thrombin at 37°C for 1 hour. After thrombin digestion, samples were treated with Endoglycosidase-H or N-glycanase according to the manufacturer's specifications (Genzyme, Boston, MA). The polypeptides were separated on a sodium dodecyl sulfate (SDS) 8% low-bis polyacrylamide gel and exposed for autoradiography after treatment with En$^3$hance (DuPont-New England Nuclear, Boston, MA).

*Purification of LA-VIII.* Logarithmically growing cells were rinsed with PBS and fed serum-free medium. After 48 hours, conditioned medium was collected and FVIII purified by monoclonal affinity chromatography and ion exchange Mono-S and Mono-Q chromatography as previously described.[21] For in vivo efficacy studies, the purification was performed with endotoxin-free reagents and the level of endotoxin in the final purified FVIII was less than 1.5 EU/1,000 units.

The specific activity of FVIII was determined using the one-stage clotting assay[22] or the Kabi Coatest assay. One unit of FVIII is the amount of FVIII in 1 mL of pooled normal human plasma. Protein concentration was determined by BioRad (Richmond, CA). FVIII at 10 $\mu$g/mL in 50 mmol/L Tris-HCl pH 7.5, 0.15 mol/L NaCl, 2.5

mmol/L CaCl$_2$, and 5% glycerol was incubated at room temperature with 0.5 $\mu$g/mL human thrombin. At short intervals aliquots were removed and clotting activity determined[22] or $\beta$-mercaptoethanol (2.5%) and SDS (1%) were added and samples heated at 85°C for 5 minutes. The polypeptides were resolved by SDS-polyacrylamide gel electrophoresis (SDS-PAGE) and visualized by silver staining (BioRad). Band intensities were determined by scanning with an LKB UltroScan XL laser densitometer (Pharmacia LKB Biotechnology, Uppsala, Sweden). Where indicated, 30 $\mu$g/mL of human vWF (Diagnostica Stago, Asnieres-Sur-Seine, France) was added for 20 minutes at room temperature before thrombin treatment.

*In vivo studies of FVIII function.* Recovery and survival studies and in vivo efficacy were performed in a hemophilic dog model as previously described.[23] LA-VIII was compared with wildtype recombinant FVIII by a standardized protocol. Two severely affected homozygous hemophilic animals were used. Both are members of a permanent colony of hemophilic animals maintained at Queen's University.[24] The animals were anesthetized with a rapid acting intravenous barbiturate (Bio-Tal; Boehringer Ingelheim, Burlington, Ontario, Canada) and each animal was allowed to equilibrate for 30 minutes before the infusion of the test material that was delivered by a bolus infusion over 4 minutes into an antecubital vein. Blood sampling was obtained by an in-dwelling 21-gauge butterfly needle inserted into a contralateral antecubital vein that was kept open by a slow intravenous (IV) infusion of isotonic saline for injection. After recovery from anesthesia (2 to 3 hours), subsequent blood samples were obtained by individual venipuncture. In each case a two-syringe technique was used with the first specimen being discarded and subsequent specimens anticoagulated with EDTA for blood counting and buffered citrate (0.1 mol/L sodium citrate, 0.1 mol/L EACA:9 vol of blood/L vol anticoagulant) for coagulation assays. The test recombinant FVIII preparation was stored frozen at −70°C and thawed at 37°C immediately before the infusion studies were performed. The FVIII coagulant activity of the material infused was assayed using a one-stage assay employing human FVIII-deficient plasma as a substrate and normal canine pooled plasma as a standard. The expected (ie, theoretical) increment in FVIII at 30 minutes postinfusion was calculated according to the formula:

$$\% \text{ Increment in FVIII} = \frac{\text{Dose of FVIII(units)}}{\text{Body Weight(kg)} \times 0.4}$$

Blood samples were obtained immediately before the infusion of the test material and at 0.25, 0.5, 0.75, 1, 2, 3, 4, 6, 8, 16, 24, and 30 hours postinfusion. FVIII functional and antigen assays were performed on each specimen as previously described.[23] Platelet counting was performed using an electronic particle counter as previously described.[24] Fibrinogen assays were performed according to the methods of Clauss.[25] Functional activity in vivo was determined using the cuticle bleeding time (CBT) as previously described.[24] CBTs were performed immediately before the infusion of the test material and then at 30 minutes and 2 hours postinfusion.

To investigate the interaction between the infused recombinant human FVIII and circulating canine vWF, selected plasma specimens were chromatographed on Sepharose 4B (Pharmacia Fine Chemicals) and FVIII antigen assays performed on eluting fractions to determine a shift in molecular weight of material demonstrating FVIII antigen.[23] The column was equilibrated in 0.15 mol/L NaCl, 0.025 mol/L sodium citrate (pH 6.5) and 1% (wt/vol) BSA (Sigma). After equilibration, the test samples were applied and eluted at a flow rate of 4.8 mL/h and 0.4-mL fractions collected and assayed for FVIII antigen and vWF antigen.

The animal studies described had received prior approval by the Queen's University Institutional Animal Care Committee, which operates in accordance with the guiding principles of the Canadian

From www.bloodjournal.org by guest on November 30, 2017. For personal use only.

Council for Animal Care and the International Society of Thrombosis and Haemostasis.[26]

*Induction of neonatal tolerance and measurement of antibody.* Tolerogenic forms of plasma (pVIII)- or recombinant-derived wildtype (rVIII) or B-domain–deleted (LA-VIII) FVIII were prepared by adjusting the protein concentration to 500 μg/mL in PBS (9 mmol/L sodium phosphate, 0.14 mol/L NaCl, pH 7.4), and centrifuging the resulting solutions at 20,000g for 15 minutes at 4°C to minimize protein aggregates. Immunogenic forms of these FVIII derivatives were prepared by emulsification of the tolerogenic forms in an immunologic adjuvant (RAS-Ribi Adjuvant system; Ribi Immunochemicals, Ogden, UT). Tolerogenic doses (50-μL volumes containing 25 μg FVIII) were administered intraperitoneally to neonatal Balb/CBy mice (Jackson Laboratories, Bar Harbor, ME) within 30 hours of birth to induce a state of antigen-specific immunologic nonresponsiveness. Specificity of the induced nonresponsiveness was determined by monitoring the response to an unrelated protein antigen control (KLH: 5 μg keyhole limpet hemocyanin). Sham-tolerized animals received 50 μL protein-free PBS, and sham-immunized animals received control antigen, but no immunogenic doses of FVIII. All injections subsequent to the administration of the tolerogenic dose were administered subcutaneously, as emulsifications of protein

in an immunologic adjuvant according to the schedule in Table 1, section A.

The presence of rFVIII–, LA-FVIII–, and KLH–specific antibodies in serum samples was assessed by a standard ELISA in which 96-well ELISA plates were coated with 100 μL test antigen solution (1 to 3 μg/mL) in carbonate buffer, pH 9.0. Nonspecific protein binding to the well surfaces was minimized by incubation with 300 μL 5% gelatin/PBS at 37°C for 30 minutes. Duplicate serial fivefold dilutions of test sera were added in 300-μL volumes, and the plates were incubated 18 hours at 4°C. Plates were washed four times with 1 mL/well using PBS containing 0.5% Tween 20 (PBST). Specifically bound antibodies were detected using a 300 μL of a 1:1,000 dilution of horseradish peroxidase-conjugated goat anti-mouse Ig (heavy and light chain), and developed with o-phenylene diamine solution (5 mg/mL in carbonate buffer pH 9.0). The enzymatic reaction was halted by addition of 4.5 N $H_2SO_4$, and absorbance at 490 nm was measured. Raw absorbance data was converted to percent maximal signal obtained for the sample, and evaluated by four parameter logistic analysis to provide titration values (dilution at which half-maximal response was observed).

FVIII-specific immunologic response was also monitored in all day 32 samples by Western immunoblot analysis directed against

**Table 1. Immunogenicity of LA-VIII in Tolerized Neonatal Mice**

| | Group A (n = 15) Sham-Tolerized, rVIII-Challenged Mice | Group B (n = 9) Sham-Tolerized, LA-VIII–Challenged Mice | Group C (n = 9) rVIII-Tolerized, LA-VIII–Challenged Mice | Group D (n = 5) rVIII-Tolerized, rVIII-Challenged Mice | Group E (n = 5) LA-VIII–Tolerized, rVIII-Challenged Mice |
|---|---|---|---|---|---|
| **Section A** | | | | | |
| Day 0: | | | | | |
| Tolerogen | PBS | PBS | rVIII | rVIII | LA-VIII |
| Day 7: | | | | | |
| Control-RAS | 5 μg KLH-RAS | 5 μg KLH-RAS | 5 μg KLH-RAS | 5 μg KLH-RAS | 5 μg KLH-RAS |
| Day 10: | | | | | |
| Tolerogen-RAS | 5 μg rVIII-RAS | 5 μg LA-VIII-RAS | 5 μg rVIII-RAS | 5 μg rVIII-RAS | 5 μg LA-VIII-RAS |
| Control-RAS | 5 μg KLH-RAS | 5 μg KLH-RAS | 5 μg KLH-RAS | 5 μg KLH-RAS | 5 μg KLH-RAS |
| Day 16: | | | | | |
| Test Ag-RAS | 5 μg rVIII-RAS | 5 μg LA-VIII-RAS | 5 μg LA-VIII-RAS | 5 μg rVIII-RAS | 5 μg rVIII-RAS |
| Control-RAS | 5 μg KLH-RAS | 5 μg KLH-RAS | 5 μg KLH-RAS | 5 μg KLH-RAS | 5 μg KLH-RAS |
| Day 24: | | | | | |
| Test Ag-RAS | 5 μg rVIII-RAS | 5 μg LA-VIII-RAS | 5 μg LA-VIII-RAS | 5 μg rVIII-RAS | 5 μg rVIII-RAS |
| Control-RAS | 5 μg KLH-RAS | 5 μg KLH-RAS | 5 μg KLH-RAS | 5 μg KLH-RAS | 5 μg KLH-RAS |
| Day 32: | | | | | |
| Exsanguination | + | + | + | + | + |
| **Section B** | | | | | |
| Mean d 16 titer v KLH (naive ≤ 20) | 49 ± 18 | 45 ± 19 | 42 ± 12 | 40 ± 15 | 44 ± 20 |
| Mean d 16 titer v rVIII (naive ≤ 50) | 58 ± 17 | 55 ± 22 | 52 ± 28† | 40 ± 12 | 52 ± 15 |
| Mean d 16 titer v LA-VIII (naive ≤ 50) | 48 ± 8 | 45 ± 18 | 27 ± 19† | 35 ± 14 | 32 ± 12 |
| Mean d 32 titer v KLH | 82 ± 18 | 93 ± 31 | 78 ± 25† (80 ± 43) | 81 ± 26 | 93 ± 22 |
| Mean d 32 titer v rVIII | 1,609 ± 485 | 501 ± 182 | 65 ± 12† (95 ± 74) | 78 ± 38 | 385 ± 91 |
| Mean d 32 titer v LA-VIII | 497 ± 522 | 399 ± 221 | 46 ± 31† (78 ± 52) | 55 ± 24 | 220 ± 121 |

Tolerization and challenge were performed as described in Materials and Methods. After 24 days, mice were exsanguinated and sera taken for analysis. Section A: Timetable of tolerance induction for four groups of mice is shown. Section B: The titer of specific Ig reactive with wildtype FVIII (rVIII), LA-VIII, or KLH (the control immunogen in all samples) detected by ELISA as described in Materials and Methods is shown. The values are represented as a mean ± SD (Section B). In group C values are excluding (including) a single mouse with significant detectable antitolerogen response at day 21.

From www.bloodjournal.org by guest on November 30, 2017. For personal use only.

2928

PITTMAN ET AL

intact or thrombin-cleaved rVIII or LA-VIII. SDS-polyacrylamide gels were loaded with 25 μg FVIII (rVIII), and electrophoresed for 2 hours at 200 mA. Resolved protein components were electrophoretically transferred to nitrocellulose filters (4 hours at 300 mA) using buffer containing 192 mmol/L glycine, 25 mmol/L Tris base, 20% methanol, and 0.05% SDS. The filters were then incubated for 1 hour at 37°C in PBST containing 4% BSA to minimize nonspecific binding of immunologic reagents, then inserted into multichannel immunoblot devices (miniblotter-16; Immunetics, Cambridge, MA). Day 32 samples from each of the test animals were diluted 1:20 in PBST, loaded (200 μL/lane) into the manifold devices, and incubated for 18 hours at room temperature. After this primary incubation step, the devices were disassembled, and the filters washed four times with PBST. The filters were then incubated for 2 hours at room temperature with rabbit anti-murine IgG, IgA, and IgM (heavy and light chain) diluted 1:1,000 in PBST, and washed four times with PBST. Signal was identified using 5 mmol/L MgCl₂, 10 μmol/L ZnCl₂, 50 mmol/L 2-amino-2 methyl-1,3 propanedial pH 9.7 (Sigma), 0.2 mg/mL nitro blue tetrazolium (Sigma), and 0.2 mg/mL 5-bromo-4 chloro-3 indolyl phosphate (Sigma).

## RESULTS

*Characterization of LA-VIII produced by CHO cells.* Previously, a B-domain deletion molecule of FVIII was constructed that had deleted 880 amino acids from the B domain (residues 760 through 1639).[7] This deletion begins 19 amino acid after the thrombin cleavage site at residue 740 and ends 50 amino acids before the thrombin cleavage site at residue 1689. The new junction of the heavy and light chains results in the juxtaposition of the amino acids asn-ala-thr, a potential N-linked glycosylation site. If this site was used it should prevent exposure of a new epitope at the site of the deletion and thus may reduce potential immunogenicity. The LA-VIII expression vector was introduced into CHO cells with a selectable and amplifiable marker gene, DHFR as described in Materials and Methods. Two cell lines obtained were designated G12 and M18. Both these cell lines also express human vWF at approximately 10 pg/cell/d (Fig 1C), which is required to stabilize FVIII on secretion into the conditioned medium.[5,19] M18 expressed approximately 20-fold greater levels of FVIII than obtained from a similarly engineered wildtype FVIII-expressing cell line C6.[19] Removal of serum reduced the amount of FVIII and vWF accumulation in M18 and G12 cells (Fig 1A). However, for cell line G12, and to a lesser extent M18, this effect was attributable to a slower doubling time in the absence of serum because cellular productivity of LA-VIII (LA-VIII/cell) did not change with removal of serum (Fig 1B).

The structure of polypeptides comprising LA-VIII was studied by labeling cells expressing LA-VIII or wildtype FVIII with ³⁵S-methionine. Conditioned medium was harvested for analysis by immunoprecipitation and SDS-PAGE before and after digestion with thrombin alone or in combination with N-glycanase or endoglycosidase H (Fig 2). FVIII isolated from G12 and M18 cells showed the same spectrum of polypeptides whether analyzed before or after thrombin digestion. The two primary species represented a doublet of the heavy chain (O) and a doublet of the light chain (O). In addition, a small amount of single-chain LA-VIII was detected (*). Pro-vWF and mature vWF that coprecipitated with LA-VIII were also detected migrating at the top of the gel (arrows). In contrast,





**Fig 1. FVIII and vWF accumulation in G12 and M18 cells. Midlogarithmic phase cells were fed with fresh 10% fetal bovine serum-containing medium (fcs) or serum-free medium (sf) at 0 hours. After 24 and 48 hours samples were harvested for FVIII activity assay using the FXa generation assay (A and B) and for vWF antigen using a vWF-specific ELISA (C). At the time of harvest, cells were trypsinized and counted. (A) Volumetric productivities (units per milliliter; (B and C) cellular productivities (microunits or picograms per cell).**

wildtype FVIII expressed from the cell line C6[19] was composed primarily of the heavy chain migrating at 200 Kd and an 80-Kd light chain. Thrombin digestion of LA-VIII yielded the appropriate thrombin cleavage fragments comigrating

From www.bloodjournal.org by guest on November 30, 2017. For personal use only.



Fig 2. Comparison of LA-VIII polypeptide structure with wildtype FVIII. Cells expressing either wildtype FVIII (C6)[19] or LA-VIII (G12 and M18) were labeled with [35]S-methionine and conditioned medium harvested for analysis by immunoprecipitation with anti-FVIII MoAb F8[20] and electrophoresis of the immunoprecipitates on reducing SDS-polyacrylamide gels. Aliquots of the immunoprecipitates were analyzed before ( − ) and after treatment with thrombin ( + ), N-glycanase (N-gly), or endoglycosidase H (endo-H) as indicated. The molecular weight markers are shown on the left. For this analysis lanes from C6 were exposed to film for approximately a 10-fold greater time. LA-VIII heavy and light chains (○), single chain LA-VIII (*), and pro-vWF and mature vWF (arrows) are indicated.

with those of wildtype FVIII. In addition, wildtype FVIII contained a heterogeneous smear at approximately 100 Kd representing the B domain, which was absent in LA-VIII. Digestion with N-glycanase and endoglycosidase H showed that LA-VIII and wildtype VIII exhibit the same mobility shifts for the light chain 73-Kd derived fragment and the 50-Kd heavy chain derived fragment (Fig 2, lanes 7 through 12). No mobility shift was observed with the 43-Kd derived fragment, consistent with the absence of N-linked oligosaccharides on this peptide.[5] These results show that the utilization and complexity of N-linked glycosylation sites in the 50-, 43-, and 73-Kd polypeptides are similar for LA-VIII and wildtype recombinant FVIII.

*Biochemical analysis of LA-VIII.* LA-VIII was purified by MoAb affinity chromatography as described in Materials and Methods. The specific activity of LA-VIII was determined using an FXa generation assay and by the ability to clot FVIII-deficient plasma. The values determined were well within the range obtained for wildtype recombinant human FVIII (approximately 3,000 U/mg by Coatest assay and 2,700 U/mg by clotting assay using FVIII-deficient plasma). Thrombin activation of LA-VIII increased clotting activity approxi-

mately 30 to 100-fold, similar to that observed for wildtype recombinant FVIII (data not shown). SDS-PAGE showed that, in contrast to wildtype recombinant FVIII that exhibited the 80-Kd light chain and a heterogeneous heavy chain extending up to 200 Kd (Fig 3A, lane 1), LA-VIII was composed of three prominent species representing the 80-Kd light chain, a 92-Kd heavy chain, and a 170-Kd single chain (Fig 3A, lane 10). Upon thrombin digestion for increasing periods of time, the heavy chains of both LA-VIII and wildtype FVIII were cleaved at the same rate where maximal cleavage occurred after 1 minute. Densitometry of the thrombin cleavage products demonstrated similar kinetics of appearance of the 50- and 43-Kd heavy chain-derived polypeptides (Fig 3C). In addition, the appearance and disappearance of a 90-Kd heavy chain intermediate was similar for both molecules (Fig 3A). The difference between the 92-Kd and 90-Kd heavy chain species for LA-VIII is likely caused by the B-domain–derived sequence (residue 741 to 1648) present on the 92-Kd species and absent on the 90-Kd thrombin cleaved species. The LA-VIII light chain was 65% cleaved after 10 seconds while wildtype recombinant FVIII required approximately 1 minute for 65% cleavage (Fig 3, A and C). Addition of human

From www.bloodjournal.org by guest on November 30, 2017. For personal use only.

2930

PITTMAN ET AL



Fig 3.  Thrombin cleavage and activation of wildtype recombinant FVIII and LA-VIII. Purified wildtype recombinant-derived FVIII (rVIII) or LA-VIII (each at 10 μg/mL) were treated with thrombin (0.5 μg/mL) for increasing periods of time indicated and aliquots were taken for analysis by SDS-PAGE and silver staining (A and B) and for clotting activity assay (D). For (B) the FVIII samples were preincubated with vWF (30 μg/mL) for 20 minutes at room temperature before thrombin treatment. Lanes 1 and 10 represent untreated rVIII and LA-VIII, respectively. The migration of vWF is indicated (B). Molecular weight standards are indicated on the left. The rates of appearance (percent of maximal cleavage) of the 50-, 43-, and 73-Kd fragments from rVIII (○) and LA-VIII (□) in (A) were determined by laser densitometry (C).

From www.bloodjournal.org by guest on November 30, 2017. For personal use only.

vWF before thrombin digestion did not alter the rate of cleavage of either the heavy chain or light chain of wildtype recombinant FVIII (Fig 3B, lanes 2 through 9) or LA-VIII (Fig 3B, lanes 11 through 18). Chromatography on CL-4B Sepharose showed that both wildtype and LA-VIII effectively bound vWF under these conditions (data not shown).

Because the rate of light chain cleavage of LA-VIII was greater than wildtype recombinant FVIII, the thrombin activation of procoagulant activity was determined by a clotting assay using FVIII-deficient plasma. Both wildtype recombinant and LA-VIII exhibited similar rapid activation of procoagulant activity with a peak after 1 minute, coincident with maximal cleavage of the heavy chain (Fig 3D). In addition, both wildtype and LA-VIII exhibited a similar rate of decay of procoagulant activity. Addition of vWF did not affect the rate of activation or inactivation of wildtype FVIII or LA-VIII (data not shown).

*Immunologic characterization of LA-VIII.* A neonatal mouse tolerance model was used to evaluate the immunologic similarity of LA-VIII and wildtype FVIII. This model takes advantage of the finding that administration of large quantities of a foreign antigen (tolerogen) to a newborn mouse renders the mouse specifically nonresponsive to that foreign antigen. The ability for a related antigen to induce an antibody response indicates that the immune system of the tolerized mouse recognizes distinct epitopes not present in the original tolerogen. Preliminary studies indicated that a single 25-$\mu$g dose of plasma-derived or recombinant-derived wildtype FVIII administered by intraperitoneal injection to neonatal Balb/CBy mice within 30 hours of birth resulted in the induction of a state of antigen-specific nonresponsiveness in 89% (48 of 54) treated animals. Mice tolerized to recombinant-derived FVIII were nonresponsive to subsequent challenge with recombinant- or plasma-derived FVIII. Similarly, mice tolerized with plasma-derived FVIII were nonresponsive on subsequent challenge with plasma- or recombinant-derived FVIII. Of 43 mice that received recombinant-derived FVIII challenge, only 1 responded with antitest antigen (a positive response is defined by titer >100). Immunocompetence of experimental mice was scored by measuring the response to an unrelated immunogen, antigen KLH. All mice mounted significant response to this control immunogen, demonstrating full competence, and that any observed reduction in response to the test antigen was specific in nature. In contrast, all sham-tolerized mice mounted significant response to both the control antigen (KLH) and to test antigen (FVIII) (data not shown). These results support immunologic similarity of wildtype plasma-derived and recombinant-derived FVIII in the model system.

We then evaluated whether the tolerance developed to wildtype FVIII could be broken with a challenge of LA-VIII using the protocol described Table 1, section A. Newborn mice were either sham tolerized (groups A and B) or tolerized with wildtype recombinant VIII (rVIII) (groups C and D) or LA-VIII (group E). Ten days later the mice were challenged with either wildtype rVIII (groups A, D, and E) or LA-VIII (groups B and C). The data in Table 1, section B, show the amount of specific anti-FVIII Ig (IgG) detected by titration ELISA using either wildtype rVIII or LA-VIII. At day 16, 1

of 14 mice theoretically tolerized to rVIII showed borderline reactivity against both wildtype rVIII and LA-VIII (from group C, Table 1, section B). The antibody titers measured at day 32 were averaged both excluding and including the mouse showing significant anti-FVIII response (Table 1, section B). At day 32, significant anti-FVIII antibody was detected in all sham-tolerized animals that were challenged with either rVIII or LA-VIII (groups A and B). Significantly, 10- to 20-fold reduced titers were observed in mice that were tolerized with rVIII and challenged with rVIII or LA-VIII (groups C and D). The nonresponsiveness to rVIII and LA-VIII was specific because no difference in antibody response toward KLH was detected between the sham-tolerized and rVIII- or LA-VIII tolerized mice. In contrast, mice that were tolerized to LA-VIII and challenged with wildtype rVIII (group E) developed a significant anti-FVIII response after 32 days. The anti-FVIII antibodies in the LA-VIII tolerized mice were reactive with LA-VIII as well as wildtype rVIII. These results show that tolerance to wildtype rVIII could not be broken by either wildtype rVIII or LA-VIII challenge. In contrast, tolerization to LA-VIII could be broken by wildtype rVIII challenge.

To further characterize the response detected by ELISA, the day 32 murine sera were used to probe Western blots in which either wildtype FVIII or LA-VIII were electrophoresed on an SDS-polyacrylamide gel and then transferred to nitrocellulose. The filters were probed with sera from the challenged mice as well as a rabbit anti-human FVIII polyclonal antibody (as positive control). The control anti-FVIII antibody showed strong reactivity with both wildtype and LA-VIII FVIII whereas no reaction was detected with the 9 mice sera tested (data not shown), suggesting that the specificity of affinity of anti-FVIII response detected by ELISA in the serum was very low or that the antibody generated did not react by Western analysis. In conclusion, these experiments show that the mouse immune system could not detect any different epitopes between LA-VIII and wildtype FVIII.

*In vivo efficacy of LA-VIII.* The in vivo efficacy of purified preparations wildtype FVIII and LA-VIII were tested by infusion into two severely affected, congenitally FVIII-deficient animals as described.[23] LA-VIII was administered on day 1, followed by an identical study performed 2 days later with the wildtype FVIII. Blood samples were obtained pre- and post-FVIII infusion at various times. Coagulation testing performed on each sample included FVIII functional activity as measured in a one-stage clotting assay, fibrinogen levels, and a full blood count including platelets. Bleeding times were determined, after bleeding was induced in lightly anesthetized animals, by severing the apex of the nail cuticle using a guillotine device. The length of time for this induced bleeding to be arrested is the cuticle bleeding time (CBT). This stringent model for FVIII activity is based on the reproducible long bleeding time that occurs and for which cessation requires infusion of functional FVIII.[24] For both the wildtype and LA-VIII FVIII, the infusion was tolerated without any observable side effects. In the first study, performed in a severely affected homozygous female, the FVIII activity and antigen survival curves for both preparations were very similar and in line with the anticipated t1/2 of 12 to 13 hours for

From www.bloodjournal.org by guest on November 30, 2017. For personal use only.

plasma-derived FVIII (Fig 4, A and B). In the second study, performed in a severely affected male, very similar results were obtained with regard to the recovery and survival of functional FVIII activity for both preparations (data not shown). FVIII antigen levels were not measured in the second study. Plasma samples obtained in the first study 1 hour after infusion of both the wildtype and LA-VIII were fractionated by Sepharose-4B chromatography and analyzed for the presence of FVIII and vWF antigen. Canine vWF antigen eluted between fractions 7 and 15 for animals that received either LA-VIII or wildtype FVIII. Analysis of FVIII activity showed that both preparations had a significant and similar amount of FVIII antigen co-eluting with vWF, indicating that the vWF binding characteristics for wildtype FVIII and LA-VIII were similar (Fig 4C). CBTs were performed before and at 30 minutes and 2 hours (study 1), and 30 minutes, 1 hour, and 2 hours (study 2) after the infusion of both preparations of FVIII. In each case, the cuticle bleeding time was corrected following the infusion of LA-VIII. The FVIII levels at the time of performing the CBTs in study 1 were 44% (30 minutes) and 40% (2 hours) of the normal canine plasma level. In the case of the second study, the levels were 146% (30 minutes), 136% (1 hour), and 127% (2 hours). In the case of the first study, the CBT was corrected 30 minutes after the infusion of wildtype FVIII but not at 2 hours. The FVIII level at these times was 55% and 47%, respectively. In the second study, the CBTs were corrected at 30 minutes, 1 hour, and 2 hours after the infusion of wildtype FVIII when the levels were 106%, 92%, and 109%, respectively. Based on the stringent requirement for FVIII for correction of the CBT in this model system, the results show that LA-VIII is functional in vivo.

## DISCUSSION

The present study was undertaken to evaluate the biochemical, immunologic, and in vivo functional properties of a B-domain–deleted mutant of FVIII, designated LA-VIII. LA-VIII was expressed at approximately 10- to 20-fold greater levels in CHO cells compared with wildtype FVIII when similar vectors, cells, and methods were used. The increased expression resulted from increased levels of LA-VIII mRNA (data not shown) and increased secretion efficiency. The improved secretion efficiency correlated with reduced interaction with the glucose regulated protein of 78 Kd (GRP78 or BiP).[12,27,28] The expression levels attained, greater than 20 U/mL, were an order of magnitude greater than previous reports on B-domain–deleted FVIII.[7,10,11] One posttranslational modification that may have become limiting for biosynthesis of functional FVIII at these high expression levels was sulfation of tyrosine. However, even at this high expression level we have previously shown that tyrosine sulfation was efficient.[29] Biochemically, LA-VIII was similar to wildtype FVIII with respect to specific activity in clotting assays and FXa generation assays and also exhibited similar thrombin activation coefficients.

The single most significant difference between LA-VIII and wildtype FVIII was that the light chain of LA-VIII was more susceptible to thrombin cleavage. No difference was detected in the rate of heavy chain cleavage by thrombin. In addition,







Fig 4. Recovery and vWF binding of infused wildtype FVIII and LA-VIII. After infusion of LA-VIII (○) and wildtype recombinant factor VIII (●) into the hemophilic dog, plasma samples were taken at the times indicated and FVIII functional activity (A) and antigen (B) levels were determined as described in Materials and Methods. The T1/2 for the α-phase and β-phase of elimination are indicated for both LA-VIII and rVIII. (C) Plasma samples taken at 1 hour postinfusion of wildtype FVIII (X) or LA-VIII (●) were analyzed by chromatography on Sepharose-4B and eluting fractions were assayed for FVIII antigen and vWF antigen as described in Materials and Methods. Wildtype FVIII was processed in a similar manner without infusion into a dog (○).

From www.bloodjournal.org by guest on November 30, 2017. For personal use only.

there was no difference in the rate of activation of procoagulant activity. For both LA-VIII and wildtype FVIII, peak activation correlated with maximal cleavage of the heavy chain. This is consistent with previous results showing that procoagulant activity is associated with cleavage at residue 372 and does not require cleavage of the light chain.[30] These results are different than those of Eaton et al[10] where a B-domain deletion (residues 797 through 1562) molecule was shown to exhibit increased sensitivity to thrombin activation compared with wildtype and those of Meulien et al[11] where a B-domain deletion (residues 771 through 1666) molecule was activated to a greater extent than wildtype FVIII. However, in both of these studies the rate of thrombin cleavage of the B-domain–deleted molecule was not compared with wildtype FVIII. Although it is likely that different deletions will exhibit slightly different properties, the properties of LA-VIII described here closely resemble wildtype FVIII.

Previously, it was shown that vWF inhibited activity of *Bothrops jararacussu* venom activated porcine FVIII, presumably by binding to the intact FVIII light chain.[30] It was proposed that cleavage of the FVIII light chain was required to release vWF and elicit FVIII procoagulant activity. In addition, vWF promoted thrombin cleavage of the FVIII light chain.[31] Therefore, we examined the effect of vWF on the cleavage and activation of human wildtype recombinant FVIII and LA-VIII. Addition of vWF did not affect either the procoagulant activity or the rate of light or heavy chain cleavage of either wildtype FVIII or LA-VIII. The difference between our results and those of Hill-Eubanks and Lollar may be attributed to the different species of FVIII being studied (human v porcine) and different assay systems (clotting assay and FXa generation assay).

Because of the increased susceptibility of the light chain to thrombin cleavage, we asked whether the molecule was safe and efficacious on infusion into a hemophilic dog. The results of two studies in two hemophilic dogs showed that the half-life of both antigen and activity of LA-VIII was similar to wildtype recombinant FVIII. In vivo, LA-VIII was also complexed with canine vWF to a similar degree as wildtype recombinant FVIII. In addition, LA-VIII was well tolerated and did not affect any hematologic parameters studied, including fibrinogen levels or platelet counts. LA-VIII was capable of correcting the CBT, approximately similar to wildtype recombinant FVIII. The results of these studies indicate that LA-VIII is functional in this animal model.

A neonatal murine tolerance model was used to identify potential new or cryptic epitopes within LA-VIII. Administration of relatively large quantities of a foreign antigen to a newborn animal before the occurrence of 'self-nonself' discrimination events within the immature immune system can lead to a state of antigen-specific immunologic nonresponsiveness toward the foreign antigen.[32,33] This response renders the animals specifically nonresponsive to the foreign antigen (tolerogen), which has been misidentified as a normal component of the protein repertoire of the tolerized animal. Specific nonresponsiveness to the tolerogen can be broken only by the administration of a similar, but distinct, antigen (xenoantigen) that shares many, but not all, epitopes present in the tolerogen. Response to these dissimilar epitopes on the challenge of xenoantigen results in the development of antibodies that may cross-react with the original tolerogen. If the animal develops no antibodies to the test antigen, the test antigen and the tolerogen may be considered immunologically identical.

These observations were used to design a neonatal murine model system of tolerance induction to evaluate immunologic equivalence of plasma-derived FVIII, wildtype recombinant-derived FVIII, and LA-VIII. Control studies demonstrated that tolerance could be induced in almost 90% of mice by a single infusion of either recombinant-derived or plasma-derived FVIII into neonatal mice. Mice tolerized to plasma-derived FVIII also exhibited tolerance to recombinant-derived FVIII and vice versa. Thus, this analysis could not detect any immunologic differences between plasma-derived and recombinant-derived FVIII. Upon challenge with wildtype recombinant-derived FVIII, mice tolerized to LA-VIII mounted a vigorous antibody response to both wildtype recombinant-derived FVIII and LA-VIII. The response to both immunogen and tolerogen is characteristic of termination of the tolerant state.[32,34] In contrast, upon LA-VIII challenge of mice tolerized to wildtype FVIII, only one of nine mice exhibited significant detectable antibodies that reacted with wildtype as well as LA-VIII. However, the antibody response could not be confirmed by Western immunoblot analysis, suggesting the antibodies generated may be of low affinity and/or titer to permit their detection by these procedures. We speculate that the response in the 1 of 9 mice was due to failure to tolerize the single responding mouse. The significant lack of response by the majority of the mice indicated that LA-VIII is immunologically indistinguishable from wildtype FVIII. Previous immunologic characterization of another FVIII B-domain deletion molecule showed a specific immunologic response to the fusion junction peptide. In this case, the polyclonal antibody generated was characterized by immunoadsorption and cross-reactivity to peptides and wildtype FVIII.[35] Our approach of neonatal tolerance induction should be more sensitive to identify any significant epitopes. Thus, we may have expected to obtain an antibody response to the fusion joint of the deletion molecule. However, LA-VIII contains a potential N-linked glycosylation site at the fusion junction and may protect the protein from an antibody response. At present we do not know if the N-linked site is actually occupied with oligosaccharides. In addition to the ability to compare the immunologic properties of different derivatives of FVIII, the tolerance induction for FVIII in neonatal mice described here should provide a useful approach to derive mice that are tolerant to human FVIII for use as recipients for FVIII gene therapy to circumvent potential complications of antibody development to human proteins.[36]

The results reported here suggest that B-domain–deleted FVIII (LA-VIII) is safe, efficacious, and immunologically similar to wildtype FVIII. To date a physiologically significant function cannot be attributed to the B domain. The particular advantages of B-domain–deleted FVIII for therapeutic use include its greater level of expression and significantly reduced heterogeneity. Thus, the cost for production should be significantly less than wildtype FVIII, thereby possibly permit-

From www.bloodjournal.org by guest on November 30, 2017. For personal use only.

ting prophylactic treatment. Prophylactic use of FVIII may significantly reduce orthopedic complications.[37] In addition, the cDNA encoding B-domain–deleted FVIII is sufficiently small to allow incorporation into retroviral vectors for gene therapy. Previously it was shown that significant levels of LA-VIII could be expressed using a retroviral vector.[38] The results presented here suggest that B-domain–deleted FVIII may be efficacious for replacement therapy and/or gene therapy for hemophilia A.

## ACKNOWLEDGMENT

We gratefully thank Hugh Hoogendoorn, Shawn Tinlin, Donna Michnick, Louise Wasley, Maryann Krane, Patricia Murtha, Pam Szklut, Nancy Houghton, and William B. Foster for technical assistance and David N. Fass for advice and critically reading the manuscript.

## REFERENCES

1. Kaufman RJ: Biological regulation of factor VIII activity. Annu Rev Med 43:325, 1992

2. Toole JJ, Knopf JL, Wozney JM, Sultzman LA, Buecker J, Pittman DD, Kaufman RJ, Brown E, Shoemaker C, Orr EC, Amphlett GW, Foster WB, Coe ML, Knutson GJ, Fass DN, Hewick RM: Molecular cloning of a cDNA encoding human antihemophilic factor. Nature 312:342, 1984

3. Vehar GA, Keyt B, Eaton D, Rodriguez H, O'Brien DPO, Rotblat F, Oppermann H, Keck R, Wood WI, Harkins RW, Tuddenham EGD, Lawn RM, Capon DJ: Structure of human factor VIII. Nature 312:337, 1984

4. Gitschier J, Wood WI, Goralka TM, Wion KL, Chen EY, Eaton DH, Vehar GA, Capon DJ, Lawn RM: Characterization of the human factor VIII gene. Nature 312:326, 1984

5. Kaufman RJ, Wasley LC, Dorner AJ: Synthesis, processing and secretion of recombinant human factor VIII expressed in mammalian cells. J Biol Chem 263:6352, 1988

6. Hironaka T, Furukawa K, Esmon PC, Fournel MA, Sawada S, Kato M, Minaga T, Kobata A: Comparative study of the sugar chains of factor VIII purified from human plasma and from the culture media of recombinant baby hamster kidney cells. J Biol Chem 267:8012, 1992

7. Toole JJ, Pittman DD, Orr EC, Murtha P, Wasley LC, Kaufman RJ: A large region (=95 kDa) of human factor VIII is dispensable for in vitro procoagulant activity. Proc Natl Acad Sci USA 83:5939, 1986

8. Pittman DD, Kaufman RJ: Proteolytic requirements for thrombin activation of anti-hemophilic factor (factor VIII). Proc Natl Acad Sci USA 83:2429, 1988

9. Pittman DD, Kaufman RJ: Structure-function relationships of factor VIII elucidated through recombinant DNA technology. Thromb Haemost 61:161, 1989

10. Eaton DL, Wood WI, Eaton D, Hass PE, Hollingshead P, Wion K, Mather J, Lawn RM, Vehar GA, Gorman C: Construction and characterization of an active factor VIII variant lacking the central one-third of the molecule. Biochemistry 25:8342, 1986

11. Meulien P, Faure T, Mischler F, Harrer H, Ulrich P, Bouderbala B, Dott K, Sainte Marie M, Mazurier C, Cazenave J-P, Courtney M, Pavirani A: A new recombinant procoagulant protein derived from the cDNA encoding human factor VIII. Protein Eng 2:301, 1988

12. Dorner AJ, Bole DG, Kaufman RJ: The relationship of N-linked glycosylation and heavy chain-binding protein association with the secretion of glycoproteins. J Cell Biol 105:2665, 1987

13. Lusher JM, Salzman PM, Monoclate Study Group: Viral safety and inhibitor development associated with factor VIIIC ultra-purified

from plasma in hemophiliacs previously unexposed to factor VIIIC concentrates. Semin Hematol 27:1, 1990 (suppl 2)

14. White GC, McMillan CW, Kingdon H, Shoemaker CB: Use of recombinant antihemophilic factor in the treatment of two patients with classic hemophilia. N Engl J Med 320:167, 1989

15. Schwartz RS, Abildgaard CF, Aledort LM, and the Recombinant Factor VIII Study Group: Human recombinant DNA-derived antihemophilic factor (factor VIII) in the treatment of hemophilia A. N Engl J Med 323:1800, 1990

16. Urlaub G, Chasin LA: Isolation of Chinese hamster cell mutants deficient in dihydrofolate reductase activity. Proc Natl Acad Sci USA 77:4216, 1980

17. Bonthron DT, Handin RI, Kaufman RJ, Wasley LC, Orr EC, Mitsock LM, Ewenstein B, Loscalzo J, Ginsburg D, Orkin SH: Structure of pre-pro von Willebrand factor and its expression in heterologous cells. Nature 324:270, 1986

18. Kaufman RJ, Davies MV, Wasley LC, Michnick D: Improved vectors for stable expression of foreign genes in mammalian cells by use of the untranslated leader sequence from EMC virus. Nucleic Acids Res 19:4485, 1992

19. Kaufman RJ, Wasley LC, Davies MV, Wise RJ, Israel DI, Dorner AJ: Effect of von Willebrand factor coexpression on the synthesis and secretion of factor VIII in Chinese hamster ovary cells. Mol Cell Biol 9:1233, 1989

20. Pittman DD, Millenson M, Marquette K, Bauer K, Kaufman RJ: A2 domain of human recombinant-derived factor VIII is required for procoagulant activity but not for thrombin cleavage. Blood 79:389, 1992

21. Nesheim ME, Pittman DD, Wang JH, Slonosky D, Giles AR, Kaufman RJ: The binding of $^{35}$S-labeled recombinant factor VIII to activated and unactivated human platelets. J Biol Chem 263:16467, 1988

22. Proctor RR, Rapaport SI: The partial thromboplastin time with kaolin: A simple screening test for first stage plasma clotting factor deficiencies. Am J Clin Pathol 36:212, 1961

23. Giles AR, Tinlin S, Hoogendoorn H, Fournel MA, Ng P, Pancham N: In vivo characterization of recombinant factor VIII in a canine model of hemophilia A (factor VIII deficiency) Blood 72:335, 1988

24. Giles AR, Tinlin S, Greewood R: A canine model of hemophilic (factor VIII:C deficiency) bleeding. Blood 60:727, 1982

25. Claus WA: Gerinnungsphisiologische SCHNELLMETHODE zur Bestimmung des fibrinogens. Acta Haematol 17:237, 1957

26. Giles AR: Guidelines for the use on animals in biomedical research. Thromb Haemost 58:1078, 1987

27. Munro S, Pelham HRB: An Hsp70-like protein in the ER: Identity with the 78 Kd glucose-regulated protein and immunoglobulin heavy chain binding protein. Cell 46:291, 1986

28. Dorner AJ, Wasley LC, Kaufman RJ: Protein dissociation from GRP78 and secretion are blocked by depletion of cellular ATP levels. Proc Natl Acad Sci USA 87:7429, 1991

29. Pittman DD, Wang JH, Kaufman RJ: Identification and functional importance of tyrosine sulfate residues within recombinant factor VIII. Biochemistry 31:3315, 1992

30. Hill-Eubanks DC, Parker CG, Lollar P: Differential activation of factor VIII–von Willebrand factor complex by thrombin. Proc Natl Acad Sci USA 86:6508, 1989

31. Hill-Eubanks DC, Lollar P: von Willebrand factor is a cofactor for thrombin-catalyzed cleavage of the factor VIII light chain. J Biol Chem 265:17854, 1990

32. Weigle WD: Termination of acquired immunological tolerance to protein antigens following immunization with altered protein antigens. J Exp Med 116:913, 1962

From www.bloodjournal.org by guest on November 30, 2017. For personal use only.

33. Mammula MJ, Lin R-H, Janeway CA Jr, Hardin JA: Breaking T cell tolerance with foreign and self co-immunogens: A study of autoimmune B and T cell epitopes of cytochrome C. J Immunol 49:789, 1992

34. Ortiz-Ortiz L, Weigle WO, Parks DE: Deregulation of idiotypic expression: Induction of tolerance in an anti-idiotypic response. J Exp Med 156:898, 1982

35. Esmon PC, Kuo HS, Fournel MA: Characterization of recombinant factor VIII and a recombinant factor VIII deletion mutant using a rabbit immunogenicity model system. Blood 76:1593, 1990

36. St Louis D, Verma IM: An alternative approach to somatic cell gene therapy. Proc Natl Acad Sci USA 85:3150, 1988

37. Petrini P, Lindvall N, Egberg N, Blomback M: Prophylaxis with factor concentrates in preventing arthropathy. Am J Pediatr Hematol Oncol 13:280, 1991

38. Israel DI, Kaufman RJ: Retroviral-mediated transfer and amplification of a functional human factor VIII gene. Blood 75:1074, 1990

39. Kaufman RJ, Pittman DD, Wasley LC, Foster BW, Amphlett GW, Giles AR: Directed mutagenesis in the study of the requirements for factor VIII activity in vitro and in vivo. Thromb Haemost 58: 1970a, 1987 (abstr)

From www.bloodjournal.org by guest on November 30, 2017. For personal use only.



1993 81: 2925-2935

# Biochemical, immunological, and in vivo functional characterization of B-domain-deleted factor VIII

DD Pittman, EM Alderman, KN Tomkinson, JH Wang, AR Giles and RJ Kaufman

---

Updated information and services can be found at:
**http://www.bloodjournal.org/content/81/11/2925.full.html**

Articles on similar topics can be found in the following Blood collections

---

Information about reproducing this article in parts or in its entirety may be found online at:
**http://www.bloodjournal.org/site/misc/rights.xhtml#repub_requests**

Information about ordering reprints may be found online at:
**http://www.bloodjournal.org/site/misc/rights.xhtml#reprints**

Information about subscriptions and ASH membership may be found online at:
**http://www.bloodjournal.org/site/subscriptions/index.xhtml**

Blood (print ISSN 0006-4971, online ISSN 1528-0020), is published weekly by the American Society of Hematology, 2021 L St, NW, Suite 900, Washington DC 20036.
Copyright 2011 by The American Society of Hematology; all rights reserved.

# EXHIBIT O





Available online at www.sciencedirect.com

SCIENCE @ DIRECT®



international journal of pharmaceutics

International Journal of Pharmaceutics 259 (2003) 1–15

www.elsevier.com/locate/ijpharm

Review

# Coagulation factor VIII: structure and stability

Wei Wang[*], Y. John Wang, Drew N. Kelner[1]

*Analytics & Formulation, Biotechnology Division, Bayer Healthcare, 800 Dwight Way, Berkeley, CA 94701, USA*

Received 30 January 2003; received in revised form 20 March 2003; accepted 20 March 2003

## Abstract

Factor VIII (FVIII), a coagulation factor in the blood, is one of the most complex proteins known today. To facilitate the rapid development of a more convenient and safer FVIII product and to improve the quality of life for hemophilia patients, this short article reviews the recent investigations on the structure, activity, and more importantly, stability of FVIII.
© 2003 Elsevier Science B.V. All rights reserved.

*Keywords:* FVIII; Structure; Stability; Formulation; Aggregation; Oxidation

## 1. Introduction

Factor VIII (FVIII) is an essential coagulation factor in the blood. In the complex blood clotting cascade, it serves as a co-factor for factor IXa (FIXa) in the activation of factor X (FX) to factor Xa (FXa). A deficiency or defect in FVIII is the cause of classical hemophilia (type A), a hereditary life-threatening bleeding disorder. Currently, the only therapy for this hereditary disease is life-long administration of a FVIII product. However, the limited in vivo stability of FVIII requires frequent drug administration for both preventive and therapeutic purposes and the limited in vitro stability of FVIII requires lyophilization of FVIII for long-term storage, creating inconvenience for self-administration and compromising the quality of life for hemophilia patients.

To overcome the need for frequent drug administration, FVIII gene therapy is being widely investigated

for hemophilia treatment, which, if successful, may provide the ultimate therapy for hemophilia. Recent results showed that a high level of FVIII could be expressed in FVIII-deficient dogs using an adenoviral vector, but FVIII expression lasted only 5–10 days and all treated dogs developed liver toxicity, a transient drop in platelets, and anticanine FVIII antibodies (Gallo-Penn et al., 2001). While development of an effective and safe FVIII gene product is still in progress, it will likely be many years until such a therapeutic approach can be implemented in humans.

The limited in vivo/vitro stability of FVIII and slow progress in the development of a FVIII gene product is at least partly due to the relatively large size and complexity of the FVIII molecule. To facilitate the rapid development of a more convenient and safer FVIII product, this short article summarizes recent investigations on FVIII structure and stability.

## 2. FVIII structure and activity

In this section, we briefly discuss the complex FVIII structure and its activity, as such topics have been extensively reviewed in the past (Fay, 1993; Lollar,

* Corresponding author. Tel.: +1-510-705-4755; fax: +1-510-705-5629.
*E-mail address:* wei.wang.b@bayer.com (W. Wang).
[1] Present address: Amgen Inc., One Amgen Center Dr., Thousand Oaks, CA 91320, USA.

0378-5173/03/$ – see front matter © 2003 Elsevier Science B.V. All rights reserved.
doi:10.1016/S0378-5173(03)00227-8



Fig. 1. FVIII structure, function, and processing. The sites of FVIII interaction with other clotting factors, vWF, phospholipids (PL), and metal ions ($M^{2+}$) are illustrated by dotted circles.

1995; Lenting et al., 1998). A schematic representation of FVIII structure, function and processing is shown in Fig. 1.

### 2.1. Primary structure

The primary structure of human FVIII was first deduced based on the DNA sequence in 1984 (Gitschier et al., 1984; Vehar et al., 1984). The X-linked FVIII gene, which has a size of 186 kb including 26 exons (Peake, 1995), encodes a polypeptide of 2351 amino acids. After processing of the signal peptide (19 amino acids), a mature FVIII molecule of 2332 amino acids is secreted with a calculated molecular weight of 264,763 Da. FVIII protein species of up to 330 kDa were observed on SDS–PAGE under non-reducing conditions, probably due to extensive glycosylation and/or disulfide crosslinking (Vehar et al., 1984). Based on homology analysis, the FVIII sequence is

divided into three A, two C and a large B domain(s), abbreviated as $NH_2$-A1-A2-B-A3-C1-C2-COOH (Vehar et al., 1984). The three A domains are connected by three short acidic sequences: a1 (337–372); a2 (711–740); and a3 (1649–1689). Thus, a more detailed FVIII sequence is $NH_2$-A1-a1-A2-a2-B-A3-C1-C2-COOH and the respective sequences are A1-a1: 1–372; A2-a2: 373–740; B: 741–1648; a3-A3: 1649–2020; C1: 2021-2173; and C2: 2174-2332 (Fig. 1).

Commercial FVIII concentrates showed on SDS–PAGE as mixtures of FVIII heterodimers, consisting of 90–210 kDa heavy chain (HC; A1-A2-B) and 80 kDa light chain (LC; A3-C1-C2) (Eaton et al., 1986; Bihoreau et al., 1991). Less than 1% was found to be single chain molecules on SDS–PAGE either for plasma-derived FVIII (pdFVIII) (Stoylova et al., 1999) or baby hamster kidney (BHK)-derived rFVIII (Eaton et al., 1987). The heterogeneous heavy chain

polypeptides, minimally represented by A1-A2, are derived from the 210 kDa polypeptide through proteolysis of the B-A3 junction and within the B-domain.

FVIII molecules contain many glycosylation sites and the B-domain has 19 of the 25 Asn-glycosylation sites (N-linked) (Vehar et al., 1984). Although these sites have not been completely delineated, the six Asn-glycosylation sites outside the B region are located at 41, 239, 582, 1685, 1810 and 2118 (Sandberg et al., 2001). In addition, human FVIII has multiple Ser- and Thr-glycans (O-linked) (Pittman et al., 1994; Kumar et al., 1996). Due to the complexity of extensive glycosylation and heterogeneity, the 90–210 kDa proteins of either rFVIII or pdFVIII could not be focused using several gel systems under both native and denaturing conditions, but the 80 kDa protein was focused to a pI of 6.5 and a cluster of pI's from 6.9 to 7.2 (Eaton et al., 1987).

There are six tyrosine sulfation sites in rFVIII. Three are located at 346 (HC), 1664, 1680 (LC) and the others are located at 718, 719, and 723 in the C-terminal of A2 subunit (Pittman et al., 1992; Severs et al., 1999). Although tyrosine sulfation seems to be required for normal FVIII activity, possibly by contributing to thrombin binding (Pittman et al., 1992; Pemberton et al., 1997), partial or full sulfation at Tyr718, Tyr719 and Tyr723 in B-domain-deleted two-chain FVIII did not affect the activation by thrombin (Kjalke et al., 1995). FVIII also contains a total of 23 cysteine residues and 19 of them (3 free and 8 disulfide bonded) are in the A and C domains (McMullen et al., 1995).

## 2.2. Interactions between heavy and light chains

It has long been believed that a metal ion is responsible for the association between the light and heavy chains of FVIII (Fay et al., 1986). This conclusion is based on the fact that chelation of the metal ion with EDTA leads to dissociation of the heterodimer with a concomitant loss of the procoagulant activity of a variety of FVIII forms, such as pdFVIII (Stoylova et al., 1999), rFVIII (Eaton et al., 1987) and a B-domain-deleted rFVIII (Bihoreau et al., 1991). Additional evidence for an existing metal ion in FVIII is the regeneration of 80% activity of EDTA-inactivated FVIII upon addition of excessive $MnCl_2$ (50 mM) and 30% activity for $CaCl_2$ (50 mM) (Eaton et al., 1987).

A generation of 30% activity was also observed through re-association of HC and LC subunits upon addition of 25 mM $Ca^{2+}$ (Wakabayashi et al., 2001).

Although a metal ion seems to be present in FVIII, the identity, number and role of the metal ion(s) in FVIII are still debatable. An early study with atomic absorption spectrophotometry indicated the presence of calcium in the highly-purified pdFVIII at an apparent molar ratio of 1:1 while other metals such as manganese, strontium, zinc, aluminum, magnesium, copper and iron were not present in a significant amount (<0.05 mol/subunit) (Mikaelsson et al., 1983). It was concluded that human FVIII circulates in normal plasma as a calcium-linked protein complex. In 1994, the metal was identified to be copper at a molar ratio of 1:1 in both pdFVIII heterodimers (ranging from 90/80 to 210/80 kDa dimers) and recombinant FVIII-ΔII, a B-domain-deleted FVIII (Bihoreau et al., 1994). The copper ion remained in the inactive dimer of 50/70 kDa until being released upon dissociation of this dimer, suggesting its essential role in the association of FVIII heavy and light chains. The presence of copper(I) in FVIII at a similar binding ratio was later confirmed by electron paramagnetic resonance spectroscopy (EPR) and supported by site-directed mutation studies (Tagliavacca et al., 1997). This study suggested the location of Cu(I) within the A1-domain and also demonstrated that Cu(I), not Cu(II), was able to reconstitute FVIII activity from dissociated FVIII chains. Therefore, it is possible that both copper and calcium ions are involved in HC/LC association.

In addition to metal-induced association, hydrophobic interactions between the heavy and light chains also play a significant, if not dominant, role. Two hydrophobic sites were identified by (1,1′)-bi-(4-anilino)naphthalene-5,5′-disulfonic acid (bis-ANS) binding in the heavy and light chains and the higher affinity site on each isolated subunit contributes to the divalent metal ion-dependent, intersubunit interaction (Sudhakar and Fay, 1996). A more recent study showed that the high-affinity hydrophobic association of the heavy and light chains ($K_d = 53.8$ nM) was enhanced by approximately 100-fold in the presence of 0.5 μM $Cu^{2+}$ (Wakabayashi et al., 2001). Since $Ca^{2+}$ at 25 mM did not affect the hydrophobic association but increased the specific activity (∼60% of native FVIII activity) in this study, it appears that $Ca^{2+}$ promotes the formation of the active conformation of

FVIII while $Cu^{2+}$ primarily enhances the intersubunit affinity. The affinity enhancement of a metal ion may explain why low ionic strength promotes association of isolated LC and HC subunits (Donath et al., 1995).

### 2.3. Secondary and tertiary structure

FVIII contains mainly β-sheet structure (Sudhakar and Fay, 1998a,b; Grillo et al., 2001). A small amount of α-helices are located in the A domains (Stoilova-McPhie et al., 2002). A detailed analysis shows that B-domain-deleted rFVIII SQ contains 41% β-sheet, 14% α-helix, 26% random structure, and 19% turn by circular dichroism (CD) while the respective percentages of B-domain-deleted pdFVIII are 43, 13, 27, 18% (Fatouros and Sjostrom, 2000). In comparison, the light chain of human FVIII had 36% β-sheet, 22% α-helix, and 42% unordered structure by CD (Bihoreau et al., 1992). Activation of FVIII to FVIIIa increases significantly its β-sheet content by CD (Curtis et al., 1994).

Due to the complexity and heterogeneity of the purified FVIII, a complete high-resolution three-dimensional crystal structure of FVIII has not been determined. A few studies, however, have been conducted to characterize the overall shape of the molecule, to determine the detailed structure of its individual domains (Pratt et al., 1999), and recently, to deduce the three-dimensional structure based on low-resolution electron crystallography of two-dimensional crystals of B-domain-deleted FVIII bound to phospholipids (Stoilova-McPhie et al., 2002).

Based on the structure of nitrite reductase and ceruloplasmin, the three A domains in human FVIIIa have been modeled and the proposed structure contains 6 β-barrels (D1 through D6, two per domain) of 987 amino acids in total, roughly in a sphere size of 16 nm in diameter (Pan et al., 1995). The size is very close to what was observed for FVIII heterodimers under an electron microscope, a globular structure (contributed from A and C domains) of ~14 nm in diameter with a two-stranded tail of different lengths (contributed from B-domain) (Fowler et al., 1990), but a smaller surface coverage of 8 nm × 5 nm was observed by electron crystallography for one pdFVIII molecule when crystallized on a phospholipid membrane (Stoylova et al., 1999). The proposed model successfully explains the location of six disulfide

bonds, the copper-binding site(s), the activated protein C (APC) cleavage site, and an inhibitor epitope. However, the copper-binding sites are debatable based on another modeling study (Pemberton et al., 1997).

### 2.4. FVIII activity

FVIII itself has minimal or no detectable procoagulant activity before proteolytic activation by thrombin or FXa (Lollar et al., 1993; Donath et al., 1995). The rate and extent of FVIII activation depend on reaction conditions, such as the relative concentrations of FVIII and thrombin or FXa. Maximal thrombin-induced activation was observed at 0.5–1 min (Sandberg et al., 2001), 2 min (Fay et al., 1986), and 10 min (Wood et al., 1984) with a corresponding potentiation of FVIII activity of approximately 20-, 13–15-, and 40-fold, respectively. As high as 40-fold (Fay et al., 1991a,b,c) or even 80-fold (Eaton et al., 1987) increase in FVIII activity was observed. Yet, the role of $Ca^{2+}$ in the activation of FVIII by thrombin has not been clearly established (Eaton et al., 1986; Wakabayashi et al., 2001). The activated FVIII (FVIIIa) binds to FIXa at a 1:1 molar ratio (Duffy et al., 1992; Lenting et al., 1994) through multiple interactive sites in the A2 and A3 domains (Lollar et al., 1993; Fay et al., 1994; O'Brien et al., 1995; Pemberton et al., 1997; Bajaj et al., 2001). FVIIIa, FIXa (a serine protease), $Ca^{2+}$, and phospholipid constitute the FXase complex. FVIIIa increases the $k_{cat}$ of FIXa-dependent conversion of FX by several orders of magnitude (Fay and Koshibu, 1998).

FVIIIa is a heterotrimer consisting of 73, 50, and 43 kDa fragments on SDS–PAGE (Vehar et al., 1984; Eaton et al., 1986, 1987). The association among the three FVIIIa subunits has not been clearly defined. Data suggest that a metal ion links the A1 and A3-C1-C2 subunits (Bihoreau et al., 1994) with a significant contribution from hydrophobic interaction (Sudhakar and Fay, 1996), while A2 is likely to interact primarily with A1 subunit ionically (Fay et al., 1991a,b,c, 1999). Because of the weak interaction between A1 and A2, the associated heterotrimer readily dissociates at physiologic pH (Fay and Koshibu, 1998). The dissociated individual subunits have less than 1% of the FVIIIa activity (Fay and Koshibu, 1998).

The large B-domain in FVIII (741–1648) does not contribute to the activity of FVIII and has no

known functions (reviewed by Fay, 1993). Several B-domain-deleted or partially deleted FVIII forms have been engineered, including FVIII$_{des-797-1652}$ (Eaton et al., 1986), FVIII$_{des-771-1666}$ (FVIII-$\Delta$II, 165 kDa) (Bihoreau et al., 1991), and FVIII$_{des-760-1639}$ (LA-VIII) (Pittman et al., 1993). FVIII SQ, another B-domain-deleted FVIII variant in which Ser743 is linked directly to Gln1638, is now an approved commercial product (Sandberg et al., 1991, 2001). These variants do have similar clotting activity as the intact FVIII, such as FVIII$_{des-760-1639}$ (Pittman et al., 1993), and FVIII SQ (Sandberg et al., 2001). Due to their smaller molecular masses, their specific activities are generally higher than that of the full-length molecule (Eaton et al., 1987; Bihoreau et al., 1991; Sandberg et al., 2001).

## 3. In vivo FVIII stability

FVIII has limited in vivo stability, which is influenced by many factors, including binding to plasma proteins and antibodies, proteolytic inactivation, and non-proteolytic degradation. The half-life of high-purity FVIII in man was determined between 15 and 19 h (Ludlam et al., 1995). A single-phase in vivo decay was observed after infusion of FVIII concentrate with added calcium chloride into a hemophiliac (Foster et al., 1988).

### 3.1. Stabilization by von Willebrand Factor (vWF)

FVIII interacts non-covalently with vWF in plasma via at least two binding sites. A high-affinity vWF-binding site ($K_d = 2.1 \times 10^{-10}$ M) is located in A3-domain (Lys1673-Arg1689), interacting with only 1–2% of the vWF subunits (Leyte et al., 1989). The acidic region (residues 1649–1689) maintains the optimal conformation (for maximal binding) of the high-affinity vWF-binding site (Saenko and Scandella, 1997). Another vWF-binding site is located in residues 2173–2332 of the C2-domain, which also binds to phospholipids (Saenko et al., 1994; Saenko and Scandella, 1997; Jacquemin and Saint-Remy, 1998). The stoichiometry between FVIII and vWF varies depending on the study conditions (Vlot et al., 1995).

FVIII interaction with vWF results in significant stabilization and survival of FVIII in the circulation

(see review by Sadler, 1998). Possible stabilization mechanisms include (1) protection of the proteolytic sites, such as Arg1689; (2) promotion of association of the heavy and light chains (Wise et al., 1991); and (3) inhibition of FVIII neutralization by FVIII antibodies (Jacquemin and Saint-Remy, 1998). These stabilization mechanisms may explain why the stability of FVIII SQ in homogenates of human subcutaneous tissue was greater in the presence of vWF (Fatouros et al., 2000) and the activity of rFVIII in immuno-depleted plasma was higher after addition of vWF (Barrowcliffe, 1994).

### 3.2. Effect of thrombin

Thrombin not only activates but also inactivates FVIII. Thrombin activation of either pdFVIII or rFVIII generates three major polypeptides of 73, 50, and 43 kDa on SDS–PAGE (Vehar et al., 1984; Eaton et al., 1986, 1987). Typical thrombin cleavage sites in FVIII are at Arg followed by either Ser or Ala (Vehar et al., 1984). The 73 kDa fragment comes from cleavage at Arg1689 (light chain) while the other two come from cleavages of Arg372 (between A1 and A2), and Arg740 (between A2- and B-domain) (Vehar et al., 1984; Eaton et al., 1987; Donath et al., 1995; Lenting et al., 1998). Therefore, FVIIIa is a heterotrimer of A1-a1/A2-a2/A3-C1-C2. It was noted, however, that maximum activity was actually observed some time after generation of these fragments (Eaton et al., 1986).

Thrombin-induced inactivation of FVIIIa depends on the actual study conditions, relative amount of thrombin, and the length of thrombin treatment, but not on the size of the heavy chain (Fay et al., 1986). It was demonstrated that thrombin-activated rFVIII could be stable for at least 1 h at 37 °C in one study (Eaton et al., 1987), but in a different study, treatment of human FVIII with an adequate amount of thrombin inactivated FVIII in 30 s in a buffer at pH 7.4 (Lollar et al., 1992). Even at −80 °C, loss of activity of thrombin-activated FVIII could be observed with a $t_{1/2}$ of approximately 1 week (Curtis et al., 1994).

The exact mechanism of thrombin inactivation is still not clear. At least one inactivation pathway is the conversion of 50 kDa polypeptide in FVIIIa to 20 and 30 kDa fragments but the inactivation does not corre-

late well with the formation of these two fragments by SDS–PAGE (Vehar et al., 1984). In fact, FVIIIa inactivation by thrombin was not always associated with additional cleavage (Fay et al., 1986). For example, the activity of both activated wild-type FVIII and FVIII$_{des-760-1639}$ dropped significantly 1 min after thrombin treatment but the intensity of the three major bands did not seem to change significantly in 20 min (Pittman et al., 1993). Similarly, no apparent cleavage was observed by SDS–PAGE between 5 and 22 min after thrombin treatment, but FVIIIa activity dropped in this period (Bihoreau et al., 1991). It was suggested that the non-proteolytic dissociation of the A2 subunit may be responsible for the apparent inactivation (Lollar et al., 1992).

### 3.3. Effect of protein C and FXa

As a feedback control for clotting, APC inactivates both FVIII and FVIIIa, while FXa both activates and inactivates FVIII like thrombin (Vehar et al., 1984; Eaton et al., 1986, 1987). APC only converts the heavy chain (90–210 kDa proteins) to a 45 kDa fragment while FXa converts the active 73 and 50 kDa fragments to 67 and 45 kDa fragments (Eaton et al., 1987). The APC-induced inactivation disrupts the interaction between A1 and A2/A3-C1-C2 subunits (Persson et al., 1995) and correlates well with the generation of the 45 kDa fragment (Eaton et al., 1986). APC-induced cleavages occur both at Arg336-Met337 (A1) and Arg562-Gly563 (A2) but it is the preferable cleavage at Arg562 that closely correlates with the loss of co-factor activity (Fay et al., 1991a,b,c; Regan et al., 1994, 1996). The binding site for APC has been localized to a region on the A3-domain of the light chain (Walker et al., 1990).

### 3.4. Chain dissociation—the non-proteolytic degradation

FVIII also degrades in vivo by chain (A2 subunit) dissociation—a non-proteolytic degradation mechanism, which is due to the reversible and weak interaction between A2 and the metal ion-linked A1/A3-C1-C2 dimer (Lollar et al., 1992). The chain dissociation is independent of FVIII light chain cleavage (Donath et al., 1995), but dependent on salt concentration (Fay et al., 2001) and inhibited by the presence of FIXa and phospholipid (Curtis et al., 1994). Indeed, at low salt concentrations, the FVIIIa-enhanced $k_{cat}$ (5.5 min$^{-1}$) for conversion of FX to FXa is approximately eight-fold greater than at a near physiological ionic strength (0.7 min$^{-1}$) because salt interferes with the association of the A2 and A1 subunits (Fay et al., 2001). Although the relative contribution of chain dissociation to the overall inactivation of FVIII has not been determined, the higher affinity of the porcine A2 subunit for human or porcine A1/A3-C1-C2 heterodimer partly explains the higher activity of porcine FVIII relative to the human counterpart (Lollar et al., 1992; Curtis et al., 1994). Increasing the resistance to chain dissociation through mutagenesis can make FVIII more stable (Pipe and Kaufman, 1997).

## 4. In vitro FVIII stability

All current FVIII products are lyophilized because of its limited in vitro stability in the liquid state. This section will discuss (1) stability of FVIII in lyophilized and liquid states, during infusion, and in isolated plasma; (2) factors affecting FVIII stability; and (3) mechanisms of FVIII instability.

### 4.1. Stability of FVIII in lyophilized state

The stability of lyophilized FVIII products depends largely on the presence of protein stabilizers. Kogenate® and Recombinate are two representative full-length rFVIII products, that contain human serum albumin (HSA). Because of the excellent stabilizing effect of HSA, these lyophilized products are fairly stable. As much as 95% of FVIII activity can be recovered in Recombinate after storage at 30 °C for 36 months (Parti et al., 2000). To prevent potential HSA-associated pathogen exposure, the latest FVIII products are devoid of this excipient, including Kogenate® FS and ReFacto. Although a 2-year storage stability at 5–8 °C has been achieved, the overall stability of these HSA-free products is significantly compromised (Osterberg et al., 1997, 2001). An optimal formulation for lyophilized FVIII still needs to be explored with the goal of achieving a comparable stability that is afforded by HSA.

## 4.2. Stability of FVIII in liquid state

In contrast to lyophilized formulation, the stability of FVIII in solution is very limited. It was demonstrated by the one-stage clotting assay that as much as 10% clotting activity of the full-length rFVIII was lost in 3 days at 37 °C (Grillo et al., 2001). If rFVIII inactivation follows the Arrhenius relationship and we assume a maximum rate reduction of four times per 10 °C drop in temperature, the estimated shelf life of rFVIII at 5–8 °C is approximately 6 months, insufficient to make a commercial product. In a recent study, rFVIII SQ was shown to be stable (no loss of activity) for a year at 5 °C in a solution under nitrogen containing sucrose at 300 mg/ml and Tween 80 at 2000 ppm (Fatouros and Sjostrom, 2000). Such stability demonstrated for rFVIII SQ may result from the effects of the excipients and/or the deletion of the B-domain. The potential effect of excipients was illustrated in a study where loss of 20% FVIII activity took from less than 5 days to over 28 days at room temperature for 15 reconstituted commercial FVIII products (Martinowitz, 1994; Schulman et al., 1994). The stability difference among different FVIII products suggests strong excipient effects and that improvement of FVIII stability is feasible at least for certain products. Nonetheless, because of the limited stability of FVIII in solution, a liquid FVIII product has not been commercialized. Such a future product would greatly facilitate drug administration for patients.

## 4.3. Stability of FVIII during infusion

The attempt to administer FVIII by continuous infusion prompted investigations on the stability of FVIII during a simulated process. All FVIII products after reconstitution should be used within the manufacturer's recommended time period (mostly 4 h or less) for both sterility and stability reasons. However, many reconstituted products can be infused beyond this period as the stability of reconstituted FVIII is usually significantly higher than what is recommended (Martinowitz, 1994; Schulman et al., 1994; Belgaumi et al., 1999). As discussed before, FVIII stability after reconstitution varies significantly among different FVIII products. Even for the same product, the FVIII stability during infusion can be strongly affected by two additional factors—the type of delivery device and the

final FVIII concentration for infusion (Martinowitz, 1994; DiMichele et al., 1996). For example, while the stability of a reconstituted FVIII concentrate (Monoclate-P®) showed no detectable degradation at room temperature in 15 days with the WalkMed 350 and CADD 1 minipump, only 70% activity was left in the Medex 2001 (Martinowitz, 1994). In another study, it was demonstrated that storing 1.4 ml of reconstituted rFVIII (Kogenate®) at 146 IU/ml in 100 ml polyvinylchloride (PVC) mini-bags for 48 h at room temperature resulted in a 42% recovery of FVIII activity but only 1.8% of activity remained when 20 ml of saline-diluted rFVIII at 2 IU/ml was stored under the same conditions (McLeod et al., 2000). The loss of FVIII activity is likely due to surface adsorption and/or surface-induced denaturation (also see Section 4.4). Therefore, inclusion of a surfactant in the reconstitution medium may be necessary to prevent the loss of protein during infusion.

## 4.4. Stability of FVIII in isolated plasma

Currently, there are still a significant number of pdFVIII products on the market. Therefore, proper preservation of FVIII activity in plasma is crucial for a high yield. Many stability studies have been conducted in the past but the reported stability of FVIII in plasma varied significantly. For example, approximately 54% of FVIII activity was lost in citrated plasma in 24 h at 4 °C in one study (Pepper et al., 1978), but it took the same time period at 21 °C to lose the same amount of FVIII activity in another (Cumming et al., 1987). The apparent difference in FVIII stability in plasma probably results from different concentrations of citrate used during collection, presumably due to citrate chelation of calcium ions (Krachmalnicoff and Thomas, 1983; Mikaelsson et al., 1983; Morgenthaler et al., 1985; Cumming et al., 1987; Woodhams et al., 2001). The citrate-induced detrimental effect can be reversed in a short period of time after blood collection (e.g. 4–12 h) upon recalcification (Krachmalnicoff and Thomas, 1983; Morgenthaler et al., 1985). Indeed, $CaCl_2$ stabilizes FVIII in plasma and at least 1 mM (physiological level) of $CaCl_2$ is needed to achieve a significant effect (Mikaelsson et al., 1983). Similarly, chelation of calcium by addition of >2 mM EDTA in plasma can lead to a rapid loss of activity (Krachmalnicoff and

Thomas, 1983; Mikaelsson et al., 1983; Woodhams et al., 2001) and re-addition of excessive calcium (25 mM $CaCl_2$) in citrated plasma can recover the lost activity to the control level (Krachmalnicoff and Thomas, 1983). The decay of FVIII activity in citrated plasma is non-linear (Weiss, 1965; Pepper et al., 1978; Krachmalnicoff and Thomas, 1983; Mikaelsson et al., 1983), but it does not seem to involve significant participation of proteases (Mikaelsson et al., 1983). Therefore, stabilization of FVIII in plasma does not need addition of a protease inhibitor(s) but rather, careful control of the citrate and/or calcium concentration.

### 4.5. Factors affecting in vitro FVIII stability

Many factors have been identified affecting in vitro FVIII stability, including temperature, presence of metal ions, salts, lipids or other formulation excipients, surface adsorption, pH, shaking, light exposure, freeze-thawing/freeze-drying, and packaging conditions.

#### 4.5.1. Temperature

Lyophilized FVIII products tolerate thermal stress reasonably well because of the presence of a stabilizing excipient(s). Due to the stabilizing effect of HSA, 99% activity of full-length rFVIII was recovered after exposure of the lyophilized product at 40 °C for 6 months and 94% at 60 °C for 2 months (Parti et al., 2000). Dry heat treatment of pdFVIII concentrates at 80 °C for 72 h did not cause significant change in FVIII structure (Gilles et al., 1997; Raut et al., 1999). In contrast, FVIII is very sensitive to temperature change in a liquid state. For example, the rate of FVIII decay at pH 9.1 in plasma increases three-fold per 10 °C increase in the temperature range between 17 and 37 °C (Weiss, 1965). Although a higher temperature generally leads to a faster degradation of proteins, the effect of temperature on the stability of FVIII in a liquid state has not been always as predicted. A few studies have demonstrated a better stability of a few reconstituted FVIII products at room temperature than under refrigerated conditions (Saxena et al., 1991; Martinowitz, 1994; Schulman et al., 1994). Although this unusual observation has not been explained, it may have to do with reduced hydrophobic interaction at a lower temperature, as hydrophobic interaction plays a critical role in the

association of HC and LC subunits. Indeed, the degradation rate of rFVIII SQ at 5 °C was faster than predicted from the Arrhenius kinetics and was suggested to be due to additional low temperature-associated chain dissociation (Fatouros et al., 1997a,b).

Like other proteins, FVIII unfolds at high temperatures in solution. Differential scanning calorimetry (DSC) analysis of rFVIII showed a major transition temperature near 58 °C in addition to several small transition temperatures below that temperature with significant aggregation above 60 °C (Grillo et al., 2001). The small transitions below 58 °C could be due to partial unfolding of FVIII subunits, as the light chain alone has a $T_m$ value of 51 °C (Sudhakar and Fay, 1998a,b). A B-domain-deleted FVIII, rFVIII SQ, exhibits a similar thermal behavior with onset of unfolding and aggregation temperatures of about 56 and 64 °C, respectively (Fatouros et al., 1997a,b). However, detailed CD analysis showed a different thermal response in the secondary structure of the two forms of FVIII. While a conformational change was observed corresponding to increased β-sheet in rFVIII at approximately 45 °C (Grillo et al., 2001), the secondary structure of rFVIII SQ was not influenced in the temperature range of 5–55 °C (Fatouros and Sjostrom, 2000). Although a storage stability for the two forms has not been compared side-by-side, rFVIII SQ seems to be more stable in a liquid state at 5 °C than what was predicted for rFVIII (see Section 4.4), suggesting a higher conformational stability as a result of the secondary structure of rFVIII SQ.

#### 4.5.2. Effect of metal ions

The positive effect of metal ions such as calcium on the stability of FVIII was identified in plasma (Weiss, 1965) and in a liquid or lyophilized state (Foster et al., 1988). The stabilizing effect of calcium was also observed in rapid thermal stability studies on rFVIII (Grillo et al., 2001) and storage stability studies on other FVIII forms such as rFVIII SQ (Fatouros et al., 1997a,b). Similar to $Ca^{2+}$, $Sr^{2+}$ was found to stabilize FVIII in plasma (Mikaelsson et al., 1983) and rFVIII SQ in solution (Fatouros et al., 1997a,b). Other metal ions, including $Cu^{2+}$, $Mg^{2+}$, $Fe^{2+}$, $Zn^{2+}$, $Mn^{2+}$, $Co^{2+}$, $Ba^{2+}$, or $Ni^{2+}$ could not protect FVIII in plasma (Mikaelsson et al., 1983) or rFVIII SQ in solution (Fatouros et al., 1997a,b). $Fe^{2+}$ was detrimental to FVIII SQ activity.

Although calcium ion stabilizes FVIII, excessive amounts (e.g. >50 mM $Ca^{2+}$) may eventually lead to destabilization of FVIII in a liquid state (Fatouros et al., 1997a,b). This is because a high calcium concentration enhances the decay of FVIIIa (Fay et al., 1993), or specifically, the dissociation of A2 and A1/A3-C1-C2 subunits (Persson et al., 1995). It was found that $Ca^{2+}$ at 10 mM was apparently most effective in the protection of FVIII SQ in a liquid state (Fatouros et al., 1997a,b). The optimum concentration of calcium for lyophilized FVIII had not been determined.

### 4.5.3. Effect of salts

Salt plays a critical role in controlling both FVIII stability and solubility. Reducing the salt concentration from 58 to 18 mg/ml increased the formation of rFVIII SQ aggregates in a solution during incubation at 7 °C as determined by SEC-HPLC and also reduced its thermal aggregation temperature (Fatouros et al., 1997a,b), probably because a high ionic strength stabilizes the FVIII heterodimer (Donath et al., 1995). When the salt concentration was below 5 mg/ml (0.1 M) reversible precipitation of rFVIII SQ was observed at 125 IU/ml at pH 7, and precipitation of rFVIII SQ at a higher concentration of >1500 IU/ml occurred at a salt concentration of 9 mg/ml (0.15 M) or below (Fatouros et al., 1997a,b). Apparently, the solubility of FVIII SQ requires the presence of protein concentration-dependent amounts of salt (Osterberg et al., 2001). Probably because of this effect, increasing NaCl concentration from 9 to 19 or 35 mg/ml increased the recovery of rFVIII SQ upon freeze-drying (Osterberg and Wadsten, 1999). Since salt generally reduces the glass transition temperature of a protein formulation and inhibits the formation of hydrogen bonds with a protein during lyophilization, a mechanism is required for FVIII stabilization in a lyophilized state. The effect of salt on the stability of FVIII in a lyophilized state has not been fully elucidated.

### 4.5.4. Interaction with lipids

FVIII binds to phospholipids rapidly and reversibly via a multistep process (Gilbert et al., 1990; Bardelle et al., 1993). Among the phospholipids, negatively-charged phosphatidylserine (PS) and phosphatidic acid (PA) are the major FVIII-binding species (Kemball-Cook and Barrowcliffe, 1992). The inter-action increases FVIII activity. For example, incubation of FVIII/vWF complex with PS and phosphatidylethanolamine (1:1) preparation can induce a two- to three-fold increase in apparent FVIII activity (Broden et al., 1983). At least 30-fold increase in the catalytic conversion of FX was observed in the presence of phospholipids (Fay et al., 2001). In addition, the interaction offers FVIII in vitro stability by inhibiting the chain dissociation (Curtis et al., 1994) or specifically, the salt-sensitive dissociation of A1 and A2 subunits (Fay et al., 2001). In a recent study, PS-containing liposomes have been shown to protect rFVIII SQ from both non-proteolytic and proteolytic degradation in homogenates of human subcutaneous tissue (Fatouros et al., 2000). Therefore, although phospholipids are unlikely to be used in a traditional FVIII product simply for stability improvement due to their limited aqueous solubility, they can be considered in designing a controlled release FVIII delivery system.

### 4.5.5. Surface adsorption/surfactants

FVIII adsorbs to a variety of surfaces, including glass (Martinowitz, 1994) and plastics such as PVC (DiMichele et al., 1996; Hurst et al., 1998), and polyethylene (Hurst et al., 1998). Surface adsorption of FVIII is rapid and an equilibrium can be reached within hours (DiMichele et al., 1996; Hurst et al., 1998). The amount adsorbed to a surface depends on the surface area and does not seem to be concentration-dependent (Hurst et al., 1998; McLeod et al., 2000). Therefore, the percent loss of FVIII activity would be higher when storing the same volume of FVIII solution at a lower concentration. In addition, the adsorption loss of FVIII varies depending on the composition of the FVIII product and the diluent (DiMichele et al., 1996; Parti et al., 2000). Probably because of the stabilizing effect of vWF, no loss of FVIII (recovery >95%) was observed during infusion of pdFVIII/vWF concentrate (IMMUNATE) at 50 and 100 IU/ml for 48 h through infusion pumps equipped with polyethylene, polypropylene or PVC plastic components (Thomas et al., 1999). Since the remaining FVIII activity is the only indicator for surface adsorption in these studies, any loss of FVIII activity could be not only due to surface adsorption but also to surface-induced protein denaturation. An example of surface-induced FVIII denaturation

was the rapid loss of rFVIII SQ activity at 25 °C by agitation (Fatouros and Sjostrom, 2000).

Surfactants are generally effective in reducing protein surface adsorption. It was demonstrated that polysorbate 80, a non-ionic surfactant, minimized significantly adsorption-induced loss of rFVIII SQ (Osterberg and Fatouros, 1999) and surface-induced rFVIII SQ denaturation (Fatouros and Sjostrom, 2000). In this aspect, serum albumin at 1 or 2% was not as effective as polysorbate 80 in preventing surface loss of diluted rFVIII (Recombinate) in PVC bags (Parti et al., 2000) or surface-induced rFVIII SQ denaturation (Fatouros and Sjostrom, 2000). In addition to the surface effect, limited data suggest that polysorbate 80 may stabilize FVIII in solution (Osterberg and Fatouros, 1999) and during lyophilization (Osterberg et al., 2001). Nevertheless, the role of polysorbate 80 as a FVIII stabilizer during long-term storage has not been clearly established, at least in a lyophilized state. The peroxide content in polysorbate 80 needs to be carefully controlled in future stability studies as it may adversely affect protein stability (Ha et al., 2002).

### 4.5.6. Effect of other formulation excipients

Many formulation excipients have been examined and a few of them clearly stabilize FVIII in a liquid state, including sucrose, sorbitol, mannitol (Fatouros et al., 1997a,b), histidine (Sandberg et al., 2001), glycine (Brodniewicz-Proba and Beauregard, 1987), and some other amino acids (Margolis and Eisen, 1984). Glycine (Brodniewicz-Proba and Beauregard, 1987), sucrose and raffinose (Besman et al., 2000) also stabilize FVIII in a lyophilized state. On the other hand, trehalose, a commonly-used protein stabilizer, failed to stabilize rFVIII SQ in solution (Fatouros et al., 1997a,b). Citrate and phosphate are detrimental to FVIII, respectively, during storage at 20 °C (Foster et al., 1988) and during the freeze-thaw process (Hynes et al., 1969), presumably due to the chelation effect and buffer-induced pH shift during freeze-thaw, respectively (Anchordoquy and Carpenter, 1996). Several antioxidants have been shown to stabilize FVIII SQ in a solution, including glutathione, acetylcysteine, methionine (Osterberg and Fatouros, 1994, 1996). Glutathione also stabilizes FVIII in a lyophilized albumin-free formulation (Besman et al., 2000).

The identification of these FVIII stabilizers has undoubtedly facilitated and will continue to facilitate the design of a stable HSA-free FVIII product. The remaining tasks are to determine the optimal stabilizing concentration of individual excipients, possible existence of any synergistic effect, and the optimal combination of these excipients.

### 4.5.7. Effect of pH

The solution pH strongly affects the stability of FVIII in a liquid state. The pH effect depends on the composition of the FVIII solution. While the most stable pH for FVIII in plasma was found between 6.2 and 6.7 at 37 °C (Weiss, 1965), that for pdFVIII concentrate at 4 °C was between 6.2 and 7.0 (Wolf, 1959). The most stable pH range for rFVIII SQ at 7 °C was between 6.0 and 7.0 in a solution containing 58 mg/ml NaCl and shifted slightly to 6.5–7.0 at a reduced salt concentration of 5.8 mg/ml (Fatouros et al., 1997a,b). Outside this optimal pH range, rFVIII SQ not only aggregates but also forms fragments (Fatouros et al., 1997a,b). We recently found that the optimal pH range for full-length rFVIII in a solution at 40 °C was between 6.6 and 7.0 (Wang and Kelner, 2003). Since the solution pH can strongly affect the stability of a lyophilized protein (Chang et al., 1996), it would be necessary to determine whether the optimal pH range in a solution would hold true in storing lyophilized FVIII.

### 4.5.8. Effect of packaging conditions

Packaging conditions may affect the stability of a protein product. This is also true for FVIII (Woodhams et al., 2001). In the evaluation of the stability at room temperature of 15 reconstituted FVIII concentrates, 6 of these showed superior stability in plastic containers, whereas 3 of these showed superior stability in glass containers (Martinowitz, 1994). These results suggest several possibilities—(1) variation in surface composition and/or properties even for the same type of containers; (2) variation in the amount and composition of container leachables; and (3) variation in the degree of FVIII/surface interaction due to different product excipients. The effect of container on FVIII stability was shown to be temperature-dependent. At 4–8 °C, 2 of 15 reconstituted FVIII concentrates showed better stability in plastic containers and 2 concentrates showed better stability in glass containers;

at 20–23 °C, most concentrates showed better stability in plastic containers; and at 37 °C, all concentrates showed equal or better stability in plastic containers (Schulman et al., 1994). Therefore, stability studies comparing different types of containers should be conducted at the product storage temperature. However, due to the limited diffusion of molecules in a solid state, containers would not be expected to play a critical role in storing lyophilized FVIII products, unless the air permeation through the container and/or container stoppers is significantly different. This is because air has been shown to accelerate the inactivation of rFVIII SQ not only in a solution (Osterberg and Fatouros, 1996; Fatouros et al., 1997a,b) but also in a lyophilized state (Osterberg et al., 2001).

### 4.5.9. Freeze-thawing/drying

Freeze-thaw does not seem to cause significant inactivation of FVIII in a non-phosphate buffer. It was demonstrated that freeze-thawing of rFVIII three times does not cause aggregation or loss of activity (Grillo et al., 2001). FVIII SQ was stable after ten freeze-thaw cycles in a formulation containing 65 mM His, 300 mM NaCl, 4 mM $CaCl_2$ and 250 ppm Tween 80 (Osterberg and Fatouros, 1998). However, freeze-drying caused a 10% loss of rFVIII SQ (ReFacto) activity, regardless of the formulation pH (6.0–8.0) (Osterberg et al., 2001). The results suggest that inactivation of rFVIII SQ occurred in the drying step. One possible solution is to add specific monosaccharides and/or disaccharides, which can adequately form hydrogen bonds with FVIII for possible protection against dehydration-induced protein conformation change and/or denaturation.

### 4.5.10. Effect of light exposure

A recent study demonstrated that lyophilized FVIII (Recombinate) both at 28 IU/ml and 103 U/ml was stable upon exposure to accelerated simulated natural light for 10 h, but the activity of reconstituted FVIII was reduced by 31 and 29% at 26 and 106 IU/ml, respectively, under the same lighting conditions (Parti et al., 2000). Light promotes formation of free radicals, which can initiate oxidative damage of proteins (Hovorka and Schoneich, 2001). Since radical-induced reaction is diffusion-controlled (Maillard et al., 1983), the rate of such a reaction in solution would be expected to be much faster than in a solid state.

### 4.6. Mechanisms of in vitro instability

Limited stability studies so far suggest that multiple mechanisms may be involved in the inactivation of FVIII in vitro. One of them is aggregation. It was demonstrated that incubation of rFVIII at 0.5 mg/ml in a solution at 37 °C led to formation of soluble aggregates by both SEC-HPLC (26% aggregates at day 7 with 15% loss in activity) and dynamic light scattering (size increase) (Grillo et al., 2001). The aggregation process is conformation-induced and has a 6-h lag time (nucleation process). This aggregation behavior was also demonstrated for rFVIII SQ, which underwent an initial chain dissociation (nucleation process), followed by aggregation of the dissociated heavy chain (Fatouros et al., 1997a,b). In addition, the dissociation of the LC and HC subunits of rFVIII SQ by SDS–PAGE correlated well with the loss of its activity. A FVIII mutein, $FVIII_{des-794-1689}$, devoid of one thrombin cleavage site, has enhanced in vitro stability due to its resistance to subunit dissociation (Pipe and Kaufman, 1997). Recently, we found that rFVIII aggregation was apparently the major mechanism of inactivation in solution at 40 °C and both non-covalent and covalent (disulfide-bonded) pathways of FVIII aggregation were involved (Wang and Kelner, 2003).

Kinetically, the loss of rFVIII activity was demonstrated to be first or pseudo-first order (Manning et al., 1995; Fatouros et al., 1997a,b; Wang and Kelner, 2003). Since protein aggregation arising from physical protein–protein interactions generally exhibits an apparent reaction order of $\geq 2$ (Fink, 1998; De Bernardez Clark and Schwarz, 1999), the major mechanism of rFVIII aggregation is probably not a simple physical protein–protein interaction process; rather it is probably initiated and controlled by a protein conformational change (Grillo et al., 2001).

Oxidation is clearly involved in FVIII inactivation. First of all, treatment of FVIII with hydrogen peroxide inactivates FVIII rapidly in several studies (Austen, 1970; Manning et al., 1995; Stief et al., 2000). Other oxidizing and inactivating agents include iodine (Austen, 1970), sodium hypochlorite and chloramines (Stief et al., 2000). Even air could significantly accelerate the inactivation of rFVIII SQ both in a solution (Osterberg and Fatouros, 1996; Fatouros et al., 1997a,b) and in a lyophilized state (Osterberg et al., 2001). Although the oxidation sites have not

been identified, cysteine and methionine residues are likely to be involved, as air-induced oxidation can be inhibited either by methionine, glutathione, or acetylcysteine (Osterberg and Fatouros, 1996) and chloroamine T-induced oxidation of FVIII can be inhibited significantly also by methionine or cysteine in 10-fold molar excess (Stief et al., 2000). In fact, significant amount of FVIII aggregates were found to be reducible, suggesting possible oxidation of free cysteines (or disulfide exchange) (Wang and Kelner, 2003). Another line of supporting evidence for the possible involvement of free cysteines in FVIII inactivation is the rapid loss of FVIII activity upon modification of the free cysteine groups (Austen, 1970). However, not all the free cysteines are required for full FVIII activity (Manning et al., 1995).

The FVIII molecule is large and complex. Limited data suggest that residues 721–729 (Kjalke et al., 1995), and some amino and lysine groups (Manning et al., 1995) are essential for FVIII activity (Manning et al., 1995). The hemophilia database (http://europium.csc.mrc.ac.uk) reveals that mutation of FVIII can occur on a single amino acid at more than 200 sites, and the mutated FVIII is partially or completely non-functioning. Therefore, loss of FVIII activity in vitro could result from a modification of a critical sequence or even a single amino acid. Therefore, complete delineation of FVIII inactivation mechanism is a daunting task.

## 5. Conclusions

Although significant progress has been made in the past several decades in understanding FVIII structure and stability, our knowledge can be enhanced by further investigations. The major areas of future research include: (1) evaluation of the high-resolution three-dimensional structure of the protein and the ternary pre-coagulant complex; (2) stabilization mechanism of FVIII in both the liquid and solid states, and (3) the role of the multiple mechanisms that appear to be involved in degradation of the co-factor both in vivo and in vitro. Through further efforts, we may achieve the goal of developing a more stable, convenient, economical, and safe FVIII product to further improve the quality of life for hemophilia patients.

## Acknowledgements

We are very grateful to Dr. Sheryl Martin-Moe for her critical review of the manuscript and her support of the FVIII project.

## References

Anchordoquy, T.J., Carpenter, J.F., 1996. Polymers protect lactate dehydrogenase during freeze-drying by inhibiting dissociation in the frozen state. Arch. Biochem. Biophys. 332, 231–238.

Austen, D.E., 1970. Thiol groups in the blood clotting action of factor VIII. Br. J. Haematol. 19, 477–484.

Bajaj, S.P., Schmidt, A.E., Mathur, A., Padmanabhan, K., Zhong, D., Mastri, M., Fay, P.J., 2001. Factor IXa:factor VIIIa interaction. Helix 330–338 of factor IXa interacts with residues 558–565 and spatially adjacent regions of the a2 subunit of factor VIIIa. J. Biol. Chem. 276, 16302–16309.

Bardelle, C., Furie, B., Furie, B.C., Gilbert, G.E., 1993. Membrane-binding kinetics of factor VIII concentrate prepared for continuous infusion administration. Am. J. Hematol. 62, 13–18.

Barrowcliffe, T., 1994. Potency issues with recombinant factor VIII. Ann. Hematol. 68, S89–S91.

Belgaumi, A.F., Patrick, C.C., Deitcher, S.R., 1999. Stability and sterility of a recombinant factor VIII concentrate prepared for continuous infusion administration. Am. J. Hematol. 62, 13–18.

Besman, M., Bjornson, E., Jameel, F., Ramesh, K., Pikal M., Carpenter, J., 2000. Novel albumin-free factor VIII formulations. International patent, WO 00/48635.

Bihoreau, N., Fontaine-Aupart, M.P., Lehegarat, A., Desmadril, M., Yon, J.M., 1992. First determination of the secondary structure of purified factor VIII light chain. Biochem. J. 288, 35–40.

Bihoreau, N., Paolantonacci, P., Bardelle, C., Fontaine-Aupart, M.P., Krishnan, S., Yon, J., Romet-Lemonne, J.L., 1991. Structural and functional characterization of factor VIII-delta II, a new recombinant factor VIII lacking most of the B-domain. Biochem. J. 277, 23–31.

Bihoreau, N., Pin, S., de Kersabiec, A.M., Vidot, F., Fontaine-Aupart, M.P., 1994. Copper-atom identification in the active and inactive forms of plasma-derived FVIII and recombinant FVIII-delta II. Eur. J. Biochem. 222, 41–48.

Broden, K., Brown, J.E., Carton, C., Andersson, L.O., 1983. Effect of phospholipid on factor VIII coagulant activity and coagulant antigen. Thromb. Res. 30, 651–660.

Brodniewicz-Proba, T., Beauregard, D., 1987. Modified glycine precipitation technique for the preparation of factor VIII concentrate of high-purity and high-stability. Vox. Sang. 52, 10–14.

Chang, B.S., Reeder, G., Carpenter, J.F., 1996. Development of a stable freeze-dried formulation of recombinant human interleukin-1 receptor antagonist. Pharm. Res. 13, 243–249.

Cumming, A.M., Wensley, R.T., Power, D.M., Delamore, I.W., 1987. The influence of anticoagulant on the in vitro level and stability of factor VIII procoagulant activity. Thromb. Res. 46, 391–395.

Curtis, J.E., Helgerson, S.L., Parker, E.T., Lollar, P., 1994. Isolation and characterization of thrombin-activated human factor VIII. J. Biol. Chem. 269, 6246–6251.

De Bernardez Clark, E., Schwarz, E., 1999. Rudolph R Inhibition of aggregation side reactions during in vitro protein folding. Methods Enzymol. 309, 217–236.

DiMichele, D.M., Lasak, M.E., Miller, C.H., 1996. In vitro factor VIII recovery during the delivery of ultrapure factor VIII concentrate by continuous infusion. Am. J. Hematol. 51, 99–103.

Donath, M.S., Lenting, P.J., van Mourik, J.A., Mertens, K., 1995. The role of cleavage of the light chain at positions Arg1689 or Arg1721 in subunit interaction and activation of human blood coagulation factor VIII. J. Biol. Chem. 270, 3648–3655.

Duffy, E.J., Parker, E.T., Mutucumarana, V.P., Johnson, A.E., Lollar, P., 1992. Binding of factor VIIIa and factor VIII to factor IXa on phospholipid vesicles. J. Biol. Chem. 267, 17006–17011.

Eaton, D., Rodriguez, H., Vehar, G.A., 1986. Proteolytic processing of human factor VIII. Correlation of specific cleavages by thrombin, factor Xa, and activated protein C with activation and inactivation of factor VIII coagulant activity. Biochemistry 25, 505–512.

Eaton, D.L., Wood, W.I., Eaton, D., Hass, P.E., Hollingshead, P., Wion, K., Mather, J., Lawn, R.M., Vehar, G.A., Gorman, C., 1986. Construction and characterization of an active factor VIII variant lacking the central one-third of the molecule. Biochemistry 25, 8343–8347.

Eaton, D.L., Hass, P.E., Riddle, L., Mather, J., Wiebe, M., Gregory, T., Vehar, G.A., 1987. Characterization of recombinant human factor VIII. J. Biol. Chem. 262, 3285–3290.

Fatouros, A., Osterberg, T., Mikaelsson, M., 1997a. Recombinant factor VIII SQ—influence of oxygen, metal ions, pH and ionic strength on its stability in aqueous solution. Int. J. Pharm. 155, 121–131.

Fatouros, A., Osterberg, T., Mikaelsson, M., 1997b. Recombinant factor VIII SQ—inactivation kinetics in aqueous solution and the influence of disaccharides and sugar alcohols. Pharm. Res. 14, 1679–1684.

Fatouros, A., Liden, Y., Sjostrom, B., 2000. Recombinant factor VIII SQ—stability of VIII:C in homogenates from porcine, monkey and human subcutaneous tissue. J. Pharm. Pharmacol. 52, 797–805.

Fatouros, A., Sjostrom, B., 2000. Recombinant factor VIII SQ—the influence of formulation parameters on structure and surface adsorption. Int. J. Pharm. 194, 69–79.

Fay, P.J., 1993. Factor VIII structure and function. Thromb. Haemost. 70, 63–67.

Fay, P.J., Koshibu, K., 1998. The A2 subunit of factor VIIIa modulates the active site of factor IXa. J. Biol. Chem. 273, 19049–19054.

Fay, P.J., Anderson, M.T., Chavin, S.I., Marder, V.J., 1986. The size of human factor VIII heterodimers and the effects produced by thrombin. Biochim. Biophys. Acta 871, 268–278.

Fay, P.J., Coumans, J.V., Walker, F.J., 1991a. von Willebrand factor mediates protection of factor VIII from activated protein C-catalyzed inactivation. J. Biol. Chem. 266, 2172–2177.

Fay, P.J., Haidaris, P.J., Smudzin, T.M., 1991b. Human factor VIIIa subunit structure. Reconstruction of factor VIIIa from the isolated A1/A3-C1-C2 dimer and A2 subunit. J. Biol. Chem. 266, 8957–8962.

Fay, P.J., Smudzin, T.M., Walker, F.J., 1991c. Activated protein C-catalyzed inactivation of human factor VIII and factor VIIIa. Identification of cleavage sites and correlation of proteolysis with co-factor activity. J. Biol. Chem. 266, 20139–20145.

Fay, P.J., Haidaris, P.J., Huggins, C.F., 1993. Role of the COOH-terminal acidic region of A1 subunit in A2 subunit retention in human factor VIIIa. J. Biol. Chem. 268, 17861–17866.

Fay, P.J., Beattie, T., Huggins, C.F., Regan, L.M., 1994. Factor VIIIa A2 subunit residues 558–565 represent a factor IXa interactive site. J. Biol. Chem. 269, 20522–20527.

Fay, P.J., Koshibu, K., Mastri, M., 1999. The A1 and A2 subunits of factor VIIIa synergistically stimulate factor IXa catalytic activity. J. Biol. Chem. 274, 15401–15406.

Fay, P.J., Mastri, M., Koszelak, M.E., 2001. Factor VIIIa co-factor activity shows enhanced ionic strength sensitivity in the absence of phospholipid. Biochim. Biophys. Acta 1548, 159–168.

Fink, A.L., 1998. Protein aggregation: folding aggregates, inclusion bodies and amyloid. Fold Des. 3, R9–R23.

Foster, P.R., Dickson, I.H., McQuillan, T.A., Prowse, C.V., Boulton, F.E., Greedharry, P., Bloom, A.L., 1988. Studies on the stability of VIII:C during the manufacture of a factor VIII concentrate for clinical use. Vox. Sang. 55, 81–89.

Fowler, W.E., Fay, P.J., Arvan, D.S., Marder, V.J., 1990. Electron microscopy of human factor V and factor VIII: correlation of morphology with domain structure and localization of factor V activation fragments. Proc. Natl. Acad. Sci. U.S.A. 87, 7648–7652.

Gallo-Penn, A.M., Shirley, P.S., Andrews, J.L., Tinlin, S., Webster, S., Cameron, C., Hough, C., Notley, C., Lillicrap, D., Kaleko, M., Connelly, S., 2001. Systemic delivery of an adenoviral vector encoding canine factor VIII results in short-term phenotypic correction, inhibitor development, and biphasic liver toxicity in hemophilia A dogs. Blood 97, 107–113.

Gilbert, G.E., Furie, B.C., Furie, B., 1990. Binding of human factor VIII to phospholipid vesicles. J. Biol. Chem. 265, 815–822.

Gilles, J.G., di Giambattista, M., Laub, R., Saint-Remy, J.M., 1997. Heating lyophilised factor VIII does not alter its recognition by specific antibodies. Vox. Sang. 73, 16–23.

Gitschier, J., Wood, W.I., Goralka, T.M., Wion, K.L., Chen, E.Y., Eaton, D.H., Vehar, G.A., Capon, D.J., Lawn, R.M., 1984. Characterization of the human factor VIII gene. Nature 312, 326–330.

Grillo, A.O., Edwards, K.L., Kashi, R.S., Shipley, K.M., Hu, L., Besman, M.J., Middaugh, C.R., 2001. Conformational origin of the aggregation of recombinant human factor VIII. Biochemistry 40, 586–595.

Ha, E., Wang, W., Wang, Y.J., 2002. Peroxide formation in polysorbate 80 and protein stability. J. Pharm. Sci. 91, 2252–2264.

Hovorka, S., Schoneich, C., 2001. Oxidative degradation of pharmaceuticals: theory, mechanisms and inhibition. J. Pharm. Sci. 90, 253–269.

Hurst, D., Zabor, S., Malianni, D., Miller, D., 1998. Evaluation of recombinant factor VIII (Kogenate®) stability for continuous

infusion using a minipump infusion device. Haemophilia 4, 785–789.

Hynes, H.E., Owen Jr., C.A., Bowie, E.J., Thompson Jr., J.H., 1969. Citrate stabilization of chromatographically purified factor 8. Blood 34, 601–609.

Jacquemin, M.G., Saint-Remy, J.M., 1998. Factor VIII immunogenicity. Haemophilia 4, 552–557.

Kemball-Cook, G., Barrowcliffe, T.W., 1992. Interaction of factor VIII with phospholipids: role of composition and negative charge. Thromb. Res. 67, 57–71.

Kjalke, M., Heding, A., Talbo, G., Persson, E., Thomsen, J., Ezban, M., 1995. Amino acid residues 721–729 are required for full factor VIII activity. Eur. J. Biochem. 234, 773–779.

Krachmalnicoff, A., Thomas, D.P., 1983. The stability of factor VIII in heparinized plasma. Thromb. Haemost. 49, 224–227.

Kumar, H.P., Hague, C., Haley, T., Starr, C.M., Besman, M.J., Lundblad, R.L., Baker, D., 1996. Elucidation of N-linked oligosaccharide structures of recombinant human factor VIII using fluorophore-assisted carbohydrate electrophoresis. Biotechnol. Appl. Biochem. 24, 207–216.

Lenting, P.J., Donath, M.J., van Mourik, J.A., Mertens, K., 1994. Identification of a binding site for blood coagulation factor IXa on the light chain of human factor VIII. J. Biol. Chem. 269, 7150–7155.

Lenting, P.J., van Mourik, J.A., Mertens, K., 1998. The life cycle of coagulation factor VIII in view of its structure and function. Blood 92, 3983–3996.

Leyte, A., Verbeet, M.P., Brodniewicz-Proba, T., van Mourik, J.A., Mertens, K., 1989. The interaction between human blood-coagulation factor VIII and von Willebrand factor. Characterization of a high-affinity binding site on factor VIII. Biochem. J. 257, 679–683.

Lollar, P., 1995. Structure and function of Factor VIII. Adv. Exp. Med. Biol. 386, 3–17.

Lollar, P., Parker, E.T., Fay, P.J., 1992. Coagulant properties of hybrid human/porcine factor VIII molecules. J. Biol. Chem. 267, 23652–23657.

Lollar, P., Fay, P.J., Fass, D.N., 1993. Factor VIII and factor VIIIa. Methods Enzymol. 222, 128–143.

Ludlam, C.A., Lowe, G.D., Mayne, E.E., 1995. A pharmacokinetic study of an ion-exchange solvent-detergent-treated high-purity factor VIII concentrate. Haemophilia Directors for Scotland and Northern Ireland. Trans. Med. 5, 289–292.

Maillard, B., Ingold, K.U., Scaiano, J.C., 1983. Rate constants for the reactions of free radicals with oxygen in solution. J. Am. Chem. Soc. 105, 5095–5099.

Manning, F., Fagain, C.O., O'Kennedy, R., Woodhams, B., 1995. Effects of chemical modifiers on recombinant factor VIII activity. Thromb. Res. 80, 247–254.

Margolis, J., Eisen, M., 1984. Stabilising effect of amino acids on factor VIII in lyophilised cryoprecipitate. Lancet 2, 1345.

Martinowitz, U., 1994. Stability of factor VIII preparation in continuous infusion. Ann. Hematol. 68, S69–S71.

McLeod, A.G., Walker, I.R., Zheng, S., Hayward, C.P., 2000. Loss of factor VIII activity during storage in PVC containers due to adsorption. Haemophilia 6, 89–92.

McMullen, B.A., Fujikawa, K., Davie, E.W., Hedner, U., Ezban, M., 1995. Locations of disulfide bonds and free cysteines in the heavy and light chains of recombinant human factor VIII (antihemophilic factor A). Protein Sci. 4, 740–746.

Mikaelsson, M.E., Forsman, N., Oswaldsson, U.M., 1983. Human factor VIII: a calcium-linked protein complex. Blood 62, 1006–1015.

Morgenthaler, J.J., Zuber, T., Friedli, H., 1985. Influence of heparin and calcium chloride on assay, stability, and recovery of factor VIII. Vox. Sang. 48, 8–17.

O'Brien, L.M., Medved, L.V., Fay, P.J., 1995. Localization of factor IXa and factor VIIIa interactive sites. J. Biol. Chem. 270, 27087–27092.

Osterberg, T., Fatouros, A., 1994. Oxygen-reduced aqueous solution of factor VIII. International patent, WO94/26286.

Osterberg, T., Fatouros, A., 1996. Protein formulation comprising coagulation factor VIII or factor IX in an aqueous solution. International patent, WO96/30041.

Osterberg, T., Fatouros, A., 1998. Composition comprising coagulation factor VIII formulations, process for its preparation and use of a surfactant as stabilizer. US patent.

Osterberg, T., Fatouros, A., 1999. Composition comprising coagulation factor FVIII formulation, process for its preparation and use of a surfactant as stabilizer. US Patent, 5919766.

Osterberg, T., Wadsten, T., 1999. Physical state of L-histidine after freeze-drying and long-term storage. Eur. J. Pharm. Sci. 8, 301–308.

Osterberg, T., Fatouros, A., Mikaelsson, M., 1997. Development of freeze-dried albumin-free formulation of recombinant factor VIII SQ. Pharm. Res. 14, 892–898.

Osterberg, T., Fatouros, A., Neidhardt, E., Warne, N., Mikaelsson, M., 2001. B-domain-deleted recombinant factor VIII formulation and stability. Semin. Hematol. 38, 40–43.

Pan, Y., DeFay, T., Gitschier, J., Cohen, F.E., 1995. Proposed structure of the A domains of factor VIII by homology modelling. Nat. Struct. Biol. 2, 740–744.

Parti, R., Ardosa, J., Yang, L., Mankarious, S., 2000. In vitro stability of recombinant human factor VIII (Recombinate). Haemophilia 6, 513–522.

Peake, I.R., 1995. The molecular biology of heamophilia. Dev. Hematol. Immunol. 30, 3–9.

Pemberton, S., Lindley, P., Zaitsev, V., Card, G., Tuddenham, E.G., Kemball-Cook, G., 1997. A molecular model for the triplicated A domains of human factor VIII based on the crystal structure of human ceruloplasmin. Blood 89, 2413–2421.

Pepper, M.D., Learoyd, P.A., Rajah, S.M., 1978. Plasma factor VIII, variables affecting stability under standard blood bank conditions and correlation with recovery in concentrates. Transfusion 18, 756–760.

Persson, E., Ezban, M., Shymko, R.M., 1995. Kinetics of the interaction between the human factor VIIIa subunits: effects of pH, ionic strength, $Ca^{2+}$ concentration, heparin, and activated protein C-catalyzed proteolysis. Biochemistry 34, 12775–12781.

Pipe, S.W., Kaufman, R.J., 1997. Characterization of a genetically engineered inactivation-resistant coagulation factor VIIIa. Proc. Natl. Acad. Sci. U.S.A. 94, 11851–11856.

Pittman, D.D., Wang, J.H., Kaufman, R.J., 1992. Identification and functional importance of tyrosine sulfate residues within recombinant factor VIII. Biochemistry 31, 3315–3325.

Pittman, D.D., Alderman, E.M., Tomkinson, K.N., Wang, J.H., Giles, A.R., Kaufman, R.J., 1993. Biochemical, immunological, and in vivo functional characterization of B-domain-deleted factor VIII. Blood 81, 2925–2935.

Pittman, D.D., Tomkinson, K.N., Kaufman, R.J., 1994. Post-translational requirements for functional factor V and factor VIII secretion in mammalian cells. J. Biol. Chem. 269, 17329–17337.

Pratt, K.P., Shen, B.W., Takeshima, K., Davie, E.W., Fujikawa, K., Stoddard, B.L., 1999. Structure of the C2-domain of human factor VIII at 1.5 Å resolution. Nature 402, 439–442.

Raut, S., Weller, L., Barrowcliffe, T.W., 1999. Phospholipid binding of factor VIII in different therapeutic concentrates. Br. J. Haematol. 107, 323–329.

Regan, L.M., Lamphear, B.J., Huggins, C.F., Walker, F.J., Fay, P.J., 1994. Factor IXa protects factor VIIIa from activated protein C. Factor IXa inhibits activated protein C-catalyzed cleavage of factor VIIIa at Arg562. J. Biol. Chem. 269, 9445–9452.

Regan, L.M., O'Brien, L.M., Beattie, T.L., Sudhakar, K., Walker, F.J., Fay, P.J., 1996. Activated protein C-catalyzed proteolysis of factor VIIIa alters its interactions within factor Xase. J. Biol. Chem. 271, 3982–3987.

Sadler, J.E., 1998. Biochemistry and genetics of von Willebrand factor. Annu. Rev. Biochem. 67, 395–424.

Saenko, E.L., Scandella, D., 1997. The acidic region of the factor VIII light chain and the C2-domain together form the high-affinity binding site for von Willebrand factor. J. Biol. Chem. 272, 18007–18014.

Saenko, E.L., Shima, M., Rajalakshmi, K.J., Scandella, D., 1994. A role for the C2-domain of factor VIII in binding to von Willebrand factor. J. Biol. Chem. 269, 11601–11605.

Sandberg, H., Lind, P., Spira, J., 1991. Characteristics of a new recombinant factor VIII derivative. Thromb. Haemost. 65, 942.

Sandberg, H., Almstedt, A., Brandt, J., Gray, E., Holmquist, L., Oswaldsson, U., Sebring, S., Mikaelsson, M., 2001. Structural and functional characteristics of the B-domain-deleted recombinant factor VIII protein, rVIII SQ. Thromb. Haemost. 85, 93–100.

Saxena, S., Odono, V., Francis Jr., R., Shulman, I.A., 1991. Storage of thawed cryoprecipitated AHF is better at room temperature than at 1 degree C to 6 degrees C for factor VIII content. Arch. Pathol. Lab. Med. 115, 343–345.

Schulman, S., Gitel, S., Martinowitz, U., 1994. Stability of factor VIII concentrates after reconstitution. Am. J. Hematol. 45, 217–223.

Severs, J.C., Carnine, M., Eguizabal, H., Mock, K.K., 1999. Characterization of tyrosine sulfate residues in antihemophilic recombinant factor VIII by liquid chromatography electrospray ionization tandem mass spectrometry and amino acid analysis. Rapid Commun. Mass Spectrom. 13, 1016–1023.

Stief, T.W., Kurz, J., Doss, M.O., Fareed, J., 2000. Singlet oxygen inactivates fibrinogen, factor V, factor VIII, factor X, and platelet aggregation of human blood. Thromb. Res. 97, 473–480.

Stoilova-McPhie, S., Villoutreix, B.O., Mertens, K., Kemball-Cook, G., Holzenburg, A., 2002. 3-Dimensional structure of membrane-bound coagulation factor VIII: modeling of the factor VIII heterodimer within a 3-dimensional density map derived by electron crystallography. Blood 99, 1215–1223.

Stoylova, S.S., Lenting, P.J., Kemball-Cook, G., Holzenburg, A., 1999. Electron crystallography of human blood coagulation factor VIII bound to phospholipid monolayers. J. Biol. Chem. 274, 36573–36578.

Sudhakar, K., Fay, P.J., 1996. Exposed hydrophobic sites in factor VIII and isolated subunits. J. Biol. Chem. 271, 23015–23021.

Sudhakar, K., Fay, P.J., 1998a. Effects of copper on the structure and function of factor VIII subunits: evidence for an auxiliary role for copper ions in co-factor activity. Biochemistry 37, 6874–6882.

Sudhakar, K., Fay, P.J., 1998b. Effects of copper on the structure and function of factor VIII subunits: evidence for an auxiliary role for copper ions in co-factor activity. Biochemistry 37, 6874–6882.

Tagliavacca, L., Moon, N., Dunham, W.R., Kaufman, R.J., 1997. Identification and functional requirement of Cu(I) and its ligands within coagulation factor VIII. J. Biol. Chem. 272, 27428–27434.

Thomas, K.B., Urbancik, W., Turecek, P.L., Gritsch, H., Schreiber, J., Weber, A., Schonhofer, W., Strauss, M., Linnau, Y., Schoppmann, A., 1999. Continuous infusion of FVIII and FIX concentrates: in vitro analysis of clinically relevant parameters. Haemophilia 5, 17–25.

Vehar, G.A., Keyt, B., Eaton, D., Rodriguez, H., O'Brien, D.P., Rotblat, F., Oppermann, H., Keck, R., Wood, W.I., Harkins, R.N., et al., 1984. Structure of human factor VIII. Nature 312, 337–342.

Vlot, A.J., Koppelman, S.J., van den Berg, M.H., Bouma, B.N., Sixma, J.J., 1995. The affinity and stoichiometry of binding of human factor VIII to von Willebrand factor. Blood 85, 3150–3157.

Wakabayashi, H., Koszelak, M.E., Mastri, M., Fay, P.J., 2001. Metal ion-independent association of factor VIII subunits and the roles of calcium and copper ions for co-factor activity and inter-subunit affinity. Biochemistry 40, 10293–10300.

Walker, F.J., Scandella, D., Fay, P.J., 1990. Identification of the binding site for activated protein C on the light chain of factors V and VIII. J. Biol. Chem. 265, 1484–1489.

Wang, W., Kelner, D., 2003. Correlation of rFVIII inactivation with aggregation in solution. Pharm. Res. 20, 693–700.

Weiss, H.J., 1965. A study of the cation- and pH-dependent stability of factors V and VIII in plasma. Thromb. Diath. Haemorrh. 14, 32–51.

Wise, R.J., Dorner, A.J., Krane, M., Pittman, D.D., Kaufman, R.J., 1991. The role of von Willebrand factor multimers and propeptide cleavage in binding and stabilization of factor VIII. J. Biol. Chem. 266, 21948–21955.

Wolf, P., 1959. Studies of temperature and pH stability of human antihemohilic factor in plasma and in concentrate. Br. J. Haematol. 5, 169–176.

Wood, W.I., Capon, D.J., Simonsen, C.C., Eaton, D.L., Gitschier, J., Keyt, B., Seeburg, P.H., Smith, D.H., Hollingshead, P., Wion, K.L., et al., 1984. Expression of active human factor VIII from recombinant DNA clones. Nature 312, 330–337.

Woodhams, B., Girardot, O., Blanco, M., Colesse, G., Gourmelin, Y., 2001. Stability of coagulation proteins in frozen plasma. Blood Coagul. Fibrinolysis 12, 229–236.

# TAB 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BAXALTA INCORPORATED, | ) | |
| BAXALTA US INC. and | ) | |
| NEKTAR THERAPEUTICS, | ) | |
| | ) | |
| Plaintiffs and | ) | |
| Counterclaim Defendants, | ) | C.A. No. 17-1316 (RGA) |
| | ) | CONSOLIDATED |
| v. | ) | |
| | ) | **HIGHLY CONFIDENTIAL** |
| BAYER HEALTHCARE LLC, | ) | |
| | ) | |
| Defendant and | ) | |
| Counterclaim Plaintiff. | ) | |

**DECLARATION OF LAUREN CRANFORD KATZEFF
IN SUPPORT OF BAYER HEALTHCARE LLC'S
ANSWERING CLAIM CONSTRUCTION BRIEF**

I, Lauren Cranford Katzeff, Esq., hereby state and declare as follows:

1.      I am an attorney at the law firm of Sidley Austin LLP and serve as counsel for Defendant Bayer HealthCare LLC.  I am over 18 years of age and competent to testify as to the matters set forth herein.  I am providing this declaration in support of Bayer's Answering Claim Construction Brief.

2.      Attached as Exhibit 1 are excerpts from the transcript of the June 13, 2018 deposition of Nektar witness Mary J. Bossard, Ph.D. in *Bayer HealthCare LLC v. Baxalta Inc.*, C.A. No. 16-1122-RGA (D. Del.).

3.      Attached as Exhibit 2 are excerpts from the transcript of the June 20, 2018 Rule 30(b)(6) deposition of Nektar witness Ping Zhang, in *Bayer HealthCare LLC v. Baxalta Inc.*, C.A. No. 16-1122-RGA (D. Del.).

4.      Attached as Exhibit 3 are excerpts from the transcript of the October 23, 2014 Rule 30(b)(6) deposition of Nektar witness Mark E. Wilson, from *In re Application of*

*Bayer Healthcare LLC*,   C.A.   No.   14-mc-80138–WHA   (N.D.   Cal.),   produced   at
BAYER0210225-467.

       5.       Attached as Exhibit 4 are excerpts from the transcript of the October 5,
2018 expert deposition of Samuel Zalipsky, Ph.D., in *Bayer HealthCare LLC v. Baxalta Inc.*,
C.A. No. 16-1122-RGA (D. Del.).

I declare under penalty of perjury that the forgoing is true and correct.


Dated: November 9, 2018                      /s/ *Lauren Cranford Katzeff*
                                        Lauren Cranford Katzeff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused copies of the foregoing document to be served on

November 9, 2018, upon the following in the manner indicated:

Frederick L. Cottrell, III, Esquire                              *VIA ELECTRONIC MAIL*
Kelly E. Farnan, Esquire
Jason J. Rawnsley, Esquire
Nicole K. Pedi, Esquire
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE  19801
*Attorneys for Plaintiffs*

Edgar H. Haug, Esquire                                          *VIA ELECTRONIC MAIL*
Porter F. Fleming, Esquire
Sandra Kuzmich, Ph.D.
Angus Chen, Ph.D.
Richard F. Kurz, Esquire
Erica V. Selli, Esquire
HAUG PARTNERS LLP
745 Fifth Avenue
New York, NY  10151
*Attorneys for Plaintiffs*

Joshua Barlow, Esquire                                          *VIA ELECTRONIC MAIL*
HAUG PARTNERS LLP
One Post Office Square
Boston, MA  02109
*Attorneys for Plaintiffs*

*/s/ Rodger D. Smith II*
_____

Rodger D. Smith II (#3778)

EXHIBITS 1-4

**REDACTED IN THEIR ENTIRETY**

# TAB 4

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | |
| BAXALTA INC., BAXALTA US INC., and | ) | |
| NEKTAR THERAPEUTICS, | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. 17-1316-RGA |
| | ) | (CONSOLIDATED) |
| v. | ) | |
| | ) | **HIGHLY CONFIDENTIAL** |
| BAYER HEALTHCARE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

# DECLARATION OF LOREN D. WALENSKY, M.D./PH.D. IN SUPPORT OF PLAINTIFFS' REPLY CLAIM CONSTRUCTION BRIEF

# TABLE OF CONTENTS

I.  INTRODUCTION ..................................................................................................1

II.  LEGAL BACKGROUND ......................................................................................1

III.  PERSON OF ORDINARY SKILL IN THE ART....................................................3

IV.  SUMMARY OF OPINIONS .................................................................................3

V.  SUMMARY OF THE PROSECUTION HISTORY EVENTS
    RELEVANT TO THE DISPUTED CLAIM CONSTRUCTIONS ...................................5

    A.  Prosecution of the '223 Patent .................................................................7

    B.  Prosecution of the Patents Containing the Cysteine-Modification
        Claim Terms: the '421 patent, the '102 patent, the '259 patent, and
        the '831 patent..........................................................................................9

        1.  Prosecution of the '421 patent .................................................10

        2.  Prosecution of the '102 patent, the '259 patent, and the
            '831 patent .................................................................................13

VI.  CLAIM CONSTRUCTION....................................................................................13

    A.  The Factor VIII Claim Terms ...................................................................13

    B.  The Elements of the "selected from the group consisting of" Claim
        Term:  the "B-domain deleted Factor VIII" Element ...........................21

    C.  Cysteine-Modification Claim Terms .......................................................26

    D.  "In-vitro activity" Claim Terms...............................................................32

VII.  CONCLUSION......................................................................................................36

## I.     INTRODUCTION

1.     I, Dr. Loren David Walensky, submitted a Declaration in support of Plaintiffs'

Opening Claim Construction Brief on October 12, 2018 ("Opening Decl.").  My background,

qualifications, and materials reviewed for the purpose of claim construction analysis are included

in my Opening Declaration.  For the purposes of this Declaration, I have also reviewed

Defendant Bayer Healthcare LLC's Answering Claim Construction Brief ("Bayer's Answering

Brief") and the Expert Declaration of Jeffrey R. Ravetch, M.D., Ph.D. in Support of Bayer's

Answering Claim Construction Brief ("Ravetch Decl.") in addition to the materials cited herein.

I hereby incorporate the entirety of my Opening Declaration and Exhibits by reference.

## II.     LEGAL BACKGROUND

2.     As set forth in my Opening Declaration, Counsel has informed me of the key

legal principles that apply in the context of claim construction.  I incorporate by reference my

understanding of the prior legal standards as informed by Counsel.  (*See* Opening Decl. ¶¶ 20-

24.)

3.     I reiterate that my opinion of the proper construction of the claim terms presented

below were informed by the entirety of the specification and file histories of the Bossard

Patents—including the prior art references cited within—and that this is proper under the legal

principles of which Counsel has informed me.  I understand from Counsel that some of the legal

principles that Dr. Ravetch included in his declaration are incomplete and/or incorrect.

4.     Throughout his declaration, Dr. Ravetch fails to account for the entirety of the

intrinsic record.  Dr. Ravetch narrowly focuses only on the "common specification" and ignores

the prior art references cited on the face of and in the Bossard Patents, as well as in the

prosecution histories, including support for Plaintiffs' proposed constructions.  I understand that

the disclosure of these prior art references is intrinsic evidence to the Bossard Patents and highly relevant to the meaning of the disputed claim terms.

5.      Throughout his declaration, Dr. Ravetch also narrowly limits the proposed constructions to an example in the specification.  I understand from Counsel that limiting a construction to a proposed example is improper in claim construction.

6.      Throughout his declaration, Dr. Ravetch also suggests that the Applicants narrowed the claims in a manner that excludes certain subject matter from the scope of the claims.  I understand from Counsel that for disclaimer to apply, the statements must be clear and unmistakable.  Neither Dr. Ravetch nor Bayer have identified any such statements that meet this standard.

7.      Throughout his declaration, Dr. Ravetch states that the Applicants defined claim terms in a manner that overrides the plain and ordinary meaning of a claim term.  I have been informed by Counsel that a patentee may act as his own lexicographer if the patentee specifically redefines a claim term contrary to its ordinary meaning.  Based on my review of the intrinsic record and my understanding of the art, the patentees did not clearly define claim terms in a manner intended to take the place of their common meaning.

8.      I understand that claims must be construed based on the understanding of a person of ordinary skill in the art ("POSA") at the time of the effective filing date.  I understand that Dr. Ravetch has utilized the same date effective filing date for the subject matter claimed by the Bossard Patents as I provided in my Opening Declaration.  (Ravetch Decl. ¶ 2 n.2 ("I have been asked to assume for the purposes of this declaration that the effective filing date of the subject matter claimed in the Patents in Suit is February 26, 2003."); *see also* Ravetch Decl. ¶ 17.)

### III.   PERSON OF ORDINARY SKILL IN THE ART

9.      I understand that Dr. Ravetch proposed a definition for a POSA as an individual having "a Ph.D. in biochemistry, molecular biology, or a comparable discipline, and two years of post-doctoral or work experience.  The person of ordinary skill would have had familiarity, gained through study, training, or experience, with therapeutic proteins, including their synthesis and modification."  (Ravetch Decl. ¶ 18.)

10.     It appears that Dr. Ravetch has proposed a level of skill for a POSA that is higher than—but overlaps with—my proposed definition.  (*Compare* Ravetch Decl. ¶ 18, *with* Opening Decl. ¶ 25.)  Thus, my opinion regarding the proper constructions of the disputed claim terms would not change under Dr. Ravetch's definition of a POSA.

### IV.   SUMMARY OF OPINIONS

11.     My opinions have not changed after reviewing Dr. Ravetch's Declaration, and I incorporate by reference my Summary of Opinions from my Opening Declaration.  I disagree with Dr. Ravetch's opinions that a POSA would understand the terms of the Bossard Patents in accordance with Bayer's proposed constructions.

12.     As an initial matter, I disagree with Dr. Ravetch's mischaracterization of Plaintiffs' proposed constructions.  Dr. Ravetch incorrectly asserts that only now have Plaintiffs "proposed constructions for those claim terms in their opening claim construction brief." (Ravetch Decl. ¶ 19.)  I understand that Plaintiffs initially proposed that none of the claim terms in the Bossard Patents required construction and reserved the right to do so in response to any

3

proposed construction by Bayer.[1]  I also understand that Plaintiffs provided proposed constructions for all of the proposed claim terms in a joint document submitted to the Court on September 14, 2018.  (Joint Claim Construction Chart, D.I. 82.)   I further understand that Plaintiffs proposed that certain terms should be construed according to their "plain and ordinary meaning," and previously explained their positions to Bayer before the filing of this document with the Court.

13.     I disagree with Dr. Ravetch's repeated attempts to improperly narrow the scope of the disputed claims of the Bossard Patents.  Dr. Ravetch's interpretation of the specification and file histories, as well as Bayer's proposed constructions are not consistent with how the claims, specification, or file histories (including the references contained within) would be understood by a POSA—namely, that:

- A POSA would not read "Factor VIII moiety," "Factor VIII polypeptide" and/or "Factor VIII moiety polypeptide" ("the Factor VIII-related claim terms") as "a factor VIII corresponding to a native sequence and having factor VIII activity." There is no basis in the intrinsic record to limit the Factor VIII claim terms to a native sequence, as the intrinsic record supports that muteins and methods of making muteins, such as cysteine muteins, are adequately described by the specification based on techniques known by a POSA.  The specification uses terminology that a POSA would understand is directed to Factor VIII muteins (e.g., "variants" and modified"), and also discusses recombinant technology that would be applied to create muteins and non-native Factor VIII (e.g., fusion proteins).  Further, the prosecution history confirms that the Factor VIII claim terms include muteins, as the Applicants amended the claims to maintain coverage of "fragments" and "variants" having Factor VIII activity.  This is also supported by the fact that claims directed to B-domain deleted Factor VIII— which are known as deletion variants of Factor VIII—were allowed.

---

[1] I have been informed by counsel that Bayer took the same approach in a co-pending litigation between the parties concerning U.S. Patent No. 9,364,520.  I understand that Bayer initially asserted that no claim terms or phrases required construction, but then later proposed constructions for claim terms identified by Baxalta Inc., Baxalta US Inc., and Nektar Therapeutics that required construction.

- A POSA would not read the "B-domain deleted Factor VIII" element of "selected from the group consisting of" claim term as a "factor VIII protein having SEQ ID NO: 1 with a deletion corresponding to at least 581 amino acids within the region between $Arg^{759}$ and $Ser^{1709}$ and has factor VIII activity." There is nothing in the intrinsic record that supports overriding the plain and ordinary meaning of B-domain deleted Factor VIII, i.e., all or part of the B-domain is deleted. Bayer's proposed construction is improper because it seeks to limit the construction of this term to an example in the specification.

- A POSA would not read the "cysteine-residue related claim terms"[2] as containing a temporal requirement, such that the Factor VIII polypeptide can only be modified "after expression." There is nothing in the intrinsic record that supports Bayer's requirement. The prosecution history supports the fact that a POSA had the requisite level of skill and knowledge to know that muteins (e.g., cysteine muteins) and methods of making those muteins are adequately described by the specification. Further, Bayer's assertion that an amino acid can be inserted into or added to the expressed Factor VIII molecule by chemical means is contrary to the techniques known in the art.

- A POSA would not read the "in-vitro activity claim terms"[3] to require an activity comparison that is limited to the same polypeptide in unPEGylated form. A POSA would understand that the activity of the unPEGylated conjugate is one— but not the only—comparator. The intrinsic record does not support such a requirement. Rather, the intrinsic record supports comparisons to the Factor VIII polypeptides disclosed by the specification, e.g., native or mutated forms of full-length Factor VIII or B-domain deleted Factor VIII, among others. This would allow a POSA to make informed comparisons regarding in-vitro activities relative to Factor VIII standards and/or Factor VIII products already on the market.

## V.     SUMMARY OF THE PROSECUTION HISTORY EVENTS RELEVANT TO THE DISPUTED CLAIM CONSTRUCTIONS

14.    Dr. Ravetch relies on the prosecution histories of the Bossard Patents throughout his Declaration. Dr. Ravetch opines that certain amendments and statements made during prosecution should be interpreted as narrowing the scope of the disputed claim terms of

---

2 The phrase "cysteine-residue related claim terms" refers collectively to "wherein the Factor VIII polypeptide has been modified to add a cysteine residue" and "cysteine residue that has been added to or substituted in the Factor VIII polypeptide" claim terms/phrases.
3 The phrase "in-vitro activity claim terms" refers collectively to "the composition is bioactive, comprising an in-vitro activity of at least 15% compared to that of a Factor VIII polypeptide" and "wherein the conjugate comprises an in-vitro activity that is at least 15% of the in-vitro activity of the unconjugated Factor VIII polypeptide" claim terms/phrases.

the Bossard Patent.  For the reasons set forth below, I disagree that a POSA would agree with Dr. Ravetch's interpretation of the disputed claim terms based on a proper reading of the entire intrinsic record.[4]

15.      Dr. Ravetch opines that "one of skill in the art would understand from the prosecution histories that 'Factor VIII moiety,' 'Factor VIII polypeptide' and 'Factor VIII moiety polypeptide' in the context of the Patents in Suit do not include 'variants,' much less proteins with an amino acid sequence that does not correspond to a native factor VIII sequence." (Ravetch Decl. ¶ 58; *see also* Ravetch Decl. ¶ 72.).  Dr. Ravetch also opines that "the examiner similarly found no written description support in the common specification for site-directed mutagenesis to 'modify' factor VIII 'by including cysteines' for pegylation."  (Ravetch Decl. ¶ 72.)

16.      Contrary to Dr. Ravetch's assertions, the prosecution histories confirm that native and mutated forms of factor VIII (muteins), including cysteine muteins, are included within the scope of the claims and are adequately described to a POSA.  Based on my review of the prosecution histories, neither the Examiner nor the Applicants stated that the claimed factor VIII moieties/polypeptides are limited to a native sequence, limited to moieties or polypeptides that have already been expressed, and/or exclude genetically altered moieties or polypeptides.  Indeed, claims directed to B-domain deleted Factor VIII—which are known in the art to include deletion variants of Factor VIII generated by recombinant methods—were allowed.  Further, the

---

[4] Although I am not a lawyer or a patent agent, I have been asked to review file histories during my career, including the file histories for the Bossard Patents, from the perspective of a scientist and a POSA.  I understand that the file history represents the discussions between the patent applicant (or representative) and the examiner at the Patent Office during prosecution of a patent application.  Counsel has requested that I re-review the file histories of the Bossard Patents in light of Dr. Ravetch's opinions.

intrinsic evidence—including the specification and the prior art references cited within the file histories—confirms that the modifications to Factor VIII (including additions, substitutions, or deletions) do not encompass a temporal requirement and, therefore, include recombinant methods and mutagenesis techniques.  Thus, it is appreciated that the claimed Factor VIII moieties and polypeptides include both native and mutated forms of Factor VIII, including cysteine muteins.

>        **A.       Prosecution of the '223 Patent**

17.       U.S. Patent Application No. 10/789,956, the patent application that ultimately became the '223 patent, was filed on February 26, 2004.  The '223 patent application claims priority to U.S. Provisional Application No. 60/450,578 filed on February 26, 2003.  The claims of the '223 patent application were directed generally to conjugated Factor VIII moieties.

18.       The '223 patent as originally filed contained several independent and dependent claims, including claims 14 and 16 below:

> 14.  The composition of claim 3, wherein the Factor VIII moiety is selected from the group consisting of Factor VIII, Factor VIIIa, Factor VIII:C, Factor VIII:vWF, B-domain deleted Factor VIII, and biologically active fragments, deletion variants, substitution variants or addition variants of any of the foregoing.

> 16.  The composition of claim 14, where the Factor VIII moiety is B-domain deleted Factor VIII.

('223 patent file history, at BAXIJIVI0000076 (Ex. 15).)  Claim 14 was initially rejected for lack of written description, among other grounds.  The Examiner's comments were directed to the type of fragment or variant associated with the "Factor VIII moiety":

> The claim is drawn to ***biologically active*** fragments of Factor VIII. The claim does ***not require*** that the polypeptide possess any particular conserved structure, or other distinguishing feature, such as ***a specific biological activity***.  Thus, the claim is drawn to a genus of polypeptides that is defined by ***an unclear functional relationship to Factor VIII***. . . .   The specification does not

7

> identify any particular portion of the structure that must be
> characteristics [sic] of the claimed genus are not described.  The
> only adequately described species is Factor VIII and no active
> variants are disclosed.

(Office Action, dated Dec. 23, 2004 at 4 (BAXJIVI0000671) (Ex. 15).) (emphasis added).)

Based on this remark, the Examiner took issue with respect to the fragments or variants in the

composition that possessed activity other than Factor VIII activity.  Thus, fragments or variants

that had an undefined biological activity unrelated to Factor VIII were not supported.

19.     In response, the Applicants stated that "[t]he Examiner has rejected claim 14

under 35 U.S.C. § 112, first paragraph, as allegedly failing to comply with the written

description.  Specifically, the Examiner has taken this position in view of claim 14's recitation of

the term 'biologically active fragments.'"  (Response dated Mar. 23, 205, at 12

(BAXJIVI0000709) (Ex. 15).)  The Applicants removed "biologically active fragments" and

requested reconsideration.  (Response dated Mar. 23, 205, at 12 (BAXJIVI0000709) (Ex. 15).)

20.     The Examiner maintained the rejection on the following basis: "the following

phrases still remain in the claim: 'deletion variants, substitution variants or addition variants of

any of the foregoing,' as indicated previously in the Office action mailed December 23, 2004 the

applicants have not provided a written description for the mentioned variants."  (Office Action,

dated June 16, 2005 at 3-4 (BAXJIVI0001259-60) (Ex. 15).)

21.     In response, the Applicants amended claim 14, stating in full that: "The Examiner

maintained the rejection of claim 14 under 35 U.S.C. § 112, first paragraph, as allegedly failing

to comply with the written description requirement.  Specifically, the Examiner has taken this

position in view of claim 14's recitation of the phrase 'deletion variants, substitution variants or

addition variants of any of the foregoing.'  As the phrase 'deletion variants, substitution variants

or addition variants of any of the foregoing' has been removed (***without prejudice***) from the

claim, reconsideration and removal of the rejection under 35 U.S.C. § 112, first paragraph, are respectfully requested." (Response to Office Action, dated Aug. 16, 2005, at 3, 11 (BAXJIVI0001271, 1279) (Ex. 15) (emphasis added).)

22.     Based on this correspondence, the issues set forth above are limited to the term "Factor VIII moiety" as recited in only the '223 patent. The other Bossard Patents do not recite a "Factor VIII moiety." Further, a POSA would understand that the Applicants did not disclaim or disavow variants or fragments of Factor VIII moieties that have Factor VIII activity. The Examiner's remarks show that there was an issue with respect to the fragments or variants in the composition that possessed activity other than Factor VIII activity. Thus, fragments or variants that had an undefined biological activity unrelated to Factor VIII were not supported. This is confirmed by the fact that dependent claims directed to B-domain deleted Factor VIII—a type of Factor VIII variant that has all or part of the B-domain deleted—were allowed. ('223 patent, claim 16 (Ex. 2).)

**B.     Prosecution of the Patents Containing the Cysteine-Modification Claim Terms: the '421 patent, the '102 patent, the '259 patent, and the '831 patent**

23.     The cysteine-modification claim terms are set forth in the '421 patent, the '102 patent, the '259 patent, and the '831 patent. Claim 12 of the '421 patent contains the claim phrase "wherein the Factor VIII polypeptide has been modified to add a cysteine residue," whereas claim 1 for each of the '102 patent, the '259 patent, and the '831 patent contains the phrase "a cysteine residue that has been added to or substituted in the Factor VIII polypeptide."

24.     Like the '223 patent, the '421 patent, the '102 patent, the '259 patent, and the '831 patent each claim priority to U.S. Provisional Application No. 60/450,578 filed on February 26, 2003, and also share a common specification.

### 1.      Prosecution of the '421 patent

25.      U.S. Patent Application No. 12/157,072, the '421 patent application, was filed on June 6, 2008.  As filed, the '421 patent application contained forty-six claims, three of which were independent (1, 13, and 19), and were originally directed to "a "Factor VIII moiety."  ('421 patent file history, Original Claims (BAXJIVI0001653-57) (Ex. 8).)

26.      The claims were initially rejected on written description grounds, among others, because the claims were directed to multiple types of PEG polymers:

> [t]he claims encompass a genus of water soluble polymers and Factor VIII moieties, not adequately described.  Claim 18 for example, recites that the claimed conjugate will have multiple polymers.  Thus, the claimed invention is not adequately described.

(Office Action, dated Sept. 21, 2009 at 4 (BAXJIVI0001801) (Ex. 8); *see also* Office Action, dated April 1, 2010 at 4 (BAXJIVI0001886) (maintaining the rejection on the same basis) (Ex. 8).)

27.      In response, the Applicants amended the claims "to recite the feature of a Factor VIII polypeptide rather than a Factor VIII moiety."  (Response to Office Action, dated June 1, 2010, at 8-9 (BAXJIVI0001909-10) (Ex. 8).)  The Applicants also responded to the Examiner's argument regarding what the specification disclosed to a POSA:

> Moreover, site directed mutagenesis is a well-known process for introducing one or more cysteines into a Factor VIII polypeptide.
>
> *            *            *
>
> Based upon the high level of skill and knowledge in the art regarding Factor VIII polypeptides, their known structures, functional characteristics, binding domains, properties, correlation between structure and function, and cysteine muteins thereof, as well as methods of making the subject polypeptides and their cysteine muteins, all of which are described in the Applicants' specification, there can be no result other than the Applicants' specification providing sufficient evidence of possession of the invention as presently claimed.

10

(Response to Office Action, dated June 1, 2010, at 11-12 (BAXJIVI0001911-12)) (Ex. 8).)

28.    The Examiner did not disagree with the Applicants' assertions—namely, that the specification disclosed Factor VIII muteins, including cysteine muteins.  The Examiner, however, maintained a written description rejection based on the genus of polymers.

> However, the issues raised under 35 USC 112, first paragraph remains as the amendatory language raises new issues that would require further consideration.  Claim 1 has been amended to define Factor VIII structures in the art, however, the instant invention intends to modify said structures by including cysteines residues for covalent attachment [sic] with *a genus of water soluble polymers*.  (Advisory Action, dated June 21, 2010, at 2 (BAXJIVI0001929) (Ex. 8) (emphasis added).)

> The amendment filed after final has been considered in full, however, it does not place the application in condition for allowance because the *issues of record remain under 35 USC 112, first paragraph pertaining to the genus of 'water soluble polymers'' in the claims.*  The response filed on June 21, 2010, does not address this issue via arguments or arguments, thus, the rejection remains.  (Advisory Action, dated Aug. 13, 2010, at 2 (BAXJIVI0002082) (Ex. 8) (emphasis added).)

29.    Following an Examiner interview, the Applicants amended the claims to "incorporate[] certain features into the independent claim (e.g., the  nature of the water-soluble polymer along with the particular Factor VIII polypeptides), along with suggestions for further clarifying claims 7-11 with respect to the location of the cysteine residue.  Applicants have attempted to comply with the Examiner's suggestions to arrive at allowable subject matter in this application."  (Response to Office Action, dated Aug. 24, 2010, at12 (BAXJIVI0002096) (Ex. 8); *see also* Claim Amendments at 3- (BAXJIVI0002087-92) (Ex. 8).)  Following an Examiner's Amendment concerning a "wherein" clause, the '421 patent claims issued.  (Examiner's Amendment, dated Sept. 23, 2010 at 2-6 (BAXJIVI0002120-24) (Ex. 8); Applicant Interview Summary, dated Oct. 22, 2010, at 1-2 (BAXJIVI0002128-29 (Ex. 8).)

11

30.     Based on this correspondence, the Applicants' amendments were meant to
address the type of water-soluble polymer attached to the Factor VIII polypeptide.  The
Examiner did not take issue with the meaning of the phrase "modified."  This is supported by the
fact that the Examiner did not request that this phrase be removed during prosecution from any
of the claims.  ('421 patent file history, Original Claims 2, 3, 14 (BAXJIVI0001653-54) (Ex. 8).)
Indeed, the Examiner understood what "modified" meant and previously suggested using this
term.  (Applicants' Interview Summary, dated Apr. 5, 2010 at 2 (BAXJIVI0001903) (Ex. 8)
(noting that "the Examiner pointed to claim 2 and suggested that the claim be further clarified,
e.g., to read, 'modified to include additional cysteine residues'").)  And independent claim 12
was amended during prosecution to include the term "modified":

| Claim As Originally Filed | Dec. 21, 2009 Amendment | August 24, 2010 Amendment (emphasis added) | Issued Claim (emphasis added) |
|---|---|---|---|
| 13.  A conjugate comprising a water-soluble polymer polymer covalently attached to a Factor VIII moiety via a thioether linkage. | 13.  (Currently Amended) A conjugate comprising a water-soluble polymer ~~polymer~~ covalently attached to a Factor VIII moiety via a thioether linkage. | 13. (Currently Amended) A conjugate comprising a water-soluble polymer covalently attached to a Factor VIII ~~moiety~~ <u>polypeptide</u> via a thioether linkage<u>, wherein (i) the Factor VIII polypeptide is selected from the group consisting of Factor VIII, Factor VIIIa, Factor VIII:C, Factor VIII:vWF and B-domain deleted Factor VIII, (ii) **the Factor VIII polypeptide has been modified to add a cysteine residue** to which the water-</u> | 12. A conjugate comprising a water-soluble polymer covalently attached to a Factor VIII polypeptide via a thioether linkage, wherein the Factor VIII polypeptide is selected from the group consisting of Factor VIII, Factor VIIIa, Factor VIII:C, Factor VIII:vWF and B-domain deleted Factor VIII, ***wherein the Factor VIII polypeptide has been modified to add a cysteine residue*** to which the water-soluble polymer is covalently attached, and wherein the water- |

| Claim As Originally Filed | Dec. 21, 2009 Amendment | August 24, 2010 Amendment (emphasis added) | Issued Claim (emphasis added) |
|---|---|---|---|
| | | soluble polymer is covalently attached, and (iii) the water-soluble polymer is a poly(alkylene glycol). | soluble polymer is a poly(alkylene glycol). |

('421 patent file history, BAXJIVI0001654, 1856, 2088-89 (Ex. 8).)

### 2. Prosecution of the '102 patent, the '259 patent, and the '831 patent

31.     The patent applications that ultimately issued as '102 patent, the '259 patent, and the '831 patents were filed on March 27, 2012.  Claim 1 for each of the '102 patent, the '259 patent, and the '831 patent contains the phrase "a cysteine residue that has been added to or substituted in the Factor VIII polypeptide."

32.     Claim 1 was never rejected on § 112 grounds (such as lack of written description) in either the '102 patent, the '259 patent, or the '831 patent file histories based on this claim phrase.  And, claim 1 was not amended during prosecution to remove or modify this claim phrase, as each of these patents ultimately issued with it.

## VI.     CLAIM CONSTRUCTION

33.     I maintain my opinions that the proper constructions of the disputed claim terms of the Bossard Patents should be as set forth in my Opening Declaration.  Plaintiffs' proposed constructions reflect the meaning of the claim terms as understood by a POSA in light of the claims, specification, and file histories of the Bossard Patents.

### A.     The Factor VIII Claim Terms

34.     As provided in my Opening Declaration, it is my opinion that the Factor VIII claim terms should be construed in accordance with Plaintiffs' proposed constructions. (Opening

Decl. ¶¶ 53-67.)  Contrary to Dr. Ravetch's assertions, the intrinsic record does not support limiting any of the Factor VIII claim terms to "a native sequence."

35.     Dr. Ravetch does not dispute that the intrinsic record expressly defines the "Factor VIII moiety" claim term.  Dr. Ravetch states that "[i]n agreement with this ordinary meaning, the common specification of the Patents in Suit expressly defines 'Factor VIII moiety' as 'a moiety having Factor VIII activity.'"  (Ravetch Decl. ¶ 56 (citing '223 patent, col.9 lines 4-5).)

36.     With respect to the "Factor VIII polypeptide" claim term, Dr. Ravetch acknowledges that a "Factor VIII polypeptide" is a particular type of "Factor VIII moiety" because it is a "polypeptide that has properties of factor VIII; namely, activity."  (Ravetch Decl. ¶ 57.)  Dr. Ravetch, however, ignores that during prosecution, the Applicants expressly referred to paragraphs 66 to 74 of the specification—which correspond to column 9 line 38 to column 11 line 27—as support for the claimed "Factor VIII polypeptides."  (*See* '421 patent file history, Response dated June 1, 2010 at 9 (BAXJIVI0001909) (Ex. 8); *see also* Opening Decl. ¶ 62.)  Thus, Dr. Ravetch's exclusive reference to "activity" is improper, as it ignores the rest of the supporting disclosure in the specification.

37.     I disagree with Dr. Ravetch's opinion that a POSA would limit the claimed "Factor VIII moiety" or "Factor VIII polypeptide"[5] to "a native sequence."  (Ravetch Decl. ¶¶ 62, 64.)  It is my opinion that a POSA would understand that the Factor VIII claim terms include

---

[5] Dr. Ravetch also does not dispute that a "Factor VIII moiety polypeptide" refers to a "Factor VIII polypeptide."  (Ravetch Decl. ¶ 54 ("I note that Plaintiffs have proposed that 'Factor VIII polypeptide' means 'Factor VIII moiety polypeptide,' and therefore consider those two variations of the term.").

both native and non-native (e.g. mutated) forms of Factor VIII moieties and Factor VIII

polypeptides that have Factor VIII activity.

38.     Dr. Ravetch incorrectly asserts that "one of skill in the art would understand that

'Factor VIII moiety' and 'Factor VIII polypeptide' are necessarily associated with the native

amino acid sequence" because "[t]he common specification does not provide any DNA

sequences or any amino acid sequences that do not correspond to a native factor VIII sequence."

(Ravetch Decl. ¶ 59.)  A POSA would not understand that the specification's references to "SEQ

ID NO: 1" and "SEQ ID NO: 2" necessarily limit the scope only to a native sequence.  Rather, a

POSA would understand upon review of the intrinsic record that Factor VIII variants, including

muteins, are contemplated by the invention based on the terminology used in the specification

(e.g., "variants" and "modified," "deletion variants", substitution variants" and "addition

variants"), the disclosure of recombinant DNA techniques to generate the Factor VIII moiety that

includes said "variants" and "modified" versions having Factor VIII activity, as well as the

manufacture of fusion/hybrid proteins using recombinant methods.  (*See, e.g.*, '223 patent, col. 5

lines 52-55, col. 10 lines 31-42, col.10 line 52 to col.11 line 14 (Ex. 2).)

39.     Dr. Ravetch misinterprets the specification's disclosure concerning recombinant

technology.  (Ravetch Decl. ¶ 61.)  As discussed in my Opening Declaration, recombinant DNA

technology is conducted at the genetic level (i.e., before the protein is expressed) and is

commonly used to make protein variants, including the mutant forms.  (Opening Decl. ¶¶ 35-39,

48-52.)  The specification's disclosure concerning recombinant DNA methods aligns with the

known steps in the art, which a POSA would apply to make native and mutated forms of Factor

VIII:

> In addition, the Factor VIII moiety can also be obtained from recombinant methods. Briefly, recombinant methods involve constructing the nucleic acid encoding the desired polypeptide or fragment, cloning the nucleic acid into an expression vector, transforming a host cell (e.g., bacteria, yeast, or mammalian cell such as Chinese hamster ovary cell or baby hamster kidney cell), and expressing the nucleic acid to produce the desired polypeptide or fragment. Methods for producing and expressing recombinant polypeptides in vitro and in prokaryotic and eukaryotic host cells are known to those of ordinary skill in the art. See, for example, U.S. Pat. No. 4,868,122.

('223 patent, col.10 lines 52-62 (Ex. 2).)  Likewise, Dr. Ravetch ignores that the specification describes how nucleic acid sequences are inserted/added to create polypeptide variants by adding either an epitope tag or affinity binding sequence (known as a fusion protein, a genetically engineered protein):

> To facilitate identification and purification of the recombinant polypeptide, nucleic acid sequences that encode for an epitope tag or other affinity binding sequence can be inserted or added in-frame with the coding sequence, thereby producing a fusion protein comprised of the desired polypeptide and a polypeptide suited for binding. Fusion proteins can be identified and purified by first running a mixture containing the fusion protein through an affinity column bearing binding moieties (e.g., antibodies) directed against the epitope tag or other binding sequence in the fusion proteins, thereby binding the fusion protein within the column. Thereafter, the fusion protein can be recovered by washing the column with the appropriate solution (e.g., acid) to release the bound fusion protein. The recombinant polypeptide can also be identified and purified by lysing the host cells, separating the polypeptide, e.g., by size exclusion chromatography, and collecting the polypeptide. These and other methods for identifying and purifying recombinant polypeptides are known to those of ordinary skill in the art.

('223 patent, col.10 line 63-col.11 l.14 (Ex. 2).)  A POSA would understand that this passage refers to insertions or additions at the DNA level (i.e., "in-frame with the coding sequence"), as well as how to manufacture the encoded polypeptide.   (*See* Alberts et al., 2nd ed., 2004 at 244-245 (Ex. 6).)

16

40.     Dr. Ravetch also ignores that the specification discloses genetically engineered forms of B-domain deleted Factor VIII (that have all or part of the B-domain deleted), which a POSA would understand refers to Factor VIII variants.  ('223 patent, col.2 lines 53-67 (disclosing REFACTO®, also known as BDD FVIII SQ, which replaces the B-domain with a 14-amino acid linker sequence), col.10 lines 16-23 (citing US2003/0077752, which uses the same form of BDD FVIII SQ) (Ex. 2)).  Further, as discussed above, fusion protein variants are generated to assist in purification of recombinant Factor VIII protein, and those variants are also made by recombinant DNA technology and yield a non-native fusion protein variant of Factor VIII.  ('223 patent, col.10 line 63-col.11 line 14 (Ex. 2).)  Thus, the use of recombinant DNA technology to generate Factor VIII variants, whether by (1) amino acid addition, substitution, or deletion, (2) the addition of N-terminal fusion protein sequences, and/or (3) deletion of major portions of the Factor VIII protein, such as in producing the BDD variant, are wholly aligned with the method of production that involves recombinant DNA technology.  Dr. Ravetch's assertion that "[n]one of the figures and examples in the common specification discuss muteins or mutagenesis, much less identify DNA (nucleotide) sequences to be altered" is likewise incorrect because, by definition, the above-listed variants described in the specification and generated by genetic means (e.g. recombinant DNA technology) are muteins.  (Ravetch Decl. ¶ 61.)

41.     Moreover, Dr. Ravetch fails to acknowledge that several prior art references in the intrinsic record of the Bossard Patents disclose muteins and methods of making muteins.  As set forth in my Opening Declaration, these prior art references disclose that the amino acid sequence of a protein or polypeptide can be modified to create a mutein according to known methods, such as mutagenesis.  (Opening Decl. ¶¶ 48-52, 56, 64 (discussing Zalipsky 1995; Veronese;

WO 04/0091499; WO 2004/0099231; U.S. Patent No. 5,618,788; WO 2004/084948).)  These references were all considered by the Examiner.  (*See, e.g.*, '223 patent file history, BAXJIVI0000680-84, BAXJIVI0001373-74 (Ex. 15).)  Instead, Dr. Ravetch attempts to discount the relevance of one prior art reference cited in the specification because it, as Dr. Ravetch asserts, "is focused on pegylation."  (Ravetch Decl. ¶ 63 (discussing Zalipsky (1995).)  But Dr. Ravetch admits that Zalipsky 1995 "mention[s]" that "mutagenesis is one particular approach to pegylation."  (Ravetch Decl. ¶ 63.)

42.    I also disagree with Dr. Ravetch's interpretation of the file histories of the Bossard Patents.  (Ravetch Decl. ¶ 58.)  A POSA reading the correspondence between the Examiner and the Applicants concerning claim 14 of the '223 patent would understand that the discussion and amendments were made to overcome rejections regarding variants of "Factor VIII moieties" that did not have Factor VIII activity.  In other words, a POSA would understand that the Applicants did not disclaim variants of Factor VIII moieties that have Factor VIII activity.  Moreover, a POSA would understand that the Applicants were not surrendering "variants" from the scope of the claims because the '223 patent claims and describes forms of "B-domain deleted Factor VIII" that themselves are deletion variants of Factor VIII produced by genetic alteration of the native sequence using recombinant DNA methods.  Thus, a POSA would understand that the prosecution history of the '223 patent confirms that "variants" (muteins) having factor VIII activity are included within the scope of the claims.

43.    Dr. Ravetch's assertion that "the examiner similarly found no written description support in the common specification for site-directed mutagenesis to 'modify' factor VIII 'by including cysteines' for pegylation" misinterprets the prosecution of the '421 patent.  (Ravetch Decl. ¶ 72 (citing '421 patent file history, Advisory Action a June 21, 2010 at 2 (Ex. 8); *see also*

Ravetch Decl. ¶ 58.)  During prosecution, the '421 patent claims were first amended to recite "particular well-known Factor VIII polypeptides" in order to clarify "the particular type of moiety to which the water soluble polymer is attached."  (Response to Office Action, dated June 1, 2010, at 9 (Ex. 8).)  Dr. Ravetch fails to acknowledge that, in submitting this amendment, the Applicants explained that the specification adequately described the claimed Factor VIII polypeptides—including cysteine muteins and methods of making them—to a POSA.  (Response to Office Action, dated June 1, 2010, at 11-12 (Ex. 8).)  A POSA would understand that in making this statement, the Applicants were referring to the portions of the specification directed to variants, recombinant DNA techniques, methods of modifications to add or substitute lysine, cysteine, and/or arginine amino acid residues, hybrid and fusion proteins, and B-domain deleted Factor VIII preparations in the non-native form.  (*See* '223 patent, col.2 lines 55-67, col.10 lines 32-42, col.10 line 53-col.11 line 14 (Ex. 2).)  Indeed, the Examiner did not disagree with the Applicants.  The '421 patent claims were also amended to clarify the genus of water-soluble polymers in response to the Examiner maintaining a written description rejection, which was then overcome.  (Response to Office Action, dated Aug. 24, 2010, at 11-12 (Ex. 8).)  Based on this correspondence, a POSA would understand that the Applicants' amendments were meant to address the water-soluble polymer attached to the Factor VIII polypeptide.  The Examiner did not reject the '421 patent claims on the basis that the words "modified" or "modifications" did not refer to generating such modifications using recombinant DNA technology, the method of choice in the art.[6]  Moreover, the Examiner did not request that the word "modified" be removed during prosecution from any of the claims.  Thus, contrary to Dr. Ravetch's assertion (Ravetch

---

[6] Further, the claims of the '421 patent, the '102 patent, the '259 patent, or the '831 patent were not rejected for using the terms "modified," "added," or "substituted."

Decl. ¶ 73), a POSA would know that the term "modified" includes polypeptides made by recombinant methods, a genetic method that by definition occurs before expression (thereby, including muteins).

44.    A POSA would understand that generating these variants, such as replacing a native amino residue with a non-native residue within the protein sequence (i.e. an amino acid substitution that yields a non-native Factor VIII sequence) refers to modifications arising from changes at the DNA/genetic level—the very meaning of "mutagenesis," and, therefore, occur before the protein or polypeptide is expressed using the recombinant methods indicated in the specification.  (*See, e.g.*, Dorland's Medical Dictionary (30th ed. 2003) at 1204-05 (defining "site-directed mutagenesis" as "a method for producing a defined DNA mutation; a sequence alteration is made in vitro at a specific nucleotide or region and the altered DNA is reintroduced into cells"; "mutant" as "a gene or organism that has undergone genetic mutation" or "produced by mutation"; "point mutation" as "a mutation resulting from a change in a single base pair in the DNA molecule, caused by the substitution of one nucleotide for another"; and "mutein" as "a name suggested for a protein arising as a result of a mutation") (Ex. 31).)  This is also supported by the version of Dorland's Medical Dictionary as cited by Dr. Ravetch,[7] which defines "mutein" as "a name suggested for a protein arising as a result of a mutation.  (Ex. J to Ravetch Decl., Dorland's Medical Dictionary (1995) at 1085.)

45.    A POSA would further understand that the use of recombinant methods to generate Factor VIII variants, by definition, involves genetic manipulation.   Dr. Ravetch states that: "Recombinant methods are widely used to produce many biological protein products

---

[7] This version of Dorland's cited by Dr. Ravetch also contains the same definition of "point mutation."  (Ex. J. to Ravetch Decl , Dorland's Medical Dictionary (1995) at 1085.)

currently in use; these products are expressed from both native ***and mutated*** sequences" (Ravetch Decl. ¶ 38) (emphasis added).  He also states that: "Researchers, including myself, have used recombinant technology to genetically engineer proteins by ***changing the DNA sequence that encodes the amino acid sequence to create a mutant protein, sometimes called a 'mutein' by those of skill in the art***." (Ravetch Decl. ¶ 39).

46.     Accordingly, a POSA would understand the Factor VIII claim terms in accordance with Plaintiffs' proposed constructions and would not limit them to "a native sequence" as Bayer proposes.

**B.      The Elements of the "selected from the group consisting of" Claim Term: the "B-domain deleted Factor VIII" Element**

47.     As provided in my Opening Declaration, it is my opinion that a POSA would understand the recited elements of this claim term—including the "B-domain deleted Factor VIII" element—in accordance with Plaintiffs' proposed construction.  (Opening Decl. ¶¶ 68-74.)

48.     Dr. Ravetch does not dispute Plaintiffs' proposed constructions of the recited elements "Factor VIII," "Factor VIIIa (the activated form of Factor VIII)," "Factor VIII:C (a Factor VIII blood plasma protein which affects clotting activity)," or "Factor VIII:vWF (Factor VIII bound to von Willebrand Factor)."  (Ravetch Decl. ¶ 68 (noting that "Plaintiffs' parentheticals do not add anything to the claim language").)  Instead, Dr. Ravetch asserts that "[o]ne of skill in the art would have understood that the various members of this group should be understood by their plain meaning in the art except for 'B-domain deleted Factor VIII.'" (Ravetch Decl. ¶ 68.)   I disagree with Dr. Ravetch's opinion.

49.     Dr. Ravetch incorrectly asserts that Plaintiffs "did not provide a proposed construction for the term 'B-domain deleted Factor VIII in the group." (Ravetch Decl. ¶ 65.)  As set forth in my Opening Declaration, a POSA would understand that "B-domain deleted Factor VIII" means that part or all of the B-domain is deleted.  (Opening Decl. ¶¶ 42-45, 72-73.)  Dr. Ravetch's argument that Plaintiffs did not provide a "parenthetical[]" for the "B-domain deleted Factor VIII" element fails to address the merits of Plaintiffs' proposed construction.  The parentheticals for the "Factor VIII," "Factor VIIIa," "Factor VIII:C," and "Factor VIII:vWF" elements in Plaintiffs' proposed construction inform a POSA of their functions consistent with the intrinsic record.  In contrast, "B-domain deleted Factor VIII" is not necessary for Factor VIII activity, and has no known contribution to Factor VIII activity.  (Ravetch Decl. ¶ 51 ("[T]he large B-domain was not considered necessary for factor VIII activity . . . .").)  Thus, a POSA would not need any further descriptive parenthetical for "B-domain deleted Factor VIII" and would understand the claim term in accordance with its plain and ordinary meaning.

50.     Dr. Ravetch cannot justify departing from the plain and ordinary meaning of "B-domain deleted Factor VIII."  As set forth in my Opening Declaration, the bounds of the B-domain were known to span the amino acid range of 741-1648 of the 2,332 full-length Factor VIII molecule.  (Opening Decl. ¶ 72.)  Dr. Ravetch does not dispute this.  (Ravetch Decl. ¶ 60 n.4 ("The B-domain itself is defined as amino acids 741–1648 . . . .").  Nor does Dr. Ravetch address or dispute his prior opinions that the B-domain spans this amino acid region.  (*See* Opening Decl. ¶ 72 (citing Decl. of Jeffrey Ravetch in Support of Bayer's Opening Claim Construction Br. ¶¶ 41-43, 108 (Ex. 28); Decl. of Jeffrey Ravetch in Support of Bayer's Reply Claim Construction Br., ¶ 16 (Ex. 29)).)

51.     Dr. Ravetch also does not address the fact that the intrinsic record supports the plain and ordinary meaning of B-domain deleted Factor VIII as all or part of the B-domain is deleted.  Dr. Ravetch does not dispute that the bounds of the B-domain are set forth in references contained in the intrinsic record, such as Mertens, Rostin, and Vehar.  (Opening Decl. ¶¶ 42-45, 72.)  Moreover, when the claim term "selected from the group consisting of" (including the "B-domain deleted Factor VIII" claim element) was added to the claims, the Applicants stated that the claims "***recite particular well-known Factor VIII polypeptides***, each of which is described in the specification and well-established in the art: Factor VIII, Factor VIIIa, Factor VIII:C, Factor VIII:vWF ***and B-domain deleted Factor VIII***."  ('421 patent file history, Response dated June 1, 2010 at 9 (emphasis added) (Ex. 8).)  I understand that the Examiner did not disagree or request clarification concerning "B-domain deleted Factor VIII."

52.     Further, the specification discloses genetically engineered forms of recombinant B-domain deleted Factor VIII that were known in the art, and which have part or all of the B-domain deleted.  For instance, the specification discloses BDD FVIII SQ (which replaces the B-domain with a 14-amino acid linker sequence) as set forth by Refacto® and in U.S. Patent Application No. 2003/0077752.  ('223 patent, col.2 lines 53-67, col.10 lines 16-23 (Ex. 2).)  Thus, as explained above, a POSA would understand that the Bossard Patents include "variants" (deletion mutants) on this basis.  Indeed, Dr. Ravetch acknowledges that "multiple partial B-domain forms of factor VIII [were] known in the art in February 2003." (Ravetch Decl. ¶ 68; *see also* Ravetch Decl. ¶ 51 (noting that the prior art disclosed "Different BDD forms, with varying amounts of B-domain deleted").)  Whether or not there were "varying deletions" in these preparations as Dr. Ravetch asserts (Ravetch Decl. ¶ 68) would not discourage a POSA from referring to these preparations as "B-domain deleted Factor VIII."  Therefore, the B-domain

deleted Factor VIII preparations disclosed by the intrinsic record align with the plain and ordinary meaning of "B-domain deleted Factor VIII" as proposed by the Plaintiffs.

53.     Dr. Ravetch asserts that "one of skill in the art would have understood that the term 'B-domain deleted Factor VIII' in the context of the Patents in Suit as described in the specification as 'having SEQ ID NO. 1 with a deletion corresponding to at least 581 amino acids within the region between $Arg^{759}$ and $Ser^{1709}$." (Ravetch Decl. ¶ 67.)  I disagree with Dr. Ravetch's opinion.

54.     Dr. Ravetch seeks to narrow "B-domain deleted Factor VIII" to a specific amino acid deletion based on one example from the specification directed to "Preferred truncated Factor VIII."  The example that Dr. Ravetch relies on is set forth below:

> Preferred truncated Factor VIII versions (encompassed by the term "B-domain deleted Factor VIII) corresponds to a protein having the amino acid sequence of human Factor VIII (SEQ ID NO: 1) having a deletion corresponding to at least 581 amino acids within the region between $Arg^{759}$ and $Ser^{1709}$, more preferably wherein the deletion corresponds to one of the region between $Pro^{1000}$ and $Asp^{1582}$, the region between $Thr^{778}$ and $Pro^{1659}$, and the region between $Thr^{778}$ and $Glu^{1694}$.

(Ravetch Decl. ¶ 67 (citing '223 patent at column 10 lines 23-31).)  I have been informed by Counsel that it is improper to limit a claim term to an example.  Thus, Dr. Ravetch's attempt to narrow "B-domain deleted Factor VIII" to an example is improper.  As set forth above, a POSA would understand that the plain and ordinary of "B-domain deleted Factor VIII" applies based on the additional examples of B-domain deleted Factor VIII set forth in the intrinsic record (which Dr. Ravetch does not address.  For instance, the '223 patent specification discloses BDD FVIII SQ (which replaces the B-domain with a 14-amino acid linker sequence) as exemplified by Refacto® and in U.S. Patent Application No. 2003/0077752—a patent application that I understand is assigned to Bayer.  ('223 patent, col.2 lines 53-67 (Several commercial forms of

24

Factor VIII concentrates are available to provide replacement therapy for patients suffering from hemophilia . . . . With respect to recombinantly prepared Factor VIII concentrates, commercial products are provided under REFACTO® (Wyeth/Genetics Institute, Cambridge, Mass.") (Ex. 2); *see also* U.S. Patent Application No. 2003/0077752 (Ex. 12)).  I understand that U.S. Patent Application No. 2003/0077752 is part of the intrinsic record because it is cited in the '223 patent specification and on the face of the '223 patent.

55.    I also disagree with Dr. Ravetch's opinion that "the common specification provides a description of what 'B-domain deleted Factor VIII' means in the context of the Patents in Suit."  (Ravetch Decl. ¶ 68.)  It is unclear whether Dr. Ravetch is asserting that the specification's "description" corresponds to a definition.  To the extent that he asserts this is a definition, I have been informed by Counsel that a patentee may act as his own lexicographer if the patentee specifically redefines a claim term contrary to its ordinary meaning.  That was not done here, as the specification does not provide an express definition for "B-domain deleted Factor VIII."  Rather, as set forth above, Dr. Ravetch relies on an example from the specification.  Thus, a POSA would understand that the plain and ordinary meaning of B-domain deleted Factor VIII applies.

56.    Further, I disagree with Dr. Ravetch's opinion that the proper construction of "B-domain deleted Factor VIII" requires the additional limitation of "and has factor VIII activity." (Ravetch Decl. ¶ 66)  Each of the recited elements in this group recite a particular type of "Factor VIII polypeptide."  It would be unnecessary to impose this language in light of the proposed constructions of "Factor VIII polypeptide" and "Factor VIII moiety polypeptide" that incorporate activity.

25

57.     Accordingly, a POSA would understand the "selected from the group consisting of" claim term—including the "B-domain deleted Factor VIII" element—in accordance with Plaintiffs' proposed construction.

### C.     Cysteine-Modification Claim Terms

58.     As provided in my Opening Declaration, it is my opinion that a POSA would understand the cysteine-modification claim terms in accordance with their plain and ordinary meanings as proposed by Plaintiffs.  (Opening Decl. ¶¶ 75-86.)

59.     Dr. Ravetch asserts that the modifications for these two disputed claim terms/phrases "do not implicate genetic modification and instead entail modification after the target factor VIII protein has been expressed."  (Ravetch Decl. ¶¶ 71, 75.)  However, there is no support in the intrinsic record for this requirement.  Rather, a POSA would understand that cysteine modifications can be made by exemplary methods in the art, including the use of recombinant DNA technology (a genetic engineering technique that is conducted before the protein is expressed) and would not impose a temporal requirement that such modifications must only occur after the protein is expressed, which would limit the type of amino acid modification technique(s).  Thus, a POSA would understand that the claimed modifications include mutagenesis methods.

60.     I disagree with Dr. Ravetch's assertion that the "plain reading of the claims" establishes that "modification" "does not involve altering a genetic sequence, but instead involves altering a polypeptide after the gene has been transcribed and translated into the amino acid sequence."  (Ravetch Decl. ¶ 71.)  A POSA would not understand modifications to proteins, peptides, or polypeptides in accordance with Dr. Ravetch's proposed definition.  Dr. Ravetch's proposed definition that "modifying a polypeptide thus implies changes that are not genetic" (Ravetch Decl. ¶ 74) would only permit unnaturally-specific and restrictive language terms, such

as "mutations of the gene that encodes for the protein," (Ravetch Decl. ¶ 73) to denote that mutations are contemplated.  A POSA would understand that mutations to a protein or polypeptide occur at the DNA/genetic level, and would likewise understand that modification of a "polypeptide" can certainly include genetic modifications.

61.     Dr. Ravetch's proposed definition would also contradict the disclosure of the prior art references cited in the intrinsic record, which describe various methods of genetic engineering techniques that a POSA could use to modify a polypeptide before expression:

- Generation of cysteine-containing mutants can be accomplished by, for example, site-directed mutagenesis using methods well known in the art (Kunkel. T. A. (1988) in *Nucleic Acids and Molecular Biology*, Eckstein, F. Lilley, D. M. J., eds. Springer-Verlag, Berling and Heidelberg, vol. 2, p. 124). In addition, if the protein of interest is one member of a family of structurally related proteins, glycosylation sites for any other member can be matched to an amino acid on the protein of interest, and that amino acid changed to cysteine for attachment of the polyethylene glycol. Alternatively, if a crystal structure has been determined for the protein of interest or a related protein, surface residues away from the active site or binding site can be changed to cysteine for the attachment of polyethylene glycol.  (U.S. Patent No. 5,766,897 at col.10 lines 38-52 (Ex. 24).);

- In one embodiment, the peptides of use in the current invention are recombinant peptides expressed in the cell. Peptides may be modified (e.g. mutated) by methods known in the art, such as site-directed mutagenesis. For example, addition of glycosylation sites to a peptide or other structure is conveniently accomplished by altering the amino acid sequence such that it contains one or more glycosylation sites. Glycosylation of peptides is typically either N-linked or O-linked. … The peptide amino acid sequence is preferably altered through changes at the DNA level, particularly by mutating the DNA encoding the peptide at preselected bases such that codons are generated that will translate into the desired amino acids. (WO 2004/091499, [0307] (Ex. 19).);

- Biomolecules useful in practicing the present invention can be derived from any source. The biomolecules can be isolated from natural sources or they can be produced by synthetic methods. Peptides can be natural peptides or mutated peptides. Mutations can be effected by chemical mutagenesis, site-directed mutagenesis or other means of inducing mutations known to those of skill in the art.  (WO 2004/099231, at p. 119 lines 1-5 (Ex. 17).)

- To create a mutant peptide, the nucleic acid sequence encoding the primary sequence of the peptide is altered so that native codons encoding native amino

27

acid residues are mutated to generate a codon encoding another amino acid residue. Techniques for altering nucleic acid sequence are common in the art and are described for example in any well known molecular biology manual.  (WO 2004/099231, at p. 233 lines 13-17 (Ex. 17).); and

- If desired, muteins of natural proteins can be generally constructed using site-directed PCR based mutagenesis as described in general in Methods in Molecular Biology, Vol. 15: PCR Protocols: Current Methods and Applications edited by White, B. A. (1993) Humana Press, Inc., Totowa, NJ and PCR Protocols: A Guide to Methods and Applications edited by Innis, M. A. et al. (1990) Academic Press, Inc. San Diego, CA. Typically, PCR primer oligonucleotides are designed to incorporate nucleotide changes to the coding sequence of proteins that result in substitution of a cysteine residue for an amino acid at a specific position within the protein.  (WO 00/42175 at page 9 lines 31-37; *see also id.* at Example 4, Example 17 (Ex. 18).)

Thus, a POSA would understand that the claimed "Factor VIII polypeptides" includes modifications made before and after expression.

62.      I disagree with Dr. Ravetch's assertion that "[i]n view of the intrinsic record for the Patents in Suit, one of skill in the art would have understood that the common specification's description of a 'modified' Factor VIII polypeptide with a cysteine 'added' or 'substituted' refers to alterations to the expressed factor VIII protein, not mutations of the gene that encodes for the protein."  (Ravetch Decl. ¶ 73; *see also* Ravetch Decl. ¶ 74.)  The intrinsic record discloses that cysteine modifications include those made before and after the Factor VIII polypeptide is expressed, and, therefore, include genetic engineering techniques (mutagenesis).  As discussed above, the specification discloses that modifications can be made before the protein is expressed based on the disclosure of recombinant DNA techniques directed to manufacturing variants, modifications to add or substitute lysine, cysteine, and/or arginine amino acid residues, hybrid and fusion proteins, and commercial B-domain-deleted Factor VIII preparations in the non-native form.  (*See* '223 patent, col.2 lines 53-67, col.10 lines 32-42, col.10 l.53-co.11 l.14 (Ex. 2).)  The specification also explains that an amino acid residue refers to an amino acid that is

28

incorporated into the polypeptide.  ('223 patent, col.9 lines 22-29 (Ex. 2).)  The example that Dr. Ravetch invokes for modification of a protein or polypeptide after transcription and translation is a chemical reaction on the side chains of amino acids already present in the polypeptide: "In addition to producing native and mutant proteins recombinantly, researchers have also studied various methods of modifying proteins after expression, i.e., after transcription and translation of DNA into RNA into polypeptide. One method is modifying proteins by conjugation with PEG, a process known as 'pegylation.'" (Ravetch Decl. ¶ 40.)

63.     Further, as set forth above, Dr. Ravetch also ignores that prior art cited in the prosecution histories refer to cysteine muteins and methods of making them.  Dr. Ravetch does not address that Veronese—a reference that I understand is part of the intrinsic record (*see* Opening Decl. ¶ 83)—discloses that a cysteine residue can be introduced at a desired position in the amino acid sequence of a protein by mutagenesis.  Notably, Dr. Ravetch does not address the testimony of Bayer's expert, Dr. Russell, who explained that Veronese disclosed how one could "change the sequence of the protein"—that is, "change the order of the amino acids"—which could be accomplished by "genetic routes as well as chemical routes."  (Deposition Tr. of Dr. Alan Russell (dated Sept. 28, 2018) at 39:25-44:3 (Ex. 25).)  With respect to genetic routes, Dr. Russell explained:

> There could be a number of ways.  One could use a variety of mutagenesis techniques to do that.  Mutagenesis is a generic term, and there are many different genetic tricks that allow molecular biologists to theoretically introduce a cysteine residue. …

(Russell Tr. at 42:10-17 (Ex. 25).)

> Dr. Russell further explained how mutations could be introduced at a specific site:

> Q.  And how does one use molecular biology to introduce mutations at a specific site?

A. One would typically take a plasmid, that encodes the protein. One would synthesize in the laboratory a small strand of DNA that has an alternate sequence. One would melt the DNA from the original protein into the two separate strands, use the synthesized strand of DNA to anneal to the target region. One would then add enzymes, DNA syntheses enzymes, that would cause the replication of the whole strand of DNA, re-forming double-stranded DNA, half of which would be the old DNA and half of which would be the new mutated DNA. One would take that, break it into two, reformulate the DNA so that half was now pure mutated DNA, half was not. One would then introduce that into a cell in order to express the protein, and then one would wait to try and determine whether or not one had successfully created the protein and whether or not it expressed.

(Russell at 43:2-44:3 (Ex. 25).)

64.     A POSA would not understand the specification's use of "modified" to be limited according to Dr. Ravetch's opinion, i.e., to excluding genetic modification. Dr. Ravetch incorrectly asserts that the specification refers to "modified" only in the context of: (i) "describing the covalent attachment of PEG to factor VIII," and (ii) "referring to an organic chemistry textbook for techniques known in the art." (Ravetch Decl. ¶ 73 (citing '223 patent, col.12 lines 9-22 and col. 10 lines 35-43).) As set forth above, a POSA would not narrowly interpret "modified" in this manner based on the additional disclosure in the specification directed to variants, additions and substitutions of amino acids, recombinant DNA techniques, fusion/hybrid proteins, and B-domain deletion variants. Moreover, the references cited in the portions of the specification identified by Dr. Ravetch do not support his narrow reading. As Dr. Ravetch admits, Zalipsky 1995—the reference cited at column 12 lines 9-11 of the specification—"mentions" that "mutagenesis is one particular approach to pegylation." (Ravetch Decl. ¶ 63.) Moreover, a POSA would understand that the March reference (the "organic chemistry textbook" cited by Dr. Ravetch), which is a textbook directed to organic chemistry reactions, among other topics, generally relates to  the chemical modification for adding

30

molecules of PEG to the side chains of amino acids after protein expression.  (Ravetch Decl. ¶ 73.)  Thus, a POSA would understand that the specification's citation to March regarding a chemical modification for "facile attachment of the polymer to an atom within the side chain of the amino acid" (see '223 patent, col.11 lines 38-39 (Ex. 2)), is not inconsistent with or preclude the fact that "modified" when related to the amino acid sequence includes genetic modification by recombinant methods.  Indeed, column 10 lines 35 to 43 of the specification refers to modifications to amino acids in the sequence, which a POSA would understand can only be done by the recombinant methods described by the specification in the next paragraphs.  ('223 patent, col.10 lines 35-42, col.10 l.53-col.11 l.14 (Ex. 2).)  Thus, contrary to Dr. Ravetch's argument, a POSA would understand that the term "modified" includes recombinant methods and mutagenesis techniques that occur before the polypeptide or protein is expressed.

65.   Further, for the reasons set forth above, the prosecution histories of the Bossard Patents do not support Dr. Ravetch's opinion that the cysteine residues must somehow be added or substituted "after expression."  Moreover, neither the Examiner nor the Applicants stated that the claimed polypeptides are limited to polypeptides that have already been expressed and/or cannot be genetically altered as a means of manufacture.  To the contrary, recombinant methods—that necessarily take place before protein expression—are described throughout the specification and prosecution histories. Thus, there is no basis to narrow any of the claim terms to a native sequence nor to varying the sequence after protein expression.

66.   Accordingly, a POSA would understand the cysteine-modification claim terms in accordance with Plaintiffs' proposed constructions.

31

### D.     "In-vitro activity" Claim Terms

67.     As provided in my Opening Declaration, it is my opinion that the in-vitro activity

claim terms should be construed in accordance with Plaintiffs' proposed constructions.

(Opening Decl. ¶¶ 87-95.)

68.     Dr. Ravetch does not dispute that the activity comparator for these claim terms

should be the "unmodified parent."  (Ravetch Decl. ¶ 77.)  Dr. Ravetch, however, seeks to limit

the "unmodified parent" to "the underlying factor VIII polypeptide that was used to generate the

conjugate."  (Ravetch Decl. ¶ 77.)  The intrinsic record does not support limiting the

"unmodified parent Factor VIII moiety" to any particular underlying factor VIII polypeptide in

unpegylated form.  The intrinsic record does not limit the "parent" to a particular precursor

Factor VIII polypeptide or derivative, but rather permits the "unmodified parent" to refer to the

unconjugated native, or variant (including mutated) forms of the Factor VIII polypeptides that

are recited in the specification (e.g., Factor VIII, Factor VIII:C, Factor VIII:vWF, and B-domain

deleted Factor VIII).  Indeed, a POSA would want to know how the activity of the PEGylated

polypeptide may compare with the native or variant (including mutated) forms of Factor VIII

disclosed in the specification.  Further, Dr. Ravetch's reliance on the specification's disclosure

concerning hydrolyzable linkers as support for the "parent" only shows that this is one type of

comparator.  (Ravetch Decl. ¶ 77.)  Thus, a POSA would understand the activity claim terms in

accordance with Plaintiffs' proposed construction.

69.     I disagree with Dr. Ravetch's assertion that the underlying factor VIII polypeptide

in unpegylated form constitutes the only proper comparator for in-vitro activity after PEGylation.

A POSA would not limit the activity comparator as Dr. Ravetch proposes.  Rather, in addition to

the apples-to-apples comparison that Dr. Ravetch suggests, a POSA would also seek to compare

the in-vitro activity of the PEGylated polypeptide to, for example, unPEGylated gold standards

of the Factor VIII protein (e.g., full-length, B-domain deleted, etc.) or commercial Factor VIII products that are already on the market.  This is supported by the specification, which identifies commercial Factor VIII products that a POSA could reference for this comparison.  ('223 patent, col.2 lines 53-67 ("Several commercial forms of Factor VIII concentrates are available to provide replacement therapy for patients suffering from hemophilia A.  For example, blood-derived Factor VIII concentrate products sold under the HEMOFIL® M (Baxter, Deerfield, Ill.), KOATE®-DVI (Bayer, Research Tringle Park, N.C.), MONARC-MTM (American Red Cross, Washington, D.C.), and MONOCLATE-P® (Aventis, Bridgewater, N.J.) brands. With respect to recombinantly prepared Factor VIII concentrates, commercial products are provided under the HELIXATE® FS (Aventis, Bridgewater, N.J.), KOGENATE FS® (Bayer, Research Triangle Park, N.C.), RECOMBINATE® (Baxter, Deerfield, Ill.), ADVATE® (Baxter, Deerfield, Ill.), and REFACTO® (Wyeth/ Genetics Institute, Cambridge, Mass.) brands.") (Ex. 2).)  Such a comparison would allow a POSA to determine whether the PEGylated polypeptide is worth pursuing for further development.  Plaintiffs' proposed constructions of the activity claim terms are, therefore, proper because they include Dr. Ravetch's proposed comparison and also allow for additional useful comparisons to other functional analogs that could inform a POSA's drug development pipeline.  A POSA would potentially seek to use a different "parent" molecule than that strictly corresponding to the corresponding PEGylated form to compare the functional activity of the potentially improved product to other variants in development or marketed—for strategic purposes.  For example, in U.S. Patent No. 5,766,897—prior art that is cited on the face of the '223 patent—activity was compared across several different molecules:

> The specific PN-1 mutants and cysteine-PEGylated  mutants
> generated are shown in Table G.5A. Each of the PN-1 site-directed
> mutant proteins, as well as wild type PN-L were modified by
> cysteine-PEGylation using the protocol described in F.2. The

33

activity of wild type PN-1, each of the PN-1 site-directed mutants, and the cysteine-PEGylated wild type and mutant proteins was determined using the assay described in D.4."  (U.S. Patent No. 5,766,897 at col.43 lines 40-67 (Ex. 24).)

This disclosure shows that the activity comparator was not limited to one parent (such as the unPEGylated parent)—rather, activity was compared across four different proteins: (i) native, (ii)) mutein, (iii) PEGylated-native, and (iv) PEGylated mutein.  Moreover, in Rostin—which is cited on the face of the specification—activities of PEGyated, B-domain deleted conjugates were compared to full-length Factor VIII based on international reference standard.  (J. Röstin et al., *B-domain Deleted Recombinant Coagulation Factor VIII Modified with Monomethoxy Polyethylene Glycol*, 11 BIOCONJUGATE CHEM. 387-98 at 391 (2000) (BAXJIVI0000690) (Ex. 15).)   Thus, Dr. Ravetch's argument that a POSA would not know how to accomplish a "straightforward" experiment to assess comparisons with the other forms of Factor VIII is a specious argument. (Ravetch Decl. ¶¶ 77, 79.)

70. 

And in U.S. Patent No. 9,364,520 ("Factor VIII Conjugates"), Bayer reported experimental activity data for Factor VIII muteins (e.g., PEG2) compared to unPEGylated parent B-domain deleted Factor VIII (e.g., "BDD") (and not with the "same" polypeptide, i.e., not with unPEGylated PEG2).  ('520 patent, Table 5 (Ex. 33).).  Further, in an article published by the named inventors of the '520 patent disclosed that activity of PEG14—a mutein that became JIVI®—was compared to full-length Factor VIII.  (Baisong Mei et al., *Rational Design of a Fully Active, Long-Acting*

*PEGylated Factor VIII for Hemophilia A Treatment*, 11 BLOOD 270-79 (2010) at 271 (emphasis added) (Ex. 34); ████████████████████████████████████

71.     Dr. Ravetch also misinterprets the amendments made during the prosecution of the '378 and '102 patents.  The prosecution histories confirm that "in-vitro activity" must be measured in relation to the unmodified parent.  With respect to the prosecution of the '378 patent, Dr. Ravetch acknowledges that the phrase "the same" was deleted from independent claim 1.  (Ravetch Decl. ¶ 78 ("In particular, the examiner deleted 'the same' from an independent claim but not from two dependent claims.").)  A POSA, however, would not understand this to be an "inconsistent amendment" with respect to dependent claims 2 and 3, as Dr. Ravetch suggests.  (Ravetch Decl. ¶ 78.)  Moreover, with respect to the prosecution of the '102 patent, I disagree with Dr. Ravetch's suggestion that the amendment from "an unconjugated Factor VIII polypeptide" to "the unconjugated Factor VIII polypeptide" necessarily requires the comparator to be the same underlying polypeptide in unconjugated form.  (Ravetch Decl. ¶ 78.)  Neither the applicants nor the Examiner made such a statement.  Rather, as set forth in Paragraph 92 of my Opening Declaration, the amendment was made "to more clearly recite a certain degree of retention of bioactivity for the conjugate when compared to the bioactivity of the unmodified parent Factor VIII polypeptide rather than imply a necessary enhancement," such that "one skilled in the art would understand, based upon the amended claim language, that a conjugate as currently claimed retains at least about 15% of the in-vitro bioactivity of the unmodified parent Factor VIII polypeptide."  ('102 patent file history, Response dated Jan. 30, 2013 at 11 (emphasis removed).)  Thus, contrary to Dr. Ravetch's assertion, a POSA would not have limited the comparator factor VIII polypeptide only to the underlying protein used to generate the conjugate.

35

72.     Accordingly, a POSA would understand the in-vitro activity claim terms in accordance with Plaintiffs' proposed constructions.

**VII.   CONCLUSION**

73.     As set forth above and in my Opening Declaration, it is my opinion that a POSA would understand the disputed claim terms of the Bossard Patents in accordance with Plaintiffs' proposed constructions.

74.     I declare that the foregoing statements of my own knowledge are true and made on information believed to be true. I reserve the right to supplement this Declaration based on any additional information I become aware of. If called to testify, I may use graphics or other assisting tools.

Dated  12/4/18

Loren D. Walensky, M.D./Ph.D.

# EXHIBIT 31



# DORLAND'S ILLUSTRATED MEDICAL DICTIONARY

**30th EDITION**

OVER 100 YEARS IN PRINT



Special Value Package

Spell checker and PDA software included!

# DORLAND'S
# ILLUSTRATED
# MEDICAL 30th EDITION
# DICTIONARY

**SAUNDERS**
*An Imprint of Elsevier*

SAUNDERS
*An Imprint of Elsevier*

The Curtis Center
Independence Square West
Philadelphia, PA 19106

Dorland's illustrated medical dictionary.
    Philadelphia: Saunders

        v.: ill.; 27 cm.

    Irregular.
    Began publication with 23rd ed.
    Description based on: 26th ed.
    Continues: American illustrated medical dictionary.


    1. Medicine—Dictionaries. I. Dorland, W.A. Newman
(William Alexander Newman), 1864–1956.
    [DNLM: 1. Dictionaries, Medical. 2. Reference Books,
Medical]

    R121.D73          610'.3'21—dc19          0-6383
                                       AACR 2  MARC-S

    Library of Congress      [8607r85]rev6

*Chief Lexicographer:* Douglas M. Anderson, MA
*Senior Lexicographer:* Patricia D. Novak, PhD
*Lexicographer:* Jefferson Keith, MA
*Assistant Lexicographer:* Michelle A. Elliott, BA

Listed here are the latest translated editions of this book together with the languages for the translations and the publishers.

Chinese (*28th Edition*)—Xi'an World Publishing Corp., Xi'an, China

Indonesian (*26th Edition*)—E.G.C. Medical Publishers, Jakarta, Indonesia

Italian (*28th Edition*)—Edizioni Scientifiche Internazionali (ESI), Milan, Italy

Japanese (*28th Edition*)—Hirokawa Publishing Company, Tokyo, Japan

Portuguese (*28th Edition*)—Editiora Manole Ltda., São Paulo, Brazil

Spanish (*28th Edition*) (Adaption)—McGraw-Hill-Interamericana de España, Madrid, Spain

Dorland's Illustrated Medical Dictionary          ISBN 0-7216-0146-4 (Standard)
                                                       0-7216-0281-9 (Deluxe)
                                                       0-7216-0414-5 (Trade)
                                                       0-8089-2288-2 (International)

© 2003 by Elsevier. Copyright 1900, 1901, and 1903 by W.B. Saunders and Company. Copyright 1906, 1909, 1911, 1913, 1915, 1917, 1919, 1921, 1923, 1927, 1929, 1932, 1935, 1938, 1941, 1944, 1947, 1951, 1957, 1965, 1974, 1981, 1985, 1988, 1994, and 2000 by W.B. Saunders Company.

Copyright under the Uniform Copyright Convention. Simultaneously published in Canada. All copyright renewals registered.

All rights reserved. This book is protected by copyright. No part of it may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without written permission from the publisher. Made in the United States of America.

Some of the words appearing in the Dictionary are proprietary names (trademarks) even though no reference to this fact is made in the text. The appearance of any name without designation as a trademark is therefore not to be regarded as a representation by the editors or publisher that it is not a trademark or is not the subject of proprietary rights.

Library of Congress catalog card number 78-50050

Last digit is the print number:   9   8   7   6   5   4   3   2   1

Case 1:17-cv-01316-RGA-SRF   Document 158-1   Filed 12/28/18   Page 150 of 241 PageID #: 26071

Muse . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . mutation

## Musculus *Continued*

**m. trigo'ni vesi'cae urina'riae superficia'lis** [TA]   the superficial layer of the trigonal muscles, continuous proximally with the muscles of the ureteral wall.

**m. unipenna'tus**   TA alternative for *m. semipennatus.*

**m. u'vulae** [TA]   muscle of uvula: *origin,* posterior nasal spine of palatine bone and aponeurosis of soft palate; *insertion,* uvula; *innervation,* pharyngeal plexus of vagus; *action,* raises uvula.

**m. vas'tus interme'dius** [TA]   *origin,* anterior and lateral surfaces of femur; *insertion,* patella, common tendon of quadriceps femoris; *innervation,* femoral; *action,* extends leg.

**m. vas'tus latera'lis** [TA]   *origin,* capsule of hip joint, lateral aspect of femur; *insertion,* patella, common tendon of quadriceps femoris; *innervation,* femoral; *action,* extends leg.

**m. vas'tus media'lis** [TA]   *origin,* medial aspect of femur; *insertion,* patella, common tendon of quadriceps femoris; *innervation,* femoral; *action,* extends.leg.

**m. ventricula'ris**   a name applied to fibers of the thyroarytenoid muscle running into the vestibular folds.

**m. vertica'lis lin'guae** [TA]   vertical muscle of tongue: *origin,* dorsal fascia of tongue; *insertion,* sides and base of tongue; *innervation,* hypoglossal; *action,* changes shape of tongue in mastication and deglutition.

**m. voca'lis** [TA]   vocal muscle: one of the intrinsic muscles of the larynx; *origin,* angle between laminae of thyroid cartilage; *insertion,* vocal process of arytenoid cartilage; *innervation,* recurrent laryngeal; *action,* shortens and relaxes vocal folds.

**m. zygoma'ticus**   m. zygomaticus major.

**m. zygoma'ticus ma'jor** [TA]   greater zygomatic muscle: *origin,* zygomatic bone in front of temporal process; *insertion,* angle of mouth; *innervation,* facial; *action,* draws angle of mouth backward and upward.

**m. zygoma'ticus mi'nor** [TA]   lesser zygomatic muscle: *origin,* zygomatic bone near maxillary suture; *insertion,* orbicularis oris and levator labii superioris; *innervation,* facial; *action,* draws upper lip upward and laterally.

---

**Muse**  (mūz)   trademark for a preparation of alprostadil.

**mush·room**  (mush'room)   the fruiting body (basidiocarp) of any of a variety of basidiomycetous fleshy fungi of the order Agaricales, especially one that is edible. Poisonous species are popularly called *toadstools.* See also *agaric.*

**mu·si·co·gen·ic**  (mu″zǐ-ko-jen'ik)   caused by or in reaction to musical sounds.

**Mus·set's sign**  (mu-sāz')  [Louis Charles Alfred de *Musset,* French poet, 1810–1857, who died of aortic insufficiency]   see under *sign.*

**mus·si·ta·tion**  (mus″ǐ-ta'shən) [L. *mussitare* to mutter]   the moving of the lips with no utterance of articulate sounds.

**Mus·tard operation**  (mus'tərd) [William Thornton *Mustard,* Canadian surgeon, born 1914]   see under *operation.*

**mus·tard**  (mus'tərd) [L. *sinapis*]   1. any of several plants of the genus *Brassica.*  2. the ripe seeds of black mustard or white mustard; when they are crushed and moistened, volatile oils are liberated that are responsible for the counterirritant, stimulant, and emetic properties of mustard. 3. resembling, or containing mustard, mustard in one or more of its properties; e.g., mustard gas, named for its odor.

**black m., brown m.**   *Brassica nigra* (L.) Koch, a source of volatile oil of mustard and used internally as an emetic and externally as a counterirritant (see *mustard plaster,* under *plaster*); it is also used in homeopathy to treat upper respiratory irritation and the gastrointestinal tract. Since the plant contains sinigrin, animals consuming large quantities of it may develop fatal gastroenteritis.

**nitrogen m.**   1. mechlorethamine hydrochloride.  2. any of a group of cytotoxic alkylating agents (q.v.) having the general formula R—N (CH₂CH₂Cl₂)₂; they are homologous with the vesicant war gas dichlorodiethyl sulfide (mustard gas). Those used as antineoplastic and immunosuppressive agents include chlorambucil, cyclophosphamide, ifosfamide, mechlorethamine, melphalan, and uracil mustard.

**ʟ-phenylalanine m.**   melphalan.

**uracil m.**   a cytotoxic alkylating agent that is the uracil derivative of nitrogen mustard, used as an antineoplastic in the treatment of chronic lymphocytic and chronic granulocytic leukemia, non-Hodgkin's lymphoma, mycosis fungoides, and polycythemia vera; now generally replaced by more effective agents.

**white m., yellow m.**   *Brassica alba* (L.) Rabenh., which has been used as an emetic and counterirritant. Since the plant contains sinigrin, animals consuming large quantities of it may develop fatal gastroenteritis.

**Mus·tar·gen**  (mus'tar-jən)   trademark for a preparation of mechlorethamine hydrochloride.

**mu·ta·cism**  (mu'tə-siz-əm)   mytacism.

**mu·ta·gen**  (mu'tə-jən) [*mutation* + *genesis*]   a chemical or physical agent that induces or increases genetic mutations by causing changes in DNA.

**mu·ta·gen·e·sis**  (mu″tə-jen'ə-sis) [*mutation* + *-genesis*]   1. the production of change.  2. the induction of genetic mutation.

**site-directed m.**   a method for producing a defined DNA mutation; a sequence alteration is made in vitro at a specific nucleotide or region and the altered DNA is reintroduced into cells.

**mu·ta·gen·ic**  (mu″tə-jen'ik)   1. causing change.  2. inducing genetic mutation.

**mu·ta·ge·nic·i·ty**  (mu″tə-jə-nis'ǐ-te)   the property of being able to induce genetic mutation.

**Mu·ta·my·cin**  (mu″tə-mi'sin)   trademark for a preparation of mitomycin.

**mu·tant**  (mu'tənt) [L. *mutare* to change]   1. a gene or organism that has undergone genetic mutation.  2. produced by mutation.

**mu·ta·ro·tase**  (mu″tə-ro'tās)   aldose 1-epimerase.

**mu·ta·ro·ta·tion**  (mu″tə-ro-ta'shən)   a change in the optical activity of a freshly prepared solution of a pure compound that occurs because of the formation of diastereoisomers of the original compound having different optical activity, e.g., the equilibration of the α and β anomers of glucose.

**mu·tase**  (mu'tās) [EC 5.4]   any member of a subclass of enzymes of the isomerase class that act as intramolecular transferases, catalyzing the intramolecular shift of an acyl, amino, phosphate, or other chemical group.

**mu·ta·tion**  (mu-ta'shən) [L. *mutatio,* from *mutare* to change]   1. a change in form, quality, or some other characteristic.  2. in genetics, a permanent transmissible change in the genetic material, usually in a single gene. Also, an individual exhibiting such a change.

**allelic m's**   see *multiple alleles,* under *allele.*

**amber m.**   see *nonsense m.*

**auxotrophic m.**   a mutation resulting in the inability of bacteria to grow on minimal media.

**biochemical m.**   nutritional m.

**chromosomal m.**   a mutation affecting large regions of a chromosome and caused by breakage, e.g., by *deletion,* by *inversion,* in which a section of chromosome is inserted in reverse order, and by *translocation,* in which a piece of one chromosome attaches to another. See also *genomic m.* and *point m.*

**clear plaque m.**   a mutation resulting in clear plaque formation by a temperate phage that usually makes turbid plaques on bacterial lawns.

**cold-sensitive m.**   a conditional mutation producing a gene functional at high temperatures and nonfunctional at low.

**conditional m.**   a mutation affecting an organism's phenotype under restrictive growth conditions but not under permissive growth conditions; the wild type is expressed equivalently under both growth conditions. See also *temperature-sensitive m.*

**conditional lethal m.**   a mutation lethal only under certain environmental or genetic conditions; also see *lethal m.*

**constitutive m.**   a mutation resulting in the formation of a product in the absence of the inducer, either by modifying an operator so that the repressor cannot combine with it or by modifying the regulator so that no repressor is formed.

**forward m.**   a point mutation causing a change from the normal wild type to the mutant; cf. *reverse m.*

**frameshift m.**   a mutation resulting from an addition or subtraction that is not an exact multiple of 3 base pairs in a coding sequence. From the point of mutation onwards, base triplets (codons) are read out of phase; the reading frame of the gene is changed, and a completely different set of amino acids is made into protein. Called also *reading frameshift m.*

**genomic m.**  a mutation affecting the number of chromosomes present, e.g., aneuploidy, in which the genome gains or loses one or more chromosomes, and polyploidy, in which the overall chromosome number is doubled or tripled. See also *chromosomal m.* and *point m.*

**germinal m.**  a mutation in a germ cell; it generally does not affect the phenotype of the individual in which it first occurs but can be transmitted to offspring. See also *somatic m.*

**homoeotic m.**  a mutation interfering with the correct interpretation of positional information.

**induced m.**  a genetic mutation caused by external factors which are experimentally or accidentally produced; see also *spontaneous m's.*

**lethal m.**  a mutation that destroys a gene's ability to produce an active form of an indispensable protein or that destroys an organism's ability to reproduce and transmit the mutation to subsequent generations; see also *conditional lethal m.*

**missense m.**  one that changes a codon so that it codes for a different amino acid; cf. *nonsense m.*

**natural m.**  spontaneous m.

**nonsense m.**  a mutation in which one of the three terminator codons in the mRNA (UAG, *amber*; UAA, *ochre*; UGA, *umber* or *opal*), used to signal the end of a polypeptide, appears in the middle of a genetic message, causes premature termination of transcription, and releases incomplete, generally nonfunctional polypeptides from the ribosome. See also *missense m.*

**nutritional m.**  a mutation affecting an organism's ability to produce a molecule, e.g., an amino acid, essential for growth; called also *biochemical m.*

**ochre m.**  see *nonsense m.*

**opal m.**  see *nonsense m.*

**point m.**  a mutation resulting from a change in a single base pair in the DNA molecule, caused by the substitution of one nucleotide for another. See also *chromosomal m.* and *genomic m.*

**reading frameshift m.**  frameshift m.

**reverse m.**  a point mutation causing reversion from the mutant to the normal wild type; cf. *forward m.*

**silent m.**  a mutation that has no detectable phenotypic effect.

**somatic m.**  a mutation in a somatic cell, not in a germ cell; it may affect the phenotype in which it occurs since it provides the basis for mosaicism, but generally the mutation will not be transmitted to offspring. Somatic mutations have been proposed as causes of aging and cancer. See also *germinal m.*

**spontaneous m's**  mutations occurring at a low but measurable rate in all organisms, presumably because of the inherent rates of error in the replication and transmission of a genome. Called also *natural m.* See also *induced m.*

**suppressor m.**  a mutation that partially or completely masks phenotype expression of a mutation but occurs at a different site from the primary mutation (i.e., causes suppression); it may be intragenic or intergenic. The term is used particularly to describe a secondary mutation that restores the ability of a transfer RNA to recognize a nonsense codon that was created by the primary mutation.

**temperature-sensitive (t-s) m.**  a conditional mutation resulting in an abnormality at one temperature, but not at others; see also *cold-sensitive m.*

**umber m.**  see *nonsense m.*

**visible m.**  a mutation affecting a morphological trait and for which screening is done by inspection.

**mu·ta·tion·al** (mu-ta′shən-əl)  pertaining to mutation.

**mute** (mūt) [L. *mutus*]  1. unable or unwilling to speak, such as because of deafness.  2. to muffle or soften a sound.

**deaf m.**  see *deaf-mute.*

**mu·te·in** (mu′tēn) [from *mutant*-pro*tein*]  a name suggested for a protein arising as a result of a mutation; it is analogous to the wild-type protein but does not necessarily have the same enzymological, immunological, or physicochemical properties.

**mu·ti·la·tion** (mu″ti-la′shən) [L. *mutilatio*]  the act of depriving an individual of a limb, member, or other important part; deprival of an organ; severe disfigurement.

**Mu·tis·ia** (mu-tiz′e-ə)  a genus of shrubs of the family Compositae, native to South America. *M. viciaefo′lia* is a species used as a sedative and in treatment of cardiac, respiratory, and nervous disorders.

**mu·tism** (mu′tiz-əm)  the condition of being mute; called also *aphonia.*

**akinetic m.**  a state in which the individual can make no spontaneous movement or sound; often caused by a tumor or other lesion in the third ventricle. Cf. *locked-in syndrome.*

**deaf m.**  see *deaf-mutism.*

**elective m.**  selective m.

**selective m.** [DSM-IV]  a mental disorder of childhood characterized by continuous refusal to speak in social situations by a child who is able and willing to speak to selected persons.

**mu·tu·al·ism** (mu′choo-əl-iz-əm)  symbiosis in which both populations (or individuals) gain from the association and are unable to survive without it.

**mu·tu·al·ist** (mu′tu-əl-ist)  any organism or species associated with another in a relationship which is beneficial to both.

**muz·zle** (muz′əl)  the most anterior region of the face of various animals, consisting of the nose, jaws, and surrounding structures.

**MV¹** [L.]  Med′icus Veterina′rius (veterinary physician).

**MV²**  megavolt; minute volume.

**mV**  millivolt.

**μV**  microvolt.

**M-VAC**  a cancer chemotherapy regimen consisting of methotrexate, vinblastine, doxorubicin, and cisplatin.

**MVP**  mitral valve prolapse.

**MVV**  maximal or maximum voluntary ventilation.

**MW**  molecular weight.

**μW**  microwatt.

**Mx**  Medex.

**My**  myopia.

**my·al·gia** (mi-al′jə) [*my-* + *algia*]  pain in a muscle or muscles. Called also *myodynia.*

**m. abdo′minis**  pain in the abdominal wall.

**m. ca′pitis**  pain in the scalp muscles, formerly thought to be a cause of tension headache.

**m. cervica′lis**  torticollis.

**epidemic m.**  see under *pleurodynia.*

**My·am·bu·tol** (mi-am′bu-tol)  trademark for a preparation of ethambutol hydrochloride.

**My·an·e·sin** (mi-an′ə-sin)  trademark for a preparation of mephenesin.

**my·a·sis** (mi-a′sis)  myiasis.

**my·as·the·nia** (mi″əs-the′ne-ə) [*my-* + *asthenia*]  muscular debility; any constitutional anomaly of muscle.

**m. gas′trica**  weakness and loss of tone in the muscular coats of the stomach; atony of the stomach.

**m. gra′vis**  a disorder of neuromuscular function due to the presence of antibodies to acetylcholine receptors at the neuromuscular junction; characteristics include muscular fatigue and exhaustion tending to fluctuate in severity, without sensory disturbance or atrophy. It may be restricted to one muscle group or become generalized with severe weakness and sometimes respiratory insufficiency. It may affect any muscle of the body, but especially those of the eye, face, lips, tongue, throat, and neck. Called also *Erb-Goldflam*, *Goldflam's*, or *Goldflam-Erb disease.*

**m. gra′vis pseudoparaly′tica**  m. gravis.

**m. gravis, familial infantile**  an autosomal recessive disorder seen in infants and characterized by feeding difficulties, episodes of apnea, varying degrees of ophthalmoparesis, and weakness or fatigability after exercise; symptoms often improve with age.

**m. laryn′gis**  phonasthenia.

**neonatal m.**  a transient (a week to a month) myasthenia affecting offspring of myasthenic women, characteristically marked by difficulty in sucking and swallowing.

**my·as·then·ic** (mi″əs-then′ik)  pertaining to or characterized by muscular weakness.

**my·a·to·nia** (mi″ə-to′ne-ə) [*my-* + *atonia*]  amyotonia.

**my·at·o·ny** (mi-at′ə-ne)  amyotonia.

**my·at·ro·phy** (mi-at′rə-fe) [*my-* + *atrophy*]  atrophy of a muscle; muscular atrophy.

**My·ce·lex** (mi′sə-leks)  trademark for preparations of clotrimazole.

**my·ce·li·al** (mi-se′le-əl)  pertaining to a mycelium.

**my·ce·li·an** (mi-se′le-ən)  mycelial.

**my·ce·li·oid** (mi-se′le-oid)  resembling a mycelium.

**my·ce·li·um** (mi-se′le-əm) pl. *myce′lia* [*myc-* + Gr. *hēlos* nail]  the mass of threadlike processes (hyphae) constituting the fungal thallus.

**my·cete** (mi′sēt) [Gr. *mykēs* fungus]  fungus.

**my·ce·the·mia** (mi″sə-the′me-ə) [*myceto-* + *-emia*]  fungemia.

**my·ce·tism** (mi′sə-tiz-əm)  mushroom poisoning.

**my·ce·tis·mus** (mi″sə-tiz′məs)  mushroom poisoning.

**m. ce′rebris**  a type of mushroom poisoning with hallucinogenic symptoms, caused by ingestion of any of several different species.

**m. cholerifor′mis**  a serious and often fatal type of mushroom poisoning caused by ingestion of *Amanita phalloides*, *A. verna*, and probably other *Amanita* species that produce phalloidin; it is characterized by

SAUNDERS
An Imprint of Elsevier Science

www.elsevierhealth.com

Recommended
Shelving Classification
Medical Reference



X000I1FXXV
Used - Good: Dorland's Illustrated
Medical Dictionary, 30th Edition

# EXHIBIT 32

# REDACTED IN ITS ENTIRETY

# EXHIBIT 33



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

April 13, 2017

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM
THE RECORDS OF THIS OFFICE OF:

U.S. PATENT: *9,364,520*
ISSUE DATE: *June 14, 2016*

By Authority of the

Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

T. LAWRENCE
Certifying Officer

BAXJIVI0176402

US009364520B2

## (12) United States Patent
### Pan et al.

(10) Patent No.: **US 9,364,520 B2**
(45) Date of Patent: **\*Jun. 14, 2016**

(54) **FACTOR VIII CONJUGATES**

(75) Inventors: **Clark Q. Pan**, Castro Valley, CA (US);
**John E. Murphy**, Berkeley, CA (US);
**Baisong Mei**, Danville, CA (US);
**Jonathan S. Strauss**, Walnut Creek, CA
(US); **Hendri Tjandra**, Union City, CA
(US); **Jianmin Chen**, Concord, CA
(US); **Thomas Barnett**, Chapel Hill, NC
(US); **Liang Tang**, Richmond, CA (US);
**Deqian Wang**, Concord, CA (US)

(73) Assignee: **BAYER HEALTHCARE LLC**,
Whippany, NJ (US)

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 1108 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **12/540,703**

(22) Filed: **Aug. 13, 2009**

(65) **Prior Publication Data**

US 2010/0081615 A1      Apr. 1, 2010

**Related U.S. Application Data**

(63) Continuation of application No. 11/273,896, filed on
Nov. 14, 2005, now Pat. No. 7,632,921.

(60) Provisional application No. 60/627,277, filed on Nov.
12, 2004.

(51) Int. Cl.
| | |
|---|---|
| *A61K 38/37* | (2006.01) |
| *A61K 47/48* | (2006.01) |
| *C07K 14/755* | (2006.01) |
| *C07K 17/08* | (2006.01) |
| *A61K 38/00* | (2006.01) |

(52) U.S. Cl.
CFC ............ *A61K 38/37* (2013.01); *A61K 47/48215*
(2013.01); *C07K 14/755* (2013.01); *C07K
17/08* (2013.01); *A61K 38/00* (2013.01); *C07K
2319/00* (2013.01)

(58) Field of Classification Search
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,970,300 A | 11/1990 | Fulton et al. | |
| 5,171,844 A | 12/1992 | van Ooyen et al. | |
| 5,422,260 A | 6/1995 | Kaufman et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 690126 | 1/1996 |
| EP | 786474 B1 | 7/1997 |

(Continued)

OTHER PUBLICATIONS

Brinkhous et al., Purified human factor VIII procoagulant protein:
comparative hemostatic response after infusions into hemophilic and
von Willebrand disease dogs., Proc. Natl. Acad. Sci. USA, 1985, vol.
82, pp. 8752-8756.*

(Continued)

*Primary Examiner* — Alexander Kim
(74) *Attorney, Agent, or Firm* — Buchanan, Ingersoll &
Rooney

(57) **ABSTRACT**

This invention relates to Factor VIII muteins that are
covalently bound, at a predefined site that is not an N-terminal
amine, to one or more biocompatible polymers such as polyethylene glycol. The mutein conjugates retain FVIII procoagulant activity and have improved pharmacokinetic properties.

**9 Claims, 38 Drawing Sheets**



Mutagenesis and Sub-cloning of BDD-PegN

**US 9,364,520 B2**

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,451,521 | A | 9/1995 | Kauffman et al. |
| 5,766,897 | A | 6/1998 | Braxton |
| 5,925,739 | A | 7/1999 | Spira et al. |
| 5,972,885 | A | 10/1999 | Spira et al. |
| 6,048,720 | A | 4/2000 | Dalborg et al. |
| 6,251,632 | B1 | 6/2001 | Lillicrap et al. |
| 6,316,226 | B1 | 11/2001 | Van Ooyen et al. |
| 6,346,513 | B1 | 2/2002 | Van Ooyen et al. |
| 6,753,165 | B1 | 6/2004 | Cox et al. |
| 6,759,216 | B1 | 7/2004 | Lollar |
| 6,770,744 | B2 | 8/2004 | Lollar |
| 6,919,311 | B2 | 7/2005 | Lenting et al. |
| 7,033,791 | B2 | 4/2006 | Lollar |
| 7,138,505 | B1 | 11/2006 | Kuo et al. |
| 7,199,223 | B2 | 4/2007 | Bossard et al. |
| 7,205,278 | B2 | 4/2007 | Griffin et al. |
| 7,211,559 | B2 | 5/2007 | Saenko et al. |
| 7,645,860 | B2 | 1/2010 | Turecek et al. |
| 7,683,158 | B2 | 3/2010 | Siekmann et al. |
| 7,858,740 | B2 | 12/2010 | Bossard et al. |
| 7,863,421 | B2 | 1/2011 | Bossard et al. |
| 2002/0182670 | A1 | 12/2002 | Lollar |
| 2003/0077752 | A1 | 4/2003 | Cho et al. |
| 2003/0125232 | A1 | 7/2003 | Griffin et al. |
| 2004/0180054 | A1 | 9/2004 | Kim et al. |
| 2004/0235734 | A1 | 11/2004 | Bossard et al. |
| 2004/0248785 | A1 | 12/2004 | Saenko et al. |
| 2005/0107297 | A1 | 5/2005 | Holmes et al. |
| 2005/0118664 | A1 | 6/2005 | Lollar |
| 2005/0123997 | A1 | 6/2005 | Lollar |
| 2005/0176108 | A1 | 8/2005 | Kim et al. |
| 2005/0256304 | A1 | 11/2005 | Jones et al. |
| 2005/0288490 | A1 | 12/2005 | Nakamoto et al. |
| 2006/0073113 | A1 | 4/2006 | Nakamoto et al. |
| 2006/0160994 | A1 | 7/2006 | Lenting et al. |
| 2010/0120680 | A1 | 5/2010 | Bossard et al. |
| 2010/0124940 | A1 | 5/2010 | Bossard et al. |
| 2010/0130427 | A1 | 5/2010 | Bossard et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 808901 | 11/1997 |
| EP | 1502921 | 2/2005 |
| WO | WO-90/12874 | 11/1990 |
| WO | WO-94/15625 | 7/1994 |
| WO | WO-9511987 A1 | 5/1995 |
| WO | WO-97/03195 | 1/1997 |
| WO | WO-97/11957 A1 | 4/1997 |
| WO | WO-00/71714 | 11/2000 |
| WO | WO-02/098454 | 12/2002 |
| WO | WO-03/031598 | 4/2003 |
| WO | WO-2004/075923 | 9/2004 |
| WO | WO-2005/000360 A1 | 1/2005 |
| WO | WO-2005/046583 | 5/2005 |
| WO | WO-2005/055930 | 6/2005 |
| WO | WO-2006/027111 A1 | 3/2006 |
| WO | WO-2006/103298 | 10/2006 |

OTHER PUBLICATIONS

Bovenschen et al., The B domain of coagulation factor VIII interacts with the asialoglycoprotein receptor, Journal of Thrombosis and Haemostasis, vol. 3, pp. 1257-1265.*
Lind et al., Novel froms of B-doamin-deleted recombinant factor VIII molecules, Eru. J. Biochem, 1995, vol. 232, pp. 19-27.*
He et al., "Site-Directed Polyethylene Glycol Modificatio of Trichosanthin: Effects on its Biological Activities, Pharmacokinetics, and Antigenicity", Life Sciences, 1999, vol. 64, No. 14, pp. 1163-1175.
Kuan et al., "Pseudomonas Exotoxin A Mutants: Replacement of Surface Exposed Residues in Domain II with Cysteine Residues that can be Modified with Polyethylene Glycol in a Site-Directed Manner", The Journal of Biological Chemistry, 1994, vol. 269, No. 10, Issue of Mar. 11, pp. 7610-7616.

Saenko, E., et al., "Role of the Low Density Lipoprotein-Related Protein Receptor in Mediation of Factor VIII Catabolism", The Journal of Biological Chemistry, vol. 274, No. 53, 1999, pp. 37685-37692.
Fay, P. J., et al., "Human Factor VIII, Subunit Structure", The Journal of Biological Chemistry, vol. 266, No. 14, 1991, pp. 8957-8962.
Bovenschen, N., et al., "Low Density Lipoprotein Receptor-Related Protein and Factor IXa Share Structural Requirements for Binding to the A3 Domain of Coagulation Factor VIII", The Journal of Biological Chemistry, vol. 278, No. 11, 2003, pp. 9370-9377.
Jacquemin, M., et al., "A Novel Cause of Mild/Moderate Hemophilia A: Mutations Scattered in the Factor VIII C1 Domain Reduce Factor VIII Binding to von Willebrand Factor", Blood, vol. 96, No. 3, 2000, pp. 958-965.
Barrow, R., et al., "Reduction of the Antigenicity of Factor VIII Toward Complex Inhibitory Antibody Plasmas Using Multiply-Substituted Hybrid Human/Porcine Factor VIII Molecules", Blood, vol. 95, No. 2, 2000, pp. 564-568.
Regan, L., et al., "Activated Protein C-Catalyzed Proteolysis of Factor VIIIa Alters Its Interactions Within Factor Xase", The Journal of Biological Chemistry, vol. 271, No. 8, 1996, pp. 3982-3987.
Lenting, P., et al., "The Light Chain of Factor VIII Comprises a Binding Site for Low Density Lipoprotein Receptor-Related Protein", The Journal of Biological Chemistry, vol. 274, No. 34, 1999, pp. 23734-23739.
Lenting, P., et al., "The Sequence Glu[1811]-Lys[1818] of Human Blood Coagulation Factor VIII Comprises a Binding Site for Activated Factor IX", The Journal of Biological Chemistry, vol. 271, No. 4, 1996, pp. 1935-1940.
Lubin, I., et al., "Analysis of the Human Factor VIII A2 Inhibitor Epitope by Alanine Scanning Mutagenesis", The Journal of Biological Chemistry, vol. 272, No. 48, 1997, pp. 30191-30195.
Gilbert, G., et al., "Four Hydrophobic Amino Acids of the Factor VIII C2 Domain Are Constituents of Both the Membrane-Binding and von Willebrand Factor-Binding Motifs", The Journal of Biological Chemistry, vol. 277, No. 8, 2002, pp. 6374-6381.
Scandella, D., et al., "Localization of Epitopes for Human Factor VIII Inhibitor Antibodies by Immunoblotting and Antibody Neutralization", Blood, vol. 74, No. 5, 1989, pp. 1618-1626.
Foster, P., et al., "An Immunogenic Region within Residues Val[1670]—Glu[1684] of the Factor VIII Light Chain Induces Antibodies Which Inhibit Binding of Factor VIII to von Willebrand Factor", The Journal of Biological Chemistry, vol. 263, No. 11, 1988, pp. 5230-5234.
Lubin, I., et al., "Elimination of a Major Inhibitor Epitope in Factor VIII", The Journal of Biological Chemistry, vol. 269, No. 12, 1994, pp. 8639-8641.
Scandella, D., et al., "A Recombinant Factor VIII A2 Domain Polypeptide Quantitatively Neutralizes Human Inhibitor Antibodies That Bind to A2", Blood, vol. 82, No. 6, 1993, pp. 1767-1775.
Sarafanov, A., "Cell Surface Heparan Sulfate Proteoglycans Participate in Factor VIII Catabolism Mediated by Low Density Lipoprotein Receptor-Related Protein", The Journal of Biological Chemistry, vol. 276, No. 15, 2001, pp. 11970-11979.
Parker, E., et al., "Reduction of the Inhibitory Antibody Response to Human Factor VIII in Hemophilia A Mice by Mutagenesis of the A2 Domain B-Cell Epitope", Blood, vol. 104, No. 3, 2004, pp. 704-710.
Scandella, D., et al., "Epitope Mapping of Human Factor VIII Inhibitor Antibodies by Deletion Analysis of Factor VIII Fragments Expressed in Escherichia coli", Proc. Natl. Acad. Sci. USA, vol. 85, 1988, pp. 6152-6156.
Nogami, K., et al., "Identification of a Factor Xa-Interactive Site Within Residues 337-372 of the Factor VIII Heavy Chain", The Journal of Biological Chemistry, vol. 279, No. 16, 2004, pp. 15763-15771.
Pittman, D., et al., "Proteolytic Requirements for Thrombin Activation of Anti-Hemophilic Factor (Factor VIII)", Proc. Natl. Acad. Sci. USA, vol. 85, 1988, pp. 2429-2433.
Healy, J., et al., "Residues 484-508 Contain a Major Determinant of the Inhibitory Epitope in the A2 Domain of Human Factor VIII", The Journal of Biological Chemistry, vol. 270, No. 24, 1995, pp. 14505-14509.

BAXJIVI0176404

US 9,364,520 B2
Page 3

(56)          References Cited

OTHER PUBLICATIONS

Fulcher, C., et al., "Localization of Human Factor FVIII Inhibitor Epitopes to Two Polypeptide Fragments", Proc. Natl. Acad. Sci. USA, vol. 82, 1985, pp. 7728-7732.
McMullen, B., at al., "Locations of Disulfide Bonds and Free Cysteines in the Heavy and Light Chains of Recombinant Human Factor VIII (Antihemophilic Factor A)", Protein Science, vol. 4, 1995, pp. 740-746.
Fay P., et al., "Factor VII.I.a.A2 Subunit Residues 558-565 Represent a Factor IXa Interactive Site", The Journal of Biological Chemistry, vol. 269, No. 32, 1994, pp. 20522-20527.
Spiegel, P. C., et al., "Surface-Exposed Hemophilic Mutations Across the Factor VIII C2 Domain Have Variable Effects on Stability and Binding Activities", The Journal of Biological Chemistry, vol. 279, No. 51. 2004, pp. 56391-56398.
Stoilova-McPhie, S., et al., "3-Dimensional Structure of Membrane-Bound Coagulation Factor VII: Modeling of the Factor VIII Heterodimer Within a 3-Dimensional Density Map Derived by Electron Crystallography", Blood, vol. 99, No. 4, 2002, pp. 1215-1223.
Oldenburg, J. at al., "Molecular basis of haemophilia A", Haemophilia, vol. 10, No. 4, 2004, pp. 133-139.
Gruppo, R.A. at al. "Comparative effectiveness of full-length and B-domain deleted factor VIII for prophylaxis—a meta analysis", Haemophilia, vol. 4 2003, pp. 251-260.
Bovenschen, N. et al. "LDL receptor cooperates with LDL receptor-related protein in regulating plasma levels of coagulation factor VIII in vivo", Blood, vol. 106, No. 3, 2005, pp. 906-912.
Harris, J., et al., "Pegylation A Novel Process for Modifying Pharmacokinetics", Clin Pharmacokinet, vol. 40, No. 7, 2001, pp. 539-551.
Wang, W. et al., "Coagulation factor VIII: structure and stability", International Journal of Pharaceutics, vol. 259, 2003, pp. 1-15.
Kochendoerfer, G., "Site-specific polymer modification of therapeutic proteins", Current Opinion in Chemical Biology, vol. 9, 2005, pp. 555-560.
Scandella, D., at al., "A Soluble Recombinant Factor VIII Fragment Containing the A2 Domain Binds to Some Human Anti-Factor VIII Antibodies that Are not Detected by Immunoblotting", Thrombosis and Haemostasis, vol. 67, No. 6, 1992, pp. 665-671.

Rostin, J., at al., "B-Domain Deleted Recombinant Coagulation Factor VIII Modified with Monomethoxy Polyethylene Glycol", Bioconjugate Chem., vol. 11, 2000, pp. 387-396.
Goodson, R.et al., "Site-Directed Peglation of Recombinant Interleukin-2 at its Glycosylation Site", Bio/Technology, vol. 8, 1900, pp. 343-346.
Sakuragawa, N. et al. Studies on the Stability of Factor VIII Modified by Polyethylene Glycol, Acta Medica et Biologica, 36(1), pp. 1-6 (1988). (Abstract only).
Veronese, F. M., "Peptide and Protein PEGylation—a Review of Problems and Solutions", Biomaterials, Elsevier Science Publishers BV, Barking, GB (2001), No. 5, vol. 22, p. 405-417.
Kochendoerfer, G., "Chemical and Biological Properties of Polymer-Modified Proteins", Expert Opinion on Biological Therapy, (2003), vol. 3, No. 8, pp. 1253-1261.
Extended European Search Report (including suppl. European Search Report and the European search opinion) for EP App. 05849392.5 dated Dec. 1, 2008 (5 pages).
Guo et al., "Protein Tolerance to Random Amino Acid Change", Prox. Natl. Acad. Sci. USA, (2004), vol. 101, pp. 9205-9210.
Lazar, at al., Transforming Growth Factor Alpha: Mutation of Aspartic Acid 47 and Leucine 48 Results in Different Biological Activities, Mol. Cell. Biol., (1998), vol. 8, pp. 1247-1252.
Hill et al., Functional Analysis of Conserved Histidines in ADP-Glucose Pyrophosphorylase from Escherichia coli, Biochem, Biophys, Res. Comm., (1998), vol. 244, pp. 573-577.
Beahar, I., et al., "Pseudomonas Exotoxin A Mutants: Replacement of Surface-Exposed Residues in Domain III with Cysteine Residues That Can Be Modified with Polyethylene Glycol in a Site-Specific Manner," The Journal of Biological Chemistry, (May 6, 1994), vol. 109, No. 18, pp. 13398-13404.
Tsutsumi, Y., et al., "Site-specific chemical modification with polyethylene glycol of recombinant immunotoxin anti-Tac(Fv)-PE38 (LMB-2) improves antitumor activity and reduces animal toxicity and immunogenicity," PNAS, (Jul. 18, 2000), vol. 97, No. 15, pp. 8548-8553.
Yang, K., et al., "Tailoring structure-function and pharmacokinetic properties of single-chain Fv proteins by site-specific PEGylation," Protein Engineering, (2003), vol. 16, No. 10, pp. 761-770.
Lenting, P., et al., "The Life Cycle of Coagulation Factor VIII in View of its Structure and Function", Blood, 1998, vol. 92, No. 11, pp. 3983-3996.

* cited by examiner

Copy provided by USPTO from the PIRS Image Database on 04/10/2017

BAXJIVI0176405



FIG. 1a

Copy provided by USPTO from the PIRS Image Database on 04/10/2017

BAXJIVI0176406



Mutagenesis and Sub-cloning of BDD-PegN

pSS207+BDD(PegN)
16449 bp

Expression Vector

FIG. 1b

Copy provided by USPTO from the PIRS Image Database on 04/10/2017

BAXJIVI0176407



FIG. 2

BAXJIVI0176408

Case 1:17-cv-01316-RGA-SRF   Document 158-1   Filed 12/28/18   Page 162 of 241 PageID #: 26083



Copy provided by USPTO from the PIRS Image Database on 04/10/2017

BAXJIVI0176409



FIG. 4

BAXJIVI0176410



FIG. 5

BAXJIVI0176411

**U.S. Patent**　　　Jun. 14, 2016　　　Sheet 7 of 38　　　US 9,364,520 B2



FIG. 6a

BAXJIVI0176412

U.S. Patent          Jun. 14, 2016          Sheet 8 of 38          US 9,364,520 B2



FIG. 6b

BAXJIVI0176413



FIG. 6c

Copy provided by USPTO from the PIRS Image Database on 04/10/2017

BAXJIVI0176414



FIG. 6d

Copy provided by USPTO from the PIRS Image Database on 04/10/2017

BAXJIVI0176415



FIG. 7

BAXJIVI0176416



FIG. 8

Copy provided by USPTO from the PIRS Image Database on 04/10/2017

BAXJIVI0176417



FIG. 9

Copy provided by USPTO from the PIRS Image Database on 04/10/2017

BAXJIVI0176418



FIG. 10a

BAXJIVI0176419



FIG. 10b

Copy provided by USPTO from the PIRS Image Database on 04/10/2017

BAXJIVI0176420



FIG. 11a



FIG. 11b



FIG. 12

BAXJIVI0176423



FIG. 13

Copy provided by USPTO from the PIRS Image Database on 04/10/2017

BAXJIVI0176424

**U.S. Patent**          Jun. 14, 2016          Sheet 20 of 38          US 9,364,520 B2



FIG. 14

Copy provided by USPTO from the PIRS Image Database on 04/10/2017

BAXJIVI0176425

U.S. Patent        Jun. 14, 2016        Sheet 21 of 38        US 9,364,520 B2



FIG. 15

Copy provided by USPTO from the PIRS Image Database on 04/10/2017

BAXJIVI0176426



FIG. 16

Copy provided by USPTO from the PIRS Image Database on 04/10/2017

BAXJIVI0176427



FIG. 17

Copy provided by USPTO from the PIRS Image Database on 04/10/2017

BAXJIVI0176428

U.S. Patent          Jun. 14, 2016          Sheet 24 of 38          US 9,364,520 B2



FIG. 18

BAXJIVI0176429



FIG. 19

BAXJIVI0176430



FIG. 20



FIG. 21

Copy provided by USPTO from the PIRS Image Database on 04/10/2017

BAXJIVI0176432



FIG. 22.

BAXJIVI0176433



FIG. 23

Copy provided by USPTO from the PIRS Image Database on 04/10/2017

BAXJIVI0176434



FIG. 24

Copy provided by USPTO from the PIRS Image Database on 04/10/2017

BAXJIVI0176435



FIG. 25.

Copy provided by USPTO from the PIRS Image Database on 04/10/2017

BAXJIVI0176436



FIG. 26

Copy provided by USPTO from the PIRS Image Database on 04/10/2017

BAXJIVI0176437



FIG. 27

Copy provided by USPTO from the PIRS Image Database on 04/10/2017

BAXJIVI0176438

**U.S. Patent**          Jun. 14, 2016          Sheet 34 of 38          US 9,364,520 B2









FIG. 28

Copy provided by USPTO from the PIRS Image Database on 04/10/2017

BAXJIVI0176439



FIG. 29

BAXJIVI0176440



FIG. 30

Copy provided by USPTO from the PIRS Image Database on 04/10/2017

BAXJIVI0176441



FIG. 31

BAXJIVI0176442

Summary of the comparison on Fraction A2 (43KD)



FIG. 32

Copy provided by USPTO from the PIRS Image Database on 04/10/2017

BAXJIVI0176443

US 9,364,520 B2

**1**

FACTOR VIII CONJUGATES

CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 11/273,896 filed on Nov. 14, 2005 (now U.S. Pat. No. 7,632,921), which claims benefit of priority to U.S. Patent App. Ser. No. 60/627,277 filed on Nov. 12, 2004, both of which applications are hereby incorporated by reference herein in their entireties.

FIELD OF THE INVENTION

This invention relates to Factor VIII (FVIII) muteins that allow coupling, at a defined site, to one or more biocompatible polymers such as polyethylene glycol. In addition, related formulations, dosages and methods of administration thereof for therapeutic purposes are provided. These modified FVIII variants, and associated compositions and methods are useful in providing a treatment option with reduced injection frequency and reduced immunogenic response for individuals afflicted with hemophilia A.

BACKGROUND OF THE INVENTION

Hemophilia A is the most common hereditary coagulation disorder, with an estimated incidence of 1 per 5000 males. It is caused by deficiency or structural defects in FVIII, a critical component of the intrinsic pathway of blood coagulation. The current treatment for hemophilia A involves intravenous injection of human FVIII. Human FVIII has been produced recombinantly as a single-chain molecule of approximately 300 kD. It consists of the structural domains A1-A2-B-A3-C1-C2 (Thompson, 2003, Semin. Hematol. 29, pp. 11-22). The precursor product is processed into two polypeptide chains of 200 kD (heavy) and 80 kD (light) in the Golgi Apparatus, with the two chains held together by metal ions (Kaufman et al., 1988, J. Biol. Chem. 263, p. 6352; Andersson et al., 1986, Proc. Natl. Acad. Sci. 83, p. 2979).

The B-domain of FVIII seems to be dispensable as B-domain deleted FVIII (BDD, 90 kD A1-A2 heavy chain plus 80 kD light chain) has also been shown to be effective as a replacement therapy for hemophilia A. The B-domain deleted FVIII sequence contains a deletion of all but 14 amino acids of the B-domain.

Hemophilia A patients are currently treated by intravenous administration of FVIII on demand or as a prophylactic therapy administered several times a week. For prophylactic treatment 15-25 IU/kg bodyweight is given of factor VIII three times a week. It is constantly required in the patient. Because of its short half-life in man, FVIII must be administered frequently. Despite its large size of greater than 300 kb for the full-length protein, FVIII has a half-life in humans of only about 11 hours. (Ewenstein et al, 2004, Semin. Hematol. 41, pp. 1-16). The need for frequent intravenous injection creates tremendous barriers to patient compliance. It would be more convenient for the patients if a FVIII product could be developed that had a longer half-life and therefore required less frequent administration. Furthermore, the cost of treatment could be reduced if the half-life were increased because fewer dosages may then be required.

An additional disadvantage to the current therapy is that about 25-30% of patients develop antibodies that inhibit FVIII activity (Saenko et al, 2002, Haemophilia 8, pp. 1-11). The major epitopes of inhibitory antibodies are located within the A2 domain at residues 484-508, the A3 domain at residues

**2**

1811-1818, and the C2 domain. Antibody development prevents the use of FVIII as a replacement therapy, forcing this group of patients to seek an even more expensive treatment with high-dose recombinant Factor VIIa and immune tolerance therapy.

The following studies identified FVIII epitopes of inhibitory antibodies. In a study of 25 inhibitory plasma samples, 11 were found to bind to the thrombin generated 73 kD light chain fragment A3C1C2, 4 to the A2 domain, and 10 to both (Fulcher, C. at al., 1985, Proc. Natl. Acad. Sci. 2(22), pp. 7728-32). In another study, six of eight A2 domain inhibitors from patients were neutralized by a recombinant A2 polypeptide (Scandella, D. et al., 1993, Blood 82(6), pp. 1767-75). Epitopes for six of nine inhibitors from patients were mapped to A2 residues 379-538 (Scandella, D. at al., 1988, Proc. Natl. Acad. Sci. 85(16), pp. 6152-6). An epitope for 18 heavy-chain inhibitors was localized to the same N-terminal 18.3 kD region of the A2 domain (Scandella, D. et al., 1989, Blood 74(5), pp. 1618-26).

An active, recombinant hybrid human/porcine FVIII molecule, generated by replacing human A2 domain residues 387-604 with the homologous porcine sequence, was resistant to a patient A2 inhibitor (Lubin, L. at al., 1994, J. Biol. Chem. 269(12), pp. 8639-41) and resistant to a murine monoclonal antibody mAB 413 IgG that competes with patient A2 inhibitors for binding to A2 (Scandella, D. et al., 1992, Thromb Haemost. 67(6), pp. 665-71). This A2 domain epitope was further localized to the A2 domain residues 484-508 when experiments showed that mAB 413 IgG and four patient inhibitors did not inhibit a hybrid human/porcine FVIII in which the A2 domain residues 484-508 were replaced with that of porcine (Healey, J. at al., 1995, J. Biol. Chem. 270(24), pp. 14505-9). This hybrid FVIII was also more resistant to at least half of 23 patient plasmas screened (Barrow, R. et al., 2000, Blood 95(2), pp. 564-8). Alanine scanning mutagenesis identified residue 487 to be critical for binding to all five patient inhibitors tested, while residues 484, 487, 489, and 492 were all important to interaction with mAB 413 IgG (Lubin, L. J. Biol. Chem. 272(48), pp. 30191-5). Inhibitory antibody titers in mice receiving the R484A/R489A/P492A mutant, but not the R484A/R489A mutant, were significantly lower than in mice receiving control human BDD FVIII (Parker, E. et al., 2004, Blood 104(3), pp. 704-10). In sum, the 484-508 region of the A2 domain seems to be a binding site for inhibitors of FVIII activity.

In addition to the development of an immune response to FVIII, another problem with conventional therapy is that it requires frequent dosaging because of the short half-life of FVIII in vivo. The mechanisms for clearance of FVIII from the circulation have been studied.

FVIII clearance from circulation has been partly attributed to specific binding to the low-density lipoprotein receptor-related protein (LRP), a hepatic clearance receptor with broad ligand specificity (Oldenburg et al., 2004, Haemophilia 10 Suppl 4, pp. 133-139). Recently, the low-density lipoprotein (LDL) receptor was also shown to play a role in FVIII clearance, such as by cooperating with LRP in regulating plasma levels of FVIII (Bovenschen et al., 2005, Blood 106, pp. 906-910). Both interactions are facilitated by binding to cell-surface heparin sulphate proteoglycans (HSPGs). Plasma half-life in mice can be prolonged by 3.3-fold when LRP is blocked or 5.5-fold when both LRP and cell-surface HSPGs are blocked (Sarafanov et al., 2001, J. Biol. Chem. 276, pp. 11970-11979). HSPGs are hypothesized to concentrate FVIII on the cell surface and to present it to LRP. LRP binding sites on FVIII have been localized to A2 residues 484-509 (Saenko et al., 1999, J. Biol. Chem. 274, pp. 37685-37692), A3 resi-

BAXJIVI0176444

US 9,364,520 B2

3

dues 1811-1818 (Bovenschen et al., 2003, J. Biol. Chem. 278, pp. 9370-9377) and an epitope in the C2 domain (Lenting et al., 1999, J. Biol. Chem. 274, pp. 23734-23739).

FVIII is also cleared from circulation by the action of proteases. To understand this effect, one must understand the mechanism by which FVIII is involved in blood coagulation. FVIII circulates as a heterodimer of heavy and light chains, bound to vWF. vWF binding involves FVIII residues 1649-1689 (Foster et al., 1988, J. Biol. Chem. 263, pp. 5230-5234), and parts of C1 (Jacquemin et al., 2000, Blood 96, pp. 958-965) and C2 domains (Spiegel, P. et al., 2004, J. Biol. Chem. 279(51), pp. 53691-8). FVIII is activated by thrombin, which cleaves peptide bonds after residues 372, 740, and 1689 to generate a heterotrimer of A1, A2, and A3-$C_1$-$C_2$ domains (Pittman et al., 1988, Proc. Natl. Acad. Sci. 85, pp. 2429-2433). Upon activation, FVIII dissociates from vWF and is concentrated to the cell surface of platelets by binding to phospholipid. Phospholipid binding involves FVIII residues 2199, 2200, 2251, and 2252 (Gilbert et al., 2002, J. Biol. Chem. 277, pp. 6374-6381). There it binds to FIX through interactions with FVIII residues 558-565 (Fay et al., 1994, J. Biol. Chem. 269, pp. 20522-20527) and 1811-1818 (Lenting et al., 1996, J. Biol. Chem. 271, pp. 1935-1940) and FX through interactions with FVIII residues 349-372 (Nogami et al., 2004, J. Biol. Chem. 279, pp. 15763-15771) and acts as a cofactor for FIX activation of FX, an essential component of the intrinsic coagulation pathway. Activated FVIII (FVIIIa) is partly inactivated by the protease activated protein C (APC) through cleavage after FVIII residues 336 and 562 (Regan et at., 1996, J. Biol. Chem. 271, pp. 3982-3987). The predominant determinant of inactivation, however, is the dissociation of the A2 domain from A1 and A3-$C_1$-$C_2$ (Fay et al., 1991, J. Biol. Chem. 266, pp. 8957-8962).

One method that has been demonstrated to increase the in vivo half-life of a protein is PEGylation. PEGylation is the covalent attachment of long-chained polyethylene glycol (PEG) molecules to a protein or other molecule. The PEG can be in a linear form or in branched form to produce different molecules with different features. Besides increasing the half-life of peptides or proteins, PEGylation has been used to reduce antibody development, protect the protein from protease digestion and keep the material out of the kidney filtrate (Harris et al., 2001, Clinical Pharmacokinetics 40, pp. 539-51). In addition, PEGylation may also increase the overall stability and solubility of the protein. Finally, the sustained plasma concentration of PEGylated proteins can reduce the extent of adverse side effects by reducing the trough to peak levels of a drug, thus eliminating the need to introduce superphysiological levels of protein at early time-points.

Random modification of FVIII by targeting primary amines (N-terminus and lysines) with large polymers such as PEG and dextran has been attempted with varying degree of success (WO94/15625, U.S. Pat. Nos. 4,970,300, 6,048,720). The most dramatic improvement, published in a 1994 patent application (WO94/15625), shows a 4-fold half-life improvement but at a cost of 2-fold activity loss after reacting full-length FVIII with 50-fold molar excess of PEG. WO2004/075923 discloses conjugates of FVIII and polyethylene glycol that are created through random modification. Randomly PEGylated proteins, such as interferon-alpha (Kozlowski et al, 2001, BioDrugs 15, pp. 419-429) have been approved as therapeutics in the past.

This random approach, however, is much more problematic for the heterodimeric FVIII. FVIII has hundreds of potential PEGylation sites, including the 158 lysines, the two N-termini, and multiple histidines, serines, threonines, and tyrosines, all of which could potentially be PEGylated with

4

reagents primarily targeting primary amines. For example, the major positional isomer for PEGylated interferon Alpha-2b was shown to be a histidine (Wang et al., 2000, Biochemistry 39, pp. 10634-10640). Furthermore, heterogeneous processing of full length FVIII can lead to a mixture of starting material that leads to further complexity in the PEGylated products. An additional drawback to not controlling the site of PEGylation on FVIII is a potential activity reduction if the PEG were to be attached at or near critical active sites, especially if more than one PEG or a single large PEG is conjugated to FVIII. Because random PEGylation will invariably produce large amounts of multiply PEGylated products, purification to obtain only mono-PEGylated products will drastically lower overall yield. Finally, the enormous heterogeneity in product profile will make consistent synthesis and characterization of each lot nearly impossible. Since good manufacturing requires a consistent, well-characterized product, product heterogeneity is a barrier to commercialization. For all these reasons, a more specific method for PEGylating FVIII is desired.

Various site-directed protein PEGylation strategies have been summarized in a recent review (Kochendoerfer, G., Curr. Opin. Chem. Biol. 2005, available online as of Oct. 15, 2005, direct object identifier doi:10.1016/j.cbpa.2005.10.007). One approach involves incorporation of an unnatural amino acid into proteins by chemical synthesis or recombinant expression followed by the addition of a PEG derivative that will react specifically with the unnatural amino acid. For example, the unnatural amino acid may be one that contains a keto group not found in native proteins. However, chemical synthesis of proteins is not feasible for a protein as large as FVIII. Current limit of peptide synthesis is about 50 residues. Several peptides can be ligated to form a larger piece of polypeptide, but to produce even the B-domain deleted FVIII would require greater than 20 ligations, which would result in less than 1% recovery even under ideal reaction condition. Recombinant expression of proteins with unnatural amino acids has so far mainly been limited to non-mammalian expression systems. This approach is expected to be problematic for a large and complex protein such as FVIII that needs to be expressed in mammalian systems.

Another approach to site-specific PEGylation of proteins is by targeting N-terminal backbone amine with PEG-aldehydes. The low pH required under this process to achieve specificity over other amine groups, however, is not compatible with the narrow near-neutral pH range needed for the stability of FVIII (Wang et al., 2003, International J. Pharmaceutics 259, pp. 1-15). Moreover, N-terminal PEGylation of FVIII may not lead to improved plasma half-life if this region is not involved in plasma clearance. In fact, the N-terminal region of the FVIII light chain has been implicated in binding to the von Willebrand factor (vWF), a carrier protein that is critical for FVIII survival in circulation. By N-terminal modification of factor VIII, the critically important association with vWF may be disrupted or weakened. Thus, N-terminal PEGylation of FVIII may have the opposite effect of reducing plasma half-life of FVIII.

WO98/12874 discloses site-specific modification of human IL-3, granulocyte colony stimulating factor and erythropoietin polypeptides by inserting or substituting a cysteine for another amino acid, then adding a ligand that has a sulfhydryl reactive group. The ligand couples selectively to cysteine residues. Modification of FVIII or any variant thereof is not disclosed.

For the reasons stated above, there exists a need for an improved FVIII variant that possesses greater duration of action in vivo and reduced immunogenicity, while retaining

Copy provided by USPTO from the PIRS Image Database on 04/10/2017

BAXJIVI0176445

US 9,364,520 B2

5

functional activity. Furthermore, it is desirable that such a protein be produced as a homogeneous product in a consistent manner.

## SUMMARY OF THE INVENTION

It is an object of the present invention to provide a biocompatible polymer-conjugated functional FVIII polypeptide having improved pharmacokinetic characteristics and therapeutic characteristics.

It is another object of the present invention to provide a biocompatible polymer-conjugated B domain deleted FVIII protein having improved pharmacokinetic properties.

It is yet another object of the invention to provide a biocompatible polymer-conjugated functional FVIII polypeptide having reduced binding to the low-density lipoprotein receptor-related protein (LRP), low-density lipoprotein (LDL) receptor, the heparan sulphate proteoglycans (HSPGs) and/or inhibitory antibodies against FVIII.

It is yet another object of the present invention to provide an improved FVIII variant that possesses greater duration of action in vivo and reduced immunogenicity, which is capable of being produced as a homogeneous product in a consistent manner.

In one aspect of the invention there is provided a conjugate having factor VIII procoagulant activity comprising a functional factor VIII polypeptide covalently attached at one or more predefined sites on the polypeptide to one or more biocompatible polymers, wherein the predefined site is a not an N-terminal amine. The invention also includes a method for the preparation of this conjugate comprising mutating a nucleotide sequence that encodes for the functional factor VIII polypeptide to substitute a coding sequence for a cysteine residue at a pre-defined site; expressing the mutated nucleotide sequence to produce a cysteine enhanced mutein; purifying the mutein; reacting the mutein with the biocompatible polymer that has been activated to react with polypeptides substantially only at the introduced cysteine residues such that the conjugate is formed; and purifying the conjugate. The invention is also directed to pharmaceutical compositions comprising the conjugate and a pharmaceutically acceptable adjuvant and methods of treating hemophilia by administering therapeutically effective amounts of these pharmaceutical compositions to a mammal in need thereof.

The invention also relates to a method for site-directed PEGylation of a factor VIII mutein comprising (a) expressing a site-directed factor VIII mutein wherein the mutein has a cysteine replacement for an amino acid residue on the exposed surface of the factor VIII mutein and that cysteine is capped; (b) contacting the cysteine mutein with a reductant under conditions to mildly reduce the cysteine mutein and to release the cap; (c) removing the cap and the reductant from the cysteine mutein; and (d) at least about 5 minutes after the removal of the reductant, treating the cysteine mutein with PEG comprising a sulfhydryl coupling moiety under conditions such that PEGylated factor VIII mutein is produced.

## BRIEF DESCRIPTION OF THE FIGURES

FIG. 1. Vector maps and mutagenesis strategy for PEG muteins.

FIG. 2. A UV absorbance profile at 280 nm with respect to time for the PEG2 protein purified over a monoclonal FVIII antibody chromatography column. The chromatography was performed using an AKTA® Explorer 100 chromatography system from Amersham Bioscience.

6

FIG. 3 Three-step site-directed PEGylation method. PEG represents a cysteine-reactive PEG such as PEG-maleimide. Closed bars represent disulfide formation while open bars represent reduced cysteines.

FIG. 4. Site-directed PEGylation of PEG2.

FIG. 5. Site-directed PEGylation of PEG6.

FIG. 6A-6D. Site-directed PEGylation of BDD, PEG2, 4, 5, and 6. FIGS. 6A and 6B were stained with heavy (H) chain antibody while FIGS. 6C and 6D were stained with light (L) chain antibody. "U" is unprocessed material containing both H & L.

FIG. 6E. PEGylation of PEG15 and PEG7 with PEG2 and PEG6 as controls. Start purified PEG muteins ("S") are reduced with TCEP and PEGylated with a 12 kD ("12") or a 22 kD ("22") PEG after removal of the reductant ("R"). Samples were run on 6% Tris-glycine SOS PAGE and stained with a heavy chain ("HC") antibody on left panel or light chain ("LC") antibody on right panel. "U" is unprocessed material containing both HC & LC. PEGylated bands are highlighted by dots.

FIG. 6F. PEGylation of PEG2+6 with PEG2 and PEG6 as controls. PEG2, PEG6, or PEG2+6 is reduced with TCEP and PEGylated with a 5 kD ("5") or a 43 kD ("43") PEG after removal of the reductant ("R"). PEG2+6 was also PEGylated with 12, 22, and 33 kD PEGs. Samples were run on 6% Tris-glycine SDS PAGE and stained with coomassie for proteins on the left or heavy chain (H) or light chain (L) antibody. "U" is unprocessed material containing both H & L. PEGylated bands are highlighted by dots.

FIG. 6G. PEGylation of wildtype full length FVIII (KG-2) with PEG2 as a control. Left gel stained with coomassie stain for proteins and right gel with iodine for PEG. "BDD U" is unprocessed BDD material containing both H & L. PEGylated bands are highlighted by dots.

FIG. 7. Thrombin cleavage of PEGylated PEG2. The N-terminal half of A2 domain is colored in blue and C-terminal half in green, with the R8B12 antibody epitope highlighted in dark green (right FVIII model). PEG2 (lane 1) and 22 kD PEGylated PEG2 (lane2) were treated with thrombin (lanes 3 and 4, respectively) and then run on a 7% Tris Acetate gel (Invitrogen) and stained with the R8B12 antibody. Each lane contains about 50 ng of FVIII.

FIG. 8. Thrombin cleavage of PEGylated wildtype full-length FVIII (KG-2). "S"=starting KG-2 material. "R"=reduced KG-2 and reductant removed. "P"="R" PEGylated with 43 kD PEG. "Pure"="P" purified away from excess PEG. "L"=light chain. PEGylated bands are highlighted by dots.

FIG. 9. Iodine Staining of PEGylated PEG2. 22 or 43 kD PEGylated PEG2 was run on a 6% TrisGlycine gel and stained with the R8B12 FVIII antibody (lanes 1 and 2) or iodine (lanes 3 and 4). The two stains were lined up according to their molecular weight marker lanes. Lanes 1 and 2 each contains about 30 ng of FVIII while lanes 3 and 4 contain about 2 µg.

FIG. 10. MALDI Mass Spectrometry analysis of PEGylated and UnPEGylated PEG2. MALDI Mass Spectrometry was performed on PEG2 (FIG. 10A) or 22 kD PEGylated PEG2 (FIG. 10B). Upon PEGylation, the heavy (H) chain peak of PEG2 is greatly reduced and a new peak (H+PEG), centered at 111 kD (22kD PEG+89 kD heavy chain), appears. No PEGylated light (L) chain peak, expected to be centered at 100 kD (22 kD PEG+83 kD light chain) is detected.

FIG. 11. MALDI Mass Spectrometry of PEGylated and unPEGylated PEG2 after thrombin cleavage.

FIG. 12. MALDI Mass Spectrometry analysis of PEGylated PEG6 before and after thrombin cleavage.

Copy provided by USPTO from the PIRS Image Database on 04/10/2017

US 9,364,520 B2

7

FIG. 13. The UV absorption profile at 280 nm of PEGylated PEG2 purified on size-exclusion column.

FIG. 14. The UV absorption profile at 280 nm of PEGylated and UnPEGylated PEG6 purified on cation exchange column.

FIG. 15. The UV absorption profile at 280 nm of PEGylated and UnPEGylated PEG6 purified on size-exclusion column.

FIG. 16. Activity of PEGylated protein is compared to activity of the unPEGylated protein as measured by a chromogenic assay and a coagulation assay. Purified full-length FVIII is represented as KG-2. The percent activity reported was determined by dividing the value of sample treated with PEG after reduction and reductant removal by that of the sample treated with buffer control taking into consideration the PEGylation yield.

FIG. 17. Rabbit PK study of PEGylated PEG2 compared to PEG2.

FIG. 18. Rabbit PK study of PEGylated PEG2 compared to BDD and PEG2. P-values are comparisons between PEGylated PEG2 and BDD.

FIG. 19. Rabbit PK study of PEGylated PEG6 compared to BDD and PEG6.

FIG. 20. Rabbit PK study of PEGylated wildtype full-length ("fl") FVIII compared to unmodified fl FVIII.

FIG. 21. Hemophilic mouse PK study of PEGylated PEG6 compared to PEG6 and BDD.

FIG. 22. Normal mouse PK study of 22 and 43 kD PEGylated PEG2 compared to BDD.

FIG. 23. Normal mouse PK study of 22 kD PEGylated PEG2 compared to BDD, full time course.

FIG. 24. The Hemophilic Mouse (BDD) Factor VIII recovery histogram depicting a pharmacokinetic (PK) assessment of the half-life of two species of BDD Factor VIII in a hemophilic mouse assay.

FIG. 25. Hemophilic mouse kidney laceration study of 22 kD PEGylated PEG2 compared to BDD. Vehicle treated mice have a blood loss of 25 uL/gram body weight.

FIG. 26. Chromogenic Activity of PEGylated PEG2 and BDD in the presence of increasing amounts of FVIII antibodies. Antibody epitope is denoted in parenthesis.

FIG. 27. Chromogenic Activity of PEGylated PEG2 in the presence of increasing amounts of FVIII mAB 413 antibodies.

FIG. 28. Chromogenic activity of BDD, 43 kD PEGylated PEG2, 33 kD PEGylated PEG6, and 33 kD diPEGylated PEG2+6 in the presence of human plasma derived from patients that have developed inhibitors to FVIII. The inhibitor titer and date of blood collection were noted at the top. FIGS. 28A and 28B include data collected at patient plasma dilution of 5- to 405-fold. FIG. 28C focuses on 1:15-fold dilution for patient HRF-828 plasma. FIG. 28D confirms that the 0.064 IU/mL used for each FVIII sample in the top two panels was not a saturating dose.

FIG. 29. PEGylation screening method and validation. Top panel shows a schematic of PEGylation screening of transiently expressed PEG muteins. Bottom panel shows a Western analysis of PEGylated products using a heavy chain ("H")-specific antibody (left) or a light-chain ("L") specific antibody (right). PEGylated bands are highlighted by dots. "U" is unprocessed material containing both H and L.

FIG. 30. PEGylation screening of PEG15-17. Western analysis of PEGylated products using heavy chain ("H")-specific antibodies (R8B12 and 58.12) or light-chain ("L") specific antibodies (C7F7 and GM). All 3 muteins are selective for the heavy chain, with relative PEGylation efficiency

8

of PEG15'PEG16>PEG17. PEGylated bands are highlighted by dots. "U" is unprocessed material containing both H and L.

FIG. 31. Gel showing PEGylation of PEG2+14 as a function of reductant concentration. PEG2+14 was treated with 67 to 670 uM of TCEP for 30 minutes at 4° C. The reductant was removed by spin-column followed by PEGylation with a 12 kD PEG. Heavy and light chains of FVIII are highlighted by "H" and "L," respectively. The two dots point to the PEGylated heavy and light chains.

FIG. 32. Deconvoluted Mass Spectra of PEG2+14 treated with 67 to 670 uM of TCEP followed by reductant removal.

## DETAILED DESCRIPTION OF THE INVENTION

The present invention is based on the discovery that polypeptides having FVIII activity can be covalently attached at a predefined site to a biocompatible polymer that is not at an N-terminal amine, and that such polypeptides substantially retain their coagulant activity. Furthermore, these polypeptide conjugates have improved circulation time and reduced antigenicity. The conjugates of the invention are advantageous over the prior art conjugates that had random polymer attachments to FVIII or attachments at an N-terminal. Site-directed attachment allows one to design modifications that avoid the regions required for biological activity and thereby to maintain substantial FVIII activity. It also allows for designing to attach polymers to block binding at sites involved in FVIII clearance. Site-directed attachment also allows for a uniform product rather than the heterogeneous conjugates produced in the art by random polymer coupling. By avoiding attachment at an N-terminal amine of the light chain, the conjugates of the present invention avoid the possible loss of activity from attaching a ligand at an active site of the FVIII polypeptide. The N-terminal region of the light chain is believed to be involved in the association of vWF factor to FVIII, which is a stabilizing association in the circulation.

## DEFINITIONS

Biocompatible polymer. A biocompatible polymer includes polyalkylene oxides such as without limitation polyethylene glycol (PEG), dextrans, colominic acids or other carbohydrate based polymers, polymers of amino acids, biotin derivatives, polyvinyl alcohol (PVA), polycarboxylates, polyvinylpyrrolidone, polyethylene-co-maleic acid anhydride, polystyrene-co-malic acid anhydride, polyoxazoline, polyacryloylmorpholine, heparin, albumin, celluloses, hydrolysates of chitosan, starches such as hydroxyethyl-starches and hydroxy propyl-starches, glycogen, agaroses and derivatives thereof, guar gum, pullulan, inulin, xanthan gum, carrageenan, pectin, alginic acid hydrolysates, other bio-polymers and any equivalents thereof. Preferred is polyethylene glycol, and still more preferred is methoxypolyethylene glycol (mPEG). Other useful polyalkylene glycol compounds are polypropylene glycols (PPG), polybutylene glycols (PBG), PEG-glycidyl ethers (Epox-PEG), PEG-oxycarbonylimidazole (CDI-PEG), branched polyethylene glycols, linear polyethylene glycols, forked polyethylene glycols and multi-armed or "super branched" polyethylene glycols (star-PEG).

Polyethylene glycol (PEG). "PEG" and "polyethylene glycol" as used herein are interchangeable and include any water-soluble poly(ethylene oxide). Typically, PEGs for use in accordance with the invention comprise the following structure "—$(OCH_2CH_2)_n$—" where (n) is 2 to 4000. As used herein, PEG also includes "—$CH_2CH_2$—$O(CH_2CH_2O)_n$—

BAXJIVI0176447

US 9,364,520 B2

9

$CH_2CH_2$—" and "—$(OCH_2CH_2)_nO$—," depending upon whether or not the terminal oxygens have been displaced. Throughout the specification and claims, it should be remembered that the term "PEG" includes structures having various terminal or "end capping" groups, such as without limitation a hydroxyl or a $C_{1-20}$ alkoxy group. The term "PEG" also means a polymer that contains a majority, that is to say, greater than 50%, of $OCH_2CH_2$-repeating subunits. With respect to specific forms, the PEG can take any number of a variety of molecular weights, as well as structures or geometries such as branched, linear, forked, and multifunctional.

PEGylation. PEGylation is a process whereby a polyethylene glycol (PEG) is covalently attached to a molecule such as a protein.

Activated or Active functional group. When a functional group such as a biocompatible polymer is described as activated, the functional group reacts readily with an electrophile or a nucleophile on another molecule.

B domain deleted FVIII (BDD). As used herein, BDD is characterized by having the amino acid sequence which contains a deletion of all but 14 amino acids of the B-domain of FVIII. The first 4 amino acids of the B-domain (SFSQ, SEQ ID NO:1) are linked to the 10 last residues of the B-domain (NPPVLKRHQR, SEQ ID NO:2). (Lind, P. et al, 1995, Eur. J. Biochem. 232, pp. 19-27). The BDD used herein has the amino acid sequence of SEQ ID NO:3.

FVIII. Blood clotting Factor VIII (FVIII) is a glycoprotein synthesized and released into the bloodstream by the liver. In the circulating blood, it is bound to von Willebrand factor (vWF, also known as Factor VIII-related antigen) to form a stable complex. Upon activation by thrombin, it dissociates from the complex to interact with other clotting factors in the coagulation cascade, which eventually leads to the formation of a thrombus. Human full-length FVIII has the amino acid sequence of SEQ ID NO:4, although allelic variants are possible.

Functional factor VIII polypeptide. As used herein, functional factor VIII polypeptide denotes a functional polypeptide or combination of polypeptides that are capable, in vivo or in vitro, of correcting human factor VIII deficiencies, characterized, for example, by hemophilia A. Factor VIII has multiple degradation or processed forms in the natural state. These are proteolytically derived from a precursor, one chain protein, as demonstrated herein. A functional factor VIII polypeptide includes such single chain protein and also provides for these various degradation products that have the biological activity of correcting human factor VIII deficiencies. Allelic variations likely exist. The functional factor VIII polypeptides include all such allelic variations, glycosylated versions, modifications and fragments resulting in derivatives of factor VIII so long as they contain the functional segment of human factor VIII and the essential, characteristic human factor VIII functional activity remains unaffected in kind. Those derivatives of factor VIII possessing the requisite functional activity can readily be identified by straightforward in vitro tests described herein. Furthermore, functional factor VIII polypeptide is capable of catalyzing the conversion of factor X to Xa in the presence of factor IXa, calcium, and phospholipid, as well as correcting the coagulation defect in plasma derived from hemophilia A affected individuals. From the disclosure of the sequence of the human factor VIII amino acid sequences and the functional regions herein, the fragments that can be derived via restriction enzyme cutting of the DNA or proteolytic or other degradation of human factor VIII protein will be apparent to those skilled in the art.

10

FIX. As used herein, FIX means Coagulation Factor IX, which is also known as Human Clotting Factor IX, or Plasma Thromboplastin Component.

FX. As used herein, FX means Coagulation Factor X, which is also known by the names Human Clotting Factor X and by the eponym Stuart-Prower factor.

Pharmacokinetics. "Pharmacokinetics" ("PK") is a term used to describe the properties of absorption, distribution, metabolism, and elimination of a drug in a body. An improvement to a drug's pharmacokinetics means an improvement in those characteristics that make the drug more effective in vivo as a therapeutic agent, especially its useful duration in the body.

Mutein. A mutein is a genetically engineered protein arising as a result of a laboratory induced mutation to a protein or polypeptide.

Protein. As used herein, protein and polypeptide are synonyms.

FVIII clearance receptor. A FVIII clearance receptor as used herein means a receptor region on a functional FVIII polypeptide that binds or associates with one or more other molecules to result in FVIII clearance from the circulation. Factor VIII clearance receptors include without limitation the regions of the FVIII molecule that bind LRP, LDL receptor and/or HSPG.

DISCUSSION

It is envisioned that any functional factor VIII polypeptide may be mutated at a predetermined site and then covalently attached at that site to a biocompatible polymer according to the methods of the invention. Useful polypeptides include, without limitation, full-length factor VIII having the amino acid sequence as shown in SEQ ID NO:4 and BDD FVIII having the amino acid sequence as shown in SEQ ID NO:3. Preferred is BDD FVIII.

The biocompatible polymer used in the conjugates of the invention may be any of the polymers discussed above. The biocompatible polymer is selected to provide the desired improvement in pharmacokinetics. For example, the identity, size and structure of the polymer is selected so as to improve the circulation half-life of the polypeptide having FVIII activity or decrease the antigenicity of the polypeptide without an unacceptable decrease in activity. Preferably, the polymer comprises PEG, and still more preferably has at least 50% of its molecular weight as PEG. In one embodiment, the polymer is a polyethylene glycol terminally capped with an endcapping moiety such as hydroxyl, alkoxy, substituted alkoxy, alkenoxy, substituted alkenoxy, alkynoxy, substituted alkynoxy, aryloxy and substituted aryloxy. Still more preferred are polymers comprising methoxypolyethylene glycol. Yet more preferred are polymers comprising methoxypolyethylene glycol having a size range from 3 kD to 100 kD, and more preferably from 5 kD to 64 kD or from 5 kD to 43 kD.

Preferably the polymer has a reactive moiety. For example, in one embodiment, the polymer has a sulfhydryl reactive moiety that can react with a free cysteine on a functional factor VIII polypeptide to form a covalent linkage. Such sulfhydryl reactive moieties include thiol, triflate, tresylate, aziridine, oxirane, S-pyridyl or maleimide moieties. Preferred is a maleimide moiety. In one embodiment, the polymer is linear and has a "cap" at one terminus that is not strongly reactive towards sulfhydryls (such as methoxy) and a sulfhydryl reactive moiety at the other terminus. In a preferred embodiment, the conjugate comprises PEG-maleimide and has a size range from 5 kD to 64 kD.

Copy provided by USPTO from the PIRS Image Database on 04/10/2017

BAXJIVI0176448

US 9,364,520 B2

11

Further guidance for selecting useful biocompatible polymers is provided in the examples that follow.

Site-directed mutation of a nucleotide sequence encoding polypeptide having FVIII activity may occur by any method known in the art. Preferred methods include mutagenesis to introduce a cysteine codon at the site chosen for covalent attachment of the polymer. This may be accomplished using a commercially available site-directed mutagenesis kit such as the Stratagene cQuickChange™ II site-directed mutagenesis kit, the Cloatech Transformer site-directed mutagenesis kit no. K1600-1, the Invitrogen GenTaylor site-directed mutagenesis system no. 12397014, the Promega Altered Sites II in vitro mutagenesis system kit no. Q6210, or the Takara Mirus Bio LA PCR mutagenesis kit no. TAK RR016.

The conjugates of the invention may be prepared by first replacing the codon for one or more amino acids on the surface of the functional FVIII polypeptide with a codon for cysteine, producing the cysteine mutein in a recombinant expression system, reacting the mutein with a cysteine-specific polymer reagent, and purifying the mutein.

In this system, the addition of a polymer at the cysteine site can be accomplished through a maleimide active functionality on the polymer. Examples of this technology are provided infra. The amount of sulfhydryl reactive polymer used should be at least equimolar to the molar amount of cysteines to be derivatized and preferably is present in excess. Preferably, at least a 5-fold molar excess of sulfhydryl reactive polymer is used, and still more preferably at least a ten-fold excess of such polymer is used. Other conditions useful for covalent attachment are within the skill of those in the art.

In the examples that follow, the muteins are named in a manner conventional in the art. The convention for naming mutants is based on the amino acid sequence for the mature, full length Factor VIII as provided in SEQ ID NO:4. As a secreted protein, FVIII contains a signal sequence that is proteolytically cleaved during the translation process. Following removal of the 19 amino acid signal sequence, the first amino acid of the secreted FVIII product is an alanine.

As is conventional and used herein, when referring to mutated amino acids in BDD FVIII, the mutated amino acid is designated by its position in the sequence of full-length FVIII. For example, the PEG6 mutein discussed below is designated K1808C because it changes the lysine (K) at the position analogous to 1808 in the full-length sequence to cysteine (C).

The predefined site for covalent binding of the polymer is best selected from sites exposed on the surface of the polypeptide that are not involved in FVIII activity or involved in other mechanisms that stabilize FVIII in vivo, such as binding to vWF. Such sites are also best selected from those sites known to be involved in mechanisms by which FVIII is deactivated or cleared from circulation. Selection of these sites is discussed in detail below. Preferred sites include an amino acid residue in or near a binding site for (a) low density lipoprotein receptor related protein, (b) a heparin sulphate proteoglycan, (c) low density lipoprotein receptor and/or (d) factor VIII inhibitory antibodies. By "in or near a binding site" means a residue that is sufficiently close to a binding site such that covalent attachment of a biocompatible polymer to the site would result in steric hindrance of the binding site. Such a site is expected to be within 20 Å of a binding site, for example.

In one embodiment of the invention, the biocompatible polymer is covalently attached to the functional factor VIII polypeptide at an amino acid residue in or near (a) a factor VIII clearance receptor as defined supra, (b) a binding site for a protease capable of degradation of factor VIII and/or (c) a

12

binding site for factor VIII inhibitory antibodies. The protease may be activated protein C (APC). In another embodiment, the biocompatible polymer is covalently attached at the predefined site on the functional factor VIII polypeptide such that binding of low-density lipoprotein receptor related protein to the polypeptide is less than to the polypeptide when it is not conjugated, and preferably more than twofold less. In one embodiment, the biocompatible polymer is covalently attached at the predefined site on the functional factor VIII polypeptide such that binding of heparin sulphate proteoglycans to the polypeptide is less than to the polypeptide when it is not conjugated, and preferably is more than twofold less. In a further embodiment, the biocompatible polymer is covalently attached at the predefined site on the functional factor VIII polypeptide such that binding of factor VIII inhibitory antibodies to the polypeptide is less than to the polypeptide when it is not conjugated, preferably more than twofold less than the binding to the polypeptide when it is not conjugated. In another embodiment, the biocompatible polymer is covalently attached at the predefined site on the functional factor VIII polypeptide such that binding of low density lipoprotein receptor to the polypeptide is less than to the polypeptide when it is not conjugated, preferably more than twofold less. In another embodiment, the biocompatible polymer is covalently attached at the predefined site on the functional factor VIII polypeptide such that a plasma protease degrades the polypeptide less than when the polypeptide is not conjugated. In a further embodiment, the degradation of the polypeptide by the plasma protease is more than twofold less than the degradation of the polypeptide when it is not conjugated as measured under the same conditions over the same time period.

LRP, LDL receptor, or HSPG binding affinity for FVIII can be determined using surface plasmon resonance technology (Biacore). For example, FVIII can be coated directly or indirectly through a FVIII antibody to a Biacore™ chip, and varying concentrations of LRP can be passed over the chip to measure both on-rate and off-rate of the interaction (Bovenschen N. et al., 2003, J. Biol. Chem. 278(11), pp. 9370-7). The ratio of the two rates gives a measure of affinity. A two-fold, preferably five-fold, more preferably ten-fold, and even more preferably 30-fold decrease in affinity upon PEGylation would be desired.

Degradation of a FVIII by the protease APC can be measured by any of the methods known to those of skill in the art.

In one embodiment, the biocompatible polymer is covalently attached to the polypeptide at one or more of the factor VIII amino acid positions 81, 129, 377, 378, 468, 487, 491, 504, 556, 570, 711, 1648, 1795, 1796, 1803, 1804, 1808, 1810, 1864, 1903, 1911, 2091, 2118 and 2284. In another embodiment, the biocompatible polymer is covalently attached to the polypeptide at one or more of factor VIII amino acid positions 377, 378, 468, 491, 504, 556, 1795, 1796, 1803, 1804, 1808, 1810, 1864, 1903, 1911 and 2284 and (1) the binding of the conjugate to low-density lipoprotein receptor related protein is less than the binding of the unconjugated polypeptide to the low-density lipoprotein receptor related protein; (2) the binding of the conjugate to low-density lipoprotein receptor is less than the binding of the unconjugated polypeptide to the low-density lipoprotein receptor; or (3) the binding of the conjugate to both low-density lipoprotein receptor related protein and low-density lipoprotein receptor is less than the binding of the unconjugated polypeptide to the low-density lipoprotein receptor related protein and the low-density lipoprotein receptor.

In a further embodiment, the biocompatible polymer is covalently attached to the polypeptide at one or more of factor

BAXJIVI0176449

US 9,364,520 B2

13

VIII amino acid positions 377, 378, 468, 491, 504, 556 and 711 and the binding of the conjugate to heparin sulphate proteoglycan is less than the binding of the unconjugated polypeptide to heparin sulphate proteoglycan. In a further embodiment, the biocompatible polymer is covalently attached to the polypeptide at one or more of the factor VIII amino acid positions 81, 129, 377, 378, 468, 487, 491, 504, 556, 570, 711, 1648, 1795, 1796, 1803, 1804, 1808, 1810, 1864, 1903, 1911, 2091, 2118 and 2284 and the conjugate has less binding to factor VIII inhibitory antibodies than the unconjugated polypeptide. In a further embodiment, the biocompatible polymer is covalently attached to the polypeptide at one or more of the factor VIII amino acid positions 81, 129, 377, 378, 468, 487, 491, 504, 556, 570, 711, 1648, 1795, 1796, 1803, 1804, 1808, 1810, 1864, 1903, 1911, 2091, 2118 and 2284, and preferably at one or more of positions 377, 378, 468, 491, 504, 556, and 711 and the conjugate has less degradation from a plasma protease capable of factor VIII degradation than does the unconjugated polypeptide. More preferred, the plasma protease is activated protein C.

In a further embodiment, the biocompatible polymer is covalently attached to B-domain deleted factor VIII at amino acid position 129, 491, 1804, and/or 1808, more preferably at 491 or 1808. In a further embodiment, the biocompatible polymer is attached to the polypeptide at factor VIII amino acid position 1804 and comprises polyethylene glycol. Preferably, the one or more predefined sites for biocompatible polymer attachment are controlled by site specific cysteine mutation.

One or more sites, preferably one or two, on the functional factor VIII polypeptide may be the predefined sites for polymer attachment. In particular embodiments, the polypeptide is mono-PEGylated or diPEGylated.

The invention also relates to a method for the preparation of the conjugate comprising mutating a nucleotide sequence that encodes for the functional factor VIII polypeptide to substitute a coding sequence for a cysteine residue at a pre-defined site; expressing the mutated nucleotide sequence to produce a cysteine enhanced mutein; purifying the mutein; reacting the mutein with the biocompatible polymer that has been activated to react with polypeptides at substantially only reduced cysteine residues such that the conjugate is formed; and purifying the conjugate. In another embodiment, the invention provides a method for site-directed PEGylation of a factor VIII mutein comprising: (a) expressing a site-directed factor VIII mutein wherein the mutein has a cysteine replacement for an amino acid residue on the exposed surface of the factor VIII mutein and that cysteine is capped; (b) contacting the cysteine mutein with a reductant under conditions to mildly reduce the cysteine mutein and to release the cap; (c) removing the cap and the reductant from the cysteine mutein; and (d) at least about 5 minutes, and preferably at least 15 minutes, still more preferably at least 30 minutes after the removal of the reductant, treating the cysteine mutein with PEG comprising a sulfhydryl coupling moiety under conditions such that PEGylated factor VIII mutein is produced. The sulfhydryl coupling moiety of the PEG is selected from the group consisting of thiol, triflate, tresylate, aziridine, oxirane, S-pyridyl and maleimide moieties, preferably maleimide.

The invention also concerns pharmaceutical compositions for parenteral administration comprising therapeutically effective amounts of the conjugates of the invention and a pharmaceutically acceptable adjuvant. Pharmaceutically acceptable adjuvants are substances that may be added to the active ingredient to help formulate or stabilize the preparation and cause no significant adverse toxicological effects to the patient. Examples of such adjuvants are well known to those

14

skilled in the art and include water, sugars such as maltose or sucrose, albumin, salts, etc. Other adjuvants are described for example in Remington's Pharmaceutical Sciences by E. W. Martin. Such compositions will contain an effective amount of the conjugate hereof together with a suitable amount of vehicle in order to prepare pharmaceutically acceptable compositions suitable for effective administration to the host. For example, the conjugate may be parenterally administered to subjects suffering from hemophilia A at a dosage that may vary with the severity of the bleeding episode. The average doses administered intravenously are in the range of 40 units per kilogram for pre-operative indications, 15 to 20 units per kilogram for minor hemorrhaging, and 20 to 40 units per kilogram administered over an 8-hours period for a maintenance dose.

In one embodiment the inventive method involves replacing one or more surface BDD amino acids with a cysteine, producing the cysteine mutein in a mammalian expression system, reducing a cysteine which has been capped during expression by cysteine from growth media, removing the reductant to allow BDD disulfides to reform, and reacting with a cysteine-specific biocompatible polymer reagent, such as such as PEG-maleimide. Examples of such reagents are PEG-maleimide with PEG sizes such as 5, 22, or 43 kD available from Nektar Therapeutics of San Carlos, Calif. under Nektar catalog numbers 2D2M0E01 mPEG-MAL MW 5,000 Da, 2D2M0P01 mPEG-MAL MW 20 kD, 2D3X0P01 mPEG2-MAL MW 40 kD, respectively, or 12 or 33 kD available from NOF Corporation, Tokyo, Japan under NOF catalog number Sunbright ME-120MA and Sunbright ME-300MA, respectively. The PEGylated product is purified using ion-exchange chromatography to remove unreacted PEG and using size-exclusion chromatography to remove unreacted BDD. This method can be used to identify and selectively shield any unfavorable interactions with FVIII such as receptor-mediated clearance, inhibitory antibody binding, and degradation by proteolytic enzymes. We noted that the PEG reagent supplied by Nektar or NOF as 5 kD tested as 6 kD in our laboratory, and similarly the PEG reagent supplied as linear 20 kD tested as 22 kD, that supplied as 40 kD tested as 43 kD and that supplied as 60 kD tested as 54 kD in our laboratory. To avoid confusion, we use the molecular weight as tested in our laboratory in the discussion herein, except for the 5 kD PEG, which we report as 5 kD as the manufacturer identified it.

In addition to cysteine mutations at positions 491 and 1808 of BDD (disclosed above), positions 487, 496, 504, 468, 1810, 1812, 1813, 1815, 1795, 1796, 1803, and 1804 were mutated to cysteine to potentially allow blockage of LRP binding upon PEGylation. Also, positions 377, 378, and 556 were mutated to cysteine to allow blockage of both LRP and HSPG binding upon PEGylation. Positions 81, 129, 422, 523, 570, 1864, 1911, 2091, and 2284 were selected to be equally spaced on BDD so that site-directed PEGylation with large PEGs (>40 kD) at these positions together with PEGylation at the native glycosylation sites (41, 239, and 2118) and LRP binding sites should completely cover the surface of BDD and identify novel clearance mechanism for BDD.

In one embodiment, the cell culture medium contains cysteines that "cap" the cysteine residues on the mutein by forming disulfide bonds. In the preparation of the conjugate, the cysteine mutein produced in the recombinant system is capped with a cysteine from the medium and this cap is removed by mild reduction that releases the cap before adding the cysteine-specific polymer reagent. Other methods known in the art for site-specific mutation of FVIII may also be used, as would be apparent to one of skill in the art.

Copy provided by USPTO from the PIRS Image Database on 04/10/2017

BAXJIVI0176450

US 9,364,520 B2

15

EXAMPLES

STRUCTURE ACTIVITY RELATIONSHIP ANALYSIS OF FVIII. FVIII and BDD FVIII are very large complex molecules with many different sites involved in biological reactions. Previous attempts to covalently modify them to improve pharmacokinetic properties had mixed results. That the molecules could be specifically mutated and then a polymer added in a site-specific manner was surprising. Furthermore, the results of improved pharmacokinetic properties and retained activity were surprising also, given the problems with past polymeric conjugates causing nonspecific addition and reduced activity.

In one embodiment, the invention concerns site-directed mutagenesis using cysteine-specific ligands such as PEG-maleimide. A non-mutated BDD does not have any available cysteines to react with a PEG-maleimide, so only the mutated cysteine position will be the site of PEGylation. More specifically, BDD FVIII has 19 cysteines, 16 of which form disulfides and the other 3 of which are free cysteines (Mc-Mullen et al., 1995, Protein Sci. 4, pp. 740-746). The structural model of BDD suggests that all 3 free cysteines are buried (Stoliova-McPhie et al, 2002, Blood 99, pp. 1215-1223). Because oxidized cysteines cannot be PEGylated by PEG-maleimides, the 16 cysteines that form disulfides in BDD cannot be PEGylated without being first reduced. Based on the structural models of BDD, the 3 free cysteines in BDD may not be PEGylated without first denaturing the protein to expose cysteines to the PEG reagent. Thus, it does not appear feasible to achieve specific PEGylation of BDD by PEGylation at native cysteine residues without dramatically altering the BDD structure, which will most likely destroy its function.

The redox state of the 4 cysteines in the B domain of full-length FVIII is unknown. PEGylation of the 4 cysteines in the B domain may be possible if they do not form disulfides and are surface exposed. However, because full-length FVIII and BDD have a similar pharmacokinetic (PK) profile and similar half-lives in vivo (Gruppo et al., 2003, Haemophilia 9, pp. 251-260), B domain PEGylation is unlikely to result in improved plasma half-life unless the PEG happens to also protect non-B domain regions.

To determine the predefined site on a polypeptide having FVIII activity for polymer attachment that will retain factor VIII activity and improve pharmacokinetics, the following guidelines are presented based on BDD FVIII. Modifications should be targeted toward clearance, inactivation, and immunogenic mechanisms such as LRP, HSPG, APC, and inhibitory antibody binding sites. Stoilova-McPhie, S. et al., 2002, Blood 99(4), pp. 1215-23 shows the structure of BDD. For example, to prolong half-life, a single PEG can be introduced at a specific site at or near LRP binding sites in A2 residues 484-509 and A3 residues 1811-1818. Introduction of the bulky PEG at these sites should disrupt FVIII's ability to bind LRP and reduce the clearance of FVIII from circulation. It is also believed that to prolong half-life without significantly affecting activity that a PEG can be introduced at residue 1648, which is at the junction of the B domain and the A3 domain in the full-length molecule and in the 14-amino acid liker I the BDD between the A2 and A3 domains.

Specificity of PEGylation can be achieved by engineering single cysteine residues into the A2 or A3 domains using recombinant DNA mutagenesis techniques followed by site-specific PEGylation of the introduced cysteine with a cysteine-specific PEG reagent such as PEG-maleimide. Another advantage of PEGylating at 484-509 and 1811-1818 is that these two epitopes represent two of the three major classes of

16

inhibitory antigenic sites in patients. To achieve maximal effect of improved circulating half-life and reduction of immunogenic response, both A2 and A3 LRP binding sites can be PEGylated to yield a diPEGylated product. It should be noted that PEGylation within the 1811-1818 region may lead to significant loss of activity since this region is also involved in FIX binding. Site-directed PEGylation within 558-565 should abolish HSPG binding, but may also reduce activity as this region also binds to FIX.

Additional surface sites can be PEGylated to identify novel clearance mechanism of FVIII. PEGylation of the A2 domain may offer additional advantage in that the A2 domain dissociates from FVIII upon activation and is presumably removed from circulation faster than the rest of FVIII molecule because of its smaller size. PEGylated A2, on the other hand, may be big enough to escape kidney clearance and have a comparable plasma half-life to the rest of FVIII and thus can reconstitute the activated FVIII in vivo.

IDENTIFICATION OF PEGylation SITES IN A2 AND A3 REGIONS. Five positions (Y487, L491, K496, L504 and Q468 corresponding to PEG1-5 positions) at or near the putative A2 LRP binding region were selected as examples for site-directed PEGylation based on the high surface exposure and outward direction of their Cα to Cβ trajectory. Furthermore, these residues are roughly equidistant from each other in the three-dimensional structure of the molecule, so that together they can represent this entire region. Eight positions (1808, 1810, 1812, 1813, 1815, 1795, 1796, 1803, 1804 corresponding to PEG6-14) at or near the putative A3 LRP binding region were selected as examples for site-directed PEGylation. PEG6 (K1808) is adjacent to 1811-1818 and the natural N-linked glycosylation site at 1810. PEGylation at position 1810 (PEG7) will replace the sugar with a PEG. Mutation at the PEG8 position T1812 will also abolish the glycosylation site. Although the PEG8 position (K1813) was predicted to be pointing inward, it was selected in case the structure model is not correct. PEG10 (Y1815) is a bulky hydrophobic amino acid within the LRP binding loop, and may be a critical interacting residue since hydrophobic amino acids are typically found at the center of protein-protein interactions. Because the 1811-1818 region has been reported to be involved in both LRP and FIX binding, PEGylation within this loop was thought possibly to result in reduced activity. Thus, PEG11-PEG14 (1795, 1796, 1803, 1804) were designed to be near the 1811-1818 loop but not within the loop so that one can dissociate LRP and FIX binding with different PEG sizes.

To block both LRP binding sites simultaneously, double PEGylation at, for example, the PEG2 and PEG6 position, can be generated.

Since the 558-565 region has been shown to bind to both HSPG and FIX, no sites were designed within this region. Instead, PEG15-PEG17 (377, 378, and 556) were designed in between the A2 LRP and HSPG binding regions so that an attached PEG may interfere both interactions and disrupt possible interactions between them. Additional sites that are surface exposed and outwardly pointing could also be selected within or near the LRP and HSPG binding regions. To identify novel clearance mechanisms, FVIII can be systematically PEGylated. In addition to PEG1-17, the three other natural glycosylation sites, namely, N41, N239, and N2118 corresponding to PEG18-20 can be used as tethering points for PEGylation since they should be surface exposed. Surface areas within a 20 angstrom radius from the Cβ atoms of PEG2, PEG6, and the four glycosylation sites were mapped onto the BDD model in addition to functional interaction sites for vWF, FIX, FX, phospholipid, and thrombin.

Copy provided by USPTO from the PIRS Image Database on 04/10/2017

BAXJIVI0176451

US 9,364,520 B2

17
18

-continued

PEG21-29 corresponding to Y81, F129, K422, K523, K570, N1864, T1911, Q2091, and Q2284 were then selected based on their ability to cover nearly the entire remaining BDD surface with a 20 angstrom radius from each of their Cβ atoms. These positions were also selected because they are fully exposed, outwardly pointing, and far away from natural cysteines to minimize possible incorrect disulfide formation. The 20 angstrom radius is chosen because a large PEG, such as a 64 kD branched PEG, is expected to have the potential to cover a sphere with about a 20 angstrom radius. PEGylation of PEG21-29 together with PEG2 and PEG6 and glycosylation sites PEG18, 19, and 20 is likely to protect nearly the entire non-functional surface of FVIII.

PEGylation positions that lead to enhanced properties such as improved PK profile, greater stability, or reduced immunogenicity can be combined to generate multi-PEGylated product with maximally enhanced properties. PEG30 and PEG31 were designed by removing the exposed disulfides in A2 and A3 domain, respectively. PEG30, or C630A, should free up its disulfide partner C711 for PEGylation. Likewise, PEG31, C1899A should allow C1903 to be PEGylated.

MUTAGENESIS. Substrates for site-directed PEGylation of FVIII may be generated by introducing a cysteine codon at the site chosen for PEGylation. The Stratagene eQuick-Change™ II site-directed mutagenesis kit was used to make all of the PEG mutants (Stratagene kit 200523 from Stratagene Corporation, La Jolla, Calif.). The eQuickChange™ site-directed mutagenesis method is performed using Pfu-Turbo® DNA polymerase and a temperature cycler. Two complementary oligonucleotide primers, containing the desired mutation, are elongated using PfuTurbo, which will not displace the primers. dsDNA containing the wildtype FVIII gene is used as a template. Following multiple elongation cycles, the product is digested with DpnI endonuclease, which is specific for methylated DNA. The newly synthesized DNA, containing the mutation, is not methylated, whereas the parental wild-type DNA is methylated. The digested DNA is then used to transform XL-1 Blue super-competent cells.

The mutagenesis efficiency is almost 80%. The mutagenesis reactions were performed in either pSK207+13DD C2.6 or pSK207+BDD (FIG. 1). Successful mutagenesis was confirmed by DNA sequencing and appropriate fragments, containing the mutation, were transferred into the FVIII backbone in the mammalian expression vector pSS207+BDD. After transfer, all of the mutations were again sequence-confirmed. For A3 muteins PEG 6, 7, 8, 9, and 10, mutagenesis was done in the vector pSK207+BDD C2.6. After being confirmed by sequencing, the mutant fragment, KpnI/PmeI was subcloned into pSK207+BDD. The BM mutein was then subcloned into the pSS207+BDD expression vector. For A3 muteins PEG 11, 12, 13, 14, the mutagenesis was done directly in the vector pSK207+BDD and sequence-confirmed mutant BDD were then subcloned into pSS207+BDD. For A2 muteins PEG 1, 2, 3, 4, 5, the mutagenesis was done in the pSK207+BUD C2.6 vector. The sequence confirmed mutant was subcloned into pSK207+BDD and then to pSS207+BDD.

The Primers (Sense Stand Only) Used for
Mutagenesis are Listed for Each Reaction

                                    (SEQ ID NO: 5)
PEG1, Y487C:  GATGTCCGTCCTTTGTGCTCAAGGAGATTACCA

                                    (SEQ ID NO: 6)
PEG2, L491C:  TTGTATTCAAGGAGATGCCCAAAAGGTGTAAAAC

                                    (SEQ ID NO: 7)
PEG3, K496C:  TTACCAAAAGGTGTATGCCATTTGAAGGATTTTC

                                    (SEQ ID NO: 8)
PEG4, L504C:  AAGGATTTTCCAATTTGCCCAGGAGAAATATTC

                                    (SEQ ID NO: 9)
PEG5, Q466C:  GATTATATTTAAGAATTGCGCAAGCAGACCATAT

                                    (SEQ ID NO: 10)
PEG6, K1808C: TAGAAAAAACTTTGTCTGCCCTAATGAAACCAAAAC

                                    (SEQ ID NO: 11)
PEG7, N1810C: AACTTTGTCAAGCCTTGCGGAAACCAAAACTTAC

                                    (SEQ ID NO: 12)
PEG8, T1812C: GTCAAGCCTAATGAATGCCAAAACTTACTTTTGGA

                                    (SEQ ID NO: 13)
PEG9, K1813C: CAAGCCTAATGAAACCTGCCACTTACTTTTGGAAAG

                                    (SEQ ID NO: 14)
PEG10, Y1815C: CTAATGAAACCAAAACTTGCTTTTGGAAAGTGCAAC

                                    (SEQ ID NO: 15)
PEG11, D1795C: ATTTCTTTATGAGGAATGCCAGAGGCAAGGAGCA

                                    (SEQ ID NO: 16)
PEG12, Q1796C: TCTTATGAGGAAGATTGCAGGCAAGGAGCAGAA

                                    (SEQ ID NO: 17)
PEG13, R1803C: CAAGGAGCAGAACCTTGCAAAAACTTTGTCAAGCCT

                                    (SEQ ID NO: 18)
PEG14, K1804C: GGAGCAGAACCTAGATGCAACTTTGTCAAGCCT

                                    (SEQ ID NO: 19)
PEG15, K377C:  CGCTCAGTTGCCAAGTGTCATCCTAAAACTTGG

                                    (SEQ ID NO: 20)
PEG16, H378C:  TCAGTTGCCAAGAAGTGTCCTAAAACTTGGGTA

                                    (SEQ ID NO: 21)
PEG17, K556C:  CTCCTCATCTGCTACTGCGAATCTGTAGATCAA

                                    (SEQ ID NO: 22)
PEG18, N41C:   CAAAATCTTTTCCATTCTGCACCTCAGTCGTGTAC

                                    (SEQ ID NO: 23)
PEG19, N239C:  GTCAATGGTTATGTATGCAGGTCTCTGCCAGGT

                                    (SEQ ID NO: 24)
PEG20, N2118C: CAGACTTATCGAGGATGTTCCACTGGAACCTTA

                                    (SEQ ID NO: 25)
PEG21, Y81C:   ATCCAGGCTGAGGTTTGTGATACAGTGGTCATT

                                    (SEQ ID NO: 26)
PEG22, F129C:  GAAGATGATAAAGTCTGTCCTGGTGGAAGCCAT

                                    (SEQ ID NO: 27)
PEG23, K422C:  CAGCCGATTGGTAGGTGTTACAAAAAAGTCCGA

                                    (SEQ ID NO: 28)
PEG24, K523C:  GAAGATGGGCCAACTTGCTCAGATCCTCGGTGC

                                    (SEQ ID NO: 29)
PEG25, K570C:  CAGATAATGTCAGACTGCAGGAATGTCATCCTG

                                    (SEQ ID NO: 30)
PEG26, N1864C: CACACTAACACACTGTGTCCTGCTCATGGGAGA

                                    (SEQ ID NO: 31)
PEG27, T1911C: CAGATGGAAGATCCCTGCTTTAAAGAGAATTAT

                                    (SEQ ID NO: 32)
PEG28, Q2091C: ACCCAGGGTGCCCGTTGCAAGTTCTCCAGCCTC

Copy provided by USPTO from the PIRS Image Database on 04/10/2017

BAXJIVI0176452

US 9,364,520 B2

**19**

-continued

```
                                           (SEQ ID NO: 33)
PEG29, Q2284C: AAAGTAAAGTTTTTGCGGAAATCAAGACTCC

                                           (SEQ ID NO: 34)
PEG30, C630A:   TTGCAGTTGTCAGTTGCTTTGCATGAGGTGGCA

                                           (SEQ ID NO: 35)
PEG31, C1899A: AATATGCAAAGAAACGCTAGGGGCTCCCTGCAAT
```

MUTEIN EXPRESSION. After insertion in a vector that confers resistance to Hygromycin B, the PEG muteins were transfected into HKB11 cells (U.S. Pat. No. 6,136,599) complexed with 293 Fectin Transfection Reagent (Invitrogen Corp. Cat#12347-019) per the manufacturer's instructions. FVIII expression at three days post-transfection was assessed by Coatest chromogenic assay (Chromogenix Corp. Cat#821033, see Example 12 Chromogenic Assay) (Table 1). The transfected cells were then placed under selective pressure with 50 μg/ml of Hyg B in a growth medium supplemented with 5% FBS. When Hyg B-resistant colonies appeared, they were manually picked and screened for FVIII expression by Coatest chromogenic assay. The FVIII expressing stable cells were then adapted to a medium containing HPPS supplement. The cells were expanded and seeded at 1×106 cells/ml in shaking flasks with fresh media. Tissue culture fluid (TCF), harvested after 3 days, was used for purification of FVIII BDD muteins. The FVIII activity of the TCF was assayed by Coatest (Table 1).

TABLE 1

Expression level of PEG Muteins from transient and stable transfections.
Summary of PEG Mutein Titers

| | | Titer (IU/ml) | |
|---|---|---|---|
| Mutation | Mutein ID | Transient | Stable Cells |
| Y487C | PEG1 | 0.07 | N/A |
| L491C | PEG2 | 0.60 | 1.96 |
| K496C | PEG3 | 0.45 | N/A |
| L504C | PEG4 | 0.38 | 5.57 |
| Q468C | PEG5 | 0.69 | 8.14 |
| K1808C | PEG6 | 0.54 | 2.73 |
| N1810C | PEG7 | 0.21 | 0.5 |
| T1812C | PEG8 | 0.16 | N/A |
| K1813G | PEG9 | 0.35 | 7.74 |
| Y1815C | PEG10 | 0.09 | N/A |
| D1795C | PEG11 | 0.27 | N/A |
| Q1796C | PEG12 | 0.29 | N/A |
| R1803C | PEG13 | 0.11 | N/A |
| K1804C | PEG14 | 0.18 | 1.14 |
| L491C/K1808C | PEG2 + 6 | 0.11 | 2.48 |
| L491C/K1804C | PEG2 + 14 | 0.13 | 7.19 |
| K377C | PEG15 | 0.21 | 12.58 |
| H378C | PEG16 | 0.15 | 0.97 |
| K556C | PEG17 | 0.09 | 0.15 |
| N41C | PEG18 | 0.05 | N/A |
| N239C | PEG19 | 0.16 | N/A |
| N2118C | PEG20 | 0.13 | N/A |
| Y81C | PEG21 | 0.36 | N/A |
| F129C | PEG22 | 0.25 | 2.55 |
| K422C | PEG23 | 0.28 | N/A |
| K523C | PEG24 | <0.05 | N/A |
| K570C | PEG25 | <0.05 | N/A |
| N1864C | PEG26 | 0.13 | N/A |
| T1911C | PEG27 | 0.28 | N/A |
| Q2091C | PEG28 | 0.20 | N/A |
| Q2284C | PEG29 | 0.17 | N/A |
| C630A | PEG30 | <0.05 | 0.20 |
| C1899A | PEG31 | 0.50 | 1.80 |

MUTEIN PURIFICATION. Upon collecting the cell culture supernatant containing the secreted mutein FVIII pro-

**20**

tein, the supernatant is filtered through a 0.2 micron membrane filter to remove any remaining cells. The supernatant is then concentrated by either ultrafiltration or anion exchange. It is then applied to an immunoaffinity column where the cell culture media components and the majority of the host cell protein impurities are removed. The immunoaffinity column eluate is then buffer exchanged by diafiltration into a formulation buffer containing sucrose and frozen. Yield and recovery of protein across a monoclonal FVIII antibody column was assessed by chromogenic assay. Samples of load, flow through, various eluate fractions, strip, and the diafiltered of a chromatography run were assayed for FVIII activity (Table 2). Table 2 shows the recovery of the PEG2 mutein from a monoclonal antibody column. The antibodies are C7F7 antibodies. The percent recovery in Table 2 is determined by the chromogenic assay. The final yield was 73%. Shown in FIG. 2 is a plot of the UV absorbance at 280 nm with respect to time for the PEG2 protein purified over a monoclonal FVIII antibody chromatography column. The chromatography was performed using an AKTA® Explorer 100 chromatography system from Amersham bioscience. This instrument employs a multi-wavelength UV-Visible monitor and a 2 mm flow cell. The PEG2 mutein is eluted from the column in the presence of high salt and elution peak is indicated by both the absorbance at 280 nm and FVIII activity assay.

TABLE 2

Recovery of PEG2 mutein from monoclonal FVIII antibody column.

| Step | % Recovery |
|---|---|
| C7F7 Load | 100 |
| C7F7 Flow through | 1.1 |
| C7F7 Wash | 0.2 |
| C7F7 Eluate | 86 |
| C7F7 Strip | 0.0 |
| Post UF/DF | 73 |

PEGYLATION. Native full-length FVIII or BDD cannot be PEGylated by cysteine-specific PEGs without reduction and denaturation at over 100-fold excess PEG: protein ratio (data not shown), confirming the hypothesis based on the BDD structure model that all native cysteines form disulfides or are buried within FVIII. FVIII cysteine muteins expressed and purified using the standard protocols listed above could not be PEGylated with a cysteine-specific PEG maleimide reagent, presumably because the introduced FVIII cysteine is "capped" by reacting with sulfhydryl groups such as cysteine and β-mecaptoethanol present in the cell growth media. This issue can potentially be resolved by eliminating cysteines and β-mecaptoethanol from the culture media, but this may lead to lower FVIII production and would not prevent sulfhydryls released by the cells from blocking the introduced FVIII cysteine.

In another aspect of the invention, a three-step method was developed to allow site-specific PEGylation of FVIII (FIG. 3). In step 1, the purified FVIII cysteine mutein at about 1 μM is mildly reduced with reductants such as about 0.7 mM Tris(2-carboxyethyl)phosphine (TCEP) or 0.07 mM dithiothreitol (DTT) for 30 minutes at 4° C. to release the "cap." In step 2, the reductant is removed along with the "cap" by a size-exclusion chromatography (SEC) method such as running the sample through a spin column (BioRad®) to allow FVIII disulfides to reform while leaving the introduced cysteine free and reduced. In step 3, at least 30 minutes after the removal of the reductant, the freed FVIII cysteine mutein is

Copy provided by USPTO from the PIRS Image Database on 04/10/2017

BAXJIVI0176453

US 9,364,520 B2

21                                                                                      22

treated with at least 10-fold molar excess of PEG-maleimide with sizes ranging from 5 to 64 kD (Nektar Therapeutics and N.O.F. Corporation) for at least 1 hour at 4° C. This method yields highly consistent product profile with reproducible data for dozens of reactions repeated by different individuals.

Because the spin column method for removal of TCEP is not scaleable, gel filtration desalting chromatography was selected. However, upon testing this method using a TCEP spike sample, it was shown that the TCEP eluted at measurable levels in the column void and not just in the salt fraction as would be expected from a molecule with its low molecular weight. Western Blot assays showed significant background PEGylation probably due to incomplete removal of TCEP. In the meantime separate experiments showed that C7F7 purified material could be significantly purified further from other protein impurities using an anion exchange chromatography media combined with a salt gradient. It was then decided to reduce the C7F7 material with TCEP as described above and then process the material over the anion exchange column. Because of charge difference the FVIII protein would be retained while the TCEP would flow through the column and not be retained. At the same time during the gradient salt elution the FVIII protein would be purified away from the majority of remaining protein impurities. This meant that the later occurring PEGylation would be theoretically more homogeneous with purer starting material. However, upon testing with a spike sample of TCEP, it was shown that measurable levels of TCEP were found eluting in the gradient with the FVIII. Therefore it was decided to implement gel filtration desalting chromatography after anion exchange chromatography so these two steps when used in sequence would result in complete removal of TCEP and elimination of non-specific PEGylation.

PEGYLATION ANALYSIS BY SDS PAGE AND WESTERN BLOT. The PEGylated product can be analyzed by electrophoresis on a reducing 6% TrisGlycine SDS polyacrylamide gel (Invitrogen). Following electrophoresis, the gel can be stained with Coomassie Blue to identify all the proteins or subjected to a standard Western Blot protocol to identify PEGylation pattern on different regions of FVIII. Staining of the blot with a mouse monoclonal R8B12 or C7F7 antibody raised against the C-terminal region of the FVIII heavy chain or the N-terminal region of the VIII light chain, respectively, should identify PEGylation of the respective chains. Staining with the 413 antibody against the 484-509 region of FVIII will determine whether PEGylation is indeed site-specific or not for muteins such as PEG1-4. Likewise, staining with the CLB-CAg A antibody that recognizes the 1801-1823 region of FVIII will determine if PEGylation is site-specific or not for muteins such as PEG6-10.

PEG2 (L491C) PEGylation was shown to be selective for the heavy chain over light chain and particularly selective for the 484-509 region (FIG. 4) while PEG6 (K1808C) was shown to be selective for the light chain over the heavy chain (FIG. 5).

For the study depicted in FIG. 4, the PEG2 mutein (lanes 1 and 8) is reduced with TCEP followed by TCEP removal (lanes 2 and 9) and treatment with 5, 12, 22, 33, or 43 kD PEG-maleimide (lanes 3-7 and 10-14). UnPEGylated FVIII runs as unprocessed (H+L) and processed heavy (H) and light (L) chain bands. All three bands are detectable on the Coomassie Blue stained gel (lower right) whereas Western Staining with chain-specific antibodies reveal only the unprocessed and the corresponding chain. Using R8B12 staining (upper left), the heavy chain (H) band is dramatically reduced in intensity when PEG2 is treated with PEG-maleimide and a new band is created that runs higher than the parent H band

proportional to the size of the PEG. Using C7F7 staining (lower left), the light chain (L) bands (multiple bands due to heterogeneous glycosylation) do not change intensity. The unprocessed H+L band for both stains are shifted because the H chain is part of the unprocessed FVIII. Coomassie staining also confirms much more reduction of the heavy chain, i.e. reduction of H band intensity, than of the light chain. Finally, the PEGylated bands lose relatively more intensity on the 413 antibody stain (upper right) than R8B12 stain in a PEG size-dependent fashion presumably due to site-specific PEGylation of 491, which blocks the binding of 413 antibody to 484-509. Quantities of FVIII loaded per lane are about 30 ng for the two left gels, about 1000 ng for the upper right gel, and about 2000 ng for the lower right gel.

Reduction followed by removal of reductant does not change the migration of FVIII (lane 1 vs. 2 and 8 vs. 9). Addition of 22 kD PEG to PEG2 blocks the binding of the 413 antibody, consistent with specific PEGylation at the 491 position (FIG. 4 upper right gel). This also suggests that PEGylated PEG2 will have lower immunogenicity in man because the 413 antibody has been shown to share the same epitope as human A2 inhibitory antibodies (Scandella et al., 1992, Thromb. Haemost. 67, pp. 665-71).

For the study depicted in FIG. 5, the PEG6 mutein is reduced with TCEP followed by TCEP removal (lanes 1 and 6) and treatment with 5, 12, 22, or 33 kD PEG-maleimide (lanes 2-5 and 7-10). UnPEGylated FVIII runs as unprocessed (H+L) and processed heavy (H) and light (L) chain bands. Because the PEG6 (K1808) mutation resides on the light chain, PEGylation was detected only on the light chain and not the heavy chain. Amount of FVIII loaded per lane is about 100 ng for the left gel and about 30 ng for the right gel.

The BDD that was run as a control did not show any significant PEGylation upon treatment with greater than 100-fold molar excess of PEG-maleimide even after the reduction and reductant removal procedure described above (FIG. 6A-6D). The same method was also applied to PEG4 and PEG5 (FIG. 6A-6D). Compared to PEG2, these muteins were not PEGylated as efficiently, but they were selective for the heavy chain similar to PEG2 (L491C). PEG6 (K1808C) PEGylation efficiency is relatively low, perhaps because it is very close to the N-linked glycosylation site at N1810, which may block PEGylation at position 1808. Thus, we designed PEG7 (N1810C) to remove the native glycosylation site at 1810. PEG7 shows improved PEGylation efficiency compared to PEG6 in a head-to-head comparison (FIG. 6E). Similarly PEG15 shows slightly better PEGylation efficiency than PEG2. PEG2+6, a double mutant of BDD, can be PEGylated on both heavy and light chains since PEG2 is a heavy chain cysteine mutation while PEG6 is a light chain mutation (FIG. 6F). This method was also applied to wildtype full-length FVIII (FIG. 6G). PEGylation was detected for the largest fragment of heavy chain that includes A1, A2, and most of the B domain. The PEGylation pattern suggests monoPEGylation and that there is only a single cysteine PEGylated.

PEGYLATION ANALYSIS BY THROMBIN CLEAVAGE AND WESTERN BLOT. The PEGylated product can be treated with thrombin (40 IU/ug FVIII) at 37° C. for 30 minutes. The thrombin used also contains APC as a contaminant. Thrombin cleavage will generate the 50 kD A1 and 43 kD A2 domains from the heavy chain while the APC cleavage will split the A2 domain further into the 21 and 22 kD fragments (FIG. 7). Staining with the R8B12 antibody, which recognizes the C-terminus of the heavy chain, will identify only the intact A2 domain and the 21 kD C-terminal fragment (FVIII 562-740). Thus, if PEG2 PEGylation was specific for position 491, the 43 kD A2 domain should be PEGylated but

Copy provided by USPTO from the PIRS Image Database on 04/10/2017

BAXJIVI0176454

US 9,364,520 B2

23

not the 21 kD C-terminal fragment. This was indeed confirmed by the Western blot for the 22 kD PEGylated PEG2 shown on FIG. 7. Thus, by elimination, PEG2 PEGylation has been localized to the N-terminal 22 kD fragment (FVIII 373-561) of A2 domain. Since PEG-maleimide is completely selective for cysteines at pH 6.8 and the only native FVIII cysteines within 373-561 come from a buried disulfide between 528 and 554, PEG2 is very likely PEGylated on the introduced cysteine at position 491. Western staining of thrombin-treated PEGylated PEG2 with a FVIII heavy chain N-terminal antibody showed no PEGylation of the A1 domain (data not shown). Selective PEGylation of PEG2 using thrombin cleavage method has also been confirmed for PEGs of 5, 12, 33, and 43 kDs (data not shown). Thrombin cleavage of PEGylated wildtype full-length FVIII shows that only B domain is PEGylated (FIG. 8).

PEGYLATION ANALYSIS BY IODINE STAINING. To confirm that the newly created bands on Coomassie Blue and Western staining were indeed PEGylated bands, barium-iodine staining, which is specific for PEG, was used (FIG. 9). PEGylated PEG2 was run on a 6% TrisGlycine gel (Invitrogen) and stained with the R8B12 heavy chain antibody or a barium-iodine solution (Lee et al, Pharm Dev Technol. 1999 4:269-275). The PEGylated bands matched between the two stains using the molecular weight marker to line them up, thus confirming FVIII heavy chain PEGylation.

PEGYLATION ANALYSIS BY MALDI-MASS SPEC. To confirm the PEGylation of the A2 domain in the heavy chain, the rFVIII sample, before and after PEGylation was analyzed by matrix-assisted laser desorption/ionization (MALDI) mass spectrometry. The samples were mixed and crystallized on the MALDI target plate with a sinapinic acid matrix in 30 acetonitrile, 0.1% TFA. They were then analyzed in a Voyager DE-PRO spectrometer in positive, linear mode. The results, shown in FIG. 10, showed the light chain of PEG2 centered at 83 kD and the heavy chain (HC) at 89 kD. The spectrum acquired for the PEGylated sample showed a drop in the HC peak and a new peak, centered at 111 kD, to form. This confirms PEGylation of the heavy chain. No PEGylated light chain (at 105 kD) was observed above detection limit.

The samples were then subjected to thrombin digestion at 20 units of thrombin/mg FVIII at 37° C. for 30 minutes, following FVIII concentration determination by amino acid analysis (Commonwealth Biotechnologies, Inc). The heavy chain was cleaved into a 46 kD (A1) N-terminal fraction and a 43 kD (A2) fraction. The MALDI spectrum acquired for the PEGylated sample (FIG. 11) shows the loss of the 43 kD peak and the development of a new 65 kD peak, due to the PEGylated A2 domain. PEGylation of the LC is again not observed above the detection limit. These results again confirm PEGylation of the A2 domain of FVIII. The same analysis was applied to PEGylated PEG6, confirming PEGylation of the light chain A3C1C2 fragment (FIG. 12).

Activity Measurement

COAGULATION ASSAY. The clotting FVIII:C test method is a one-stage assay based upon the activated partial thromboplastin time (aPTT). FVIII acts as a cofactor in the presence of Factor IXa, calcium, and phospholipid in the enzymatic conversion of Factor X to Xa. In this assay, the diluted test samples are incubated at 37° C. with a mixture of FVIII deficient plasma substrate and aPTT reagent. Calcium chloride is added to the incubated mixture and clotting is initiated. An inverse relationship exists between the time (seconds) it takes for a clot to form and logarithm of the concentration of FVIII:C. Activity levels for unknown samples are interpolated by comparing the clotting times of various dilu-

24

tions of test material with a curve constructed from a series of dilutions of standard material of known activity and are reported in International Units per mL (IU/mL).

CHROMOGENIC ASSAY. The chromogenic assay method consists of two consecutive steps where the intensity of color is proportional to the FVIII activity. In the first step, Factor X is activated to FXa by FIXa with its cofactor, FVIIIa, in the presence of optimal amounts of calcium ions and phospholipids. Excess amounts of Factor X are present such that the rate of activation of Factor X is solely dependent on the amount of FVIII. In the second step, Factor Xa hydrolyzes the chromogenic substrate to yield a chromophore and the color intensity is read photometrically at 405 nm. Potency of an unknown is calculated and the validity of the assay is checked with the slope-ratio statistical method. Activity is reported in International Units per mL (IU/mL).

The 1811-1818 loop is involved in binding to FIX, but the importance of individual positions within this loop has not been determined. PEG7-10 muteins display nearly identical specific chromogenic activity relative to native FVIII (Table 3). Table 3 shows the percent specific activity (S.A.) of PEG muteins and PEGylated PEG2 or PEG6 relative to BEM. S.A. was determined by dividing the chromogenic, coagulation, or vWF binding activity by the total antigen ELISA (TAE) value. The S.A. of PEGylated muteins was then divided by the S.A. of BDD (8 IU/ug chromogenic, 5 IU/ug coagulation, and 1 vWF/TAE) and multiplied by 100 to obtain the percent S.A. listed in Table 3 under the headings chromogenic, coagulation and vWF/TAE.

TABLE 3

Percent specific activity (S.A.) of PEG muteins and PEGylated PEG2 and PEG6 relative to BDD.

|  | Mutation | Chromogenic | Coagulation | vWF/TAE |
|---|---|---|---|---|
| BDD |  | 100 | 100 | 100 |
| PEG1 | Y487C |  |  |  |
| PEG2 | L491C | 125 | 130 | 138 |
| PEG2 red | L491C | 137 | 141 | 98 |
| PEG2-5 kD PEG | L491C | 124 | 93 | 125 |
| PEG2-12 kD PEG | L491C | 118 | 23 | 71 |
| PEG2-22 kD PEG | L491C | 103 | 13 | 87 |
| PEG2-33 kD PEG | L491C | 130 | 17 | 59 |
| PEG2-43 kD PEG | L491C | 91 | 9 | 57 |
| PEG3 | K496C |  |  |  |
| PEG4 | L504C |  |  |  |
| PEG5 | Q468C | 92 |  |  |
| PEG6 | K1808C | 83 | 60 | 100 |
| PEG6-33 kD PEG | K1808C | 42 | 6 | 90 |
| PEG7 | N1810C | 100 |  |  |
| PEG8 | T1812C | 100 |  |  |
| PEG9 | K1813C | 83 |  |  |
| PEG10 | Y1815C | 75 |  |  |
| PEG11 | Q1796C |  |  |  |
| PEG12 | Q1796C |  |  |  |
| PEG13 | R1803C |  |  |  |
| PEG14 | K1804C |  |  |  |
| PEG2 + 6 | 491C/1808C |  |  |  |
| PEG15 | K377C | 82 |  |  |
| PEG16 | H378C | 126 |  |  |
| PEG17 | K556C | 43 |  |  |
| PEG18 | N41C | 80 |  |  |
| PEG19 | N239C |  |  |  |
| PEG20 | N2118C | 127 |  |  |
| PEG21 | Y81C |  |  |  |
| PEG22 | F129C |  |  |  |
| PEG23 | K422C |  |  |  |
| PEG24 | K523C |  |  |  |
| PEG25 | K570C |  |  |  |
| PEG26 | N1864C |  |  |  |
| PEG27 | T1911C |  |  |  |

Copy provided by USPTO from the PIRS Image Database on 04/10/2017

BAXJIVI0176455

US 9,364,520 B2

25

26

TABLE 3-continued

| Percent specific activity (S.A.) of PEG muteins and PEGylated PEG2 and PEG6 relative to BDD. | | | |
|---|---|---|---|
| Mutation | Chromogenic | Coagulation | vWF/TAE |
| PEG28 | Q2091C | | |
| PEG29 | Q2284C | | |

As used in Table 3, "PEG2 red" is PEG2 mutein that has been treated with reductant followed by the removal of reductant. This reduction procedure did not significantly alter the three functional activities of FVIII. PEG2 mutein conjugated to PEGs ranging from 5 kD (PEG2-5 kD) to 43 kD (PEG2-43 kD) did not lose a significant amount of chromogenic activity, but had greatly lower coagulation activity as the PEG size increases beyond 5 kD. There may be a modest reduction in vWF binding for larger size PEGylated PEG2 also.

TOTAL ANTIGEN ELISA (TAE). FVIII is captured on a microtiter plate that has been coated with a polyclonal FVIII antibody. The FVIII bound is detected with a biotinylated polyclonal rFVIII antibody and streptavidin horseradish peroxidase (HRP) conjugate. The peroxidase-streptavidin complex produces a color reaction upon addition of the tetramethylbenzidine (TMB) substrate. Sample concentrations are interpolated from a standard curve using four parameter fit models. FVIII results are reported in µg/mL.

vWF BINDING ELISA. FVIII is allowed to bind to vWF in Severe Hemophilic Plasma in solution. The FVIII-vWf complex is then captured on a microtiter plate that has been coated with a vWF-specific monoclonal antibody. The FVIII bound to the vWf is detected with a FVIII polyclonal antibody and a horseradish peroxidase-anti-rabbit conjugate. The peroxidase-conjugated antibody complex produces a color reaction upon addition of the substrate. Sample concentrations are interpolated from a standard curve using four parameter fit model. FVIII binding results are reported in µg/mL. There was no significant impact on any of the activities upon PEGylation, which would be consistent with PEGylation at the B domain.

PURIFICATION OF PEGylated FVIII BY SIZE-EXCLUSION CHROMATOGRAPHY. The anion exchange fractions containing the majority of PEG2 mutein are pooled and concentrated by ultrafiltration then applied to a size exclusion column. The column is then eluted using the formulation buffer. Because of the difference in the size and shape of the protein depends on whether PEG is bound to the protein, this column separates the PEGylated PEG2 mutein from that of any remaining PEG2, which is not PEGylated. The PEGylated mutein FVIII fractions are pooled based on having the most FVIII activity then frozen for subsequent animal studies and molecular characterization. FIG. 13 compares the elution of non-PEGylated PEG2 mutein versus that of the 43 kD PEGylated PEG2 mutein. The PEGylated PEG2 elutes significantly earlier, which indicates an increase in its size and shape from the covalently attached PEG.

With muteins such as PEG6 that show lower efficiencies of PEGylation, i.e. less than 50%, the most effective purification scheme to yield highly pure mono-PEGylated product is to use a combination of cation exchange chromatography followed by size exclusion chromatography. For example, with PEG6, the cation exchange chromatography purifies the PEGylated PEG6 (earlier eluting fraction, FIG. 14) away from the majority of un-PEGylated PEG6 (later eluting fraction, FIG. 15). The size exclusion chromatography then polishes the PEGylated protein (earlier eluting fraction, FIG. 15) from the remainder of un-PEGylated protein (later eluting fraction FIG. 15).

EFFECT OF PEG SIZE ON ACTIVITY. To test whether PEG sizes have an effect on both coagulation and chromogenic activities of FVIII upon PEGylation, purified full-length FVIII, PEG2, PEG6, and PEG14 were reduced by TCEP followed by reductant removal and reaction with a buffer control or PEGs ranging from 6 kD to 64 kD. The resulting PEGylated FVIII was directly assayed without removal of excess PEG or unPEGylated FVIII. Control experiments showed that the excess PEG has no effect on FVIII activity.

FIG. 16 shows the results of this study. Purified full-length FVIII is represented as KG-2 in FIG. 16. The percent activity reported in FIG. 16 was determined by dividing the value of

TABLE 4

| Specific activity (S.A.) of wildtype full length FVIII (KG-2) before and after PEGylation with different sizes of PEG. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | TAE | Coagulation Assay | | | Chromogenic Assay | | | vWF ELISA | | |
| Sample | ug/mL | IU/mL | IU/ug | % Start | IU/mL | IU/ug | % Start | ug/mL | vWF/TAE | % Start |
| KG-2 start | 1.31 | 4.8 | 3.6 | 100 | 5.60 | 4.3 | 100 | 0.42 | 0.32 | 100 |
| Reduced only | 0.93 | 3.1 | 3.4 | 93 | 4.08 | 4.4 | 103 | | | |
| KG-2 5 kD PEG | 0.71 | 2.5 | 3.5 | 96 | 3.09 | 4.3 | 102 | | | |
| KG-2 12 kD PEG | 0.59 | 2.3 | 3.9 | 107 | 2.99 | 5.0 | 118 | | | |
| KG-2 22 kD PEG | 0.63 | 2.5 | 3.9 | 108 | 3.06 | 4.8 | 113 | 0.19 | 0.30 | 94 |
| KG-2 30 kD PEG | 0.59 | 2.5 | 4.1 | 114 | 3.01 | 5.1 | 119 | 0.19 | 0.32 | 100 |
| KG-2 43 kD PEG | 0.52 | 2.4 | 4.5 | 128 | 2.86 | 5.5 | 129 | | | |

PURIFICATION OF PEGylated FVIII BY ION-EXCHANGE CHROMATOGRAPHY. PEGylated FVIII is applied to an anion exchange column or cation exchange column where the protein binds to the column while any excess free PEG reagent does not bind and is removed in the flow through. The PEG mutein is then eluted from the column with a sodium chloride gradient. A barium-iodine stained 4-12% Bis-Tris gel of load, flow through, and gradient fractions was used to confirm that the column elution fractions have PEGylated mutein.

sample treated with PEG after reduction and reductant removal by that of the sample treated with buffer control taking into consideration the PEGylation yield. PEGylation yields were comparable across all PEGs for any given FVIII construct. PEGylation yields were about 80% for KG-2, PEG2, and PEG14 and about 40% for PEG6. For example, PEG14 buffer control treated has a coagulation activity of 6.8 IU/mL vs. 3.2 IU/mL for the 12 kD PEGylated PEG14 sample. However, the PEGylation efficiency was about 80%, meaning the 3.2 IU/mL represents the aggregate activity of about 80% PEGy-

Copy provided by USPTO from the PIRS Image Database on 04/10/2017

BAXJIVI0176456

US 9,364,520 B2

27

lated and about 20% unPEGylated. Assuming the unPEGy-lated sample has the same activity as the buffer control treated PEG14, the percent activity of unPEGylated for the PEGy-lated PEG14 works out to be 34%=(3.2-6.8 times 20%)/(6.8 times 80%).

PEGylation within the A2 or A3 domain at PEG2, PEG6, or PEG14 position of BDD led to dramatic losses of coagulation activity when PEG size increases beyond 6 kD. However, PEGylation within the B domain at a native B-domain cys-teine of the full-length FVIII had no effect on the coagulation activity. Interestingly, the chromogenic activity is not affected for all PEGylated constructs. This may be due to assay differences. It is possible that the small chromogenic peptide substrate has an easier access to a PEGylated FVIII/FIX/FX complex than the larger protein substrate used in the coagulation assay. Alternatively, PEG may affect activation of the mutein. This would be more readily detected by the one-stage coagulation assay than the two-stage chromogenic assay.

To confirm the observation of PEG effects on the coagula-tion activity of PEG2, 6, and 14, several PEGylated constructs were purified away from excess PEG and unPEGylated. Since PEG does not have any effect on the chromogenic activity, the chromogenic to coagulation activity ratio is a good estimate on the relative effect of PEG on coagulation activity (Table 5). Larger PEGs at a given position such as PEG2 and a higher number of PEGs as in the case with the PEG2+6 construct induce a greater loss of coagulation activ-ity.

TABLE 5

Ratio of Chromogenic to Coagulation for Purified PEGylated BDD.

| PEGylated BDD | | Chromogenic IU/mL/ Coagulation IU/mL | |
|---|---|---|---|
| Sample ID | PEG | Raw Ratio | Ratio relative to BDD |
| BDD | no PEG | 1.7 | 1 |
| PEG2 (pool2) | 22 kD 491 | 9 | 5 |
| PEG2 | 43 kD* 491 | 25 | 15 |
| PEG6 | 12 kD 1808 | 5 | 3 |
| PEG6 (old) | 33 kD 1808 | 13 | 7 |
| PEG6 (new) | 33 kD 1808 | 8 | 5 |
| PEG2 + 6 (LSP25) | 33 kD at 491, Mono | 10 | 6 |
| PEG2 + 6 (LSP22) | 33 kD at 491/1808, Di | 24 | 14 |
| PEG2 + 6 (ESP) | 33 kD at 491/1808/A3, Tri | 60 | 35 |
| PEG22 | 64 kD* 129 | 14 | 8 |
| PEG14 | 12 kD 1804 | 3.2 | 1.9 |
| PEG14 | 20 kD* 1804 | 4.2 | 2.5 |
| PEG14 | 33 kD 1804 | 5 | 2.9 |
| PEG2 + 14 (bSP19) | 33 kD at 491/1804, Di | 21 | 12 |

*branched PEG

RABBIT PK STUDY. To understand the effects of PEGy-lation on the pharmacokinetics (PK) of FVIII, PK studies were performed in a number of species. NZW SPF rabbits were used for the study: 10 females, 5 rabbits per group, 2 groups (PEG2 and 22 kD PEGylated PEG2). Samples were diluted into sterile PBS with a final concentration of 100 IU/mL (chromogenic units). Each rabbit received a dose of 1 ml/kg (100 IU/kg) of the diluted test or control substance via marginal ear vein. At various times post-injection, blood samples (1 mL) were drawn into a 1 mL syringe (charged with 100 µL of 3.8% Na-Citrate) from the central ear artery at defined time points after dosing. Plasma samples were incu-bated with R8B12 heavy chain antibody coated on a 96-well plate to specifically capture the dosed human FVIII. The

28

activity of the captured FVIII was determined by the chro-mogenic assay (FIG. 17). PEGylated PEG2 and PEGylated PEG6 were also compared with BDD (FIGS. 18 and 19), with PEGylated muteins showing an improvement in plasma recovery compared to BDD. PEGylated wildtype full-length FVIII did not appear to show much improvement (FIG. 20).

MOUSE PK STUDY. As a second species, ICR normal or hemophilic, FVIII deficient, mice (Taconic, Hudson, N.Y.) were used in PK studies. Normal mice were used for the study, 5 mice per group per time point. Test materials were diluted into formulation buffer to a nominal final concentra-tion of 25 IU/mL. Each mouse can be administered 4 mL/kg (~0.1 mL total volume) of the dilute test material via tail vein. Blood samples (0.45 or 0.3 mL for normal or hemophilic mouse study, respectively) are drawn into a 1 mL syringe (charged with 50 or 30 µL of 3.8% Na-Citrate for normal or hemophilic mouse study, respectively) from the inferior vena cava at the indicated time point (one animal per sample). Plasma samples are assayed for FVIII concentration using the chromogenic assay method described above. PEGylated PEG6 shows greater plasma recovery compared to BDD or PEG6 (FIG. 21). PEGylated PEG2 shows greater plasma recovery compared to BDD (FIGS. 22 and 23).

TABLE 6

PK study summary of PEGylated FVIII showing plasma half-lives in hours.

| Construct | Half-life, hr | Species |
|---|---|---|
| BDD | 6.6 | Normal Rabbit |
| PEG2 | 4.8 | Normal Rabbit |
| PEG2-22 kD PEG | 7.5 | Normal Rabbit |
| PEG2-43 kD PEG | 8.0 | Normal Rabbit |
| PEG6-12 kD PEG | 8.2 | Normal Rabbit |
| PEG6-33 kD PEG* | 9.6 | Normal Rabbit |
| PEG6-33 kD PEG | 17.4 | Normal Rabbit |
| BDD | 4.5 | Normal Mouse |
| PEG2-22 kD PEG | 7.3 | Normal Mouse |
| PEG6-12 kD | 5.3 | Normal Mouse |
| PEG14-33 kD PEG | 7.3 | Normal Mouse |
| PEG14-12 kD PEG | 5.5 | Normal Mouse |
| PEG22-64 kD | 9.2 | Normal Mouse |

*Initial prep of 33 kD PEGylated PEG6 with half-life of 9.6 hr in rabbits was not as pure as a later prep that yielded 17.4 hr.

TABLE 7

Plasma recovery of PEGylated PEG muteins in hemophilic mice. Fold-improvement in plasma recovery at 16 hours post-injection compared to the BDD control performed on the same data is reported.

| Mutein | PEG | Fold |
|---|---|---|
| PEG 6 | 12 kD | 2.9 |
| PEG 6 | 33 kD | 2.9 |
| PEG 2 + 6 | 33 kD | 3.3 |
| PEG 14 | 33 kD | 2.5 |
| PEG 2 + 6 | 33 kD | 4.4 |
| PEG 2 + 14 | 33 kD | 2.1 |
| PEG22 | 64 kD | 3.2 |

HEMOPHILIC MOUSE (BDD) FACTOR VIII RECOV-ERY. The Hemophilic Mouse (BDD) Factor VIII recovery histogram shown in FIG. 24 depicts a pharmacokinetic (PK) assessment of the half-life of two species of BDD Factor VIII in a hemophilic mouse assay. This assay was designed to measure plasma concentrations of both BDD Factor VIII (referred to in FIG. 24 as "wt" or wild type BDD Factor VIII) and the PEG 2+6 double PEGylated variant of BDD Factor

Copy provided by USPTO from the PIRS Image Database on 04/10/2017

BAXJIVI0176457

US 9,364,520 B2

29

30

VIII (and identified elsewhere herein as the L491C, K1808C double variant of BDD Factor VIII) at three time points post intravenous administration in a mouse model. While the PK assessments at both the 0.8 and 4 hour time points were comparable, the 16 hour assessment is particularly note worthy. At 16 hours, approximately four times (400%) as much of the doubly PEGylated BDD Factor VIII variant (PEG 2+6) remained in the mouse plasma 16 hours after administration as compared to the un-PEGylated molecule.

KIDNEY LACERATION MODEL. To determine if PEGylated FVIII muteins were efficacious at stopping a bleed in a hemophilic mouse, the kidney laceration model was employed. Hemophilic mice (C57/Bl.6 with a disrupted FVIII gene) are anesthetized under isoflurane and weighed. The inferior vena cava was exposed and 100 ul of either saline or FVIII were injected using a 31 gauge needle. The needle was carefully removed and pressure applied at the sight of injection for 30-45 seconds to prevent bleeding. After two minutes, the right kidney was exposed and held between the forceps along the vertical axis. Using a #15 scalpel, the kidney was cut horizontally to a depth of 3 mm. To insure a uniform depth of the lesion, kidney was lightly held in the middle to expose equal tissue on either side of the forceps. The exposed surface of the kidney was cut to the depth of the forceps. Blood loss was quantified as described above. Different doses of FVIII were tested on mice to characterize the dose response relationship of FVIII on kidney bleeding. PEGylated PEG2 shows comparable potency to MD in reducing blood loss after mouse kidney injury (FIG. 25). Thus, although the coagulation activity of PEGylated PEG2 is lower than that of BDD, this kidney laceration model shows that the in vivo efficacy of PEGylated PEG2 was not measurably reduced compared to BDD, consistent with the chromogenic assay data.

ANTIBODY INHIBITION ASSAY. Adding a high molecular weight polymer such as polyethylene glycol (PEG) specifically at position 491 (i.e. PEG2) should reduce binding and sensitivity to mAB 413, and by extension to a large proportion of patient inhibitory antibodies since many patients develop inhibitor antibodies against the same mAB 413 epitope. To test this, increasing amounts (0.003 to 43 kD PEGylated PEG2) of BDD or 43 kD PEGylated PEG2 were incubated with non-saturating amounts (0.003 IU/mL) of BDD or 43 kD PEGylated PEG2 and tested for functional activity in a chromogenic assay (FIG. 26). R8B12, a non-inhibitory antibody, and ESH4, an inhibitory antibody that targets the C2 domain were used as controls. PEGylated PEG2 is indeed more resistant to mAB 413 inhibition than BDD and shows a similar inhibition pattern in the presence of the control antibodies that do not bind near the 491 position. Furthermore, the protection effect of PEG against mAB 413 inhibition is dependent on PEG size, with larger PEGs having a greater effect (FIG. 27). To test whether PEGylated FVIII is more resistant to inhibitor antibodies from patients, chromogenic activity was measured in the presence of a panel of plasma derived from hemophilia A patients who have developed inhibitors to FVIII. Of the 8 patient plasma tested, 43 kD PEGylated PEG2 was more resistant to patient plasma inhibition than BDD in 4 patient plasma samples. For example, PEGylated PEG2, PEG6, or PEG2+6 showed greater residual activity than BDD in one patient plasma but not in another plasma (FIG. 28). The diPEGylated PEG2+6 appears to be more resistant than monoPEGylated PEG2 or PEG6. These results suggest that PEGylated PEG muteins can be more effective in treating patients that develop inhibitors to FVIII.

HIGH THROUGHPUT PEGYLATION SCREENING. PEGylation efficiency of a particular PEG mutein is unpredictable, especially since there is no direct structural infor-

mation of BDD. For example, based on the structure model of BDD, one would predict the PEGylation efficiency of PEG4 and PEG5 should be very high, similar to that of PEG2 and PEG15 since all three positions are surface exposed and point outwardly according to the structure. Thus, to use PEG to search for novel clearance mechanism via systematic PEGylation will require a large number of muteins to be screened.

To rapidly screen a large number of PEG muteins, a novel high throughput method has been developed that can test PEGylation efficiency and functional activity of PEGylated products from transiently transfected muteins. As little as 5-10 mL of transiently expressed PEG muteins with an FVIII chromogenic value of as low as 0.1-0.2 IU/mL is concentrated by about 50-fold using Amicon-centra Ultra device MWCO 30K so that the concentration of FVIII reaches above 1 nM, near the affinity range of antibody to FVIII interaction. The concentrated PEG mutein (~300 nL) is incubated with ~30 uL of C7F7 FVIII antibody resin overnight at 4° C., washed, eluted, dialyzed, and reduced. The reductant is removed and the reduced PEG muteins is PEGylated and run on a Western analysis as described above (FIGS. 29 and 30). Relative PEGylation efficiency of transiently expressed PEG muteins matches exactly to that of purified PEG muteins.

Dozens of PEG muteins can be screened by this method in one to two months. For example, PEG14 (K1804C BDD) had at least about 80% PEGylation of light chain with a 12 kD PEG and no PEGylation of heavy chain (data not shown), consistent with the K1804C mutation located on the light chain. The Cα to Cβ distance between K1804 and K1808 (PEG5 position) is only 8.4 angstrom based on the BDD structure, suggesting that the introduction of a 43 kD PEG at this position will have similar improvement in PK as the 33 kD PEGylated PEG5, with the advantage of much higher PEGylation yield. Relative PEGylation yield for all PEG muteins tested are summarized in Table 8. PEGylation was highly selective for the particular FVIII chain where the cysteine mutation was introduced, in that every mutein with the cysteine in the heavy chain only gets PEGylated on the heavy chain while every mutein with the cysteine in the light chain gets PEGylated on the light chain. Mutein numbers 2 to 31 represent cysteine mutations of BDD replacing the native amino acid at the position listed with a cysteine. PEG2+6 is a double mutein of BDD where position 491 and 1808 were substituted with cysteines. A1 and A2, (and B domain for KG-2, the full-length FVIII) belong to the heavy chain while A3, C1, and C2 belong to the light chain. PEGylation efficiency was estimated from running the PEGylated products on a SDS PAGE comparing the intensities of the PEGylated band with unPEGylated band: +++~>80% PEGylation yield, ++~30-70% yield, +~10-30% yield, and ~<10% yield.

TABLE 8

PEGylation efficiency for various PEGylated FVIII

| PEG Mutein | Position | Domain | H-PEG | L-PEG |
|---|---|---|---|---|
| 2 | 491 | A2 | +++ | − |
| 4 | 504 | A2 | + | − |
| 5 | 468 | A2 | + | − |
| 6 | 1808 | A3 | − | ++ |
| 7 | 1810 | A3 | − | ++ |
| 8 | 1812 | A3 | − | + |
| 9 | 1815 | A3 | − | + |
| 11 | 1795 | A3 | − | + |
| 12 | 1796 | A3 | − | + |
| 13 | 1803 | A3 | − | ++ |
| 14 | 1804 | A3 | − | +++ |
| 15 | 377 | A2 | +++ | − |

Copy provided by USPTO from the PIRS Image Database on 04/10/2017

BAXJIVI0176458

US 9,364,520 B2

31

TABLE 8-continued

PEGylation efficiency for various PEGylated FVIII.

| PEG Mutein | Position | Domain | H-PEG | L-PEG |
|---|---|---|---|---|
| 16 | 378 | A2 | +++ | – |
| 17 | 556 | A2 | ++ | – |
| 20 | 2118 | A3 | – | + |
| 21 | 81 | A1 | ++ | – |
| 22 | 129 | A1 | ++ | – |
| 23 | 422 | A2 | – | – |
| 25 | 570 | A2 | – | – |
| 26 | 1864 | A3 | – | ++ |
| 27 | 1911 | A3 | – | +++ |
| 28 | 2091 | C1 | – | ++ |
| 29 | 2284 | C2 | – | + |
| 30 | 711 | A2 | + | – |
| 31 | 1903 | A3 | – | ++ |
| 2 + 6 | 490/1808 | A2/A3 | +++ | ++ |
| 2 + 14 | 490/1804 | A2/A3 | +++ | +++ |
| KG-2 | | B | +++ | – |

MASS SPECTROMETRY ANALYSIS OF REDUCED PEG MUTEINS. To determine the identity of the "cap" that prevents direct PEGylation of PEG muteins or full-length FVIII, PEG2+14 was reduced with TCEP at concentrations ranging from 67 uM to 670 uM. PEGylation yield increased in proportion to increasing amounts of TCEP (FIG. 31). The same samples were also analyzed by mass spectrometry prior to PEGylation (FIG. 32). In order to have a protein domain that could be directly studied, the samples were digested with thrombin at a ratio of 20 units/mg FVIII for 30 minutes at 37° C. Thrombin cleavage produces an A2 fragment that includes residues 372 to 740 and no occupied glycosylation sites. The digested sample was injected onto a C4 reversed phase liquid chromatography system and the eluent from the column was introduced directly into the quadrupole time-of-flight mass spectrometer via an electrospray interface. The mass spectrum from under the chromatographic peak corresponding to the A2 domain was deconvoluted to provide a protein intact mass value. Prior to reduction, the A2 domain of PEG2+14 yields a mass that is 118 daltons larger than theoretically predicted. As the TCEP concentration is increased, a new peak that has the precise predicted mass of A2 domain appears. The proportion of this new peak increases as the TCEP concentration is increased. The 118 dalton difference can be accounted for by cysteinylation at residue Cys 491 via disulfide formation with a cystine (119 Da) and instrumental accuracy. Thus this shows that the PEG muteins are capped by a cysteine, which prevents direct PEGylation.

All of the references disclosed herein are hereby incorporated herein in their entireties.

SEQUENCE LISTING

```
<160> NUMBER OF SEQ ID NOS: 35

<210> SEQ ID NO 1
<211> LENGTH: 4
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: The first four amino acids for the B-domain of
      Human Factor VIII Sequence

<400> SEQUENCE: 1

Ser Phe Ser Gln
1


<210> SEQ ID NO 2
<211> LENGTH: 10
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: The last ten amino acids for the B-domain of
      Human Factor VIII Sequence

<400> SEQUENCE: 2

Asn Pro Pro Val Leu Lys Arg His Gln Arg
1               5                   10


<210> SEQ ID NO 3
<211> LENGTH: 1457
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Derived from human factor VIII sequence

<400> SEQUENCE: 3

Met Gln Ile Glu Leu Ser Thr Cys Phe Phe Leu Cys Leu Leu Arg Phe
1               5                   10                  15

Cys Phe Ser Ala Thr Arg Arg Tyr Tyr Leu Gly Ala Val Glu Leu Ser
            20                  25                  30

Trp Asp Tyr Met Gln Ser Asp Leu Gly Glu Leu Pro Val Asp Ala Arg
```

Copy provided by USPTO from the PIRS Image Database on 04/10/2017

BAXJIVI0176459

US 9,364,520 B2

33

34

-continued

```
          35              40              45
Phe Pro Pro Arg Val Pro Lys Ser Phe Pro Phe Asn Thr Ser Val Val
     50              55              60
Tyr Lys Lys Thr Leu Phe Val Glu Phe Thr Val His Leu Phe Asn Ile
65              70              75              80
Ala Lys Pro Arg Pro Pro Trp Met Gly Leu Leu Gly Pro Thr Ile Gln
             85              90              95
Ala Glu Val Tyr Asp Thr Val Val Ile Thr Leu Lys Asn Met Ala Ser
            100             105             110
His Pro Val Ser Leu His Ala Val Gly Val Ser Tyr Trp Lys Ala Ser
        115             120             125
Glu Gly Ala Glu Tyr Asp Asp Gln Thr Ser Gln Arg Glu Lys Glu Asp
        130             135             140
Asp Lys Val Phe Pro Gly Gly Ser His Thr Tyr Val Trp Gln Val Leu
145             150             155             160
Lys Glu Asn Gly Pro Met Ala Ser Asp Pro Leu Cys Leu Thr Tyr Ser
            165             170             175
Tyr Leu Ser His Val Asp Leu Val Lys Asp Leu Asn Ser Gly Leu Ile
        195                             205
Gly Ala Leu Leu Val Cys Arg Glu Gly Ser Leu Ala Lys Glu Lys Thr
        195             200             205
Gln Thr Leu His Lys Phe Ile Leu Leu Phe Ala Val Phe Asp Glu Gly
        210             215             220
Lys Ser Trp His Ser Glu Thr Lys Asn Ser Leu Met Gln Asp Arg Asp
225             230             235             240
Ala Ala Ser Ala Arg Ala Trp Pro Lys Met His Thr Val Asn Gly Tyr
             245             250             255
Val Asn Arg Ser Leu Pro Gly Leu Ile Gly Cys His Arg Lys Ser Val
            260             265             270
Tyr Trp His Val Ile Gly Met Gly Thr Thr Pro Glu Val His Ser Ile
        275             280             285
Phe Leu Glu Gly His Thr Phe Leu Val Arg Asn His Arg Gln Ala Ser
        290             295             300
Leu Glu Ile Ser Pro Ile Thr Phe Leu Thr Ala Gln Thr Leu Leu Met
305             310             315             320
Asp Leu Gly Gln Phe Leu Leu Phe Cys His Ile Ser Ser His Gln His
            325             330             335
Asp Gly Met Glu Ala Tyr Val Lys Val Asp Ser Cys Pro Glu Glu Pro
            340             345             350
Gln Leu Arg Met Lys Asn Asn Glu Glu Ala Glu Asp Tyr Asp Asp Asp
        355             360             365
Leu Thr Asp Ser Glu Met Asp Val Val Arg Phe Asp Asp Asp Asn Ser
        370             375             380
Pro Ser Phe Ile Gln Ile Arg Ser Val Ala Lys Lys His Pro Lys Thr
385             390             395             400
Trp Val His Tyr Ile Ala Ala Glu Glu Glu Asp Trp Asp Tyr Ala Pro
            405             410             415
Leu Val Leu Ala Pro Asp Asp Arg Ser Tyr Lys Ser Gln Tyr Leu Asn
        420             425             430
Asn Gly Pro Gln Arg Ile Gly Arg Lys Tyr Lys Lys Val Arg Phe Met
        435             440             445
Ala Tyr Thr Asp Glu Thr Phe Lys Thr Arg Glu Ala Ile Gln His Glu
450             455             460
```

Copy provided by USPTO from the PIRS Image Database on 04/10/2017

BAXJIVI0176460

US 9,364,520 B2

35                                                                36

-continued

```
Ser Gly Ile Leu Gly Pro Leu Leu Tyr Gly Glu Val Gly Asp Thr Leu
465                 470                 475                 480

Leu Ile Ile Phe Lys Asn Gln Ala Ser Arg Pro Tyr Asn Ile Tyr Pro
                485                 490                 495

His Gly Ile Thr Asp Val Arg Ala Pro Leu Tyr Ser Arg Arg Leu Pro Lys
            500                 505                 510

Gly Val Lys His Leu Lys Asp Phe Pro Ile Leu Pro Gly Glu Ile Phe
        515                 520                 525

Lys Tyr Lys Trp Thr Val Thr Val Glu Asp Gly Pro Thr Lys Ser Asp
    530                 535                 540

Pro Arg Cys Leu Thr Arg Tyr Tyr Ser Ser Phe Val Asn Met Glu Arg
545                 550                 555                 560

Asp Leu Ala Ser Gly Leu Ile Gly Pro Leu Leu Ile Cys Tyr Lys Glu
                565                 570                 575

Ser Val Asp Gln Arg Gly Asn Gln Ile Met Ser Asp Lys Arg Asn Val
            580                 585                 590

Ile Leu Phe Ser Val Phe Asp Glu Asn Arg Ser Trp Tyr Leu Thr Glu
        595                 600                 605

Asn Ile Gln Arg Phe Leu Pro Asn Pro Ala Gly Val Gln Leu Glu Asp
    610                 615                 620

Pro Glu Phe Gln Ala Ser Asn Ile Met His Ser Ile Asn Gly Tyr Val
625                 630                 635                 640

Phe Asp Ser Leu Gln Leu Ser Val Cys Leu His Glu Val Ala Tyr Trp
                645                 650                 655

Tyr Ile Leu Ser Ile Gly Ala Gln Thr Asp Phe Leu Ser Val Phe Phe
            660                 665                 670

Ser Gly Tyr Thr Phe Lys His Lys Met Val Tyr Glu Asp Thr Leu Thr
        675                 680                 685

Leu Phe Pro Phe Ser Gly Glu Thr Val Phe Met Ser Met Glu Asn Pro
    690                 695                 700

Gly Leu Trp Ile Leu Gly Cys His Asn Ser Asp Phe Arg Asn Arg Gly
705                 710                 715                 720

Met Thr Ala Leu Leu Lys Val Ser Ser Cys Asp Lys Asn Thr Gly Asp
                725                 730                 735

Tyr Tyr Glu Asp Ser Tyr Glu Asp Ile Ser Ala Tyr Leu Leu Ser Lys
            740                 745                 750

Asn Asn Ala Ile Glu Pro Arg Ser Phe Ser Gln Asn Pro Pro Val Leu
    755                 760                 765

Lys Arg His Gln Arg Glu Ile Thr Arg Thr Thr Leu Gln Ser Asp Gln
770                 775                 780

Glu Glu Ile Asp Tyr Asp Asp Thr Ile Ser Val Glu Met Lys Lys Glu
785                 790                 795                 800

Asp Phe Asp Ile Tyr Asp Glu Asp Glu Asn Gln Ser Pro Arg Ser Phe
                805                 810                 815

Gln Lys Lys Thr Arg His Tyr Phe Ile Ala Ala Val Glu Arg Leu Trp
            820                 825                 830

Asp Tyr Gly Met Ser Ser Ser Pro His Val Leu Arg Asn Arg Ala Gln
        835                 840                 845

Ser Gly Ser Val Pro Gln Phe Lys Lys Val Val Phe Gln Glu Phe Thr
    850                 855                 860

Asp Gly Ser Phe Thr Gln Pro Leu Tyr Arg Gly Glu Leu Asn Glu His
865                 870                 875                 880
```

US 9,364,520 B2

37      38

-continued

```
Leu Gly Leu Leu Gly Pro Tyr Ile Arg Ala Glu Val Glu Asp Asn Ile
            885                 890                 895

Met Val Thr Phe Arg Asn Gln Ala Ser Arg Pro Tyr Ser Phe Tyr Ser
        900                 905                 910

Ser Leu Ile Ser Tyr Glu Glu Asp Gln Arg Gln Gly Ala Glu Pro Arg
    915                 920                 925

Lys Asn Phe Val Lys Pro Asn Glu Thr Lys Thr Tyr Phe Trp Lys Val
    930                 935                 940

Gln His His Met Ala Pro Thr Lys Asp Glu Phe Asp Cys Lys Ala Trp
945                 950                 955                 960

Ala Tyr Phe Ser Asp Val Asp Leu Glu Lys Asp Val His Ser Gly Leu
                965                 970                 975

Ile Gly Pro Leu Leu Val Cys His Thr Asn Thr Leu Asn Pro Ala His
            980                 985                 990

Gly Arg Gln Val Thr Val Gln Glu  Phe Ala Leu Phe Phe  Thr Ile Phe
        995                 1000                1005

Asp Glu  Thr Lys Ser Trp Tyr  Phe Thr Glu Asn Met  Glu Arg Asn
        1010                1015                1020

Cys Arg  Ala Pro Cys Asn Ile  Gln Met Glu Asp Pro  Thr Phe Lys
        1025                1030                1035

Glu Asn  Tyr Arg Phe His Ala  Ile Asn Gly Tyr Ile  Met Asp Thr
        1040                1045                1050

Leu Pro  Gly Leu Val Met Ala  Gln Asp Gln Arg Ile  Arg Trp Tyr
        1055                1060                1065

Leu Leu  Ser Met Gly Ser Asn  Glu Asn Ile His Ser  Ile His Phe
        1070                1075                1080

Ser Gly  His Val Phe Thr Val  Arg Lys Lys Glu Glu  Tyr Lys Met
        1085                1090                1095

Ala Leu  Tyr Asn Leu Tyr Pro  Gly Val Phe Glu Thr  Val Glu Met
        1100                1105                1110

Leu Pro  Ser Lys Ala Gly Ile  Trp Arg Val Glu Cys  Leu Ile Gly
        1115                1120                1125

Glu His  Leu His Ala Gly Met  Ser Thr Leu Phe Leu  Val Tyr Ser
        1130                1135                1140

Asn Lys  Cys Gln Thr Pro Leu  Gly Met Ala Ser Gly  His Ile Arg
        1145                1150                1155

Asp Phe  Gln Ile Thr Ala Ser  Gly Gln Tyr Gly Gln  Trp Ala Pro
        1160                1165                1170

Lys Leu  Ala Arg Leu His Tyr  Ser Gly Ser Ile Asn  Ala Trp Ser
        1175                1180                1185

Thr Lys  Glu Pro Phe Ser Trp  Ile Lys Val Asp Leu  Leu Ala Pro
        1190                1195                1200

Met Ile  Ile His Gly Ile Lys  Thr Gln Gly Ala Arg  Gln Lys Phe
        1205                1210                1215

Ser Ser  Leu Tyr Ile Ser Gln  Phe Ile Ile Met Tyr  Ser Leu Asp
        1220                1225                1230

Gly Lys  Lys Trp Gln Thr Tyr  Arg Gly Asn Ser Thr  Gly Thr Leu
        1235                1240                1245

Met Val  Phe Phe Gly Asn Val  Asp Ser Ser Gly Ile  Lys His Asn
        1250                1255                1260

Ile Phe  Asn Pro Pro Ile Ile  Ala Arg Tyr Ile Arg  Leu His Pro
        1265                1270                1275

Thr His  Tyr Ser Ile Arg Ser  Thr Leu Arg Met Glu  Leu Met Gly
```

Copy provided by USPTO from the PIRS Image Database on 04/10/2017

BAXJIVI0176462

US 9,364,520 B2

39

40

-continued

```
        1280                1285                1290

Cys Asp  Leu Asn Ser Cys Ser  Met Pro Leu Gly Met  Glu Ser Lys
        1295                1300                1305

Ala Ile  Ser Asp Ala Gln Ile  Thr Ala Ser Ser Tyr  Phe Thr Asn
        1310                1315                1320

Met Phe  Ala Thr Trp Ser Pro  Ser Lys Ala Arg Leu  His Leu Gln
        1325                1330                1335

Gly Arg  Ser Asn Ala Trp Arg  Pro Gln Val Asn Asn  Pro Lys Glu
        1340                1345                1350

Trp Leu  Gln Val Asp Phe Gln  Lys Thr Met Lys Val  Thr Gly Val
        1355                1360                1365

Thr Thr  Gln Gly Val Lys Ser  Leu Leu Thr Ser Met  Tyr Val Lys
        1370                1375                1380

Glu Phe  Leu Ile Ser Ser Ser  Gln Asp Gly His Gln  Trp Thr Leu
        1385                1390                1395

Phe Phe  Gln Asn Gly Lys Val  Lys Val Phe Gln Gly  Asn Gln Asp
        1400                1405                1410

Ser Phe  Thr Pro Val Val Asn  Ser Leu Asp Pro Pro  Leu Leu Thr
        1415                1420                1425

Arg Tyr  Leu Arg Ile His Pro  Gln Ser Trp Val His  Gln Ile Ala
        1430                1435                1440

Leu Arg  Met Glu Val Leu Gly  Cys Glu Ala Gln Asp  Leu Tyr
        1445                1450                1455


<210> SEQ ID NO 4
<211> LENGTH: 2332
<212> TYPE: PRT
<213> ORGANISM: Homo Sapiens
<220> FEATURE:
<223> OTHER INFORMATION: Human factor VIII sequence

<400> SEQUENCE: 4

Ala Thr Arg Arg Tyr Tyr Leu Gly Ala Val Glu Leu Ser Trp Asp Tyr
1               5                   10                  15

Met Gln Ser Asp Leu Gly Glu Leu Pro Val Asp Ala Arg Phe Pro Pro
            20                  25                  30

Arg Val Pro Lys Ser Phe Pro Phe Asn Thr Ser Val Val Tyr Lys Lys
        35                  40                  45

Thr Leu Phe Val Glu Phe Thr Asp His Leu Phe Asn Ile Ala Lys Pro
    50                  55                  60

Arg Pro Pro Trp Met Gly Leu Leu Gly Pro Thr Ile Gln Ala Glu Val
65                  70                  75                  80

Tyr Asp Thr Val Val Ile Thr Leu Lys Asn Met Ala Ser His Pro Val
                85                  90                  95

Ser Leu His Ala Val Gly Val Ser Tyr Trp Lys Ala Ser Glu Gly Ala
            100                 105                 110

Glu Tyr Asp Asp Gln Thr Ser Gln Arg Glu Lys Glu Asp Asp Lys Val
        115                 120                 125

Phe Pro Gly Gly Ser His Thr Tyr Val Trp Gln Val Leu Lys Glu Asn
    130                 135                 140

Gly Pro Met Ala Ser Asp Pro Leu Cys Leu Thr Tyr Ser Tyr Leu Ser
145                 150                 155                 160

His Val Asp Leu Val Lys Asp Leu Asn Ser Gly Leu Ile Gly Ala Leu
                165                 170                 175

Leu Val Cys Arg Glu Gly Ser Leu Ala Lys Glu Lys Thr Gln Thr Leu
```

BAXJIVI0176463

US 9,364,520 B2

41                                                42

-continued

```
                    180              185              190
His Lys Phe Ile Leu Leu Phe Ala Val Phe Asp Glu Lys Ser Trp
        195              200              205
His Ser Glu Thr Lys Asn Ser Leu Met Gln Asp Arg Asp Ala Ala Ser
    210              215              220
Ala Arg Ala Trp Pro Lys Met His Thr Val Asn Gly Tyr Val Asn Arg
225              230              235              240
Ser Leu Pro Gly Leu Ile Gly Cys His Arg Lys Ser Val Tyr Trp His
        245              250              255
Val Ile Gly Met Gly Thr Thr Pro Glu Val His Ser Ile Phe Leu Glu
        260              265              270
Gly His Thr Phe Leu Val Arg Asn His Arg Gln Ala Ser Leu Glu Ile
        275              280              285
Ser Pro Ile Thr Phe Leu Thr Ala Gln Thr Leu Leu Met Asp Leu Gly
290              295              300
Gln Phe Leu Leu Phe Cys His Ile Ser Ser His Gln His Asp Gly Met
305              310              315              320
Glu Ala Tyr Val Lys Val Asp Ser Cys Pro Glu Glu Pro Gln Leu Arg
            325              330              335
Met Lys Asn Asn Glu Glu Ala Glu Asp Tyr Asp Asp Asp Leu Thr Asp
        340              345              350
Ser Glu Met Asp Val Val Arg Phe Asp Asp Asp Asn Ser Pro Ser Phe
        355              360              365
Ile Gln Ile Arg Ser Val Ala Lys Lys His Pro Lys Thr Trp Val His
370              375              380
Tyr Ile Ala Ala Glu Glu Glu Asp Trp Asp Tyr Ala Pro Leu Val Leu
385              390              395              400
Ala Pro Asp Asp Arg Ser Tyr Lys Ser Gln Tyr Leu Asn Asn Gly Pro
            405              410              415
Gln Arg Ile Gly Arg Lys Tyr Lys Lys Val Arg Phe Met Ala Tyr Thr
        420              425              430
Asp Glu Thr Phe Lys Thr Arg Glu Ala Ile Gln His Glu Ser Gly Ile
        435              440              445
Leu Gly Pro Leu Leu Tyr Gly Glu Val Gly Asp Thr Leu Leu Ile Ile
450              455              460
Phe Lys Asn Gln Ala Ser Arg Pro Tyr Asn Ile Tyr Pro His Gly Ile
465              470              475              480
Thr Asp Val Arg Pro Leu Tyr Ser Arg Arg Leu Pro Lys Gly Val Lys
            485              490              495
His Leu Lys Asp Phe Pro Ile Leu Pro Gly Glu Ile Phe Lys Tyr Lys
        500              505              510
Trp Thr Val Thr Val Glu Asp Gly Pro Thr Lys Ser Asp Pro Arg Cys
        515              520              525
Leu Thr Arg Tyr Tyr Ser Ser Phe Val Asn Met Glu Arg Asp Leu Ala
530              535              540
Ser Gly Leu Ile Gly Pro Leu Leu Ile Cys Tyr Lys Glu Ser Val Asp
545              550              555              560
Gln Arg Gly Asn Gln Ile Met Ser Asp Lys Arg Asn Val Ile Leu Phe
            565              570              575
Ser Val Phe Asp Glu Asn Arg Ser Trp Tyr Leu Thr Glu Asn Ile Gln
        580              585              590
Arg Phe Leu Pro Asn Pro Ala Gly Val Gln Leu Glu Asp Pro Glu Phe
        595              600              605
```

BAXJIVI0176464

US 9,364,520 B2

43

44

-continued

```
Gln Ala Ser Asn Ile Met His Ser Ile Asn Gly Tyr Val Phe Asp Ser
610                 615                 620

Leu Gln Leu Ser Val Cys Leu His Glu Val Ala Tyr Trp Tyr Ile Leu
625                 630                 635                 640

Ser Ile Gly Ala Gln Thr Asp Phe Leu Ser Val Phe Phe Ser Gly Tyr
                645                 650                 655

Thr Phe Lys His Lys Met Val Tyr Glu Asp Thr Leu Thr Leu Phe Pro
            660                 665                 670

Phe Ser Gly Glu Thr Val Phe Met Ser Met Glu Asn Pro Gly Leu Trp
        675                 680                 685

Ile Leu Gly Cys His Asn Ser Asp Phe Arg Asn Arg Gly Met Thr Ala
    690                 695                 700

Leu Leu Lys Val Ser Ser Cys Asp Lys Asn Thr Gly Asp Tyr Tyr Glu
705                 710                 715                 720

Asp Ser Tyr Glu Asp Ile Ser Ala Tyr Leu Leu Ser Lys Asn Asn Ala
                725                 730                 735

Ile Glu Pro Arg Ser Phe Ser Gln Asn Ser Arg His Pro Ser Thr Arg
            740                 745                 750

Gln Lys Gln Phe Asn Ala Thr Thr Ile Pro Glu Asn Asp Ile Glu Lys
        755                 760                 765

Thr Asp Pro Trp Phe Ala His Arg Thr Pro Met Pro Lys Ile Gln Asn
    770                 775                 780

Val Ser Ser Ser Asp Leu Leu Met Leu Leu Arg Gln Ser Pro Thr Pro
785                 790                 795                 800

His Gly Leu Ser Leu Ser Asp Leu Gln Glu Ala Lys Tyr Glu Thr Phe
                805                 810                 815

Ser Asp Asp Pro Ser Pro Gly Ala Ile Asp Ser Asn Asn Ser Leu Ser
            820                 825                 830

Glu Met Thr His Phe Arg Pro Gln Leu His His Ser Gly Asp Met Val
        835                 840                 845

Phe Thr Pro Glu Ser Gly Leu Gln Leu Arg Leu Asn Glu Lys Leu Gly
    850                 855                 860

Thr Thr Ala Ala Thr Glu Leu Lys Lys Leu Asp Phe Lys Val Ser Ser
865                 870                 875                 880

Thr Ser Asn Asn Leu Ile Ser Thr Ile Pro Ser Asp Asn Leu Ala Ala
                885                 890                 895

Gly Thr Asp Asn Thr Ser Ser Leu Gly Pro Pro Ser Met Pro Val His
            900                 905                 910

Tyr Asp Ser Gln Leu Asp Thr Thr Leu Phe Gly Lys Lys Ser Ser Pro
        915                 920                 925

Leu Thr Glu Ser Gly Gly Pro Leu Ser Leu Ser Glu Glu Asn Asn Asp
    930                 935                 940

Ser Lys Leu Leu Glu Ser Gly Leu Met Asn Ser Gln Glu Ser Ser Trp
945                 950                 955                 960

Gly Lys Asn Val Ser Ser Thr Glu Ser Gly Arg Leu Phe Lys Gly Lys
                965                 970                 975

Arg Ala His Gly Pro Ala Leu Leu Thr Lys Asp Asn Ala Leu Phe Lys
            980                 985                 990

Val Ser Ile Ser Leu Leu Lys Thr Asn Lys Thr Ser Asn Asn Ser Ala
        995                 1000                1005

Thr Asn Arg Lys Thr His Ile Asp Gly Pro Ser Leu Leu Ile Glu
    1010                1015                1020
```

BAXJIVI0176465

US 9,364,520 B2

45        46

-continued

```
Asn Ser Pro Ser Val Trp Gln Asn Ile Leu Glu Ser Asp Thr Glu
1025                1030                1035

Phe Lys Lys Val Thr Pro Leu Ile His Asp Arg Met Leu Met Asp
1040                1045                1050

Lys Asn Ala Thr Ala Leu Arg Leu Asn His Met Ser Asn Lys Thr
1055                1060                1065

Thr Ser Ser Lys Asn Met Glu Met Val Gln Gln Lys Lys Glu Gly
1070                1075                1080

Pro Ile Pro Pro Asp Ala Gln Asn Pro Asp Met Ser Phe Phe Lys
1085                1090                1095

Met Leu Phe Leu Pro Glu Ser Ala Arg Trp Ile Gln Arg Thr His
1100                1105                1110

Gly Lys Asn Ser Leu Asn Ser Gly Gln Gly Pro Ser Pro Lys Gln
1115                1120                1125

Leu Val Ser Leu Gly Pro Glu Lys Ser Val Glu Gly Gln Asn Phe
1130                1135                1140

Leu Ser Glu Lys Asn Lys Val Val Val Gly Lys Gly Glu Phe Thr
1145                1150                1155

Lys Asp Val Gly Leu Lys Glu Met Val Phe Pro Ser Ser Arg Asn
1160                1165                1170

Leu Phe Leu Thr Asn Leu Asp Asn Leu His Glu Asn Asn Thr His
1175                1180                1185

Asn Gln Glu Lys Lys Ile Gln Glu Glu Ile Glu Lys Lys Glu Thr
1190                1195                1200

Leu Ile Gln Glu Asn Val Val Leu Pro Gln Ile His Thr Val Thr
1205                1210                1215

Gly Thr Lys Asn Phe Met Lys Asn Leu Phe Leu Leu Ser Thr Arg
1220                1225                1230

Gln Asn Val Glu Gly Ser Tyr Asp Gly Ala Tyr Ala Pro Val Leu
1235                1240                1245

Gln Asp Phe Arg Ser Leu Asn Asp Ser Thr Asn Arg Thr Lys Lys
1250                1255                1260

His Thr Ala His Phe Ser Lys Lys Gly Glu Glu Glu Asn Leu Glu
1265                1270                1275

Gly Leu Gly Asn Gln Thr Lys Gln Ile Val Glu Lys Tyr Ala Cys
1280                1285                1290

Thr Thr Arg Ile Ser Pro Asn Thr Ser Gln Gln Asn Phe Val Thr
1295                1300                1305

Gln Arg Ser Lys Arg Ala Leu Lys Gln Phe Arg Leu Pro Leu Glu
1310                1315                1320

Glu Thr Glu Leu Glu Lys Arg Ile Ile Val Asp Asp Thr Ser Thr
1325                1330                1335

Gln Trp Ser Lys Asn Met Lys His Leu Thr Pro Ser Thr Leu Thr
1340                1345                1350

Gln Ile Asp Tyr Asn Glu Lys Glu Lys Gly Ala Ile Thr Gln Ser
1355                1360                1365

Pro Leu Ser Asp Cys Leu Thr Arg Ser His Ser Ile Pro Gln Ala
1370                1375                1380

Asn Arg Ser Pro Leu Pro Ile Ala Lys Val Ser Ser Phe Pro Ser
1385                1390                1395

Ile Arg Pro Ile Tyr Leu Thr Arg Val Leu Phe Gln Asp Asn Ser
1400                1405                1410

Ser His Leu Pro Ala Ala Ser Tyr Arg Lys Lys Asp Ser Gly Val
```

Copy provided by USPTO from the PIRS Image Database on 04/10/2017

BAXJIVI0176466

US 9,364,520 B2

47

48

-continued

```
        1415            1420            1425
Gln Glu  Ser Ser His Phe Leu  Gln Gly Ala Lys Lys  Asn Asn Leu
        1430            1435            1440
Ser Leu  Ala Ile Leu Thr Leu  Glu Met Thr Gly Asp  Gln Arg Glu
        1445            1450            1455
Val Gly  Ser Leu Gly Thr Ser  Ala Thr Asn Ser Val  Thr Tyr Lys
        1460            1465            1470
Lys Val  Glu Asn Thr Val Leu  Pro Lys Pro Asp Leu  Pro Lys Thr
        1475            1480            1485
Ser Gly  Lys Val Glu Leu Leu  Pro Lys Val His Ile  Tyr Gln Lys
        1490            1495            1500
Asp Leu  Phe Pro Thr Glu Thr  Ser Asn Gly Ser Pro  Gly His Leu
        1505            1510            1515
Asp Leu  Val Glu Gly Ser Leu  Leu Gln Gly Thr Glu  Gly Ala Ile
        1520            1525            1530
Lys Trp  Asn Glu Ala Asn Arg  Pro Gly Lys Val Pro  Phe Leu Arg
        1535            1540            1545
Val Ala  Thr Glu Ser Ser Ala  Lys Thr Pro Ser Lys  Leu Leu Asp
        1550            1555            1560
Pro Leu  Ala Trp Asp Asn His  Tyr Gly Thr Gln Ile  Pro Lys Glu
        1565            1570            1575
Glu Trp  Lys Ser Gln Glu Lys  Ser Pro Glu Lys Thr  Ala Phe Lys
        1580            1585            1590
Lys Lys  Asp Thr Ile Leu Ser  Leu Asn Ala Cys Glu  Ser Asn His
        1595            1600            1605
Ala Ile  Ala Ala Ile Asn Glu  Gly Gln Asn Lys Pro  Glu Ile Glu
        1610            1615            1620
Val Thr  Trp Ala Lys Gln Gly  Arg Thr Glu Arg Leu  Cys Ser Gln
        1625            1630            1635
Asn Pro  Pro Val Leu Lys Arg  His Gln Arg Glu Ile  Thr Arg Thr
        1640            1645            1650
Thr Leu  Gln Ser Asp Gln Glu  Glu Ile Asp Tyr Asp  Asp Thr Ile
        1655            1660            1665
Ser Val  Glu Met Lys Lys Glu  Asp Phe Asp Ile Tyr  Asp Glu Asp
        1670            1675            1680
Glu Asn  Gln Ser Pro Arg Ser  Phe Gln Lys Lys Thr  Arg His Tyr
        1685            1690            1695
Phe Ile  Ala Ala Val Glu Arg  Leu Trp Asp Tyr Gly  Met Ser Ser
        1700            1705            1710
Ser Pro  His Val Leu Arg Asn  Arg Ala Gln Ser Gly  Ser Val Pro
        1715            1720            1725
Gln Phe  Lys Lys Val Val Phe  Gln Glu Phe Thr Asp  Gly Ser Phe
        1730            1735            1740
Thr Gln  Pro Leu Tyr Arg Gly  Glu Leu Asn Glu His  Leu Gly Leu
        1745            1750            1755
Leu Gly  Pro Tyr Ile Arg Ala  Glu Val Glu Asp Asn  Ile Met Val
        1760            1765            1770
Thr Phe  Arg Asn Gln Ala Ser  Arg Pro Tyr Ser Phe  Tyr Ser Ser
        1775            1780            1785
Leu Ile  Ser Tyr Glu Glu Asp  Gln Arg Gln Gly Ala  Glu Pro Arg
        1790            1795            1800
Lys Asn  Phe Val Lys Pro Asn  Glu Thr Lys Thr Tyr  Phe Trp Lys
        1805            1810            1815
```

Copy provided by USPTO from the PIRS Image Database on 04/10/2017

BAXJIVI0176467

US 9,364,520 B2

49

50

-continued

```
Val Gln His His Met Ala Pro Thr Lys Asp Glu Phe Asp Cys Lys
1820                1825                1830

Ala Trp Ala Tyr Phe Ser Asp Val Asp Leu Glu Lys Asp Val His
1835                1840                1845

Ser Gly Leu Ile Gly Pro Leu Leu Val Cys His Thr Asn Thr Leu
1850                1855                1860

Asn Pro Ala His Gly Arg Gln Val Thr Val Gln Glu Phe Ala Leu
1865                1870                1875

Phe Phe Thr Ile Phe Asp Glu Thr Lys Ser Trp Tyr Phe Thr Glu
1880                1885                1890

Asn Met Glu Arg Asn Cys Arg Ala Pro Cys Asn Ile Gln Met Glu
1895                1900                1905

Asp Pro Thr Phe Lys Glu Asn Tyr Arg Phe His Ala Ile Asn Gly
1910                1915                1920

Tyr Ile Met Asp Thr Leu Pro Gly Leu Val Met Ala Gln Asp Gln
1925                1930                1935

Arg Ile Arg Trp Tyr Leu Leu Ser Met Gly Ser Asn Glu Asn Ile
1940                1945                1950

His Ser Ile His Phe Ser Gly His Val Phe Thr Val Arg Lys Lys
1955                1960                1965

Glu Glu Tyr Lys Met Ala Leu Tyr Asn Leu Tyr Pro Gly Val Phe
1970                1975                1980

Glu Thr Val Glu Met Leu Pro Ser Lys Ala Gly Ile Trp Arg Val
1985                1990                1995

Glu Cys Leu Ile Gly Glu His Leu His Ala Gly Met Ser Thr Leu
2000                2005                2010

Phe Leu Val Tyr Ser Asn Lys Cys Gln Thr Pro Leu Gly Met Ala
2015                2020                2025

Ser Gly His Ile Arg Asp Phe Gln Ile Thr Ala Ser Gly Gln Tyr
2030                2035                2040

Gly Gln Trp Ala Pro Lys Leu Ala Arg Leu His Tyr Ser Gly Ser
2045                2050                2055

Ile Asn Ala Trp Ser Thr Lys Glu Pro Phe Ser Trp Ile Lys Val
2060                2065                2070

Asp Leu Leu Ala Pro Met Ile Ile His Gly Ile Lys Thr Gln Gly
2075                2080                2085

Ala Arg Gln Lys Phe Ser Ser Leu Tyr Ile Ser Gln Phe Ile Ile
2090                2095                2100

Met Tyr Ser Leu Asp Gly Lys Lys Trp Gln Thr Tyr Arg Gly Asn
2105                2110                2115

Ser Thr Gly Thr Leu Met Val Phe Phe Gly Asn Val Asp Ser Ser
2120                2125                2130

Gly Ile Lys His Asn Ile Phe Asn Pro Pro Ile Ile Ala Arg Tyr
2135                2140                2145

Ile Arg Leu His Pro Thr His Tyr Ser Ile Arg Ser Thr Leu Arg
2150                2155                2160

Met Glu Leu Met Gly Cys Asp Leu Asn Ser Cys Ser Met Pro Leu
2165                2170                2175

Gly Met Glu Ser Lys Ala Ile Ser Asp Ala Gln Ile Thr Ala Ser
2180                2185                2190

Ser Tyr Phe Thr Asn Met Phe Ala Thr Trp Ser Pro Ser Lys Ala
2195                2200                2205
```

Copy provided by USPTO from the PIRS Image Database on 04/10/2017

BAXJIVI0176468

US 9,364,520 B2

51      52

-continued

```
Arg Leu  His Leu Gln Gly Arg  Ser Asn Ala Trp Arg  Pro Gln Val
    2210               2215               2220

Asn Asn  Pro Lys Glu Trp Leu  Gln Val Asp Phe Gln  Lys Thr Met
    2225               2230               2235

Lys Val  Thr Gly Val Thr Thr  Gln Gly Val Lys Ser  Leu Leu Thr
    2240               2245               2250

Ser Met  Tyr Val Lys Glu Phe  Leu Ile Ser Ser Ser  Gln Asp Gly
    2255               2260               2265

His Gln  Trp Thr Leu Phe Phe  Gln Asn Gly Lys Val  Lys Val Phe
    2270               2275               2280

Gln Gly  Asn Gln Asp Ser Phe  Thr Pro Val Val Asn  Ser Leu Asp
    2285               2290               2295

Pro Pro  Leu Leu Thr Arg Tyr  Leu Arg Ile His Pro  Gln Ser Trp
    2300               2305               2310

Val His  Gln Ile Ala Leu Arg  Met Glu Val Leu Gly  Cys Glu Ala
    2315               2320               2325

Gln Asp  Leu Tyr
    2330


<210> SEQ ID NO 5
<211> LENGTH: 33
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Primer PEG1 used for Mutagenesis

<400> SEQUENCE: 5

gatgtccgtc ctttgtgtc aaggagatta cca                              33


<210> SEQ ID NO 6
<211> LENGTH: 34
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Primer PEG2 used for Mutagenesis

<400> SEQUENCE: 6

ttgtattcaa ggagatgccc aaaaggtgta aaac                            34


<210> SEQ ID NO 7
<211> LENGTH: 34
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Primer PEG3 used for Mutagenesis

<400> SEQUENCE: 7

ttaccaaaag gtgtatgcca tttgaaggat tttc                            34


<210> SEQ ID NO 8
<211> LENGTH: 33
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Primer PEG4 used for Mutagenesis

<400> SEQUENCE: 8

aaggattttc caatttgccc aggagaaata ttc                             33


<210> SEQ ID NO 9
<211> LENGTH: 34
<212> TYPE: DNA
```

Copy provided by USPTO from the PIRS Image Database on 04/10/2017

BAXJIVI0176469

US 9,364,520 B2

53

54

-continued

```
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Primer PEG 5 used for Mutagenesis

<400> SEQUENCE: 9

gattatattt aagaattgcg caagcagacc atat                       34


<210> SEQ ID NO 10
<211> LENGTH: 36
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Primer PEG6 used for Mutagenesis

<400> SEQUENCE: 10

tagaaaaaac tttgtctgcc ctaatgaaac caaaac                     36


<210> SEQ ID NO 11
<211> LENGTH: 33
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Primer PEG7 used for Mutagenesis

<400> SEQUENCE: 11

aactttgtca agccttgcga aaccaaaact tac                        33


<210> SEQ ID NO 12
<211> LENGTH: 34
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Primer PEG8 used for Mutagenesis

<400> SEQUENCE: 12

gtcaagccta atgaatgcaa aacttacttt tgga                       34


<210> SEQ ID NO 13
<211> LENGTH: 35
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: PEG9 Primer used for Mutagenesis

<400> SEQUENCE: 13

caagcctaat gaaacctgca cttacttttg gaaag                      35


<210> SEQ ID NO 14
<211> LENGTH: 36
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Primer PEG10 used for Mutagenesis

<400> SEQUENCE: 14

ctaatgaaac caaaacttgc ttttggaaag tgcaac                     36


<210> SEQ ID NO 15
<211> LENGTH: 33
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Primer PEG11 used for Mutagenesis

<400> SEQUENCE: 15

atttcttatg aggaatgcca gaggcaagga gca                        33
```

Copy provided by USPTO from the PIRS Image Database on 04/10/2017

BAXJIVI0176470

US 9,364,520 B2

55                                                                56

-continued

```
<210> SEQ ID NO 16
<211> LENGTH: 33
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Primer PEG12 used for Mutagenesis

<400> SEQUENCE: 16

tcttatgagg aagattgcag gcaaggagca gaa                                  33


<210> SEQ ID NO 17
<211> LENGTH: 36
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Primer PEG13 used for Mutagenesis

<400> SEQUENCE: 17

caaggagcag aaccttgcaa aaactttgtc aagcct                               36


<210> SEQ ID NO 18
<211> LENGTH: 33
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Primer PEG14 used for Mutagenesis

<400> SEQUENCE: 18

ggagcagaac ctagatgcaa ctttgtcaag cct                                  33


<210> SEQ ID NO 19
<211> LENGTH: 33
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Primer PEG15 used for Mutagenesis

<400> SEQUENCE: 19

cgctcagttg ccaagtgtca tcctaaaact tgg                                  33


<210> SEQ ID NO 20
<211> LENGTH: 33
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Primer PEG16 used for Mutagenesis

<400> SEQUENCE: 20

tcagttgcca agaagtgtcc taaaacttgg gta                                  33


<210> SEQ ID NO 21
<211> LENGTH: 33
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Primer PEG17 used for Mutagenesis

<400> SEQUENCE: 21

ctcctcatct gctactgcga atctgtagat caa                                  33


<210> SEQ ID NO 22
<211> LENGTH: 35
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
```

Copy provided by USPTO from the PIRS Image Database on 04/10/2017

BAXJIVI0176471

US 9,364,520 B2

| 57 | | 58 |
|---|---|---|

-continued

<223> OTHER INFORMATION: Primer PKG18 used for Mutagenesis

<400> SEQUENCE: 22

caaaatcttt tgcaatctgc acctcagtcg tgtac                               35


<210> SEQ ID NO 23
<211> LENGTH: 33
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Primer PKG19 used for Mutagenesis

<400> SEQUENCE: 23

gtcaatggtt atgtatgcag gtctctgcca ggt                                33


<210> SEQ ID NO 24
<211> LENGTH: 33
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Primer PKG20 used for Mutagenesis

<400> SEQUENCE: 24

cagacttatc gaggatgttc cactggaacc tta                                33


<210> SEQ ID NO 25
<211> LENGTH: 33
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Primer PKG21 used for Mutagenesis

<400> SEQUENCE: 25

atccaggctg aggtttgtga tacagtggtc att                                33


<210> SEQ ID NO 26
<211> LENGTH: 33
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Primer PKG22 used for Mutagenesis

<400> SEQUENCE: 26

gaagatgata aagtctgtcc tggtggaagc cat                                33


<210> SEQ ID NO 27
<211> LENGTH: 33
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Primer PKG23 used for Mutagenesis

<400> SEQUENCE: 27

cagcggattg gtaggtgtta caaaaaagtc cga                                33


<210> SEQ ID NO 28
<211> LENGTH: 33
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Primer PKG24 used for Mutagenesis

<400> SEQUENCE: 28

gaagatgggc caacttgttc agatcctcgg tgc                                33

Copy provided by USPTO from the PIRS Image Database on 04/10/2017

BAXJIVI0176472

US 9,364,520 B2

59                                                                                          60

-continued

```
<210> SEQ ID NO 29
<211> LENGTH: 33
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Primer PEG25 used for Mutagenesis

<400> SEQUENCE: 29

cagataacgt cagactgcag gaatgtcatc ctg                            33


<210> SEQ ID NO 30
<211> LENGTH: 33
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Primer PEG26 used for Mutagenesis

<400> SEQUENCE: 30

cacactaaca cactgtgtcc tgctcatggg aga                           33


<210> SEQ ID NO 31
<211> LENGTH: 33
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Primer PEG27 used for Mutagenesis

<400> SEQUENCE: 31

cagatggaag atccctgctt taaagagaat tat                           33


<210> SEQ ID NO 32
<211> LENGTH: 33
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Primer PEG28 used for Mutagenesis

<400> SEQUENCE: 32

acccagggtg cccgttgcaa gttctccagc ctc                           33


<210> SEQ ID NO 33
<211> LENGTH: 33
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Primer PEG29 used for Mutagenesis

<400> SEQUENCE: 33

aaagtaaagg ttttttgcgg aaatcaagac tcc                           33


<210> SEQ ID NO 34
<211> LENGTH: 33
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Primer PEG30 used for Mutagenesis

<400> SEQUENCE: 34

ttgcagttgt cagttgcttt gcatgaggtg gca                           33


<210> SEQ ID NO 35
<211> LENGTH: 33
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Primer PEG31 used for Mutagenesis
```

Copy provided by USPTO from the PIRS Image Database on 04/10/2017

BAXJIVI0176473

US 9,364,520 B2

61            62

-continued

```
<400> SEQUENCE: 35

aatatggaaa gaaacgctag ggctccctgc aat                                  33
```

We claim:

1. An isolated polypeptide conjugate comprising a functional factor VIII polypeptide and one or more biocompatible polymers, wherein the functional factor VIII polypeptide comprises the amino acid sequence of SEQ ID NO: 4 or an allelic variant thereof and has a B-domain, and further wherein the biocompatible polymer comprises polyalkylene oxide and is covalently attached to the functional factor VIII polypeptide at the B-domain.

2. The isolated polypeptide conjugate of claim 1, wherein the biocompatible polymer comprises polyethylene glycol.

3. The isolated polypeptide conjugate of claim 2, wherein the polyethylene glycol comprises methoxypolyethylene glycol.

4. The isolated polypeptide conjugate of claim 3, wherein the methoxypolyethylene glycol has a size range of from 3 kD to 100 kD.

5. The isolated polypeptide conjugate of claim 3, wherein the methoxypolyethylene glycol has a size range of from 5 kD to 64 kD.

6. The isolated polypeptide conjugate of claim 3, wherein the methoxypolyethylene glycol has a size range of from 5 kD to 43 kD.

7. The isolated polypeptide conjugate of claim 2, wherein the polyethylene glycol has a size of 5, 12, 22, 30, or 43 kD.

8. A pharmaceutical composition comprising a therapeutically effective amount of the isolated polypeptide conjugate of claim 1 and a pharmaceutically acceptable adjuvant.

9. A pharmaceutical composition comprising (1) a therapeutically effective amount of a monopegylated polypeptide conjugate, wherein the monopegylated polypeptide conjugate comprises a functional factor VIII polypeptide and one polyethylene glycol polymer, the functional factor VIII polypeptide comprises the amino acid sequence of SEQ ID NO: 4 or an allelic variant thereof and has a B-domain, and the polyethylene glycol is covalently attached to the functional factor VIII polypeptide at the B-domain; and (2) a pharmaceutically acceptable adjuvant.

\* \* \* \* \*

Copy provided by USPTO from the PIRS Image Database on 04/10/2017

BAXJIVI0176474



BAXJIVI0176475

**EXHIBIT 34**

THROMBOSIS AND HEMOSTASIS

# Rational design of a fully active, long-acting PEGylated factor VIII for hemophilia A treatment

Baisong Mei,[1] Clark Pan,[1] Haiyan Jiang,[2] Hendri Tjandra,[2] Jonathan Strauss,[1] Yaoqi Chen,[2] Tongyao Liu,[2] Xin Zhang,[2] Joanne Severs,[1] Jim Newgren,[2] Jianmin Chen,[1] Jian-Ming Gu,[3] Babu Subramanyam,[3] Michael A. Fournel,[3] Glenn F. Pierce,[2] and John E. Murphy[3]

[1]Global Biological Development, Bayer HealthCare LLC, Berkeley, CA; and [2]Applied Research and [3]Biologics Research, Bayer HealthCare LLC, Richmond, CA

A long-acting factor VIII (FVIII) as a replacement therapy for hemophilia A would significantly improve treatment options for patients with hemophilia A. To develop a FVIII with an extended circulating half-life, but without a reduction in activity, we have engineered 23 FVIII variants with introduced surface-exposed cysteines to which a polyethylene glycol (PEG) polymer was specifically conjugated. Screening of variant expression level, PEGylation yield, and functional assay identified several conjugates retaining in vitro coagulation activity and von Willebrand factor (VWF) binding. PEGylated FVIII variants exhibited improved pharmacokinetics in hemophilic mice and rabbits. In addition, pharmacokinetic studies in VWF knockout mice indicated that larger molecular weight PEG may substitute for VWF in protecting PEGylated FVIII from clearance in vivo. In bleeding models of hemophilic mice, PEGylated FVIII not only exhibited prolonged efficacy that is consistent with the improved pharmacokinetics but also showed efficacy in stopping acute bleeds comparable with that of unmodified rFVIII. In summary site-specifically PEGylated FVIII has the potential to be a long-acting prophylactic treatment while being fully efficacious for on-demand treatment for patients with hemophilia A. (*Blood*. 2010;116(2):270-279)

## Introduction

Hemophilia A is caused by deficiencies in coagulation factor VIII (FVIII) and is the most common hereditary coagulation disorder, with an estimated incidence of 1 per 5000 males. FVIII circulates as a heterodimer composed of a heavy chain of approximately 200 kDa and a light chain of 80 kDa. The heavy chain contains the structurally related A1 and A2 domains, as well as a unique B domain, and the light chain comprises the A3, C1, and C2 domains[1] (Figure 1A). The current treatment for hemophilia A involves intravenous injection of recombinant or plasma-derived human FVIII. Injections of FVIII are either given on demand in response to a bleeding event or as a prophylactic therapy that is administered 2 to 4 times a week. Although numerous studies have shown that prophylactic therapy decreases the complications of hemophilia A, the need for frequent intravenous injections creates barriers to patient compliance and affects patient quality of life.[2]

The requirement for frequent injections is primarily due to the short circulating FVIII half-life of 12 to 14 hours in patients.[3,4] FVIII clearance from circulation has been partly attributed to specific binding to the low-density lipoprotein receptor-related protein (LRP1), a hepatic clearance receptor with broad ligand specificity.[5-7] The low-density lipoprotein receptor was also shown to play a role in FVIII clearance, potentially by cooperating with LRP1.[8] Both interactions are facilitated by binding to cell-surface heparan sulfate proteoglycans (HSPGs). FVIII plasma half-life in mice can be prolonged when LRP1 or both LRP1 and HSPGs are blocked.[9] LRP1 binding sites on FVIII have been localized to residues 484 to 509 in A2,[6] residues 1811 to 1818 in A3,[7] and an epitope in the C2 domain.[5] The asialoglycoprotein receptor, which is abundantly expressed in the liver, could also be involved in the

catabolism of FVIII, and the binding to asialoglycoprotein receptor is primarily mediated by the B domain of FVIII.[10] In addition, the stability of FVIII in circulation relies on its interaction with von Willebrand factor (VWF). The half-life of FVIII is reduced to less than 3 hours in patients with type 3 von Willebrand disease (VWD).[11] Studies in animal models indicate that the decreased FVIII half-life seen in VWD can be partially compensated by blockade of the LRP1 receptor[12]; thus, prolongation of FVIII half-life by VWF may be partially due to preventing the interaction with LRP1. VWF has also been shown to protect FVIII from proteolysis.[13]

PEGylation has been shown to increase the half-life and reduce immunogenicity of protein therapeutics. Regulatory approval has been granted for 8 PEGylated proteins.[14,15] PEGylation is the covalent attachment of long-chained chemically activated polyethylene glycol (PEG) molecules to proteins. The most common method used for PEGylation is the attachment of the PEG moiety to lysine residues or N-terminal amines that are present in the native protein, but this often leads to a loss of potency because of steric interference of the binding interaction between the protein and its target.[16] This strategy is even more problematic for FVIII because it is required to interact with multiple partners such as VWF, coagulation factor X (FX), and activated factor IX (FIXa) for full activity. Reagents targeting conjugation to amine groups can randomly react to ε-amine group of lysines, α-amine group of N-terminal amino acids, and δ-amine group of histidines.[17] Full-length FVIII has 158 lysines, 2 N-termini, and 75 histidines. Thus, not controlling the site of PEGylation on FVIII when using the amine chemistry has led to loss of coagulation activity and

Submitted November 17, 2009; accepted February 4, 2010. Prepublished online as *Blood* First Edition paper, March 1, 2010; DOI 10.1182/blood-2009-11-254755.

An Inside *Blood* analysis of this article appears at the front of this issue.

The publication costs of this article were defrayed in part by page charge payment. Therefore, and solely to indicate this fact, this article is hereby marked "advertisement" in accordance with 18 USC section 1734.

© 2010 by The American Society of Hematology

BAXJIVI0317275

impairment of binding to VWF.[18] An additional drawback of random PEGylation is the Gaussian distribution of multi-PEGylated, mono-PEGylated, and un-PEGylated FVIII. The heterogeneity in product profile would significantly complicate the reliable synthesis of the therapeutic protein required for consistent effectiveness.

With site-directed PEGylation, however, the PEG is targeted only to the designated site(s). The potential loss of activity could probably be avoided or minimized because PEGylation occurs in a controlled manner, and a homogeneous product is possible. With only a single site for attachment, PEGylation can be saturated to maximize yield. An option for site-specific PEGylation is cysteine-specific conjugation with PEG-maleimide. FVIII has 4 cysteines in the B domain and 19 cysteines in the other domains. Of the 19 cysteines in B domain–deleted (BDD) FVIII, 16 form disulfides and the other 3 are free cysteines. The structural model of BDD-FVIII suggests that all 3 free cysteines are buried[19-22] and would not be accessible for reaction with a PEG polymer.

By introducing cysteine mutations on the surface of BDD-FVIII through site-directed mutagenesis, we have successfully achieved site-specific PEGylation of BDD-FVIII. In the current study, different molecular weight PEGs have been conjugated to sites spanning all 5 domains (A1, A2, A3, C1, and C2) of BDD-FVIII. The PEGylated FVIII variants have been analyzed to determine the efficiency and specificity of the PEGylation reaction and to examine the effects of PEGylation on FVIII activity. Finally, the circulating half-lives of PEGylated FVIII variants have also been evaluated in a number of animal species.

## Methods

### Site-directed mutagenesis of FVIII

To generate substrates for site-directed PEGylation of FVIII, a cysteine codon was introduced into the BDD-FVIII SQN[23] (GeneBank accession, NM_000132.31; protein sequence ABV90867) at the desired site using Quick-Change II site-directed mutagenesis kit (Stratagene). The amino acid numbering of the introduced cysteine is based on the numbering of mature full-length FVIII amino acid sequence. After mutagenesis, appropriate fragments, containing the sequence verified mutation, were transferred into the FVIII backbone in the mammalian expression vector described previously.[24]

### Expression of FVIII Cys variants

The FVIII variants were transfected into HKB11 cells (ATCC CRL-12568)[25] with 293 Fectin Transfection Reagent (Invitrogen). To establish stable cell lines, at 3 days after transfection, the transfected cells were placed under selection with 50 μg/mL Hyg B in a growth medium supplemented with 5% fetal bovine serum. The Hyg B–resistant colonies were screened for FVIII expression by Coatest (Chromogenix). The FVIII-expressing stable cells were then adapted to a serum-free medium for large-scale expression.

### Small-scale screening for PEGylation efficiency

Supernatant (5-20 mL) from HKB11 cells at 3 days after transfection was concentrated with the use of an Amicon-centra Ultra device MWCO 30K. The proteins were incubated with approximately 30 μL of anti-FVIII antibody C7F7 immobilized on resin overnight at 4°C, washed, eluted, dialyzed, and reduced with Tris-(2-carboxyethyl)-phosphine (TCEP). After removing the reductant, the eluted FVIII variants were conjugated with 5 kDa of PEG-maleimide (NOF America Corporation). The PEG-conjugated FVIII variants were analyzed along with un-PEGylated FVIII

variants by Western blotting, and the conjugation efficiency was estimated according to the shift of conjugated FVIII.

### Purification and PEGylation of FVIII Cys muteins

Cell culture supernatant containing the FVIII variant was concentrated by ultrafiltration and then applied to an immunoaffinity column conjugated with an anti–light chain antibody, C7F7. FVIII eluates were further purified by ion-exchange column chromatography. The purified FVIII Cys variants were reduced with TCEP and then incubated with PEG of sizes ranging from 5 to 60 kDa (NOF America Corporation) for conjugation at 4°C overnight. PEGylated FVIII was separated from un-PEGylated FVIII on a cation exchange column (GE HealthCare).

### SDS-PAGE and immunoblotting analyses of FVIII Cys variants

FVIII was separated by sodium dodecyl sulfate–polyacrylamide gel electrophoresis (SDS-PAGE) and stained with Coomassie Blue for protein or barium iodide for PEG. For immunoblotting, FVIII samples separated by SDS-PAGE were blotted onto nitrocellulose membranes. The membranes were blocked with 5% milk before incubation with primary anti-FVIII antibodies (GMA3 for FVIII light chain and R8B12 for FVIII heavy chain, both from Green Mountain Antibodies) and then incubated with secondary antibodies and processed with Pico Kits (Pierce Biotechnology).

### Measurement of FVIII activity

FVIII activity was measured by a 2-stage chromogenic assay with the use of Coatest (Chromogenix). The FVIII reference standards were calibrated against the World Health Organization seventh FVIII International Standard. One-stage activated partial thromboplastin time assays were performed with the use of kits from Trinity Bioscience (Amax/Alexon). For FVIII activity in the presence of monoclonal antibodies (mAbs) against FVIII (R8B12, mAb 413 [a kind gift from Dr Evgueni L. Saenko's laboratory, University of Maryland, Baltimore] and ESH4 [American Diagnostica]), FVIII (at 0.003 IU/mL) was incubated with the antibodies (diluted as indicated) at 37°C before being analyzed by Coatest. For Coatest analysis of pharmacokinetic (PK) samples, rFVIII and PEG-FVIII variants in VWF knock-out (KO) mouse and rabbit plasma were first captured with a mAb R8B12.

### MALDI-MS analysis

The FVIII Cys variants, before and after PEGylation, were digested with thrombin (Sigma-Aldrich) and analyzed by matrix-assisted laser desorption/ionization mass spectrometry (MALDI-MS). The Voyager DE MALDI mass spectrometer (Applied Biosystems) was run in positive, linear mode, scanning 20 to 150 kDa. A laser power of approximately 2300 kV was applied, to minimize cleavage of the linked PEG. Samples were calibrated against bovine serum albumin.

### Real-time biospecific interaction analysis of the binding of FVIII to VWF

VWF-FVIII binding constants were determined with the use of surface plasmon resonance (Biacore 3000) by flowing the samples over a VWF immobilized chip. Approximately 250 resonance units (RU) of VWF (Haemtech) was immobilized on sensor chip CM5 by an amine-coupling method. Full-length rFVIII, BDD-FVIII, and PEG-FVIII variants were tested on the VWF-immobilized chip at 5 different protein concentrations from 0.45 to 16nM. A280 total protein values were used for BDD-FVIII and PEG-FVIII variants, based on molecular extinction coefficient. The reference subtracted binding curves were double referenced by subtracting the blank buffer curve. All of the binding curves of each sample were fit into 1:1 Langmuir binding model to determine simultaneous $k_{on}$ and $k_{off}$ for the VWF-FVIII interaction and analyzed by Biacore Control software Version 4.1.

### Animals

FVIII KO (exon 16 KO; The Jackson Laboratory B6;129S4-*F8[tm1Kaz]*/J) hemophilia A (HemA) mice[26] were obtained from Haig Kazazian at the

BAXJIVI0317276

BLOOD, 15 JULY 2010 · VOLUME 116, NUMBER 2

University of Pennsylvania. VWF KO mice, B6.129S2-$VWF^{tm1Wgr}/J27$ were obtained from Denisa Wagner at Harvard Medical School. New Zealand white rabbits were purchased from Western Oregon Rabbit Company. All study protocols were approved by the Bayer Healthcare Institutional Animal Care and Use Committee and were conducted in accordance with the US Department of Agriculture Animal Welfare Act and the Guide for the Care and Use of Laboratory Animals.

## Pharmacokinetics

HemA mice or VWF KO mice were dosed with 100 to 250 IU/kg BDD-FVIII or PEG-FVIII variants through the tail vein. At each specified time point, 5 mice from each treatment group were humanely sacrificed by $CO_2$, followed immediately by blood collection from the vena cava. New Zealand White rabbits were administered 100 IU/kg full-length rFVIII (Kogenate FS; Bayer) or PEG-FVIII variants through the lateral ear vein. After dosing, blood samples were collected serially through the medial artery into collection tubes containing 3.8% sodium citrate at predesignated time points. FVIII activities in HemA mouse plasma were determined by Coatest. FVIII activity in VWF KO mouse plasma and rabbit plasma were measured by Coatest after a human FVIII-specific mAb R8B12 capture. The plasma FVIII activity versus time was plotted and fitted by a noncompartmental model and linear trapezoidal (Linear/Log Interpolation) method in WinNonLin 5.0.1 (Pharsight) to derive major PK parameters.

## Bleeding models in HemA mice

For tail clip studies, HemA mice were anesthetized with isoflurane, and the tails were prewarmed at 37°C in 0.9% saline for 10 minutes. Animals were then injected with 100 μL/mouse full-length rFVIII (Kogenate FS; Bayer) or PEG-FVIII variants through the right jugular vein. Five minutes later, the tail was cut at 4 mm from the tip and immediately placed into a new tube containing 10 mL of saline (prewarmed at 37°C). The blood collected over 40 minutes was quantified by weighing tubes before and after the blood collection. The tail vein transection studies were performed as described previously,[28] except that HemA mice were dosed with full-length rFVIII or PEG-FVIII variants by tail vein injection at 24 to 48 hours before the transection of 1 lateral tail vein.

## Statistical analyses

Mann-Whitney test, Kruskal-Wallis test with Dunn post test, F test, survival curves, and log-rank test were performed with GraphPad Prism 5 (Graph-Pad Software Inc). A 2-tailed $P$ value less than .05 was considered statistically significant.

## Results

### Rationale for site selection

All of the cysteines in BDD-FVIII are either involved in disulfide linkages or buried within the interior of the molecule[19-22]; thus, they are inaccessible to modification by a large PEG polymer. This opens up the possibility of site-specific PEGylation of FVIII through the introduction of cysteines onto the surface of FVIII. On the basis of the structure of FVIII, single cysteine point mutations were made in the A2 and A3 domains at reported LRP1 binding sites on FVIII (Table 1; Figure 1B). In an attempt to systematically cover the surface of FVIII, numerous other cysteine mutations, spaced by 2 to 3 nm, were introduced into FVIII. Finally, based on improved PK of single mutants, FVIII variants with double cysteine mutations were also constructed. The positions of a subset of representative cysteine mutations on the 3-dimensional model of FVIII[21,22] are shown in Figure 1B.

**Table 1. Small scale screening of FVIII cysteine variants for PEGylation**

| Cys mutation | | Transient expression, IU/mL | PEGylation efficiency* | |
|---|---|---|---|---|
| Position | Domain | | H-PEG | L-PEG |
| Y81C | A1 | 0.36 | ++ | − |
| F129C | A1 | 0.25 | ++ | − |
| K377C | A2 | 0.11 | +++ | − |
| H378C | A2 | 0.15 | +++ | − |
| K422C | A2 | 0.28 | − | − |
| Q468C | A2 | 0.69 | + | − |
| L491C | A2 | 0.60 | +++ | − |
| L504C | A2 | 0.38 | + | − |
| K556C | A2 | 0.09 | ++ | − |
| K570C | A2 | <0.05 | − | − |
| D1795C | A3 | 0.27 | − | + |
| Q1796C | A3 | 0.29 | − | + |
| R1803C | A3 | 0.11 | − | ++ |
| K1804C | A3 | 0.18 | − | +++ |
| K1808C | A3 | 0.54 | − | ++ |
| N1810C | A3 | 0.21 | − | ++ |
| T1812C | A3 | 0.18 | − | − |
| K1813C | A3 | 0.35 | − | − |
| N1864C | A3 | 0.15 | − | ++ |
| T1911C | A3 | 0.28 | − | +++ |
| N2118C | C1 | 0.13 | − | + |
| Q2091C | C1 | 0.20 | − | − |
| Q2284C | C1 | 0.17 | − | + |
| L491C/K1808C | A2/A3 | 0.11 | +++ | ++ |
| L491C/K1804C | A2/A3 | 0.13 | +++ | +++ |
| BDD FVIII | NA | 0.30 | − | − |

The activity of FVIII Cys variants transiently expressed in HKB11 cells was measured by a chromogenic assay.

H-PEG indicates heavy-chain PEGylation; and L-PEG, light-chain PEGylation.

*The FVIII variants were conjugated with 5-kDa PEG, and the PEGylation efficiency was estimated by comparing the intensity of the PEGylated band with unPEGylated band on a SDS-PAGE and Western blot. The +++ indicates approximately greater than 80% PEGylation yield, ++, approximately 30% to 70% yield; +, approximately 10% to 30% yield; −, approximately less than 10% yield.

### Activity and PEGylation efficiency of FVIII Cys variants

FVIII variants carrying the engineered cysteines (FVIII Cys variants) were produced by transfection of HKB11 cell line, and FVIII activity was detected in conditioned media by the chromogenic assay. Almost all of the FVIII variants exhibited FVIII activity, although the activity level varied depending on mutation sites (Table 1). FVIII Cys variants were purified by affinity chromatography with the use of immobilized antibody C7F7, which is specific for an epitope on the a3 domain of FVIII. A mild reduction protocol was developed to selectively remove the tissue culture medium–derived cysteine or other reductants capped on the introduced free cysteine, without irreversibly reducing the existing disulfide bonds. The mild TCEP reduction did not affect FVIII activity (data not shown). The reduced FVIII Cys variant was then conjugated with the PEG-maleimide reagent.

To rapidly screen a large number of FVIII Cys variants for PEGylation efficiency, a small-scale PEGylation process, based on affinity capture of FVIII from conditioned media, was developed with 5 kDa PEG. As shown in Table 1, the PEGylation efficiency is site dependent and varies, ranging from less than 10% (FVIII variants K422C, K570C, T1812C, and T1813C) to greater than 80% (FVIII variants K337C, H378C, L491C, K1804C, and T1911C).

BAXJIVI0317277

Case 1:17-cv-01316-RGA-SRF   Document 158-1   Filed 12/28/18   Page 233 of 241 PageID #: 26154

**Figure 1. Structure of BDD-FVIII and locations of cysteine mutations.** (A) The domain structure of full-length FVIII and BDD-FVIII. (B) The structure of BDD-FVIII as reported (Protein Data Bank ID, 3CDZ)[21] and the individual domains (A1, A2, A3, C1, and C2) are color coded. Positions for selected cysteine mutations and site-directed PEGylation (F129, L491, K1804, K1808, and Q2091) are highlighted. Positions in FVIII that interact with FIX, FX, LRP, HSPG are indicated.





After PEGylation, the PEGylated FVIII was separated from free PEG and un-PEGylated FVIII by cation exchange chromatography. PEG shields ionic charge on FVIII and results in the PEGylated molecule eluting at a lower salt concentration than the unPEGylated protein. The PEGylation efficiency in the small-scale screening (Table 1) was confirmed in the larger scale PEGylation and subsequent cation exchange chromatography. An elution profile of FVIII K1804C and K1808C conjugated to a 60-kDa PEG is shown in Figure 2. On the basis of the A280 profiles, it was estimated that FVIII K1804C was more efficiently PEGylated ($\sim$ 70%) than FVIII K1808C ($\sim$ 15%) despite the proximity of these 2 amino acids in the linear sequence.

### Site specificity in PEGylation of FVIII Cys variants

The conjugation of PEG is specific to the introduced Cys as exemplified by FVIII K1804C in the light chain (Figure 3). After the conjugation of FVIII K1804C with a 60-kDa PEG, the light chain was shifted from approximately 80 kDa to above 190 kDa apparent molecular weight on a Coomassie Blue–stained SDS-PAGE (Figure 3A lanes 1-2). Staining of PEG molecule with barium iodide confirmed that the up-shifted band was a PEGylated molecule (Figure 3A lanes 3-4). Similar analysis for other FVIII Cys muteins also confirmed that PEGylation was specifically targeted to the respective Cys-containing chain (data not shown).

To more accurately identify the site of PEGylation, purified PEG-FVIII was subjected to MALDI-MS analysis after thrombin digestion. MALDI-MS analysis of FVIII F129C before PEG conjugation detected A1 (46 kDa), A2 (43 kDa), and A3C1C2 (78 kDa) fragments at the predicted masses (Figure 3B). However, after conjugation of FVIII F129C with a 60-kDa PEG, the A2 and A3C1C2 fragments were still present, whereas the A1 fragment was no longer evident at 46 kDa, consistent with PEGylation in the A1 domain (Figure 3C). A new peak representing A1-PEG60 was not observed at the predicted 110-kDa position because the PEGylated molecule is less efficiently ionized during MS analysis (Figure 3C). Further characterization by peptide mapping and MS has confirmed that PEG was conjugated at F129C (J.S. et al, unpublished data, November 17, 2009).

### PEGylated FVIII is fully active in vitro

Most FVIII Cys variants, including L491C, K1804C, and K1808C, exhibited no effect on FVIII activity by the addition of PEG up to 60 kDa, although the PEGylation sites are in relative proximity to FIX or FX binding sites (Figure 1). The specific activity, as measured by the 2-stage chromogenic assay of these 60-kDa PEG-FVIII variants after cation exchange chromatography, was similar to that before PEGylation (Table 2). Full retention of

BAXJIVI0317278

BLOOD, 15 JULY 2010 · VOLUME 116, NUMBER 2





**Figure 2. PEGylation efficiency varies depending on the site of conjugation.** Chromatographic profile for PEGylated and un-PEGylated FVIII separated on a SP cation exchange column. FVIII K1804C (A) and FVIII K1808C (B) were conjugated with a 60-kDa PEG. CV indicates column volume.

activity was also seen when the 1-stage activated partial thromboplastin time assay was used; however, the activity was dependent on the activator used for the assay (L. Tang, manuscript in preparation). However, FVIII Q2091C showed 59% reduction in specific activity after conjugation with a 60-kDa PEG. The residue Q2091 is close to the phospholipid-binding surface, and PEGylation may impede phospholipid binding. In addition, the conjugation of FVIII F129C/K1804C with one 60-kDa PEG at each site also resulted in a 43% loss of FVIII activity.

**PEGylated FVIII retains affinity to VWF**

The capability of PEGylated FVIII variants to bind VWF was assessed with Biacore analysis. Among the 60-kDa PEG-FVIII variants tested, most showed a $K_d$ around 0.5nM (Table 3), which is comparable with the reported $K_d$ of 0.2 to 0.5nM for full-length rFVIII and BDD-FVIII.[29-32] Although the association rate of PEG-FVIII was decreased approximately 2- to 3-fold in comparison to rFVIII or BDD-FVIII, the dissociation rate was essentially unchanged. The maximum VWF binding capacity as represented by RU max also showed no significant difference between PEG-FVIII and rFVIII or BDD-FVIII, with RU values presented in Table 3 being within assay variation. The decrease in association rate was attributed to the PEGylation rather than the Cys mutation by additionally analyzing the non-PEGylated mutants (data not shown). The di-PEGylated FVIII L491C/K1804C appeared to behave similarly to other mono-PEGylated FVIII in VWF binding. However, the di-PEGylated FVIII F129C/K1804C showed a more significant decrease in binding of VWF.

**PEGylated FVIII remains active in the presence of monoclonal antibodies directed against the PEGylated epitope**

FVIII inhibitory antibodies most frequently target FVIII residues 484 to 508 of the A2 domain, residues 1778 to 1823 of the A3 domain, residues 2248 to 2312 and 2315 to 2330 of the C2 domains (see reviews of Ananyeva et al[33] and Shima[34]). Some of the cysteine mutations are located in these regions, and the addition of PEG may interfere with the binding by inhibitor antibodies. To test this hypothesis, we determined the activity of PEG-FVIII variants in the presence of FVIII inhibitory antibodies. Nonsaturating amounts of BDD-FVIII or 40-kDa PEG-L491C were incubated with increasing amounts of mAb 413, an antibody that binds to residues 484 to 508 and inhibits FVIIIa function.[35,36] The controls are a noninhibitory antibody, R8B12, which binds to the A2 domain (497-510 and 584-593),[37] and an inhibitory antibody, ESH4, which targets the C2 domain (2303-2332) and inhibits its binding to platelets.[38] By a chromogenic assay, BDD-FVIII and 40-kDa PEG L491C showed comparable activity in the presence of R8B12 (Figure 4). Both proteins were similarly inhibited by ESH4 antibody that targets epitope(s) outside of the PEGylation region (C2 vs A2 domain), whereas 40-kDa PEG L491C retained 40% to 60% more activity than BDD-FVIII in the presence of mAb 413 (Figure 4).

**PEGylated FVIII shows improved pharmacokinetics**

The PK of the PEGylated FVIII variants was evaluated in HemA mice and rabbits (Figure 5A-B). In HemA mice, most PEG-FVIII variants tested have greater than 90% recovery of FVIII activity in plasma 5 minutes after dosing, except for 30-kDa PEG-K1804C for which only 72% of the FVIII dose was recovered (Figure 5A). The terminal half-life ($t_{1/2}$) of FVIII is extended from 5.9 hours in BDD-FVIII to 9.8 hours in 30-kDa PEG-K1804C, 11.1 hours in 60-kDa PEG-F129C, and 13.6 hours in both 60-kDa diPEG-F129C/K1804C and 60-kDa diPEG-L491C/K1804C. These latter 2 FVIII molecules were conjugated with 60-kDa PEG molecules on each of their 2 mutation sites. The clearance is progressively reduced from 5.9 mL/h/kg (BDD-FVIII) to 5.0 mL/h/kg in 30-kDa PEG-K1804C, 3.8 mL/h/kg in 60-kDa PEG-F129C, and 2.5 to 2.8 mL/h/kg in 60-kDa diPEG-F129C/K1804C and 60-kDa diPEG-L491C/K1804C.

PEGylated FVIII variants also exhibited different degrees of PK improvement in rabbits, depending on PEGylation site. As shown (Figure 5B), 60-kDa PEG-K1804C and 60-kDa PEG-F129C resulted in a significant increase in $t_{1/2}$ to 12 (± 1.3) hours and 9.8 (± 0.5) hours, respectively, in comparison with 6.7 (± 0.5) hours for full-length rFVIII. The mean residence time of the PEG-K1804C (17.5 ± 1.3 hours) and PEG-F129C (12.9 ± 0.3 hours) was also significantly longer than that of rFVIII (8.3 ± 0.5 hours). However, di-PEGylation did not lead to a corresponding significant effect on half-life extension compared with single PEGylation. The $t_{1/2}$ of 60-kDa diPEG-L491C/K1804C (11.0 ± 0.4 hours) was similar to that of single PEGylated FVIII variants.

In addition, PEGylation significantly stabilizes FVIII in the absence of VWF, as shown in VWF KO mice. In contrast to BDD-FVIII, which cleared rapidly without the protection from VWF, resulting in a $t_{1/2}$ as short as 18 minutes, the $t_{1/2}$ of 60-kDa PEG-K1804C and 60-kDa diPEG-L491C/K1804C was 5.7 hours and 8.2 hours, respectively (Figure 5C). Thus, PEGylation restored the circulating $t_{1/2}$ of FVIII comparable with that in HemA mice, and the magnitude of increase in $t_{1/2}$ of PEG-FVIII also correlated to the increase in PEG mass.

BAXJIVI0317279

**Figure 3. Cysteine-directed PEGylation of FVIII is highly specific.** (A) FVIII K1804C before (lanes 1,3) and after (lanes 2,4) conjugation with a 60-kDa PEG was separated on SDS-PAGE and stained with Coomassie Blue for protein (lanes 1,2) or with barium iodide for PEG (lanes 3 and 4). (B) FVIII K1804C before (lanes 1,3) and after (lanes 2,4) conjugation with a 60-kDa PEG was digested with thrombin, separated on SDS-PAGE, and stained with Coomassie Blue for protein (lanes 1,2) or with barium iodide for PEG (lanes 3,4). (C-D) FVIII F129C before (C) and after (D) conjugation with a 60-kDa PEG was digested with thrombin and analyzed by MALDI-MS. Samples were spotted onto a MALDI target (0.3 µL) with the same volume of a MALDI matrix composed of sinapinic acid (Sigma-Aldrich) in 0.1% trifluoroacetic acid in water (70%) and acetonitrile (30%). HC indicates heavy chain; and LC, light chain.







## PEGylation preserves FVIII activity in treating acute tail bleeding in HemA mice

To determine whether PEGylated FVIII has comparable acute efficacy as rFVIII in vivo, tail clip–induced blood loss was determined in HemA

**Table 2. Specific activity of FVIII variants before and after conjugation with 60-kDa PEG**

| Sample ID | Domain(s) of PEGylation | Specific activity, IU/mg | |
| --- | --- | --- | --- |
| | | Before PEGylation | After PEGylation |
| BDD FVIII | N/A | 8855 | N/A |
| F129C | A1 | 10521 | 9863 |
| L491C | A2 | 9428 | 8804 |
| K1804C | A3 | 9357 | 9717 |
| K1808C | A3 | 9754 | 11560 |
| Q2091 | C1 | 10546 | 4343 |
| L491C/K1804C | A2+A3 | 8184 | 9499 |
| F129C/K1804C | A1+A3 | 10695 | 6085 |

The activity of non-PEGylated and PEGylated FVIII were measured by a chromogenic assay, and the protein concentration was determined by A280 absorbance based on extinction coefficient.

N/A indicates not applicable.

mice 5 minutes after treatment with escalating doses of full-length rFVIII, 60-kDa PEG-K1804C, and 60-kDa PEG-F129C (Figure 6A). Animals were considered protected if blood loss was 155 µL or less, which is the mean plus 3 SDs from a population of normal C57Bl/6 mice after the tail clip. From the dose-response curve in protection against blood loss (Figure 6B), the dose of each treatment that achieves protection from acute bleeding in 50% of treated animals ($ED_{50}$) was determined. The $ED_{50}$ for 60-kDa PEG-K1804C is 62 IU/kg, which is comparable with that of rFVIII (53 IU/kg), whereas the dose response curve for 60-kDa PEG-F129C with $ED_{50}$ of 87 IU/kg was significantly different from that of rFVIII ($P$ = .017, F test)

## PEGylation extends the prophylactic efficacy of FVIII in protection from venous bleeding in HemA mice

To determine whether extended PK of PEGylated FVIII results in a prolonged prophylactic efficacy in vivo, we used a tail vein transection model in HemA mice.[28] Mice were treated with 40 IU/kg full-length rFVIII, 60-kDa diPEG-F129C/K1804C, or 60-kDa diPEG-L491C/K1804C at 48 hours before the transection of 1 lateral tail vein, and moribundity was observed over 24 hours

**Table 3. BIAcore analysis of VWF binding of FVIII variants PEGylated with 60-kDa PEG**

| Sample | ka, 1/ms | kd, 1/s | Rmax, RU | $K_{d, nM}$ |
|---|---|---|---|---|
| Full-length FVIII | $3.01 \times 10^{-6}$ | $9.10 \times 10^{-4}$ | 42.2 | 0.30 |
| BDD-FVIII | $5.23 \times 10^{-6}$ | $8.22 \times 10^{-4}$ | 39.1 | 0.16 |
| K1804C | $1.57 \times 10^{-6}$ | $6.34 \times 10^{-4}$ | 32.8 | 0.4 |
| F129C | $1.48 \times 10^{-6}$ | $8.25 \times 10^{-4}$ | 27.7 | 0.56 |
| L491C/K1804C | $1.19 \times 10^{-6}$ | $6.84 \times 10^{-4}$ | 26.5 | 0.57 |
| F129C/K1804C | $7.99 \times 10^{-5}$ | $8.93 \times 10^{-4}$ | 23.2 | 1.12 |

Approximately 250 RU of vWF (Haemtech) was immobilized on either flow cell (Fc) 2 or 4 of Sensor chip CM5 at a 10 μg/mL protein concentration in 10mM sodium acetate, pH 5.5, buffer by an amine coupling method. Flow cell 1 or 3 was used as a reference cell and had been activated and deactivated by amine coupling reagents (EDC/NHS and Ethanolamine). Full-length FVIII, BDD-FVIII, and the PEG-FVIII muteins were tested on the VWF immobilized chip at 5 different protein concentrations with at least 2 concentrations run in duplicate (running buffer, 0.45-16nM in 50mM Tris, 150mM NaCl, 0.05% Surfactant P20, pH 7.2). All samples were allowed to associate with immobilized VWF for 5 minutes at 50 μL/minute flow rate and dissociate in running buffer for 3 minutes. The sensor chip was regenerated with 200mM $CaCl_2 \cdot 2H_2O$ in assay running buffer. The reference subtracted (Fc 2-1 or Fc 4-3) binding curves were double referenced by subtracting blank buffer curve.

after the injury (Figure 7). All FVIII treatment groups are significantly different from the excipient group ($P < .001$, log-rank test). Relative to the 60% survival in HemA mice treated with rFVIII, 60-kDa diPEG-F129C/K1804C and 60-kDa diPEG-L491C/K1804C conferred a significantly higher survival of 85% ($P = .048$) and 86% ($P = .03$), respectively. Similar analysis for other PEG-FVIII variants has identified that 60-kDa PEG-K1804C achieves prophylactic protection twice as long as the same dose of rFVIII (T.L., D. Lillicrap, X.Z., A. Labelle, S. Powell, Y.C., II.T., Z. Cui, B.M., J.E.M., G.F.P., H.J., manuscript submitted, August 20, 2009).

## Discussion

PEGylation is widely used for improving the PK profiles of therapeutic proteins. Several marketed drugs that have been in use for more than a decade have proven the applicability and safety of PEGylation.[39] PEG conjugation increases the circulation time of drugs by interfering with renal clearance by glomerular filtration, protecting against enzymatic digestion, blocking interaction with clearance receptors, and reducing the generation of neutralizing antibodies.[16]

Most of the PEGylated drugs on the market use a nonspecific PEGylation strategy, primarily targeting the amine groups on lysine and histidine residues and the N-terminus. PEGylation of FVIII



**Figure 4. PEGylated FVIII sustained more activity relative to BDD-FVIII in the presence of specific inhibitory monoclonal anti-FVIII antibodies.** Percentage of residual FVIII activity was determined by chromogenic assay in the presence versus absence of anti-FVIII antibodies. Unsaturated amount (0.003 IU/mL) of BDD-FVIII or 40-kDa PEG-L491C was incubated with increasing concentration of noninhibitory anti-FVIII mAb R8B12 specific for residues 497 to 510 and 584 to 593, or inhibitory mAb 413 against epitope at 484 to 509, or inhibitory anti-FVIII mAb ESH4 targeting C-terminus of FVIII (2303-2332). Results presented are means and ranges of duplicate experiments.

with a similar strategy has been shown to reduce coagulation activity and impair binding to VWF.[18] FVIII is a large molecule that requires interaction with multiple macromolecules and cells to maintain its function. Given these requirements, it is not surprising that nonspecific addition of a large polymer reduces functional activity. Several PEGylated drugs, such as PEGylated interferon α-2a and PEGylated growth hormone, have been shown to have attenuated activity in vitro because of steric interference of PEG on the binding of the therapeutic protein to its target. The loss of activity is compensated by the prolonged circulation time, which results in an increased exposure and overall improvement of the pharmacologic profile in vivo.[16] In the case of coagulation factors, efficacy is correlated with the level of activity of a given factor present in the blood at the time of injury, and an increased exposure does not compensate for loss of activity. Therefore, any modification that prolongs the half-life of FVIII must also maintain its full activity.

Site-directed PEGylation offers the opportunity to target conjugation of the PEG moiety and to potentially avoid the effect on biologic efficacy.[17,40,41] In this study, single cysteine residues were introduced on the surface of BDD-FVIII, and these residues were conjugated with maleimide PEG. Most of the engineered cysteine mutations had no effect on the in vitro coagulation activity of FVIII, although some of the cysteine mutations are at, or near, the binding sites of VWF, FIXa, and FX (Table 1; Figure 1B). The PEGylation has been shown to be highly site specific, occurring in the targeted domain (Table 1; Figure 3). PEGylation efficiency is also determined by the site of conjugation (Table 1), and a difference of a few amino acids, such as K1804C and K1808C, can significantly affect the PEGylation (Figure 2). The differential PEGylation efficiency at these 2 positions is consistent with the BDD structural model,[20-22] showing that K1808C, with an accessible surface area of 10.5 nm is less accessible than the K1804C site, which has an accessible surface area of 13.89 nm. Furthermore, the K1808C site is within 0.6 nm of a glycosylation site at asparagine 1810, whereas K1804C is predicted to be 1.8 nm from the glycosylation site; thus, PEGylation may be sterically blocked.

Although some PEGylated FVIII variants lost activity (data not shown), others preserved coagulation efficacy in vitro, suggesting that the PEGylation site is critical for retaining the activity. PEG conjugation at position 2091, which is near the phospholipid-binding interface in the C1 domain, resulted in a 2-fold decrease in specific activity. It appeared that the size of PEG did not affect the activity of PEG FVIII variants tested, and FVIII variants conjugated with a PEG up to 60 kDa still retained full specific activity (Table 2), including variants with conjugation sites near the FIX binding site (such as K1808C and K1804C; Figure 1B). A possible

BAXJIVI0317281



**Figure 5. Improved PK of PEGylated FVIII in mice and rabbits.** (A) HemA mice received 100 to 200 IU/kg BDD-FVIII, 30-kDa PEG-K1804C, 60-kDa PEG-F129C, 60-kDa diPEG-L491C/K1804C, or 60-kDa diPEG-F129C/K1804C. Citrated blood was collected at 5 minutes and 4, 8, 16, 24, 32, and 48 hours after tail vein injection. Plasma FVIII activities were measured by Coatest. Results presented are the percentage of recovery of FVIII activity in plasma after normalization with the input dose as mean $\pm$ SEM from 5 mice in each treatment group at each time point. (B) New Zealand white rabbits were dosed with 100 IU/kg full-length rFVIII, 60-kDa PEG-K1804C, 60-kDa PEG-F129C, or 60-kDa diPEG-L491C/K1804C. Citrated blood was collected at 5 minutes and 1, 4, 8, 16, 24, and 32 hours after injection. Plasma FVIII activities were determined by Coatest after R8B12 mAb capture. Results presented are mean $\pm$ SEM from 5 rabbits/treatment at each time point. (C) vWF KO mice were dosed with 250 IU/kg BDD-FVIII, 60-kDa PEG-K1804C, or 60-kDa diPEG-L491C/K1804C. Citrated blood was collected at 5, 15, and 30 minutes and 1, 2, 4, 6, and 8 hours from BDD-FVIII–treated mice or at 5 minutes and 4, 8, 16, 24, 32, and 48 hours from PEG-FVIII–treated mice. Plasma FVIII activities were determined by Coatest after R8B12 mAb capture. Results presented are mean $\pm$ SEM from 5 mice/treatment at each time point. The decay curves were fit with a noncompartmental model in WinNonLin.

explanation for this observation is that the main effect of PEGylation is steric hindrance, which leads to a modest reduction in association rate, and not a conformational change that significantly affects the interaction with other macromolecules.[15] Consistent with this explanation, variants in which PEG was conjugated near epitopes for inhibitory antibodies (such as L491C) displayed full activity, whereas antibody binding to the same region significantly diminished activity.

Interestingly, it appears that conjugation of a PEG molecule at these sites makes a FVIII variant more resistant to some inhibitory antibodies, as evidenced by studies with mAb (Figure 4) directed against PEGylated epitopes. This observation suggests a potential benefit of using PEGylated FVIII in patients with inhibitory antibodies, which remains to be verified clinically. However, it should be pointed out that this protection is specific to the binding site of the antibody and it is unlikely that a molecule can be designed with PEG attachments that would disrupt the large variety of inhibitors present in patients. Furthermore, the addition of a nonnative cysteine may also affect the immunogenicity profile of our variants.

PEGylation of a number of FVIII Cys variants, including those located on the light chain, did not significantly reduce vWF



**Figure 6. PEGylation preserves FVIII activity in treating acute bleeding by tail clip in HemA mice.** (A) Blood loss in HemA mice after tail clip at 5 minutes after treatment with 12, 40, 100, or 200 IU/kg full-length rFVIII, 60-kDa PEG-K1804C, or 60-kDa PEG-F129C (20 mice/dose/treatment). Bar represents the median blood loss. Dotted line represents the normal level of blood loss (155 μL; mean $+$ 3 SDs) found in C57Bl/6 mice. (B) Plots of dose response in percentage of protection for data shown in panel A. Mice with blood loss of 155 μL or less are considered protected. The $ED_{50}$ for rFVIII ($\bullet$), 60-kDa PEG-K1804C ($\blacktriangle$), and 60-kDa PEG-F129C ($\blacksquare$) is calculated from the respective dose response curve and labeled on the graph.

BAXJIVI0317282



**Figure 7. PEGylation extends the prophylactic efficacy of FVIII in the tail vein transection bleeding model of HemA mice.** HemA mice received tail vein injection of 40 IU/kg full-length rFVIII (n = 28), 60-kDa diPEG-L491C/K1804C (n = 28), 60-kDa diPEG-F129C/K1804C (n = 20), or excipient (n = 36). Forty-eight hours later, a lateral tail vein was transected, and the moribundity was monitored hourly for the first 11 hours then at 24 hours. Two-tailed $P$ values are generated by log-rank tests comparing the respective survival curves. TVT indicates tail vein transection.

binding (Table 3). The sustained interaction between PEGylated FVIII and VWF in vivo may account for a limited (2-fold) half-life extension of PEG-FVIII variants, irrespective of the increase in PEG size (Figure 5A-B). Considering that 95% of FVIII in circulation is in complex with VWF,[42] it is conceivable that FVIII can also be eliminated as a complex by the clearance pathway of its chaperone VWF. Thus, although PEGylation may significantly improve the survival of free FVIII, which is approximately 5% in circulation, it may have limited potential to improve the $t_{1/2}$ of most FVIII that is in complex with VWF. Consistent with this notion, the absence of VWF alters the limit on the half-life extension of PEGylated FVIII, as shown in VWF KO mice (Figure 5C). The half-lives of 60-kDa PEG-K1804C and 60-kDa diPEG-L491C/K1804C in VWF KO mice were extended 19- and 27-fold relative to BDD-FVIII, respectively. Whether PEG on FVIII variants can effectively attenuate the clearance of FVIII-VWF complex is an area that merits further investigation. The results in VWF-deficient mice also indicate that PEG can partially compensate for lack of VWF and raise the potential of using PEGylated FVIII in treating some forms of VWD.

The PEGylated FVIII variants not only displayed full in vitro coagulation activity and improved PK, but they also showed prolonged efficacy in HemA mice, which is consistent with the increased half-life (Figure 7). Moreover, the PEGylated FVIII variants showed an acute efficacy comparable with unmodified

FVIII in stopping bleeding in a HemA mouse tail clip (Figure 6). The data clearly indicate that the site-directed PEGylated FVIII variants have potential not only as a prophylactic therapy but also for treating bleeds in on-demand and surgical conditions.

In conclusion, a series of site-directed PEGylated FVIII variants were developed by conjugation of maleimide PEG to the surface of FVIII by engineered cysteines, and the PEGylation was shown to be highly specific. The site of PEGylation on FVIII is critical to PEGylation efficiency, preservation of the coagulation activity, and the improvement of PK. Depending on the site of PEGylation, the FVIII variants retained coagulation activity and VWF binding capability in vitro. In animal studies, the PEGylated FVIII variants showed improved PK, prolonged efficacy consistent with the improved PK, and acute efficacy comparable with unmodified FVIII. Finally, the high PEGylation yield and consistent conjugation at a single site makes manufacture of site-directed PEGylated FVIII readily scalable. These FVIII conjugates could potentially be used for both prophylaxis and on-demand treatment of hemophilia A.

## Acknowledgments

We thank Susmitha Sompalli for VWF Biacore data; Marian Seto for help with structural figures; Xue Wu for plasmid vector construction; Lal Ratnapala, Henna Atwal, and Jiajie Niu for technical assistance of small scale PEGylation screening; Amanda Martinez, Julie Nguyen, and other colleagues in Cell Culture Development and Isolation departments at Bayer Berkeley site for FVIII material preparation; Naji Khabbaz and other colleagues in Analytics Development and Support at Bayer Berkeley site for Chromogenic and other assay support; and Thomas Barnett, Liang Tang, and Pam Esmon for helpful discussions.

## Authorship

Contribution: B.M., C.P., and H.J. designed and conducted the research, analyzed the data, and wrote the manuscript; H.T., J.S., Y.C., T.L., X.Z., J.N., and J.C. conducted the research; J.S. conducted the research and wrote the manuscript; M.A.F. and G.F.P. designed the research and analyzed the data; J.E.M. designed the research, analyzed the data, and wrote the manuscript; and J.-M.G. and B.S. designed and conducted the PK research.

Conflict-of-interest disclosure: All authors worked for Bayer HealthCare during the time of this study.

Correspondence: John E. Murphy, Biologics Research, Bayer HealthCare LLC, 2600 Hilltop Dr, Richmond, CA 94806; e-mail: johne.murphy.b@bayer.com.

## References

1. Vehar GA, Keyt B, Eaton D, et al. Structure of human factor VIII. *Nature.* 1984;312(5992):337-342.

2. Lillicrap D. Extending half-life in coagulation factors: where do we stand? *Thromb Res.* 2008; 122(suppl 4):S2-S8.

3. Björkman S, Berntorp E. Pharmacokinetics of coagulation factors: clinical relevance for patients with haemophilia. *Clin Pharmacokinet.* 2001; 40(11):815-832.

4. Björkman S, Folkesson A, Jönsson S. Pharmacokinetics and dose requirements of factor VIII over the age range 3-74 years: a population analysis based on 50 patients with long-term prophylactic

treatment for haemophilia A. *Eur J Clin Pharmacol.* 2009;65(10):989-998.

5. Lenting PJ, Neels JG, van den Berg BMM, et al. The light chain of factor VIII comprises a binding site for low density lipoprotein receptor-related protein. *J Biol Chem.* 1999;274(34):23734-23739.

6. Saenko EL, Yakhyaev AV, Mikhailenko I, Strickland DK, Sarafanov AG. Role of the low density lipoprotein-related protein receptor in mediation of factor VIII catabolism. *J Biol Chem.* 1999;274(53):37685-37692.

7. Bovenschen N, Boertjes RC, van Stempvoort G, et al. Low density lipoprotein receptor-related protein and factor IXa share structural requirements

for binding to the A3 domain of coagulation factor VIII. *J Biol Chem.* 2003;278(11):9370-9377.

8. Bovenschen N, Mertens K, Hu L, Havekes LM, van Vlijmen BJM. LDL receptor cooperates with LDL receptor-related protein in regulating plasma levels of coagulation factor VIII in vivo. *Blood.* 2005;106(3):906-912.

9. Sarafanov AG, Ananyeva NM, Shima M, Saenko EL. Cell surface heparan sulfate proteoglycans participate in factor VIII catabolism mediated by low density lipoprotein receptor-related protein. *J Biol Chem.* 2001;276(15):11970-11979.

10. Bovenschen N, Rijken DC, Havekes LM, Vlijmen BJM, Mertens K. The B domain of coagulation

factor VIII interacts with the asialoglycoprotein receptor. *J Thromb Haemost.* 2005;3(6):1257-1265.

11. Tuddenham EGD, Lane RS, Rotblat F, et al. Response to infusions of polyelectrolyte fractionated human factor VIII concentrate in human haemophilia A and von Willebrand's disease. *Br J Haematol.* 1982;52(2):259-267.

12. Schwarz HP, Schlokat U, Mitterer A, et al. Recombinant von Willebrand factor-insight into structure and function through infusion studies in animals with severe von Willebrand disease. *Semin Thromb Hemost.* 2002;28(02):215-226.

13. Weiss HJ, Sussman II, Hoyer LW. Stabilization of factor VIII in plasma by the von Willebrand factor: studies on posttransfusion and dissociated factor VIII and in patients with von Willebrand's disease. *J Clin Invest.* 1977;60(2):390-404.

14. Veronese FM, Mero A. The impact of PEGylation on biological therapies. *Biodrugs.* 2008;22(5):315-329.

15. Bailon P, Won C-Y. PEG-modified biopharmaceuticals. *Expert Opin Drug Deliv.* 2009;6(1):1-16.

16. Fishburn CS. The pharmacology of PEGylation: balancing PD with PK to generate novel therapeutics. *J Pharm Sci.* 2008;97(10):4167-4183.

17. Roberts MJ, Bentley MD, Harris JM. Chemistry for peptide and protein PEGylation. *Adv Drug Deliv Rev.* 2002;54(4):459-476.

18. Röstin J, Smeds A-L, Akerblom E. B-domain deleted recombinant coagulation factor VIII modified with monomethoxy polyethylene glycol. *Bioconjug Chem.* 2000;11(3):387-396.

19. McMullen BA, Fujikawa K, Davie EW, Hedner U, Ezban M. Locations of disulfice bonds and free cysteines in the heavy and light chains of recombinant human factor VIII (antihemophilic factor A). *Protein Sci.* 1995;4(4):740-746.

20. Stoilova-McPhie S, Villcutreix BO, Mertens K, Kemball-Cook G, Holzenburg A. 3-Dimensional structure of membrane-bound coagulation factor VIII: modeling of the factor VIII heterodimer within a 3-dimensional density map derived by electron crystallography. *Blood.* 2002;99(4):1215-1223.

21. Ngo JCK, Huang M, Roth DA, Furie BC, Furie B. Crystal structure of human factor VIII: implications for the formation of the factor IXa-factor VIIIa complex. *Structure.* 2008;16(4):597-606.

22. Shen BW, Spiegel PC, Chang C-H, et al. The ternary structure and domain organization of coagulation factor VIII. *Blood.* 2008;111(3):1240-1247.

23. Lind P, Larsson K, Spira J, et al. Novel forms of B-domain-deleted recombinant factor VIII molecules. *Eur J Biochem.* 1995;232(1):19-27.

24. Cho M-S, Yee H, Brown C, Mei B, Mirenda CA, Chan S. Versatile expression system for rapid and stable production of recombinant proteins. *Biotechnol Prog.* 2003;19(1):229-232.

25. Cho M-S, Yee H, Chan S. Establishment of a human somatic hybrid cell line for recombinant protein production. *J Biomed Sci.* 2002;9631-638.

26. Bi L, Lawler AM, Antonarakis SE, High KA, Gearhart JD, Kazazian HH. Targeted disruption of the mouse factor VIII gene produces a model of haemophilia A. *Nat Genet.* 1995;10(1):119-121.

27. Denis C, Methia N, Frenette PS, et al. A mouse model of severe von Willebrand disease: defects in hemostasis and thrombosis. *Proc Natl Acad Sci U S A.* 1998;95(16):9524-9529.

28. Pan J, Liu T, Kim J-Y, et al. Enhanced efficacy of recombinant FVIII in non-covalent complex with PEGylated liposome in hemophilia A mice. *Blood.* 2009;114(13):2802-2811.

29. Terraube V, O'Donnell JS, Jenkins PV. Factor VIII and von Willebrand factor interaction: biological, clinical and therapeutic importance. *Haemophilia.* 2009;20091-11.

30. Ganz PR, Atkins JS, Palmer DS, Dudani AK, Hashemi S, Luison F. Definition of the affinity of binding between human von Willebrand factor and coagulation factor VIII. *Biochem Biophys Res Commun.* 1991;180(1):231-237.

31. Vlot AJ, Koppelman SJ, van den Berg MH, Bouma BN, Sixma JJ. The affinity and stoichiometry of binding of human factor VIII to von Willebrand factor. *Blood.* 1995;85(11):3150-3157.

32. Sandberg H, Almstedt A, Brandt J, et al. Structural and functional characteristics of the B-domain deleted recombinant factor VIII protein, r-VIII SQ. *Thromb Haemost.* 2001;85(1):93-100.

33. Ananyeva NM, Lacroix-Desmazes S, Hauser CAE, et al. Inhibitors in hemophilia A: mechanisms of inhibition, management and perspectives. *Blood Coagul Fibrinolysis.* 2004;15(2):109-124.

34. Shima M. Characterization of factor VIII inhibitors. *Int J Hematol.* 2006;83(2):109-118.

35. Healey JF, Lubin IM, Nakai H, et al. Residues 484-508 contain a major determinant of the inhibitory epitope in the A2 domain of human factor VIII. *J Biol Chem.* 1995;270(24):14505-14509.

36. Lollar P, Parker ET, Curtis JE, et al. Inhibition of human factor VIIIa by anti-A2 subunit antibodies. *J Clin Invest.* 1994;93(6):2497-2504.

37. Ansong C, Miles SM, Fay PJ. Epitope mapping factor VII A2 domain by affinity-directed mass spectrometry: residues 497-510 and 584-593 comprise a discontinuous epitope for the monoclonal antibody R8B12. *J Thromb Haemost.* 2006;4(4):842-847.

38. Ahmad SS, Walsh PN. Role of the C2 domain of factor VIIIa in the assembly of factor-X activating complex on the platelet membrane. *Biochemistry.* 2005;44(42):13858-13865.

39. Gaberc-Porekar V, Zore I, Podobnik B, Menart V. Obstacles and pitfalls in the PEGylation of therapeutic proteins. *Curr Opin Drug Discov Devel.* 2008;11(2):242-250.

40. Pan CQ, Buxton JM, Yung SL, et al. Design of a long acting peptide functioning as both a glucagon-like peptide-1 receptor agonist and a glucagon receptor antagonist. *J Biol Chem.* 2006;281(18):12506-12515.

41. Junutula JR, Raab H, Clark S, et al. Site-specific conjugation of a cytotoxic drug to an antibody improves the therapeutic index. *Nat Biotech.* 2008;26(8):925-932.

42. Lenting PJ, van Schooten CJM, Denis CV. Clearance mechanisms of von Willebrand factor and factor VIII. *J Thromb Haemost.* 2007;5(7):1353-1360.

# EXHIBIT 35

# REDACTED IN ITS ENTIRETY

DUPLICATES OF KATZEFF DECLARATION
AND EXHIBITS 1-4

**REDACTED IN THEIR ENTIRETY**